# EXHIBIT H

<u>**U.S. Patent No. 8,085,802 ("the '802 Patent") Exemplary Infringement Chart**</u>

The Accused MoCA Instrumentalities are instrumentalities that DISH deploys to provide a whole-premises DVR network over an on-premises coaxial cable network, with DISH "Hopper" and "Joey" nodes operating with data connections compliant with MoCA 1.0, 1.1, and/or 2.0.  The Accused MoCA Instrumentalities include the DISH Hopper, DISH Hopper with Sling, DISH Hopper DUO, DISH Joey, DISH Joey 2, and DISH Super Joey, DISH Hopper 3, DISH 4K Joey, and DISH Joey 3, and substantially similar instrumentalities. DISH literally and/or under the doctrine of equivalents infringes the claims of the '802 Patent under 35 U.S.C. § 271(a) by using the Accused MoCA Instrumentalities.

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| 3. A method for transmitting packets from a Broadband Cable Network (BCN) modem to a plurality of nodes in a broadband cable network, the method comprising: | The Accused Services are provided using at least the Accused MoCA Instrumentalities including the DISH Hopper, DISH Hopper with Sling, DISH Hopper DUO, DISH Joey, DISH Joey 2, DISH Super Joey, DISH Hopper 3, DISH 4K Joey, and DISH Joey 3, and devices that operate in a similar manner. The Accused MoCA Instrumentalities operate to form a broadband cable network over an on-premises coaxial cable network as described below. <br><br> The DISH full-premises DVR network constitutes a broadband cable network as claimed. The DISH full-premises DVR network is a MoCA network created between at least one Hopper DVR and one or more Joey receivers using the on-premises coaxial cable network. This MoCA network is compliant with MoCA 1.0, 1.1, and/or 2.0. <br><br> "The MoCA system network model creates a coax network which supports communications between a convergence layer in one MoCA node to the corresponding convergence layer in another MoCA node." <br> (MoCA 1.0, Section 1. *See also* MoCA 1.1, Section 1.1; MoCA 2.0, Section 1.2.2) |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | "The MoCA Network transmits high speed multimedia data over the in-home coaxial cable infrastructure." (MoCA 1.0, Section 2. *See also* MoCA 1.1, Section 2; MoCA 2.0, Section 5) "PHY data packets carry MAC data and control frames as PHY payload. Figure 4-3 shows an example of how a PHY data packet is constructed from a MAC frame. In this example, the FEC-padded MAC frame is encrypted and encoded into two Reed-Solomon code words, the last code word being shortened to minimize FEC padding. The encoded data is ACMT padded, scrambled and modulated onto the sub-carriers of three ACMT symbols. The ACMT symbols are bin-scrambled and then transformed to the time-domain where a cyclic prefix is added to each ACMT symbol to obtain the PHY data payload. Finally, a preamble is prepended to the PHY data payload and is filtered and upconverted to RF for transmission onto the media. In practice, the number of Reed-Solomon code words and number of ACMT symbols per PHY data packet will vary as a function of the MAC frame size and modulation profile. The processing steps referred to here are specified in Section 4.3." (MoCA 1.0, Section 4.2.1.2. *See also* MoCA 1.1, Section 4.2.1.2, MoCA 2.0, Section 14.2) DISH utilizes the MoCA standard to provide an on-premises DVR network over an on-premises coaxial cable network as described below: |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | <br><br>DISH PRO HYBRID SOLO HUB: This Solo Hub is a home video network device that combines multi-orbital coaxial cable satellite feeds from a DISH 1000.2 antenna or switch into a single-cable coaxial satellite feed to support MoCA networking for the Hopper 3 DVRs (host). The client ports are intended to feed up to 6 Joey client receivers (clients). The Solo Hub creates a MoCA video network for Hopper DVRs and Joeys. Rated 50 MHz to 3 GHz.<br>SPLITTERS: 1 GHz common splitters can be used to feed Joey client receivers. |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | HOPPER 3: The Hopper 3 is the revolutionary whole-home DVR from DISH that includes 16 satellite tuners and a 2TB hard drive.<br><br>JOEY: The Joey is the MoCA thin-client receiver that networks with the Hopper for viewing on additional TVs.<br><br>4K JOEY: The 4K Joey is an option for installation on additional 4K TVs.<br><br>DISH PRO HYBRID 42 SWITCH: This switch allows two Hopper 3 DVRs to be installed using a single DISH traditional 1000.2 antenna. Each Hopper 3 forms its own MoCA video network with connected Joeys. The switch comes with a 110VAC power supply unit.<br><br>Your new Hopper® 3 receiver is a Whole-Home HD DVR that offers full digital video recording functionality, including pausing live TV, to every TV in your house that is part of your Whole-Home DVR system. The Hopper 3 receiver is the hub for all things entertainment. It is an HD DVR that provides the equivalent of 16 tuners, allowing you to record multiple HD channels at once and at any time and play them back in any room in your home. Using the PrimeTime Anytime® feature, you can record up to six HD channels simultaneously (with your local ABC, CBS, FOX and NBC channels provided in HD, which may not be available in all markets). It is one HD DVR that works independently on as many as four different TVs at the same time, so everyone can be in different room watching their favorite TV programming.<br><br>Joey® receivers (Joey®, SuperJoey®, Wireless Joey®, 4K Joey™) connect to other TVs in your home and link to the Hopper 3 system, creating a Whole-Home DVR network. It supports all of the features of the Hopper 3 (with the exception of Picture-In-Picture) and offers an identical user interface as the Hopper 3. You can connect a Joey receiver to a high-definition or standard-definition TV. |

