# EXHIBIT T

## U.S. Patent No. 8,228,910 ("the '910 Patent") Exemplary Infringement Chart

The Accused MoCA Instrumentalities are instrumentalities that DISH deploys to provide a whole-premises DVR network over an on-premises coaxial cable network, with DISH "Hopper" and "Joey" nodes operating with data connections compliant with MoCA 1.0, 1.1, and/or 2.0. The Accused MoCA Instrumentalities include the DISH Hopper, DISH Hopper with Sling, DISH Hopper DUO, DISH Joey, DISH Joey 2, and DISH Super Joey, DISH Hopper 3, DISH 4K Joey, and DISH Joey 3, and substantially similar instrumentalities. DISH literally and/or under the doctrine of equivalents infringes the claims of the '910 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the Accused MoCA Instrumentalities.

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| 3. A system for transmitting digital data over a network comprising: | The Accused Services are provided using at least the Accused MoCA Instrumentalities including the DISH Hopper, DISH Hopper with Sling, DISH Hopper DUO, DISH Joey, DISH Joey 2, DISH Super Joey, DISH Hopper 3, DISH 4K Joey, and DISH Joey 3, and devices that operate in a similar manner. The Accused MoCA Instrumentalities operate to form a data communication network over an on-premises coaxial cable network as described below. <br><br> The DISH full-premises DVR network constitutes a system for transmitting digital data over a network as claimed. The DISH full-premises DVR network is a MoCA network created between at least one Hopper DVR and one or more Joey receivers using the on-premises coaxial cable network. This MoCA network is compliant with MoCA 1.0, 1.1, and/or 2.0. <br><br> "The MoCA system network model creates a coax network which supports communications between a convergence layers in one MoCA node to the corresponding convergence layer in another MoCA node." <br> (MoCA 1.1, Section 1.1. *See also* MoCA 2.0, Section 1.2.2) |

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| | "The MoCA Network transmits high speed multimedia data over the in-home coaxial cable infrastructure." <br> (MoCA 1.1, Section 2. *See also* MoCA 2.0, Section 5) <br><br> DISH utilizes the MoCA standard to provide an on-premises DVR network over an on-premises coaxial cable network as described below: <br><br> *[Diagram showing Dish 1000.2 Antenna With Dish Pro Hybrid LNBF (for Hopper 3) connected via Single RG-6 Coax line to DISH Pro Hybrid Solo Hub, which connects via RG-6 Coax to Hopper 3, and via RG-59 Coax (RG-6 Coax recommended) to two 1 x 3 Splitters, each feeding Joey, Joey, and 4K Joey devices.]* <br><br> DISH PRO HYBRID SOLO HUB: This Solo Hub is a home video network device that combines multi-orbital coaxial cable satellite feeds from a DISH 1000.2 |

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| | antenna or switch into a single-cable coaxial satellite feed to support MoCA networking for the Hopper 3 DVRs (host). The client ports are intended to feed up to 6 Joey client receivers (clients). The Solo Hub creates a MoCA video network for Hopper DVRs and Joeys. Rated 50 MHz to 3 GHz.<br>SPLITTERS: 1 GHz common splitters can be used to feed Joey client receivers.<br>HOPPER 3: The Hopper 3 is the revolutionary whole-home DVR from DISH that includes 16 satellite tuners and a 2TB hard drive.<br>JOEY: The Joey is the MoCA thin-client receiver that networks with the Hopper for viewing on additional TVs.<br>4K JOEY: The 4K Joey is an option for installation on additional 4K TVs.<br><br>DISH PRO HYBRID 42 SWITCH: This switch allows two Hopper 3 DVRs to be installed using a single DISH traditional 1000.2 antenna. Each Hopper 3 forms its own MoCA video network with connected Joeys. The switch comes with a 110VAC power supply unit. |

