Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; and DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>    Defendants. | Case No.: 2:23-cv-01043<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)** |

1

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Entropic Communications, LLC ("Entropic"), by and through its attorneys, K&L Gates LLP, hereby states that Entropic Holdings, LLC is the parent of Entropic, and other than Entropic Holdings, LLC, no other publicly held corporation owns 10% or more stock in Entropic.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Entropic certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Entropic Communications, LLC | Plaintiff |
| Entropic Holdings, LLC | Parent of Plaintiff Entropic Communications, LLC |
| DISH Network Corporation | Defendant |
| DISH Network LLC | Defendant |
| DISH Network Service, LLC | Defendant |
| DISH Network California Service Corporation | Defendant |

Dated: February 10, 2023    By:    /s/ Christina N. Goodrich

Christina Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

**Attorneys for Plaintiff Entropic Communications, LLC**