AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☐ Trademarks or  ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:23-cv-01043 | DATE FILED<br>2/10/2023 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>ENTROPIC COMMUNICATIONS, LLC | | DEFENDANT<br>DISH NETWORK CORPORATION, ET AL. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,295,518 | 11/13/2007 | Entropic Communications, LLC |
| 2 | 7,594,249 | 9/22/2009 | Entropic Communications, LLC |
| 3 | 7,889,759 | 2/15/2011 | Entropic Communications, LLC |
| 4 | 8,085,802 | 12/27/2011 | Entropic Communications, LLC |
| 5 | (see attached page) | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |||
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director      **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director      **Copy 4**—Case file copy

AO 120 – Patents (Continued)

|     | **Patent No.** | **Date of Patent** | **Holder of Patent** |
| --- | --- | --- | --- |
| 5.  | 9,838,213 | 12/05/2017 | Entropic Communications, LLC |
| 6.  | 10,432,422 | 10/01/2019 | Entropic Communications, LLC |
| 7.  | 8,631,450 | 01/14/2014 | Entropic Communications, LLC |
| 8.  | 8,621,539 | 12/31/2013 | Entropic Communications, LLC |
| 9.  | 8,320,566 | 11/27/2012 | Entropic Communications, LLC |
| 10. | 10,257,566 | 04/09/2019 | Entropic Communications, LLC |
| 11. | 8,228,910 | 07/24/2012 | Entropic Communications, LLC |
| 12. | 8,363,681 | 01/29/2013 | Entropic Communications, LLC |