UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case Nos. | 2:23-cv-01043-JWH-KES;<br>2:23-cv-01047-JWH-KES;<br>2:23-cv-01048-JWH-KES | Date | February 21, 2023 |
|---|---|---|---|
| Title | *Entropic Communications v. Dish Network Corporation, et al.*;<br>*Entropic Communications, LLC v. Cox Communications, Inc., et al*;<br>*Entropic Communications, LLC v. Comcast Corporation, et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER TO SHOW CAUSE REGARDING CONSOLIDATION (IN CHAMBERS)**

These cases were transferred to this Court on February 15 and 16, 2023.[1] They relate to Case No. 2:22-cv-07775-JWH-JEM. The Court **ORDERS** the parties to show cause why these three cases—Nos. 2:23-cv-01043-JWH-KES, 2:23-cv-01047-JWH-KES, and 2:23-cv-01048-JWH-KES, should not be consolidated for pretrial purposes in view of the overlap in subject matter. The parties are **DIRECTED** to file no later than March 10, 2023, a joint response detailing their collective or respective positions regarding pretrial consolidation.

---

[1]   *See* Transfer Orders [ECF No. 11 in Case No. 2:23-cv-01043 and ECF No. 16 in Case Nos. 2:23-cv-01047 and 2:23-cv-01048].

A hearing on this Order to Show Cause is **SET** for March 31, 2023, at 9:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

**IT IS SO ORDERED.**