1  Christina Goodrich (SBN 261722)
2  christina.goodrich@klgates.com
3  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
4  K&L GATES LLP
   10100 Santa Monica Boulevard
5  Eighth Floor
6  Los Angeles, CA 90067
   Telephone: +1 310 552 5000
7  Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01043-JWH-KES |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT - DISH NETWORK CORPORATION** |
| v. | |
| DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| Defendants. | |

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT



342666
Law Firm Ref#: 3725885.00013

## UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

ENTROPIC COMMUNICATIONS, LLC

    Plaintiff(s)

vs.

DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION

    Defendant(s)

Case No.: 2:23-cv-01043-DMG-KES
**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, _____ JADE V. MEYERS _____, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Original Complaint for Patent Infringement; Exhibits A-X; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges to DISH Network Corporation c/o Corporation Service Company d/b/a CSC, located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with DISH Network Corporation c/o Corporation Service Company d/b/a CSC personally on the ____ day of _____, 20____ at _____ M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: TRUDY DESBIENS , Title: CLERK/ CSC/ AGENT FOR SERVICE , an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the 16 day of FEBRUARY , 2023 at 8:00 AM.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is DISH Network Corporation c/o Corporation Service Company d/b/a CSC's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____ M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

_/_/___ @ _____ : _____
_/_/___ @ _____ : _____
_/_/___ @ _____ : _____

A description of person with whom the documents were left is as follows:

Sex: FEMALE    Race: CAUC/HISP    Approx. Age: 35    Height: 5-8    Weight: 170    Hair: BRN

Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this ____ day of _____, 20____

_____
Notary Public   See attached Notary Jurat

_____
(Server Signature)
Jade V. Meyers
Sacramento County Registered Process Server 2017-25
(Print Name)

SAAFF/342666

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Sacramento

Subscribed and sworn to (or affirmed) before me on this 21st day of February, 20 22 by Jade V. Meyers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


Signature                              (Seal)


Chastity V Meyers
COMM# 2365602
NOTARY PUBLIC—CALIFORNIA
Sacramento COUNTY
My Comm Expires 07/14/2025

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of Special Process Server
(Title or description of attached document)
Service of Process Upon:
Dish Network Corporation
(Title or description of attached document continued)

Number of Pages __1__   Document Date __2/16/2023__

Case No.: 2:23-cv-01049
Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865