Name and address:

Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Entropic Communications, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cv-01043-JWH-KES |
| v. | |
| DISH Network Corporation, et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Ghavimi, Darlene F.
*Applicant's Name (Last Name, First Name & Middle Initial)*                     check here if federal government attorney ☐

K&L Gates LLP
*Firm/Agency Name*

| 2801 Via Fortuna, Suite 650 | (512) 482-6919 | (512) 482-6859 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Austin, TX 78746 | darlene.ghavimi@klgates.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Entropic Communications, LLC | ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: |
|---|---|
| | ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State Bar of Delaware | 11/09/2008 | Yes |
| State Bar of Pennsylvania | 4/11/2008 | Yes |
| State Bar of Texas | 5/05/2010 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:22-cv-07775-JWH-JEM | Entropic Communications, LLC v. DirecTV, LLC et al. | 11/4/2022 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated March 3, 2023

Darlene F. Ghavimi
*Applicant's Name (please type or print)*

*/s/ Darlene Ghavimi*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Goodrich, Christina N.
*Designee's Name (Last Name, First Name & Middle Initial)*

K&L Gates LLP
*Firm/Agency Name*

10100 Santa Monica Boulevard, 8th Floor
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(310) 552-5547
*Telephone Number*

(310) 552-5001
*Fax Number*

christina.goodrich@klgates.com
*Email Address*

261722
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 3/6/2023

Christina N. Goodrich
*Designee's Name (please type or print)*

/s/ Christina Goodrich
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

State Bar of New Jersey - 2008 - In Good Standing

## SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Darlene F. Ghavimi** was admitted to practice as an attorney in the Courts of this State on **December 11, 2008** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at Dover this 20th day of February 2023.

Lisa A. Dolph
Clerk of the Supreme Court



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Darlene F. Ghavimi-Alagha, Esq.*

### DATE OF ADMISSION

**April 11, 2008**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 22, 2023

Nicole Traini
Chief Clerk

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 17, 2023

Re: Ms. Darlene Fae Ghavimi, State Bar Number 24072114

To Whom It May Concern:

This is to certify that Ms. Darlene Fae Ghavimi was licensed to practice law in Texas on May 05, 2010, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# Certificate of Good Standing



## United States of America

## District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Darlene F. Ghavimi

was duly admitted to practice in said Court as of June 02, 2008, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: February 23, 2023



WILLIAM T. WALSH, CLERK

By _____

Ashley Katsikis,
Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.