Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(See attached for additional counsel)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; and DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-01043-JWH-KES<br><br>[Assigned to Hon. John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:   February 16, 2023<br><br>Current Response:   March 9, 2023<br><br>New Response:         April 8, 2023 |

- 1 -
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

## **ATTACHMENT**

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Attorney for Defendants
DISH Network Corporation;
DISH Network L.L.C.; Dish Network Service L.L.C.; and
DISH Network California Service Corporation

Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants DISH Network Corporation, DISH Network, LLC, DISH Network Service, LLC and DISH Network California Service Corporation ("Defendants") on the other hand (collectively, the "Parties"), by and through their respective counsel enter into this Joint Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3).

**WHEREAS**, Plaintiff served Defendants with the Summons and the Complaint on February 16, 2023 (Dkt. 14, 15, 16, and 17), with a current deadline of time to respond to the Complaint of March 9, 2023;

**WHEREAS**, counsel for Defendants emailed counsel for Plaintiff inquiring as to whether Plaintiff would be agreeable to a 30 day extension of time to respond to the Complaint;

**WHEREAS**, counsel for Plaintiff agreed to provide the requested extension as a professional courtesy;

**WHEREAS**, Defendants have not previously sought or obtained any other extension of time to respond to the Complaint in this case;

**WHEREAS**, the proposed stipulated extension does not exceed thirty (30) days and does not alter any other date or deadline set by the Court in accordance with Local Rule 8-3.

**IT IS HEREBY JOINTLY STIPULATED THAT** the deadline for Defendants DISH Network Corporation, DISH Network, LLC, DISH Network Service, LLC and DISH Network California Service Corporation to respond to Plaintiff's Complaint is extended from March 9, 2023 to April 8, 2023.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: March 8, 2023 | **K&L GATES LLP** |
| | By: */s/ Christina N. Goodrich* |
| | Christina N. Goodrich |
| | Connor J. Meggs |
| | Attorneys for Plaintiff ENTROPIC COMMUNICATIONS, LLC |
| Dated: March 8, 2023 | **FISH & RICHARDSON P.C.** |
| | By: */s/ Christopher Marchese* |
| | Christopher Marchese |
| | Attorney for Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and DISH Network California Service Corporation |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**