Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>　　Defendants. | Case No.: 2:23-cv-01048-JWH-KES<br><br>**JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>Current Hearing Date: March 31, 2023<br>Proposed Hearing Date: April 21, 2023<br>Time: 9:00am<br>Place: Courtroom 9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH | Case No.: 2:23-cv-01043-JWH-KES<br><br>**JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott] |

1

**JOINT STIPULATION TO CONTINUE HEARING DATE**

| | |
|---|---|
| NETWORK SERVICE, LLC; and DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>    Defendants. | Current Hearing Date: March 31, 2023<br>Proposed Hearing Date: April 21, 2023<br>Time: 9:00am<br>Place: Courtroom 9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS, LLC,<br><br>    Defendants. | Case No.: 2:23-cv-01047-JWH-KES<br><br>**JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>Current Hearing Date: March 31, 2023<br>Proposed Hearing Date: April 21, 2023<br>Time: 9:00am<br>Place: Courtroom 9D |

**JOINT STIPULATION TO CONTINUE HEARING DATE**

Case 2:23-cv-01043-JWH-KES   Document 30   Filed 03/21/23   Page 3 of 4   Page ID #:751

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC ("Comcast"), Defendants DISH Network Corporation, DISH Network, L.L.C., Dish Network Service, L.L.C., and DISH Network California Service Corporation ("DISH"), and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC ("Cox") (together with Comcast and DISH, "Defendants") (jointly with Plaintiff, the "Parties") hereby submit the following Joint Stipulation to Request a Continuance of the Hearing Date on the Court's February 21, 2023 Order to Show Cause Regarding Consolidation from March 31, 2023 to April 21, 2023, or as soon thereafter as is convenient to the Court, with reference to the following facts:

**WHEREAS**, the current hearing date on the Court's Order to Show Cause Regarding Consolidation is March 31, 2023 at 9:00am (the "Hearing Date");

**WHEREAS**, the Hearing Date is identical for each of the three above-captioned cases: *Entropic Communications, LLC v. DISH Network Corporation, et al.*, Case No. 2:23-cv-01043; *Entropic Communications, LLC v. Cox Communications, Inc., et al.*, Case No. 2:23-cv-01047; and *Entropic Communications, LLC v. Comcast Corporation, et al.*, Case No. 2:23-cv-01048 (collectively, the "MoCA Actions");

**WHEREAS**, lead trial counsel for Entropic is unavailable on March 31, 2023 due to outstanding obligations in another matter;

**WHEREAS**, after meeting and conferring, Defendants agreed to a brief continuance of the Hearing Date for all of the MoCA Actions;

**WHEREAS**, the soonest date on which counsel for the Parties are available is April 21, 2023, and counsel for Entropic is also unavailable on April 24-26, 2023;

**NOW THEREFORE**, to accommodate the schedules of counsel, the Parties jointly stipulate to request a continuance of the Hearing Date for the MoCA Actions and hereby respectfully request that the Court continue the March 31, 2023 Hearing Date to April 21, 2023 at 9:00am, or as soon thereafter as is convenient to the Court.

3
**JOINT STIPULATION TO CONTINUE HEARING DATE**

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

                                          **K&L GATES LLP**

Dated:  March 21, 2023            By:*/s/ Christina N. Goodrich*
                                            Christina Goodrich

                                           Attorneys for Plaintiff Entropic Communications, LLC

Dated: March 21, 2023             **WINSTON & STRAWN**

                                           By:*/s/ Krishnan Padmanabhan*
                                           Krishnan Padmanabhan

                                           Attorneys for Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC

Dated: March 21, 2023             **KILPATRICK TOWNSEND & STOCKTON LLP**

                                           By: */s/ April E. Isaacson*
                                              April E. Isaacson

                                           Attorneys for Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC

Dated: March 21, 2023             **FISH & RICHARDSON P.C.**

                                           By: */s/ Christopher S. Marchese*
                                             Christopher S. Marchese

                                           Attorney for Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and DISH Network California Service Corporation

**JOINT STIPULATION TO CONTINUE HEARING DATE**