# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>　　　　Defendants. | Case No.: 2:23-cv-01048-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br><u>Current Hearing Date</u>: March 31, 2023<br><u>Proposed Hearing Date</u>: April 21, 2023<br><u>Time</u>: 9:00am<br><u>Place</u>: Courtroom 9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; and DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01043-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br><u>Current Hearing Date</u>: March 31, 2023<br><u>Proposed Hearing Date</u>: April 21, 2023<br><u>Time</u>: 9:00am<br><u>Place</u>: Courtroom 9D |

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS, LLC,<br><br>    Defendants. | Case No.: 2:23-cv-01047-JWH-KES<br><br>**ORDER ON JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br><u>Current Hearing Date</u>: March 31, 2023<br><u>Proposed Hearing Date</u>: April 21, 2023<br><u>Time</u>: 9:00am<br><u>Place</u>: Courtroom 9D |

The Court, having read the Parties' Joint Stipulation to Request a Continuance of the Hearing Date on the Court's February 21, 2023, Order to Show Cause Regarding Consolidation from March 31, 2023, to April 21, 2023, and good cause appearing, it is hereby **ORDERED** that the March 31, 2023, hearing on the Order to Show Cause Regarding Consolidation is **CONTINUED** from March 31, 2023, to April 21, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 23, 2023

_____
Honorable John W. Holcomb
United States District Judge