Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
Connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel: 310-552-5000 / Fax: 310-552-5001

Attorneys for Plaintiff
Entropic Communications, LLC

*Additional Counsel Listed on Second Page*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**JOINT STIPULATION TO REQUEST AN ADDITIONAL 30-DAY EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Complaint Served: February 21, 2023<br><br>Current Response Date: April 8, 2023<br><br>New Response Date: May 8, 2023 |

JOINT STIPULATION TO REQUEST AN ADDITIONAL 30-DAY EXTENSION
FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO
COMPLAINT - Case No. 2:23-cv-1043-JWH-KES

1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  FISH & RICHARDSON P.C.
   633 West Fifth Street, 26th Floor
3  Los Angeles, CA 90071
   Tel: (213) 533-4240 / Fax: (858) 678-5099
4

5  *Additional Counsel Listed on Signature Page*

6  Attorneys for Defendant
   DISH Network Corporation, et al.
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO REQUEST AN ADDITIONAL 30-DAY EXTENSION
FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO
COMPLAINT - Case No. 2:23-cv-1043-JWH-KES

Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and DISH Network California Service Corporation ("Defendants") on the other hand (collectively, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation to Request an Additional 30-Day Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint, as follows:

**WHEREAS**, the original deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint was March 9, 2023;

**WHEREAS**, on March 8, 2023, the parties filed a stipulation (Dkt. No. 21) to extend the deadline by 30 days for Defendants to answer or otherwise respond to Plaintiff's Complaint;

**WHEREAS**, the stipulation (Dkt. No. 21) extended the deadline of March 9, 2023 to April 8, 2023 for Defendants to answer or otherwise respond to the Complaint;

**WHEREAS**, the current deadline for Defendants to answer or otherwise respond to the Complaint is April 8, 2023;

**WHEREAS**, Plaintiff has asserted 12 patents against Defendants in this case, and Defendants are seeking additional time to consider the claims made by Plaintiff and to answer or otherwise respond to the Complaint;

**WHEREAS**, the Parties have conferred and agree to an additional 30-day extension for Defendants to answer or otherwise respond Plaintiff's Complaint;

**WHEREAS**, the requested additional extension will move Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint from the current deadline of April 8, 2023 to May 8, 2023;

**WHEREAS**, the stipulated extension of Defendants' answer deadline will not impact any other Court deadline;

1  **IT IS HEREBY JOINTLY STIPULATED THAT** the Parties respectfully
2  request an order from the Court extending the deadline for Defendants to answer or
3  otherwise respond to Plaintiff's complaint from April 8, 2023 up to and including
4  May 8, 2023.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: March 24, 2023 | FISH & RICHARDSON P.C. |
| | By: */s/ Christopher S. Marchese* |
| | Christopher S. Marchese (SBN 170239) |
| | marchese@fr.com |
| | 633 West Fifth Street, 26th Floor |
| | Los Angeles, CA 90071 |
| | Tel: (213) 533-4240 |
| | |
| | Adam R. Shartzer *(admitted pro hac vice)* |
| | shartzer@fr.com |
| | Ruffin B. Cordell *(pro hac vice forthcoming)* |
| | cordell@fr.com |
| | Richard A. Sterba *(pro hac vice forthcoming)* |
| | sterba@fr.com |
| | Ralph A. Phillips *(pro hac vice forthcoming)* |
| | rphillips@fr.com |
| | Michael J. Ballanco *(admitted pro hac vice)* |
| | ballanco@fr.com |
| | FISH & RICHARDSON P.C. |
| | 1000 Maine Ave., SW, Suite 1000 |
| | Washington, DC 20024 |
| | Tel: (202) 783-5070 |
| | |
| | David M. Barkan (SBN 160825) |
| | barkan@fr.com |
| | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 400 |
| | Redwood City, CA 94063 |
| | Tel: (650) 839-5070 |
| | |
| | Ashley A. Bolt *(pro hac vice forthcoming)* |
| | bolt@fr.com |
| | FISH & RICHARDSON P.C. |
| | 1180 Peachtree Street NE, 21st Floor |
| | Atlanta, GA 30309 |
| | Tel: (404) 892-5005 |
| | |
| | Attorneys for Defendants |
| | DISH Network Corporation, et al. |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 24, 2023 | K&L GATES LLP |
| 3 | | |
| 4 | | By: */s/ Christina N. Goodrich* |
| 5 | | Christina Goodrich (SBN 261722)<br>christina.goodrich@klgates.com |
| 6 | | Connor J. Meggs (SBN 336159)<br>connor.meggs@klgates.com |
| 7 | | K&L GATES LLP<br>10100 Santa Monica Boulevard |
| 8 | | Eighth Floor<br>Los Angeles, CA 90067 |
| 9 | | Telephone: +1 310 552 5000<br>Facsimile: +1 310 552 5001 |
| 10 | | |
| 11 | | |
| 12 | | Attorneys for Plaintiff<br>Entropic Communications, LLC |

6
JOINT STIPULATION TO REQUEST AN ADDITIONAL 30-DAY EXTENSION
FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO
COMPLAINT - Case No. 2:23-cv-1043-JWH-KES

## ECF ATTESTATION

I, Christopher S. Marchese, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Christopher S. Marchese*
Christopher S. Marchese