1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

11

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

12

| | |
|---|---|
| 13 ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| 14 | |
| 15 Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN ADDITIONAL 30-DAY EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| 16 v. | |
| 17 | |
| 18 DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| 19 | District Judge: Hon. John W. Holcomb Magistrate Judge: Hon. Karen E. Scott |
| 20 | |
| 21 Defendants. | Complaint Served: February 21, 2023 |
| 22 | |
| 23 | Current Response Date: April 8, 2023 |
| 24 | New Response Date: May 8, 2023 |
| 25 | |

26
27
28

1   Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendants DISH
2   Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and
3   DISH Network California Service Corporation ("Defendants") have filed a Joint
4   Stipulation for an Additional 30-Day Extension of Time for Defendants to Answer or
5   Otherwise Respond to Plaintiff's Complaint ("Parties' Joint Stipulation").  Having
6   considered the Parties' Joint Stipulation, and for good cause shown, it is hereby
7   ORDERED that:

8   - The deadline for Defendants to answer or otherwise respond to
9     Plaintiff's Complaint shall be extended up to and including May 8, 2023.

11   IT IS SO ORDERED.

13   Dated: _____, 2023

_____
Hon. John W. Holcomb
United States District Court Judge

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN
ADDITIONAL 30-DAY EXTENSION OF TIME FOR DEFENDANTS TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 2:23-cv-1043-JWH-KES