Name and address:
 Ruffin B. Cordell (DC Bar 445801)
 Fish & Richardson P.C.
 1000 Maine Ave., SW, Suite 1000
 Washington, DC 20024

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cv-1043-JWH-KES |
| v. | |
| DISH NETWORK CORPORATION, et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s), | ***PRO HAC VICE*** |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Cordell, Ruffin B.

*Applicant's Name (Last Name, First Name & Middle Initial)*    *check here if federal government attorney* ☐

Fish & Richardson P.C.

*Firm/Agency Name*

| 1000 Maine Avenue, S.W. | 202-783-5070 | 202-783-2331 |
|---|---|---|
| Suite 1000 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Washington, DC 20024 | | cordell@fr.com |
| *City, State, Zip Code* | | *E-mail Address* |

**I have been retained to represent the following parties:**

| DISH Network Corporation, DISH Network L.L.C. | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: |
|---|---|
| DISH Network Service, L.L.C., et al. | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State Bar of Texas | 11/3/1989 | Inactive Member in Good Standing |
| State Bar of Virginia | 5/11/1993 | Active Member in Good Standing |
| State Bar of District of Columbia | 3/3/1995 | Active Member in Good Standing |

Please see attached for additional court admissions

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 3/22/23

Ruffin B. Cordell
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Marchese, Christopher S.

*Designee's Name (Last Name, First Name & Middle Initial)*

Fish & Richardson P.C.

*Firm/Agency Name*

633 West Fifth Street

26th Floor

*Street Address*

Los Angeles, CA 90071

*City, State, Zip Code*

213-533-4240

*Telephone Number*

858-678-5099

*Fax Number*

marchese@fr.com

*Email Address*

170239

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 3/23/23

Christopher S. Marchese

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Entropic Communication, LLC
    Plaintiff,

vs.

DISH Network Corporation, et. al.
    Defendant.

Case No. 2:23-cv-1043-JWH-KES

## RUFFIN B. CORDELL COURT ADMISSIONS

| COURT | ADMISSION DATE |
|---|---|
| Supreme Court of Texas | November 3, 1989 |
| United States Court of Appeals for the Federal Circuit | May 14, 1991 |
| Supreme Court of Virginia | May 11, 1993 |
| United States Court of Appeals for the Fourth Circuit of Virginia | August 5, 1993 |
| United States Court of Appeal for the District of Columbia | March 3, 1995 |
| United States Court for the District of Columbia District Court | March 6, 1995 |
| United States District Court for the Eastern District of Virginia | September 20, 1996 |
| United States District Court for the Western District of Wisconsin | April 3, 2006 |
| United States District Court for the Eastern District of Michigan | June 6, 2006 |
| United States District Court for the Eastern District of Texas | October 16, 2006 |
| The United States District Court for the Central District of Illinois | March 19, 2012 |

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 14, 2023

Re: Mr. Ruffin B. Cordell, State Bar Number 04820550

To Whom It May Concern:

This is to certify that Mr. Ruffin B. Cordell was licensed to practice law in Texas on November 03, 1989, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **RUFFIN BEAUREGARD CORDELL** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. CORDELL** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **MAY 11, 1993,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued March 17, 2023

*DaVida M. Davis*
**DaVida M. Davis**
**Director of Regulatory Compliance**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Ruffin B Cordell

was duly qualified and admitted on March 3, 1995 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 14, 2023.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*