IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION FOR AN ADDITIONAL 30-DAY EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Complaint Served: February 21, 2023<br><br>Current Response Date: April 8, 2023<br><br>New Response Date: May 8, 2023 |

ORDER GRANTING JOINT STIPULATION FOR AN ADDITIONAL 30-DAY
EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 2:23-cv-1043-JWH-KES

Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and DISH Network California Service Corporation ("Defendants") have filed a Joint Stipulation for an Additional 30-Day Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint ("Parties' Joint Stipulation"). Having considered the Parties' Joint Stipulation, and for good cause shown, it is hereby **ORDERED** that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is **EXTENDED** up to and including May 8, 2023.

**IT IS SO ORDERED.**

Dated: ___March 27___, 2023

Hon. John W. Holcomb
United States District Judge