Name and address:
Richard A. Sterba (DC Bar 461417)
Fish & Richardson P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | CASE NUMBER |
| Plaintiff(s) | 2:23-cv-1043-JWH-KES |
| v. | |
| DISH NETWORK CORPORATION, et al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sterba, Richard A.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-783-5070                    202-783-2331

*Telephone Number*          *Fax Number*

sterba@fr.com

*E-Mail Address*

Fish & Richardson P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C.,

and DISH Network California Service Corporation

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Marchese, Christopher S.                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

170239                    213.533.4240                    858.678.5099

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

marchese@fr.com

*E-Mail Address*

Fish & Richardson P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____          _____
                                        **U.S. District Judge/U.S. Magistrate Judge**