Name and address:
>Ralph A. Phillips (DC Bar 475571)
>Fish & Richardson P.C.
>1000 Maine Ave., SW, Suite 1000
>Washington, DC 20024

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>Plaintiff(s),<br>v.<br>DISH NETWORK CORPORATION, et al.<br>Defendant(s), | CASE NUMBER<br>2:23-cv-1043-JWH-KES<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>***PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Phillips, Ralph A.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Fish & Richardson P.C.
*Firm/Agency Name*

1000 Maine Avenue, S.W.                        202-783-5070              202-783-2331
Suite 1000                                     *Telephone Number*        *Fax Number*
*Street Address*

Washington, DC 20024                                       rphillips@fr.com
*City, State, Zip Code*                                    *E-mail Address*

**I have been retained to represent the following parties:**

| | | |
|---|---|---|
| DISH Network Corporation, DISH Network L.L.C. | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: | |
| DISH Network Service, L.L.C., et al. | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: | |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| State Bar of District of Columbia | 12/03/2001 | Yes |
| Bar of the Supreme Court of Pennsylvania | 10/25/2000 | Yes |
| US District Court Eastern District of Texas | 03/16/2011 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated March 28, 2023

Ralph A. Phillips
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Marchese, Christopher S.
*Designee's Name (Last Name, First Name & Middle Initial)*

Fish & Richardson P.C.
*Firm/Agency Name*

633 West Fifth Street
26th Floor
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213-533-4240
*Telephone Number*

marchese@fr.com
*Email Address*

170239
*Designee's California State Bar Number*

858-678-5099
*Fax Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 4/4/23

Christopher S. Marchese
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Ralph A Phillips

was duly qualified and admitted on December 3, 2001 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 13, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

AO 136 (Rev. 10/13) / TXE 136 (Rev. 09/22) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

## CERTIFICATE OF GOOD STANDING

I, _____ DAVID A. O'TOOLE _____, Clerk of this Court,

certify that **Ralph A Phillips**, Bar # 475571,

was duly admitted to practice in this Court on March 16, 2011, and is in good standing as a member

of the Bar of this Court.

Dated at Tyler, Texas on March 15, 2023.

DAVID A. O'TOOLE
*CLERK*

*[signature]*
DEPUTY CLERK

*[Seal of the United States District Court, Eastern District of Texas]*



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Ralph A. Phillips, Esq.

**DATE OF ADMISSION**

*October 25, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 20, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk