Name and address:
Ralph A. Phillips (DC Bar 475571)
Fish & Richardson P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>v.                                        Plaintiff(s)<br><br>DISH NETWORK CORPORATION, et al.<br><br>                                       Defendant(s). | CASE NUMBER<br><br>2:23-cv-1043-JWH-KES<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Phillips, Ralph A.                                         of   Fish & Richardson P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*      1000 Maine Ave., SW, Suite 1000
202-783-5070                 202-783-2331                        Washington, DC 20024
*Telephone Number*           *Fax Number*
rphillips@fr.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DISH Network Corporation, DISH Network L.L.C., DISH Network Service L.L.C.,
and DISH Network California Service Corporation

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Marchese, Christopher S.                                   of   Fish & Richardson P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*      633 West Fifth Street, 26th Floor
170239            213.533.4240         858.678.5099             Los Angeles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
marchese@fr.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                            U.S. District Judge/U.S. Magistrate Judge