Name and address:
Ashley A. Bolt, (GA Bar 231197)
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff(s),

v.

DISH NETWORK CORPORATION, et al.

Defendant(s),

CASE NUMBER

2:23-cv-1043-JWH-KES

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

## INSTRUCTIONS FOR APPLICANTS

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

## SECTION I - INFORMATION

Bolt, Ashley A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

check here if federal government attorney ☐

Fish & Richardson P.C.
*Firm/Agency Name*

1180 Peachtree Street NE
21st Floor
*Street Address*

404-892-5005
*Telephone Number*

404-892-5002
*Fax Number*

Atlanta, GA 30309
*City, State, Zip Code*

bolt@fr.com
*E-mail Address*

I have been retained to represent the following parties:

DISH Network Corporation, DISH Network L.L.C.   ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

DISH Network Service, L.L.C., et al.   ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| State Bar of Georgia | 11/10/2015 | Yes |
| US Dist. Ct. Northern Dist. of Georgia | 11/23/2015 | Yes |
| US Dist. Ct. Eastern Dist. of Texas | 12/10/2015 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  4/7/2023

Ashley A. Bolt
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Marchese, Christopher S.
*Designee's Name (Last Name, First Name & Middle Initial)*

Fish & Richardson P.C.
*Firm/Agency Name*

633 West Fifth Street

26th Floor

*Street Address*

Los Angeles, CA 90071

*City, State, Zip Code*

213-533-4240
*Telephone Number*

858-678-5099
*Fax Number*

marchese@fr.com
*Email Address*

170239
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 4/10/23

Christopher S. Marchese
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Supreme Court of Georgia, Admitted 1/27/2020, Active Member in Good Standing - Yes
US Court of Appeals for the Federal Circuit, Admitted 2/3/2020, Active Member in Good Standing - Yes
US Dist. Ct. Western Dist. of Texas, Admitted 9/9/2020, Active Member in Good Standing - Yes



Lawyers Serving the Public and the Justice System

**Ms. Ashley Allman Bolt**
**Fish & Richardson PC**
**21st Floor**
**1180 Peachtree Street NE**
**Atlanta, GA  30309**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/10/2015 |
| **BAR NUMBER:** | 231197 |
| **TODAY'S DATE:** | 04/10/2023 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435