Name and address:
Ashley A. Bolt, (GA Bar # 231197)
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>v.                        Plaintiff(s)<br><br>DISH NETWORK CORPORATION, et al.<br><br>                              Defendant(s). | CASE NUMBER<br>2:23-cv-1043-JWH-KES<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bolt, Ashley A.      of      Fish & Richardson P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*      1180 Peachtree Street NE, 21st Floor
404-892-5005      404-892-5002      Atlanta, GA 30309
*Telephone Number*      *Fax Number*
bolt@fr.com
*E-Mail Address*      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C.,
and DISH Network California Service Corporation

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____

**and designating as Local Counsel**

Marchese, Christopher S.      of      Fish & Richardson P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*      633 West Fifth Street, 26th Floor
170239      213.533.4240      858.678.5099      Los Angeles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
marchese@fr.com
*E-Mail Address*      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
      ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
      ☐ for failure to complete Application: _____
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                    _____
                              U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1