| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com |
| | Connor J. Meggs (SBN 336159) |
| 3 | connor.meggs@klgates.com |
| 4 | K&L GATES LLP |
| | 10100 Santa Monica Boulevard |
| 5 | Eighth Floor |
| 6 | Los Angeles, CA 90067 |
| | Telephone: +1 310 552 5000 |
| 7 | Facsimile: +1 310 552 5001 |
| 8 | |
| | *Attorneys for Plaintiff* |
| 9 | *Entropic Communications, LLC* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01048-JWH-KES |
| Plaintiff, | **JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE ORDER TO SHOW CAUSE RE APPOINTMENT OF A SPECIAL MASTER** |
| v. | |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC | [Judge John W. Holcomb; Magistrate Judge Karen E. Scott] |
| | Date: April 21, 2023 |
| | Time: 9:00 a.m. |
| | Crtm: 9D (Reagan Bldg) |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01043-JWH-KES |
| Plaintiff, | **JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE ORDER TO SHOW CAUSE RE APPOINTMENT OF A SPECIAL MASTER** |
| v. | |
| DISH NETWORK CORPORATION; | |

1

| | |
|---|---|
| DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; and DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>    Defendants. | [Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>Date: April 21, 2023<br>Time: 9:00 a.m.<br>Crtm: 9D (Reagan Bldg) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS , LLC,<br><br>    Defendants. | Case No.: 2:23-cv-01047-JWH-KES<br><br>**JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE ORDER TO SHOW CAUSE RE APPOINTMENT OF A SPECIAL MASTER**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>Date: April 21, 2023<br>Time: 9:00 a.m.<br>Crtm: 9D (Reagan Bldg) |

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC ("Comcast Defendants"), Defendants DISH Network Corporation, DISH Network, L.L.C., Dish Network Service, L.L.C., and DISH Network California Service Corporation ("DISH Defendants"), and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC ("Cox Defendants") (together with the Comcast Defendants and the DISH Defendants, "Defendants") (jointly with Plaintiff, the "Parties") hereby submit the following Joint Statement of the Parties in Response to the Court's Order to Show Cause Regarding Appointment of a Special Master.

**ENTROPIC'S POSITION**

Plaintiff consents to the appointment of a special master in this matter for discovery purposes and agrees that the appointment of a special master will promote the expeditious resolution of the Parties' anticipated discovery disputes. For the Court's consideration, Plaintiff proposes David Keyzer as an exemplary candidate for appointment as a special master.

**DEFENDANTS' POSITION**

Although Defendants do not anticipate any discovery disputes, they consent to the appointment of a special master in this matter for discovery purposes in order to promote the expeditious resolution of any discovery dispute that may arise. Defendants will be prepared to discuss proposals for a special master at the April 21, 2023 hearing.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

**K&L GATES LLP**

Dated:  April 14, 2023

By: */s/ Christina N. Goodrich*
Christina Goodrich

Attorneys for Plaintiff Entropic Communications, LLC

Dated: April 14, 2023

**WINSTON & STRAWN**

By: */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan

Attorneys for Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC

Dated: April 14, 2023

**KILPATRICK TOWNSEND & STOCKTON LLP**

By:  */s/ April E. Isaacson*
April E. Isaacson

Attorneys for Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC

Dated: April 14, 2023

**FISH & RICHARDSON P.C.**

By:  */s/ Christopher S. Marchese*
Christopher S. Marchese

Attorney for Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and DISH Network California Service Corporation

**JOINT STATEMENT OF THE PARTIES IN RESPONSE TO THE ORDER TO SHOW CAUSE RE APPOINTMENT OF A SPECIAL MASTER**