UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01043-JWH(KESx) | Date | April 21, 2023 |
| Title | *Entropic Communications, LLC v. DISH Network Corporation et al* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Clarissa Lara | Debbie-Hino Spaan |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| James A. Shimota | Christopher S. Marchese |
| Christina N. Goodrich | Adam R. Shartzer |

**Proceedings:** **HEARING RE: ORDER TO SHOW CAUSE RE CONSOLIDATION**

Counsel state their appearances. The Court confers with counsel regarding the posture of the case. For the reasons stated on the record, the parties are **DIRECTED** to meet and confer regarding a proposed order pertaining to consolidation and the appointment of Special Master.

**IT IS SO ORDERED.**

Time: 00:07
Initials of Preparer: cla