| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com<br>FISH & RICHARDSON P.C. |
| 3 | 633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | Adam R. Shartzer *(admitted pro hac vice)* |
| 6 | shartzer@fr.com<br>Ruffin B. Cordell *(admitted pro hac vice)* |
| 7 | cordell@fr.com<br>Richard A. Sterba *(admitted pro hac vice)* |
| 8 | sterba@fr.com |
| 9 | Ralph A. Phillips *(admitted pro hac vice)*<br>rphillips@fr.com |
| 10 | Michael J. Ballanco *(admitted pro hac vice)*<br>ballanco@fr.com |
| 11 | FISH & RICHARDSON P.C.<br>1000 Maine Ave., SW, Suite 1000 |
| 12 | Washington, DC 20024<br>Tel: (202) 783-5070 / Fax: (202) 783-2331 |
| 13 | |
| 14 | *Additional Counsel Listed on Signature Page* |
| 15 | Attorneys for Defendant<br>DISH Network Corporation, et al. |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(b)(3)**<br><br>Hearing Date: June 9, 2023<br>Time: 9:00 a.m.<br>Courtroom: 9D<br>Judge: Hon. John W. Holcomb |

TO PLAINTIFF AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 9, 2023 at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, Southern Division, located at 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701, before the Honorable John W. Holcomb, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH Colorado"), will move, and hereby do move, to dismiss the case as to the DISH Colorado Defendants.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(3) and the Local Rules applicable thereto.  This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the declaration of Christopher S. Marchese in support of the motion and accompanying exhibits, the declaration of Dan Minnick, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 1, 2023.  Plaintiff confirmed it will oppose the motion.

| | | |
|---|---|---|
| 1 | Dated: May 8, 2023 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Christopher S. Marchese* |
| | | Christopher S. Marchese (SBN 170239) |
| 4 | | marchese@fr.com |
| | | 633 West Fifth Street, 26th Floor |
| 5 | | Los Angeles, CA 90071 |
| 6 | | Tel: (213) 533-4240 |
| 7 | | Adam R. Shartzer *(pro hac vice)* |
| | | shartzer@fr.com |
| 8 | | Ruffin B. Cordell *(pro hac vice)* |
| | | cordell@fr.com |
| 9 | | Richard A. Sterba *(pro hac vice)* |
| 10 | | sterba@fr.com |
| | | Ralph A. Phillips *(pro hac vice)* |
| 11 | | rphillips@fr.com |
| | | Michael J. Ballanco *(pro hac vice)* |
| 12 | | ballanco@fr.com |
| | | FISH & RICHARDSON P.C. |
| 13 | | 1000 Maine Ave., SW, Suite 1000 |
| 14 | | Washington, DC 20024 |
| | | Tel: (202) 783-5070 |
| 15 | | |
| | | David M. Barkan (SBN 160825) |
| 16 | | barkan@fr.com |
| | | FISH & RICHARDSON P.C. |
| 17 | | 500 Arguello Street, Suite 400 |
| 18 | | Redwood City, CA 94063 |
| | | Tel: (650) 839-5070 |
| 19 | | |
| 20 | | Ashley A. Bolt *(pro hac vice)* |
| | | bolt@fr.com |
| 21 | | FISH & RICHARDSON P.C. |
| | | 1180 Peachtree Street NE, 21st Floor |
| 22 | | Atlanta, GA 30309 |
| | | Tel: (404) 892-5005 |
| 23 | | |
| 24 | | Attorneys for Defendants |
| | | DISH Network Corporation, et al. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |