| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com<br>FISH & RICHARDSON P.C. |
| 3 | 633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | Adam R. Shartzer *(admitted pro hac vice)* |
| 6 | shartzer@fr.com<br>Ruffin B. Cordell *(admitted pro hac vice)* |
| 7 | cordell@fr.com<br>Richard A. Sterba *(admitted pro hac vice)* |
| 8 | sterba@fr.com |
| 9 | Ralph A. Phillips *(admitted pro hac vice)*<br>rphillips@fr.com |
| 10 | Michael J. Ballanco *(admitted pro hac vice)*<br>ballanco@fr.com |
| 11 | FISH & RICHARDSON P.C.<br>1000 Maine Ave., SW, Suite 1000 |
| 12 | Washington, DC 20024 |
| 13 | Tel: (202) 783-5070 / Fax: (202) 783-2331 |
| 14 | *Additional Counsel Listed on Last Page* |
| 15 | Attorneys for Defendant |
| 16 | DISH Network Corporation, et al. |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DECLARATION OF CHRISTOPHER S. MARCHESE IN SUPPORT OF DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(b)(3)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

I, Christopher S. Marchese, hereby declare:

1. I am an attorney with the law firm Fish & Richardson P.C., and counsel for Defendants DISH Network Corporation, DISH Network L.L.C., DISH Network Service, L.L.C., and DISH Network California Service Corporation. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of entity information regarding DISH Network Corporation, dated April 26, 2023, obtained from "SilverFlume," which is "Nevada's Business Portal" provided by the Nevada Secretary of State.

3. Attached hereto as **Exhibit 2** is a true and correct copy of entity information regarding DISH Network L.L.C., dated May 8, 2023, obtained from the Colorado Secretary of State website.

4. Attached hereto as **Exhibit 3** is a true and correct copy of entity information regarding Dish Network Service L.L.C., dated May 8, 2023, obtained from the Colorado Secretary of State website.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May, 2023, in San Diego, California.

By: */s/ Christopher S. Marchese*
     Christopher S. Marchese

| | |
|---|---|
| 1 | *Additional Counsel:* |
| 2 | David M. Barkan (SBN 160825) |
| 3 | barkan@fr.com |
| | FISH & RICHARDSON P.C. |
| 4 | 500 Arguello Street, Suite 400 |
| | Redwood City, CA 94063 |
| 5 | Tel: (650) 839-5070 |
| 6 | |
| | Ashley A. Bolt *(pro hac vice)* |
| 7 | bolt@fr.com |
| | FISH & RICHARDSON P.C. |
| 8 | 1180 Peachtree Street NE, 21st Floor |
| 9 | Atlanta, GA 30309 |
| | Tel: (404) 892-5005 |
| 10 | |
| 11 | Attorneys for Defendants |
| 12 | DISH Network Corporation, et al. |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |