# Exhibit 1

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

DISH NETWORK CORPORATION

**Entity Number:**

C6744-1995

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

04/26/1995

**NV Business ID:**

NV19951076825

**Termination Date:**

Perpetual

**Annual Report Due Date:**

4/30/2024

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CORPORATION SERVICE COMPANY

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20101844335

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

112 NORTH CURRY STREET, Carson City, NV, 89703, USA

**Mailing Address:**

**Individual with Authority to Act:**

Not Available

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | W. ERIK CARLSON | 9601 S MERIDIAN BLVD, Englewood, CO, 80112, USA | 04/11/2023 | Active |
| Secretary | TIMOTHY MESSNER | 9601 S MERIDIAN BLVD, Englewood, CO, 80112, USA | 04/11/2023 | Active |
| Treasurer | K. JASON KISER | 9601 S MERIDIAN BLVD, Englewood, CO, 80112, USA | 04/11/2023 | Active |
| Director | CHARLES W ERGEN | 9601 S MERIDIAN BLVD, Englewood, CO, 80112, USA | 04/11/2023 | Active |

Page 1 of 1, records 1 to 4 of 4

## CURRENT SHARES

Exhibit 1
Page 2

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 3,220,000,000 | 0.010000000000 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares:

0

Total Authorized Capital:

32,200,000

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results