Case 2:23-cv-01043-JWH-KES   Document 49-4   Filed 05/08/23   Page 1 of 2   Page ID #:832

# Exhibit 2

5/8/23, 3:34 PM                                                    Colorado Secretary of State - Summary



About Secretary Griswold  |  Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

| Details | | | |
|---|---|---|---|
| Name | DISH Network L.L.C. | | |
| Status | Good Standing | Formation date | 03/26/1987 |
| ID number | 19871717631 | Form | Limited Liability Company |
| Periodic report month | March | Jurisdiction | Colorado |
| Principal office street address | 9601 S Meridian Blvd, Englewood, CO 80112, US | | |
| Principal office mailing address | PO Box 6655, Englewood, CO 80155, United States | | |

| Registered Agent | |
|---|---|
| Name | Timothy Allen Messner |
| Street address | 9601 S MERIDIAN BLVD, ENGLEWOOD, CO 80112, United States |
| Mailing address | PO BOX 6655, ENGLEWOOD, CO 80155, United States |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[ Back ]

Terms & conditions | Browser compatibility