| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com<br>FISH & RICHARDSON P.C. |
| 3 | 633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | Adam R. Shartzer *(admitted pro hac vice)* |
| 6 | shartzer@fr.com<br>Ruffin B. Cordell *(admitted pro hac vice)* |
| 7 | cordell@fr.com<br>Richard A. Sterba *(admitted pro hac vice)* |
| 8 | sterba@fr.com |
| 9 | Ralph A. Phillips *(admitted pro hac vice)*<br>rphillips@fr.com |
| 10 | Michael J. Ballanco *(admitted pro hac vice)*<br>ballanco@fr.com |
| 11 | FISH & RICHARDSON P.C.<br>1000 Maine Ave., SW, Suite 1000 |
| 12 | Washington, DC 20024<br>Tel: (202) 783-5070 / Fax: (202) 783-2331 |
| 13 | |
| 14 | *Additional Counsel Listed on Signature Page* |
| 15 | Attorneys for Defendant<br>DISH Network Corporation, et al. |
| 16 | |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                                Plaintiff,<br><br>     v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>                                Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DEFENDANT DISH NETWORK CORPORATION, ET AL.'S NOTICE OF RULE 12(b)(6) MOTION TO DISMISS UNDER 35 U.S.C. § 101**<br><br>Hearing Date:   June 9, 2023<br>Hearing Time:  9:00 a.m.<br>Courtroom:      9D<br>Judge:               Hon. John W. Holcomb |

TO PLAINTIFF AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 9, 2023 at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, Southern Division, located at 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701, before the Honorable John W. Holcomb, Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and DISH Network California Service Corporation (collectively, "Defendants" and "DISH") will move, and hereby do move to dismiss Counts VI and X of Plaintiff's Complaint with prejudice because U.S. Patent Nos. 10,257,566 and 8,228,910 are invalid as a matter of law under 35 U.S.C. § 101 for claiming patent-ineligible subject matter.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and the Local Rules applicable thereto. This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 1, 2023. Plaintiff confirmed it will oppose the motion.

Dated: May 8, 2023

FISH & RICHARDSON P.C.

By: */s/ Christopher S. Marchese*
Christopher S. Marchese (SBN 170239)
marchese@fr.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240

Adam R. Shartzer *pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(pro hac vice)*
cordell@fr.com
Richard A. Sterba *(pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(pro hac vice)*
ballanco@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

David M. Barkan (SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Ashley A. Bolt *(pro hac vice)*
bolt@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Attorneys for Defendants
DISH Network Corporation, et al.