1
2
3
4
5
6
7
8
9

10           IN THE UNITED STATES DISTRICT COURT
11        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
12

| 13 | ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
|---|---|---|
| 14 | | |
| 15 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS DISH NETWORK CORPORATION, ET AL.'S RULE 12(b)(6) MOTION TO DISMISS UNDER 35 U.S.C. § 101** |
| 16 | v. | |
| 17 | | |
| 18 | DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | District Judge: Hon. John W. Holcomb  Magistrate Judge: Hon. Karen E. Scott |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |

23
24
25
26
27
28

Having considered Defendants' Rule 12(b)(6) Motion to Dismiss under 35 U.S.C. § 101 and for good cause shown, the Court grants the Motion, finds U.S. Patent Nos. 10,257,566 and 8,228,910 invalid under 35 U.S.C. § 101 for claiming patent-ineligible subject matter, and dismisses Counts VI and X of the Complaint with prejudice under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated: _____, 2023

_____
Hon. John W. Holcomb
United States District Court Judge