1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA 90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
7  *Attorneys for Plaintiff*
   *Entropic Communications, LLC*
8
9  **[Additional attorneys listed on signature page]**

10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13                    WESTERN DIVISION

14

| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01043-JWH-KES |
|---|---|
| Plaintiff, | [Assigned to the Hon. John W. Holcomb] |
| vs. | **JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.'S MOTION TO DISMISS** |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| Defendants. | Current Hearing Date:   June 9, 2023 |
| | Proposed New Date:   August 25, 2023 |

fgh

---

**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

315493214.1

Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") and Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and DISH Network California Service Corporation (collectively, "Defendants") (collectively with Entropic, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH Colorado") filed a Motion to Dismiss for Improper Venue (the "Motion") on May 8, 2023 [ECF 49];

WHEREAS, the Motion asserts that Entropic has not met its evidentiary burden to show that the Central District of California is a proper venue for this action as to DISH Colorado;

WHEREAS, Entropic seeks to conduct venue discovery to respond to the arguments presented in the DISH Colorado Motion; particularly to investigate whether DISH Colorado has a regular and established place of business in the Central District of California and therefore whether venue in this District is proper under 28 U.S.C. § 1400(b);

WHEREAS, the Parties agree to conduct venue discovery limited to the arguments presented in the DISH Colorado Motion;

WHEREAS, the Parties acknowledge that Entropic cannot conduct venue discovery and file its Opposition to the Motion by the current deadline of May 19, 2023;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. Entropic is permitted to conduct venue discovery, consisting of, at most, two depositions (one of which will be a deposition of Defendants under Rule 30(b)(6) of the Federal Rules of Civil Procedure, one of which will be of the declarant in the DISH Colorado Motion, Dan Minnick); four special interrogatories; and seven requests for production of documents. This discovery will be limited in scope and relate to

questions regarding the Defendant entities' presence in California, the corporate relationship between all of the Defendant entities, the management of each Defendant entity, the management of the employees of the DISH Network California Service Corporation entity, and the relationship between the Defendant entities and their authorized retailers in the District. The normal and customary Federal Rules of Civil Procedure covering discovery shall apply.

2. Should Entropic provide a declaration in support of its opposition to the Motion, DISH Colorado shall be permitted to conduct venue discovery related to the declaration, and the Parties agree that in such event they will negotiate a further extension to the schedule as warranted.

3. The Parties' venue discovery will not count against the discovery limits as set forth under the Federal Rules of Civil Procedure or any future discovery order of the Court. Entropic and Defendant will be entitled to the full scope of discovery as to the merits of this action notwithstanding the venue discovery it propounds.

4. The Parties reserve the right to move to strike or seek protective order over any discovery sought by the other party that relates to any issue besides the venue issues raised in the DISH Colorado Motion.

5. The Parties respectfully request that the Court agree to continue the hearing on the DISH Colorado Motion from June 9, 2023 to August 25, 2023.

6. Consistent with the proposed new hearing date, the Parties respectfully request that Plaintiff's deadline to oppose the DISH Colorado Motion be continued to July 28, 2023, and that Defendants' deadline to file a reply be continued to August 11, 2023.

Dated: May 12, 2023                    Respectfully Submitted,

                                       By: */s/ Connor J. Meggs*
                                       Christina N. Goodrich (SBN 261722)
                                       Connor J. Meggs (SBN 336159)

2

**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

315493214.1

**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
Jason Engel (admitted *pro hac vice*)
George Summerfield (*pro hac vice* application pending)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Nicholas F. Lenning
(admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel.: (206) 623-7580
Fax: (206) 370-6006
nicholas.lenning@klgates.com

Darlene F. Ghavimi
(admitted *pro hac vice*)

3

**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

315493214.1

Matthew Blair
(admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

Dated: May 12, 2023

By: */s/ Christopher S. Marchese*
Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240
Fax: (858) 678-5099

Adam R. Shartzer (admitted pro hac vice)
shartzer@fr.com
Ruffin B. Cordell (admitted pro hac vice)
cordell@fr.com
Richard A. Sterba (admitted pro hac vice)
sterba@fr.com
Ralph A. Phillips (admitted pro hac vice)
rphillips@fr.com
Michael J. Ballanco (admitted pro hac vice)
ballanco@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

4

**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE
FOR DEFENDANTS' MOTION TO DISMISS**

315493214.1

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Connor J. Meggs, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

Dated: May 12, 2023                     /s/ Connor J. Meggs

**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

315493214.1