**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>    Defendants. | Case No.:  2:23-cv-01043-JWH-KES<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**ORDER GRANTING JOINT STIPULATION** |

**ORDER GRANTING JOINT STIPULATION**

After full consideration of the Joint Stipulation Regarding Venue Discovery and Briefing Schedule for Motion to Dismiss filed by Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") and Defendants DISH Network Corporation; DISH Network LLC; DISH Network Service LLC (collectively, "DISH Colorado"); and DISH Network California Service Corporation, and good cause appearing, it is hereby **ORDERED** as follows:

1. The Joint Stipulation is **GRANTED**.

2. Entropic is permitted to conduct venue discovery, consisting of, at most, two depositions (one of which will be a deposition of Defendants under Rule 30(b)(6) of the Federal Rules of Civil Procedure, one of which will be of the declarant in the DISH Colorado Motion, Dan Minnick); four special interrogatories; and seven requests for production of documents.  This discovery will be limited in scope and relate to questions regarding the Defendant entities' presence in California, the corporate relationship between all of the Defendant entities, the management of each Defendant entity, the management of the employees of the DISH Network California Service Corporation entity, and the relationship between the Defendant entities and their authorized retailers in the District.  The normal and customary Federal Rules of Civil Procedure covering discovery shall apply.

3. If Entropic provides a declaration in support of its opposition to the Motion, then DISH Colorado shall be permitted to conduct venue discovery related to the declaration, and the Parties agree that in such event they will negotiate a further extension to the schedule as warranted.

4. The Parties' venue discovery will not count against the discovery limits as set forth under the Federal Rules of Civil Procedure or any future discovery order of the Court.  Entropic and Defendant will be entitled to the full scope of discovery as to the merits of this action notwithstanding the venue discovery it propounds.

**ORDER GRANTING JOINT STIPULATION**

5.  The Parties retain the right to move to strike or seek protective order over any discovery sought by the other party that relates to any issue besides the venue issues raised in the DISH Colorado Motion.

6.  The hearing on the DISH Colorado Motion [ECF No. 49] is **CONTINUED** from June 9, 2023, to August 25, 2023, at 9:00 a.m.

7.  Consistent with the proposed new hearing date, Plaintiff's deadline to oppose the DISH Colorado Motion is **CONTINUED** to July 28, 2023, and DISH Colorado's deadline to file a reply is **CONTINUED** to August 11, 2023.

**IT IS SO ORDERED.**

Dated: May 16, 2023

Honorable John W. Holcomb
United States District Judge

- 2 -
**ORDER GRANTING JOINT STIPULATION**