Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000

James A. Shimota (*admitted pro hac vice*)
jim.shimota@klgates.com
**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: +1 312 807 4299

Darlene F. Ghavimi (*admitted pro hac vice*)
darlene.ghavimi@klgates.com
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746

***Attorneys for Plaintiff***
***Entropic Communications, LLC***

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ENTROPIC COMMUNICATIONS, LLC,

        Plaintiff,

    v.

DISH NETWORK CORPORATION, *et al.*,

        Defendants.

Case No.: 2:23-cv-01043-JWH-KES

**NOTICE OF ERRATA TO PLAINTIFF ENTROPIC COMMUNICATIONS' OPPOSITION TO DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS UNDER 35 U.S.C. § 101**

Hearing Date:  June 9, 2023
Hearing Time: 9:00 a.m.
Courtroom:      9D
Judge:          Hon. J. W. Holcomb

**NOTICE OF ERRATA**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, Entropic Communications, LLC ("Entropic") respectfully submits this errata to its Opposition to Defendants Rule 12(b)(6) Motion to Dismiss Under 35 U.S.C. § 101 ("Opposition") [ECF Dkt. No. 57], filed on May 19, 2023, in order to correct several formatting errors.  Entropic is concurrently filing an Amended Opposition in compliance with L.R. 11-3 to correct the following: (1) addition of Defendants' first-named party and hearing information in the case caption; (2) spacing in all block quotations; and (3) addition of the document title in the footer. Entropic has made no further or substantive changes to the Amended Opposition.

Dated: May 23, 2023

**K&L GATES LLP**

By: */s/ Christina Goodrich*
Christina Goodrich (SBN 261722
Connor J. Meggs (SBN 336159)
K&L Gates, LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

James A. Shimota (*pro hac vice*)
jim.shimota@klgates.com
70 W. Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: +1 312 807 4299

Darlene F. Ghavimi (*pro hac vice*)
darlene.ghavimi@klgates.com
2801 Via Fortuna
Suite #650
Austin, Texas 78746

*Attorneys for Plaintiff, Entropic Communications, LLC*