Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000

James A. Shimota (*admitted pro hac vice*)
jim.shimota@klgates.com
**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: +1 312 807 4299

Darlene F. Ghavimi (*admitted pro hac vice*)
darlene.ghavimi@klgates.com
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH Network Corporation, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01043-JWH-KES <br><br> **JOINT STATUS REPORT RE CONSOLIDATION AND APPOINTMENT OF SPECIAL MASTER RE DISCOVERY** <br><br> Hearing Date: June 9, 2023 <br> Hearing Time: 11:00 a.m. <br> Courtroom:    9D (Santa Ana) <br> Judge:        Hon. J. W. Holcomb |

1

**JOINT STATUS REPORT RE CONSOLIDATION AND APPOINTMENT OF SPECIAL MASTER**

Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic"), and Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service, L.L.C., and Dish Network California Service Corporation (collectively "Defendants") (jointly with Plaintiff, the "Parties") hereby submit the following Joint Status Report pursuant to the Court's May 17, 2023 Scheduling Notice and Order [ECF Dkt. No. 55] directing the Parties to file an update regarding case consolidation and the appointment of a Special Master.

### I. THE PARTIES' POSITION REGARDING CONSOLIDATION

With respect to consolidation, the Parties reiterate their respective positions stated in the March 10, 2023 Joint Response to Order to Show Cause Regarding Consolidation [ECF Dkt. No. 26], whereby the Parties agreed, for pretrial purposes, to consolidate Case Nos. 2:23-cv-01048-JWH-KES, 2:23-cv-01043-JWH-KES, and 2:23-cv-01047-JWH-KES through the *Markman* hearing. Since that time, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. have filed a motion to dismiss pursuant to Rule 12(b)(3), and the Parties agree that the agreement to consolidate is without waiver and without prejudice to that pending motion to dismiss [ECF Dkt. No. 49]. In the interim, the Parties are continuing to meet and confer with specific proposals for some consolidated discovery and potentially other issues, with another meet and confer on this issue to be held at the time of their Rule 26 conference of counsel in the coming week(s). The Parties will be working cooperatively to agree on the specific features of consolidation and intend to submit a proposed order regarding consolidation in connection with or near the time of their filing of their Rule 26 Joint Report.

### II. THE PARTIES' POSITION REGARDING SPECIAL MASTER APPOINTMENT

With respect to the appointment of a Special Master to handle discovery disputes, the Parties reiterate their agreement to appoint David Keyzer as Special

2
**JOINT STATUS REPORT RE CONSOLIDATION AND APPOINTMENT OF SPECIAL MASTER**

| | |
|---|---|
| 1 | Master as represented to the Court during the April 21, 2023 Show Cause Hearing |
| 2 | [ECF 52].  The Parties will file a draft proposed order appointing David Keyzer as |
| 3 | the Special Master presiding over the instant dispute as soon as the Parties receive |
| 4 | Keyser's executed declaration confirming that he has run and cleared conflicts. |

Dated: May 26, 2023                Respectfully Submitted,

**K&L GATES LLP**

By:/s/ *Christina N. Goodrich*

Christina Goodrich
Connor J. Meggs

Attorneys for Plaintiff Entropic Communications, LLC

Dated: May 26, 2023

**FISH & RICHARDSON P.C.**

By:/s/*Christopher S. Marchese*
Christopher S. Marchese

Attorney for Defendants
DISH Network Corporation;
DISH Network L.L.C.; Dish Network Service L.L.C.; and
Dish Network California Service Corporation

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Christina N. Goodrich