Name and address:
Aaron Pirouznia (TX Bar No. 24098958)
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff(s)

v.

DISH NETWORK CORPORATION, et al.

Defendant(s).

CASE NUMBER

2:23-cv-1043-JWH-KES

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Pirouznia, Aaron   of   Fish & Richardson P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*       1717 Main Street, Suite 5000
214-292-4073     214-747-2091                Dallas, TX 75201
*Telephone Number*   *Fax Number*
pirouznia@fr.com
*E-Mail Address*                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C.,
and DISH Network California Service Corporation

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ Other: _____

**and designating as Local Counsel**

Marchese, Christopher S.    of    Fish & Richardson P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*    633 West Fifth Street, 26th Floor
170239        213.533.4240    858.678.5099    Los Angeles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
marchese@fr.com
*E-Mail Address*                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded

Dated _____        _____
                                     U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1