1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  FISH & RICHARDSON P.C.
3  633 West Fifth Street, 26th Floor
   Los Angeles, CA 90071
4  Tel: (213) 533-4240 / Fax: (858) 678-5099
5
6  *Additional Counsel Listed on Signature Page*
7
   Attorneys for Defendants
8  DISH Network Corporation, et al.
9
10
11              IN THE UNITED STATES DISTRICT COURT
12       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
13
   | | |
   |---|---|
14 | ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
15 | | |
   | Plaintiff, | **JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE DATE** |
16 | | |
17 | v. | |
18 | DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | District Judge: Hon. John W. Holcomb  Magistrate Judge: Hon. Karen E. Scott |
19 | | |
20 | | Current Scheduling Conference Date: June 30, 2023 |
21 | | |
22 | Defendants. | Proposed Scheduling Conference Date: July 21, 2023  Time: 9:00 a.m.  Place: Courtroom 9D |
23
24
25
26
27
28

JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING
CONFERENCE DATE
Case No. 2:23-cv-1043-JWH-KES

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation ("DISH") (jointly with Plaintiff, the "Parties") hereby submit the following Joint Stipulation to Request a Continuance of the Scheduling Conference on the Court's May 17, 2023 Order Setting Scheduling Conference from June 30, 2023 to July 21, 2023, or as soon thereafter as is convenient to the Court, with reference to the following facts:

**WHEREAS**, the current hearing date on the Scheduling Conference is June 30, 2023 at 9:00am ("Hearing Date");

**WHEREAS**, the Hearing Date is identical for each of the three above-captioned cases: *Entropic Communications, LLC v. DISH Network Corporation, et al.*, Case No. 2:23-cv-01043; *Entropic Communications, LLC v. Cox Communications, Inc., et al.*, Case No. 2:23-cv-01047; and *Entropic Communications, LLC v. Comcast Corporation, et al.*, Case No. 2:23-cv-01048 (collectively, the "MoCA Actions");

**WHEREAS**, lead trial counsel for DISH is unavailable on June 30, 2023 due to a preexisting family obligation;

**WHEREAS**, after meeting and conferring, the Parties agreed to a brief continuance of the Hearing Date for all of the MoCA Actions;

**WHEREAS**, the soonest date on which counsel for the Parties are available is July 21, 2023, since counsel for certain Parties are also unavailable on July 7 and 14, 2023;

**NOW THEREFORE**, to accommodate the schedules of counsel, the Parties jointly stipulate to request a continuance of the Hearing Date for the MoCA Actions and hereby respectfully request that the Court continue the June 30, 2023 Hearing Date to July 21, 2023 at 9:00am, or as soon thereafter as is convenient to the Court.

| | | |
|---|---|---|
| 1 | Dated: June 5, 2023 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Christopher S. Marchese* |
| | | Christopher S. Marchese (SBN 170239) |
| 4 | | |
| 5 | | Attorneys for Defendants |
| | | DISH Network Corporation, et al. |
| 6 | | |
| 7 | Dated: June 5, 2023 | K&L GATES LLP |
| 8 | | |
| 9 | | By: */s/ Christina Goodrich* |
| | | Christina Goodrich (SBN 261722) |
| 10 | | |
| 11 | | Attorneys for Plaintiff |
| | | Entropic Communications, LLC |

## ECF ATTESTATION

I, Christopher S. Marchese, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Christopher S. Marchese*
Christopher S. Marchese