| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE DATE**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Current Scheduling Conference Date: June 30, 2023<br><br>Proposed Scheduling Conference Date: July 21, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 9D |

|   |   |
|---|---|
| 1 | The Court, having read the Parties' Joint Stipulation to Request a Continuance |
| 2 | of the Scheduling Conference Date on from June 30, 2023 to July 21, 2023, and good |
| 3 | cause appearing: |
| 4 | **IT IS HEREBY ORDERED** that the June 30, 2023 Scheduling Conference is |
| 5 | continued to July 21, 2023 at 9:00 a.m. in Courtroom 9D. |
| 6 |   |
| 7 | Dated: _____, 2023 |

_____
Hon. John W. Holcomb
United States District Court Judge