Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, *et al.*<br><br>       Defendants. | Case No.: 2:23-cv-01043-JWH-KES<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**<br><br>Related Case: 2:22-cv-07775-JWH-JEM |

---

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation (collectively, "Defendants") (together with Entropic, the "Parties") hereby submit the following Joint Stipulation to Request Appointment of David Keyzer, Esq. as Special Master for discovery purposes in this case.

**WHEREAS,** the Court issued an order on April 21, 2023 in this matter directing the parties to meet and confer and file a stipulation proposing an individual for appointment as Special Master in this matter for the purposes of discovery [ECF 47];

**WHEREAS,** the Parties, following meet-and-confer efforts, have agreed that David Keyzer, Esq. is an appropriate candidate for appointment as Special Master;

**WHEREAS,** the Parties contacted Mr. Keyzer for the purposes of requesting a conflicts check for all named parties to these cases;

**WHEREAS,** Mr. Keyzer has confirmed, based on the party lists that he checked, that he does not have conflicts with any parties in this matter or the other Entropic matters for which Mr. Keyzer may serve as a Special Master;

**WHEREAS**, DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. ("DISH Colorado") moved on May 8, 2023 pursuant to Rule 12(b)(3) to dismiss the respective cases and claims against them [ECF 49];

**WHEREAS,** the Parties agree that this Joint Stipulation to Request Appointment of David Keyzer, Esq. as Special Master is entered into without waiver of and without prejudice to DISH Colorado's pending motion to dismiss pursuant to Rule 12(b)(3) [ECF 49];

**WHEREFORE,** the Parties hereby stipulate to request that the Court issue an order appointing David Keyzer, Esq. as Special Master for purposes of discovery. This stipulation is without waiver of and without prejudice to DISH Colorado's pending motion to dismiss pursuant to Rule 12(b)(3) [ECF 49].

Dated: June 8, 2023                          Respectfully Submitted,

By: /s/ *Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl. Los Angeles, CA 90067 Tel.: (310) 552-5547 Fax: (310) 552-5001 christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

Darlene F. Ghavimi
(admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919

2
**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

|   |   |   |
|---|---|---|
| 1 |  | Fax: (512) 482-6859 |
| 2 |  | darlene.ghavimi@klgates.com |
| 3 |  | Kenneth Bridges |
| 4 |  | **Bridges IP Consulting** |
| 5 |  | 2113 19th Avenue S |
|   |  | Nashville, TN 37212 |
| 6 |  | Tel: (615) 973-9478 |
| 7 |  | bridgesip@icloud.com |
| 8 |  | **ATTORNEYS FOR PLAINTIFF** |
| 9 |  | **ENTROPIC COMMUNICATIONS, LLC** |
| 13 | Dated: June 8, 2023 | By: */s/ Christopher S. Marchese* |
| 14 |  | Christopher S. Marchese (SBN 170239) |
| 15 |  | marchese@fr.com |
|   |  | **FISH & RICHARDSON P.C.** |
| 16 |  | 633 West Fifth Street, 26th Floor |
| 17 |  | Los Angeles, CA 90071 |
|   |  | Tel: (213) 533-4240 |
| 18 |  | Fax: (858) 678-5099 |
| 19 |  | Ashley A. Bolt (admitted pro hac vice) |
| 20 |  | bolt@fr.com |
|   |  | **FISH & RICHARDSON P.C.** |
| 21 |  | 1180 Peachtree Street, NE, 21nd Floor |
| 22 |  | Atlanta, GA 30309 |
| 23 |  | 404-892-5005 |
|   |  | Fax: 404-892-5002 |
| 24 |  |  |
| 25 |  | David M. Barkan |
|   |  | barkan@fr.com |
| 26 |  | **FISH & RICHARDSON P.C.** |
| 27 |  | 500 Arguello Street Suite 400 |
|   |  | Redwood City, CA 94063 |
| 28 |  |  |

3

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

650-839-5070
Fax: 650-839-5071

Adam R. Shartzer (admitted pro hac vice)
shartzer@fr.com
Ruffin B. Cordell (admitted pro hac vice)
cordell@fr.com
Richard A. Sterba (admitted pro hac vice)
sterba@fr.com
Ralph A. Phillips (admitted pro hac vice)
rphillips@fr.com
Michael J. Ballanco (admitted pro hac vice)
ballanco@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

**ATTORNEYS FOR DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE, L.L.C., AND DISH NETWORK CALIFORNIA SERVICE CORPORATION**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Christina N. Goodrich
_____

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1