1  David M. Keyzer (SBN 248585)
   david@keyzerlaw.com
2  **LAW OFFICE OF DAVID KEYZER, P.C.**
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10

11 ENTROPIC COMMUNICATIONS,            Case No.:  2:23-cv-01043-JWH-KES
   LLC,
12                                      [Assigned to the Hon. John W. Holcomb]
                    Plaintiff,
13                                      
         v.                            
14                                      **SPECIAL MASTER AFFIDAVIT OF**
   DISH NETWORK CORPORATION, *et*      **DAVID KEYZER, ESQ. PURSUANT**
15 *al.*                               **TO FED. R. CIV. P. 53(b)(3)(A)**

16                  Defendants.         Related Case: 2:22-cv-07775-JWH-JEM

17

18

19

20

21

22

23

24

25

26

27

28

---

**SPECIAL MASTER AFFIDAVIT OF DAVID KEYZER, ESQ. PURSUANT TO
FED. R. CIV. P. 53(b)(3)(A)**

315482200.1

1    On or about May 3, 2023, I, David Keyzer, Esq., was contacted by the parties in
2    the above-captioned action and asked to perform a conflicts check for the parties
3    identified in the caption above for my prospective appointment as a special master in
4    this matter pursuant to Federal Rule of Civil Procedure 53.  Rule 53(b)(3)(A) requires
5    that a special master file an affidavit disclosing whether there is any ground for
6    disqualification.  I have reviewed the pleadings and the docket for the above-captioned
7    matter.  I have determined, pursuant to Rule 53(a)(2), that I do not have a relationship
8    to the parties, attorneys, action, or Court that would require disqualification of a judge
9    under 28 U.S.C. Section 455.  I understand that I may need to supplement this conflicts
10   check later.  Also, on May 5, 2023, I provided the parties with a copy of my curriculum
11   vitae, which includes information regarding my prior employers and years of
12   employment during and after law school, including my employment as an associate at
13   Fish & Richardson P.C.  Information regarding my prior employment has been publicly
14   available at www.keyzerlaw.com throughout the pendency of the above-captioned case.
15   No party has advised me of any potential ground for disqualification under 28 U.S.C.
16   Section 455.  I declare under penalty of perjury that the foregoing is true and correct.

17   I declare under penalty of perjury under the laws of the United States of America
18   that the foregoing is true and correct.

19

20   Dated:  _June 7, 2023_               _____
                                          David M. Keyzer, Esq.
21

22

23

24

25

26

27

28
                                          2

**SPECIAL MASTER AFFIDAVIT OF DAVID KEYZER, ESQ. PURSUANT TO
FED. R. CIV. P. 53(b)(3)(A)**

315482200.1