UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01043-JWH(KESx) | Date | June 9, 2023 |
| Title | *Entropic Communications, LLC v. DISH Network Corporation et al* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Debbie-Hino Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
James A. Shimota
Christina N. Goodrich

Attorney(s) Present for Defendant(s):
Christopher S. Marchese

**Proceedings:**   HEARING RE:  STATUS CONFERENCE

Counsel state their appearances. The Court confers with counsel regarding the posture of the case and case schedule. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. The hearing on the Defendants' Motion to Dismiss Counts VI and X of the Complaint [ECF No. 50] is **CONTINUED** from June 30, 2023, to July 21, 2023, at 11:00 a.m. The briefing schedule for Defendants' motion is **EXTENDED** as follows:

    a. The deadline for Plaintiff to file its supplemental brief is **EXTENDED** to June 26, 2023.

    b. The deadline for Defendant to file its responsive brief is **EXTENDED** to July 7, 2023.

2. The parties' Joint Stipulation for Continuance of the Scheduling Conference [ECF No. 65] is **APPROVED**. The Scheduling Conference is **CONTINUED** to July 21, 2023, at 11:00 a.m.

    **IT IS SO ORDERED.**

Time:  00:13
Initials of Preparer: cla