Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DECLARATION OF GEORGE SUMMERFIELD IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:       July 21, 2023<br>Time:      11:00 AM<br>Courtroom: 9D |

**DECLARATION OF GEORGE SUMMERFIELD**

I, George Summerfield, declare as follows

1. I am an attorney duly licensed to practice law in the State of Illinois, admitted *pro hac vice* in this Court, and I am a partner at the law firm of K&L Gates LLP.

2. I am one of the attorneys on the K&L Gates's team representing Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and could and would competently testify to these matters.

3. I submit this Declaration in support of and file this Declaration concurrently with Plaintiff's Supplemental Brief in support of its Opposition to Defendants' Motion to Dismiss.

4. Attached as Exhibit A is a true and correct copy of an Amendment related to an application before the United States Patent and Trademark Office ("USPTO") bearing a serial number of 11/231,349 for "A Broadband Local Area Network" dated July 2, 2009. I accessed this document from the USPTO's website and downloaded a copy of the document to attach to this Declaration.

5. Attached as Exhibit B is a true and correct copy of an Amendment related to an application before the USPTO bearing a serial number of 11/231,349 for "A Broadband Local Area Network" dated March 20, 2012. I accessed this document from the USPTO's website and downloaded a copy of the document to attach to this Declaration.

6. Attached as Exhibit C is a true and correct copy of an Amendment and Reply related to an application before the USPTO bearing a serial number of 11/231,349 for "A Broadband Local Area Network" dated October 18, 2012. I accessed this document from the USPTO's website and downloaded a copy of the document to attach to this Declaration.

7. Attached as Exhibit D is a true and correct copy of part of an Application before the USPTO bearing a serial number of 11/231,349 with a Filing Date of September 19, 2005. I accessed this document from the USPTO's website and downloaded a copy of the document to attach to this Declaration.

8. Attached as Exhibit E is a true and correct copy of a Notice of Allowance and Fees Due related to an application before the USPTO bearing a serial number of 12/117,890 for "Aggregating Network Packets for Transmission to a Destination Node" dated April 4, 2012. I accessed this document from the USPTO's website and downloaded a copy of the document to attach to this Declaration.

9. Attached as Exhibit F is a true and correct copy of U.S. Patent No. 7,170,893 (Rajan). I accessed this document from the USPTO's website and downloaded a copy of the document to attach to this Declaration.

10. Attached as Exhibit G is a true and correct copy of an Office Action related to an application before the USPTO bearing a serial number of 12/117,890 dated December 20, 2011. I accessed this document from the USPTO's website and downloaded a copy of the document to attach to this Declaration.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and accurate.

Dated: June 26, 2023         By: _____
                                  George Summerfield