Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION; *et al.*,<br><br>    Defendants.<br><br>dlfgh | Case No.: 2:23-cv-01043-JWH-KES<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.'S MOTION TO DISMISS**<br><br>Current Hearing Date:   August 25, 2023<br><br>Proposed New Date:   September 15, 2023 |

---

**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

315938378.2

1    Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH
2  Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C., and Dish
3  Network California Service Corporation (collectively, "Defendants") (collectively with
4  Entropic, the "Parties"), by and through their respective counsel, stipulate and agree as
5  follows:
6    WHEREAS, Defendants DISH Network Corporation, DISH Network L.L.C.,
7  and Dish Network Service L.L.C. (collectively, "DISH Colorado") filed a Motion to
8  Dismiss for Improper Venue (the "Motion") on May 8, 2023 [ECF No. 49];
9    WHEREAS, the Motion asserts that Entropic has not met its evidentiary burden
10 to show that the Central District of California is a proper venue for this action as to
11 DISH Colorado;
12   WHEREAS, on May 12, 2023, the Parties filed a Joint Stipulation [ECF No. 51]
13 to allow Entropic to conduct venue discovery in order to adequately respond to the
14 Motion's arguments; particularly to investigate whether DISH Colorado has a regular
15 and established place of business in the Central District of California and therefore
16 whether venue in this District is proper under 28 U.S.C. § 1400(b);
17   WHEREAS, the Court granted the Joint Stipulation on May 16, 2023 [ECF No.
18 56];
19   WHEREAS, the parties have commenced venue discovery related to the
20 arguments presented in DISH Colorado's Motion;
21   WHEREAS, the Parties are working together to identify and produce the relevant
22 documents sought by Entropic, and to schedule depositions of DISH Colorado and a
23 subpoenaed third party;
24   WHEREAS, the Parties have agreed to extend the deadlines and hearing date
25 related to the Motion by an additional three weeks to allow Entropic to complete its
26 venue discovery and file its Opposition to the Motion;
27
28

1

**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

315938378.2

1      NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The Parties respectfully request that the Court agree to continue the hearing on the DISH Colorado Motion from August 25, 2023 to September 15, 2023.

2. Consistent with the proposed new hearing date, the Parties respectfully request that Entropic's deadline to oppose the DISH Colorado Motion be continued to August 18, 2023, and that DISH Colorado's deadline to file a reply be continued to September 1, 2023.

Dated: July 12, 2023

Respectfully Submitted,

By: */s/ Connor J. Meggs*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121

2
**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**
315938378.2

|   |   |   |
|---|---|---|
| 1 |  | Fax: (312) 827-8000 |
| 2 |  | jim.shimota@klgates.com |
| 3 |  | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 4 |  | **K&L GATES LLP** |
|   |  | 2801 Via Fortuna, Suite #650 |
| 5 |  | Austin, TX 78746 |
| 6 |  | Tel.: (512) 482-6919 |
|   |  | Fax: (512) 482-6859 |
| 7 |  | darlene.ghavimi@klgates.com |
| 8 |  |  |
| 9 |  | Kenneth Bridges |
|   |  | **Bridges IP Consulting** |
| 10 |  | 2113 19th Avenue S |
|   |  | Nashville, TN 37212 |
| 11 |  | Tel: (615) 973-9478 |
| 12 |  | bridgesip@icloud.com |
| 13 |  | **ATTORNEYS FOR PLAINTIFF** |
| 14 |  | **ENTROPIC COMMUNICATIONS, LLC** |
| 15 |  |  |
| 16 | Dated: July 12, 2023 | By: */s/ Christopher S. Marchese* |
|   |  | Christopher S. Marchese (SBN 170239) |
| 17 |  | marchese@fr.com |
| 18 |  | **FISH & RICHARDSON P.C.** |
|   |  | 633 West Fifth Street, 26th Floor |
| 19 |  | Los Angeles, CA 90071 |
| 20 |  | Tel: (213) 533-4240 |
|   |  | Fax: (858) 678-5099 |
| 21 |  |  |
| 22 |  | David M. Barkan (SBN 160825) |
|   |  | barkan@fr.com |
| 23 |  | **FISH & RICHARDSON P.C.** |
| 24 |  | 500 Arguello Street, Suite 400 |
|   |  | Redwood City, CA 94063 |
| 25 |  | Tel: (650) 839-5070 |
| 26 |  | Fax: (650) 839-5071 |
| 27 |  |  |
|   |  | Aaron P. Pirouznia (admitted *pro hac vice*) |
| 28 |  |  |

3

**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

315938378.2

| | |
|---|---|
| 1 | pirouznia@fr.com |
| 2 | **FISH & RICHARDSON P.C.** |
|   | 1717 Main Street, Suite 5000 |
| 3 | Dallas, TX 75201 |
| 4 | Tel: (214) 292-4073 |
|   | Fax: (214) 747-2091 |
| 5 | |
| 6 | Ashley A. Bolt |
|   | (admitted *pro hac vice*) |
| 7 | bolt@fr.com |
| 8 | **FISH & RICHARDSON P.C.** |
|   | 1180 Peachtree Street, NE, 21nd Floor |
| 9 | Atlanta, GA 30309 |
| 10 | Tel: (404) 892-5005 |
|   | Fax: (404) 892-5002 |
| 11 | |
| 12 | Adam R. Shartzer (admitted *pro hac vice*) |
|   | shartzer@fr.com |
| 13 | Ruffin B. Cordell (admitted *pro hac vice*) |
| 14 | cordell@fr.com |
|   | Richard A. Sterba (admitted *pro hac vice*) |
| 15 | sterba@fr.com |
| 16 | Ralph A. Phillips (admitted *pro hac vice*) |
|   | rphillips@fr.com |
| 17 | Michael J. Ballanco (admitted *pro hac vice*) |
| 18 | ballanco@fr.com |
|   | **FISH & RICHARDSON P.C.** |
| 19 | 1000 Maine Ave., SW, Suite 1000 |
| 20 | Washington, DC 20024 |
|   | Tel: (202) 783-5070 |
| 21 | Fax: (202) 783-2331 |
| 22 | |
| 23 | **ATTORNEYS FOR DEFENDANTS** |
| 24 | **DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C., and Dish Network California Service Corporation** |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

4

**JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

315938378.2

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Connor J. Meggs, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

*/s/ Connor J. Meggs*