1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9
10

| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01043-JWH-KES |
|---|---|
| Plaintiff, | [Assigned to the Hon. John W. Holcomb] |
| vs. | |
| DISH NETWORK CORPORATION; *et al.*, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION** |
| Defendants. | |

315938381.1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**

After full consideration of the Joint Stipulation Regarding Venue Discovery an Briefing Schedule for Motion to Dismiss filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation; DISH Network L.L.C.; and Dish Network Service L.L.C. (collectively, "DISH Colorado"), and Dish Network California Service Corporation, and good cause appearing, it is hereby **ORDERED** as follows:

1. The Joint Stipulation is **GRANTED**.

2. The hearing on DISH Colorado's Motion to Dismiss for Improper Venue (the "Motion") [ECF No. 49] is **CONTINUED** from August 25, 2023 to September 15, 2023.

3. Consistent with the proposed new hearing date, Entropic's deadline to oppose the Motion is **CONTINUED** to August 18, 2023.  DISH Colorado's deadline to file a reply is **CONTINUED** to September 1, 2023.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                         Honorable John W. Holcomb
                                                                         United States District Judge

315938381.1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**