1   DAVID M. KEYZER (SB# 248585)
    david@keyzerlaw.com
2   LAW OFFICE OF DAVID KEYZER, P.C.
    5170 Golden Foothill Parkway
3   El Dorado Hills, CA 95762
    Telephone: (916) 243-5259
4   Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9                          SOUTHERN DIVISION

10
    ENTROPIC COMMUNICATIONS, LLC,   §   Case No. 2:23-cv-01043-JWH-KES
11            Plaintiff,            §
                                    §   Hon. John W. Holcomb
12      v.                          §   Special Master David M. Keyzer
                                    §
13  DISH NETWORK CORPORATION,       §
    DISH NETWORK LLC, and DISH      §
14  NETWORK SERVICE LLC,            §   **SPECIAL MASTER ORDER**
              Defendants.           §
15  _____ §   **No. SM-1**
                                    §
16  ENTROPIC COMMUNICATIONS, LLC,   §
              Plaintiff,            §
17                                  §
        v.                          §   Case No. 2:23-cv-01047-JWH-KES
18                                  §
    COX COMMUNICATIONS, INC.,       §
19  COXCOM, LLC, and COX            §
    COMMUNICATIONS CALIFORNIA,      §
20  LLC,                            §
              Defendants.           §

| | | |
|---|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff, | § § § |
| 2 | | § |
| 3 | 　　v. | § § | Case No. 2:23-cv-01048-JWH-KES |
| 4 | COMCAST CORPORATION,<br>COMCAST CABLE | § § |
| 5 | COMMUNICATIONS, LLC, and<br>COMCAST CABLE | § § |
| 6 | COMMUNICATIONS MANAGEMENT, LLC, | § § |
| 7 | 　　　　Defendants.<br>_____ | § § § |
| 8 | ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff, | § § § |
| 9 | | § |
| 10 | 　　v. | § § | Case No. 2:23-cv-01049-JWH-KES |
| 11 | COX COMMUNICATIONS, INC.,<br>COXCOM, LLC, and COX | § § |
| 12 | COMMUNICATIONS CALIFORNIA, LLC, | § § |
| 13 | 　　　　Defendants. | § § |
| 14 | _____ | § § |
| 15 | ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff, | § § § |
| 16 | 　　v. | § § | Case No. 2:23-cv-01050-JWH-KES |
| 17 | COMCAST CORPORATION,<br>COMCAST CABLE | § § |
| 18 | COMMUNICATIONS, LLC, and<br>COMCAST CABLE | § § |
| 19 | COMMUNICATIONS MANAGEMENT, LLC, | § § |
| 20 | 　　　　Defendants. | § § § |

1    Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2 Special Master for Discovery Purposes (Dkt. 260), and further pursuant to e-mail
3 correspondence between the Special Master and counsel for both sides on July 7, 12, 13,
4 17, and 21, 2023, the Special Master hereby **SETS** a preliminary conference for **July 26,**
5 **2023, at 12:00 P.M.** Pacific Time, by videoconference.

6    Counsel participating in the discussion shall appear by video.  Other counsel and
7 other attendees (such as client representatives) that do not actively participate may attend
8 either with or without video.  Attendees shall mute their microphones when they are not
9 actively participating at a particular time.

10    The parties shall confer and select a Reporter, and the cost of reporting and of
11 ordering transcripts shall be apportioned equally between Plaintiff(s) (one half) and
12 Defendant(s) (one half).  The parties shall provide the Reporter's contact information to
13 the Special Master **no later than 5:00 P.M. Pacific Time on the day before the**
14 **hearing**.

15    The parties shall provide the Special Master and the Reporter with a list of
16 expected participants **no later than 5:00 P.M. Pacific Time on the day before the**
17 **hearing**.  This list shall be submitted by e-mail and shall indicate each name together
18 with e-mail address and status as counsel, client representative, or other affiliation.

19    Each party shall provide all other parties, the Court Reporter, and the Special
20 Master with an electronic copy of any demonstrative presentation slides that the party

intends to use during the hearing **no later than 5:00 P.M. Pacific Time on the day before the hearing**. Such demonstrative presentative slides that are not designated as confidential shall also be filed in PDF form on the Court's docket as an attachment to a Notice (slides designated as confidential shall be provided only by e-mail to all other parties, the Court Reporter, and the Special Master). **The parties should not attempt any video screen sharing** or other presentation of demonstratives during the hearing but rather should refer to the electronic copies that have been distributed by the parties prior to the hearing.

Use of a headset, earbuds, or a combination of a microphone and headphones (rather than using any external speakers) is strongly encouraged so as to minimize feedback, room echoes, and other audio interruptions that might otherwise be a significant impediment to the Special Master in conducting the hearing, to opposing counsel in responding to arguments, and to the Reporter in producing a clear record.

Zoom information for this conference is as follows:

Zoom Webinar ID: 884 6091 2744

Password: 22301043

IT IS SO ORDERED.

Dated: July 24, 2023

By: _____
David M. Keyzer
Special Master