1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10
    ENTROPIC COMMUNICATIONS, LLC,      §   Case No. 2:23-cv-01043-JWH-KES
11          Plaintiff,                 §
                                       §   Hon. John W. Holcomb
12     v.                              §   Special Master David M. Keyzer
                                       §
13  DISH NETWORK CORPORATION,          §
    DISH NETWORK LLC, and DISH         §
14  NETWORK SERVICE LLC,               §   **NOTICE OF**
            Defendants.                §
15  _____ §   **SPECIAL MASTER MINUTES**
                                       §
16  ENTROPIC COMMUNICATIONS, LLC,      §
            Plaintiff,                 §
17                                     §
       v.                              §   Case No. 2:23-cv-01047-JWH-KES
18                                     §
    COX COMMUNICATIONS, INC.,          §
19  COXCOM, LLC, and COX               §
    COMMUNICATIONS CALIFORNIA,         §
20  LLC,                               §
            Defendants.                §

NOTICE OF SPECIAL MASTER MINUTES - 1

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 2:23-cv-01048-JWH-KES |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | § § § § § § § | |
| Defendants. | § § | |
| _____ | § § | |
| ENTROPIC COMMUNICATIONS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:23-cv-01049-JWH-KES |
| COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC, | § § § § § | |
| Defendants. | § § | |
| _____ | § § | |
| ENTROPIC COMMUNICATIONS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:23-cv-01050-JWH-KES |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | § § § § § § § | |
| Defendants. | § § | |

1   Pursuant to authority provided by the Court's July 5, 2023 Order Appointing

2   David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt.

3   74), the Special Master attaches hereto the Special Master Minutes for a preliminary

4   conference held on July 26, 2023.

Dated:   July 26, 2023          By:    /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master