| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| 2 | Christina.goodrich@klgates.com |
|   | Connor J. Meggs (SBN 336159) |
| 3 | Connor.meggs@klgates.com |
|   | K&L GATES LLP |
| 4 | 10100 Santa Monica Blvd., 8th Floor |
|   | Los Angeles, CA 90067 |
| 5 | Tel: 310-552-5000 |
| 6 | Fax: 310-552-5001 |
| 7 | *Attorneys for Plaintiff* |
|   | *Entropic Communications, LLC* |
| 8 | |
| 9 | **[Additional Counsel Listed on Signature Page]** |

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | **JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE** |
| v. | |
| DISH NETWORK CORPORATION, *et al.* | |
| Defendants. | Current Hearing Date: Sept. 15, 2023 |
| | Time:  10:00 a.m. |
| | Crtrm:  8D (Santa Ana) |
| | |
| | Proposed New Date: October 6, 2023 |
| | Time:  10:00 a.m. |
| | Crtrm:  8D (Santa Ana) |

JOINT STIPULATION REGARDING VENUE DISCOVERY AND BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS
Case No. 2:23-cv-1043-JWH-KES

Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") on the one hand and Defendants DISH Network Corporation, DISH Network, L.L.C., Dish Network Service, L.L.C. (collectively, "DISH Colorado") and Dish Network California Service Corporation (collectively, "Defendants" and "DISH") on the other hand (collectively, the "Parties"), by and through their respective counsel stipulate and agree as follows:

WHEREAS, DISH Colorado filed a Motion to Dismiss for Improper Venue (the "Motion") on May 8, 2023 [ECF No. 49];

WHEREAS, the Motion asserts that Entropic has not met its evidentiary burden to show that the Central District of California is a proper venue for this action as to DISH Colorado;

WHEREAS, on May 12, 2023, the Parties filed a Joint Stipulation [ECF No. 51] to allow Entropic to conduct venue discovery in order to adequately respond to the Motion's arguments; particularly to investigate whether DISH Colorado has a regular and established place of business in the Central District of California and therefore whether venue in this District is proper under 28 U.S.C. § 1400(b);

WHEREAS, the Court granted the Joint Stipulation on May 16, 2023 [ECF No. 56];

WHEREAS, the parties have commenced venue discovery related to the arguments presented in DISH Colorado's Motion;

WHEREAS, on July 12, 2023, the Parties filed a Joint Stipulation [ECF No. 78] to extend deadlines regarding venue discovery and briefing schedule for DISH Colorado's motion;

WHEREAS, the Court granted the Joint Stipulation on July 13, 2023 [ECF No. 79];

WHEREAS, the Parties have met and conferred several times in order to resolve discovery disputes. Such efforts include several written correspondence and

1  telephone conferences regarding the proper scope of Entropic's discovery requests,
2  the documents produced in response to such requests, and the dates of depositions to
3  be taken;

4      WHEREAS, the Parties continue to work together cooperatively to identify and
5  produce the relevant documents sought by Entropic, and to schedule depositions of
6  DISH Colorado and a subpoenaed third party;

7      WHEREAS, DISH Colorado has identified August 18, 2023, as a date on which
8  its corporate witness is available to testify;

9      WHEREAS, the subpoenaed third party has identified August 16, 2023, as a
10 date on which its corporate witness is available to testify;

11     WHEREAS, DISH Colorado has indicated that it intends to make a further
12 production of documents before the depositions described above;

13     WHEREAS, the Parties have agreed to jointly request the Court extend the
14 deadlines and hearing date related to the Motion to allow Entropic to complete its
15 venue discovery and file its Opposition to the Motion;

16     NOW THEREFORE, the Parties, by and through their respective counsel,
17 hereby STIPULATE AND AGREE as follows:

18     1. The Parties respectfully request that the Court agree to continue the hearing
19 on the DISH Colorado Motion from September 15, 2023, to October 6, 2023.

20     2. Consistent with the proposed new hearing date, the Parties respectfully
21 request that Entropic's deadline to oppose the DISH Colorado Motion be continued
22 to September 5, 2023, and that DISH Colorado's deadline to file a reply be continued
23 to September 22, 2023.

| | | |
|---|---|---|
| 1 | Dated: August 3, 2023 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Christopher S. Marchese* |
| | | Christopher S. Marchese (SBN 170239) |
| 4 | | marchese@fr.com |
| | | 633 West Fifth Street, 26th Floor |
| 5 | | Los Angeles, CA 90071 |
| 6 | | Tel: (213) 533-4240 |
| 7 | | Adam R. Shartzer *(admitted pro hac vice)* |
| 8 | | shartzer@fr.com |
| | | Ruffin B. Cordell *(admitted pro hac vice)* |
| 9 | | cordell@fr.com |
| 10 | | Richard A. Sterba *(admitted pro hac vice)* |
| 11 | | sterba@fr.com |
| 12 | | Ralph A. Phillips *(pro hac vice pending)* |
| 13 | | rphillips@fr.com |
| | | Michael J. Ballanco *(admitted pro hac vice)* |
| 14 | | ballanco@fr.com |
| 15 | | FISH & RICHARDSON P.C. |
| 16 | | 1000 Maine Ave., SW, Suite 1000 |
| | | Washington, DC 20024 |
| 17 | | Tel: (202) 783-5070 |
| 18 | | David M. Barkan (SBN 160825) |
| 19 | | barkan@fr.com |
| | | FISH & RICHARDSON P.C. |
| 20 | | 500 Arguello Street, Suite 400 |
| 21 | | Redwood City, CA 94063 |
| | | Tel: (650) 839-5070 |
| 22 | | |
| 23 | | Ashley A. Bolt *(pro hac vice forthcoming)* |
| 24 | | bolt@fr.com |
| | | FISH & RICHARDSON P.C. |
| 25 | | 1180 Peachtree Street NE, 21st Floor |
| 26 | | Atlanta, GA 30309 |
| | | Tel: (404) 892-5005 |
| 27 | | |
| 28 | | |

| | |
|---|---|
| | Attorneys for Defendants<br>DISH Network Corporation, et al. |
| Dated:  August 3, 2023 | K&L GATES LLP |
| | By: */s/ Christina Goodrich*<br>Christina Goodrich (SBN 261722)<br>christina.goodrich@klgates.com<br>Connor J. Meggs (SBN 336159)<br>connor.meggs@klgates.com<br>K&L GATES LLP<br>10100 Santa Monica Boulevard<br>Eighth Floor<br>Los Angeles, CA 90067<br>Tel: (310) 552-5000 |
| | James A. Shimota *(*admitted *pro hac vice)*<br>jim.shimota@klgates.com<br>George C. Summerfield *(pro hac vice forthcoming)*<br>george.summerfield@klgates.com<br>K&L GATES LLP<br>Suite 3300<br>70 W. Madison Street<br>Chicago, IL 60602<br>Tel.: (312) 372-1121 |
| | Peter E. Soskin (SBN 280347)<br>peter.soskin@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel: (415) 882-8200 |
| | Darlene F. Ghavimi *(*admitted *pro hac vice)*<br>darlene.ghavimi@klgates.com<br>K&L GATES LLP<br>2801 Via Fortuna, Suite #650<br>Austin, TX 78746<br>Tel: (512) 482-6919 |

Attorneys for Plaintiff
Entropic Communications, LLC

**ECF ATTESTATION**

I, Christina Goodrich, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Christina Goodrich*
Christina Goodrich