# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DISH NETWORK CORPORATION; *et al.*,<br><br>    Defendants. | Case No.: 2:23-cv-01043-JWH-KES<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION** |

1  After full consideration of the Joint Stipulation Regarding Venue Discovery an Briefing Schedule for Motion to Dismiss filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation; DISH Network L.L.C.; and Dish Network Service L.L.C. (collectively, "DISH Colorado"), and Dish Network California Service Corporation, and good cause appearing, it is hereby **ORDERED** as follows:

1. The Joint Stipulation is **GRANTED**.

2. The hearing on DISH Colorado's Motion to Dismiss for Improper Venue (the "Motion") [ECF No. 49] is **CONTINUED** from September 15, 2023 to October 6, 2023.

3. Consistent with the proposed new hearing date, Entropic's deadline to oppose the Motion is **CONTINUED** to September 5, 2023.  DISH Colorado's deadline to file a reply is **CONTINUED** to September 22, 2023.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Honorable John W. Holcomb
                                    United States District Judge

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**