DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br> Plaintiff, <br> v. <br> DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISH NETWORK SERVICE LLC, <br> Defendants. | Case No. 2:23-cv-01043-JWH-KES <br><br> Hon. John W. Holcomb <br> Special Master David M. Keyzer <br><br><br><br> **NOTICE OF** <br><br> **SPECIAL MASTER ORDER** |
| ENTROPIC COMMUNICATIONS, LLC, <br> Plaintiff, <br> v. <br> COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC, <br> Defendants. | Case No. 2:23-cv-01047-JWH-KES |

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br>         Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br>         Defendants. | § § § § § § § § § § § § § § § | Case No. 2:23-cv-01048-JWH-KES |
| ENTROPIC COMMUNICATIONS, LLC, <br>         Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC, <br>         Defendants. | § § § § § § § § § § § § § § § | Case No. 2:23-cv-01049-JWH-KES |
| ENTROPIC COMMUNICATIONS, LLC, <br>         Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br>         Defendants. | § § § § § § § § § § § § § § § § § | Case No. 2:23-cv-01050-JWH-KES |

Pursuant to authority provided by the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt. 74), the Special Master attaches hereto the Special Master Order No. SM-2.

Dated: August 4, 2023     By:    /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master