| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 633 West Fifth Street, 26th Floor |
|   | Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | Adam R. Shartzer *(admitted pro hac vice)* |
|   | shartzer@fr.com |
| 6 | Ruffin B. Cordell *(admitted pro hac vice)* |
| 7 | cordell@fr.com |
|   | Richard A. Sterba *(admitted pro hac vice)* |
| 8 | sterba@fr.com |
|   | Ralph A. Phillips *(admitted pro hac vice)* |
| 9 | rphillips@fr.com |
| 10 | Michael J. Ballanco *(admitted pro hac vice)* |
|   | ballanco@fr.com |
| 11 | Taylor C. Burgener (SBN 348769) |
|   | burgener@fr.com |
| 12 | FISH & RICHARDSON P.C. |
|   | 1000 Maine Ave., SW, Suite 1000 |
| 13 | Washington, DC 20024 |
| 14 | Tel: (202) 783-5070 / Fax: (202) 783-2331 |
| 15 | *Additional Counsel Listed on Signature Page* |
| 16 | Attorneys for Defendant |
| 17 | DISH Network Corporation, et al. |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | **NOTICE OF LODGING DEFENDANTS DISH NETWORK CORPORATION, ET AL.'S DEMONSTRATIVE SLIDES FROM THE AUGUST 9, 2023 HEARING ON DEFENDANTS' MOTION TO DISMISS (ECF NO. 50)** |
| v. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| | District Judge: Hon. John W. Holcomb |
| | Magistrate Judge: Hon. Karen E. Scott |
| Defendants. | |

1      Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network
2 Service L.L.C., and Dish Network California Service Corporation (collectively,
3 "Defendants" and "DISH") hereby lodge their demonstrative slides from the August
4 9, 2023 hearing on Defendants Rule 12(b)(6) Motion to Dismiss under 35 U.S.C. §
5 101 (ECF No. 50).

1  Dated: August 10, 2023

FISH & RICHARDSON P.C.

By: */s/ Christopher S. Marchese*
    Christopher S. Marchese (SBN 170239)
    marchese@fr.com
    633 West Fifth Street, 26th Floor
    Los Angeles, CA 90071
    Tel: (213) 533-4240

    Adam R. Shartzer *(pro hac vice)*
    Ruffin B. Cordell *(pro hac vice)*
    cordell@fr.com
    Richard A. Sterba *(pro hac vice)*
    sterba@fr.com
    Ralph A. Phillips *(pro hac vice)*
    rphillips@fr.com
    shartzer@fr.com
    Michael J. Ballanco *(pro hac vice)*
    ballanco@fr.com
    Taylor C. Burgener (SBN 348769)
    burgener@fr.com
    FISH & RICHARDSON P.C.
    1000 Maine Ave., SW, Suite 1000
    Washington, DC 20024
    Tel: (202) 783-5070

    David M. Barkan (SBN 160825)
    barkan@fr.com
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 400
    Redwood City, CA 94063
    Tel: (650) 839-5070

    Ashley A. Bolt *(pro hac vice)*
    bolt@fr.com
    FISH & RICHARDSON P.C.
    1180 Peachtree Street NE, 21st Floor
    Atlanta, GA 30309
    Tel: (404) 892-5005

Attorneys for Defendants
DISH Network Corporation, et al.

3
DEFENDANTS' NOTICE OF LODGING
Case No. 2:23-cv-1043-JWH-KES