Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, *et al.*, <br><br> Defendants. | Case No.:  2:23-cv-01043-JWH-KES <br> Case No.:  2:23-cv-01047-JWH-KES <br> Case No.:  2:23-cv-01048-JWH-KES <br><br> [Assigned to the Hon. John W. Holcomb] <br><br> **STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE; [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | |

STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE

1    Plaintiff Entropic Communications, LLC ("Entropic"), on the one hand, and
2    Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast
3    Cable Communications Management, LLC (collectively, "Comcast" or "Comcast
4    Defendants"), Defendants Cox Communications, Inc.; Coxcom, LLC and Cox
5    Communications California LLC, (collectively, "Cox" or "Cox Defendants"), and
6    DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C. and
7    Dish Network California Service Corporation (collectively, "DISH" or "DISH
8    Defendants") (inclusively, "Consolidated Defendants"), on the other hand, hereby
9    submit the following Stipulation and Proposed Order Setting Claim Construction
10   Schedule with reference to the following facts:

11   WHEREAS, on August 9, 2023, the Court ordered the parties to meet and confer
12   and submit a proposed schedule jointly through claim construction (*See* 1043 ECF No.
13   91; 1047 ECF No. 83; 1048 ECF No. 122);

14   WHEREAS, at the hearing on August 9, 2023, the Court also asked that the
15   parties submit an estimate of the number of terms to be construed at the *Markman*
16   hearing;

17   WHEREAS, Entropic estimates that it will request construction of up to twenty
18   terms;

19   WHEREAS, the Consolidated Defendants will be able to assess the number of
20   claim terms for construction after Entropic serves its infringement contentions and
21   identifies the asserted claims, which Entropic has not yet done;

22   WHEREAS, the parties reserve the right to revise these estimates based on, *inter*
23   *alia*, a meet and confer with the defendants' outside counsel (once retained) in the
24   related action entitled *Entropic Communications, LLC v. DirecTV, LLC, et al.* Case No.
25   2:23-cv-05253-JWH-KES, filed on July 1, 2023 (C.D. Cal.) ("DirecTV Action");

26   NOW, THEREFORE, based on the foregoing facts, the parties hereby stipulate
27   and respectfully request that the Court enter an Order with the following schedule:

28

**STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE**

| Matter | Parties' Compromise Proposal |
|---|---|
| Claim Construction Hearing | Friday September 13, 2024 |
| Reply Claim Construction Brief | Friday, August 23, 2024 |
| Responsive Claim Construction Brief | Friday, August 2, 2024 |
| Opening Claim Construction Brief | Tuesday, July 9, 2024 |
| Completion of Claim Discovery | Friday, June 21, 2024 |
| JCCS and Prehearing Statement, including Expert Declarations | Friday, May 31, 2024 |
| Exchange of Proposed Constructions | Friday, May 3, 2024 |
| Exchange of Terms Proposed for Construction | Friday, April 5, 2024 |
| Disclosure of Invalidity Contentions and Accompanying Document Production | Tuesday, December 19, 2023 |
| Disclosure of Asserted Claims and Infringement Contentions, and Accompanying Document Production | Friday, September 29, 2023 |

2

**STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE**

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: August 18, 2023

**K&L GATES LLP**

By: */s/ Christina Goodrich*
Christina Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
Cassidy T. Young (SBN 342891)
K&L Gates, LLP
10100 Santa Monica Boulevard
8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com
cassidy.young@klgates.com

James A. Shimota (*pro hac vice*)
George C. Summerfield (*pro hac vice*)
70 W. Madison Street, Ste 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com

Nicholas F. Lenning
925 Fourth Ave., Ste 2900
Seattle, WA 98104
Telephone: (206) 370-6685
Fax: (206) 623-7022
nicholas.lenning@klgates.com

Darlene F. Ghavimi (*pro hac vice*)
2801 Via Fortuna, Ste 650
Austin, Texas 78746
Telephone: (512) 482-6859
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Peter E. Soskin
4 Embarcadero Center, Ste 1200
San Francisco, CA 94111
Telephone: (415) 882-8220
peter.soskin@klgates.com

***Attorneys for Plaintiff, Entropic***

3

**STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE**

1                                 ***Communications, LLC***

2

3   Dated: August 18, 2023            **FISH & RICHARDSON P.C.**

4

5                        By: */s/ Christopher S. Marchese*

                       Christopher S. Marchese (SBN 170239)

6                        marchese@fr.com

7                        ***Attorneys for Defendant***

8                        ***DISH Network Corporation, et al.***

9

10  Dated: August 18, 2023            **WINSTON & STRAWN LLP**

11

12                        By:  */s/ Krishnan Padmanabhan*

                           Krishnan Padmanabhan (SBN 254220)

13                          Diana H. Leiden  (SBN 267606)

                         Brian E. Ferguson

14                          Saranya Raghavan

15                        ***Attorneys for Defendant***

16                        ***Comcast Corporation, et al.***

17

18  Dated: August 18, 2023            **KILPATRICK TOWNSEND & STOCKTON LLP**

19

20                        By:  */s/ April E. Isaacson*

21                          April E. Isaacson (SBN 180638)

22                        ***Attorney for Defendant***

23                        ***Cox Communications, Inc., et al.***

24

25

26

27

28

4

**STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE**