Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff
Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DISH NETWORK CORPORATION; *et al.*, <br><br> Defendants. <br><br> dlfgh | Case No.: 2:23-cv-01043-JWH-KES <br><br> [Assigned to the Hon. John W. Holcomb] <br><br> **PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S NOTICE OF FILING OF PRELIMINARY AMENDMENT TO U.S. PATENT NO. 8,228,910** <br><br> <u>**Hearing on Motion to Dismiss under 35 U.S.C. § 101**</u> <br><br> Date: August 9, 2023 <br> Time: 10:00 a.m. <br> Crtrm: 9D |

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff Entropic Communications, LLC ("Entropic") hereby gives notice that it is filing a copy of the Preliminary Amendment to U.S. Patent No. 8,228,910 (the "'910 Patent"), which was electronically filed with the United States Patent and Trademark Office (Attorney Docket No. 29424US03) on August 21, 2023, in connection with the reexamination proceeding for the '910 Patent. The Preliminary Amendment is attached hereto as **Exhibit A**.

Because the '910 Patent is one of the Patents-in-Suit, Entropic wanted to ensure that the Court had prompt notice of the filing of the Preliminary Amendment. The Preliminary Amendment does not amend any of the Asserted Claims.

Dated: August 21, 2023

Respectfully Submitted,

By: /s/ Christina N. Goodrich
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602

Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Kenneth Bridges
**Bridges IP Consulting**
2113 19th Avenue S
Nashville, TN 37212
Tel: (615) 973-9478
bridgesip@icloud.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

2
**PLAINTIFF'S NOTICE OF FILING**