UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES<br>Case No.: 2:23-cv-01047-JWH-KES<br>Case No.: 2:23-cv-01048-JWH-KES<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**ORDER GRANTING STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | |

**ORDER**

After full consideration of the Stipulation Setting Claim Construction Schedule, filed jointly by Plaintiff Entropic Communications, LLC ("Entropic"), on the one hand, and Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Comcast" or "Comcast Defendants"), Defendants Cox Communications, Inc.; Coxcom, LLC and Cox Communications California LLC, (collectively, "Cox" or "Cox Defendants"), and DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C. and Dish Network California Service Corporation (collectively, "DISH" or "DISH Defendants") (inclusively, "Consolidated Defendants"), on the other hand, and good cause appearing, it is hereby **ORDERED** as follows:

The dates for claim construction matters in this action are set as follows:

| Matter | Parties' Compromise Proposal |
|---|---|
| Claim Construction Hearing | Tuesday, September 17, 2024, at 10:00 a.m. |
| Reply Claim Construction Brief | Friday, August 23, 2024 |
| Responsive Claim Construction Brief | Friday, August 2, 2024 |
| Opening Claim Construction Brief | Tuesday, July 9, 2024 |
| Completion of Claim Discovery | Friday, June 21, 2024 |
| JCCS and Prehearing Statement, including Expert Declarations | Friday, May 31, 2024 |
| Exchange of Proposed Constructions | Friday, May 3, 2024 |

| Matter | Parties' Compromise Proposal |
|---|---|
| Exchange of Terms Proposed for Construction | Friday, April 5, 2024 |
| Disclosure of Invalidity Contentions and Accompanying Document Production | Tuesday, December 19, 2023 |
| Disclosure of Asserted Claims and Infringement Contentions, and Accompanying Document Production | Friday, September 29, 2023 |

**IT IS SO ORDERED.**

Dated: August 21, 2023

Honorable John W. Holcomb
United States District Judge