1  Christina N. Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Cassidy T. Young (SBN 342891)
   cassidy.young@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA  90067 Telephone:
5  +1 310 552 5000 Facsimile: +1 310
   552 5001
6
   *Attorneys for Plaintiff Entropic*
7  *Communications, LLC*

8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01043-JWH-KES |
| Plaintiff, | **DECLARATION OF CHRISTINA N. GOODRICH IN SUPPORT OF ENTROPIC COMMUNICATIONS, LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(b)(3)** |
| vs. | |
| DISH NETWORK CORPORATION, *et al.*, | |
| Defendants. | Date:       October 6, 2023<br>Time:       9:00 a.m.<br>Courtroom:  9D |

**DECLARATION OF CHRISTINA N. GOODRICH**

## DECLARATION OF CHRISTINA N. GOODRICH

I, Christina N. Goodrich, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am a partner at the law firm of K&L Gates LLP. I am one of the attorneys on the K&L Gates team representing Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") in the above-entitled action. This declaration is based on personal knowledge of the matters set forth in this declaration and based on documents on file with the Court and maintained as part of the Firm's client files in this action. If called upon to testify regarding these matters, I could and would do so competently.

2. On July 13, 2023, this Court granted the parties' stipulation to conduct venue discovery in this action. *See* DE 79.

3. Accordingly, Entropic served venue-related document requests on Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH") on May 19, 2023. DISH served written responses to these requests on June 20, 2023.

4. On June 20, 2023, Entropic served a deposition and document subpoena on X Factor Communications Inc. ("X Factor") as part of its venue discovery. X Factor designated Eric Stefani as its representative, and my colleague, George Summerfield, deposed Mr. Stefani on August 16, 2023.

5. Attached hereto as **Exhibit A** is a true and correct copy of the "About DISH" page on DISH's website. *See https://about.dish.com/company-info.* I visited this webpage and downloaded a copy of the "About DISH" page on August 20, 2023.

6. Attached hereto as **Exhibit B** is a true and correct copy of DISH California Services Corporation's ("DISH California") Articles of Incorporation. DISH produced this document to Entropic on June 20, 2023 in response to Entropic's venue-related document requests.

7. Entropic served a 30(b)(3) notice on issues relevant to DISH's motion to dismiss for improper and Entropic's opposition thereto on August 3, 2023. On August 18, 2023, my colleague, George Summerfield, took the deposition of DISH's 30(b)(3) witness, Dan Minnick, on issues relevant to DISH's motion to dismiss for improper venue. Attached hereto as **Exhibit C** is a true and correct copy of the relevant portions of the transcript from the deposition of Dan Minnick.

8. Attached hereto as **Exhibit D** is a true and correct copy of DISH's Second Supplemental Responses to Entropic's Venue Interrogatories, which it served on Entropic on August 11, 2023.

9. Attached hereto as **Exhibit E** is a true and correct copy of what purports to be the Periodic Report for DISH Network L.L.C., filed on February 23, 2022. DISH produced this document to Entropic on June 20, 2023 in response to Entropic's venue-related document requests.

10. Attached hereto as **Exhibit F** is a true and correct copy of what purports to be the Periodic Report for DISH California, filed on November 23, 2022. DISH produced this document to Entropic on June 20, 2023 in response to Entropic's venue-related document requests.

11. Attached hereto as **Exhibit G** is a true and correct copy of what purports to be the Periodic Report for DISH Network Service L.L.C., filed on February 28, 2023. DISH produced this document to Entropic on June 20, 2023 in response to Entropic's venue-related document requests.

12. Attached hereto as **Exhibit H** is a true and correct copy of what purports to be a pay statement issued by DISH Network L.L.C. DISH produced this document to Entropic on June 30, 2023 in response to Entropic's venue-related document requests.

13. Attached hereto as **Exhibit I** is a true and correct copy of a decision by the National Labor and Relations Board ("NLRB"), which I accessed and downloaded from the internet on August 13, 2023.

14. Attached hereto as **Exhibit J** is a true and correct copy of the transcript of the deposition of X Factor representative Eric Stefani, which took place on August 16, 2023.

15. Attached hereto as **Exhibit K** is a true and correct copy of what purports to be DISH's Retailer Agreement with X Factor. X Factor produced this document to Entropic on July 19, 2023 in response to Entropic's venue-related document subpoena.

16. Attached hereto as **Exhibit L** is a true and correct copy of what purports to be DISH's Retailer Master Business Rules. DISH produced this document to Entropic on July 21, 2023 in response to Entropic's venue-related document requests.

17. Attached hereto as **Exhibit M** is a true and correct copy of what purports to be DISH's Trademark License Agreement with X Factor. DISH produced this document to Entropic on June 30, 2023 in response to Entropic's venue-related document requests.

18. Attached hereto as **Exhibit N** is a true and correct copy of what purports to be a bill sent to a DISH customer. DISH produced this document to Entropic on June 30, 2023 in response to Entropic's venue-related document requests.

19. Attached hereto as **Exhibit O** is a true and correct copy of what purports to be DISH's Home Advantage Plan Agreement. X Factor produced this document to Entropic on July 19, 2023 in response to Entropic's venue-related document subpoena.

20. Attached hereto as **Exhibit P** is a true and correct copy of the "DISH Careers" webpage, which I caused to be accessed and downloaded on August 28, 2023 at:

**DECLARATION OF CHRISTINA N. GOODRICH**

1  https://jobs.dish.com/jobs?page=1&sortBy=distance_from&location=Los%20Angeles&stretch=50&stretchUnit=MILES. This webpage shows the results for job postings within a 50-mile radius of Los Angeles, California. I also accessed this page on September 5, 2023, which is included at the end of Exhibit P.

