# EXHIBIT A




Contact Us    Email Alerts

# Quick Facts



Provides services to approximately 17 million customers



Offers the highest quality service and value on the market






Delivers consumer wireless services through Boost Mobile and other brands



Building America's First Smart Network$^{TM}$ to redefine the way people and things connect.



Annual revenue of more than $17 billion






Publicly traded on the NASDAQ Exchange, ticker symbol DISH



Employs more than 14,000 people in the U.S.



Headquartered in Englewood, Colo.

# Our Story




Contact Us    Email Alerts

with a bold idea: to bring TV to rural America.



DISH was founded on adventure and an unshakable desire to win. It's what drove us to launch satellites into space when people said we couldn't. To take on the world's largest industrial corporation when people said we shouldn't. And to connect millions of Americans to the TV they love when the cable companies wouldn't.





Contact Us        Email Alerts        

connectivity company that's built to serve and transform.

We believe TV- and technology-loving families shouldn't have to work in IT to operate a remote, mortgage the house to pay for cable, or jump through hoops to watch the shows they love. It's why we invented the world's first DVR, introduced the 2-Year TV Price Guarantee, developed the voice remote and launched Remote Finder. It's why we gave our customers the power to watch TV anywhere and skip the commercials. And it's why our customer satisfaction scores are some of the highest in the industry.



We even disrupted pay TV, the very industry we created.

Embracing adventure means embracing change and finding opportunity. We have a storied history of thinking long term and fearlessly innovating in the name of the consumer. So it wasn't long before we started planning for how the internet would revolutionize pay TV. We launched SLING TV, the world's first live TV streaming platform, in 2015. SLING TV is the leading live, over-


Contact Us   Email Alerts

best mix of live, recorded, pay-per-view and local programming on the OTT market.



# Our adventure is just beginning. Our best days are ahead of us.

Over the years, we transformed how generations embrace television. From satellite delivery in rural America to people who stream in urban America.

We continue to strive to innovate our core business and are advancing upon our greatest challenge: We are going to disrupt the wireless industry and change the way the world communicates.

In 2020, we officially entered the consumer wireless industry with the acquisition of Boost Mobile, a company synonymous with value and innovation. Together, we're building a multi-brand wireless telco to upend the retail market and deliver groundbreaking new experiences for all.



Contact Us    Email Alerts

network to run the smart cities of the future. 5G will be the lifeblood of a new-world economy, improving quality of life, economic growth, and sustainability for all. Over the next 10 years, we'll be strategically positioned to power the smart cities of the future – smart homes, factories, driverless cars and artificial intelligence – plus the millions upon millions of wearables, sensors, devices and robots that will support them. The 5G Internet of Everything will launch an era of innovation that will revolutionize the world.

## Quick Links



Executive Bios

Awards

DISH Cares

Investor Relations



Contact Us    Email Alerts

About DISH

DISH News

DISH Cares

Images & Videos

Contact Us

Email Alerts

Visit Other DISH Sites

Investor Relations

DISH Careers

DISH Cares

DISH.com

DishLATINO

DISH for Business

DISH International

DISH Media

DISH High-Speed Internet

Sling TV

Sling TV Newsroom

Air TV

OnTech Smart Services



Privacy Policy    Sitemap    © 2023, DISH Network L.L.C. All rights reserved.

