# EXHIBIT F

# Colorado Secretary of State

Colorado Secretary of State
ID#: 20031410895
Document #: 20228135515
Filed on: 11/23/2022 09:44:50 AM
Paid: $10.00

# Periodic Report

filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

**The entity name is**   DISH NETWORK CALIFORNIA SERVICE CORPORATION

**The entity ID Number is**   20031410895

**Jurisdiction under the law of which the entity was formed or registered is**   Colorado

**The principal office street address is**   9601 S MERIDIAN BLVD
ENGLEWOOD CO 80112
US

**The principal office mailing address is**   PO Box 6655
Englewood CO 80155
US

**The name of the registered agent is**   Timothy Allen Messner

**The registered agent's street address is**   9601 S MERIDIAN BLVD
ENGLEWOOD CO 80112
US

**The registered agent's mailing address is**   PO Box 6655
Englewood CO 80155
US

The person above has agreed to be appointed as the registered agent for this entity.

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., and, if applicable, the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

**Name(s) and address(es) of the individual(s) causing the document to be delivered for filing**

Lucy Hendricks
PO Box 6655
Englewood CO 80155
US

DISH1043_00000070