# EXHIBIT P

# Search for Opportunities (https://careers.dish.com/)



Job Search       Job Matching

Search for Opportunities

Los Angeles                                                    50 Miles

Find Jobs

Filters | Locations        Categories        Brands        Telecommute

30 Results                                                Sort By  Distance

Get future jobs matching this search
**Login**  or  **Register**

These results are close to Los Angeles, CA, USA

### Regional Account Executive - Los Angeles (/jobs/78395?lang=en-us)
Req ID: 78395
Location

Los Angeles, California
US

🏠 Remote

Categories
Wireless

Posted
08/02/2023

(https://careers.dish.com/)

**Apply Now (https://attract-careers1-dish.icims.com/jobs/78395/login?&iis=Careers&iisn=OrganicCareersSite)**

Department Summary

At Gen Mobile, we reimagine connectivity for all of our customers, delivering high-quality, low-cost wireless services to an underserved market segment. Together with Boost Mobile, the fifth-largest mobile provider in the US, and DISH Network with its first-of-its-kind cloud-native 5G network, we will upend the retail wireless market and create groundbreaking new experiences for all.

At Gen Mobile, we deliver value without compromise, continually redefining

Read More (/jobs/78395?lang=en-us)

˅ **Cable Installation Technician - Field (/jobs/79538?lang=en-us)**

Req ID: 79538

Location
Multiple

Categories
Field Operations

Posted
08/08/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79538/login?&iis=Careers&iisn=OrganicCareersSite)**

˅ **Cable Installation Technician - Field (/jobs/79775?lang=en-us)**

Req ID: 79775

Location
Multiple
Categories
Field Operations
Posted
08/08/2023

(https://careers.dish.com/)

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79775/login?&iis=Careers&iisn=OrganicCareersSite)**

## Cable Installation Technician - Field (/jobs/79774?lang=en-us)

Req ID: 79774
Location
Multiple
Categories
Field Operations
Posted
08/08/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79774/login?&iis=Careers&iisn=OrganicCareersSite)**

## New Grad - Media Sales Coordinator (El Segundo) (/jobs/80047?lang=en-us)

Req ID: 80047
Location
El Segundo, California US
Categories
Sales
Posted
08/22/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/80047/login?&iis=Careers&iisn=OrganicCareersSite)**

## Media Sales Coordinator (/jobs/79082?lang=en-us)

Req ID: 79082

Location
El Segundo, California
US
Categories
Sales
Posted
08/20/2023

**(https://careers.dish.com/)**

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79082/login?&iis=Careers&iisn=OrganicCareersSite)**

## Media Sales Planner (/jobs/79083?lang=en-us)

Req ID: 79083

Location
El Segundo, California
US
Categories
Sales
Posted
08/20/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79083/login?&iis=Careers&iisn=OrganicCareersSite)**

## Indirect Sales Manager - Gen Mobile (/jobs/79503?lang=en-us)

Req ID: 79503

Location
Redondo Beach, California
US
Categories
Sales
Posted
08/25/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79503/login?&iis=Careers&iisn=OrganicCareersSite)**

## Sales Implementation Specialist (/jobs/79268?lang=en-us)

Req ID: 79268

Location

Redondo Beach, California
US

**(https://careers.dish.com/)**

Categories

Sales

Posted

08/10/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79268/login?&iis=Careers&iisn=OrganicCareersSite)**

### Cable Installation Technician (/jobs/79064?lang=en-us)

Req ID: 79064

Location

Santa Ana, California
US

Categories

Field Operations

Posted

08/14/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79064/login?&iis=Careers&iisn=OrganicCareersSite)**

Stay connected with us and Join our Talent Communities (https://careers.dish.com/talentcommunity)

Items per page  10 ▼     1 – 10 of 30     ‹  ›

### About Us

Our Culture (https://careers.dish.com/about/culture)

Benefits (https://careers.dish.com/about/benefits)

Diversity & Inclusion (https://careers.dish.com/about/diversity-inclusion)

Veterans (https://careers.dish.com/about/veterans)

### Careers

Careers Overview (https://careers.dish.com/careers/careers-overview)

Corporate (https://careers.dish.com/careers/corporate)

Technology (https://careers.dish.com/careers/technology)

Frontline (https://careers.dish.com/careers/frontline)

Our Story (https://careers.dish.com/about/history)

Students (https://careers.dish.com/careers/students)

**(https://careers.dish.com/)**

India (https://careers.dish.com/careers/india)

## Resources

Frequently Asked Questions (https://careers.dish.com/resources/faq)

Talent Communities (https://careers.dish.com/resources/talentcommunity)

Hiring Events (https://careers.dish.com/resources/events)

## Job Spotlight

Inbound Sales & Customer Retention (https://careers.dish.com/career-opportunities/sales)

DISH Installation Technician (https://careers.dish.com/career-opportunities/technician)

Tower Technician (https://careers.dish.com/career-opportunities/tower)

## DISH Sites

dish.com (https://www.dish.com/)

sling.com (https://www.sling.com/)

ontechsmartservices.com (https://www.ontechsmartservices.com/)

boostmobile.com (https://www.boostmobile.com/)

International Careers (https://careers.dish.com/india)

 (https://www.linkedin.com/company/dish-network/)

 (https://www.instagram.com/lifeatdish/)

 (https://www.facebook.com/dishcareers)

© 2023, DISH Network LLC, All Rights Reserved |  (mailto:careers@dish.com)Privacy Policy (https://www.dish.com/downloads/legal/PrivacyStatement.aspx) | Do Not Sell My Personal Information (https://privacy.dish.com/) | California Employee Privacy and Fair Processing Notice (https://careers.dish.com/content/dam/careers/pdfs/CCPA_Employee_Privacy_Notice.pdf) | Disability Accommodations (https://careers.dish.com/accommodations) | FCC EEO Filings (https://careers.dish.com/FCC-EEO-Filings) | Sitemap (https://careers.dish.com/sitemap)



