# EXHIBIT Q



### Jamie McDaniel · 3rd
Region Manager at Dish Network

- Dish Network
- Barrington University

Ontario, California, United States · Contact info

314 connections

Message   + Follow   More

## Verifications

**Workplace**
Jamie has verified their workplace as DISH Network 3 years ago.

Show verifications →

## About

Experienced Regional Manager with a demonstrated history of working in the telecommunications industry. Skilled in Operations Management, Microsoft Word, Customer Satisfaction, Customer Retention, and Sales Management. Strong sales professional graduated from Barrington University.

## Activity
309 followers

**Jamie hasn't posted yet**
Recent posts Jamie shares will be displayed here.

Show all activity →

## Experience

**Region Manager**
Dish Network
Dec 2007 - Present · 15 yrs 9 mos
Southern California

**Branch Manager**
Loomis
Sep 1994 - Dec 2007 · 13 yrs 4 mos
Ontario, California

## Education

**Barrington University**
Bachelor of Business Administration (B.B.A.)

## Skills

**Microsoft Office**

Endorsed by 4 colleagues at DISH Network

7 endorsements

**Microsoft Excel**

Endorsed by 3 colleagues at DISH Network

5 endorsements

**Microsoft Word**

2 endorsements

Show all 19 skills →

## Interests

Companies

**Sales Management**
1,116,981 followers

+ Follow

**Barrington University**
3 followers

+ Follow

Show all companies →

Ad ···





## Jamie McDaniel

Region Manager at Dish Network
Ontario, California, United States
309 followers · 314 connections

See your mutual connections

Join to view profile

- Dish Network
-  Barrington University

## About

Experienced Regional Manager with a demonstrated history of working in the telecommunications industry. Skilled in Operations Management, Microsoft Word, Customer Satisfaction, Customer Retention, and Sales Management. Strong sales professional graduated from Barrington University.

 

**So proud of my team collecting more hardware at #teamsummit2023! My technicians provided the top customer service scores in the country for our...**
Liked by Jamie McDaniel

**I am excited to be able to announce my next great Adventure! I have accepted a position to become the Sr. Director of Support Services for Tuff...**
Liked by Jamie McDaniel

**Life update: I'm back from (my first ever) vacation, and I'm returning to work engaged! I was afraid to take PTO because this month and next month...**
Liked by Jamie McDaniel

Join now to see all activity

 

### Region Manager
Dish Network

Dec 2007 - Present · 15 years 10 months

Southern California

### Branch Manager
Loomis

Sep 1994 - Dec 2007 · 13 years 4 months

Ontario, California

## Education

### Barrington University
Bachelor of Business Administration (B.B.A.)

## More activity by Jamie

**Old school letterhead that was floating around the office this morning in Tennessee.**
Liked by Jamie McDaniel

 

I'm excited to announce that I've accepted a position on the OnTech eCommerce team as a Business Operations Analyst III. I'm grateful for the...

Liked by Jamie McDaniel

As we reflect on our 4th of July holiday, we wanted to check with U.S. Navy Reserves Chief Warrant Officer 3 and proud Dish Veterans Resource Group...

Liked by Jamie McDaniel

I had the pleasure of visiting Denver 7 studios today for a live interview segment discussing who we are at Veryable, and the mission we strive to...

Liked by Jamie McDaniel

Very excited to start this new adventure as I join the OneVizion Team!!!!!




## View Jamie's full profile

- See who you know in common
- Get introduced
- Contact Jamie directly

Join to view full profile

## People also viewed

**Scott Sappenfield**
Regional Director at DISH Network
Greater Colorado Springs Area

 Connect

**Roger Stelmach**
Region Manager at Dish Network
Portland, OR

 Connect

**Nick Rossetti**
Retired!

 

**Jeremy Scholl**

Vice President - In Home Services at DISH Network

Denver Metropolitan Area

Connect

**keith barton**

Region Manager at Dish Network

McKinney, TX

Connect

**Douglas Jones**

Regional Manager - Wireless

North Charleston, SC

Connect

**Greg Cherhoniak**

Regional Manager - DISH Network

Prescott Valley, AZ

Connect

**Eric Lanenga**

National Manager of Operations at DISH Network

Gilbert, AZ

Connect

**Brandon Cotter**

Dish Network Regional Manager- Northeast

Syracuse, NY

Connect

**Destry Evans**

Regional Manager at Dish Network

Greater Harrisburg Area

Case 2:23-cv-01043-JWH-KES   Document 98-18   Filed 09/05/23   Page 10 of 11   Page ID #:1693

 

Show more profiles

### Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Others named **Jamie McDaniel** in **United States**

**Jamie McDaniel**
GODFirst....ACCOUNT MANAGER Foreign exchange Tʀᴀᴅᴇʀ Oɴʟɪɴᴇ Aꜱꜱɪꜱᴛᴀɴᴄᴇ 💰 💼 +7 ꜰɪɢᴜʀᴇ Eɴᴛʀᴇᴘʀᴇɴᴜᴇʀ POSITIVE INFLUENCER 💰ᴇᴀʀɴ💰💰ᴡᴇᴇᴋʟʏ
Greater Chicago Area

**Jamie McDaniel**
Production Foreman at Legacy Reserves
Buffalo, TX

**Jamie Mcdaniel**
Staff Attorney at Help-In-Crisis
Tahlequah, OK

**Jamie McDaniel**
Google Cloud Market Leader
Delray Beach, FL

**Jamie McDaniel**
Moultrie, GA

573 others named Jamie McDaniel in United States are on LinkedIn

See others named **Jamie McDaniel**

## Add new skills with these courses

 

### A Sales Trainer's Tips for Coaching a Sales Team

### Office Online Essential Training

See all courses

## Jamie's public profile badge

Include this LinkedIn profile on other websites

**Jamie McDaniel**
Region Manager at Dish Network

Region Manager at Dish Network

Barrington University

View profile

View profile badges

© 2023

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Cookie Policy | Your California Privacy Choices |
| Brand Policy | Copyright Policy |
| Community Guidelines | Guest Controls |
| | Language |