# EXHIBIT R

in 

 Home   My Network   Jobs  Messaging  Notifications   For Business ▾



# Dan Minnick

Senior Vice President of Software Engineering

- DISH Network
- Rensselaer Polytechnic Institute

Castle Rock, Colorado, United States · Contact info

**99** connections

Message    + Follow    More

## Verifications

**Workplace**
Dan has verified their workplace as DISH Network 5 years ago.

Show verifications →

## About

24 years ago I made the best decision of my career, joining the Dish team. I've had the opportunity to help create industry leading products and work with the best and brightest folks in our industry. I started as a Senior Software engineer and am now responsible for 500 engineers and technicians. My organization is responsible for...

## Activity

113 followers

**Dan Minnick** commented on a post • 10mo
Good to have you back!

Show all comments →

## Experience

 **DISH Network**
Full-time · 26 yrs 9 mos
Englewood, CO

**Senior Vice President of Software Engineering**
Apr 2016 - Present · 7 yrs 5 mos

**Vice President of Software Engineering**
Sep 2001 - Apr 2016 · 14 yrs 8 mos

**Director of Software Development**

Mar 1999 - Sep 2001 · 2 yrs 7 mos

Show all 5 experiences →

## Education

 **Rensselaer Polytechnic Institute**
Master of Science - MS Electrical Engineering, Control Systems
1983 - 1986

 **Montana Technological University**
Bachelor of Science - BS Mining Engineering, Mining and Mineral Engineering
1980 - 1983

## Skills

**Engineering**

👥 1 endorsement

**Leadership**

**Engineering Management**

Show all 5 skills →

## Interests

Top Voices      Companies

 **W. Erik Carlson** 🔗 · 3rd
President & Chief Executive Officer at DISH Network
18,371 followers

+ Follow







## Dan Minnick

Senior Vice President of Software Engineering

Castle Rock, Colorado, United States

113 followers · 99 connections

 **See your mutual connections**

Join to view profile

● DISH Network

🛡 Rensselaer Polytechnic Institute

# About

24 years ago I made the best decision of my career, joining the Dish team. I've had the opportunity to help create industry leading products and work with the best and brightest folks in our industry. I started as a Senior Software engineer and am now responsible for 500 engineers and technicians. My organization is responsible for developing and maintaining the software for the Dish award winning set top boxes, the systems that support them, the Dish entertainment website, Dish Anywhere, a superb test organization with engineers in the US, Ukraine and India.





**Hello friends, co-workers, and colleagues, I have news for you. A few weeks ago I submitted my resignation from Dish. My last day at Dish was...**

Liked by Dan Minnick

**As we head into 2023, I want to say thank you for a wonderful year (especially to our DISH Network team members)! I couldn't be prouder of how we've...**

Liked by Dan Minnick

**A workplace is only as good as the people in it. Being named a Best Place to Work in our home state of Colorado is terrific news and a testament to...**

Liked by Dan Minnick

Join now to see all activity

 

## DISH Network

26 years 10 months

### Senior Vice President of Software Engineering

Apr 2016 - Present · 7 years 6 months

Englewood, CO

### Vice President of Software Engineering

Sep 2001 - Apr 2016 · 14 years 8 months

Englewood, CO

### Director of Software Development

Mar 1999 - Sep 2001 · 2 years 7 months

Englewood, CO

### Software Engineering Manager

Feb 1998 - Mar 1999 · 1 year 2 months

Englewood, CO

### Senior Software Engineer

Dec 1996 - Feb 1998 · 1 year 3 months

Englewood, CO

# Education





1983 - 1986

### Montana Tech

Bachelor of Science - BS Mining Engineering · Mining and Mineral Engineering

1980 - 1983

---

# More activity by Dan

**For the fifth year in a row, J.D. Power has awarded DISH Network #1 in Customer Satisfaction—an incredible achievement! To DISH team members, thank…**

Liked by Dan Minnick




Liked by Dan Minnick

**Congratulations to Sam Eber, Meg McKenzie Feist, Stuart Kroonenberg, CPA, Tim Meyer, Kris Reese, Robert White and Tosha Zeitlin on their promotions...**

Liked by Dan Minnick

**Here's to John Swieringa on being named President and Chief Operating Officer, Wireless. He's seized opportunity -- and delivered -- throughout his...**

Liked by Dan Minnick

**Shout out to Santa's little (DISH Network) helpers for bringing extra cheer to the most wonderful time of the year. Ten DISH elves across a variety...**

Liked by Dan Minnick





**Watch Santa's little (DISH) helpers build the DISH Holiday App for all to enjoy! Happy Holidays!**

Liked by Dan Minnick

**Way to go team!!**

Liked by Dan Minnick

**I am so excited to share that Liberty Latin America and América Móvil have agreed to combine VTR with Claro in Chile– in a joint venture that will be...**

Liked by Dan Minnick

**So excited to showcase our new spot with David Bromstad from HGTV. Pick your favorites from My Lottery Dream Home with On Demand from DISH. Thanks to...**





After 8 years at Dish Network, I am proud and honored to have worked with some of the most amazing, talented, and hardest working group of people I...

Liked by Dan Minnick

## View Dan's full profile

See who you know in common

Get introduced

Contact Dan directly

Join to view full profile



**Fastly CDN | Meet Rising Customer Demands**

Ad  Fastly          

# People also viewed

**Terry Pattison**





Englewood, CO



### Suresh Somasundaram

SVP, Software Engineering - Sling TV

Denver Metropolitan Area



### Mark Templeman

Engineering Director at DISH Network

Denver Metropolitan Area

Connect

### Gregg Martch

--

Englewood, CO

Connect

### Mukaddim Pathan

Director of Enterprise Architecture, Technology & Strategy - DISH Technologies

Englewood, CO

Connect

### Paddy Rao

SVP, Technology and Strategy at DISH Network

San Francisco Bay Area

Connect

### Suhas Venkatachala

RF/ Wireless Engineer

Englewood, CO

Connect

### Eric Hieb

Principal Hardware Engineer at Dish Network

Englewood, CO




candy ergen

co - founder at Dish Network

Littleton, CO

Connect

## Media Johnsen

Senior Technology Transformation Manager - Wireless Technology Development (5G/ORAN)

Denver, CO

Connect

Show more profiles

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

# Others named **Dan Minnick** in **United States**

### Dan Minnick

vp software at echostar

Littleton, CO

### Dan Minnick

Enjoyed fun career as Subject Matter Expert in communications, efficiency, & productivity via standards & shared effort.

Venice, FL

### Dan Minnick

Executive Vice President at Right Choice Mortgage

Lake Forest, CA

### Dan Minnick

D9 Technologies is a Full Service Provider specializing in mid-market organizations





See others named **Dan Minnick**

# Add new skills with these courses

**Tech on the Go: From Software Developer to Architect**

**Tech on the Go: Owning Legacy Software**

**Agile: It's Not Just for Software**

See all courses

# Dan's public profile badge

Include this LinkedIn profile on other websites

**Dan Minnick**
Senior Vice President of Software Engineering

Senior Vice President of Software Engineering at DISH Network

Rensselaer Polytechnic Institute

View profile

View profile badges

© 2023

About

Accessibility

User Agreement

Privacy Policy

Your California Privacy Choices



**Community Guidelines**                                    **Language**