# EXHIBIT V



store: Enter Store Name

location: Enter City, State or Zip

Home > Dish Network > California

# Dish Network, 1125 VICTORIA ST, COSTA MESA, California, 92627

Store Hours of Operation, Location & Phone Number for Dish Network Near You

Call: 9496450933

1. **Dish Network**
   1125 VICTORIA ST COSTA MESA CA 92627

   **Hours** (Opening & Closing Times):
   Mon-Fri 11am-7pm, Sat 11am-6pm

   **Phone Number**: 9496450933

   **Customer Service Email or Contact:**
   http://www.dish.com/chat/

   Correct this information



1125 Victoria St
View larger map

Map data ©2023 Google   Report a map error

This map and information will help you find the closest Dish Network near you. Need to know what time Dish Network in COSTA MESA opens or closes, or whether it's open 24 hours a day? Get business times, daylight and evening hours, street address, and more.

devices.

Dish TV options include sports bundles and hundreds of channels. Users have access to thousands of on-demand titles, more than 70 Sirius XM music stations, and protection plans. Customers can buy Dish internet through satellite too. Most Dish Network packages come with free HD for life as well.

**Share This Page**
Share this page on your own blog or websites. Just copy & paste the HTML code below.

```
<a href="//www.hours-locations.com/dish-network/ca/costa-mesa/">Dish Network, hours and location</a>
```





report this ad

© 2012 to 2023 www.hours-locations.com v2.5    Home    Contact Us    Privacy Policy    Disclaimer    Submit a Business

We and our partners share information on your use of this website to help improve your experience.
Do not sell my info:

Okay

store: Enter Store Name
location: Enter City, State or Zip

[Home](#)

# Search Results

Your Search for **dish-network** in **costa mesa** returned 1 results

**Dish Network**
1125 VICTORIA ST
COSTA MESA, California
92627
Details

report this ad

© 2012 to 2023 www.hours-locations.com v2.5      Home      Contact Us      Privacy Policy      Disclaimer      Submit a Business

We and our partners share information on your use of this website to help improve your experience.
Do not sell my info:

x