# EXHIBIT AA



Call   **Build My Offer**

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

# Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U

V   W   X   Y   Z

**Abilene, TX**

409 Baird Street
Abilene, TX 79602

**Albany, GA**

235 West Roosevelt Avenue Suite 235
Albany, GA 31701

**Albany, NY**

1400 Balltown Road
Niskayuna, NY 12309

**Albuquerque, NM**

1130 University Blvd
Albuquerque, NM 87102

**Alexandria, LA**

605 Washington St
Alexandria, LA 71301

**Alpena, MI**

1390 N. Bagley St.
Alpena, MI 49707

DISH1043_00000533

 

Call    **Build My Offer**

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

---

**Anchorage, AK**

505 East Bluff Drive
Anchorage, AK 99501

---

**Atlanta, GA**

3065 Akers Mill Road SE
Atlanta, GA 30339

---

**Augusta, GA**

3933 Washington Road
Augusta, GA 30907

---

**Autstin, TX**

2409 Thornton Road
Austin, TX 78704

---



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

---

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH
**Enter your email**

DISH1043_00000534



**d:sh.**  Call  **Build My Offer**

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000535



Call     Build My Offer

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U
V  W  X  Y  Z

**Bakersfield, CA**

1430 Truxtun Avenue Ste 875 & 800
Bakersfield, CA 93301

**Baltimore, MD**

3500 Commerce Drive
Halethorpe, MD 21227

**Bangor, ME**

329 Mount Hope Ave
Bangor, ME 04401

**Baton Rouge, LA**

10000 Perkins Rd
Baton Rouge, LA 70810

**Beaumont, TX**

550 Fannin Street Floor 13
Beaumont, TX 77701

**Bend, OR**

130 NW Greenwood
Bend, OR 97701

**Billings, MT**

DISH1043_00000536



Call    Build My Offer 

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

**Biloxi, MS**

14351 HWY 49
Gulfport, MS 39503

**Binghamton, NY**

560 Columbia Drive
Johnson City, NY 13790

**Birmingham, AL**

2075 Golden Crest Drive
Birmingham, AL 35209

**Bluefield, WV**

141 Old Cline Rd.
Ghent, WV 25843

**Boise, ID**

1450 Eagle Flight Way Ste 200
Boise, ID 83709

**Boston, MA**

149 Haggetts Pond Rd AKA 100 Holmes Road
Andover, MA 01810

**Bowling Green, KY**

2727 Russellville Road
Bowling Green, KY 42101

**Buffalo, NY**

One Seneca Tower/100 Exchange St.
Buffalo, NY 14203

**Burlington, VT**

DISH1043_00000537



Call   Build My Offer   

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

65 East Broadway
Butte, MT 59701





DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

---

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

      

Get updated from DISH
Enter your email

Sign Up

---

COMPARE

DISH SITES

DISH RESOURCES

ABOUT US

---

© 2023, DISH Network L.L.C. All rights reserved

    

