# EXHIBIT BB

## [Filed Under Seal]