# EXHIBIT CC

## [Filed Under Seal]