# EXHIBIT DD

**[Filed Under Seal]**