# EXHIBIT EE

# Patrick Joe



**Senior Vice President, Customer Experience Operations**

Download a High Resolution Photo

As Senior Vice President of Customer Experience Operations (CXO), Patrick Joe "PJ" oversees the customer experience field operations for all of DISH's brands. While PJ plays a key role in setting the strategic direction for the overall customer experience, his passion and focus is primarily on the thousands of employees in DISH's field operation. These teams are tasked with providing a world-class experience when customers reach out for a little assistance. Having come through the ranks of field operations, he understands the key to delivering a great experience for customers starts and ends with having a team of passionate, caring and dedicated team members.

Previously as Vice President of CXO, PJ supported DISH's pay-TV customers, and expanded his team's responsibilities to include Retail Wireless customers. PJ's work has been instrumental in helping DISH be named #1 nationally in "Overall Customer Satisfaction" by J.D. Power for four consecutive years and #1 in "Customer Service" by J.D. Power for six consecutive years.

Before joining DISH, PJ had an extensive career leading large-scale customer care and sales operations in the business process outsourcing industry. In these roles he supported several Fortune 100 companies with multi-location operations and had responsibility for both the client relationship and overall performance delivery.

PJ is an avid golfer and enjoys the many outdoor activities in Colorado. He and his wife Laurie work with multiple Denver-area charities and enjoy traveling often and exploring new places.

DISH1043_00000516