# EXHIBIT FF

[Table of Contents](#)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C.  20549

Form  10-K

**(Mark One)**

☒  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

FOR THE FISCAL YEAR ENDED DECEMBER 31 , 2022

OR

☐  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

FOR THE TRANSITION PERIOD FROM              TO           .

**Commission file number: 001-39144**

# DISH Network Corporation
(Exact name of registrant as specified in its charter)

| Nevada | 88-0336997 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| 9601 South Meridian Boulevard Englewood , Colorado | 80112 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: ( 303 ) 723-1000

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A common stock, $0.01 par value | DISH | The Nasdaq Stock Market L.L.C. |

Securities registered pursuant to Section 12(g) of the Act:     **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule  405 of the Securities Act.
Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d)  of the Act.  Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2)  has been subject to such filing requirements for the past 90 days.
Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company.  See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☒ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Table of Contents

PART I

Item 1.   BUSINESS

**OVERVIEW**

DISH Network Corporation was organized in 1995 as a corporation under the laws of the State of Nevada.  We started offering the DISH ® branded pay-TV service in March 1996, the SLING ® branded pay-TV service in January  2015 and retail wireless services in July 2020.  Our common stock is publicly traded on the Nasdaq Global Select Market under the symbol "DISH."  Our principal executive offices are located at 9601 South Meridian Boulevard, Englewood, Colorado 80112 and our telephone number is (303) 723-1000.

DISH Network Corporation is a holding company.  Its subsidiaries operate two primary business segments, Pay-TV and Wireless.  Our Wireless business segment operates in two business units, Retail Wireless and 5G Network Deployment.

*Pay-TV*

We offer pay-TV services under the DISH ® brand and the SLING ® brand (collectively "Pay-TV" services).  The DISH branded pay-TV service consists of, among other things, Federal Communications Commission ("FCC")  licenses authorizing us to use direct broadcast satellite ("DBS") and Fixed Satellite Service ("FSS") spectrum, our owned and leased satellites, receiver systems, broadcast operations, a leased fiber optic network, in-home service and call center operations, and certain other assets utilized in our operations ("DISH TV").  We also design, develop and distribute receiver systems and provide digital broadcast operations, including satellite uplinking/downlinking, transmission and other services to third-party pay-TV providers.  The SLING branded pay-TV services consist of, among other things, multichannel, live-linear and on-demand streaming over-the-top ("OTT") Internet-based domestic, international and Latino video programming services ("SLING TV").  As of December 31, 2022, we had 9.750 million Pay-TV subscribers in the United States, including 7.416 million DISH TV subscribers and 2.334 million SLING TV subscribers.

*Wireless – Retail Wireless*

We offer nationwide prepaid and postpaid retail wireless services to subscribers primarily under our Boost Mobile, Boost Infinite and Gen Mobile brands ("Retail Wireless" services), as well as a competitive portfolio of wireless devices. Prepaid wireless subscribers generally pay in advance for monthly access to wireless talk, text, and data services.
Postpaid wireless subscribers are qualified to pay after receiving wireless talk, text, and data services .

We are currently operating our Retail Wireless business unit as a mobile virtual network operator ("MVNO") as we continue to complete our 5G Network Deployment.
As an MVNO, today we depend on T-Mobile and AT&T to provide us with network services under the amended master network services agreement ("MNSA") and Network Services Agreement (the "NSA"), respectively.  Under the NSA, we expect AT&T will become our primary network services provider.
  As of
December 31, 2022 , we had 7.983 million Wireless subscribers.

*Wireless – 5G Network Deployment*

We have invested a total of over $30 billion in Wireless spectrum licenses, which includes over $10 billion in noncontrolling investments in certain entities.  The $30 billion of investments related to Wireless spectrum licenses does not include $7 billion of capitalized interest related to the carrying value of such licenses.
 See Note 2 and Note 15 in the Notes to our Consolidated Financial Statements in this Annual Report on Form  10-K for further information.
We plan to commercialize our Wireless spectrum licenses through the completion of the nation's first cloud-native, Open Radio Access Network ("O-RAN") based 5G network (our "5G Network Deployment").

1

DISH1043_00000119