# EXHIBIT GG

## [Filed Under Seal]