UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION; *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE OPPOSITION TO MOTION TO DISMISS UNDER SEAL**<br><br>*[Filed Concurrently with Declaration of Christina N. Goodrich; and Application to Seal]* |

**RECYCLED PAPER**

**ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file Entropic's Opposition to DISH's Motion to Dismiss under seal, which discusses the contents of documents designated as confidential and/or attorney's eyes only by DISH, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, it is hereby **ORDERED** as follows:

1. The Application is **GRANTED**.
2. Entropic shall file under seal the unredacted documents as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Plaintiff's Memorandum of Points and Authorities in Support of its Opposition to DISH's Motion to Dismiss ("Plaintiff's Memo") at 1:3. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 6:4–6. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 7:8–13. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 7:18–8:2. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 8:4–7. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 8:13–14. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 8:18–19. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Plaintiff's Memo at 9:7–10. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 9:11–12. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 9:16–22. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 10:2–7. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 10:17–22. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 10:26–11:1. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 11:11–12. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 11:25–12:8. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 12:11–13:9. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 13:14–14:26. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 16:16–17. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Plaintiff's Memo at 20:2–5. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Plaintiff's Memo at 20:13–17. | Contents of a document designated as confidential or attorneys' eyes only ("AEO") by DISH. |
| Exhibit C to Plaintiff's Memo. | Document designated as confidential by DISH. |
| Exhibit D to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit H to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit J to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit K to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit L to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit M to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit N to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit O to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit Y to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit Z to Plaintiff's Memo. | Document designated as AEO by DISH. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Exhibit BB to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit CC to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit DD to Plaintiff's Memo. | Document designated as AEO by DISH. |
| Exhibit GG to Plaintiff's Memo. | Document designated as AEO by DISH. |

IT IS SO ORDERED.

Dated: September 6, 2023

Hon. John W. Holcomb
United States District Judge