Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Entropic Communications, LLC | CASE NUMBER |
|---|---|
| v. **Plaintiff(s)** | 2:23-cv-01043-JWH-KES |
| DirecTV, LLC, et al. **Defendant(s).** | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tessar, Amanda                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

303.291.2300                303.291.2400

*Telephone Number*           *Fax Number*

atessar@perkinscoie.com

*E-Mail Address*

Perkins Coie LLP
1900 Sixteenth St., Ste. 1400
Denver, CO 80202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DISH Network Corporation

DISH Network L.L.C.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Bernstein, Matthew                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

199240            310.788.9900            310.788.3399

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mbernstein@perkinscoie.com

*E-Mail Address*

Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**