Matthew Bernstein (SBN 199240)
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Entropic Communications, LLC, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-01043-JWH-KES |
| v. | |
| DISH Network Corporation, et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tessar, Amanda                                       of    Perkins Coie LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1900 Sixteenth St., Ste. 1400
303.291.2300            303.291.2400                         Denver, CO  80202
*Telephone Number*      *Fax Number*
atessar@perkinscoie.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DISH Network Corporation; DISH Network LLC; DISH Network Service, LLC; DISH Network California Service Corporation

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Bernstein, Matthew                                   of    Perkins Coie LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   1888 Century Park East, Suite 1700
199240          310.788.9900      310.788.3399              Los Angeles, CA  90067-1721
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
mbernstein@perkinscoie.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                         _____
                                                              U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1