1
2
3
4
5

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

6
7

*Additional Counsel Listed on Signature Page*

8
9

Attorneys for Defendant
DISH Network Corporation, et al.

10
11
12

IN THE UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

14

15
16

ENTROPIC COMMUNICATIONS, LLC,

17

Plaintiff,

18

v.

19
20
21
22
23

DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE, L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,

24

Defendants.

25
26
27
28

Case No. 2:23-cv-1043-JWH-KES

**JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE, L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER 12(b)(3) [DKT. NO. 49]**

District Judge: Hon. John W. Holcomb
Magistrate Judge: Hon. Karen E. Scott

Current Hearing Date: October 6, 2023

Proposed Hearing Date: October 10, 2023 or October 24, 2023

Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants DISH Network Corporation, DISH Network, L.L.C., Dish Network Service, L.L.C. and Dish Network California Service Corporation (collectively, "Defendants" and "DISH") on the other hand (collectively, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation:

WHEREAS, Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH Colorado") filed a Motion to Dismiss for Improper Venue (the "Motion") on May 8, 2023 [ECF No. 49];

WHEREAS, the Motion asserts that Entropic has not met its evidentiary burden to show that the Central District of California is a proper venue for this action as to DISH Colorado;

WHEREAS, on May 12, 2023, the Parties filed a Joint Stipulation [ECF No. 51] to allow Entropic to conduct venue discovery in order to adequately respond to the Motion's arguments; particularly to investigate whether DISH Colorado has a regular and established place of business in the Central District of California and therefore whether venue in this District is proper under 28 U.S.C. § 1400(b);

WHEREAS, the Court granted the Joint Stipulation on May 16, 2023 [ECF No. 56];

WHEREAS, the Parties have completed venue discovery related to the arguments presented in DISH Colorado's Motion;

WHEREAS, Plaintiff has filed its Opposition brief [ECF No. 98], and DISH Colorado's reply brief is due on September 22, 2023;

WHEREAS, the hearing on the DISH Colorado Motion is currently set for October 6, 2023 at 9:00 am Pacific Time;

WHEREAS, DISH Colorado has a conflict on the Friday, October 6, 2023 hearing date;

WHEREAS, the Parties considered asking to move the hearing to a subsequent Friday, either October 13, 2023, October 20, 2023, or October 27, 2023, but the Parties have conflicts on those dates;

WHEREAS, the Parties have considered alternative (non-Friday) dates and are both available on October 10, 2023 and October 24, 2023;

WHEREAS, the Parties are hereby jointly requesting a continuance of the October 6, 2023 hearing date either to October 10, 2023 or October 24, 2023;

WHEREAS, the Parties are not requesting a continuance of the current briefing schedule, which will remain unchanged;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The Parties respectfully request that the Court agree to continue the hearing on the DISH Colorado Motion from October 6, 2023 to either October 10, 2023 or October 24, 2023.

1    Dated:  September 21, 2023          FISH & RICHARDSON P.C.

2

3                                         By: */s/ Christopher S. Marchese*
                                               Christopher S. Marchese (SBN 170239)
4                                              marchese@fr.com
                                               633 West Fifth Street, 26th Floor
5                                              Los Angeles, CA 90071
                                               Tel: (213) 533-4240
6

7                                              Adam R. Shartzer *(pro hac vice)*
                                               shartzer@fr.com
8                                              Ruffin B. Cordell *(pro hac vice)*
                                               cordell@fr.com
9                                              Richard A. Sterba *(pro hac vice)*
                                               sterba@fr.com
10                                             Ralph A. Phillips *(pro hac vice*
11                                             *pending)*
                                               rphillips@fr.com
12                                             Michael J. Ballanco *(pro hac vice)*
                                               ballanco@fr.com
13                                             Taylor C. Burgener (SBN 348769)
                                               burgener@fr.com
14                                             FISH & RICHARDSON P.C.
15                                             1000 Maine Ave., SW, Suite 1000
                                               Washington, DC 20024
16                                             Tel: (202) 783-5070

17                                             David M. Barkan (SBN 160825)
18                                             barkan@fr.com
                                               FISH & RICHARDSON P.C.
19                                             500 Arguello Street, Suite 400
                                               Redwood City, CA 94063
20                                             Tel: (650) 839-5070

21                                             Ashley A. Bolt *(pro hac vice)*
22                                             bolt@fr.com
                                               FISH & RICHARDSON P.C.
23                                             1180 Peachtree Street NE, 21st Floor
                                               Atlanta, GA 30309
24                                             Tel: (404) 892-5005

25                                             John-Paul Fryckman (SBN 317591)
26                                             fryckman@fr.com
                                               Fish & Richardson P.C.
27                                             12860 El Camino Real, Suite 400
                                               San Diego, CA 92130
28

JOINT STIPULATION TO CONTINUE HEARING DATE RE DKT. NO. 49
Case No. 2:23-cv-1043-JWH-KES

Tel: (858) 678-5070

Attorneys for Defendants
DISH Network Corporation, et al.

Dated:  September 21, 2023          K&L GATES LLP

By: */s/ Christina Goodrich*
   Christina Goodrich (SBN 261722)
   christina.goodrich@klgates.com
   Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
   K&L GATES LLP
   10100 Santa Monica Boulevard
   Eighth Floor
   Los Angeles, CA 90067
   Tel: (310) 552-5000

   James A. Shimota *(pro hac vice)*
   jim.shimota@klgates.com
   George C. Summerfield *(pro hac vice)*
   george.summerfield@klgates.com
   K&L GATES LLP
   Suite 3300
   70 W. Madison Street
   Chicago, IL 60602
   Tel.: (312) 372-1121

   Peter E. Soskin (SBN 280347)
   peter.soskin@klgates.com
   K&L GATES LLP
   Four Embarcadero Center, Suite 1200
   San Francisco, CA 94111
   Tel: (415) 882-8200

   Darlene F. Ghavimi *(pro hac vice)*
   darlene.ghavimi@klgates.com
   K&L GATES LLP
   2801 Via Fortuna, Suite #650
   Austin, TX 78746
   Tel: (512) 482-6919

Attorneys for Plaintiff
Entropic Communications, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, Christopher S. Marchese, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Christopher S. Marchese*
Christopher S. Marchese