1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE, L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE, L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER 12(b)(3) [DKT. NO. 49]**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

1  Having fully considered the Parties' Joint Stipulation to Continue Hearing Date
2  for Defendants DISH Network Corporation, DISH Network, L.L.C., and Dish
3  Network Service, L.L.C.'s Motion to Dismiss for Improper Venue Under Rule
4  12(b)(3) ("Joint Stipulation"), and for good cause shown, it is hereby ORDERED as
5  follows:
6      1. The Joint Stipulation is GRANTED.
7      2. The hearing on DISH Network Corporation, DISH Network, L.L.C., and
8  Dish Network Service, L.L.C.'s Motion to Dismiss for Improper Venue Under Rule
9  12(b)(3) is CONTINUED from October 6, 2023 at 9:00 a.m. to October ___, 2023 at
10 ___ a.m.
11     IT IS SO ORDERED.
12
13 Dated: _____, 2023
14
15
16                                                                Hon. John W. Holcomb
                                                               United States District Court Judge