Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL REPLY IN SUPPORT OF DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(b)(3)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

1    Pursuant to Civil Local Rule 79-5.2.2(a), Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (collectively, "DISH Colorado") file this Application for Leave to File Under Seal the following unredacted information referenced in DISH Colorado's Reply In Support of DISH Colorado's Motion to Dismiss for Improper Venue Under Rule 12(b)(3), which discusses the content of documents marked confidential by DISH Colorado.

Each portion of the documents referenced in the chart below have been designated as confidential and/or Attorneys' Eyes Only ("AEO") by DISH Colorado. (*See* Sealed Declaration of Taylor Burgener in Support of DISH Colorado's Application for Leave to File Under Seal ("Sealed Name Decl.") ¶¶ 3-4.) DISH Colorado therefore applies to file such documents and information under seal pursuant to Local Rule 79-5.2.2(a).

The information to be sealed is identified below:

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| DISH Colorado's Reply in Support of its Motion to Dismiss for Improper Venue Under Rule 12(b)(3) ("Reply") at 5:7. | Contents of document designated as confidential or Attorneys' Eyes Only ("AEO") by DISH Colorado. |
| Reply at 6:13-14. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 6:16-17. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 6:17-18. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 6:19-20. | Contents of document designated as confidential or AEO by DISH Colorado. |

| | | |
|---|---|---|
| 1, 2 | Reply at 6:20-21. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 3, 4 | Reply at 6:22-23. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 5, 6 | Reply at 6:25. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 7, 8 | Reply at 7:1. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 9, 10 | Reply at 7:3-4. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 11, 12 | Reply at 7:5-6. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 13, 14 | Reply at 7:7. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 15, 16 | Reply at 8:13-14. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 17, 18 | Reply at 9:3-4. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 19, 20 | Reply at 9:6. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 21, 22 | Reply at 9:17. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 23, 24 | Reply at 9:18-19. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 25, 26 | Reply at 9:19-20. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 27, 28 | Reply at 9:21. | Contents of document designated as confidential or AEO by DISH Colorado. |

| | | |
|---|---|---|
| 1 2 | Reply at 9:22. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 3 4 | Reply at 9:23-24. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 5 6 | Reply at 9:27-28. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 7 8 | Reply at 10:1. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 9 10 | Reply at 10:4-5. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 11 12 | Reply at 10:7. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 13 14 | Reply at 10:8-9. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 15 16 | Reply at 10:12-15. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 17 18 | Reply at 10:16-17. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 19 20 | Reply at 10:18-20. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 21 22 | Reply at 10:20-25. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 23 24 | Exhibit 4 to Reply. | Document designated as confidential by DISH Colorado. |
| 25 | Exhibit 5 to Reply. | Document designated as AEO by DISH Colorado. |
| 26 | Exhibit 6 to Reply. | Document designated as AEO by DISH Colorado. |
| 27 | Exhibit 9 to Reply. | Document designated as AEO by DISH Colorado. |
| 28 | Exhibit 10 to Reply. | Document designated as AEO by DISH Colorado. |

| | |
|---|---|
| Exhibit 11 to Reply. | Document designated as AEO by DISH Colorado. |
| Exhibit 12 to Reply. | Document designated as AEO by DISH Colorado. |

Pursuant to Local Rule 79-5.2.2(a), DISH Colorado applies to file under seal the documents listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. DISH Colorado has complied with these requirements. The information that DISH Colorado seeks to seal is contained within documents designated as confidential and attorneys' eyes only by DISH Colorado and consists of internal business records. DISH Colorado marked these documents in this manner because it does not believe that the public has an interest in accessing this confidential information. Additionally, DISH Colorado's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, counsel for Entropic indicated that they do not oppose DISH Colorado's Application.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business

1  records, discussions of internal strategy, company dealings, and materials designated
2  as 'Highly Confidential'").
3      Accordingly, DISH Colorado respectfully requests that this Court order the
4  unredacted documents to be filed under seal.  Concurrent with this filing, DISH
5  Colorado has filed redacted versions of these documents with the Court, which only
6  redact information necessary to protect information that DISH Colorado have marked
7  as confidential or attorneys' eyes only.
8      A proposed order granting this Application has also been filed.

|    |    |    |
|----|----|----|
| 1  | Dated: September 22, 2023 | FISH & RICHARDSON P.C. |
| 2  |    |    |
| 3  |    | By: */s/ Christopher S. Marchese* |
|    |    | Christopher S. Marchese (SBN 170239) |
| 4  |    | marchese@fr.com |
|    |    | 633 West Fifth Street, 26th Floor |
| 5  |    | Los Angeles, CA 90071 |
|    |    | Tel: (213) 533-4240 |
| 6  |    |    |
| 7  |    | Ruffin B. Cordell *(pro hac vice)* |
|    |    | cordell@fr.com |
| 8  |    | Richard A. Sterba *(pro hac vice)* |
|    |    | sterba@fr.com |
| 9  |    | Ralph A. Phillips *(pro hac vice)* |
|    |    | rphillips@fr.com |
| 10 |    | Adam R. Shartzer *(pro hac vice)* |
|    |    | shartzer@fr.com |
| 11 |    | Michael J. Ballanco *(pro hac vice)* |
|    |    | ballanco@fr.com |
| 12 |    | Taylor C. Burgener (SBN 348769) |
| 13 |    | burgener@fr.com |
|    |    | FISH & RICHARDSON P.C. |
| 14 |    | 1000 Maine Ave., SW, Suite 1000 |
|    |    | Washington, DC 20024 |
| 15 |    | Tel: (202) 783-5070 |
| 16 |    |    |
| 17 |    | David M. Barkan (SBN 160825) |
|    |    | barkan@fr.com |
| 18 |    | FISH & RICHARDSON P.C. |
|    |    | 500 Arguello Street, Suite 400 |
| 19 |    | Redwood City, CA 94063 |
|    |    | Tel: (650) 839-5070 |
| 20 |    |    |
| 21 |    | Ashley A. Bolt *(pro hac vice)* |
|    |    | bolt@fr.com |
| 22 |    | FISH & RICHARDSON P.C. |
|    |    | 1180 Peachtree Street NE, 21st Floor |
| 23 |    | Atlanta, GA 30309 |
|    |    | Tel: (404) 892-5005 |
| 24 |    |    |
| 25 |    | John-Paul Fryckman (SBN 317591) |
|    |    | fryckman@fr.com |
| 26 |    | Fish & Richardson P.C. |
|    |    | 12860 El Camino Real, Suite 400 |
| 27 |    | San Diego, CA 92130 |
|    |    | Tel: (858) 678-5070 |
| 28 |    |    |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Defendants
DISH Network Corporation, et al.