IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REPLY IN SUPPORT OF DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(b)(3)**<br><br>District Judge: John W. Holcomb<br>Magistrate Judge: Karen E. Scott |

Having considered Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.'s (collectively, "DISH Colorado") Application for Leave to File Under Seal its Reply in Support of its Motion to Dismiss for Improper Venue Under Rule 12(b)(3) Pursuant to L.R. 79-5.2.2(a), this Court **GRANTS** the Application.

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

| Document to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| DISH Colorado's Reply in Support of its Motion to Dismiss for Improper Venue Under Rule 12(b)(3) ("Reply") at 5:7. | Contents of document designated as confidential or Attorneys' Eyes Only ("AEO") by DISH Colorado. |
| Reply at 6:13-14. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 6:16-17. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 6:17-18. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 6:19-20. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 6:20-21. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 6:22-23. | Contents of document designated as confidential or AEO by DISH Colorado. |

| | | |
|---|---|---|
| 1, 2 | Reply at 6:25. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 3, 4 | Reply at 7:1. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 5, 6 | Reply at 7:3-4. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 7, 8 | Reply at 7:5-6. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 9, 10 | Reply at 7:7. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 11, 12 | Reply at 8:13-14. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 13, 14 | Reply at 9:3-4. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 15, 16 | Reply at 9:6. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 17, 18 | Reply at 9:17. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 19, 20 | Reply at 9:18-19. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 21, 22 | Reply at 9:19-20. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 23, 24 | Reply at 9:21. | Contents of document designated as confidential or AEO by DISH Colorado. |
| 25, 26 | Reply at 9:22. | Contents of document designated as confidential or AEO by DISH Colorado. |

| | |
|---|---|
| Reply at 9:23-24. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 9:27-28. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 10:1. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 10:4-5. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 10:7. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 10:8-9. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 10:12-15. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 10:16-17. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 10:18-20. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Reply at 10:20-25. | Contents of document designated as confidential or AEO by DISH Colorado. |
| Exhibit 4 to Reply. | Document designated as confidential by DISH Colorado. |
| Exhibit 5 to Reply. | Document designated as AEO by DISH Colorado. |
| Exhibit 6 to Reply. | Document designated as AEO by DISH Colorado. |
| Exhibit 9 to Reply. | Document designated as AEO by DISH Colorado. |
| Exhibit 10 to Reply. | Document designated as AEO by DISH Colorado. |
| Exhibit 11 to Reply. | Document designated as AEO by DISH Colorado. |

| Exhibit 12 to Reply. | Document designated as AEO by DISH Colorado. |

**IT IS SO ORDERED**.

Dated: _____, 2023

                                                                         Hon. John W. Holcomb
                                                                         United States District Court Judge