# Exhibit 4
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL