# Exhibit 5
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL