# Exhibit 6

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL