# Exhibit 9
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL