# Exhibit 10
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL