# Exhibit 11
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL