# Exhibit 12

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL