1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  FISH & RICHARDSON P.C.
   633 West Fifth Street, 26th Floor
3  Los Angeles, CA 90071
   Tel: (213) 533-4240 / Fax: (858) 678-5099
4
5  Adam R. Shartzer *(admitted pro hac vice)*
   shartzer@fr.com
6  Ruffin B. Cordell *(admitted pro hac vice)*
   cordell@fr.com
7  Richard A. Sterba *(admitted pro hac vice)*
   sterba@fr.com
8  Ralph A. Phillips *(admitted pro hac vice)*
9  rphillips@fr.com
   Michael J. Ballanco *(admitted pro hac vice)*
10 ballanco@fr.com
   Taylor C. Burgener (SBN 348769)
11 burgener@fr.com
12 FISH & RICHARDSON P.C.
   1000 Maine Ave., SW, Suite 1000
13 Washington, DC 20024
   Tel: (202) 783-5070 / Fax: (202) 783-2331
14
15 *Additional Counsel Listed on Signature Page*

16 Attorneys for Defendants
   DISH Network Corporation, et al.
17

18              IN THE UNITED STATES DISTRICT COURT

19          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| 20  ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| 21 | **PROOF OF SERVICE** |
| 22           Plaintiff, | District Judge: Hon. John W. Holcomb |
| 23  v. | Magistrate Judge: Hon. Karen E. Scott |
| 24  DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| 25 | |
| 26 | |
| 27 | |
| 28           Defendants. | |

PROOF OF SERVICE RE SEALED DOCUMENTS
Case No. 2:23-cv-1043-JWH-KES

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12860 El Camino Real, Suite 400, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for electronic transmission, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

- **UNREDACTED VERSION OF REPLY IN SUPPORT OF DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(b)(3); AND**

- **UNREDACTED VERSIONS OF EXHIBITS 4-6 AND 9-12 IN SUPPORT OF DECLARATION OF CHRISTOPHER S. MARCHESE IN SUPPORT OF REPLY.**

On September 22, 2023, I caused a copy of the foregoing document to be served on the interested parties in this action by attaching a PDF version of the document to an email message addressed as follows:

| | |
|---|---|
| Christina Goodrich (SBN 261722)<br>Christina.goodrich@klgates.com<br>Connor J. Meggs (SBN 336159)<br>Connor.meggs@klgates.com<br>K&L GATES LLP<br>10100 Santa Monica Boulevard<br>Eighth Floor<br>Los Angeles, CA 90067<br>Tel: 310-552-500 / Fax: 310-552-5001 | Attorneys for Plaintiff<br>Entropic<br>Communications, LLC |
| James A. Shimota *(admitted pro hac vice)*<br>jim.shimota@klgates.com<br>George C. Summerfield *(admitted pro hac vice)*<br>george.summerfield@klgates.com<br>K&L GATES LLP | Attorneys for Plaintiff<br>Entropic<br>Communications, LLC |

|   |   |
|---|---|
| Suite 3300<br>70 W. Madison Street<br>Chicago, IL 60602<br>Tel.: (312) 372-1121 / Fax: (312) 827-8000 | |
| Peter E. Soskin (SBN 280347)<br>peter.soskin@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel: (415) 882-8200 / Fax: (415) 882-8220 | Attorneys for Plaintiff Entropic Communications, LLC |
| Darlene F. Ghavimi *(admitted pro hac vice)*<br>darlene.ghavimi@klgates.com<br>K&L GATES LLP<br>2801 Via Fortuna, Suite #650<br>Austin, TX 78746<br>Tel: (512) 482-6919 / Fax: (512) 482-6800 | Attorneys for Plaintiff Entropic Communications, LLC |

| | | |
|---|---|---|
| ☐ | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| ☒ x | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on September 22, 2023, at San Diego, California.

                                      */s/Katherine Root*
                                       Katherine Root