| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 633 West Fifth Street, 26th Floor |
|   | Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | Adam R. Shartzer *(admitted pro hac vice)* |
|   | shartzer@fr.com |
| 6 | Ruffin B. Cordell *(admitted pro hac vice)* |
| 7 | cordell@fr.com |
|   | Richard A. Sterba *(admitted pro hac vice)* |
| 8 | sterba@fr.com |
|   | Ralph A. Phillips *(admitted pro hac vice)* |
| 9 | rphillips@fr.com |
| 10 | Michael J. Ballanco *(admitted pro hac vice)* |
|   | ballanco@fr.com |
| 11 | Taylor C. Burgener (SBN 348769) |
|   | burgener@fr.com |
| 12 | FISH & RICHARDSON P.C. |
| 13 | 1000 Maine Ave., SW, Suite 1000 |
|   | Washington, DC 20024 |
| 14 | Tel: (202) 783-5070 / Fax: (202) 783-2331 |
| 15 | *Additional Counsel Listed on Last Page* |
| 16 | Attorneys for Defendant |
| 17 | DISH Network Corporation, et al. |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | | |
|---|---|---|
| 20 | ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| 21 | | |
| 22 | Plaintiff, | **DECLARATION OF CHRISTOPHER MARCHESE IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(b)(3)** |
| 23 | v. | |
| 24 | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE, L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| 25 | | |
| 26 | | |
| 27 | | District Judge: Hon. John W. Holcomb |
|    | Defendants. | Magistrate Judge: Hon. Karen E. Scott |
| 28 | | |

I, Chris Marchese, hereby declare:

1. I am an attorney with the law firm Fish & Richardson P.C., and counsel for Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service, L.L.C., (collectively, "DISH Colorado"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Deposition Transcript of Dan Minnick, taken August 18, 2023. [FILED UNDER SEAL]

3. Attached hereto as **Exhibit 5** is a true and correct copy of an Employee Spreadsheet, bearing bates number DISH1043_00001224. [FILED UNDER SEAL]

4. Attached hereto as **Exhibit 6** is a true and correct copy of Defendants' Third Supplemental Responses to Plaintiff's First Set of Venue Interrogatories (Nos. 1-4), dated August 17, 2023. [FILED UNDER SEAL]

5. Attached hereto as **Exhibit 7** is a true and correct copy of website https://www.dish.com/contact/.

6. Attached hereto as **Exhibit 8** is a true and correct copy of Articles of Incorporation for Dish Network California Service Corporation, bearing beginning bates number DISH1043_00000088.

7. Attached hereto as **Exhibit 9** is a true and correct copy of a State, Local, and District Sales and Use Tax Return for Dish Network California Service Corporation, bearing beginning bates number DISH1043_00002659. [FILED UNDER SEAL]

8. Attached hereto as **Exhibit 10** is a true and correct copy of a Business Property Statement for Dish Network California Service Corporation, bearing beginning bates number DISH1043_00002677. [FILED UNDER SEAL]

9. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the Deposition Transcript of Eric Stefani, taken August 16, 2023. [FILED UNDER SEAL]

10. Attached hereto as **Exhibit 12** is a true and correct copy of a DISH Retailer Agreement, bearing beginning bates number DISH1043_00001083. [FILED UNDER SEAL]

11. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from DISH Network Corporation's December 31, 2022 Form 10-K, bearing beginning bates number DISH1043_00003071.

12. Attached hereto as **Exhibit 14** is a true and correct copy of website https://www.b2byellowpages.com/company-information/86252813-dish-4-you.html.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of September, 2023, in San Diego, California.

By: */s/ Christopher S. Marchese*
Christopher S. Marchese

1  *Additional Counsel*

3  David M. Barkan (SBN 160825)
   barkan@fr.com
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 400
5  Redwood City, CA 94063
   Tel: (650) 839-5070

7  Ashley A. Bolt *(pro hac vice)*
   bolt@fr.com
8  FISH & RICHARDSON P.C.
   1180 Peachtree Street NE, 21st Floor
9  Atlanta, GA 30309
   Tel: (404) 892-5005

11 John-Paul Fryckman (SBN 317591)
   fryckman@fr.com
12 Fish & Richardson P.C.
   12860 El Camino Real, Suite 400
13 San Diego, CA 92130
   Tel: (858) 678-5070

15 Attorneys for Defendants
16 DISH Network Corporation, et al.