# Exhibit 7

 Log in to MyDISH | Support | DISH Anywhere | Find a Retailer | Wireless          Use Mail Approval Code ✉

dish  SHOP   FEATURES   WHY DISH   SPECIAL OFFERS   1-877-883-4458   Build My Offer   🛒 0   🔍

All your football in one place + 3-Year TV Price Guarantee + Multi-Sport Pack on us!* Sign up!

Home › Contact

# Contact DISH



**DISH Customers**
Talk to a customer service rep
## 1-800-333-3474

**DISH Beats the Competition**

See why DISH is better — **Compare**

- 80,000 On Demand titles
- Record up to 16 shows at once
- Over 2,000 hours of DVR space
- Free Voice Remote & DVR Included
- Free premium channels for 3 months*

See all packages

**Get DISH Today**
Talk to a representative
## 1-877-883-4458

### DISH Customer Service visit my.dish.com

 Program My Remote     DISH Deals, News & More     View and Pay My Bill     Order Pay-Per-View

New customers only. Must subscribe to AT120 Plus or above or DishLATINO Max by 11/13/23. Multi-Sport Pack access ends 1/11/24. Offer subject to change without notice. Local blackouts and other restrictions apply. All offers require credit qualification, 2-year commitment and eAutoPay. Upfront fees may apply based on credit qualification. Early termination fee of $20/mo. remaining applies if you cancel early. DirecTV Gift Card Offer: Offer ends 10/11/23. Use code DTV2DISH. Eligibility requires: (1) continuing active DISH service, (2) completion of the first 31 days of DISH service, (3) payment of first DISH bill, (4) submission of a recent DirecTV satellite bill dated no more than 6 months from the time of activation of DISH Services for the same name or address, and (5) online redemption after validation. After completing the redemption process, the gift card will be shipped within 4 to 6 weeks. Offer unavailable in PR & USVI. For full details, visit **mydish.com/giftcardhelp**. Prices include Hopper Duo for qualifying customers. Hopper, Hopper w/Sling or Hopper 3 $5/mo. more. Fees apply for additional TVs: Hopper $15/mo., Joey $7/mo., Super Joey $10/mo. After 3 mos., you will be billed $30/mo. for Showtime, STARZ, and DISH Movie Pack unless you call or go online to cancel. *Requires Hopper 3. †Requires Hopper/w Sling or Hopper 3; 2,000 hours based on 2TB hard drive. †Netflix is currently available on Hopper Duo, Hopper w/Sling, Hopper 3, Wally, and Joeys. **Additional Offer details** ›

Google integration requires internet-connected Hopper, Joey, or Wally, and any Google Assistant-enabled device.
**Restrictions apply

**Our DISH Headquarters**
9601 S. Meridian Blvd.
Englewood, CO 80112

   DISH is ranked #1 in Customer Satisfaction by J.D. Power and our customers for the fifth year in a row.   • Award-Winning Service
• Signal Reliability Guarantee
• Available Anywhere   

---

Get the full DISH experience!
Stay in touch with DISH. Be sure to follow us on social media to get the latest updates on events, technology, offers and more.

   ▶    Get updates from DISH
                                                             Enter your email                          Sign Up

| COMPARE | DISH SITES | DISH RESOURCES | ABOUT US |
|---|---|---|---|
| DISH vs DirecTV | MyDISH | Service Agreements | Contact Us |
| DISH vs Cable | DishLATINO | Terms & Conditions | Latest News |
| DISH vs Streaming Services | DISH for Business | Privacy Notice | About DISH › |
|  | Watch DISH Anywhere | Your Privacy Choices ⊘ | Investor Relations |
|  | OnTech Smart Services | Accessibility |  |
|  | DISH Careers | FAQs |  |
|  | Become a Retailer | DISH Affiliate Program |  |
|  | The DISH Blog | Alliance Group |  |
|  | Wireless › | Availability |  |
|  |  | Media Sales |  |

Exhibit 7
Page 61

Log in to MyDISH | Support | DISH Anywhere | Find a Retailer | Wireless

Use Mail Approval Code 

1-877-883-4458  Build My Offer  0

All your football in one place + 3-Year TV Price Guarantee + Multi-Sport Pack on us!* Sign up!

Equal Employment Opportunity and Notice to Vendors

© 2023, DISH Network L.L.C. All rights reserved