# Exhibit 14



Home > California > Costa Mesa, CA > **DISH 4 You**

# DISH 4 You

Video Tapes Discs & Dvds Renting & Sales in Costa Mesa, CA 92627
(Open Now until 7:00 PM.)

1125 Victoria St,
Ste R
Costa Mesa, CA 92627
Orange County

Phone : 949-645-0933

Claim This Business

http://www.dish4you.com

**Sell Your DVDs Online - Sell DVDs For Top Dollar**

**Sponsored** · https://www.eaglesaver.com/sell-dvds ▾

Free Shipping - No Fees - Get Paid in 24 Hrs. Get a Free, Instant Quote for Your DVDs Now! Risk Free Quote Guarantee. 1-Day Order Processing. Get Paid for Used DVDs Fast! Best Customer Service. Best Deals. Track Order Status. Guaranteed Full Payment. 100% Risk-Free Guarantee. Earth-Friendly Company. No Fees. The Best Payments. 1-Day Order Processing. Types: Books, DVDs, CDs.

How Will I Get Paid? | How to Sell DVDs Online
Turn Your Items Into Cash | No Fees and Free Shipping
Sell Back Tips | Bulk Checkout

➤ Visit Website

▶ **Hours:**

| | |
|---|---|
| Monday | 11AM–7PM |
| Tuesday | 11AM–7PM |
| Wednesday | 11AM–7PM |
| Thursday | 11AM–7PM |
| Friday | 11AM–7PM |
| Saturday | 11AM–6PM |
| Sunday | Closed |

▶ **Reviews:** ☆☆☆☆☆

Be the first to review!

▶ **Additional Reviews about DISH 4 You Also Available On:**



- **Employees:** Estimated 1 to 4

- **Annual Sales:** Estimated $1,000-$499,999

- **DISH 4 You Additional Services, Information and Brands:**

  Dish

- **Nearby Companies That Are Similar to DISH 4 You in Costa Mesa, CA:**

  US **Video**
  807 W 19th St
  Costa Mesa, CA 92627

  Condom Revolution Corporate Offices
  1777 Newport Blvd
  Costa Mesa, CA 92627

  Redbox
  185 E 17th St
  Costa Mesa, CA 92627

  Newport **DVD**
  2052 Newport Blvd, Ste 12
  Costa Mesa, CA 92627

  Redbox
  2180 Newport Blvd
  Costa Mesa, CA 92627

  Redbox
  1654 Santa Ana Ave
  Costa Mesa, CA 92627

**Movies And DVDs For Sale - Huge Inventory Selection**
**Sponsored** · https://www.amazon.com/shop/deals ▾
Discover the Perfect Blend Of Clothing, Shoes & Jewelry To Elevate Your Fashion Game. Enjoy Great Deals and Discounts On an Array Of Products From Various Brands. Prime Big Deal Days. Big deals on Oct 10-11.
Amazon Prime Benefits · Fashion Sales & Deals · Explore Amazon Handmade
➤ Visit Website

- **People Also Viewed:**



9/22/23, 3:10 PM Case 2:23-cv-01043-JWH-KES Document 116-12 Filed 09/22/23 Page 4 of 5 Page ID #:2631
DISH 4 You | Victoria St, Costa Mesa, CA 92627 | 949-645-0833

B2B
YELLOWPAGES.COM

▶ **Nearby Companies For Video Tapes Discs & Dvds Renting & Sales Also Found In:**

Costa Mesa, CA (6 Companies)

Fountain Valley, CA (2 Companies) 3.98 Miles Away

Westminster, CA (6 Companies) 7.16 Miles Away

DISH 4 You
1125 Victoria St,
Ste R
Costa Mesa, CA 92627
Get Driving Directions
Sea Bluff Drive
Aviemore Terrace
American Avenue
Linden Pla
Grove P
Leaflet | © OpenStreetMap contributors

**iMemories® Official Site - Leader in VHS Conversion**

**Sponsored** · https://www.imemories.com/order-now ▾

Digitally Preserve Your Movies & Photos. 4.8 Review Rating. Fast Turnaround Only 1-2 Wks. Convert Your Cherished Home Movies To Digital & Share with Family And Friends Instantly. View on Modern Devices. Innovative Company. Save 25% Today. 2023 Award-Winner. All Originals Returned.

**Deal:** 50% off digital conversion · Code SAVE50

➤ Visit Website

https://www.b2byellowpages.com/company-information/86252813-dish-4-you.html 3/4

Exhibit 14
Page 162

9/22/23, 3:10 PM Case 2:23-cv-01043-JWH-KES Document 116-12 Filed 09/22/23 Page 5 of 5 Page ID #:2632
DISH 4 You | Victoria St, Costa Mesa, CA 92627 | 949-645-0933

B2B
YELLOWPAGES.COM

$34

Home Login About Us Contact Us Terms of Use Privacy Policy Site Map

© 1999-2023 b2bYellowpages.com® - All rights reserved.
b2bYellowpages.com logo and all related marks are trademarks of b2bBiz.com, Inc. All other marks are the property of their respective owners

https://www.b2byellowpages.com/company-information/86252813-dish-4-you.html 4/4

Exhibit 14
Page 163