| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com<br>FISH & RICHARDSON P.C. |
| 3 | 633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | Adam R. Shartzer *(admitted pro hac vice)* |
| 6 | shartzer@fr.com<br>Ruffin B. Cordell *(admitted pro hac vice)* |
| 7 | cordell@fr.com<br>Richard A. Sterba *(admitted pro hac vice)* |
| 8 | sterba@fr.com |
| 9 | Ralph A. Phillips *(admitted pro hac vice)*<br>rphillips@fr.com |
| 10 | Michael J. Ballanco *(admitted pro hac vice)*<br>ballanco@fr.com |
| 11 | Taylor C. Burgener (SBN 348769) |
| 12 | burgener@fr.com<br>FISH & RICHARDSON P.C. |
| 13 | 1000 Maine Ave., SW, Suite 1000<br>Washington, DC 20024 |
| 14 | Tel: (202) 783-5070 / Fax: (202) 783-2331 |
| 15 | *Additional Counsel Listed on Signature Page* |
| 16 | Attorneys for Defendant |
| 17 | Dish Network California Service Corporation |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | **DEFENDANT DISH NETWORK CALIFORNIA SERVICE CORPORATION'S PROOF OF SERVICE** |
| v. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| Defendants. | |

| | |
|---|---|
| 1 | DISH NETWORK CALIFORNIA SERVICE CORPORATION, |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 5 | |
| 6 | |
| 7 | Counter-Defendants. |
| 8 | |

DEFENDANT DISH NETWORK CALIFORNIA SERVICE CORPORATION'S
PROOF OF SERVICE
Case No. 2:23-cv-1043-JWH-KES

|   |   |
|---|---|
| 1 | On September 21, 2023, Defendant Dish Network California Service Corporation ("Dish California") filed its Answer, Affirmative Defenses and Counterclaims ("Answer and Counterclaims") to Plaintiff Entropic Communications, LLC's Complaint via the CM/ECF system as Docket No. 111, by which the Answer and Counterclaims were also served on Plaintiff Entropic Communications, LLC. |

Additionally, on September 21, 2023, Dish California filed Requests for the Clerk to Issue a Summons for Counter-Defendant MaxLinear, Inc. (Docket No. 112) and a Summons for Counter-Defendants MaxLinear Communications, LLC (Docket No. 113) (the "MaxLinear Defendants"). Dish California is awaiting the issuance of the Summonses and will thereafter endeavor to serve the Answer and Counterclaims on the MaxLinear Defendants.

Dated:  September 25, 2023          FISH & RICHARDSON P.C.

                                    By: */s/ Christopher S. Marchese*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240

Adam R. Shartzer *(pro hac vice)*
Ruffin B. Cordell *(pro hac vice)*
cordell@fr.com
Richard A. Sterba *(pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(pro hac vice)*
rphillips@fr.com
shartzer@fr.com
Michael J. Ballanco *(pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

David M. Barkan (SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Ashley A. Bolt *(pro hac vice)*
bolt@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

John-Paul Fryckman (SBN 317591)
fryckman@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

Attorneys for Defendant
Dish Network California Service Corporation

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12860 El Camino Real, Suite 400, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for electronic transmission, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

**DEFENDANT DISH NETWORK CALIFORNIA SERVICE CORP.'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT [ECF NO. 111]**

On September 21, 2023, I caused a copy of the foregoing document to be served on the interested parties in this action by attaching a PDF version of the document to an email message addressed as follows:

| | |
|---|---|
| Christina Goodrich (SBN 261722)<br>Christina.goodrich@klgates.com<br>Connor J. Meggs (SBN 336159)<br>Connor.meggs@klgates.com<br>Cassidy Young<br>Cassidy.young@klgates.com<br>K&L GATES LLP<br>10100 Santa Monica Boulevard<br>Eighth Floor<br>Los Angeles, CA 90067<br>Tel: 310-552-500 / Fax: 310-552-5001 | Attorneys for Plaintiff Entropic Communications, LLC |
| James A. Shimota *(admitted pro hac vice)*<br>jim.shimota@klgates.com<br>George C. Summerfield *(pro hac vice forthcoming)*<br>george.summerfield@klgates.com<br>K&L GATES LLP<br>Suite 3300<br>70 W. Madison Street<br>Chicago, IL 60602<br>Tel.: (312) 372-1121 / Fax: (312) 827-8000 | Attorneys for Plaintiff Entropic Communications, LLC |

| | |
|---|---|
| Peter E. Soskin (SBN 280347)<br>peter.soskin@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel: (415) 882-8200 / Fax: (415) 882-8220 | Attorneys for Plaintiff<br>Entropic<br>Communications, LLC |
| Darlene F. Ghavimi *(admitted pro hac vice)*<br>darlene.ghavimi@klgates.com<br>K&L GATES LLP<br>2801 Via Fortuna, Suite #650<br>Austin, TX 78746<br>Tel: (512) 482-6919 / Fax: (512) 482-6800 | Attorneys for Plaintiff<br>Entropic<br>Communications, LLC |

| | | |
|---|---|---|
| ☐ | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| ☒ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail via the Notice of Electronic Filing (NEF) to the addressees' email addresses as stated above. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on September 25, 2023, at San Diego, California.

*/s/ Christopher S. Marchese*