IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE, L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>            Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; AND DISH NETWORK SERVICE, L.L.C.'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(b)(3) [DKT. NO. 49]**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

|   |   |
|---|---|
| 1 | Having fully considered the Parties' Joint Stipulation to Continue Hearing |
| 2 | Date for Defendants DISH Network Corporation, DISH Network, L.L.C., and Dish |
| 3 | Network Service, L.L.C.'s Motion to Dismiss for Improper Venue Under |
| 4 | Rule 12(b)(3) ("Joint Stipulation"), and for good cause shown, it is hereby |
| 5 | **ORDERED** as follows: |
| 6 | 1.   The Joint Stipulation is **GRANTED**. |
| 7 | 2.   The hearing on DISH Network Corporation, DISH Network, L.L.C., |
| 8 | and Dish Network Service, L.L.C.'s Motion to Dismiss for Improper Venue Under |
| 9 | Rule 12(b)(3) is **CONTINUED** from October 6, 2023, to October 24, 2023, at |
| 10 | 8:30 a.m. |
| 11 | **IT IS SO ORDERED.** |

Dated: September 25, 2023

Hon. John W. Holcomb
United States District Judge