Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DISH NETWORK CORPORATION; *et al.*,<br><br>        Defendants.<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>        Counter-Claimant,<br><br>   v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>        Counter-Defendants.<br>lfgh | Case No. 2:23-cv-1043-JWH-KES<br><br>**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Current Deadline:    Oct. 12, 2023<br>Proposed New Deadline:   Nov. 13, 2023 |

     Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation (collectively, "Defendants") (collectively, with Entropic, the "Parties"), by and through their respective counsel, stipulate and enter into this Joint Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims:

     WHEREAS, Dish Network California Service Corporation ("Dish California") filed its Answer to the Complaint and Counterclaims on September 21, 2023 (Dkt. No. 111) and served the same on Entropic (Dkt. No. 117);

     WHEREAS, the Counterclaims assert numerous causes of action against Entropic, which Entropic is evaluating;

     WHEREAS, Entropic's current deadline to respond to Dish California's Counterclaims is October 12, 2023;

     WHEREAS, Entropic agreed to two 30-day extensions of Defendants' deadline to respond to the Complaint (*See* Dkt. Nos. 21, 33);

     WHEREAS, Entropic's counsel contacted Dish California's counsel inquiring as to whether Dish California would agree to a 30-day extension of time for Entropic to respond to the Counterclaims;

     WHEREAS, Dish California's counsel agreed to provide the requested extension as a professional courtesy;

     WHEREAS, the Parties have agreed to extend Entropic's deadline to respond to the Counterclaims by 30 days;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The Parties respectfully request an order from the Court extending Entropic's deadline to respond to Dish California's Counterclaims (Dkt. No. 111) from October 12, 2023 to November 13, 2023.

Dated: October 10, 2023

Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650

| | |
|---|---|
| | Austin, TX 78746 |
| | Tel.: (512) 482-6919 |
| | Fax: (512) 482-6859 |
| | darlene.ghavimi@klgates.com |
| | |
| | Kenneth Bridges |
| | **Bridges IP Consulting** |
| | 2113 19th Avenue S |
| | Nashville, TN 37212 |
| | Tel: (615) 973-9478 |
| | bridgesip@icloud.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **ENTROPIC COMMUNICATIONS, LLC** |
| | |
| Dated: October 10, 2023 | By: */s/ Christopher S. Marchese* |
| | Christopher S. Marchese (SBN 170239) |
| | marchese@fr.com |
| | **FISH & RICHARDSON P.C.** |
| | 633 West Fifth Street, 26th Floor |
| | Los Angeles, CA 90071 |
| | Tel: (213) 533-4240 |
| | Fax: (858) 678-5099 |
| | |
| | David M. Barkan (SBN 160825) |
| | barkan@fr.com |
| | **FISH & RICHARDSON P.C.** |
| | 500 Arguello Street, Suite 400 |
| | Redwood City, CA 94063 |
| | Tel: (650) 839-5070 |
| | Fax: (650) 839-5071 |
| | |
| | Aaron P. Pirouznia (admitted *pro hac vice*) |
| | pirouznia@fr.com |
| | **FISH & RICHARDSON P.C.** |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | Tel: (214) 292-4073 |
| | Fax: (214) 747-2091 |

|   |   |
|---|---|
| 1 | Ashley A. Bolt |
| 2 | (admitted *pro hac vice*) |
|   | bolt@fr.com |
| 3 | **FISH & RICHARDSON P.C.** |
| 4 | 1180 Peachtree Street, NE, 21nd Floor |
|   | Atlanta, GA 30309 |
| 5 | Tel: (404) 892-5005 |
| 6 | Fax: (404) 892-5002 |
| 7 |   |
|   | Adam R. Shartzer (admitted *pro hac vice*) |
| 8 | shartzer@fr.com |
|   | Ruffin B. Cordell (admitted *pro hac vice*) |
| 9 | cordell@fr.com |
| 10 | Richard A. Sterba (admitted *pro hac vice*) |
|   | sterba@fr.com |
| 11 | Ralph A. Phillips (admitted *pro hac vice*) |
| 12 | rphillips@fr.com |
|   | Michael J. Ballanco (admitted *pro hac vice*) |
| 13 | ballanco@fr.com |
| 14 | Taylor C. Burgener (SBN 348769) |
|   | burgener@fr.com |
| 15 | **FISH & RICHARDSON P.C.** |
| 16 | 1000 Maine Ave., SW, Suite 1000 |
|   | Washington, DC 20024 |
| 17 | Tel: (202) 783-5070 |
| 18 | Fax: (202) 783-2331 |

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Christina N. Goodrich