# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; *et al.*,<br><br>　　　　　　　Defendants.<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　　　　Counter-Claimant,<br><br>　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>　　　　　　　Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

**[PROPOSED] ORDER**

After full consideration of the Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims, which Stipulation was filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation, and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's deadline to respond to Dish Network California Service Corporation's Counterclaims (Dkt. No. 111) is continued from October 12, 2023 to November 13, 2023.

**IT IS SO ORDERED.**

Dated: _____   _____
Honorable John W. Holcomb
United States District Judge

**[PROPOSED] ORDER**