| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 633 West Fifth Street, 26th Floor |
|   | Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | Adam R. Shartzer *(admitted pro hac vice)* |
|   | shartzer@fr.com |
| 6 | Ruffin B. Cordell *(admitted pro hac vice)* |
|   | cordell@fr.com |
| 7 | Richard A. Sterba *(admitted pro hac vice)* |
| 8 | sterba@fr.com |
|   | Ralph A. Phillips *(admitted pro hac vice)* |
| 9 | rphillips@fr.com |
| 10 | Michael J. Ballanco *(admitted pro hac vice)* |
|   | ballanco@fr.com |
| 11 | Taylor C. Burgener (SBN 348769) |
|   | burgener@fr.com |
| 12 | FISH & RICHARDSON P.C. |
|   | 1000 Maine Ave., SW, Suite 1000 |
| 13 | Washington, DC 20024 |
| 14 | Tel: (202) 783-5070 / Fax: (202) 783-2331 |
| 15 | *Additional Counsel Listed on Signature Page* |
| 16 | Attorneys for Defendant |
| 17 | Dish Network California Service Corporation |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | **DISH NETWORK CALIFORNIA SERVICE CORPORATION'S PROOF OF SERVICE OF SUMMONS AND COUNTERCLAIMS TO MAXLINEAR COMMUNICATIONS LLC.** |
| v. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | District Judge: Hon. John W. Holcomb |
| | Magistrate Judge: Hon. Karen E. Scott |
| Defendants. | |

PROOF OF SERVICE OF SUMMONS AND COUNTERCLAIMS
Case No. 2:23-cv-1043-JWH-KES

| | |
|---|---|
| 1 | DISH NETWORK CALIFORNIA SERVICE CORPORATION, |
| 2 | Counter-Claimant, |
| 3 | |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Defendant Dish Network California Service Corporation ("Dish California") |
| 2 | hereby files proof of service of Dish California's Answer, Affirmative Defenses and |
| 3 | Counterclaims (Dkt. No. 111) and the associated Summons (Dkt. No. 123) on |
| 4 | Counter-Defendant MaxLinear Communications, LLC. |
| 5 | |
| 6 | Dated: October 10, 2023        FISH & RICHARDSON P.C. |
| 7 | |
| 8 |                          By: */s/ Christopher S. Marchese* |

| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
| | 633 West Fifth Street, 26th Floor |
| 3 | Los Angeles, CA 90071 |
| | Tel: (213) 533-4240 |
| 4 | Adam R. Shartzer *(pro hac vice)* |
| | Ruffin B. Cordell *(pro hac vice)* |
| 5 | cordell@fr.com |
| 6 | Richard A. Sterba *(pro hac vice)* |
| | sterba@fr.com |
| 7 | Ralph A. Phillips *(pro hac vice)* |
| | rphillips@fr.com |
| 8 | shartzer@fr.com |
| | Michael J. Ballanco *(pro hac vice)* |
| 9 | ballanco@fr.com |
| | Taylor C. Burgener (SBN 348769) |
| 10 | burgener@fr.com |
| | FISH & RICHARDSON P.C. |
| 11 | 1000 Maine Ave., SW, Suite 1000 |
| | Washington, DC 20024 |
| 12 | Tel: (202) 783-5070 |
| 13 | David M. Barkan (SBN 160825) |
| 14 | barkan@fr.com |
| | FISH & RICHARDSON P.C. |
| 15 | 500 Arguello Street, Suite 400 |
| | Redwood City, CA 94063 |
| 16 | Tel: (650) 839-5070 |
| 17 | Ashley A. Bolt *(pro hac vice)* |
| | bolt@fr.com |
| 18 | FISH & RICHARDSON P.C. |
| | 1180 Peachtree Street NE, 21st Floor |
| 19 | Atlanta, GA 30309 |
| | Tel: (404) 892-5005 |
| 20 | |
| 21 | John-Paul Fryckman (SBN 317591) |
| | fryckman@fr.com |
| 22 | Fish & Richardson P.C. |
| | 12860 El Camino Real, Suite 400 |
| 23 | San Diego, CA 92130 |
| | Tel: (858) 678-5070 |
| 24 | Attorneys for Defendant |
| 25 | Dish Network California Service Corporation |

FISH & RICHARDSON, PC  (SAN DIEGO)      (25619)
12860 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA  92130-2081
858-678-5070
Atty. File No.:  45035-0020LL1

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PLAINTIFF    : ENTROPIC COMMUNICATIONS LLC | | Case No. :  2:23-CV-1043-JWH-KES |
| DEFENDANT  : DISH NETWORK CORPORATION, ET AL. | | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the  SUMMONS IN A CIVIL ACTION; COMPLAINT; ANSWER TO COMPLAINT

3. a. Party Served    :  MAXLINEAR COMMUNICATIONS, LLC
                AGENT FOR SERVICE: CSC LAWYERS INCORPORATING SERVICE
   b. Person Served  :  REBECCA VANG, CUSTOMER SERVICE ASSOCIATE
                (AUTHORIZED TO ACCEPT FOR CSC LAWYERS INCORPORATING SERVICE)

4. Address where the party was served:  2710 GATEWAY OAKS DRIVE      SUITE 150N
                SACRAMENTO, CA  95833   (Business)

5. I served the party
   a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1)  on   October 5, 2023   (2) at:  02:22 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c.    on behalf of:  MAXLINEAR COMMUNICATIONS, LLC
                AGENT FOR SERVICE: CSC LAWYERS INCORPORATING SERVICE
      under   [xx]   CCP 416.40   (association or partnership)

7. **Person who served papers**
   a.  DENNIS E. LARKIN
   b.  KNOX ATTORNEY SERVICE
       1550 HOTEL CIRCLE NORTH SUITE 440
       SAN DIEGO, CA 92108
   c.  619-233-9700
   d.  Fee For Service :  $ 287.85
   e.  I am
       (3)  a registered California process server
           (i)   an independent contractor
           (ii)  Registration No.:  PS-508
           (iii) County:  YOLO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :   October  5, 2023

Signature: _____
DENNIS E. LARKIN