| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com<br>FISH & RICHARDSON P.C. |
| 3 | 633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | Adam R. Shartzer *(admitted pro hac vice)* |
| 6 | shartzer@fr.com<br>Ruffin B. Cordell *(admitted pro hac vice)* |
| 7 | cordell@fr.com<br>Richard A. Sterba *(admitted pro hac vice)* |
| 8 | sterba@fr.com |
| 9 | Ralph A. Phillips *(admitted pro hac vice)*<br>rphillips@fr.com |
| 10 | Michael J. Ballanco *(admitted pro hac vice)*<br>ballanco@fr.com |
| 11 | Taylor C. Burgener (SBN 348769)<br>burgener@fr.com |
| 12 | FISH & RICHARDSON P.C.<br>1000 Maine Ave., SW, Suite 1000 |
| 13 | Washington, DC 20024 |
| 14 | Tel: (202) 783-5070 / Fax: (202) 783-2331 |
| 15 | *Additional Counsel Listed on Signature Page* |
| 16 | Attorneys for Defendant |
| 17 | Dish Network California Service Corporation |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>    Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DISH NETWORK CALIFORNIA SERVICE CORPORATION'S PROOF OF SERVICE OF SUMMONS AND COUNTERCLAIMS TO MAXLINEAR, INC.**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | DISH NETWORK CALIFORNIA SERVICE CORPORATION, |
| 2 | Counter-Claimant, |
| 3 | |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

| | |
|---|---|
| 1 | Defendant Dish Network California Service Corporation ("Dish California") |
| 2 | hereby files proof of service of Dish California's Answer, Affirmative Defenses and |
| 3 | Counterclaims (Dkt. No. 111) and the associated Summons (Dkt. No. 122) on |
| 4 | Counter-Defendant MaxLinear, Inc. |
| 5 | |
| 6 | Dated: October 10, 2023       FISH & RICHARDSON P.C. |
| 7 | |
| 8 | By: */s/ Christopher S. Marchese* |

| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
| | 633 West Fifth Street, 26th Floor |
| 3 | Los Angeles, CA 90071 |
| | Tel: (213) 533-4240 |
| 4 | Adam R. Shartzer *(pro hac vice)* |
| 5 | Ruffin B. Cordell *(pro hac vice)* |
| | cordell@fr.com |
| 6 | Richard A. Sterba *(pro hac vice)* |
| | sterba@fr.com |
| 7 | Ralph A. Phillips *(pro hac vice)* |
| | rphillips@fr.com |
| 8 | shartzer@fr.com |
| | Michael J. Ballanco *(pro hac vice)* |
| 9 | ballanco@fr.com |
| | Taylor C. Burgener (SBN 348769) |
| 10 | burgener@fr.com |
| 11 | FISH & RICHARDSON P.C. |
| | 1000 Maine Ave., SW, Suite 1000 |
| 12 | Washington, DC 20024 |
| | Tel: (202) 783-5070 |
| 13 | David M. Barkan (SBN 160825) |
| 14 | barkan@fr.com |
| | FISH & RICHARDSON P.C. |
| 15 | 500 Arguello Street, Suite 400 |
| | Redwood City, CA 94063 |
| 16 | Tel: (650) 839-5070 |
| 17 | Ashley A. Bolt *(pro hac vice)* |
| | bolt@fr.com |
| 18 | FISH & RICHARDSON P.C. |
| | 1180 Peachtree Street NE, 21st Floor |
| 19 | Atlanta, GA 30309 |
| | Tel: (404) 892-5005 |
| 20 | |
| 21 | John-Paul Fryckman (SBN 317591) |
| | fryckman@fr.com |
| 22 | Fish & Richardson P.C. |
| | 12860 El Camino Real, Suite 400 |
| 23 | San Diego, CA 92130 |
| | Tel: (858) 678-5070 |
| 24 | Attorneys for Defendant |
| 25 | Dish Network California Service Corporation |
| 26 | |
| 27 | |
| 28 | |

FISH & RICHARDSON, PC  (SAN DIEGO)      (25619)
12860 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA  92130-2081
858-678-5070
Atty. File No.:  45035-0020LL1

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PLAINTIFF   : ENTROPIC COMMUNICATIONS LLC | | Case No. :  2:23-CV-1043-JWH-KES |
| DEFENDANT   : DISH NETWORK CORPORATION, ET AL. | | **PROOF OF SERVICE OF SUMMONS** |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the  SUMMONS IN A CIVIL ACTION; COMPLAINT; ANSWER TO COMPLAINT

3.  a.  Party Served    :   MAXLINEAR, INC.
          AGENT FOR SERVICE: CSC LAWYERS INCORPORATING SERVICE
    b.  Person Served  :   REBECCA VANG, CUSTOMER SERVICE ASSOCIATE
          (AUTHORIZED TO ACCEPT FOR CSC LAWYERS INCORPORATING SERVICE)

4.  Address where the party was served:  2710 GATEWAY OAKS DRIVE    SUITE 150N
                                          SACRAMENTO, CA  95833   (Business)

5.  I served the party
    a.  **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1)  on  October 5, 2023  (2) at:  02:22 PM

6.  The "Notice to the person served" (on the summons) was completed as follows:
    c.  on behalf of:  MAXLINEAR, INC.
            AGENT FOR SERVICE: CSC LAWYERS INCORPORATING SERVICE
        under  [xx]  CCP 416.10  (corporation)

7.  **Person who served papers**
    a.  DENNIS E. LARKIN
    b.  KNOX ATTORNEY SERVICE
        1550 HOTEL CIRCLE NORTH SUITE 440
        SAN DIEGO, CA 92108
    c.  619-233-9700

    d.  Fee For Service :  $ 195.35
    e.  I am
        (3)  a registered California process server
            (i)   an independent contractor
            (ii)  Registration No.:  PS-508
            (iii) County:  YOLO, CA

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  October  5, 2023                    Signature: _____
                                                          DENNIS E. LARKIN

Jud. Coun. form, rule 2.150 CRC            **PROOF OF SERVICE**            Ref. No. :  0783475-04
JC Form POS 010 (Rev. January 1, 2007)