```
Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer (admitted pro hac vice)
shartzer@fr.com
Ruffin B. Cordell (admitted pro hac vice)
cordell@fr.com
Richard A. Sterba (admitted pro hac vice)
sterba@fr.com
Ralph A. Phillips (admitted pro hac vice)
rphillips@fr.com
Michael J. Ballanco (admitted pro hac vice)
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331
```

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No.:  2:23-cv-01043-JWH-KES<br>Case No.:  2:23-cv-01047-JWH-KES<br>Case No.:  2:23-cv-01048-JWH-KES<br>Case No.:  2:23-cv-05253-JWH-KES<br><br>**JOINT STIPULATION TO CONSOLIDATE CASES:** |

**JOINT STIPULATION TO CONSOLIDATE CASES**
CASE NOS. 2:23-CV-01043, 01047, 01048, 05253 (JWH-KES)

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>  Defendants. | ***ENTROPIC COMMUNICATIONS, LLC v. DISH NETWORK CORPORATION, et al.,* CASE NO. 2:23-cv-01043-JWH-KES**<br><br>***ENTROPIC COMMUNICATIONS, LLC v. COX COMMUNICATIONS, INC., et al.,* CASE NO. 2:23-cv-01047-JWH-KES**<br><br>***ENTROPIC COMMUNICATIONS, LLC v. COMCAST CORPORATION, et al.,* CASE NO. 2:23-cv-01048-JWH-KES**<br><br>***ENTROPIC COMMUNICATIONS, LLC v. DIRECTV, LLC, et al.,* CASE NO. 2:23-cv-05253-JWH-KES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>  Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, *et al.*,<br><br>  Defendants. | |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>  Counter-Claimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | |

**JOINT STIPULATION TO CONSOLIDATE CASES**
CASE NOS. 2:23-CV-01043, 01047, 01048, 05253 (JWH-KES)

The parties, Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation (collectively "DISH" or "DISH Defendants")[1]; Defendants Cox Communications, Inc.; Coxcom, LLC; and Cox Communications California LLC (collectively "Cox" or "Cox Defendants"); Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC (collectively "Comcast" or "Comcast Defendants"); and Defendants DIRECTV, LLC and AT&T Services, Inc.[2] ("DIRECTV" or "DIRECTV Defendants") (together with Entropic, the "Parties") hereby submit the following Joint Stipulation to consolidate the following cases through the date of the *Markman* hearing:

- *Entropic Communications, LLC v. DISH Network Corporation, et al.*, Case No. 2:23-cv-01043-JWH-KES;
- *Entropic Communications, LLC v. Cox Communications, Inc., et al.*, Case No. 2:23-cv-01047-JWH-KES;
- *Entropic Communications, LLC v. Comcast Corporation, et al.*, Case No. 2:23-cv-01048-JWH-KES; and
- *Entropic Communications, LLC v. DIRECTV, LLC, et al.*, Case No. 2:23-cv-05253-JWH-KES.

**WHEREAS,** Rule 42(a) of the Federal Rules of Civil Procedure provides that a court may consolidate actions before it if the cases involve a common question of law or fact;

**WHEREAS,** district courts have broad discretion under this rule to consolidate cases pending within the same district, and consolidation of related cases in federal court

---

[1] DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. are referred to collectively as "DISH Colorado".

[2] A stipulation for dismissal without prejudice as to AT&T Inc. and AT&T Communications, Inc. was filed on September 7, 2023.

is strongly encouraged (*see Ashe v. Swenson*, 397 U.S. 436, 455 (1970); *Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008); *Investors Research Co. v. United States Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777 (9th Cir. 1989);

**WHEREAS,** on February 10, 2023, Entropic filed complaints against Comcast, Cox, and DISH in the above-captioned cases, alleging infringement of the same patents;

**WHEREAS**, on July 1, 2023, Entropic filed a complaint against DIRECTV in the above-captioned case, alleging infringement of the same patents as asserted in the previously-filed actions against Comcast, Cox, and DISH;[3]

**WHEREAS,** the four actions involve the same plaintiff, the same patents, and claims of infringement directed to the MoCA standard;

