IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 2:23-cv-01043-JWH-KES<br>Case No.: 2:23-cv-01047-JWH-KES<br>Case No.: 2:23-cv-01048-JWH-KES<br>Case No.: 2:23-cv-05253-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES:**<br><br>*ENTROPIC COMMUNICATIONS, LLC v. DISH NETWORK CORPORATION, et al.,* **CASE NO. 2:23-cv-01043-JWH-KES**<br><br>*ENTROPIC COMMUNICATIONS, LLC v. COX COMMUNICATIONS, INC., et al.,* **CASE NO. 2:23-cv-01047-JWH-KES**<br><br>*ENTROPIC COMMUNICATIONS, LLC v. COMCAST CORPORATION, et al.,* **CASE NO. 2:23-cv-01048-JWH-KES**<br><br>*ENTROPIC COMMUNICATIONS, LLC v. DIRECTV, LLC, et al.,* **CASE NO. 2:23-cv-05253-JWH-KES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE CASES
Case Nos. 2:23-cv-01043, 01047, 01048, 05253 (JWH-KES)

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| | Plaintiff, |
| 3 | |
| | v. |
| 4 | |
| | COMCAST CORPORATION, *et al.*, |
| 5 | |
| | Defendants. |
| 6 | ENTROPIC COMMUNICATIONS, LLC, |
| 7 | |
| | Plaintiff, |
| 8 | |
| | v. |
| 9 | |
| | DIRECTV, LLC, *et al.*, |
| 10 | |
| | Defendants. |
| 11 | |
| 12 | DISH NETWORK CALIFORNIA SERVICE CORPORATION, |
| 13 | |
| 14 | Counter-Claimant, |
| 15 | v. |
| 16 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 17 | |
| 18 | |
| 19 | Counter-Defendants. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE CASES
Case Nos. 2:23-cv-01043, 01047, 01048, 05253 (JWH-KES)

      Having considered the Joint Stipulation to Consolidate Cases filed by Plaintiff Entropic Communications, LLC and Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation; Defendants Cox Communications, Inc.; Coxcom, LLC; and Cox Communications California LLC; Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC; and Defendants DIRECTV, LLC and AT&T Services, Inc. (together with Entropic, the "Parties"), and for good cause shown, the Court grants the Parties' Joint Stipulation to Consolidate Cases and hereby consolidates the following cases into a single action for pretrial purposes through the date of the *Markman* hearing: Case No. 2:23-cv-01043-JWH-KES, Case No. 2:23-cv-01047-JWH-KES, Case No. 2:23-cv-01048-JWH-KES, and Case No. 2:23-cv-05253-JWH-KES.

      IT IS SO ORDERED.

Dated: _____, 2023

                                                Hon. John W. Holcomb
                                                United States District Court Judge