# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>        Defendants.<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>        Defendants. | Case No.: 2:23-cv-01043-JWH-KES<br>Case No.: 2:23-cv-01047-JWH-KES<br>Case No.: 2:23-cv-01048-JWH-KES<br>Case No.: 2:23-cv-05253-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES:**<br><br>**(1)** *ENTROPIC COMMUNICATIONS, LLC v. DISH NETWORK CORPORATION, et al.*, **CASE NO. 2:23-cv-01043-JWH-KES**<br><br>**(2)** *ENTROPIC COMMUNICATIONS, LLC v. COX COMMUNICATIONS, INC., et al.*, **CASE NO. 2:23-cv-01047-JWH-KES**<br><br>**(3)** *ENTROPIC COMMUNICATIONS, LLC v. COMCAST CORPORATION, et al.*, **CASE NO. 2:23-cv-01048-JWH-KES**<br><br>**(4)** *ENTROPIC COMMUNICATIONS, LLC v. DIRECTV, LLC, et al.*, **CASE NO. 2:23-cv-05253-JWH-KES** |

|    |                                                                                     |
|----|-------------------------------------------------------------------------------------|
| 1  | ENTROPIC COMMUNICATIONS, LLC,                                                       |
| 2  |           Plaintiff,              |
| 3  |    v.                                                                |
| 4  | COMCAST CORPORATION, *et al.*,                                                      |
| 5  |           Defendants.             |
| 6  | ENTROPIC COMMUNICATIONS, LLC,                                                       |
| 7  |                                                                                     |
| 8  |           Plaintiff,              |
| 9  |    v.                                                                |
| 10 | DIRECTV, LLC, *et al.*,                                                             |
| 11 |           Defendants.             |
| 12 | DISH NETWORK CALIFORNIA SERVICE CORPORATION,                                        |
| 13 |           Counterclaimant,        |
| 14 | v.                                                                                  |
| 15 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,    |
| 16 |                                                                                     |
| 17 |                                                                                     |
| 18 |           Counterdefendants.      |
| 19 |                                                                                     |
| 20 |                                                                                     |
| 21 |                                                                                     |
| 22 |                                                                                     |
| 23 |                                                                                     |
| 24 |                                                                                     |
| 25 |                                                                                     |
| 26 |                                                                                     |
| 27 |                                                                                     |
| 28 |                                                                                     |

Having considered the Joint Stipulation to Consolidate Cases filed by Plaintiff Entropic Communications, LLC and Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation; Defendants Cox Communications, Inc.; Coxcom, LLC; and Cox Communications California LLC; Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC; and Defendants DIRECTV, LLC and AT&T Services, Inc. (together with Entropic, the "Parties"), and for good cause shown, the Court hereby ORDERS as follows:

1. The Parties' Joint Stipulation to Consolidate Cases is **GRANTED**.

2. The following cases are **CONSOLIDATED** into a single action for pretrial purposes through the date of the *Markman* hearing: Case No. 2:23-cv-01043-JWH-KES, Case No. 2:23-cv-01047-JWH-KES, Case No. 2:23-cv-01048-JWH-KES, and Case No. 2:23-cv-05253-JWH-KES. All filings shall be made in only the low-numbered case: Case No. 2:23-cv-01043-JWH-KES.

3. Any party may make a motion at any time to sever the cases, or any of them, for good cause shown.

4. The Clerk is **DIRECTED** to close the following cases administratively: Case No. 2:23-cv-01047-JWH-KES, Case No. 2:23-cv-01048-JWH-KES, and Case No. 2:23-cv-05253-JWH-KES.

**IT IS SO ORDERED.**

Dated: October 13, 2023

Hon. John W. Holcomb
United States District Judge