DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>          Defendants. | Case No. 2:23-cv-01043-JWH-KES<br>     LEAD CASE<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br>**NOTICE OF**<br><br>**SPECIAL MASTER ORDER** |

Pursuant to authority provided by the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt. 74), and further pursuant to the Court's September 20, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes in Civil Action No. 2:23-CV-05253, which the Court consolidated with the above-captioned case (*see* No. 2:23-CV-

05253, Dkt. 49, Oct. 13, 2023 Order Granting Joint Stipulation to Consolidate Cases), the Special Master attaches hereto the Special Master Order No. SM-3.

Dated: October 18, 2023      By:  /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master