DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

|  |  |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION,<br>et al.,<br>　　　　Defendants. | § § § § § § § § § § § § § § § | Case No. 2:23-cv-01043-JWH-KES<br>LEAD CASE<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br>**SPECIAL MASTER ORDER**<br><br>**No. SM-3** |

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Dkt. 260), and further pursuant to the Court's September 20, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes in Civil Action No. 2:23-CV-05253, which the Court consolidated

1   with the above-captioned case (*see* No. 2:23-CV-05253, Dkt. 49, Oct. 13, 2023 Order

2   Granting Joint Stipulation to Consolidate Cases), the Special Master adopts the parties'

3   agreement, as set forth in e-mail correspondence between the Special Master and counsel

4   for both sides on October 16, 2023, that the existing procedure for discovery dispute

5   resolution in the lead case (Civil Action No. 2:23-cv-1043) will apply to any dispute(s)

6   arising out of consolidated member Civil Action No. 2:23-cv-5253.

7          Thus, the Special Master hereby ORDERS that any discovery dispute(s) arising out

8   of consolidated Civil Action No. 2:23-cv-5253 shall be governed by Special Master

9   Order No. SM-2 as entered in Civil Action No. 2:23-cv-1043 (Dkt. 85-1).

10         In light of the foregoing, the Special Master finds that the preliminary conference

11   specified by the Court's appointment order in Civil Action No. 2:23-cv-5253 (*see* Dkt. 42

12   at p. 2, § 3) has, in effect, already occurred by way of the preliminary conference held in

13   the lead case (*see* Dkt. 81-1, July 26, 2023 Special Master Minutes), particularly when

14   considering the parties' above-noted agreement as well as the Special Master's

15   familiarity with the case and the parties based on the lead case and other member cases.

16         The Special Master therefore does not set any additional preliminary conference

17   for consolidated member Civil Action No. 2:23-cv-5253.

18         Any objections to proceeding in the manner set forth above should be brought to

19   the attention of the Special Master immediately or in any event no later than October 26,

20   2023.

1    IT IS SO ORDERED.

2

3

4    Dated: October 18, 2023          By: _____

                                           David M. Keyzer
5                                          Special Master

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20