BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

STELLA MAO (CA SBN 335136)
SMao@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:   (650) 813-5600
Facsimile:   (650) 494-0792

Attorneys for Counter-Defendants
MAXLINEAR, INC. and
MAXLINEAR COMMUNICATIONS, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; and DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants.<br>—————————————————<br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Counter-Claimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC TO RESPOND TO DISH NETWORK CALIFORNIA SERVICE CORPORATION'S COUNTERCLAIMS BY NO MORE THAN 30 DAYS; [PROPOSED] ORDER**<br><br>Counterclaims served:  Oct. 5, 2023<br>Current response date:  Oct. 26, 2023<br>New response date:  Nov. 22, 2023 |

1    Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") and Counter-Claimant Dish Network California Service Corporation ("Dish California") (collectively, with MaxLinear, the "Parties"), by and through their respective counsel, stipulate and enter into this Joint Stipulation to Extend Time for MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Dish California's Counterclaims by No More than 30 Days:

WHEREAS, Dish California filed its Answer to the Complaint and Counterclaims on September 21, 2023 (Dkt. No. 111), adding MaxLinear, Inc. and MaxLinear Communications LLC as counterclaim defendants to the litigation, and served the same on MaxLinear on October 5, 2023 (Dkt. Nos. 125, 126);

WHEREAS, MaxLinear's current deadline to respond to Dish California's Counterclaims is October 26, 2023;

WHEREAS, MaxLinear's counsel requested an extension to MaxLinear's deadline to respond to Dish California's Counterclaims until November 22, 2023 and Dish California agreed ;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1.   The Parties respectfully request an order from the Court extending MaxLinear's deadline to answer or otherwise respond to Dish California's Counterclaims (Dkt. No. 111) from October 26, 2023 to November 22, 2023.

1

STIPULATION TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COUNTERCLAIMS BY NO MORE THAN 30 DAYS
CASE NO. 2:23-CV-1043-JWH-KES

| | | |
|---|---|---|
| 1 | Dated: October 18, 2023 | MORRISON & FOERSTER LLP |

By: */s/ Bita Rahebi*
      Bita Rahebi

BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

STELLA MAO (CA SBN 335136)
SMao@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Counter-Defendants
MAXLINEAR, INC. and MAXLINEAR COMMUNICATIONS, LLC

2

| | | |
|---|---|---|
| 1 | Dated:  October 18, 2023 | By: */s/ Christopher S. Marchese* |
| 2 | | Christopher S. Marchese |

Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240
Fax: (858) 678-5099

David M. Barkan (SBN 160825)
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Aaron P. Pirouznia
(admitted *pro hac vice*)
pirouznia@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

Ashley A. Bolt
(admitted *pro hac vice*)
bolt@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, NE, 21nd Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Adam R. Shartzer
(admitted *pro hac vice*)
shartzer@fr.com
Ruffin B. Cordell

3

(admitted *pro hac vice*)
cordell@fr.com
Richard A. Sterba
(admitted *pro hac vice*)
sterba@fr.com
Ralph A. Phillips
(admitted *pro hac vice*)
rphillips@fr.com
Michael J. Ballanco
(admitted *pro hac vice*)
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Attorneys for Counter-Claimant Dish Network California Service Corporation as well as DISH Network Corporation; DISH Network L.L.C.; and Dish Network Service L.L.C.

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Bita Rahebi, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

                                             */s/ Bita Rahebi*
                                             Bita Rahebi

4

STIPULATION TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COUNTERCLAIMS BY NO MORE THAN 30 DAYS
CASE NO. 2:23-CV-1043-JWH-KES