1

2

3

4

5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **SOUTHERN DIVISION**

11

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC TO RESPOND TO DISH NETWORK CALIFORNIA SERVICE CORPORATION'S COUNTERCLAIMS BY NO MORE THAN 30 DAYS** |
| v. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; and DISH NETWORK CALIFORNIA SERVICE CORPORATION | |
| Defendants. | |
| | District Judge: Hon. John W. Holcomb |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION, | Magistrate Judge: Hon. Karen E. Scott |
| Counter-Claimant, | |
| v. | |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; and MAXLINEAR COMMUNICATIONS LLC, | |
| Counter-Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having fully considered the Parties' Stipulation to Extend Time for New Parties MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Dish Network California Service Corporation's Counterclaims by No More than 30 Days (the "Stipulation"), it is hereby ORDERED as follows:

1.     The Stipulation is GRANTED.

2.     MaxLinear, Inc. and MaxLinear Communications LLC's deadline to respond to Dish Network California Service Corporation's Counterclaims is extended from October 26, 2023 to November 22, 2023.

IT IS SO ORDERED.

Dated:  October ___, 2023

_____
Hon. John W. Holcomb
United States District Court Judge