1  David S. Frist (admitted *pro hac vice*)
   david.frist@alston.com
2  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
3  Atlanta, GA  30309
   Telephone: (404) 881-7000
4  Facsimile: (404) 881-7777

5  Yuri Mikulka (SBN 185926)
   yuri.mikulka@alston.com
6  Rachel E. K. Lowe (SBN 246361)
   rachel.lowe@alston.com
7  **ALSTON & BIRD LLP**
   333 S. Hope Street, 16th Floor
8  Los Angeles, California 90071
   Telephone: (213) 576-1000
9  Facsimile: (213) 576-1100

10 Attorneys for Defendants
   DIRECTV, LLC and AT&T Services, Inc.
11
   *(Additional counsel information omitted)*
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC; AT&T, INC.; AT&T SERVICES, INC.; AND AT&T COMMUNICATIONS, LLC<br><br>Defendants. | **Lead Case No. 2:23-cv-01043-JWH-KES**<br><br>Consolidated with Case Nos.:<br>2:23-CV-01047-JWH-KES<br>2:23-CV-01048-JWH-KES<br>2:23-CV-05253-JWH-KES<br><br>**DECLARATION OF DAVID S. FRIST IN SUPPORT OF DIRECTV DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS UNDER 35 U.S.C. § 101**<br><br>Date: November 17, 2023<br>Time: 9:00AM<br>Courtroom: 9D |

I, David S. Frist, hereby declare and state as follows:

1. I am a partner of Alston & Bird LLP, and I represent the Defendants DIRECTV, LLC and AT&T Services, Inc. in this matter. I am submitting this Declaration in connection with Defendants' 12(b)(6) Motion to Dismiss Under 35 U.S.C. § 101. I have personal knowledge of the facts set forth herein and if called upon to do so, could testify competently thereto.

2. Attached as Exhibit 1 hereto is a true and accurate copy of U.S. Patent No. 5,488,632.

3. Attached as Exhibit 2 hereto is a true and accurate copy of U.S. Patent No. 6,091,932.

4. Attached as Exhibit 3 hereto is a true and accurate copy of U.S. Patent No. 6,085,248.

5. Attached as Exhibit 4 hereto is a true and accurate copy of the April 1, 2009 non-final rejection of U.S. Patent Application No. 11/241,748, which ultimately issued as the U.S. Patent No. 8,621,539.

6. Attached as Exhibit 5 hereto is a true and accurate copy of excerpts of the file history of U.S. Patent Application No. 11/292,939, which ultimately issued as U.S. Patent No. 8,085,802.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Executed this 27th day of September 2023 in Atlanta, Georgia.

*/s/ David S. Frist*
David S. Frist