1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

14

15 ENTROPIC COMMUNICATIONS, LLC,

16                    Plaintiff,

17         v.

18 DIRECTV, LLC, *et al.*,

19                    Defendants.

20

21

22

**Lead Case No.:  2:23-cv-01043-JWH-KES**

Consolidated with Case Nos.:
  2:23-CV-01047-JWH-KES
  2:23-CV-01048-JWH-KES
  2:23-CV-05253-JWH-KES

**[PROPOSED] ORDER GRANTING DIRECTV'S RULE 12(b)(6) MOTION TO DISMISS UNDER 35 U.S.C. § 101**

23

24

25

26

27

28

---

[Proposed] Order Granting DIRECTV's Rule 12(b)(6) Motion to Dismiss

1        The Court, having considered Defendants' Rule 12(b)(6) Motion to Dismiss under

2   35 U.S.C. § 101 and the papers and pleadings filed in connection therewith, **GRANTS**

3   the Motion and hereby finds U.S. Patent Nos. 8,363,681, 7,889,759, 7,295,518,

4   8,621,539, 10,257,566, 9,838,213, 8,228,910, 10,432,422, and 8,085,802 invalid under

5   35 U.S.C. § 101 for claiming patent-ineligible subject matter.  Counts I, III, IV, VI, VII,

6   VIII, IX, X, and XII of the Complaint are **DISMISSED with prejudice** under Rule

7   12(b)(6) for failure to state a claim upon which relief may be granted.

8

9   **IT IS SO ORDERED**.

10

11  Dated:_____

                                          _____

                                          Hon. John W. Holcomb

12                                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting DIRECTV's Rule 12(b)(6) Motion to Dismiss