# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>PLAINTIFF(S)<br>v.<br>DISH NETWORK CORPORATION, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:23-cv-01043-JWH-KES<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 10/18/2023 | 134 | Notice of Appearance |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Counsel shall consult the Notice to Filer of Deficiencies ECF 139.

Dated: 10/20/2023

By: /s/ J.E. Hill

U.S. District Judge / U.S. Magistrate Judge