Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION., *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Current Deadline:　　　Oct. 27, 2023<br>Proposed New Deadline:　Nov. 27, 2023 |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　　Defendants. | |

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC. *et al.*, |
| 2 |              Counter-Claimants, |
| 3 | v. |
| 4 | |
| 5 | ENTROPIC COMMUNICATIONS, LLC; *et al.*, |
| 6 |              Counter-Defendants. |
| 7 | |
| 8 | |
| 9 | lfgh |

2
**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

  Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox") (collectively, with Entropic, the "Parties"), by and through their respective counsel, stipulate and enter into this Joint Stipulation to Extend Entropic's Deadline to Respond to Counterclaims:

  WHEREAS, Cox filed its Amended Answer to the Complaint and Counterclaims on October 6, 2023 (Dkt. No. 94);

  WHEREAS, the Counterclaims assert numerous causes of action against Entropic, which Entropic is evaluating;

  WHEREAS, Entropic's current deadline to respond to Cox's Counterclaims is October 27, 2023;

  WHEREAS, Entropic agreed to two 30-day extensions of Cox's deadline to respond to the Complaint (*See* Dkt. Nos. 24–26, 37);

  WHEREAS, Entropic's counsel contacted Cox's counsel inquiring as to whether Cox would agree to a 30-day extension of time for Entropic to respond to the Counterclaims;

  WHEREAS, Cox's counsel agreed to provide the requested extension as a professional courtesy;

  WHEREAS, the Parties have agreed to extend Entropic's deadline to respond to the Counterclaims by 30 days;

  NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

  1. The Parties respectfully request an order from the Court extending Entropic's deadline to respond to Cox's Counterclaims (Dkt. No. 94) from October 27, 2023 to November 27, 2023.

Dated: October 20, 2023    Respectfully Submitted,

            By: */s/ Christina N. Goodrich*

1

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Kenneth Bridges
**Bridges IP Consulting**
2113 19th Avenue S
Nashville, TN 37212
Tel: (615) 973-9478
bridgesip@icloud.com

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

|   |   |   |
|---|---|---|
| 1 |  |  |
| 2 |  | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| 3 |  |  |
| 4 | Dated: October 20, 2023 | By: */s/ April E. Isaacson* |
| 5 |  | April E. Isaacson (SBN 180638) |
| 6 |  | aisaacson@kilpatricktownsend.com Two Embarcadero Center |
| 7 |  | Suite 1900 |
| 8 |  | San Francisco CA 94111 (415) 273 8306 |
| 9 |  |  |
| 10 |  | Rishi Gupta (SBN 313079) rgupta@kilpatricktownsend.com |
| 11 |  | Sarah Y. Kamran (SBN 347617) |
| 12 |  | skamran@kilpatricktownsend.com 1801 Century Park East |
| 13 |  | Suite 2300 |
| 14 |  | Los Angeles CA 90067 (310) 777 3733 |
| 15 |  |  |
| 16 |  | Mitchell G. Stockwell (*pro hac vice*) mstockwell@kilpatricktownsend.com |
| 17 |  | Vaibhav P. Kadaba (*pro hac vice*) |
| 18 |  | wkadaba@kilpatricktownsend.com Michael J. Turton (*pro hac vice*) |
| 19 |  | mturton@kilpatricktownsend.com |
| 20 |  | Courtney S. Dabbiere (pro hac vice) cdabbiere@kilpatricktownsend.com |
| 21 |  | Christopher S. Leah (*pro hac vice*) |
| 22 |  | cleah@kilpatricktownsend.com 1100 Peachtree Street, NE |
| 23 |  | Suite 2800 |
| 24 |  | Atlanta GA 30309 (404) 815 6500 |
| 25 |  |  |
| 26 |  | **ATTORNEYS FOR DEFENDANTS COX COMMUNICATIONS, INC.,** |
| 27 |  | **COXCOM, LLC, AND COX** |
| 28 |  | **COMMUNICATIONS CALIFORNIA, LLC** |

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Christina N. Goodrich