# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　　　Defendants. | |

**[PROPOSED] ORDER**

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., *et al.*, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC, *et al.*, |
| 6 | |
| 7 | Counter-Defendants. |

315468495.1

- 2 -
PLAINTIFF'S EX PARTE APPLICATION TO CONDUCT VENUE DISCOVERY

After full consideration of the Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims, which Stipulation was filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox"), and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's deadline to respond to Cox's Counterclaims (Dkt. No. 94) is continued from October 27, 2023 to November 27, 2023.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                          Honorable John W. Holcomb
                                                                          United States District Judge

**[PROPOSED] ORDER**