Andrew N. Saul
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30309

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Entropic Communications, Inc.,

Plaintiff(s)

v.

Cox Communications, Inc.; CoxCom, LLC, and Cox Communications California, LLC,

Defendant(s).

CASE NUMBER

2:23-cv-01047-JWH-KES

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Saul, Andrew N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30309

asaul@kilpatricktownsend.com

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Cox Communications, Inc., CoxCom, LLC and Cox Communications California, LLC

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gupta, Rishi
*Designee's Name (Last Name, First Name & Middle Initial)*

313079 — *Designee's Cal. Bar No.*
310 248 3830 — *Telephone Number*
310 860 0363 — *Fax Number*

of

Kilpatrick Townsend & Stockton LLP
1801 Century Park East
Suite 2300
Los Angeles CA 90067

rgupta@kilpatricktownsend.com

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge