1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,    §
11         Plaintiff,                §
                                     §
                                     §   Case No. 2:23-cv-01043-JWH-KES
12      v.                           §      LEAD CASE
                                     §   Case No. 2:23-cv-01049-JWH-KES
13 DISH NETWORK CORPORATION,         §      LEAD CASE
   et al.,                           §
14         Defendants.               §
   _____   §   Hon. John W. Holcomb
15                                   §   Special Master David M. Keyzer
   ENTROPIC COMMUNICATIONS, LLC,    §
16         Plaintiff,                §
                                     §   **NOTICE OF**
17      v.                           §   **SPECIAL MASTER ORDER**
                                     §
18 COX COMMUNICATIONS, INC., et al., §
           Defendants.               §
19                                   §

20

---

NOTICE OF SPECIAL MASTER ORDER - 1

1  Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2  Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil
3  Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of
4  consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil
5  Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches
6  hereto the Special Master Order No. SM-4.

Dated:   October 30, 2023          By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master