1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9                       SOUTHERN DIVISION

10                                              §
    ENTROPIC COMMUNICATIONS, LLC,               §
11          Plaintiff,                          §
                                                §
                                                §   Case No. 2:23-cv-01043-JWH-KES
12          v.                                  §     LEAD CASE
                                                §   Case No. 2:23-cv-01049-JWH-KES
13  DISH NETWORK CORPORATION,                   §     LEAD CASE
    et al.,                                     §
14          Defendants.                         §
    _____    §   Hon. John W. Holcomb
15                                              §   Special Master David M. Keyzer
    ENTROPIC COMMUNICATIONS, LLC,               §
16          Plaintiff,                          §
                                                §   **SPECIAL MASTER ORDER**
17          v.                                  §   **No. SM-4**
                                                §
18  COX COMMUNICATIONS, INC., et al.,           §
            Defendants.                         §
19                                              §

20

1    Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

2    Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil

3    Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of

4    consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil

5    Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the discovery dispute resolution

6    procedure agreed upon by the parties and adopted by the special master (Civil Action No.

7    2:23-cv-1043, Dkt. 85-1, Aug. 4, 2023 Special Master Order No. SM-2; Civil Action No.

8    2:23-cv-1049, Dkt. 70-1, Aug. 4, 2023 Special Master Order No. SM-2), and e-mail

9    correspondence between the Special Master and counsel for all involved parties on at

10   least October 12, 18, and 19, 2023, the Special Master hereby:

11   **SETS** a discovery hearing for **November 3, 2023, at 12:30 P.M. Pacific Time**, by

12   videoconference, regarding the disputes set forth in the letter briefing submitted to the

13   Special Master on October 11, 18, and 27, 2023.

14   Counsel presenting oral arguments shall appear by video.  Other counsel and other

15   attendees (such as client representatives) that do not present oral arguments may attend

16   either with or without video.  Attendees shall mute their microphones when they are not

17   presenting oral arguments or are not otherwise actively participating at a particular time.

18   The parties shall confer and select a Reporter, and the cost of reporting and of

19   ordering transcripts shall be apportioned equally between Plaintiff(s) (one half) and

20

1  Defendant(s) (one half).  The parties shall provide the Reporter's contact information to

2  the Special Master **no later than 3:00 P.M. Pacific Time the day before the hearing**.

3        The parties shall provide the Special Master and the Reporter with a list of

4  expected participants **no later than 3:00 P.M. Pacific Time the day before the hearing**.

5  This list shall be submitted by e-mail and shall indicate each name together with e-mail

6  address and status as counsel, client representative, or other relevant affiliation.

7        Each party shall provide all other parties, the Reporter, and the Special Master with

8  an electronic copy of any demonstrative presentation slides that the party intends to use

9  during the hearing **no later than 3:00 P.M. Pacific Time the day before the hearing**.

10  Such demonstrative presentation slides that are not designated as confidential shall also

11  be filed in PDF form on the Court's docket as an attachment to a Notice (slides

12  designated as confidential shall be provided only by e-mail to all other parties, the

13  Reporter, and the Special Master).  The parties should not attempt any video screen

14  sharing or other presentation of demonstratives during the hearing but rather should refer

15  to the electronic copies that have been distributed by the parties prior to the hearing.

16        Use of a headset, earbuds, or a combination of a microphone and headphones

17  (rather than using any external speakers) is strongly encouraged so as to minimize

18  feedback, room echoes, and other audio interruptions that might otherwise be a

19  significant impediment to the Special Master in conducting the hearing, to opposing

20  counsel in responding to arguments, and to the Reporter in producing a clear record.

1    Zoom information for this hearing is as follows:

2        Zoom Webinar ID:  853 8196 7610

3        Password:  22301043

4    IT IS SO ORDERED.

5

6

7  Dated: _October 30, 2023_          By: _____

                                          David M. Keyzer
8                                         Special Master

9

10

11

12

13

14

15

16

17

18

19

20