BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone:  213.892.5200
Facsimile:   213.892.5454

STELLA MAO (CA SBN 335136)
SMao@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road,
Palo Alto, California  94304-1018
Telephone:  650.813.5600
Facsimile:   650.494.0792

Attorneys for Defendants MAXLINEAR
COMMUNICATIONS LLC and
MAXLINEAR, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>       Plaintiff,<br><br>     v.<br><br>DISH NETWORK CORPORATION, *et al*.,<br><br>       Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR COMMUNICATIONS LLC AND MAXLINEAR, INC. TO RESPOND TO COX ENTITIES' COUNTERCLAIMS BY NO MORE THAN 30 DAYS; [PROPOSED] ORDER**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Counterclaims served:  October 20, 2023<br>Current response date:  November 13, 2023<br>New response date:  December 8, 2023 |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>       Plaintiff,<br><br>     v.<br><br>COX COMMUNICATIONS, INC., *et al.,*<br><br>       Defendants. | |

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., *et al.*, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | |
| 6 | ENTROPIC COMMUNICATIONS, LLC, *et al.*, |
| 7 | Counter-Defendants. |

Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") and Counter-Claimants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC, (collectively, "Cox") (collectively, with MaxLinear, the "Parties"), by and through their respective counsel, stipulate and enter into this Joint Stipulation to Extend Time for MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Cox's Counterclaims by No More than 30 Days:

WHEREAS, Cox filed its Answer to the Complaint and Counterclaims on October 16, 2023 (ECF No. 94), adding MaxLinear, Inc. and MaxLinear Communications LLC as counterclaim defendants to the litigation, and served the same on MaxLinear on October 20, 2023;

WHEREAS, MaxLinear's current deadline to respond to Cox's Counterclaims is November 13, 2023;

WHEREAS, MaxLinear's counsel requested an extension and Cox agreed to the requested extension until December 8, 2023 for MaxLinear to respond;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

The Parties respectfully request an order from the Court extending MaxLinear's deadline to answer or otherwise respond to Cox's Counterclaims (ECF No. 94) from November 13, 2023 to December 8, 2023.

| | | |
|---|---|---|
| 1 | Dated:   October 30, 2023 | By: */s/ Rose S. Lee* |
| 2 | | ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com |
| 3 | | BITA RAHEBI (CA SBN 209351)<br>BRahebi@mofo.com |
| 4 | | **MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard, Suite 6000 |
| 5 | | Los Angeles, California  90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454 |
| 6 | | |
| 7 | | STELLA MAO (CA SBN 335136)<br>SMao@mofo.com |
| 8 | | **MORRISON & FOERSTER LLP**<br>755 Page Mill Road, |
| 9 | | Palo Alto, California  94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792 |
| 10 | | |
| 11 | | Attorneys for Defendants MAXLINEAR COMMUNICATIONS LLC and MAXLINEAR, INC. |
| 12 | | |
| 13 | | |
| 14 | Dated:   October 30, 2023 | By: */s/ April Elizabeth Isaacson* |
| | | April Elizabeth Isaacson |
| 15 | | aisaacson@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND & STOCKTON LLP** |
| 16 | | Two Embarcadero Center, Suite 1900 |
| 17 | | San Francisco CA 94111<br>(415) 273 8306 |
| 18 | | Rishi Gupta (SBN 313079) |
| 19 | | rgupta@kilpatricktownsend.com<br>Sarah Y Kamran |
| 20 | | skamran@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND & STOCKTON LLP** |
| 21 | | 1801 Century Park East, Suite 2300 |
| 22 | | Los Angeles CA 90067<br>(310) 248-3830 |
| 23 | | Mitchell G. Stockwell (pro hac vice) |
| 24 | | mstockwell@kilpatricktownsend.com<br>Christopher S. Leah (pro hac vice) |
| 25 | | cleah@kilpatricktownsend.com<br>Courtney S. Dabbiere |
| 26 | | cdabbiere@kilpatricktownsend.com<br>Michael J. Turton (pro hac vice) |
| 27 | | mturton@kilpatricktownsend.com<br>Vaibhav P. Kadaba (pro hac vice) |
| 28 | | wkadaba@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND &** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Tel: (404)-815-6214
Fax: (404)-541-3403

Attorneys for Defendants and Counter-Claimants COX COMMUNICATIONS, INC., COXCOM, LLC AND COX COMMUNICATIONS CALIFORNIA, LLC

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Rose S. Lee, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

*/s/ Rose S. Lee*
Rose S. Lee
