1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   ENTROPIC COMMUNICATIONS,            Case No. 2:23-cv-1043-JWH-KES
     LLC,                                (Lead Case)
12
                                         Case No. 2:23-cv-01047-JWH-KES
13              Plaintiff,               (Related Case)

14        v.                             **[PROPOSED] ORDER GRANTING
                                         STIPULATION TO EXTEND TIME
15   DISH NETWORK CORPORATION, *et*      FOR NEW PARTIES MAXLINEAR
     *al.*,                              COMMUNICATIONS LLC AND
16                                       MAXLINEAR, INC. TO RESPOND
                Defendants.              TO COX ENTITIES'
17                                       COUNTERCLAIMS BY NO MORE
     ─────────────────────────────      THAN 30 DAYS**
18   ENTROPIC COMMUNICATIONS,
     LLC,                                District Judge: Hon. John W. Holcomb
19                                       Magistrate Judge: Hon. Karen E. Scott
                Plaintiff,
20                                       Counterclaims served:  October 20,
          v.                             2023
21                                       Current response date:  November 13,
     COX COMMUNICATIONS, INC., *et*      2023
22   *al.,*                              New response date:  December 8, 2023

23              Defendants.

24   ─────────────────────────────
     COX COMMUNICATIONS, INC., *et*
25   *al.*,

26              Counter-Claimants,

27

28

─────────────────────────────────────────────────────

1
2          v.
3    ENTROPIC COMMUNICATIONS,
     LLC, *et al.*,
4
               Counter-Defendants.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIP TO EXTEND TIME TO RESPOND TO COX'S COUNTERCLAIMS

sf-5660173

Having fully considered the Parties' Stipulation to Extend Time for New Parties MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's (collectively, "Cox") Counterclaims By No More than 30 Days (the "Stipulation"), it is hereby ORDERED as follows:

1.    The Stipulation is GRANTED.

2.    MaxLinear, Inc. and MaxLinear Communications LLC's deadline to respond to Cox's Counterclaims is extended from November 13, 2023 to December 8, 2023.

IT IS SO ORDERED.


Dated:  _____


_____
Hon. John W. Holcomb
United States District Court Judge

[PROPOSED] ORDER GRANTING STIP TO EXTEND TIME TO RESPOND TO COX'S COUNTERCLAIMS
sf-5660173