1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>DIRECTV, LLC, *et al.*,<br><br>            Defendants. | **Lead Case No.: 2:23-cv-01043-JWH-KES**<br><br>Consolidated with Case Nos.:<br> 2:23-CV-01047-JWH-KES<br> 2:23-CV-01048-JWH-KES<br> 2:23-CV-05253-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DIRECTV'S RULE 12(b)(6) MOTION TO DISMISS UNDER 35 U.S.C. § 101** |

1   The Court, having considered Defendants' Rule 12(b)(6) Motion to Dismiss under 35 U.S.C. § 101 and the papers and pleadings filed in connection therewith, **GRANTS** the Motion and hereby finds U.S. Patent Nos. 8,363,681, 7,889,759, 7,295,518, 8,621,539, 10,257,566, 9,838,213, 8,228,910, 10,432,422, and 8,085,802 invalid under 35 U.S.C. § 101 for claiming patent-ineligible subject matter. Counts I, III, IV, VI, VII, VIII, IX, X, and XII of the Complaint are **DISMISSED with prejudice** under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED**.

Dated:_____

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE