Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIRECTV, LLC, *et al.*,<br><br>　　　　Defendants. | **Lead Case No. 2:23-cv-01043-JWH-KES**<br><br>Consolidated with Case Nos.:<br>2:23-CV-01047-JWH-KES<br>2:23-CV-01048-JWH-KES<br>2:23-CV-05253-JWH-KES<br><br>Assigned to Hon. John W. Holcomb<br><br>**STIPULATION REQUESTING SCHEDULING CONFERENCE BE CONTINUED TO DECEMBER 15, 2023; [PROPOSED] ORDER** |

1  Plaintiff Entropic Communications, LLC ("Entropic"), on the one hand, and Defendants DIRECTV, LLC; AT&T Services, Inc. ("DIRECTV"), on the other hand (collectively, the "Parties"), hereby submit the following Stipulation and Proposed Order continuing the scheduling conference currently set for November 17, 2023 to December 15, 2023 with reference to the following facts:

WHEREAS, before this case was consolidated, the Court set a scheduling conference in this matter for November 17, 2023 (ECF No. 48 in pre-consolidated Case No. 2:23-CV-05253), which was the same date as the hearing on DIRECTV's previously pending motion to dismiss;

WHEREAS, thereafter Entropic filed its First Amended Complaint and DIRECTV moved to dismiss the First Amended Complaint, with a hearing date of December 15, 2023 (ECF No. 160);

WHEREAS, to the extent the scheduling conference remains on the Court's calendar for November 17 following the recent consolidation and administrative closure of Case No. 2:23-CV-05253, the Parties request that the hearing and scheduling conference both be set for December 15 to be most efficient for the Court and the parties;

NOW, THEREFORE, based on the foregoing facts, the Parties hereby stipulate and respectfully request that the Court enter an Order continuing the scheduling conference to **December 15, 2023 at 9:00 a.m.**, the same date and time as the hearing on the motion to dismiss.

Dated: November 3, 2023         Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
**K&L GATES LLP**

1
**STIPULATION REQUESTING SCHEDULING CONFERENCE BE CONTINUED TO DECEMBER 15**

|   |   |
|---|---|
| 1 | 10100 Santa Monica Blvd., 8th Fl. |
| 2 | Los Angeles, CA 90067 |
|   | Tel.: (310) 552-5000 |
| 3 | Fax: (310) 552-5001 |

**ATTORNEYS FOR PLAINTIFF**
**ENTROPIC COMMUNICATIONS, LLC**

Dated: November 3, 2023          Respectfully Submitted,

By: */s/ David S. Frist*

David S. Frist (admitted pro hac vice)
david.frist@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Yuri Mikulka (SBN 185926)
yuri.milkulka@alston.com
Rachel Lowe (SBN 246361)
rachel.lowe@alston.com
**ALSTON & BIRD**
333 South Hope Street
16th Floor
Los Angeles, CA 90071-3004
Tel.: 1 213 576 1000
Fax: 1 213 576 1100

**ATTORNEYS FOR DEFENDANTS AT&T SERVICES, INC. AND DIRECTV, LLC**

2

**STIPULATION REQUESTING SCHEDULING CONFERENCE BE CONTINUED TO DECEMBER 15**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Christina N. Goodrich