# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br>DIRECTV, LLC, *et al.*,<br>　　　　　Defendants. | **Lead Case No. 2:23-cv-01043-JWH-KES**<br><br>Consolidated with Case Nos.:<br>　2:23-CV-01047-JWH-KES<br>　2:23-CV-01048-JWH-KES<br>　2:23-CV-05253-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING SCHEDULING CONFERENCE BE CONTINUED TO DECEMBER 15, 2023** |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUEST TO CONTINUE SCHEDULING CONFERENCE**

The Court, having considered the Parties' Joint Stipulation Requesting the Status Conference Be Continued **GRANTS** the Parties' request and so orders that the Scheduling Conference be continued from November 17, 2023 to December 15, 2023 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:_____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUEST TO CONTINUE SCHEDULING CONFERENCE**