| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com |
|   | Cassidy T. Young (SBN 342891) |
| 3 | cassidy.young@klgates.com |
|   | K&L GATES LLP |
| 4 | 10100 Santa Monica Boulevard |
|   | Eighth Floor |
| 5 | Los Angeles, CA 90067 |
|   | Telephone: +1 310 552 5000 |
| 6 | Facsimile: +1 310 552 5001 |
| 7 | *Attorneys for Plaintiff* |
|   | *Entropic Communications, LLC* |
| 8 | |
| 9 | **[Additional attorneys listed on signature page]** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
|  | **STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS; [PROPOSED] ORDER** |
| Plaintiff, | |
| v. | |
| DISH NETWORK CORPORATION; *et al.*, | District Judge: Hon. John W. Holcomb |
|  | Magistrate Judge: Hon. Karen E. Scott |
| Defendants. | Current Deadline:         Nov. 13, 2023 |
|  | Proposed New Deadline:   Nov. 22, 2023 |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| Counter-Claimant, | |
| v. | |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | |
| Counter-Defendants. | |

lfgh

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation (collectively, "Defendants") (collectively, with Entropic, the "Parties"), by and through their respective counsel, stipulate and enter into this Joint Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims:

WHEREAS, Dish Network California Service Corporation ("Dish California") filed its Answer to the Complaint and Counterclaims on September 21, 2023 (Dkt. No. 111) and served the same on Entropic (Dkt. No. 117);

WHEREAS, the Counterclaims assert numerous causes of action against Entropic, which Entropic is evaluating;

WHEREAS, Entropic's current deadline to respond to Dish California's Counterclaims is November 13, 2023 (Dkt. No. 154);

WHEREAS, Entropic agreed to two 30-day extensions of Defendants' deadline to respond to the Complaint (*See* Dkt. Nos. 21, 33);

WHEREAS, Defendants agreed to extend the deadline for MaxLinear Communications LLC and MaxLinear, Inc. (collectively, "MaxLinear") to respond to the Counterclaims;

WHEREAS, MaxLinear's deadline to respond to the Counterclaims is now November 22, 2023 (Dkt. No. 137);

WHEREAS, Entropic's counsel contacted Dish California's counsel inquiring as to whether Dish California would agree to extend Entropic's response deadline to align with MaxLinear's response deadline;

WHEREAS, Dish California's counsel agreed to provide the requested extension provided Entropic agrees to a hearing date for any motion to dismiss of no earlier than January 5, 2024;

1     WHEREAS, the Parties have agreed to extend Entropic's deadline to respond to the Counterclaims to November 22, 2023 and to a hearing date of no earlier than January 5, 2024 for any motion to dismiss;

    NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1.     The Parties respectfully request an order from the Court extending Entropic's deadline to respond to Dish California's Counterclaims (Dkt. No. 111) from November 13, 2023 to November 22, 2023.

2.     The hearing date for any motion to dismiss by Entropic will be set for no earlier than January 5, 2024.

Dated: November 8, 2023                    Respectfully Submitted,

By:   */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300

2
**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

| | |
|---|---|
| 1 | Chicago, IL 60602 |
| 2 | Tel.: (312) 372-1121 |
|   | Fax: (312) 827-8000 |
| 3 | jim.shimota@klgates.com |
| 4 | |
|   | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 5 | **K&L GATES LLP** |
| 6 | 2801 Via Fortuna, Suite #650 |
|   | Austin, TX 78746 |
| 7 | Tel.: (512) 482-6919 |
| 8 | Fax: (512) 482-6859 |
|   | darlene.ghavimi@klgates.com |
| 9 | |
| 10 | Kenneth Bridges |
|    | **Bridges IP Consulting** |
| 11 | 2113 19th Avenue S |
| 12 | Nashville, TN 37212 |
|    | Tel: (615) 973-9478 |
| 13 | bridgesip@icloud.com |
| 14 | |
|    | **ATTORNEYS FOR PLAINTIFF** |
| 15 | **ENTROPIC COMMUNICATIONS, LLC** |
| 16 | |
| 17 | Dated: November 8, 2023    By: */s/ Christopher S. Marchese* |
| 18 | Christopher S. Marchese (SBN 170239) |
|    | marchese@fr.com |
| 19 | **FISH & RICHARDSON P.C.** |
| 20 | 633 West Fifth Street, 26th Floor |
|    | Los Angeles, CA 90071 |
| 21 | Tel: (213) 533-4240 |
| 22 | Fax: (858) 678-5099 |
| 23 | |
|    | David M. Barkan (SBN 160825) |
| 24 | barkan@fr.com |
|    | **FISH & RICHARDSON P.C.** |
| 25 | 500 Arguello Street, Suite 400 |
| 26 | Redwood City, CA 94063 |
|    | Tel: (650) 839-5070 |
| 27 | Fax: (650) 839-5071 |
| 28 | |

3
**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

Aaron P. Pirouznia (admitted *pro hac vice*)
pirouznia@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

Ashley A. Bolt
(admitted *pro hac vice*)
bolt@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, NE, 21nd Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Adam R. Shartzer (admitted *pro hac vice*)
shartzer@fr.com
Ruffin B. Cordell (admitted *pro hac vice*)
cordell@fr.com
Richard A. Sterba (admitted *pro hac vice*)
sterba@fr.com
Ralph A. Phillips (admitted *pro hac vice*)
rphillips@fr.com
Michael J. Ballanco (admitted *pro hac vice*)
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

# SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

                                      */s/ Christina N. Goodrich*