Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION; *et al.*, <br><br> Defendants. | Case No. 2:23-cv-1043-JWH-KES <br><br> **CORRECTED STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS; [PROPOSED] ORDER** <br><br> District Judge: Hon. John W. Holcomb <br> Magistrate Judge: Hon. Karen E. Scott <br><br> Current Deadline:          Nov. 13, 2023 <br> Proposed New Deadline:   Nov. 22, 2023 |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION, <br><br> Counter-Claimant, <br><br> v. <br><br> ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, <br><br> Counter-Defendants. <br> 1fgh | |

1  Plaintiff Entropic Communications, LLC ("Entropic") and Defendant Dish
2  Network California Service Corporation ("Dish California") (collectively, with
3  Entropic, the "Parties"), by and through their respective counsel, stipulate and enter into
4  this Joint Stipulation to Extend Entropic Communications, LLC's Deadline to Respond
5  to Counterclaims:

6  WHEREAS, Dish California filed its Answer to the Complaint and
7  Counterclaims on September 21, 2023 (Dkt. No. 111) and served the same on Entropic
8  (Dkt. No. 117);

9  WHEREAS, the Counterclaims assert numerous causes of action against
10  Entropic, which Entropic is evaluating;

11  WHEREAS, Entropic's current deadline to respond to Dish California's
12  Counterclaims is November 13, 2023 (Dkt. No. 154);

13  WHEREAS, Entropic agreed to two 30-day extensions of Dish California's
14  deadline to respond to the Complaint (*See* Dkt. Nos. 21, 33);

15  WHEREAS, Dish California agreed to extend the deadline for MaxLinear
16  Communications LLC and MaxLinear, Inc. (collectively, "MaxLinear") to respond to
17  the Counterclaims;

18  WHEREAS, MaxLinear's deadline to respond to the Counterclaims is now
19  November 22, 2023 (Dkt. No. 137);

20  WHEREAS, Entropic's counsel contacted Dish California's counsel inquiring as
21  to whether Dish California would agree to extend Entropic's response deadline to align
22  with MaxLinear's response deadline;

23  WHEREAS, Dish California's counsel agreed to provide the requested extension
24  provided Entropic agrees to a hearing date for any motion to dismiss of no earlier than
25  January 5, 2024;

26
27
28

1

**CORRECTED STIPULATION TO EXTEND ENTROPIC
COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO
COUNTERCLAIMS**

WHEREAS, the Parties have agreed to extend Entropic's deadline to respond to the Counterclaims to November 22, 2023 and to a hearing date of no earlier than January 5, 2024 for any motion to dismiss;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The Parties respectfully request an order from the Court extending Entropic's deadline to respond to Dish California's Counterclaims (Dkt. No. 111) from November 13, 2023 to November 22, 2023.

2. With such extension, any motion to dismiss by Entropic will be noticed for a date no earlier than January 5, 2024.

Dated: November 8, 2023                    Respectfully Submitted,

                                  By:  */s/ Christina N. Goodrich*
                                  Christina N. Goodrich (SBN 261722)
                                  Cassidy T. Young (SBN 342891)
                                  **K&L GATES LLP**
                                  10100 Santa Monica Blvd., 8th Fl.
                                  Los Angeles, CA 90067
                                  Tel.: (310) 552-5547
                                  Fax: (310) 552-5001
                                  christina.goodrich@klgates.com
                                  cassidy.young@klgates.com

                                  Peter Soskin (SBN 280347)
                                  **K&L GATES LLP**
                                  4 Embarcadero Center, Suite 1200
                                  San Francisco, CA 94111
                                  Tel.: (415) 882-8200
                                  Fax: (415) 882-8220
                                  peter.soskin@klgates.com

                                  James Shimota (admitted *pro hac vice*)
                                  George Summerfield (admitted *pro hac vice*)
                                  **K&L GATES LLP**
                                  70 W. Madison Street, Suite 3300

2

**CORRECTED STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**

Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jimashimota@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Kenneth Bridges
**Bridges IP Consulting**
2113 19th Avenue S
Nashville, TN 37212
Tel: (615) 973-9478
bridgesip@cloud.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

Dated: November 8, 2023         By:  */s/ Christopher S. Marchese*
Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240
Fax: (858) 678-5099

David M. Barkan (SBN 160825)
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

3

**CORRECTED STIPULATION TO EXTEND ENTROPIC
COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO
COUNTERCLAIMS**

Aaron P. Pirouznia (admitted *pro hac vice*)
pirouznia@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

Ashley A. Bolt
(admitted *pro hac vice*)
bolt@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, NE, 21nd Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Adam R. Shartzer (admitted *pro hac vice*)
shartzer@fr.com
Ruffin B Cordell (admitted *pro hac vice*)
cordell@fr.com
Richard A Sterba (admitted *pro hac vice*)
sterba@fr.com
Ralph A Phillips (admitted *pro hac vice*)
rphillips@fr.com
Michael J. Ballanco (admitted *pro hac vice*)
ballanco@fr.com
Taylor C Burgener (SBN 348769)
burgener@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

**CORRECTED STIPULATION TO EXTEND ENTROPIC
COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO
COUNTERCLAIMS**

1

2
## SIGNATURE CERTIFICATION

3      Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N Goodrich, attest that all

4  other signatories listed above concur in this filing's content and have authorized the

5  filing.

6                              */s/ Christina N. Goodrich*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CORRECTED STIPULATION TO EXTEND ENTROPIC
COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO
COUNTERCLAIMS**