# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Counter-Claimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | |

**[PROPOSED] ORDER**

After full consideration of the Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims, filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendant Dish Network California Service Corporation ("Dish California"), and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's deadline to respond to Dish California's Counterclaims (Dkt. No. 111) is continued from November 13, 2023 to November 22, 2023.
2. With such extension, any motion to dismiss by Entropic will be noticed for a date no earlier than January 5, 2024.

**IT IS SO ORDERED.**

Dated: _____ _____

Honorable John W. Holcomb
United States District Judge

**[PROPOSED] ORDER**