1 | DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
2 | LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
3 | El Dorado Hills, CA 95762
Telephone: (916) 243-5259
4 | Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

ENTROPIC COMMUNICATIONS, LLC,
         Plaintiff,

     v.

DISH NETWORK CORPORATION, et al.,
         Defendants.
_____

ENTROPIC COMMUNICATIONS, LLC,
         Plaintiff,

     v.

COX COMMUNICATIONS, INC., et al.,
         Defendants.

§
§
§
§
§   Case No. 2:23-cv-01043-JWH-KES
§      LEAD CASE
§   Case No. 2:23-cv-01049-JWH-KES
§      LEAD CASE
§
§
§
§   Hon. John W. Holcomb
§   Special Master David M. Keyzer
§
§   **NOTICE OF**
§   **SPECIAL MASTER ORDER**
§
§
§
§

NOTICE OF SPECIAL MASTER ORDER - 1

1  Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2  Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil
3  Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of
4  consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil
5  Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches
6  hereto the Special Master Order No. SM-5 that the Special Master signed and served on
7  the relevant parties on November 14, 2023 (the relevant parties confirmed in e-mail
8  correspondence with the Special Master on November 16, 2023, that no redactions are
9  necessary).

12  Dated:   November 16, 2023        By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master