Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant
Dish Network California Service Corporation

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; and DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Lead Case No. 2:23-cv-1043-JWH-KES<br><br>**STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC TO RESPOND TO DISH CALIFORNIA'S COUNTERCLAIMS; [PROPOSED] ORDER** |

| | |
|---|---|
| DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　　Counter-Claimant,<br><br>　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>　　　　　Counter-Defendants. | District Judge: Hon. John W. Holcomb<br><br>Magistrate Judge: Hon. Karen E. Scott<br><br>Counterclaims served: Oct. 5, 2023<br>Current response date: Nov. 22, 2023<br>New response date: Dec. 22, 2023 |

Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") and Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation (collectively, "Defendants") (collectively, with MaxLinear, the "Parties"), by and through their respective counsel, stipulate and enter into this Joint Stipulation to Extend Time for MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Dish Network California Service Corporation's Counterclaims:

WHEREAS, Dish Network California Service Corporation ("Dish California") filed its Answer to the Complaint and Counterclaims on September 21, 2023 (Dkt. No. 111), adding the two MaxLinear entities as counterclaim defendants to the litigation, and served the same on MaxLinear on October 5, 2023 (Dkt. Nos. 125, 126);

WHEREAS, MaxLinear's original deadline to respond to Dish California's Counterclaims was October 26, 2023;

WHEREAS, MaxLinear's counsel requested an extension to MaxLinear's deadline to respond to Dish California's Counterclaims until November 22, 2023, and Dish California agreed.

WHEREAS, the Court entered an order extending MaxLinear's deadline to November 22, 2023;

WHEREAS, Dish California offered to extend MaxLinear's deadline to

1

STIPULATION TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COUNTERCLAIMS BY NO MORE THAN 30 DAYS
CASE NO. 2:23-CV-1043-JWH-KES

respond to Dish California's Counterclaims until December 22, 2023 following the Parties' Local Rule 7-3 meet-and-confer regarding MaxLinear's forthcoming motion to dismiss in response to Dish California's Counterclaims;

WHEREAS, Dish California's counsel offered to provide the further extension provided MaxLinear agrees to a hearing date for any motion to dismiss of no earlier than February 2, 2024;

WHEREAS, the Parties have agreed to extend MaxLinear's deadline to respond to the Counterclaims to December 22, 2023 and to a hearing date of no earlier than February 2, 2024 for any motion to dismiss;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The Parties respectfully request an order from the Court extending MaxLinear's deadline to respond to Dish California's Counterclaims (Dkt. No. 111) from November 22, 2023 to December 22, 2023.

2. The hearing date for any motion dismiss the Counterclaims by MaxLinear will be set for no earlier than February 2, 2024.

2

STIPULATION TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COUNTERCLAIMS BY NO MORE THAN 30 DAYS
CASE NO. 2:23-CV-1043-JWH-KES

| | | |
|---|---|---|
| 1 | Dated: November 22, 2023 | By: /s/ *Christopher S. Marchese* |
| 2 | | Christopher S. Marchese (SBN 170239) |
| | | marchese@fr.com |
| 3 | | **FISH & RICHARDSON P.C.** |
| 4 | | 633 West Fifth Street, 26th Floor |
| | | Los Angeles, CA 90071 |
| 5 | | Tel: (213) 533-4240 |
| 6 | | Fax: (858) 678-5099 |
| 7 | | |
| | | David M. Barkan (SBN 160825) |
| 8 | | barkan@fr.com |
| | | **FISH & RICHARDSON P.C.** |
| 9 | | 500 Arguello Street, Suite 400 |
| 10 | | Redwood City, CA 94063 |
| | | Tel: (650) 839-5070 |
| 11 | | Fax: (650) 839-5071 |
| 12 | | |
| 13 | | Aaron P. Pirouznia |
| | | (admitted *pro hac vice*) |
| 14 | | pirouznia@fr.com |
| | | **FISH & RICHARDSON P.C.** |
| 15 | | 1717 Main Street, Suite 5000 |
| 16 | | Dallas, TX 75201 |
| | | Tel: (214) 292-4073 |
| 17 | | Fax: (214) 747-2091 |
| 18 | | Ashley A. Bolt |
| | | (admitted *pro hac vice*) |
| 19 | | bolt@fr.com |
| 20 | | **FISH & RICHARDSON P.C.** |
| | | 1180 Peachtree Street, NE, 21nd Floor |
| 21 | | Atlanta, GA 30309 |
| 22 | | Tel: (404) 892-5005 |
| | | Fax: (404) 892-5002 |
| 23 | | |
| 24 | | Adam R. Shartzer |
| | | (admitted *pro hac vice*) |
| 25 | | shartzer@fr.com |
| 26 | | Ruffin B. Cordell |
| | | (admitted *pro hac vice*) |
| 27 | | cordell@fr.com |
| 28 | | |

3

STIPULATION TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COUNTERCLAIMS BY NO MORE THAN 30 DAYS
CASE NO. 2:23-cv-1043-JWH-KES

Richard A. Sterba
(admitted *pro hac vice*)
sterba@fr.com
Ralph A. Phillips
(admitted *pro hac vice*)
rphillips@fr.com
Michael J. Ballanco
(admitted *pro hac vice*)
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Attorneys for Counter-claimant Dish Network California Service Corporation and Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C.

4

STIPULATION TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COUNTERCLAIMS BY NO MORE THAN 30 DAYS
CASE NO. 2:23-CV-1043-JWH-KES

| | | |
|---|---|---|
| 1 | Dated: November 22, 2023 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ *Rose Lee* |
| 4 | | Rose Lee |

BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

STELLA MAO (CA SBN 335136)
SMao@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Counter-Defendants
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS, LLC

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christopher Marchese, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ *Christopher S. Marchese*
Christopher S. Marchese

5