# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; and DISH NETWORK CALIFORNIA SERVICE CORPORATION <br><br> Defendants. | Case No. 2:23-cv-1043-JWH-KES <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC TO RESPOND TO DISH CALIFIORNIA'S COUNTERCLAIMS** <br><br> District Judge: Hon. John W. Holcomb <br><br> Magistrate Judge: Hon. Karen E. Scott |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION, <br><br> Counter-Claimant, <br><br> v. <br><br> ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; and MAXLINEAR COMMUNICATIONS LLC, <br><br> Counter-Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COUNTERCLAIMS BY NO MORE THAN 30 DAYS
CASE NO. 2:23-CV-1043-JWH-KES

Having fully considered the Parties' Stipulation to Extend Time for New Parties MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Dish California's Counterclaims (the "Stipulation"), it is hereby ORDERED as follows:

1. The Stipulation is GRANTED.

2. MaxLinear, Inc. and MaxLinear Communications LLC's deadline to respond to Dish Network California Service Corporation's Counterclaims is extended from November 22, 2023 to December 22, 2023.

3. The hearing date for any motion dismiss Dish California's Counterclaims by MaxLinear will be set for no earlier than February 2, 2024.

IT IS SO ORDERED.

Dated: _____, 2023

_____
Hon. John W. Holcomb
United States District Court Judge

2