Theodore Stevenson, III
Alston & Bird LLP
2200 Ross Avenue
Suite 2300
Dallas, TX 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | CASE NUMBER |
|---|---|
| v. Plaintiff(s) | Lead Case No. 2:23-cv-01043-JWH-KES, Consol. with Nos. 2:23-cv-01047-JWH-KES, 2:23-cv-01048-JWH-KES, 2:23-cv-05253-JWH-KES |
| DIRECTV, LLC; AT&T, INC.; AT&T SERVICES, INC.; AND AT&T COMMUNICATIONS, LLC<br><br>Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Stevenson, Theodore
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 922-3507        (214) 922-3899
*Telephone Number*     *Fax Number*

ted.stevenson@alston.com
*E-Mail Address*

of   Alston & Bird LLP
     2200 Ross Avenue
     Suite 2300
     Dallas, TX 75201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DIRECTV, LLC and AT&T Services, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Mikulka, Yuri
*Designee's Name (Last Name, First Name & Middle Initial)*

185926              (213) 576-1026        (213) 576-1100
*Designee's Cal. Bar No.*   *Telephone Number*      *Fax Number*

Yuri.Mikulka@alston.com
*E-Mail Address*

of   Alston & Bird LLP
     333 South Hope Street
     16th Floor
     Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**