1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Cassidy T. Young (SBN 342891)
   cassidy.young@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA 90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Current Deadline:         Nov. 22, 2023<br>Proposed New Deadline: Dec. 22, 2023 |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Counter-Claimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | |

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**

Plaintiff Entropic Communications, LLC ("Entropic") and Defendant Dish Network California Service Corporation ("Dish California") (collectively, with Entropic, the "Parties"), by and through their respective counsel, stipulate and enter into this Joint Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims:

WHEREAS, Dish California filed its Answer to the Complaint and Counterclaims on September 21, 2023 (Dkt. No. 111) and served the same on Entropic (Dkt. No. 117);

WHEREAS, the Counterclaims assert numerous causes of action against Entropic, which Entropic is evaluating;

WHEREAS, Entropic's current deadline to respond to Dish California's Counterclaims is November 22, 2023 (Dkt. No. 171);

WHEREAS, Dish California agreed to extend the deadline for MaxLinear Communications LLC and MaxLinear, Inc. (collectively, "MaxLinear") to respond to the Counterclaims;

WHEREAS, the motion to dismiss for improper venue (the "Venue Motion") filed by Defendants DISH Network Corporation, DISH Network L.L.C., and Dish Network Service L.L.C. (Dkt. No. 49) remains pending;

WHEREAS, the Parties have met and conferred and agree that it would be more efficient for the Parties to brief the issues related to Dish California's counterclaims after the Venue Motion has been ruled on;

WHEREAS, the parties have met and conferred and agree to extend Entropic's response deadline by 30 days;

WHEREAS, Dish California's counsel agreed to the 30-day extension provided Entropic agrees to a hearing date for any motion to dismiss of no earlier than February 2, 2024;

WHEREAS, Entropic's counsel agreed to the 30-day extension provided that Dish California agrees that the extension will not affect the *Markman* schedule and that

1

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

Dish California will not withhold any documents responsive to Entropic's discovery requests on the basis that such documents are in the possession of DISH Network Corporation, DISH Network L.L.C., or Dish Network Service L.L.C.;

WHEREAS, the Parties have agreed to extend Entropic's deadline to respond to the Counterclaims to December 22, 2023 and to a hearing date of no earlier than February 2, 2024 for any motion to dismiss;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The Parties respectfully request an order from the Court extending Entropic's deadline to respond to Dish California's Counterclaims (Dkt. No. 111) from November 22, 2023 to December 22, 2023.

2. With such extension, any hearing on a motion to dismiss by Entropic will be noticed for a date no earlier than February 2, 2023.

3. This extension shall not affect the *Markman* schedule.

4. Dish California shall not withhold any documents responsive to Entropic's discovery requests on the basis that such documents are in the possession of DISH Network Corporation, DISH Network L.L.C., or Dish Network Service L.L.C.

Dated: November 22, 2023            Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Kenneth Bridges
**Bridges IP Consulting**
2113 19th Avenue S
Nashville, TN 37212
Tel: (615) 973-9478
bridgesip@icloud.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

3
**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

| | | |
|---|---|---|
| 1 | Dated: November 22, 2023 | By: */s/ Christopher S. Marchese* |
| 2 | | Christopher S. Marchese (SBN 170239) |
| | | marchese@fr.com |
| 3 | | **FISH & RICHARDSON P.C.** |
| 4 | | 633 West Fifth Street, 26th Floor |
| | | Los Angeles, CA 90071 |
| 5 | | Tel: (213) 533-4240 |
| 6 | | Fax: (858) 678-5099 |

David M. Barkan (SBN 160825)
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Aaron P. Pirouznia (admitted *pro hac vice*)
pirouznia@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

Ashley A. Bolt
(admitted *pro hac vice*)
bolt@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, NE, 21nd Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Adam R. Shartzer (admitted *pro hac vice*)
shartzer@fr.com
Ruffin B. Cordell (admitted *pro hac vice*)
cordell@fr.com
Richard A. Sterba (admitted *pro hac vice*)
sterba@fr.com
Ralph A. Phillips (admitted *pro hac vice*)

4
**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

rphillips@fr.com
Michael J. Ballanco (admitted *pro hac vice*)
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

**ATTORNEYS FOR DEFENDANT DISH NETWORK CALIFORNIA SERVICE CORPORATION**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Christina N. Goodrich

5
**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**