**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; and DISH NETWORK CALIFORNIA SERVICE CORPORATION<br><br>　　　　　Defendants.<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; and MAXLINEAR COMMUNICATIONS LLC,<br><br>　　　　　Counterdefendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC TO RESPOND TO DISH CALIFORNIA'S COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br><br>Magistrate Judge: Hon. Karen E. Scott |

1

Having fully considered the Parties' Stipulation to Extend Time for New Parties MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Dish California's Counterclaims (the "Stipulation"), it is hereby **ORDERED** as follows:

1. The Stipulation is **GRANTED**.
2. MaxLinear, Inc. and MaxLinear Communications LLC's deadline to respond to Dish Network California Service Corporation's Counterclaims is **EXTENDED** from November 22, 2023, to December 22, 2023.
3. The hearing date for any motion dismiss Dish California's Counterclaims by MaxLinear will be set for no earlier than February 2, 2024.

**IT IS SO ORDERED.**

Dated: November 22, 2023

Hon. John W. Holcomb
United States District Judge

2

ORDER GRANTING STIPULATION TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COUNTERCLAIMS BY NO MORE THAN 30 DAYS
CASE NO. 2:23-CV-1043-JWH-KES