# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION; *et al.*, <br><br> Defendants. | Case No. 2:23-cv-1043-JWH-KES <br><br> **ORDER GRANTING STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS** <br><br> District Judge: Hon. John W. Holcomb <br> Magistrate Judge: Hon. Karen E. Scott |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, <br><br> Counterdefendants. | |

**ORDER**

After full consideration of the Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims, filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendant Dish Network California Service Corporation ("Dish California"), and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's deadline to respond to Dish California's Counterclaims (Dkt. No. 111) is **EXTENDED** from November 22, 2023, to December 22, 2023.

2. With such extension, any hearing on a motion to dismiss by Entropic will be noticed for a date no earlier than February 2, 2024.

3. This extension shall not affect the *Markman* schedule.

4. Dish California shall not withhold any documents responsive to Entropic's discovery requests on the basis that such documents are in the possession of DISH Network Corporation, DISH Network L.L.C., or Dish Network Service L.L.C.

**IT IS SO ORDERED.**

Dated: November 22, 2023

Honorable John W. Holcomb
United States District Judge

**ORDER**