| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com |
|   | Cassidy T. Young (SBN 342891) |
| 3 | cassidy.young@klgates.com |
|   | K&L GATES LLP |
| 4 | 10100 Santa Monica Boulevard |
|   | Eighth Floor |
| 5 | Los Angeles, CA 90067 |
|   | Telephone: +1 310 552 5000 |
| 6 | Facsimile: +1 310 552 5001 |

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION; *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br><br>**JOINT STATUS REPORT REGARDING ORDER RE MOTION TO DISMISS UNDER RULES 12(b)1 and 12(b)(6)** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC.; *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-01047-JWH-KES (Consolidated) |

**JOINT STATUS REPORT REGARDING ORDER RE MOTION TO DISMISS UNDER RULES 12(b)1 and 12(b)(6)**

| | | |
|---|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01048-JWH-KES (Consolidated) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | COMCAST CORPORATION; *et al.*, | |
| 6 | Defendants. | |
| 7 | | |
| 8 | ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-05253-JWH-KES (Consolidated) |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | DIRECTV, LLC; *et al.*, | |
| 13 | Defendants. | |
| 14 | | |

Pursuant to Footnote 8 of this Court's Sealed Order on the Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) filed by Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (together "Comcast"), Dkt. 175, neither Comcast nor Plaintiff, Entropic Communications, LLC ("Entropic") identifies any aspect of the Court's order that should remain under seal or redacted.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: November 27, 2023 | Respectfully Submitted, |
| 2 | | By: */s/ Christina N. Goodrich* |
| | | Christina N. Goodrich (SBN 261722) |
| 3 | | Cassidy T. Young (SBN 342891) |
| 4 | | Connor J. Meggs (SBN 336159) |
| | | **K&L GATES LLP** |
| 5 | | 10100 Santa Monica Blvd., 8th Fl. |
| 6 | | Los Angeles, CA 90067 |
| | | Tel.: (310) 552-5547 |
| 7 | | Fax: (310) 552-5001 |
| 8 | | christina.goodrich@klgates.com |
| | | cassidy.young@klgates.com |
| 9 | | connor.meggs@klgates.com |
| 10 | | |
| 11 | | Peter Soskin (SBN 280347) |
| | | **K&L GATES LLP** |
| 12 | | 4 Embarcadero Center, Suite 1200 |
| 13 | | San Francisco, CA 94111 |
| | | Tel.: (415) 882-8200 |
| 14 | | Fax: (415) 882-8220 |
| 15 | | peter.soskin@klgates.com |
| 16 | | James Shimota (admitted *pro hac vice*) |
| 17 | | George Summerfield (admitted *pro hac vice*) |
| | | **K&L GATES LLP** |
| 18 | | 70 W. Madison Street, Suite 3300 |
| 19 | | Chicago, IL 60602 |
| | | Tel.: (312) 372-1121 |
| 20 | | Fax: (312) 827-8000 |
| 21 | | jim.shimota@klgates.com |
| 22 | | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 23 | | **K&L GATES LLP** |
| | | 2801 Via Fortuna, Suite #650 |
| 24 | | Austin, TX 78746 |
| 25 | | Tel.: (512) 482-6919 |
| | | Fax: (512) 482-6859 |
| 26 | | darlene.ghavimi@klgates.com |
| 27 | | |
| 28 | | |

3
**JOINT STATUS REPORT REGARDING ORDER RE MOTION TO DISMISS UNDER RULES 12(b)1 and 12(b)(6)**

|   |   |   |
|---|---|---|
| | | Kenneth Bridges |
| | | **BRIDGES IP CONSULTING** |
| | | 2113 19th Avenue S |
| | | Nashville, TN 37212 |
| | | Tel: (615) 973-9478 |
| | | bridgesip@icloud.com |
| | | |
| | | **ATTORNEYS FOR PLAINTIFF** |
| | | **ENTROPIC COMMUNICATIONS, LLC** |
| | | |
| Dated: November 27, 2023 | | */s/ Krishnan Padmanabhan* |
| | | Krishnan Padmanabhan (SBN: 254220) |
| | | kpadmanabhan@winston.com |
| | | WINSTON & STRAWN LLP |
| | | 200 Park Ave., Fl. 40 |
| | | New York City, NY 10166 |
| | | Tel: (212) 294-6700 |
| | | Fax: 212-294-4700 |
| | | |
| | | Diana Hughes Leiden (SBN: 267606) |
| | | dhleiden@winston.com |
| | | WINSTON & STRAWN LLP |
| | | 333 S. Grand Ave. |
| | | Los Angeles, CA 90071 |
| | | Tel: (213) 615-1700 |
| | | Fax: (213) 615-1750 |
| | | |
| | | Brian Ferguson (pro hac vice) |
| | | bferguson@winston.com |
| | | WINSTON & STRAWN LLP |
| | | 1901 L Street NW |
| | | Washington, DC 20036 |
| | | Tel: (202) 282-5000 |
| | | Fax: (202) 282-5100 |
| | | |
| | | Saranya Raghavan (pro hac vice) |
| | | sraghavan@winston.com |
| | | WINSTON & STRAWN LLP |
| | | 35 West Wacker, Dr. |
| | | Chicago, IL 60601 |

4

**JOINT STATUS REPORT REGARDING ORDER RE MOTION TO DISMISS UNDER RULES 12(b)1 and 12(b)(6)**

Tel: (312) 558-5600
Fax: (312)558-5700

**ATTORNEYS FOR COMCAST DEFENDANTS**