1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
9                       SOUTHERN DIVISION

10

11 ENTROPIC COMMUNICATIONS, LLC,
           Plaintiff,
12                                           Case No. 2:23-cv-01043-JWH-KES
       v.                                      LEAD CASE
13                                           Case No. 2:23-cv-01049-JWH-KES
   DISH NETWORK CORPORATION,                   LEAD CASE
14 et al.,
           Defendants.
15                                           Hon. John W. Holcomb
   _____           Special Master David M. Keyzer
16 ENTROPIC COMMUNICATIONS, LLC,
           Plaintiff,
17                                           **NOTICE OF**
       v.                                    **SPECIAL MASTER ORDER**
18                                           **AND SPECIAL MASTER MINUTES**
   COX COMMUNICATIONS, INC., et al.,
           Defendants.
19

20

NOTICE OF SPECIAL MASTER ORDER AND SPECIAL MASTER MINUTES - 1

1   Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

2   Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil

3   Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of

4   consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil

5   Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches

6   hereto the Special Master Order No. SM-6 and Special Master Minutes.

Dated:   December 1, 2023          By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master