1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Cassidy T. Young (SBN 342891)
   cassidy.young@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA 90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
   (additional counsel listed
7  on signature page)

8  *Attorneys for Plaintiff*
   *Entropic Communications, LLC*
9

10
               UNITED STATES DISTRICT COURT
11
             CENTRAL DISTRICT OF CALIFORNIA
12

13  ENTROPIC COMMUNICATIONS, LLC,          Case No.:  2:23-cv-01043-JWH-KES
                                           (Lead Case)
14                      Plaintiff,         Case No.:  2:23-cv-01047-JWH-KES
                                           (Related Case)
15       v.                                Case No.:  2:23-cv-01048-JWH-KES
                                           (Related Case)
16  DISH NETWORK CORPORATION, *et al.*,    Case No.:  2:23-cv-05253-JWH-KES
                                           (Related Case)
17                      Defendants.
18

19  _____

20  ENTROPIC COMMUNICATIONS, LLC,          **[PROPOSED] ORDER
                                           GRANTING PLAINTIFF'S
21                      Plaintiff,          NOTICE OF MOTION AND
                                           MOTION FOR
22       v.                                RECONSIDERATION OF
                                           COURT'S ORDER ON
23  COX COMMUNICATIONS, INC., *et al.*,    COMCAST'S MOTION TO
                                           DISMISS [DE 132]**
24                      Defendants.
                                           Date:         January 5, 2023
25                                         Time:         9:00 AM
                                           Courtroom:    9D (Santa Ana)
26

27

28

                          **[PROPOSED] ORDER**

1

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| v. | |
| COMCAST CORPORATION, *et al.*, | |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| v. | |
| DIRECTV, LLC, *et al.*, | |
| Defendants. | |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

After full consideration of the Plaintiff Entropic Communications, LLC's ("Entropic") Motion for Reconsideration of the Court's Order on Comcast's Motion to Dismiss (DE 132), and good cause appearing, it is hereby **ORDERED** as follows:

1.      Entropic's Motion for Reconsideration is **GRANTED**.  The Court hereby vacates its Order dated November 20, 2023. A new order will issue after the Court considers the arguments made in Entropic's Supplemental Brief (DE 126), as well as the case authority cited therein.

**IT IS SO ORDERED.**


Dated: _____          _____

Honorable John W. Holcomb
United States District Judge

1
**[PROPOSED] ORDER**