Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Lead Case No. 2:23-cv-1043-JWH-KES<br><br>**JOINT STIPULATION RE ENTROPIC'S INFRINGEMENT CONTENTIONS AS TO DISMISSED U.S. PATENT NOS. 8,228,910 AND 10,257,566**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | DISH NETWORK CALIFORNIA SERVICE CORPORATION, |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 5 | |
| 6 | |
| 7 | Counter-Defendants. |

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation; DISH Network LLC; Dish Network Service LLC; and Dish Network California Service Corporation (collectively, "Defendants") (collectively with Entropic, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation regarding Entropic's Disclosure of Asserted Claims and Infringement Contentions (the "Infringement Contentions"), as follows:

**WHEREAS**, on May 8, 2023, Defendants filed a Motion to Dismiss U.S. Patent Nos. 8,228,910 (the "'910 Patent") and 10,257,566 (the "'7,566 Patent) (collectively, the "Dismissed Patents") from this case as being ineligible under 35 U.S.C. § 101 (Dkt. No. 50);

**WHEREAS**, on September 6, 2023, the Court issued an Order granting Defendant's Motion to Dismiss and dismissing Entropic's counts for infringement of the '910 Patent and the '7,566 Patent without leave to amend (Dkt. No. 103);

**WHEREAS**, on September 29, 2023, Entropic served its Infringement Contentions, which asserted infringement of, *inter alia*, the Dismissed Patents;

**WHEREAS**, the Parties have met and conferred regarding Entropic's Infringement Contentions;

**WHEREAS**, Entropic has stated that its service of Infringement Contentions for the Dismissed Patents was made only in order to preserve its rights in the event that the Court's Order dismissing these patents is overturned on appeal;

**WHEREAS**, Entropic agrees that the Dismissed Patents are no longer part of this action, and that Entropic's service of Infringement Contentions for the Dismissed Patents does not trigger any obligation on the part of Defendants under the current litigation schedule, including without limitation service of invalidity contentions or claim construction positions.

**IT IS HEREBY JOINTLY STIPULATED THAT** the Parties agree that the Dismissed Patents are no longer part of this action, and that Entropic's service of

Infringement Contentions for the Dismissed Patents does not trigger any obligation on the part of Defendants under the current litigation schedule, including without limitation service of invalidity contentions or claim construction positions, unless and until the Court's Order dismissing these patents has been overturned on appeal. The Parties jointly and respectfully request an Order from the Court affirming same.

Respectfully Submitted,

Dated: December 6, 2023        By: */s/ Tyler R. Train*
                                            Christopher S. Marchese (SBN 170239)
                                            marchese@fr.com
                                            Tyler R. Train (SBN 318998)
                                            train@fr.com
                                            633 West Fifth Street, 26th Floor
                                            Los Angeles, CA 90071
                                            Tel: (213) 533-4240

                                            Adam R. Shartzer *(pro hac vice)*
                                            shartzer@fr.com
                                            Ruffin B. Cordell *(pro hac vice)*
                                            cordell@fr.com
                                            Richard A. Sterba *(pro hac vice)*
                                            sterba@fr.com
                                            Ralph A. Phillips *(pro hac vice pending)*
                                            rphillips@fr.com
                                            Michael J. Ballanco *(pro hac vice)*
                                            ballanco@fr.com
                                            Taylor C. Burgener (SBN 348769)
                                            burgener@fr.com
                                            FISH & RICHARDSON P.C.
                                            1000 Maine Ave., SW, Suite 1000
                                            Washington, DC 20024
                                            Tel: (202) 783-5070

                                            David M. Barkan (SBN 160825)
                                            barkan@fr.com
                                            FISH & RICHARDSON P.C.
                                            500 Arguello Street, Suite 400
                                            Redwood City, CA 94063
                                            Tel: (650) 839-5070

                                            Ashley A. Bolt *(pro hac vice)*

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  

bolt@fr.com  
FISH & RICHARDSON P.C.  
1180 Peachtree Street NE, 21st Floor  
Atlanta, GA 30309  
Tel: (404) 892-5005  

John-Paul Fryckman (SBN 317591)  
fryckman@fr.com  
Fish & Richardson P.C.  
12860 El Camino Real, Suite 400  
San Diego, CA 92130  
Tel: (858) 678-5070  

Aaron P. Pirouznia (*pro hac vice*)  
pirouznia@fr.com  
FISH & RICHARDSON P.C.  
1717 Main Street, Suite 5000  
Dallas, TX 75201  
Tel: (214) 292-4073  
Fax: (214) 747-2091  

13  
14  
15  
16  

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, ET AL.**

17  Dated: December 6, 2023     By: */s/ Christina N. Goodrich*  
18  Christina N. Goodrich (SBN 261722)  
    Cassidy T. Young (SBN 342891)  
19  **K&L GATES LLP**  
    10100 Santa Monica Blvd., 8th Fl.  
20  Los Angeles, CA 90067  
21  Tel.: (310) 552-5547  
    Fax: (310) 552-5001  
22  christina.goodrich@klgates.com  
23  cassidy.young@klgates.com  

24  Peter Soskin (SBN 280347)  
25  **K&L GATES LLP**  
    4 Embarcadero Center, Suite 1200  
26  San Francisco, CA 94111  
27  Tel.: (415) 882-8200  
    Fax: (415) 882-8220  
28  peter.soskin@klgates.com

|   |   |
|---|---|
| 1 | James Shimota (admitted *pro hac vice*) |
| 2 | George Summerfield (admitted *pro hac vice*) |
| 3 | **K&L GATES LLP** |
| 4 | 70 W. Madison Street, Suite 3300 |
| 5 | Chicago, IL 60602 |
|   | Tel.: (312) 372-1121 |
| 6 | Fax: (312) 827-8000 |
| 7 | jim.shimota@klgates.com |
| 8 | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 9 | **K&L GATES LLP** |
| 10 | 2801 Via Fortuna, Suite #650 |
| 11 | Austin, TX 78746 |
|   | Tel.: (512) 482-6919 |
| 12 | Fax: (512) 482-6859 |
| 13 | darlene.ghavimi@klgates.com |
| 14 | Kenneth Bridges |
| 15 | **Bridges IP Consulting** |
|   | 2113 19th Avenue S |
| 16 | Nashville, TN 37212 |
| 17 | Tel: (615) 973-9478 |
|   | bridgesip@icloud.com |
| 18 |   |
| 19 | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

## ECF ATTESTATION

I, Tyler R. Train, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Tyler R. Train*
Tyler R. Train