# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE, L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants.<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Counter-Claimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE ENTROPIC'S INFRINGEMENT CONTENTIONS AS TO DISMISSED U.S. PATENT NOS. 8,228,910 AND 10,257,566**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

**[PROPOSED] ORDER**

After full consideration of the Joint Stipulation between Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation (collectively, "Defendants") regarding Entropic's Disclosure of Asserted Claims and Infringement Contentions (the "Infringement Contentions"), and good cause appearing, it is hereby **ORDERED** as follows:

1. The Court has dismissed U.S. Patent Nos. 8,228,910 and 10,257,566 ("Dismissed Patents") from this action (Dkt. No. 103), and as a result the Dismissed Patents are no longer part of this action and Entropic's service of infringement contentions for the Dismissed Patents does not trigger any obligation on the part of Defendants under the current litigation schedule, including invalidity contentions or claim constructions positions.

**IT IS SO ORDERED.**

Dated: _____      _____

Honorable John W. Holcomb
United States District Judge

**[PROPOSED] ORDER**