Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>District Judge: Hon. John W. Holcomb<br><br>Magistrate Judge: Hon. Karen E. Scott<br><br>Current Deadline:       Dec. 8, 2023<br>Proposed New Deadline: Dec. 22, 2023 |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | |

1

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**

1  COX COMMUNICATIONS, INC. *et al.*,
2                Counter-Claimants,
3  v.
4  ENTROPIC COMMUNICATIONS,
5  LLC; *et al.*,
6                Counter-Defendants.

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

| | |
|---|---|
| 1 | Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox |
| 2 | Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC |
| 3 | (collectively, "Cox") (collectively, with Entropic, the "Parties"), by and through their |
| 4 | respective counsel, stipulate and enter into this Joint Stipulation to Extend Entropic's |
| 5 | Deadline to Respond to Counterclaims: |
| 6 | WHEREAS, Cox filed its Amended Answer to the Complaint and Counterclaims |
| 7 | on October 6, 2023 (Dkt. No. 94); |
| 8 | WHEREAS, Cox's Counterclaims (the "Counterclaims") assert a cause of action |
| 9 | against Entropic, which Entropic is evaluating; |
| 10 | Whereas, the Counterclaims assert causes of action against MaxLinear |
| 11 | Communications LLC and MaxLinear, Inc. (collectively, "MaxLinear"); |
| 12 | WHEREAS, Entropic's current deadline to respond to Cox's Counterclaims is |
| 13 | December 8, 2023 (Dkt. No. 173); |
| 14 | WHEREAS, Cox agreed to extend the deadline for MaxLinear to respond to the |
| 15 | Counterclaims; |
| 16 | WHEREAS, Cox has agreed to extend the deadline for Entropic to respond to the |
| 17 | Counterclaims to December 22, 2023 provided Entropic agrees to notice any motion to |
| 18 | dismiss the Counterclaims for a hearing no earlier than February 2, 2024; |
| 19 | WHEREAS, the Parties have agreed that Cox's opposition to any motion to |
| 20 | dismiss the Counterclaims filed by Entropic will be filed by January 9, 2024, |
| 21 | WHEREAS, the Parties have agreed that Entropic's reply in support of its motion |
| 22 | to dismiss the Counterclaims will be filed by January 19, 2024; |
| 23 | NOW THEREFORE, the Parties, by and through their respective counsel, hereby |
| 24 | STIPULATE AND AGREE as follows: |
| 25 | 1.   The Parties respectfully request an order from the Court extending |
| 26 | Entropic's deadline to respond to Cox's Counterclaims (Dkt. No. 94) from December |
| 27 | 8, 2023 to December 22, 2023. |
| 28 | |

1

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

2. The Parties further request an order from the Court that any motion to dismiss the Counterclaims be noticed by Entropic no earlier than February 2, 2024.

3. This extension shall not affect the *Markman* schedule.

4. The Parties further request an order from the Court that any opposition by Cox to a motion to dismiss the Counterclaims filed by Entropic be filed no later than January 9, 2024 and any reply in support of such motion to dismiss be filed by Entropic no later than January 19, 2024.

| | | |
|---|---|---|
| 1 | Dated: December 7, 2023 | Respectfully Submitted, |
| 2 | | By: */s/ Christina N. Goodrich* |
| 3 | | Christina N. Goodrich (SBN 261722)<br>Cassidy T. Young (SBN 342891) |
| 4 | | **K&L GATES LLP**<br>10100 Santa Monica Blvd., 8th Fl. |
| 5 | | Los Angeles, CA 90067 |
| 6 | | Tel.: (310) 552-5547 |
| 7 | | Fax: (310) 552-5001<br>christina.goodrich@klgates.com |
| 8 | | cassidy.young@klgates.com |
| 9 | | Peter Soskin (SBN 280347) |
| 10 | | **K&L GATES LLP** |
| 11 | | 4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 12 | | Tel.: (415) 882-8200 |
| 13 | | Fax: (415) 882-8220<br>peter.soskin@klgates.com |
| 14 | | |
| 15 | | James Shimota (admitted *pro hac vice*)<br>George Summerfield (admitted *pro hac vice*) |
| 16 | | **K&L GATES LLP** |
| 17 | | 70 W. Madison Street, Suite 3300<br>Chicago, IL 60602 |
| 18 | | Tel.: (312) 372-1121 |
| 19 | | Fax: (312) 827-8000<br>jim.shimota@klgates.com |
| 20 | | |
| 21 | | Darlene F. Ghavimi (admitted *pro hac vice*)<br>**K&L GATES LLP** |
| 22 | | 2801 Via Fortuna, Suite #650 |
| 23 | | Austin, TX 78746<br>Tel.: (512) 482-6919 |
| 24 | | Fax: (512) 482-6859 |
| 25 | | darlene.ghavimi@klgates.com |
| 26 | | |
| 27 | | |
| 28 | | |

3

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

|   |   |
|---|---|
|   | Kenneth Bridges<br>**Bridges IP Consulting**<br>2113 19th Avenue S<br>Nashville, TN 37212<br>Tel: (615) 973-9478<br>bridgesip@icloud.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**ENTROPIC COMMUNICATIONS, LLC** |
| Dated: December 7, 2023 | By: */s/ April E. Isaacson*<br>April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center<br>Suite 1900<br>San Francisco CA 94111<br>(415) 273 8306<br><br>Rishi Gupta (SBN 313079)<br>rgupta@kilpatricktownsend.com<br>Sarah Y. Kamran (SBN 347617)<br>skamran@kilpatricktownsend.com<br>1801 Century Park East<br>Suite 2300<br>Los Angeles CA 90067<br>(310) 777 3733<br><br>Mitchell G. Stockwell (*pro hac vice*)<br>mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba (*pro hac vice*)<br>wkadaba@kilpatricktownsend.com<br>Michael J. Turton (*pro hac vice*)<br>mturton@kilpatricktownsend.com<br>Courtney S. Dabbiere (pro hac vice)<br>cdabbiere@kilpatricktownsend.com<br>Christopher S. Leah (*pro hac vice*)<br>cleah@kilpatricktownsend.com<br>Andrew N. Saul (pro hac vice)<br>asaul@kilpatricktownsend.com |

4
**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

1100 Peachtree Street, NE
Suite 2800
Atlanta GA 30309
(404) 815 6500

**ATTORNEYS FOR DEFENDANTS COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

*/s/ Christina N. Goodrich*

5

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**