# EXHIBIT X

**[Filed Under Seal]**