**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, e*t al.*,<br><br>Defendants. | Case No.:  2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.:  2:23-cv-01047-JWH-KES (Related Case)<br>Case No.:  2:23-cv-01048-JWH-KES (Related Case)<br>Case No.:  2:23-cv-05253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | Plaintiff, |
| 3 | |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | DIRECTV, LLC, *et al.*, |
| 11 | Defendants. |
| 12 | |

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Second Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Proposed Second Amended Complaint against Defendant Comcast ("SAC") at ¶¶ 37-41, including footnote 4. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's SAC at Subheading A and ¶¶ 43-70. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's SAC at ¶¶ 144-147. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 149. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's SAC at ¶ 151. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Entropic's SAC at Subheading D.5 and ¶¶ 183-185. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 257. | Terms of confidential agreement between Comcast and a third-party entity. |

1

**[PROPOSED] ORDER**

317013460.1

| A portion Entropic's SAC at ¶ 264. | Terms of confidential agreement between Comcast and a third-party entity. |
|---|---|
| Entropic's SAC at ¶ 298. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 305. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 338. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 345. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 378. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 383. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 418. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 425. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 458. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 464. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 497. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 504. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| Entropic's SAC at ¶ 537. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 543. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 575. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 581. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 613. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 619. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 651. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 657. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 689. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 695. | Terms of confidential agreement between Comcast and a third-party entity. |

| **Redline Compare Between FAC and SAC[1]** | |
|---|---|
| Entropic's Redline Compare of First and Second Amended Complaint against Defendant Comcast ("Redline") at ¶¶ 37-41, including footnote 4. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's Redline at Subheading A and ¶¶ 43-69. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's Redline at ¶¶ 143-146. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 148. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's Redline ¶ 150. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Entropic's Redline at Subheading D.5 and ¶¶ 182-184. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 256. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion Entropic's Redline at ¶ 263. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 297. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 304. | Terms of confidential agreement between Comcast and a third-party entity. |

---

[1] The Redline paragraph numbers track the paragraph numbers as modified by the Proposed Second Amended Complaint.

| | |
|---|---|
| Entropic's Redline at ¶ 337. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 344. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 377. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 382. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 417. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 424. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 457. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 463. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 496. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 503. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 536. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 542. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 574. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| A portion of Entropic's Redline at ¶ 580. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 612. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 618. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 650. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 656. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline at ¶ 688. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 694. | Terms of confidential agreement between Comcast and a third-party entity. |
| Exhibit D to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit F to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit H to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit J to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |

| | |
|---|---|
| Exhibit L to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit N to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit O to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit P to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit R to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit T to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit V to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit X to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |

Dated: _____

Hon. John W. Holcomb
United States District Judge