# EXHIBIT A

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff
Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Related Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | **SUPPLEMENT TO SECOND AMENDED COMPLAINT AGAINST COMCAST**<br><br>**DEMAND FOR JURY TRIAL** |

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | COMCAST CORPORATION, *et al.*, |
| 5 | Defendants. |
| 6 | ENTROPIC COMMUNICATIONS, LLC, |
| 7 | Plaintiff, |
| 8 | v. |
| 9 | DIRECTV, LLC, *et al.*, |
| 10 | Defendants. |

SUPPLEMENT TO COMPLAINT AGAINST COMCAST

Plaintiff, Entropic Communications, LLC ("Entropic") submits this supplement to its complaint for patent infringement against Comcast Corporation ("Comcast Corp."); Comcast Cable Communications, LLC ("Comcast Communications"); and Comcast Cable Communications Management, LLC ("Comcast Management") (collectively "Comcast"). Plaintiff's Second Amended Complaint for Patent Infringement Against Comcast (1043 DE 189) is incorporated by reference.

<strong><u>COMCAST'S POST-SUIT WILLFUL INFRINGEMENT OF THE ASSERTED PATENTS</u></strong>

**E. Comcast has willfully infringed each of the Asserted Patents through its post-suit conduct.[1]**

1.  Despite having knowledge of its infringement of the Asserted Patents by virtue of Entropic's original Complaint, its First Amended Complaint, and its infringement contentions, Comcast continues to make, use, sell, or offer for sale the Accused Products. Thus, Comcast continues to willfully infringe the Asserted Patents.

2.  Further, on December 1, 2023, MaxLinear, Inc. filed a Counterclaim against Comcast in the Southern District of New York ("SDNY") containing detailed allegations of Comcast's misappropriation of MaxLinear's trade secrets. These allegations shed further light on Comcast's willful infringement of the Patents-in-Suit.

3.  Even if Comcast had not willfully infringed the Asserted Patents, MaxLinear, Inc. provided notice of termination of the VSA to Comcast on May 18, 2023, and the VSA is therefore no longer in effect.

---

[1] Entropic has filed a motion for leave to supplement its complaint with the allegations contained in Section E herein contemporaneously with the Second Amended Complaint. This motion requests leave to include allegations of events that occurred after the filing of the original complaint, and it includes a redlined copy of the proposed supplemental pleading to Entropic's First Amended Complaint, consistent with this Court's Standing Order.

### 1. Original Complaint

4. Before the filing of the Second Amended Complaint, on February 16, 2023, Comcast accepted service of Entropic's original Complaint alleging infringement of the same Asserted Patents. *See* DE 1. Entropic hereby incorporates its original Complaint into the Second Amended Complaint and this supplement by reference.

5. Entropic's original Complaint specifically described the infringing nature of the Accused Products, which are the same as those described herein. Further, the original complaint set forth detailed allegations of how each of the Asserted Patents was infringed by one of or more of the Accused Products.

6. Comcast thereafter analyzed Entropic's allegations of infringement and has indeed engaged in substantive discussions with Entropic related to Entropic's infringement allegations.

7. Indeed, after Entropic's Complaint was filed, on information and belief, Comcast again sought indemnification from its suppliers for Entropic's claims.

8. Thus, Comcast was on notice of the basis for Entropic's infringement claims and sought protection for those claims from its suppliers. On information and belief, Comcast could not have stated grounds for indemnification by specific suppliers unless it had knowledge of the basis for Entropic's infringement claims, as well as the specific products that were being accused.

9. Thus, Comcast has been aware that it infringed Asserted Patents since the service of Entropic's original Complaint, on February 16, 2023.

### 2. First Amended Complaint

10. Before the filing of the Second Amended Complaint, on June 5, 2023, Comcast was served with Entropic's First Amended Complaint alleging infringement of the same Asserted Patents. *See* DE 67. Entropic hereby incorporates its First Amended Complaint into the Second Amended Complaint and this supplement by reference.

11.     Even more so than its original Complaint, Entropic's First Amended Complaint set forth specific allegations of Comcast's infringement of each of the Asserted Patents.  Entropic included reference to particular patents that Comcast willfully infringed based on its use of particular technology.

12.     Comcast thereafter analyzed Entropic's allegations of infringement and has indeed engaged in substantive discussions with Entropic related to Entropic's infringement allegations.

