# EXHIBIT E

# Young, Cassidy T.

| | |
|---|---|
| **From:** | Soskin, Peter E. |
| **Sent:** | Monday, November 27, 2023 5:06 PM |
| **To:** | WS-Comcast-Entropic |
| **Cc:** | EntropicKLG |
| **Subject:** | Entropic v. Comcast |

Counsel,

Entropic intends to file a motion for leave to supplement its pleadings in both cases against Comcast. Please let me know when you are available to meet and confer on this issue Wednesday or Thursday of this week.

Regards,

**K&L GATES**

**Peter Soskin**
K&L Gates LLP
4 Embarcadero Center Suite 1200
San Francisco CA 94111
Phone: (415) 882-8046
Fax: (415) 882-8220
peter.soskin@klgates.com
www.klgates.com