1  David S. Frist (admitted *pro hac vice*)
2  david.frist@alston.com
   **ALSTON & BIRD LLP**
3  1201 West Peachtree Street
4  Atlanta, GA 30309
   Telephone: (404) 881-7000
5  Facsimile: (404) 881-7777
6
   Yuri Mikulka (SBN 185926)
7  yuri.mikulka@alston.com
   Rachel E. K. Lowe (SBN 246361)
8  rachel.lowe@alston.com
   **ALSTON & BIRD LLP**
9
10 333 S. Hope Street, 16th Floor
   Los Angeles, California 90071
11 Telephone: (213) 576-1000
12 Facsimile: (213) 576-1100
13
   Attorneys for Defendants
14 DIRECTV, LLC and AT&T Services,
   Inc.
15
                **UNITED STATES DISTRICT COURT**
16
                **CENTRAL DISTRICT OF CALIFORNIA**
17
18
   ENTROPIC COMMUNICATIONS, LLC,
19
                Plaintiff,                    **Lead Case No. 2:23-cv-01043-JWH-KES**
20
        v.                                    Consolidated with Case Nos.:
21                                             2:23-CV-01047-JWH-KES
   DIRECTV, LLC, *et al.*,                    2:23-CV-01048-JWH-KES
22                                             2:23-CV-05253-JWH-KES
23              Defendants.
24                                            Assigned to Hon. John W. Holcomb
25                                            **JOINT STIPULATION
                                              MODIFYING DEADLINES TO
26                                            OPPOSE AND REPLY TO MOTION
                                              TO DISMISS; [PROPOSED] ORDER**
27
28

───────────────────────────────────────────────

**JOINT STIPULATION MODIFYING DEADLINES TO OPPOSE AND REPLY TO
MOTION TO DISMISS**

Plaintiff Entropic Communications, LLC ("Entropic"), on the one hand, and Defendants DIRECTV, LLC and AT&T Services, Inc. ("DIRECTV"), on the other hand (collectively, the "Parties"), hereby submit the following Stipulation and Proposed Order modifying the deadlines related to DIRECTV's Motion to Dismiss (ECF No. 160) currently set for hearing on January 16, 2024 (ECF No. 179). The Parties request that the Court enter a stipulation setting Entropic's Opposition be due on December 20, 2023 and that DIRECTV's Reply to the Opposition be due on January 2, 2024.

WHEREAS, Entropic filed its First Amended Complaint and DIRECTV moved to dismiss the First Amended Complaint (ECF No. 160), and this court has set a hearing date of January 16, 2024 (ECF No. 179);

WHEREAS, the Parties met-and-conferred regarding the briefing schedule in relation to the motion to dismiss and came to mutually agreed-upon deadlines in light of the winter holidays;

WHERAS, good cause exists to grant a stipulation modifying the briefing schedule related to DIRECTV's motion to dismiss;

NOW, THEREFORE, based on the foregoing facts, the Parties hereby stipulate and respectfully request that the Court enter an Order modifying the briefing schedule such that Entropic's Opposition to the motion be due on **December 20, 2023,** and DIRECTV's Reply to the Opposition be due on **January 2, 2024**.

Dated: December 11, 2023

Respectfully Submitted,

By: */s/ Christina N. Goodrich (with permission)*
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5000
Fax: (310) 552-5001

1

**JOINT STIPULATION MODIFYING DEADLINES TO OPPOSE AND REPLY TO MOTION TO DISMISS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

Dated: December 11, 2023

Respectfully Submitted,

By: */s/ David S. Frist*
David S. Frist (admitted pro hac vice)
david.frist@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Yuri Mikulka (SBN 185926)
yuri.milkulka@alston.com
Rachel Lowe (SBN 246361)
rachel.lowe@alston.com
**ALSTON & BIRD**
333 South Hope Street
16th Floor
Los Angeles, CA 90071-3004
Tel.: 1 213 576 1000
Fax: 1 213 576 1100

**ATTORNEYS FOR DEFENDANTS AT&T
SERVICES, INC. AND DIRECTV, LLC**

2

**JOINT STIPULATION MODIFYING DEADLINES TO OPPOSE AND REPLY TO
MOTION TO DISMISS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, David S. Frist,  attest that all other signatories listed above concur in this filing's content and have authorized the filing.

*/s/ David S. Frist*

David S. Frist

**JOINT STIPULATION MODIFYING DEADLINES TO OPPOSE AND REPLY TO MOTION TO DISMISS**