# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br>v.<br>DIRECTV, LLC, *et al.*,<br><br>  Defendants. | **Lead Case No. 2:23-cv-01043-JWH-KES**<br><br>Consolidated with Case Nos.:<br>2:23-CV-01047-JWH-KES<br>2:23-CV-01048-JWH-KES<br>2:23-CV-05253-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION MODIFYING DEADLINES TO OPPOSE AND REPLY TO MOTION TO DISMISS** |

1    The Court, having considered the Parties' Joint Stipulation Modifying Deadlines
2    to Oppose and Reply to DIRECTV's Motion to Dismiss, hereby **GRANTS** the Parties'
3    request and so orders that Entropic Communications, LLC's Opposition to the motion
4    to dismiss be due on December 20, 2023, and DIRECTV's Reply to the Opposition be
5    due on January 2, 2024.

7    **IT IS SO ORDERED**.

Dated:_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE