UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR COMMUNICATIONS LLC AND MAXLINEAR, INC. TO RESPOND TO COX ENTITIES' COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　Defendants. | |

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., *et al.*, |
| 2 | |
| 3 | Counterclaimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC, *et al.*, |
| 6 | Counterdefendants. |

After full consideration of the Stipulation to Extend Time for New Parties MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") to Respond to Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's (collectively, "Cox") Counterclaims (the "Stipulation"), it is hereby **ORDERED** as follows:

1. The Stipulation is **GRANTED**.

2. MaxLinear's deadline to respond to Cox's Counterclaims (Dkt. No. 94) is **CONTINUED** from December 8, 2023, to December 22, 2023.

3. Any motion to dismiss the Counterclaims filed by MaxLinear shall be noticed for hearing no earlier than February 2, 2024.

4. Any opposition by Cox to a motion to dismiss the Counterclaims filed by MaxLinear shall be filed no later than January 9, 2024.

5. Any reply in support of a motion to dismiss filed by MaxLinear shall be filed by MaxLinear no later than January 19, 2024.

**IT IS SO ORDERED.**

Dated:  December 11, 2023

Honorable John W. Holcomb
United States District Judge