Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff
Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Related Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | [Assigned to the Honorable John W. Holcomb]<br><br>**PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S NOTICE OF ERRATA RE SECOND AMENDED COMPLAINT (DKT. 190)** |

**NOTICE OF ERRATA**

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | DIRECTV, LLC, *et al.*, |
| 11 | Defendants. |

1
**NOTICE OF ERRATA**

RECYCLED PAPER

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Entropic Communications, LLC's ("Entropic") hereby provides this notice of errata to correct two inadvertent errors in its Second Amended Complaint ("SAC") (Dkt. 190).

Specifically, the SAC erroneously referred to willful infringement, instead of willful misappropriation when referring to Comcast's misappropriation of MaxLinear's trade secrets.

Filed concurrently herewith is the Corrected version of Entropic's SAC that corrects certain allegations of "willful infringement" of trade secrets by replacing those references with misappropriation of trade secrets at Paragraph 111 and deleting Paragraph 112 entirely. Paragraph 111 has additionally been modified to further clarify the allegations of trade secret misappropriation made therein. The Correct SAC is otherwise identical to Dkt. 190 in all material respects. The Corrected SAC contains the very same redactions approved by the Court's Order granting Entropic's application to file its SAC under seal (Dkt. 199), but Entropic separately and concurrently will file an Application to file under seal an un-redacted copy of the SAC, which it will likewise promptly serve upon counsel of record for Defendants.

Dated: December 15, 2023

Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722) Cassidy T. Young (SBN 342891) **K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James A. Shimota (*pro hac vice*)

1
**NOTICE OF ERRATA**

| | |
|---|---|
| 1 | Samuel P. Richey (SBN 278444) |
| 2 | Katherine L. Allor (*pro hac vice*) |
| | 70 W. Madison Street, Ste 3300 |
| 3 | Chicago, Illinois 60602 |
| 4 | Telephone: (312) 807-4299 |
| | Fax: (312) 827-8000 |
| 5 | jim.shimota@klgates.com |
| 6 | samuel.richey@klgates.com |
| | katy.allor@klgates.com |
| 7 | |
| 8 | Peter E. Soskin (SBN 280347) |
| | 4 Embarcadero Center, Ste 1200 |
| 9 | San Francisco, CA 94111 |
| 10 | Telephone: (415) 882-8220 |
| | peter.soskin@klgates.com |

***Attorneys for Plaintiff, Entropic Communications, LLC***