UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, e*t al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT** |

**RECYCLED PAPER**

**[PROPOSED] ORDER**

317013460.1

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | DIRECTV, LLC, *et al.*, |
| 11 | Defendants. |

1

**[PROPOSED] ORDER**

317013460.1

RECYCLED PAPER

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Corrected Second Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Corrected Second Amended Complaint against Defendant Comcast ("SAC") at ¶¶ 37-41, including footnote 4. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's SAC at Subheading A and B and ¶¶ 43-70, including footnote 5. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶¶ 143-46. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 148. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's SAC at ¶ 150. | A letter between Comcast and Entropic that Comcast filed under seal. |

| | |
|---|---|
| Entropic's SAC at Subheading 5 and ¶¶ 182-84. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 256. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 263. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 297. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 304. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 337. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 344. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 377. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 382. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 417. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 424. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 457. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 463. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| Entropic's SAC at ¶ 496. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 503. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 536. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 542. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 574. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 580. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 612. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 618. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 650. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 656. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 688. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 694. | Terms of confidential agreement between Comcast and a third-party entity. |
| Exhibit B to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |

| | |
|---|---|
| Exhibit D to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit F to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit H to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit J to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit L to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit N to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit O to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit P to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit R to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |

| | |
|---|---|
| Exhibit T to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit V to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |
| Exhibit X to Entropic's SAC | Infringement contentions marked "Confidential" pursuant to Protective Order and containing non-public, proprietary business information. |

Dated: _____

                                            Hon. John W. Holcomb
                                            United States District Judge