Name and address:
Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:23-cv-01043-JWH-KES<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hartjes, Jennifer M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 681-6000                    (312) 881-5191
*Telephone Number*                 *Fax Number*

jhartjes@goldmanismail.com
*E-Mail Address*

of
Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Drive
Floor 22
Chicago, IL, 60606
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Entropic Communications, LLC

*Name(s) of Party(ies) Represented*                    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Goodrich, Christina N.
*Designee's Name (Last Name, First Name & Middle Initial)*

261722          (310) 552-5547       (310) 552-5001
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

christina.goodrich@klgates.com
*E-Mail Address*

of
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge