Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(*Additional counsel listed in signature block*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Member Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | **DECLARATION OF DOUGLAS JORDAN WINNARD IN SUPPORT OF ENTROPIC'S OPPOSITION TO DIRECTV'S MOTION TO DISMISS**<br><br>Date:         January 16, 2023<br>Time:        10:00AM<br>Courtroom: 9D (Santa Ana) |

DECLARATION OF DOUGLAS JORDAN WINNARD

| | |
|---|---|
| 1 | |
| 2 | ENTROPIC COMMUNICATIONS, LLC, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | |
| 8 | ENTROPIC COMMUNICATIONS, LLC, |
| 9 | Plaintiff, |
| 10 | |
| 11 | v. |
| 12 | DIRECTV, LLC, *et al.*, |
| 13 | Defendants. |
| 14 | |

# DECLARATION OF DOUGLAS JORDAN WINNARD

I, Douglas Jordan Winnard, hereby declare:

1. I am a partner at the law firm Goldman Ismail Tomaselli Brennan & Baum LLP. I am counsel of record for Plaintiff Entropic Communications, LLC in the above-captioned actions. I submit this declaration in support of Plaintiff Entropic Communications, LLC's Opposition to Defendant DIRECTV, LLC's Motion to Dismiss.

2. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration, which are based on my personal knowledge and conversations with individuals at my law firm who participated in the events recited herein.

3. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,438,174, Multi-Carrier Transmission Systems, dated August 20, 2002, retrieved from the USPTO Patent Center on November 21, 2023.

4. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,259,746, Method for Allocating Data and Power in a Discrete Multi-Tone Communication System, dated July 10, 2001, retrieved from the USPTO Patent Center on November 21, 2023.

5. Attached as Exhibit 3 is a true and correct copy of Provisional Application No. 60/632,797, Broadband Local Area Network, December 2, 2004, retrieved from the USPTO Patent Center on November 21, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2023, in Chicago, Illinois.

Dated: December 20, 2023         Respectfully submitted,

                                 By: */s/ Douglas Jordan Winnard*
                                 Douglas Jordan Winnard