Page **4** of 19

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | **CONNECTING THE JOEY RECEIVER(S)**<br><br>This section describes how to connect the receiver's HOME VIDEO NETWORK connection to one or more cable-ready remote TV(s) located in other room(s) away from the Hopper. You can use these instructions to connect TVs in your home to see live and recorded programming from the Hopper. This installation uses your in-home coaxial cable system. If your home does not have built-in cabling, it will be necessary to run these cables from the Hopper HD DVR to each Joey Receiver conected to a remote TV. Due to the potential complexity of this installation, you should have this professionally installed. Call the DISH Customer Service Center at 1-800-333-DISH (3474) for more information.<br><br>If you need another remote control, be sure to order the replacement remote control kit for Hopper and Joey that uses UHF-2G signals. Call your DISH retailer, or visit www.mydish.com online, select Upgrades, then Products, and click on Remote & Accessories.<br><br>**1** Connect the HOME VIDEO NETWORK output on the back of the Hopper HD DVR to an existing wall cable outlet using a coaxial cable.<br><br>**2** Connect the Joey Receiver(s) in other room(s) to existing wall cable outlet(s) using coaxial cable(s).<br><br>**3** Connect the Joey Receiver(s) to an audio/video input of the remote TV in each room.<br>• If it is a high-definition TV or monitor and an HDMI connection is available on the remote TV, use a single HDMI cable from the output on the back of the Joey Receiver to provide high-quality audio and HD/SD video. See page 94.<br>• If it is a standard-definition TV or an HDMI connection is not available on the remote TV, use composite (yellow) video and stereo audio cables from the outputs on the back of the Joey Receiver. See page 95.<br><br>**4** Turn on every Joey Receiver and remote TV connected to the in-home cabling system. If you have not already done so, you may need to pair a remote control to each Joey.<br><br>**5** Follow the on-screen prompts or included instructions for linking each Joey Receiver to your Hopper HD DVR. (The Hopper is the host for DISH Whole-Home DVR services.)<br><br>**6** Confirm that you see a picture from your Joey Receiver(s) on your remote TV(s).<br>• If your picture looks good, then you are finished with this procedure.<br>• If your TVs do not display a picture or if the picture is not as clear as you would like it to be, repeat the steps to confirm all the connections. Coaxial connections should be hand-tightened. |