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| | Your new Hopper® 3 receiver is a Whole-Home HD DVR that offers full digital video recording functionality, including pausing live TV, to every TV in your house that is part of your Whole-Home DVR system. The Hopper 3 receiver is the hub for all things entertainment. It is an HD DVR that provides the equivalent of 16 tuners, allowing you to record multiple HD channels at once and at any time and play them back in any room in your home. Using the PrimeTime Anytime® feature, you can record up to six HD channels simultaneously (with your local ABC, CBS, FOX and NBC channels provided in HD, which may not be available in all markets). It is one HD DVR that works independently on as many as four different TVs at the same time, so everyone can be in different room watching their favorite TV programming.<br><br>Joey® receivers (Joey®, SuperJoey®, Wireless Joey®, 4K Joey™) connect to other TVs in your home and link to the Hopper 3 system, creating a Whole-Home DVR network. It supports all of the features of the Hopper 3 (with the exception of Picture-In-Picture) and offers an identical user interface as the Hopper 3. You can connect a Joey receiver to a high-definition or standard-definition TV. |

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
|  | **CONNECTING THE JOEY RECEIVER(S)**<br><br>This section describes how to connect the receiver's HOME VIDEO NETWORK connection to one or more cable-ready remote TV(s) located in other room(s) away from the Hopper. You can use these instructions to connect TVs in your home to see live and recorded programming from the Hopper. This installation uses your in-home coaxial cable system. If your home does not have built-in cabling, it will be necessary to run these cables from the Hopper HD DVR to each Joey Receiver conected to a remote TV. Due to the potential complexity of this installation, you should have this professionally installed. Call the DISH Customer Service Center at 1-800-333-DISH (3474) for more information.<br><br>If you need another remote control, be sure to order the replacement remote control kit for Hopper and Joey that uses UHF-2G signals. Call your DISH retailer, or visit www.mydish.com online, select Upgrades, then Products, and click on Remote & Accessories.<br><br>1. Connect the HOME VIDEO NETWORK output on the back of the Hopper HD DVR to an existing wall cable outlet using a coaxial cable.<br>2. Connect the Joey Receiver(s) in other room(s) to existing wall cable outlet(s) using coaxial cable(s).<br>3. Connect the Joey Receiver(s) to an audio/video input of the remote TV in each room.<br>   • If it is a high-definition TV or monitor and an HDMI connection is available on the remote TV, use a single HDMI cable from the output on the back of the Joey Receiver to provide high-quality audio and HD/SD video. See page 94.<br>   • If it is a standard-definition TV or an HDMI connection is not available on the remote TV, use composite (yellow) video and stereo audio cables from the outputs on the back of the Joey Receiver. See page 95.<br>4. Turn on every Joey Receiver and remote TV connected to the in-home cabling system. If you have not already done so, you may need to pair a remote control to each Joey.<br>5. Follow the on-screen prompts or included instructions for linking each Joey Receiver to your Hopper HD DVR. (The Hopper is the host for DISH Whole-Home DVR services.)<br>6. Confirm that you see a picture from your Joey Receiver(s) on your remote TV(s).<br>   • If your picture looks good, then you are finished with this procedure.<br>   • If your TVs do not display a picture or if the picture is not as clear as you would like it to be, repeat the steps to confirm all the connections. Coaxial connections should be hand-tightened. |

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| a transceiver adapted to receive a plurality of packet data units; and | The Accused MoCA Instrumentalities include a transceiver adapted to receive a plurality of packet data units as described below.<br><br>For example, by virtue of their compliance with MoCA, the Accused MoCA Instrumentalities include circuitry and/or associated software modules constituting a transceiver adapted to receive a plurality of packet data units.<br><br>"The MoCA system network model creates a coax network which supports communications between a convergence layer in one MoCA node to the corresponding convergence layer in another MoCA node."<br>(MoCA 1.1, Section 1.1. *See also* MoCA 2.0, Section 1.2.2) |

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| | <br>(MoCA 1.1, Figure 2-1. *See also* MoCA 2.0, Figure 1-1) |

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| | (MoCA 1.1, Figure 2-3. *See also* MoCA 2.0, Figure 5-2)<br><br>"Packet aggregation operation reduces the transmitted packet overhead by combining multiple Ethernet PDUs into a single MoCA MAC Frame transmission. This increases throughput by increasing the amount of data that traverses the MoCA Network in one scheduling opportunity."<br>(MoCA 1.1, Section 3.21. *See also* MoCA 2.0, Section 7.5) |