21. Attached hereto as **Exhibit Q** is a true and correct copy of the LinkedIn profile for Jamie McDaniel, which I caused to be accessed and downloaded on August 28, 2023. The link for this webpage is: https://www.linkedin.com/in/jamie-mcdaniel-8030255a/. I also accessed this page on September 5, 2023, which is included at the end of Exhibit Q.

22. Attached hereto as **Exhibit R** is a true and correct copy of the LinkedIn profile for Dan Minnick, which I caused to be accessed and downloaded on August 28, 2023. The link for this webpage is: https://www.linkedin.com/in/dan-minnick-5a16b6156/. I also accessed and downloaded this page on September 5, 2023, which is included at the end of Exhibit R.

23. Attached hereto as **Exhibit S** is a true and correct copy of the "DISH Careers" webpage, which my colleague accessed on August 31, 2023 at: https://jobs.dish.com/jobs?page=1&sortBy=distance_from&location=Los%20Angeles&stretch=50&stretchUnit=MILES. This webpage shows the results for Cable Installation Technician job openings in Pacolma, Reseda, Pamnorama City, North Hills, North Hollywood, Van Nuys, Granada Hills, Sun Valley, and Winnetka.

24. Attached hereto as **Exhibit T** is a true and correct copy of a stipulated order for monetary judgement, wherein Dish Network LLC agrees it "will not contest the factual and liability findings in this Court's opinion set forth in *United States v. Dish Network LLC*, 3:09-cv-03073-SEM-TSH, at Dkt. No. 797 (C.D. Ill. Jun. 5, 2017), *reported at* 256 F. Supp. 3d 810 (C.D. Ill. 2017), which I located on the internet and downloaded on August 13, 2023.

**DECLARATION OF CHRISTINA N. GOODRICH**

25. Attached hereto as **Exhibit U** is a true and correct copy of a consent judgment entered in *People v. DISH Network California Service Corporation, et al.* Case No. 22CV008224 (Super. Ct. 2022), which I located on the internet and downloaded on August 13, 2023.

26. Attached hereto as **Exhibit V** is a true and correct copy of a webpage showing a Costa Mesa location for "Dish Network," which I caused to be downloaded on August 31, 2023 at: https://www.hours-locations.com/search/?q=dish-network&where=costa%20mesa&x=0&y=0. I also accessed and downloaded this page on September 5, 2023, which is included at the end of Exhibit V.

27. Attached hereto as **Exhibit W** is a true and correct copy of what purports to be a list showing DISH Network L.L.C.'s Board of Directors. DISH produced this document to Entropic on June 20, 2023 in response to Entropic's venue-related document requests.

28. Attached hereto as **Exhibit X** is a true and correct copy of the ownership record for the DISH logo as kept by the Trademark Electronic Search System ("TESS"), which I accessed and downloaded on September 5, 2023.

29. Attached hereto as **Exhibit Y** is a true and correct copy of what purports to be the 2018 version of DISH's "Agreement Regarding Confidential Information, Proprietary Development and Conflict of Interest." DISH produced this document to Entropic on June 30, 2023 in response to Entropic's venue-related document requests.

30. Attached hereto as **Exhibit Z** is a true and correct copy of what purports to be the 2021 version of DISH's "Agreement Regarding Confidential Information, Proprietary Development and Conflict of Interest." DISH produced this document to Entropic on June 30, 2023 in response to Entropic's venue-related document requests.

**DECLARATION OF CHRISTINA N. GOODRICH**

31. Attached hereto as **Exhibit AA** is a true and correct copy of what purports to be DISH's list of Local Receive Facilities. DISH produced this document to Entropic on June 22, 2023 in response to Entropic's venue-related document requests.

32. Attached hereto as **Exhibit BB** is a true and correct copy of what purports to be one of DISH's Business Rules. DISH produced this document to Entropic on July 21, 2023 in response to Entropic's venue-related document requests.

33. Attached hereto as **Exhibit CC** is a true and correct copy of what purports to be one of DISH's Business Rules. DISH produced this document to Entropic on July 21, 2023 in response to Entropic's venue-related document requests.

34. Attached hereto as **Exhibit DD** is a true and correct copy of what purports to be DISH's Retailer Agreement with Vertex Industries Inc. DISH produced this document to Entropic on July 10, 2023 in response to Entropic's venue-related document requests.

35. Attached hereto as **Exhibit EE** is a true and correct copy of what purports to be the biography of Patrick Joe on DISH's "About DISH" page. DISH produced this document to Entropic on June 30, 2023 in response to Entropic's venue-related document requests.

36. Attached hereto as **Exhibit FF** is a true and correct copy of what purports to be DISH Network Corporation's 10-k for the fiscal year ending on December 31, 2022. DISH produced this document to Entropic on June 20, 2023 in response to Entropic's venue-related document requests.

37. Attached hereto as **Exhibit GG** is a true and correct copy of what purports to be DISH California's bylaws. DISH produced this document to Entropic on June 30, 2023 in response to Entropic's venue-related document requests.

**DECLARATION OF CHRISTINA N. GOODRICH**

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on September 5, 2023 in Los Angeles, California.

*Christina N. Goodrich*

Christina N. Goodrich

**DECLARATION OF CHRISTINA N. GOODRICH**