(https://careers.dish.com/)

# Search for Opportunities

Job Search    Job Matching

Search for Opportunities

Los Angeles     50 Miles

**Find Jobs**

Filters | Locations    Categories    Brands    Telecommute

35 Results                                                      Sort By  Distance

Get future jobs matching this search

**Login**    or    **Register**

These results are close to Los Angeles, CA, USA

**Regional Account Executive - Los Angeles (/jobs/78395?lang=en-us)**

Req ID: 78395

Location
Los Angeles, California
US

🏠 Remote

Categories
Wireless

Posted
08/02/2023

**Apply Now
(https://attract-careers1-dish.icims.com/jobs/78395/login?&iis=Careers&iisn=OrganicCareersSite)**

### DISH Installation Technician (/jobs/79063?lang=en-us)

Req ID: 79063

Location
Hawthorne, California
US

Categories
Field Operations

Posted
08/31/2023

**Apply Now
(https://attract-careers1-dish.icims.com/jobs/79063/login?&iis=Careers&iisn=OrganicCareersSite)**

### Cable Installation Technician - Field (/jobs/80233?lang=en-us)

Req ID: 80233

Location
Multiple

Categories
Field Operations

Posted
08/30/2023

**Apply Now
(https://attract-careers1-dish.icims.com/jobs/80233/login?&iis=Careers&iisn=OrganicCareersSite)**

## Cable Installation Technician - Field (/jobs/80440?lang=en-us)

Req ID: 80440

Location
Multiple

Categories
Field Operations

Posted
08/30/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/80440/login?&iis=Careers&iisn=OrganicCareersSite)**

## Cable Installation Technician - Field (/jobs/80441?lang=en-us)

Req ID: 80441

Location
Multiple

Categories
Field Operations

Posted
08/30/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/80441/login?&iis=Careers&iisn=OrganicCareersSite)**

## Media Sales Coordinator (/jobs/79082?lang=en-us)

Req ID: 79082

Location
El Segundo, California US

Categories
Sales

Posted
08/20/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79082/login?&iis=Careers&iisn=OrganicCareersSite)**

## Media Sales Planner (/jobs/79083?lang=en-us)

Req ID: 79083

Location

El Segundo, California US

Categories

Sales

Posted

08/20/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79083/login?&iis=Careers&iisn=OrganicCareersSite)**

## Marketing Lead, Gen Mobile (/jobs/79265?lang=en-us)

Req ID: 79265

Location

Redondo Beach, California US

Categories

Marketing

Posted

08/30/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79265/login?&iis=Careers&iisn=OrganicCareersSite)**

### Indirect Sales Manager - Gen Mobile (/jobs/79503?lang=en-us)

Req ID: 79503

Location

Redondo Beach, California
US

Categories

Sales

Posted

08/25/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79503/login?&iis=Careers&iisn=OrganicCareersSite)**

### Sales Implementation Specialist (/jobs/79268?lang=en-us)

Req ID: 79268

Location

Redondo Beach, California
US

Categories

Sales

Posted

08/10/2023

**Apply Now (https://attract-careers1-dish.icims.com/jobs/79268/login?&iis=Careers&iisn=OrganicCareersSite)**

Stay connected with us and Join our Talent Communities (https://careers.dish.com/talentcommunity)

Items per page  10

1 – 10 of 35

## About Us

Our Culture (https://careers.dish.com/about/culture)

Benefits (https://careers.dish.com/about/benefits)

Diversity & Inclusion (https://careers.dish.com/about/diversity-

## Careers

Careers Overview (https://careers.dish.com/careers/careers-overview)

Corporate (https://careers.dish.com/careers/corporate)

inclusion)

Veterans (https://careers.dish.com/about/veterans)

Our Story (https://careers.dish.com/about/history)

Technology (https://careers.dish.com/careers/technology)

Frontline (https://careers.dish.com/careers/frontline)

Students (https://careers.dish.com/careers/students)

India (https://careers.dish.com/careers/india)

### Resources

Frequently Asked Questions (https://careers.dish.com/resources/faq)

Talent Communities (https://careers.dish.com/resources/talentcommunity)

Hiring Events (https://careers.dish.com/resources/events)

### Job Spotlight

Inbound Sales & Customer Retention (https://careers.dish.com/career-opportunities/sales)

DISH Installation Technician (https://careers.dish.com/career-opportunities/technician)

Tower Technician (https://careers.dish.com/career-opportunities/tower)

### DISH Sites

dish.com (https://www.dish.com/)

sling.com (https://www.sling.com/)

ontechsmartservices.com (https://www.ontechsmartservices.com/)

boostmobile.com (https://www.boostmobile.com/)

International Careers (https://careers.dish.com/india)

 (https://www.linkedin.com/company/dish-network/)

 (https://www.instagram.com/lifeatdish/)

 (https://www.facebook.com/dishcareers)

© 2023, DISH Network LLC, All Rights Reserved |  (mailto:careers@dish.com)Privacy Policy (https://www.dish.com/downloads/legal/PrivacyStatement.aspx) | Do Not Sell My Personal Information (https://privacy.dish.com/) | California Employee Privacy and Fair Processing Notice (https://careers.dish.com/content/dam/careers/pdfs/CCPA_Employee_Privacy_Notice.pdf) | Disability Accommodations (https://careers.dish.com/accommodations) | FCC EEO Filings (https://careers.dish.com/FCC-EEO-Filings) | Sitemap (https://careers.dish.com/sitemap)