DISH1043_00000538



d**ish**

Call    Build My Offer

Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

**Casper, WY**

1856 Skyview Drive
Casper, WY 82601

**Cedar Rapids, IA**

425 Second St. SE Plaza 425,
Penthouse 2
Cedar Rapids, IA 52401

**Champaign, IL**

250 North Water Street Ste 1168
Decatur, IL 62523

**Charleston, SC**

888 Allbritton Boulevard
Mt. Pleasant, SC 29464

**Charleston, WV**

2120 Mount Vernon Road
Hurricane, WV 25526

**Charlotte, NC**

DISH1043_00000539

232 West Liddell
Charlotte, NC 28206

**Charlottesville, VA**

845 Estes St.
Charlottesville, VA 22903

**Chattanooga, TN**

WDEF TV Inc.
3300 Broad Street
Chattanooga, TN 37408

**Cheyenne, WY**

530 Echostar Drive
Cheyenne, WY 82007

**Chicago, IL**

6737 West Steger Rd.
Monee, IL 60449

**Chico, CA**

2175 Rosaline Avenue
Redding, CA 96001

**Cincinnati, OH**

3235 East Sharon Road
Sharonville, OH 45241

**Clarksburg, WV**

5 Television Dr.
Bridgeport, WV 26330

**Cleveland, OH**

4800 Bruening Drive
Parma, OH 44134

**Colorado Springs, CO**

DISH1043_00000540

5575 Tech Center Drive Tech Center VI,
Ste 260
Colorado Springs, CO 80919

**Columbia, MO**

3926 Stockman Lane Building Shelter 2
Jefferson City, MO 65109

**Columbia, SC**

5807 Shakespeare Road
Columbia, SC 29223

**Columbus, GA**

5850 Laing Street
Columbus, GA 31907

**Columbus, MS**

1359 Beech Springs Road
Saltillo, MS 38866

**Columbus, OH**

1261 Dublin Road
Columbus, OH 43215

**Corpus Christi, TX**

5002 South Padre Island Dr.
Corpus Christi, TX 78411





DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

DISH1043_00000541

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH

Enter your email

Sign Up

COMPARE

DISH SITES

DISH RESOURCES

ABOUT US

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000542



Call  Build My Offer

Home   Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U

V   W   X   Y   Z

**Dallas, TX**

2511 East Grauwyler Rd.
Irving, TX 75061

**Davenport, IA**

2550 Middle Road Suite 300-3
Bettendorf, IA 52722

**Dayton, OH**

4595 South Dixie
Dayton, OH 45439

**Denver, CO**

5701 South Santa Fe Drive,
Littleton, CO 80120

**Des Moines, IA**

6450 Corporate Drive
Johnston, IA 50131

**Detroit, MI**

DISH1043_00000543

1685 North Telegraph Rd.
Waterford, MI 48328

**Dothan, AL**

2221 Ross Clark Circle
Dothan, AL 36301

**Duluth, MN**

1507 Tower Ave Ste 419
Superior, WI 54880

DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

Get updated from DISH
**Enter your email**

**Sign Up**

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000544



Call   Build My Offer

Home   Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U

V   W   X   Y   Z

**El Paso, TX**

4045 N Mesa
El Paso, TX 79902

**Elmira, NY**

10385 Higman Hill Road
Corning, NY 14830

**Erie, PA**

8900 Old Waterford Road
Erie, PA 16509

**Eugene, OR**

975 Oak St. Ste 470
Eugene, OR 97401

**Eureka, CA**

KIEM3
5650 S Broadway Street
Eureka, CA 95503

**Evansville, IN**

DISH1043_00000545

SIT-CO, LLC
4631 O'Hara Drive
Evansville, IN 47711





DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

---

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH
Enter your email

**Sign Up**

---

COMPARE

DISH SITES

DISH RESOURCES

ABOUT US

---

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000546



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Fairbanks, AK

200 Gaffney Rd.
Fairbanks, AK 99701

### Fargo, ND

207 North 5th Street
Fargo, ND 58102

### Flint, MI

2530 South Grand Traverse Street
Flint, MI 48503

### Fresno, CA

233 W. Voorman Ave.
Fresno, CA 93706

### Ft. Myers, FL

4770 Laredo Ave. 1st Floor
Ft. Myers, FL 33905

### Ft. Smith, AR

DISH1043_00000547

2415 N. Albert Pike
Fort Smith, AR 72904

**Ft. Wayne, IN**

2501 East Coliseum Boulevard
Ft. Wayne, IN 46805



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

---

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH
Enter your email

**Sign Up**

---

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

---

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000548



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Call    Build My Offer

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Gainesville, FL

408 West University Room 106
Gainesville, FL 32601

### Glendive, MT

210 South Douglas
Glendive, MT 59330

### Grand Junction, CO

2531 Blichmann Avenue
Grand Junction, CO 81505

### Grand Rapids, MI

645 3 Mile Rd. NW
Grand Rapids, MI 49544

### Great Falls, MT

4300 2nd Avenue North
Great Falls, MT 59405

### Green Bay, WI

DISH1043_00000549

115 S. Jefferson
Green Bay, WI 54301

**Greensboro, NC**

496 Gallimore Dairy Rd Ste. F
Greensboro, NC 27409

**Greenville, NC**

225 Glenburnie Drive
New Bern, NC 28560

**Greenville, SC**

301 North Main Street
Greenville, SC 29601

**Greenwood, MS**

849 Washington Ave
Greenville, MS 38701

 

DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH
**Enter your email**

**Sign Up**

DISH1043_00000550

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

---

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000551



Home   Local Receive Facilities

Call   Build My Offer

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U

V   W   X   Y   Z

---

**Harlingen, TX**

Sprint
1400 E Upas Avenue
McAllen, TX 78501

---

**Harrisburg, PA**

4801 Lindle Road
Harrisburg, PA 17111

---

**Harrisonburg, VA**

335 Dish Dr.
Quicksburg, VA 22847

---

**Hartford, CT**

Hubbard Park Dr.
Meriden, CT 06451

---

**Hattiesburg, MS**

2362 HWY 11
Moselle, MS 39459

---

**Helena, MT**

DISH1043_00000552

1084 Helena Ave.
Helena, MT 59601

**Honolulu, HI**

Net Enterprise
420 Waiakamilo Road, Suite 101
Honolulu, HI 96817

**Houston, TX**

8902 Point Six Circle
Houston, TX 77095

**Huntsville, AL**

999 Ledge View Drive
Huntsville, AL 35801





DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH
Enter your email

**Sign Up**

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

DISH1043_00000553

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000554



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Call    **Build My Offer**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U

V   W   X   Y   Z

**Idaho Falls, ID**

180 North Broadway
Blackfoot, ID 83221

**Indianapolis, IN**

1200 West 96th Street
Indianapolis, IN 46260



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

DISH1043_00000555

Get updated from DISH

Enter your email

**Sign Up**

---

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

---

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000556



Local Receive Facilities

Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Jackson, MS

1230 Raymond Road.
Jackson, MS 39204

### Jackson, MS

300 North Cumberland
Jackson, TN 38301

### Jacksonville, FL

550 Water Street Ste 1224
Jacksonville, FL 32202

### Johnstown, PA

Atop Brush Mountain
Hollidaysburg, PA 16648

### Jonesboro, AR

111 East Parker Road
Jonesboro, AR 72404

### Joplin, MO

DISH1043_00000557

1502 South Cleveland Avenue
Joplin, MO 64801

**Juneau, AK**

360 Egan Drive
Juneau, AK 99801



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

      

Get updated from DISH
Enter your email

Sign Up

COMPARE

DISH SITES

DISH RESOURCES

ABOUT US

© 2023, DISH Network L.L.C. All rights reserved

    

DISH1043_00000558



Call    Build My Offer

Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Kansas City, MO

17490 158th Street
Bonner Springs, KS 66012

### Knoxville, TN

1600 8th Ave
Knoxville, TN 37917



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

DISH1043_00000559

Get updated from DISH

Enter your email

**Sign Up**

---

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

---

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000560



Home    Local Receive Facilities

Call    Build My Offer

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

**La Crosse, WI**

W 19325 Silver Creek Rd
Galesville, WI 54630

**Lafayette, IN**

3921 David Howarth Drive
Lafayette, IN 47905

**Lafayette, LA**

112 East Butcher Switch Road
Lafayette, LA 70507

**Lake Charles, LA**

320 Division St.
Lake Charles, LA 70601

**Lansing, MI**

500 American Rd
Lansing, MI 48911

**Laredo, TX**

DISH1043_00000561

1816 Pappas St.
Laredo, TX 78041

**Las Vegas, NV**

3228 Channel 8 Dr.
Las Vegas, NV 89109

**Lexington, KY**

346 Lisle Industrial Avenue
Lexington, KY 40511

**Lima, OH**

1424 Rice Ave
Lima, OH 45805

**Lincoln, NE**

6475 Osborne Drive West
Hastings, NE 68901

**Little Rock, AR**

1 Shackleford Drive
Little Rock, AR 72211

**Los Angeles, CA**

3833 Ebony Street
Ontario, CA 91761

**Louisville, KY**

1918 Mellwood Ave.
Louisville, KY 40206

**Lubbock, TX**

3008 North Country Road 2800
Lubbock, TX 79403

DISH1043_00000562

 

DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

---

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH
Enter your email

Sign Up

---

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

---

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000563



Home   Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

---

**Macon, GA**

7080 Industrial Hwy (US 41)
Macon, GA 31216

---

**Madison, WI**

5727 Tokay Blvd
Madison, WI 53719

---

**Mankato, MN**

1570 Lookout Dr.
N. Mankato, MN 56003

---

**Marquette, MI**

177 U.S. 41 East
Negaunee, MI 49866

---

**Medford, OR**

1090 Knutson Avenue
Medford, OR 97504

---

**Memphis, TN**

---

DISH1043_00000564

1960 Union
Memphis, TN 38104

**Meridian, MS**

WTOK Transmitter Facility
1131 Crestview Circle
Meridian, MS  39301

**Miami, FL**

11300 NW 25th Street
Miami, FL 33172

**Milwaukee, WI**

2915 S. 5th Court
Milwaukee, WI 53207

**Minneapolis, MN**

847 Earl Street
St Paul, MN 55106

**Minot, ND**

1811 North 15th Street
Bismarck, ND 58501

**Missoula, MT**

2515 Railroad Street West
Missoula, MT 59802

**Mobile, AL**

1501 Satchel Paige Drive
Mobile AL 36606

**Monroe, LA**

130 Desiard Street
Monroe, LA 71201

**Monterey, CA**

DISH1043_00000565

238 John Street
Salinas, CA 93901

**Montgomery, AL**

203 Gunn Road
Montgomery, AL 36104

**Myrtle Beach, SC**

3430 TV Road
Florence, SC 29501

DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

Get updated from DISH
**Enter your email**

**Sign Up**

COMPARE

DISH SITES

DISH RESOURCES

ABOUT US

© 2023, DISH Network L.L.C. All rights reserved

DISH1043_00000566



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

**Call**    **Build My Offer**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Nashville, TN

338 Woodycrest Ave.
Nashville, TN 37210

### New Orleans, LA

106 Metairie Lawn Drive
Metairie, LA 70001

### New York, NY

2 Emerson Lane Ste 100
Secaucus, NJ 07094

### Norfolk, VA

720 Boush St.
Norfolk, VA 23510

### North Platte, NE

8020 North Highway 83
North Platte, NE 69101

DISH1043_00000567





DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

         

Get updated from DISH

Enter your email

Sign Up

COMPARE

DISH SITES

DISH RESOURCES

ABOUT US

© 2023, DISH Network L.L.C. All rights reserved

      

DISH1043_00000568



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Call    Build My Offer

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

---

**Odessa, TX**

12706 West Highway 80 East
Odessa, TX 79765

---

**Oklahoma City, OK**

630 SW 7th Street
Oklahoma City, OK 73109

---

**Omaha, NE**

10714 Mockingbird Drive
Omaha, NE 68127

---

**Orlando, FL**

17401 Wewahootee Road
Orlando, FL 32832

---

**Ottumwa, IA**

506 Haran aka 515 Harlan
Ottumwa, IA 52501

---

DISH1043_00000569





DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

---

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH
Enter your email

Sign Up

---

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

---

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000570



Home   Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Call   Build My Offer

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Paducah, KY

1416 Country Aire Drive
Carterville, IL 62918

### Palm Springs, CA

3601 North Indian Canyon Dr.
Palm Springs, CA 92262

### Panama City, FL

1834 Lisenby Avenue
Panama City, FL 32405

### Parkersburg, WV

One Television Plaza
Parkersburg, WV 26101

### Peoria, IL

606 NE Jefferson
Peoria, IL 61603

### Philadelphia, PA

DISH1043_00000571

4101 Maple Ave.
Pennsauken, NJ 08109

**Phoenix, AZ**

801 North Dish Drive
Gilbert, AZ 85233

**Pittsburgh, PA**

400 Ardmore Blvd
Wilkinsburg PA, 15221

**Portland, ME**

99 Danville Corner Road
Auburn, ME 04210

**Portland, OR**

14197 SW Millikan Way
Beaverton, OR 97005

**Presque Isle, ME**

12 Brewer Road
Presque Isle, ME 04769

**Providence, RI**

25 Catamore Blvd.
East Providence, RI 02914

**Puerto Rico**

Calle Main Lote # 7 Industrial Corujo Business Park
Bayamon, PR 00961



DISH is ranked #1 in Customer Satisfaction by



- Award-Winning Service
- 99% Signal Reliability

DISH1043_00000572

J.D. Power and our customers for the fifth year in a row.

• Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH

Enter your email

**Sign Up**

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000573



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Quincy, IL

513 Hampshire Street
Quincy, IL 62301





DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

---

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

      

Get updated from DISH
**Enter your email**

DISH1043_00000574

Sign Up

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved



DISH1043_00000575



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Call    Build My Offer

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Raleigh, NC

3201 Transmitter Road
Garner, NC 27529

### Rapid City, SD

3850 Tower Road
Rapid City, SD 57702

### Reno, NV

1790 Vassar Street
Reno, NV 89502

### Richmond, VA

8851 Park Central Drive
Richmond, VA 23227

### Roanoke, VA

WSLS
821 5th Street NE
Roanoke, VA 24016

### Rochester, MN

DISH1043_00000576

14922 County Road 1
Ostrander, MN 55961

**Rochester, NY**

4225 West Henrietta Rd
Rochester, NY 14623

**Rockford, IL**

2523 North Meridian Rd
Rockford, IL 61101

DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

Get updated from DISH
Enter your email

Sign Up

COMPARE

DISH SITES

DISH RESOURCES

ABOUT US

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000577



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Call    Build My Offer

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Sacramento, CA

4655 Fruitridge Road,
Sacramento, CA 95820

### Salisbury, MD

1729 North Salisbury Boulevard
Salisbury, MD 21801

### Salt Lake City, UT

2175 W 1700 S
Salt Lake City, UT 84104

### San Angelo, TX

5 South Chadbourne Street
San Angelo, TX 76903

### San Antonio, TX

214 East Ramsey
San Antonio TX 78216

### San Diego, CA

DISH1043_00000578

7888 Ostrow Street Ste 1
San Diego, CA 92111

**San Francisco, CA**

114 Brush Street
Oakland, CA 94607

**Santa Barbara, CA**

1211 West McCoy Lane
Santa Maria, CA 93455

**Savannah, GA**

11 The News Place
Savannah, GA 31405

**Seattle, WA**

701 West 5th Ave.
Seattle, WA 98104

**Sherman, TX**

10 Highpoint Circle
Denison, TX 75020

**Shreveport, LA**

1812 Fairfield Avenue
Shreveport, LA 71101

**Sioux City, IA**

600 4th Street
Sioux City, IA 51101

**Sioux Falls, SD**

2817 W. 11th St
Sioux Falls, SD 57104

DISH1043_00000579

**South Bend, IN**

732 Ohio Street
South Bend, IN 46601

**Spokane, WA**

9815 West Hallett Road
Spokane, WA 99224

**Springfield, MA**

One Broadcast Center
Chicopee, MA 01013

**Springfield, MO**

999 West Sunshine Street
Springfield, MO 65807

**St. Joseph, MO**

4000 Faraon Street
St. Joseph, MO 64506

**St. Louis, MO**

5489 Butler Hill Road
St. Louis, MO 63128

**Syracuse, NY**

3623 Sentinel Heights Rd
Lafayette, NY 13084



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

DISH1043_00000580

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH

**Enter your email**

**Sign Up**

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000581



Home    Local Receive Facilities

Call    Build My Offer

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

**Tallahassee, FL**

950 Commerce Blvd
Midway, FL 32343

**Tampa, FL**

655 North Franklin Street
Tampa, FL 33602

**Terre Haute, IN**

918 Ohio Street
Terre Haute, IN 47808

**Toledo, OH**

300 South Byrne Road
Toledo, OH 43615

**Topeka, KS**

SW Topeka Heartland Tower
5030 SW Auburn Rd.
Topeka, KS 66610

**Traverse City, MI**

DISH1043_00000582

22320 130th Avenue
Tustin, MI 49688

**Tri-Cities, TN**

3206 Hanover Rd #2
Johnson City, TN 37604

**Tucson, AZ**

1300 South Park Ave Ste 150
Tucson, AZ 85713

**Tulsa, OK**

2625 South Memorial Drive
Tulsa, OK 74129

**Twin Falls, ID**

308 Shoshone St. E.
Twin Falls, ID 83301

**Tyler, TX**

105 West Ferguson Street
Tyler, TX 75702





DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

DISH1043_00000583

 