**WHEREAS,** except for DISH Colorado's pending motion to dismiss for improper venue and Comcast's pending motion to dismiss for lack of subject matter jurisdiction, the cases are also procedurally aligned in that they are all in their early stages and some have not progressed beyond the pleading stage;

**WHEREAS,** consolidation of the cases would reduce the burden on the Court by: 1) reducing the number of duplicative filings and orders, and 2) reducing the number of separate hearings on procedural and substantive issues the Court must schedule;

**WHEREAS,** consolidation of these cases would also increase efficiency for the Parties;

**WHEREAS,** consolidation of the cases will avoid inconsistent results within each case on identical issues, particularly with regard to discovery rulings and claim construction of the same terms that are at issue in all four cases;

**WHEREAS,** no party would be prejudiced by consolidation as all Parties have agreed to consolidate cases for pretrial purposes through the *Markman* hearing.

**WHEREFORE,** the Parties hereby stipulate to request that the Court issue an order consolidating the above-captioned cases against the Comcast, Cox, DISH, and

---

[3] Entropic and DIRECTV incorporate by reference their August 28, 2023 Status Report regarding consolidation (Case No. 2:23-cv-05253-JWH-KES, Dkt. 27).

1 DIRECTV Defendants into a single action for pretrial purposes through the date of the
2 *Markman* hearing, with the Lead Case being 2:23-cv-01043-JWH-KES. The Parties
3 further stipulate to request that the Court order separate trials for each Defendant
4 pursuant to Rule 42(b) of the Federal Rules of Civil Procedure and 35 U.S.C. § 299.

6 Dated: October 12, 2023        By: */s/ Christopher S. Marchese*
                                  Christopher S. Marchese (SBN 170239)
                                  marchese@fr.com
                                  **FISH & RICHARDSON P.C.**
                                  633 West Fifth Street, 26th Floor
                                  Los Angeles, CA 90071
                                  Tel: (213) 533-4240
                                  Fax: (858) 678-5099

                                  Ashley A. Bolt (admitted *pro hac vice*)
                                  bolt@fr.com
                                  **FISH & RICHARDSON P.C.**
                                  1180 Peachtree Street, NE, 21nd Floor
                                  Atlanta, GA 30309
                                  404-892-5005
                                  Fax: 404-892-5002

                                  David M. Barkan
                                  barkan@fr.com
                                  **FISH & RICHARDSON P.C.**
                                  500 Arguello Street Suite 400
                                  Redwood City, CA 94063
                                  650-839-5070
                                  Fax: 650-839-5071

                                  Adam R. Shartzer (admitted *pro hac vice*)
                                  shartzer@fr.com
                                  Ruffin B. Cordell (admitted *pro hac vice*)
                                  cordell@fr.com
                                  Richard A. Sterba (admitted *pro hac vice*)
                                  sterba@fr.com
                                  Ralph A. Phillips (admitted *pro hac vice*)
                                  rphillips@fr.com

|    |    |    |
|----|----|----|
| 1  |    | Michael J. Ballanco (admitted *pro hac vice*) |
| 2  |    | ballanco@fr.com |
|    |    | **FISH & RICHARDSON P.C.** |
| 3  |    | 1000 Maine Ave., SW, Suite 1000 |
| 4  |    | Washington, DC 20024 |
|    |    | Tel: (202) 783-5070 |
| 5  |    | Fax: (202) 783-2331 |
| 6  |    |    |
|    |    | **ATTORNEYS FOR DISH NETWORK** |
| 7  |    | **CORPORATION, DISH NETWORK L.L.C.,** |
| 8  |    | **DISH NETWORK SERVICE, L.L.C., AND** |
|    |    | **DISH NETWORK CALIFORNIA SERVICE** |
| 9  |    | **CORPORATION** |
| 10 |    |    |
| 11 | Dated: October 12, 2023 | Respectfully Submitted, |
| 12 |    |    |
|    |    | By: */s/ Christina N. Goodrich* |
| 13 |    | Christina N. Goodrich (SBN 261722) |
| 14 |    | Connor J. Meggs (SBN 336159) |
|    |    | **K&L GATES LLP** |
| 15 |    | 10100 Santa Monica Blvd., 8th Fl. Los Angeles, |
| 16 |    | CA 90067 Tel.: (310) 552-5547 Fax: (310) 552-5001 christina.goodrich@klgates.com |
| 17 |    | connor.meggs@klgates.com |
| 18 |    |    |
|    |    | Peter Soskin (SBN 280347) |
| 19 |    | **K&L GATES LLP** |
| 20 |    | 4 Embarcadero Center, Suite 1200 |
|    |    | San Francisco, CA 94111 |
| 21 |    | Tel.: (415) 882-8200 |
| 22 |    | Fax: (415) 882-8220 |
|    |    | peter.soskin@klgates.com |
| 23 |    |    |
| 24 |    | James Shimota (admitted *pro hac vice*) |
|    |    | George Summerfield (admitted *pro hac vice*) |
| 25 |    | **K&L GATES LLP** |
| 26 |    | 70 W. Madison Street, Suite 3300 |
|    |    | Chicago, IL 60602 |
| 27 |    | Tel.: (312) 372-1121 |
| 28 |    | Fax: (312) 827-8000 |