13.     Thus, Comcast has been aware that it infringed Asserted Patents since the service of Entropic's original Complaint, on June 5, 2023.

### 3. Entropic's Infringement Contentions

14.     Further, Entropic's infringement contentions, served on September 15, 2023, provided Comcast with additional notice of infringement. Entropic hereby incorporates its infringement contentions into the Second Amended Complaint and this supplement by reference.

15.     Entropic's infringement contentions set forth Entropic's infringement positions in detail, and they include charts setting forth how each Accused Product specifically infringed each Asserted Patent.

16.     In particular, Entropic identified how Comcast's development and use of a PMA system that generates and transacts D3.1 downstream (DS) profiles infringes upon Entropic's '682 Patent.

17.     Comcast thereafter analyzed the infringement contentions and has engaged in thorough discussions with Entropic regarding the substance of these contentions.

18.     Thus, Comcast has been aware that it infringed Asserted Patents since at least September 15, 2023.

19.     To date, Comcast has continued its wrongful and willful use of the Patents-in-Suit, and has further continued its attempts to shield itself from liability for its wrongful use thereof.

20. Comcast's continued sale of the Accused Products despite its knowledge of the infringement set forth in Entropic's original Complaint, Second Amended Complaint, and Entropic's infringement contentions demonstrates its intent to willfully infringe the Asserted Patents.

### 4. MaxLinear's SDNY Counterclaim

21. On December 1, 2023, MaxLinear, Inc. filed a Counterclaim against Comcast, alleging that Comcast breached the nondisclosure agreement (the "NDA") it entered into with MaxLinear, Inc. and misappropriated MaxLinear, Inc.'s trade secrets. *See Comcast Cable Communications Management, LLC, et al. v. MaxLinear, Inc.*, Case No. 1:23-cv-04436-AKH, DE 88 (S.D.N.Y. Dec. 1, 2023). This Counterclaim is hereby incorporated into the Second Amended Complaint and this supplement by reference.

22. In its Counterclaim, MaxLinear, Inc. alleges that Comcast intentionally, and in violation of the NDA, capitalized off of MaxLinear's breakthrough FDX technology by first convincing MaxLinear to disclose that technology to Comcast, and then by taking credit for technology and divulging the information it learned to MaxLinear's competitor.

23. Specifically, Comcast knowingly published aspects of MaxLinear's FDX amplifier design as its own through its employee, Richard Prodan; disclosed the amplifier design to MaxLinear's competitor; and paid the competitor to create a functionally identical amplifier for Comcast.

24. MaxLinear goes on to allege that, while Comcast has previously hid behind Section 7.3 of the VSA—an agreement which Comcast itself drafted—Comcast's knowing misappropriation of MaxLinear's FDX-amplifier trade secret technology has rendered this provision irrelevant.

### 5. Termination of the VSA

25. The VSA's Term expires on July 31, 2026. However, the VSA permits MaxLinear, Inc. to terminate prior to July 31, 2026, at any time, with 90 days' notice.

26. Upon information and belief, MaxLinear, Inc. sent notice to Comcast of termination of the VSA on or about May 18, 2023.

27. Thus, the VSA has been terminated since no later than August 16, 2023. The VSA is therefore no longer in effect.

## COUNT I

### (Infringement of the '518 Patent)

28. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 1.0, 1.1, and/or 2.0 necessarily infringes at least claim 1 of the '518 Patent.

29. Comcast has known of or has been willfully blind to the '518 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

30. Comcast has known of or has been willfully blind to the '518 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

31. Comcast has known of or has been willfully blind to the '518 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT II

### (Infringement of the '249 Patent)

32. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 1.0, 1.1, and/or 2.0 necessarily infringes at least claim 10 of the '249 Patent.

33. Comcast has known of or has been willfully blind to the '249 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

34. Comcast has known of or has been willfully blind to the '249 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

35. Comcast has known of or has been willfully blind to the '249 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT III

### (Infringement of the '759 Patent)

36. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 1.0, 1.1, and/or 2.0 necessarily infringes at least claim 2 of the '759 Patent.

37. Comcast has known of or has been willfully blind to the '759 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

38. Comcast has known of or has been willfully blind to the '759 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

39. Comcast has known of or has been willfully blind to the '759 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT IV

### (Infringement of the '802 Patent)

40. 366. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 1.0, 1.1, and/or 2.0 necessarily infringes at least claim 3 of the '802 Patent.