314607075.2

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| formatting the packets in a MAC subsystem that transmits the packets within the broadband cable network, including formatting a data and control packet for transmission within the broadband cable network, the data and control packet having a header and a variable length payload, the header having at least five fields selected from the group consisting of a transmit clock field, packet type field, packet subtype field, version field, source node ID field, destination node ID field, and header check sequence field; | The Accused MoCA Instrumentalities operate to format the packets in a MAC subsystem that transmits the packets within the broadband cable network, including formatting a data and control packet for transmission within the broadband cable network, the data and control packet having a header and a variable length payload, the header having at least five fields selected from the group consisting of a transmit clock field, packet type field, packet subtype field, version field, source node ID field, destination node ID field, and header check sequence field as described below.<br><br>For example, by virtue of their compliance with MoCA, the Accused MoCA Instrumentalities include circuitry and/or associated software modules that format the packets in a MAC subsystem that transmits the packets within the broadband cable network, including formatting a data and control packet for transmission within the broadband cable network, the data and control packet having a header and a variable length payload, the header having at least five fields selected from the group consisting of a transmit clock field, packet type field, packet subtype field, version field, source node ID field, destination node ID field, and header check sequence field.<br><br>"The MAC protocol includes the transmission of control packets and data packets. Control packets are used for Link Layer control operations such as network admission, link maintenance operations, transmit opportunity assignment via MAP's, transmit power control and bandwidth requests. Data packets transport upper layer information across the network. To facilitate admission, the Network Coordinator transmits Beacons at fixed intervals. Beacons are messages which contain basic information for the network's operation." (MoCA 1.0, Section 2.3.1. *See also* MoCA 1.1, Section 2.3.1; MoCA 2.0, Section |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
|  | 5.3.1) |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| |  **Figure A-1. MAC Transmission Types**<br>(MoCA 1.0, Figure A-1. *See also* MoCA 1.1, Figure A-1; MoCA 2.0, Figure 5- |

Page **8** of **19**

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | 2) |
| | "The general format of the header part of a MoCA MAC control/data frame is given in Table A-1 below. The header is fixed in length and consists of a transmit clock time stamp, type and subtype of the packet, the version of the MoCA specification, IDs of the source and destination nodes of the packet, length of the packet and a header checksum." (MoCA 1.0, Section A.1. *See also* MoCA 1.1, Section A.1; MoCA 2.0, Section 6.1)

"The payload of a MAC frame MAY vary in length from 8 bytes to 1518 bytes. Its format is dependent on the FRAME_TYPE and FRAME_SUBTYPE fields in the MAC frame header." (MoCA 1.0, Section A.2. *See also* MoCA 1.1, Section A.2; MoCA 2.0, Section 6.1) |