Page **8** of 12

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| a packet aggregation module for identifying at least two of the plurality of packet data units that have a same destination node and for forming an aggregate packet from the at least two of the plurality of packet data units; | The Accused MoCA Instrumentalities include a packet aggregation module for identifying at least two of the plurality of packet data units that have a same destination node and for forming an aggregate packet from the at least two of the plurality of packet data units as described below.<br><br>For example, by virtue of their compliance with MoCA, the Accused MoCA Instrumentalities include circuitry and/or associated software modules constituting a packet aggregation module for identifying at least two of the plurality of packet data units that have a same destination node and for forming an aggregate packet from the at least two of the plurality of packet data units.<br><br>"Figure 3-39 shows the format of a MAC Frame containing aggregated packet payload. The MAC Frame consists of a MAC header, Packet Aggregation Header, and aggregated packet payload and MAC Payload CRC."<br>(MoCA 1.1, Section 3.21.1. *See also* MoCA 2.0, Section 7.5) |

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| | Figure 3-39. MAC Frame Containing Aggregated Packet Payload (MoCA 1.1, Figure 3-39. *See also* MoCA 2.0, Figure 7-12) "The MAC header (Table A-1) includes the AGGREGATION_CONTROL field which carries the information about the Aggregation Header and whether the PDUs include the ETHERNET FCS. Table 3-70 shows format of the Aggregation Header field. The Aggregation Header has a variable-length, and includes the total number of PDUs being aggregated and the length of each PDU." (MoCA 1.1, Section 3.21.1. *See also* MoCA 2.0, Section 7.5) "A Node transmitting an aggregated packet MUST only encapsulate Ethernet PDUs that share a common Aggregation ID. A unique Aggregation ID is defined for each unique tuple of {DESTINATION, PRIORITY} fields that would have appeared in the Reservation Request Element representing the PDU alone." |

Page **10** of **12**

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| | (MoCA 1.1, Section 3.21.2.1. *See also* MoCA 2.0, Section 7.5) |
| wherein the transceiver is adapted to transmit the aggregate packet to at least one destination node; and | The transceiver is adapted to transmit the aggregate packet to at least one destination node as described below.<br><br>For example, by virtue of their compliance with MoCA, the Accused MoCA Instrumentalities include circuitry and/or associated software modules constituting the transceiver adapted to transmit the aggregate packet to at least one destination node.<br><br>"Before a Node uses packet aggregation for transmission to another Node, it MUST ensure that the receiving Node is capable of receiving packet aggregation at its level of aggregation by checking the receiving Node's MOCA_VERSION_NUMBER, and by checking bits 7 and 8 of the receiving Node's NODE_PROTOCOL_SUPPORT field."<br>(MoCA 1.1, Section 3.21.2. *See also* MoCA 2.0, Section 7.5)<br><br>The transmitting Node MUST indicate the aggregated packet by sending a Reservation Request Element to the NC Node with the DURATION field corresponding to the actual size of the entire Aggregated Packet Frame.<br>(MoCA 1.1, Section 3.21.2.1. *See also* MoCA 2.0, Section 7.5)<br><br>"For aggregated packet transmissions to a single receiving Node, the transmitting Node MUST ensure that NPDU of the aggregated packet is less than or equal to the level of aggregation (see Table 3-6) for the receiving Node."<br>(MoCA 1.1, Section 3.21.2.1. *See also* MoCA 2.0, Section 7.5) |

314607076.2

| U.S. Patent No. 8,228,910 | The Accused MoCA Instrumentalities Form a Network That Practices at Least Claim 3 of the '910 Patent |
|---|---|
| wherein the packet aggregation module identifies the same destination node by identifying a same aggregation identifier. | The packet aggregation module identifies the same destination node by identifying a same aggregation identifier as described below.<br><br>For example, by virtue of their compliance with MoCA, the Accused MoCA Instrumentalities include circuitry and/or associated software modules constituting the packet aggregation module identifying the same destination node by identifying a same aggregation identifier.<br><br>"A Node transmitting an aggregated packet MUST only encapsulate Ethernet PDUs that share a common Aggregation ID. A unique Aggregation ID is defined for each unique tuple of {DESTINATION, PRIORITY} fields that would have appeared in the Reservation Request Element representing the PDU alone."<br>(MoCA 1.1, Section 3.21.2.1. *See also* MoCA 2.0, Section 7.5) |