Get updated from DISH

Enter your email

**Sign Up**

---

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

---

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000584



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Call    Build My Offer

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Utica, NY

5956 Smith Hill Road
Utica, NY 13502



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

---

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

            

Get updated from DISH
**Enter your email**

DISH1043_00000585

Sign Up

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000586

 dish                                                    **Call**    **Build My Offer**    🛒⁰  🔍

Home  ›  Local Receive Facilities              Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U

V  W  X  Y  Z

---

**Victoria, TX**

3808 N. Navarro
Victoria, TX 77903

---



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

---

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

         

Get updated from DISH
**Enter your email**

DISH1043_00000587

Sign Up

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved



DISH1043_00000588




Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Waco, TX

3121 Old Marlin Road
Waco TX 76705

### Washington, DC

7330 Ronald Street
Falls Church, VA 22046

### Watertown, NY

130 Park Place
Watertown, NY 13601

### Wausau, WI

7700 Mosinee Tower Rd.
Wausau, WI 54401

### West Palm Beach, FL

1100 Banyan Blvd,
West Palm Beach, FL 33401

### Wheeling, WV

DISH1043_00000589

67449 Kirkwood Heights Road
Bridgeport, OH 43912

**Wichita Falls, TX**

710 Lamar Street
Wichita Falls, TX 76301

**Wichita, KS**

2815 East 37th Street North
Wichita, KS 67219

**Wilkes Barre, PA**

16 Montage Mountain Rd.
Moosic, PA 18507

**Wilmington, NC**

322 Shipyard Boulevard
Wilmington, NC 28142





DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH
**Enter your email**

**Sign Up**

DISH1043_00000590

COMPARE

DISH SITES

DISH RESOURCES

ABOUT US

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000591



Home    Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

Call    **Build My Offer**

## Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z





DISH is ranked #1 in Customer Satisfaction by J.D. Power and our customers for the fifth year in a row.

- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

            

Get updated from DISH

**Enter your email**

**Sign Up**

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

DISH1043_00000592

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000593



Home    Local Receive Facilities        Get a **Special Offer** When You **Switch from DirecTV to DISH!**        Call    Build My Offer

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Yakima, WA

15 W. Yakima Ave Suite 230
Yakima, WA 98902

### Youngstown, OH

7461 South Avenue
Boardman, OH 44512

### Yuma, AZ

2481 E. Palo Verde St.
Yuma, AZ 85365



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

DISH1043_00000594

  

Get updated from DISH
Enter your email

**Sign Up**

---

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

---

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000595



Call   Build My Offer

Home   Local Receive Facilities

Get a **Special Offer** When You **Switch from DirecTV to DISH!**

# Local Receive Facilities

Welcome to the DISH Local Receive Facilities (LRF) section. The purpose of this page is to help local broadcast television
stations within the United States conveniently locate the DISH Local Receive Facility in their Designated Market Area.

## Local Receive Facilities

Each listed site serves both Standard Definition and High Definition.

A    B    C    D    E    F    G    H    I    J    K    L    M    N    O    P    Q    R    S    T    U

V    W    X    Y    Z

### Zanesville, OH

629 Downard Rd
Zanesville, OH 43701



DISH is ranked #1 in Customer Satisfaction by
J.D. Power and our customers for the fifth year in a row.



- Award-Winning Service
- 99% Signal Reliability
- Available Anywhere

DISH1043_00000596

Get the full DISH experience!

Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   

Get updated from DISH
**Enter your email**

**Sign Up**

**COMPARE**

**DISH SITES**

**DISH RESOURCES**

**ABOUT US**

© 2023, DISH Network L.L.C. All rights reserved

  

DISH1043_00000597