jim.shimota@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Kenneth Bridges
**Bridges IP Consulting**
2113 19th Avenue S
Nashville, TN 37212
Tel: (615) 973-9478
bridgesip@icloud.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

Dated: October 12, 2023

By: */s/ April E. Isaacson*
April E. Isaacson (SBN 180638)
aacson@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
Sarah Y Kamran
skamran@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 248-3830

Mitchell G. Stockwell (admitted pro hac vice)

mstockwell@kilpatricktownsend.com
Christopher S. Leah (pro hac vice)
cleah@kilpatricktownsend.com
Courtney S. Dabbiere
cdabbiere@kilpatricktownsend.com
Michael J. Turton (pro hac vice)
mturton@kilpatricktownsend.com
Vaibhav P. Kadaba (pro hac vice)
wkadaba@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Tel: (404)-815-6214
Fax: (404)-541-3403

**ATTORNEYS FOR DEFENDANTS COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC**

Dated: October 12, 2023

By: */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (SBN 254220)
padmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave.
New York City, NY 10166
Tel: (212) 294-3564
Fax: (212) 294-4700

Brian E. Ferguson (admitted *pro hac vice*)
beferguson@winston.com
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

Diana Hughes Leiden
dhleiden@winston.com

|   |   |
|---|---|
|   | **WINSTON & STRAWN LLP** |
|   | 333 South Grand Avenue 38th Floor |
|   | Los Angeles, CA 90071-1543 |
|   | Tel: (213) 615-1700 |
|   | Fax: (213) 615-1750 |
|   |   |
|   | Saranya Raghavan (admitted *pro hac vice*) |
|   | sraghavan@winston.com |
|   | **WINSTON & STRAWN LLP** |
|   | 35 West Wacker Drive |
|   | Chicago, IL 60601 |
|   | Tel: (312) 558-5600 |
|   | Fax: (312) 558-5700 |
|   |   |
|   | **ATTORNEYS FOR DEFENDANTS COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC** |
| Dated: October 12, 2023 | By: */s/ David S. Frist*_____ |
|   | Yuri Mikulka, SBN 185926 |
|   | yuri.milkulka@alston.com |
|   | Rachel Lowe, SBN 246361 |
|   | rachel.lowe@alston.com |
|   | **ALSTON & BIRD** |
|   | 333 South Hope Street |
|   | 16th Floor |
|   | Los Angeles, CA 90071-3004 |
|   | Tel.: 1 213 576 1000 |
|   | Fax: 1 213 576 1100 |
|   |   |
|   | David S. Frist |
|   | david.frist@alston.com |
|   | Emily C. Welch |
|   | emily.welch@alston.com |
|   | **ALSTON & BIRD** |
|   | 1201 West Peachtree Street, Suite 4900 |
|   | Atlanta, GA 30309 |
|   | Tel.: 1 404 881 7874 |
|   | Fax: 1 404 881 7777 |

**ATTORNEYS FOR DEFENDANTS DIRECTV, LLC AND AT&T SERVICES, INC.**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christopher S. Marchese, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Christopher S. Marchese