41. Comcast has known of or has been willfully blind to the '802 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

42. Comcast has known of or has been willfully blind to the '802 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

43. Comcast has known of or has been willfully blind to the '802 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT V

### (Infringement of the '450 Patent)

44. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 1.0, 1.1, and/or 2.0 necessarily infringes at least claim 29 of the '450 Patent.

45. Comcast has known of or has been willfully blind to the '450 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

46. Comcast has known of or has been willfully blind to the '450 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

47. Comcast has known of or has been willfully blind to the '450 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT VI

### (Infringement of the '7,566 Patent)

48. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant

with the charted provisions of MoCA 1.0, 1.1, and/or 2.0 necessarily infringes at least claim 11 of the '7,566 Patent.

49. Comcast has known of or has been willfully blind to the '7,566 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

50. Comcast has known of or has been willfully blind to the '7,566 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

51. Comcast has known of or has been willfully blind to the '7,566 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT VII

### (Infringement of the '539 Patent)

52. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 1.0, 1.1, and/or 2.0 necessarily infringes at least claim 1 of the '539 Patent.

53. Comcast has known of or has been willfully blind to the '539 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

54. Comcast has known of or has been willfully blind to the '539 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

55. Comcast has known of or has been willfully blind to the '539 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT VIII

### (Infringement of the '213 Patent)

56. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 1.1, or 2.0 necessarily infringes at least claim 1 of the '213 Patent.

57. Comcast has known of or has been willfully blind to the '213 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

58. Comcast has known of or has been willfully blind to the '213 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

59. Comcast has known of or has been willfully blind to the '213 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT IX

### (Infringement of the '422 Patent)

60. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 1.1, or 2.0 necessarily infringes at least claim 1 of the '422 Patent.

61. Comcast has known of or has been willfully blind to the '422 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

62. Comcast has known of or has been willfully blind to the '422 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

63. Comcast has known of or has been willfully blind to the '422 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT X

### (Infringement of the '910 Patent)

64. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 1.1, or 2.0 necessarily infringes at least claim 3 of the '910 Patent.

65. Comcast has known of or has been willfully blind to the '910 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

66. Comcast has known of or has been willfully blind to the '910 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

67. Comcast has known of or has been willfully blind to the '910 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT XI

### (Infringement of the '0,566 Patent)

68. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 2.0 necessarily infringes at least claim 1 of the '0,566 Patent.

69. Comcast has known of or has been willfully blind to the '0,566 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

70. Comcast has known of or has been willfully blind to the '0,566 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

71. Comcast has known of or has been willfully blind to the '0,566 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

## COUNT XII

## (Infringement of the '681 Patent)

72. As set forth in the infringement contentions that were served on Comcast on September 29, 2023, any product or system operating in a MoCA network compliant with the charted provisions of MoCA 2.0 necessarily infringes at least claim 1 of the '681 Patent.

73. Comcast has known of or has been willfully blind to the '681 Patent since before, and no later than the date of, its acceptance of service of the original Complaint in this action on February 16, 2023.

74. Comcast has known of or has been willfully blind to the '681 Patent since before, and no later than the date of, its acceptance of service of the First Amended Complaint in this action on June 5, 2023.

75. Comcast has known of or has been willfully blind to the '681 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on September 29, 2023.

Dated: December 8, 2023                     Respectfully submitted,

By: /s/ Christina Goodrich
Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard

-11-

|   |   |
|---|---|
| 1 | Eighth Floor |
|   | Los Angeles, CA 90067 |
| 2 | Telephone: +1 310 552 5000 |
| 3 | Facsimile: +1 310 552 5001 |
| 4 | James Shimota (*pro hac vice*) |
| 5 | Jason Engel (*pro hac vice*) |
|   | **K&L GATES LLP** |
| 6 | 70 W. Madison Street, Suite 3300 |
| 7 | Chicago, IL 60602 |
|   | Tel.: (312) 372-1121 |
| 8 | Fax: (312) 827-8000 |
| 9 | jim.shimota@klgates.com |
|   | jason.engel@klgates.com |
| 10 |   |
| 11 | *Attorneys for Plaintiff* |
|   | *Entropic Communications, LLC* |