314607075.2

**Table A-1. MAC Frame Header Fields**

| Field | Length | Usage |
|---|---|---|
| TRANSMIT_CLOCK | 32 bits | System Time when the first bit is transmitted onto the medium |
| PACKET_SUBTYPE | 4 bits | If packet type == MAP<br>    0x0 = Asynchronous MAP<br>If packet_type == Reservation Request<br>    0x0 = Asynchronous data reservation request<br>If packet_type == Link control<br>    0x0 – Type I/III Probe Report<br>    0x1 – Admission Request<br>    0x2 – Admission response<br>    0x3 – Key distribution<br>    0x4 – Dynamic Key distribution<br>    0x5 – Type I/III Probe Report Request<br>    0x6 – Link Acknowledgement<br>    0x7 – Type II Probe Report<br>    0x8 – Periodic Link Packet<br>    0x9 – Power Control<br>    0xA – Power Control Response<br>    0xB – Power Control Acknowledgement<br>    0xC – Power Control Update<br>    0xD – Topology update<br>    0xE – Unicast MAC Address Notification<br>    0xF – Reserved |
| PACKET_TYPE | 4 bits | Indicates the type of MAC packet being transmitted<br>0x0 – MAP<br>0x1 – Reservation Request<br>0x2 – Link control<br>0x3 – Ethernet unicast/broadcast<br>0x4 – Reserved<br>0x5 – MPEG<br>0x6 – DSS<br>0x7 - 0xF – Reserved |
| VERSION | 8 bits | Indicates the MAC frame version implemented by a node.<br><br>    0x00 – node complies with this specification<br>    All other values Reserved |
| RESERVED | 8 bits | 0x00; Type I |
| SOURCE_NODE_ID | 8 bits | Node ID of the source node |
| RESERVED | 8 bits | 0x00; Type I |
| DESTINATION_NODE_ID | 8 bits | Node ID of the destination node |
| PACKET_LENGTH | 16 bits | Length of payload and Payload CRC portion of this MAC Frame in bytes, (excluding the MAC Frame header). |
| RESERVED | 32 bits | Type III |
| HEADER_CHECKSUM | 16 bits | Header CRC |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | (MoCA 1.0, Table A-1. *See also* MoCA 1.1, Table A-1; MoCA 2.0, Section 6.1) |
| receiving the packets from the MAC subsystem at a Modem subsystem that is in signal communication with the MAC subsystem and that appends information to the packets; and | The Accused MoCA Instrumentalities operate to receive the packets from the MAC subsystem at a Modem subsystem that is in signal communication with the MAC subsystem and that appends information to the packets as described below.<br><br>For example, by virtue of their compliance with MoCA, the Accused MoCA Instrumentalities include circuitry and/or associated software modules that receive the packets from the MAC subsystem at a Modem subsystem that is in signal communication with the MAC subsystem and that appends information to the packets.<br><br>"The MoCA system includes convergence layers for core networks such as IEEE 802.3 (Ethernet), video streams (i.e., MPEG-2 transport) and digital satellite streams (i.e. DSS transport). The MoCA system network model creates a coax network which supports communications between a convergence layer in one MoCA node to the corresponding convergence layer in another MoCA node. The protocol stack of a MoCA node is shown in Figure 1-1. The protocol stack consists of the physical layer, the MAC layer and one or more convergence layers (CL)."<br>(MoCA 1.0, Section 1. *See also* MoCA 1.1, Section 1; MoCA 2.0, Section 5.1)<br><br>"For every PHY data packet, the length of the MAC frame shall be extended, as necessary, by appending bytes (also referred to as byte-padding) to the end of the MAC frame such that the padded MAC frame length is equivalent to the number of input bytes required by the Reed-Solomon encoder. The number of pad bytes $M_{RSpad}$ shall be computed according to the methodology described in Section 4.3.3.1." |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | (MoCA 1.0, Section 4.3.1. *See also* MoCA 1.1, Section 4.3.1; MoCA 2.0, Section 14.3.1)<br><br><br><br>**Figure 1-1. MoCA Node Protocol Stack**<br><br>(MoCA 1.0, Figure 1-1. *See also* MoCA 1.1, Figure 1-1; MoCA 2.0, Figure 5-1)<br><br>"All communication over the medium between two or more MoCA devices shall be performed via scheduled exchanges of Physical Layer (PHY) packets. The scheduling of PHY packets shall be in accordance with the rules defined in Section 3 describing the Media Access Control (MAC) Layer. The MAC specifies the time instant at which the first RF sample of the PHY packet shall be present |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | upon the communication medium and the duration of the PHY packet. The MAC specifies the PHY packet duration specifically, but indirectly, via the PHY packet type, configuration and payload duration. This information is exchanged via the PHY Layer Management (PLM) entity as described in Section 3.13." (MoCA 1.0, Section 4.2. *See also* MoCA 1.1, Section 4.2; MoCA 2.0, Section 14.1)<br><br>"The PHY packet consists of a PHY preamble immediately followed by a PHY payload field as shown in Figure 4-1. The PHY preamble provides the receiver a reference signal that the receiver may use to acquire the packet, calibrate its algorithms and eventually, to decode the PHY payload. Depending on the link status and PHY payload data, one of several PHY preamble types may be used. These PHY preamble types are defined in detail in Section 4.4. The PHY payload immediately follows the PHY preamble and transports MAC data frames in the case of PHY data packets and PHY probe data in the case of PHY probe packets. PHY data packet payload generation is defined in detail in Section 4.3. PHY probe packet payload." (MoCA 1.0, Section 4.2. *See also* MoCA 1.1, Section 4.2; MoCA 2.0, Section 14.1) |
| upconverting the packets with the information for transmission via the broadband cable network at a RF subsystem that is in signal communication with the Modem subsystem; | The Accused MoCA Instrumentalities operate to upconvert the packets with the information for transmission via the broadband cable network at a RF subsystem that is in signal communication with the Modem subsystem as described below.<br><br>For example, by virtue of their compliance with MoCA, the Accused MoCA Instrumentalities include circuitry and/or associated software modules that upconvert the packets with the information for transmission via the broadband cable network at a RF subsystem that is in signal communication with the Modem |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | subsystem.<br><br>"A PHY data packet consists of a PHY preamble immediately followed by a PHY payload. The transmitter reference model for generating a PHY data packet is shown in Figure 4-2. The PHY preamble consists of both a time-domain portion and a frequency-domain portion. As such, the block diagram shows these two portions entering the transmission processing chain at different points. The time-domain preamble is transmitted first in time followed immediately by the frequency domain preamble and finally followed by the ACMT modulated MAC frame."<br>(MoCA 1.0, Section 4.2.1.1. *See also* MoCA 1.1, Section 4.2.1.1; MoCA 2.0, Section 14.1)<br><br><br>**Figure 4-2. PHY Data Packet Transmission Processing**<br>(MoCA 1.0, Figure 4-2. *See also* MoCA 1.1, Figure 4-2, MoCA 2.0, Figure 14-2) |

314607075.2

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
|  | "PHY data packets carry MAC data and control frames as PHY payload. Figure 4-3 shows an example of how a PHY data packet is constructed from a MAC frame. In this example, the FEC-padded MAC frame is encrypted and encoded into two Reed-Solomon code words, the last code word being shortened to minimize FEC padding. The encoded data is ACMT padded, scrambled and modulated onto the sub-carriers of three ACMT symbols. The ACMT symbols are bin-scrambled and then transformed to the time-domain where a cyclic prefix is added to each ACMT symbol to obtain the PHY data payload. Finally, a preamble is prepended to the PHY data payload and is filtered and upconverted to RF for transmission onto the media." <br><br> (MoCA 1.1, Section 4.2.1.2. *See also* MoCA 1.1, Section 4.2.1.2; MoCA 2.0, Sections 14.2.4, 14.3.10). |
| wherein at least one of the packets is a beacon packet that has a channel number field, change field, sequence number field, network coordinator ID field, next beacon index field, admission frame length field, admission window, asynchronous MAP length field and a beacon Cyclic Redundancy Checking (CRC) field. | At least one of the packets is a beacon packet that has a channel number field, change field, sequence number field, network coordinator ID field, next beacon index field, admission frame length field, admission window, asynchronous MAP length field and a beacon Cyclic Redundancy Checking (CRC) field as described below. <br><br> For example, at least one of the packets is a beacon packet that has a channel number field, change field, sequence number field, network coordinator ID field, next beacon index field, admission frame length field, admission window, asynchronous MAP length field and a beacon Cyclic Redundancy Checking (CRC) field in compliance with MoCA. |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| |  **Figure A-1. MAC Transmission Types**<br><br>(MoCA 1.0, Figure A-1. *See also* MoCA 1.1, Figure A-1; MoCA 2.0, Figure 5- |

314607075.2

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent |
|---|---|
| | 2) <br><br> "Beacon operation is critical to a MoCA system and it is discussed first. Beacon signal is used by new nodes to find and join a MoCA Network. It is also necessary for the continued robust operation of the MoCA Network." <br> (MoCA 1.0, Section 3.1. *See also* MoCA 1.1, Section 3.1; MoCA 2.0, Section 7.1.1) <br><br> "The NC MUST transmit Beacons at fixed intervals. This interval between two consecutive Beacon packets is called the "Beacon Synch Interval" (BSI). (See Appendix A for parameter values)." <br> (MoCA 1.0, Section 3.3. *See also* MoCA 1.1, Section 3.3; MoCA 2.0, Section 7.1.1) |

314607075.2

**Table 3-1. Beacon Frame Format**

| Field | Length | Explanation |
|---|---|---|
| TRANSMIT_CLOCK | 32 bits | System clock when Beacon transmission begins on the medium (beginning of preamble). |
| BEACON_VERSION | 8 bits | = 0x00 |
| MOCA_VERSION | 8 bits | The lowest MOCA_VERSION_NUMBER of all nodes in the MoCA Network (0x10 corresponds to MoCA 1.0) |
| CHANNEL_NUMBER | 8 bits | RF channel number on which this beacon is being sent (Channel center frequency = 25 MHz·Channel Number. 32 is the lowest value allowed for this field. This corresponds to 800 MHz center frequency). |
| TABOO_MASK_START | 8 bits | RF channel number of the lowest frequency channel covered by the Taboo Channel Mask field. |
| TABOO_CHANNEL_MASK | 24 bits | Bit value 1 = unusable channel MSB = lowest frequency in the range (starting at Taboo Mask Start frequency). |
| CHANGE_FIELD | 6 bits | Used to indicate upcoming NC handoff. |
| SEQUENCE_NUMBER | 2 bits | Countdown to NC handoff. |
| BACKUP_NC_ID | 6 bits | Node ID of the backup NC. If no backup NC is available, NC fills this field with its own ID. |
| NEXT_BEACON_POINTER | 6 bits | Number of milliseconds to the next Beacon transmission. This value MUST be equal to 10. This is equivalent to 500,000 SLOT_TIME's. |
| NEXT_NC_ID | 6 bits | Node ID of the new NC (NC being handed off to) This field is meaningful only when a handoff is signaled. |
| ACF_LENGTH | 16 bits | Duration in units of SLOT_TIME of the following Admission Control Frame |
| ACF_TYPE | 8 bits | Indicates what type of admission frame is scheduled<br><br>0x00 – Admission Request<br>0x01 – Type A Loopback Transmission<br>0x02 – Type B Loopback Transmission<br>0x03 – Admission Response<br>0x04 – Initial Type I Probe TX by NC<br>0x05 – Initial Type II Probe Report TX to NC<br>0x06 – Type II Probe TX by NC<br>0x07 – Type C Loopback Transmission by NN<br>0x08 – Type II Probe RX by NC<br>0x09 – Type C Loopback Transmission by NC<br>0x0A – Type I Probe TX by NC<br>0x0B – Type I Probe Report TX to NC<br>0x0C – GCD Distribution Report TX by NC<br>0x0D – Link Acknowledgement<br>0x0E – Type II Link Acknowledgement<br>0x0F – No ACF |

| U.S. Patent No. 8,085,802 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '802 Patent | | |
|---|---|---|---|
| | | | Other values MUST NOT be  used |
| | ACF_POINTER | 18 bits | Transmission time of the next Admission Control Frame from the beginning of this BSI, in multiples of SLOT_TIME. This transmission MUST be scheduled at least T5 after the start of the Beacon transmission. |
| | ASYNCHRONOUS_MAP_LENGTH | 16 bits | Duration in multiples of SLOT_TIME |
| | ASYNCHRONOUS_MAP_PROFILE | 8 bits | The PHY profile used for transmitting the first asynchronous MAP following this Beacon transmission |
| | ASYNCHRONOUS_MAP_POINTER | 18 bits | Transmission time of the next Asynchronous MAP from the beginning of this BSI, in units of SLOT_TIME. Value '0' in this field indicates that no Asynchronous MAPs are sent in the beacon period. This transmission MUST be scheduled at least T5 after the start of the Beacon transmission. |
| | RESERVED | 39 bits | Type III |
| | BEACON_BACKOFF | 3 bits | Indicates the value in multiple of 3 dB by which the power of this Beacon is reduced relative to the NC's maximum transmit power. This field MUST represent the value of the Beacon Backoff.<br><br>0x0 – 0 dB<br>0x1 – 3 dB<br>0x2 – 6 dB<br>0x3 – 9 dB<br>0x4 – 12 dB<br>0x5 – 15 dB<br>Other values Reserved |
| | NCID | 6 bits | Node ID of the Network Coordinator |
| | RESERVED | 10 bits | Type III |
| | BEACON_CRC | 32 bit | CRC over all bits (using same algorithm as MAC Frame payload CRC) |
| | (MoCA 1.0, Table 3-1. *See also* MoCA 1.1, Table 3-1; MoCA 2.0, Table 6-2) | | |