# EXHIBIT 3

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

## ABSTRACT OF THE DISCLOSURE

A BCN network with BCN modems that enable network wired devices to communicate over a typical home coaxial network that may include passive splitters and different types of coaxial cable.

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

## CLAIMS

**What is claimed is:**

1.    A BCN network, comprising:

a first BCN modem connected to a coaxial cable network; and

another BCN modem connected the coaxial cable network that is capable of two-way signal communication with the first BCN modem across one or more passive network device in the coaxial cable network.

2.    The BCN network of claim 1, where the first BCN modem further includes:

a controller coupled to the first BCN modem that establishes the first BCN modem as a network controller upon connection to the coaxial cable network when the other transceiver is not detected by the controller.

3.    The BCN network of claim 2, where a control signal is generated by the BCN modem in response to the controller that identifies the first BCN modem as the network controller.

4.    The BCN network of claim 1, where the other BCN modem further includes:

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

a controller coupled to the other BCN modem that detects a controller signal that identifies a network controller BCN modem is coupled to the coaxial cable network.

5.     The BCN network of claim 1, where the first BCN modem is a bridge between a first data network and the coaxial cable network.

6.     The BCN network of claim 1, where the two-way signal communication occurs within a building.

7.     The BCN network of claim 1, where the two-way signal communication passes outside of a building with the first BCN modem and the other BCN modem being co-located within a building.

8.     The BCN network of claim 7, where the building is a multi-unit dwelling.

9.     The BCN network of claim 1, where the two-way signal communication occurs via one or more TDMA channels.

10.     The BCN network of claim 1, where the two-way signal carries encrypted data   between   the   first   BCN   modem   and   the   other   BCN   modem.

Sheet 1/19



FIG. 1 (Prior Art)

Sheet 2/19



**FIG. 2 (Prior Art)**

Sheet 3/19



FIG. 3

Sheet 4/19



FIG. 4

FIG. 5

Sheet 5/19



FIG. 6

Sheet 6/19



**FIG. 7**

Sheet 7/19



**FIG. 8**

Sheet 8/19



**FIG. 9**

Sheet 9/19



**FIG. 10**

Sheet 10/19



FIG. 11

Sheet 11/19



FIG. 12



Sheet 12/19

FIG. 13

Sheet 13/19



FIG. 14A



FIG. 14B



FIG. 14C

Sheet 14/19



FIG. 15

Sheet 15/19



FIG. 16

Sheet 16/19



FIG. 17

Sheet 17/19



FIG. 18

Sheet 18/19



FIG. 19



2000
Start
2002
Transmitting a probe signal from a transmitting node to a plurality of receiving nodes.
2004
Receiving the probe signal at one receiving node of the plurality of receiving nodes through a channel path of transmission.
2006
Determining the transmission characteristics of the channel path at the one receiving node.
2008
Determining a bit-loaded modulation scheme for the channel characteristics.
2010
Transmitting a response signal from the one receiving node to the transmitting node including the recently-determined bit-loaded modulation scheme.
2012
Select next node in the BCN.
2026
Receiving a plurality of response signals from the corresponding receiving nodes wherein each of the response signals includes a bit-loading modulation scheme determined by the corresponding receiving node.
2014
Comparing the plurality of bit-loaded modulation schemes from the corresponding received plurality of response signals.
2016
Determining the common bit-loaded modulation scheme in response to comparing the plurality of bit-loaded modulation schemes.
2018
Transmitting a broadcast signal including the common bit-loaded modulation scheme from the transmitting node to the plurality of receiving nodes.
2020
Have all the nodes in the BCN determined a common bit-loaded modulation scheme for broadcasting to other nodes?
2022
NO
YES
End
2024

**FIG. 20**

U.S. Express Mail No.: EU 630598725US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

# A BROADBAND LOCAL AREA NETWORK

## INVENTORS

ANTON MONK

BRETT BERNATH

ITZHAK GURANTZ

LADD WARDANI

RON PORAT

YUSUF OZTURK

RON LEE

WEE-PENG GOH

MAGNUS BERGGREN

## BACKGROUND OF THE INVENTION

### 1.     Reference to Earlier-Filed Applications

[001]   This application is a continuation-in-part of U.S. Utility Application Serial No. 10/889,975 titled "Broadband Cable Network Utilizing Common Bit-Loading," filed July 12, 2004, which is a continuation-in-part of U.S. Utility Application Serial No. 10/778,505 titled "Network Interface Device and Broadband Local Area Network Using Coaxial Cable," filed February 13, 2004, which is a continuation of U.S. Utility Application Serial No. 09/910,412 titled "Network Interface Device and Broadband Local Area Network Using Coaxial Cable," filed July 21, 2001, which claims the benefit of U.S. Provisional Application Serial No. 60/288,967 titled "Network Interface and Broadband Local Area Network Using Coaxial Cable," filed May 4, 2001, all of which are incorporated herein, in their entirety, by this reference.  This application is also a

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

continuation-in-part of U.S. Utility Application Serial No. 10/322,834 titled "Broadband Network for Coaxial Cable Using Multi-carrier Modulation," filed December 18, 2002, which is a continuation of U.S. Utility Application Serial No. 10/230,687 titled "Broadband Network for Coaxial Cable Using Multi-carrier Modulation," filed August 29, 2002, now abandoned, which claims the benefit of the following U.S. Provisional Applications:  (a) Serial No. 60/316,820 titled "Broadband Local Area Network Using Coaxial Cable," filed August 30, 2001;  (b) Serial No. 60/363,420 titled "Method of Bit and Energy Loading to Reduce Interference Effects in Devices Sharing a Communication Medium," filed March 12, 2002; and  (c) Serial No. 60/385,361 titled "Power Loading to Reduce Interference Effects in Devices Sharing a Communication Medium," filed June 3, 2002, all of which are incorporated herein, in their entirety, by this reference.

## 2. Field of Invention

[002]   The invention relates to broadband communication networks, and in particular to local area broadband communication networks.

## 3. Related Art

[003]   The worldwide utilization of external television ("TV") antennas for receiving broadcast TV, cable television (CATV), and satellite TV is growing at a rapid pace. These TV signals received via an external TV antenna, cable TV and satellite TV, such as a direct broadcast satellite ("DBS") system, are usually located on the exterior of a building (such as a home or an office) and enter the building at a point-of-entry ("POE").

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

Multiple TV receivers, audio video receivers, and/or video monitors devices may be located within the building and these multiple devices may be in signal communication with the POE via a broadband cable network that may include a plurality of cables and cable splitters.   Generally, these cable splitters are passive devices and distribute downstream signals from the POE to various terminals (also known as "nodes") in the building.   The nodes may be various types of customer premise equipment ("CPE") such as cable converter boxes, televisions, video monitors, cable modems, cable phones, audio video receivers, set-top boxes (STBs) and video game consoles.

[004]   Within a typical building or home, there may be a mixture of coaxial cables of varying types and quality, such as RG-59, RG-6, RG-6 quad shield. Creating a less than optimal RF environment within the cable.   Further, typical homes do little or no termination of cable outlets enabling the introduction of RF interference into the coaxial cables.   Another problem often encountered with a typical home or building coaxial cable configuration is the use of multiple splitters of varying quality and frequency ranges.   Thus, creating a problem for known approaches to local area networking over coaxial cable.   Such networking often requires a more controlled RF environment or higher quality cabling to support higher frequency ranges.

[005]   Typically, a STB connects to a coaxial cable at a wall outlet terminal and receives cable TV and/or satellite TV signals.   A device, such as the STB, connected to the coaxial cable may be called a node.   Usually, the STB receives the cable TV and/or satellite TV signals and converts them into tuned RF TV signals that may be received by the TV receiver and/or video signals that may be received by a video monitor.

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

[006]   In FIG. 1, an example of a known broadband cable network 100 (also known as a "cable system" and/or "cable wiring") is shown within a building 102 (also known as customer premises) such as a typical home or office.  The broadband cable system 100 may be in signal communication with an optional cable service provider 104, optional broadcast TV station 106, and/or optional DBS satellite 108, via signal path 110, signal path 112 and external antenna 114, and signal path 116 and DBS antenna 118, respectively.  The broadband cable system 100 also may be in signal communication with optional CPEs 120, 122 and 124, via signal paths 126, 128 and 130, respectively.

[007]   In FIG. 2, another example of a known broadband cable system is shown within a building (not shown) such as a typical home.  The cable system 200 may be in signal communication with a cable provider (not shown), satellite TV dish (not shown), and/or external antenna (not shown) via a signal path 202 such as a main coaxial cable from the building to a cable connection switch (not shown) outside of the building.  The cable system 200 may include a multi-tap device 204 which allows communication to neighboring homes, a POE to the home, which in this system may also be considered a Root Node 210, N:1 Splitters 214, 222, 230, and 234, and node devices 228, 250, 252, 254, 256, 258, and 260.

[008]   Within the cable system 200, the Multi-Tap 204 may be in signal communication with the Root Node 210 via signal path 208.  The Root Node 210 may be the connection point from the cable provider that is located external to the building of the cable system 200.  The Root Node 210 may be implemented as a coaxial cable connector, transformer and/or filter.

4

[010]   The N:1 splitter 214 acts as the main splitter and may be in signal communication with N:1 splitter 222, node device 228, and N:1 splitter 230 via signal paths 216, 218 and 220, respectively.   The N:1 splitter 222 may be in signal communication with node devices 250, 252, and 254 via signal paths 224, 225 and 226, respectively.   The N:1 splitter 230 may be in signal communication with node device 260 and N:1 splitter 234, via signal paths 240 and 232, respectively, and N:1 splitter 230 in turn may be in signal communication with node devices 256 and 258 via signal paths 236 and 238, respectively.   The N:1 splitters 214, 222, and 230 may be implemented as coaxial cable splitters.   The node devices may be comprised of numerous known STB coaxial units such as cable television STBs and/or satellite television STBs, as well as various video and multimedia devices typically found in the home or office.   Typically, the signal paths 222, 216, 218, 220, 222, 224, 225, 226, 232, 236, 238, and 240 may be implemented utilizing coaxial cables.

[011]   In an example operation, the cable system 200 would receive CATV, cable and/or satellite radio frequency ("RF") TV signals 262 from the Multi-Tap 204 via signal path 208 at the Root Node 210.   The Root Node 210 may pass, transform and/or filter the received RF signals to a second RF signal 264 that may be passed to N:1 splitter 214 via signal path 212.   N:1 splitter 214 may then split the second RF signal 264 into split RF signals 266, 268 and 270.   The split RF signal 266 is then passed to N:1 splitter 222 and the split RF signals 272, 274 and 276 are passed to node devices 250, 252 and 254 via signal paths 224, 225 and 226, respectively.   If the node device is a STB, the node device

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

may convert the received split RF signal into a baseband signal (not shown) that may be passed to a video monitor (not shown) in signal communication with the STB.

[012]   In recent years, numerous consumer electronics appliances and software applications have been developed and continue to be developed that utilize the coaxial cable in home distribution network.   Thus, the numbers and types of CPEs that can be utilized in buildings increase such as televisions, video monitors, cable modems, cable phones, video game consoles, and audio components, as well as various storage devices, there is a growing need for different CPEs to communicate between themselves in a network type of environment within the building.   As an example, users in a home may want to share other types of digital data (such video and/or computer information) between different devices in different rooms in a building.

[013]   Unfortunately, most broadband cable networks (such as the examples shown in both FIG. 1 and FIG. 2) presently utilized within most existing buildings are not configured to allow for networking between CPEs.   Most broadband cable networks utilize broadband cable splitters that are designed to split an incoming signal from the POE into numerous split signals that are passed downstream to the different nodes in different rooms.   The existing conventional wisdom is that the use of splitters in the existing broadband cable networks prevents networking between devices in the network because signals returning from the devices cannot be routed back through the splitters, i.e., cannot "jump" a splitter.

[014]   As an example, in a typical home the signal splitters are commonly coaxial cable splitters that have an input port and multiple output ports.   Generally, the input port is

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

known as a common port and the output ports are known as tap ports. These types of splitters are generally passive devices and may be constructed using lumped element circuits with discrete transformers, inductors, capacitors, and resistors and/or using stripline or microstrip circuits.

[015]   Presently many CPEs utilized in modern cable and DBS systems, however, have the ability to transmit as well as receive. If a CPE is capable of transmitting an upstream signal, the transmitted upstream signal from that CPE typically flows through the signal splitters back to the POE and to the cable and/or DBS provider. In this reverse flow direction, the signal splitters function as signal combiners for upstream signals from the CPEs to the POE. Usually, most of the energy from the upstream signals is passed from the CPEs to the POE because the splitters typically have a high level of isolation between the different connected terminals resulting in significant isolation between the various CPEs.

[016]   The isolation creates a difficult environment in which to network between the different CPEs because the isolation results in difficulty for transmitting two-way communication data between the different CPEs. Unfortunately, CPEs are becoming increasingly complex and a growing number of users desire to connect these multiple CPEs into different types of networks.

[017]   Therefore, there is a need for a system and method to connect a variety of CPEs into a local data network, such as a local area network ("LAN"), within a building such as a home or office, while utilizing an existing coaxial cable network within the building. Additionally, there is a need for the system and method to have the capability of allowing

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

the user to incorporate a variety of newly developed CPEs into the local data network quickly and easily.

## SUMMARY

[018]   A broadband coaxial network (BCN) network formed by a plurality of common coaxial network elements that may include passive splitters and coaxial network nodes where a signal is transmitted from a first BCN modem to one or more other BCN modems with the signal having multiple paths caused by reflected signals from the splitters and coaxial network elements.   A network controller (NC) BCN modem is established by the activation of the first BCN modem.   The other BCN modems in the network then communicate with the NC when accessing the network.   Further, a bridge is created between a first type of network and a second type of network, such as a Ethernet wiring to a coaxial network wiring.

[019]   Other systems, methods, features and advantages of the invention will be or will become apparent to one with skill in the art upon examination of the following figures and detailed description.   It is intended that all such additional systems, methods, features and advantages be included within this description, be within the scope of the invention, and be protected by the accompanying claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

[020]   The invention can be better understood with reference to the following figures. The components in the figures are not necessarily to scale, emphasis instead being placed

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

upon illustrating the principles of the invention. In the figures, like reference numerals designate corresponding parts throughout the different views.

[021]   FIG. 1 shows a block diagram of an example implementation of a known broadband cable system within a building.

[022]   FIG. 2 shows a block diagram of another example implementation of a known broadband cable system within the building shown in FIG. 1.

[023]   FIG. 3 shows a BCN network within a home or building.

[024]   FIG. 4 illustrates a satellite television bridging approach that employs the BCN network of FIG. 3.

[025]   FIG. 5 illustrates another satellite television bridging approach that employs the BCN network of FIG. 3.

[026]   FIG. 6 is a block diagram of a multiple dwelling implementation that employs a BCN network.

[027]   FIG. 7 is a block diagram of the BCN network of FIG. 3.

[028]   FIG. 8 is an illustration of a functional diagram showing the communication between various nodes of FIG. 3.

[029]   FIG. 9 is another functional diagram showing the interfaces and functional relationships between the Nodes of FIG. 3.

[030]   FIG. 10 shows a block diagram of an example implementation of the BCN network of FIG. 7.

[031]   FIG. 11 illustrates another block diagram of an example implementation of the BCN network of FIG. 7.

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

[032]   FIG. 12 shows another block diagram of an example implementation of the BCN network of FIG. 7.

[033]   FIG. 13 shows a plot of the maximum bit-loading constellation versus frequency.

[034]   FIG. 14A shows a plot of the bit-loading constellation versus carrier number for the channel path between node A and node B of FIG. 7.

[035]   FIG. 14B shows a plot of the bit-loading constellation versus carrier number for the channel path between node A and node C shown in FIG. 7.

[036]   FIG. 14C shows a plot of the bit-loading constellation versus carrier number for the resulting broadcast channel path between node A and node B and node A and node C based on the constellations shown in FIGs. 14A and 14B.

[037]   FIG. 15 shows a block diagram of an Ethernet bridge node of the BCN network for FIG. 7 is shown.

[038]   FIG. 16 is a block diagram of a cable home gateway node.

[039]   FIG. 17 is a block diagram of an Ethernet bridge with integrated router.

[040]   FIG. 18, an illustration of frequency plans.

[041]   FIG. 19 is diagram of a plurality of BCN modem enable devices.

[042]   FIG. 20 shows a flowchart illustrating the method performed by the BCN network shown in FIG. 7.

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

### DETAILED DESCRIPTION

[043]   In the following description of the exemplar embodiment, reference is made to the accompanying drawings that form a part hereof, and in which is shown by way of illustration a specific embodiment in which the invention may be practiced.  It is to be understood that other embodiments may be utilized and structural changes may be made without departing from the scope of the present invention.

[044]   Turning to FIG. 3, a diagram 300 of a BCN network within a home or building 302 is shown.  A cable/terrestrial network connection 304 is made at a POE 306 in home 302.  The home 302 has a satellite dish 308 that may also enter at the POE 306.  The satellite dish 308 and cable/terrestrial network 304 may carry data, video, and audio signals that may be encoded as analog signals and/or digital signal.

[045]   A BCN network 310 within the home 302 connects with the satellite dish 308 and cable/terrestrial network 304 at POE 306.  The BCN network 310 may have connections in different rooms of the home 302, for example a family room 312, kitchen 314, office/den 316, master bedroom 318, and kids bedroom 320.  In the family room 312, there may be electrical devices such as a home media server 320 (DVRs such as a personal computer, REPLAYTV or TIVO) that may be connected to a television (i.e. normal television or high definition) or video monitor 322.  Another type of device in the family room 312 connected to the BCN network 310 may be a wireless access point (AP) 324 that communicate with wireless devices such as WebPad 326 using a communication standard such as 802.11 (a, b, and/or g), or BlueTooth to name but a few communication standards.  In the kitchen 314, a network audio appliance 328, such as a WMA/MP3

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

Audio Client, may be connected to the BCN network 310.  Further, a personal computer 330 having wireless access ability may communicate with the wireless AP 324 located in the family room 312.

[046]   The upstairs of home 302 is shown with a media center personal computer 332 connected to the BCN network 310 in the office/den 316.  The master bedroom 318 may have a STB 334 that may demodulate an analog or digital signal from a cable headend or a satellite receiver connected to television or video monitor 336.  In the kid's room 320, another STB 338 and television or video monitor 340 is shown along with another wireless access point 342 connected to the BCN network 310.

[047]   The different types of devices connected to the BCN network 310 are provided as examples of some of the different types of video, data, multimedia, and audio devices that may be typically coupled to the BCN network 310.  The BCN network 310 enables two-way communication between network entities such as the media center personal computer 332 and laptop computer 330 via the wireless AP 324 or 342.  The BCN network 310 may also provide streaming multimedia support to transport audio and video, for example, from the media center PC 332 to the home server 320.

[048]   The BCN network 310 may also connects BCN modems that may be present in the different devices shown in FIG. 3 in a peer-to-peer mesh network, such that every BCN modem enabled device can communicate directly with any other BCN modem enabled device on the network. Also, in addition to the peer-to-peer communications, the system can also offer capabilities that may be point-to-multipoint optimized.  The BCN modem may be a device that communicates across one or more of multiple RF channels

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

where the communications over each RF channel by the various devices is divided by time, where each device transmit in a different time slot, typically referred to as a time division multiple access (TDMA) communication, and each device transmits or receive at a time denoted as time division duplex (TDD). Thus, enabling one node to transmit at a time into an assigned TDMA frequency channel.

[049] Due to the unique transmission characteristics of the in-home coaxial network, which include a highly dispersive environment with very large multipath reflections and a potential different channel response between each pair of BCN modems in either direction, the lower network layer of the BCN network 310, denoted as the Physical Layer (or PHY layer) may be implemented with a modulation precoding (where the modulating waveform is modified to adapt to the channel in a format that is known to the demodulator in most cases) approach such as orthogonal frequency division multiplexing (OFDM). OFDM is a modulation technique that splits the datastream into multiple RF sub-channels, each of which is sent over a subcarrier frequency. With the OFDM technique, the signal-to-noise ratio of each of subcarrier frequencies must be carefully maintained in order to ensure maximum performance. Other precoding methods besides adaptive OFDM may be used in the BCN network 310 with single broadband carrier system such as Tomlinson pre-coding or others.

[050] In a typical application, each frequency channel of operation may constitute a separate network of communicating devices. It is also possible to include a network of multiple frequencies, but the operation of such a network requires rapid frequency changes by BCN modems on a packet-by-packet basis. In a single frequency of

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

operation, one of the BCN modems is assigned as the Network Controller (NC) and provides all the necessary information allowing other BCN modem to be admitted to the network, adapt to the network characteristics, synchronize to the network timing and framing, make transmission requests and be able to communicate with some or all of the other BCN modems in the network.. In the current approach, the first BCN modem in the BCN network 310 becomes the NC and the other BCN modems may be referred to as slave BCN modems.

[051]   The NC provides network timing synchronization including the timing of admission area for slave BCN modems. When a BCN modem is activated, it attempts to locate the network timing by receiving a beacon identifying network timing and essential network control information including network admission area, and other information identifying the time location and characteristics of other important and valid information such as future beacon locations, future channel assignment information, etc. Any  BCN modem that wishes to be admitted to the network, then transmits an admission request signal to the NC using the identified admission area. If collision occurs in the admission area between slave BCN modems, then an appropriate back-off algorithm may be used to resolve the collision and enable the colliding slave BCN modems to access the admission area at different times. Otherwise admission to the BCN network 310 may be achieved.

[052]   Once a new BCN modem establishes its identity and its communications with the NC it can start a network admission process that include several steps, including the optimization of its communications with the NC based on the channel response characteristics between the BCN modem and the NC in either communications direction,

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

the optimization of the transmission characteristics between the BCN modem and any of

the other BCN modems already in the network, any calibration requirements to ensure

adequate communications, etc. Once admitted to the BCN network 310, the slave BCN

modem can communicate efficiently with every other node in the network. The NC BCN

modem assigns timeslots to the BCN modem to make requests for transmission

opportunities to enable the communication between the slave BCN modem and each of

the other nodes in the BCN network 310. Once the slave BCN modem contacts another

node, the data path or link between the slave BCN modems and the other nodes may be

optimized. By the end of the admission process, the slave BCN modem knows how to

transmit efficiently to every other node in the BCN network 310 and subsets of nodes.

[053]  Different types of data packets may be used to transmit data across a TDMA

channel. The three most prevalent packet types for example are, robust packets, probe

packets and data transfer packets. The robust packet main characteristics is that it can be

received by any BCN modem in the network even before channels are optimized. The

robust packets contain significant redundancy and are transmitted using lower order

modulation. The robust packet type is used mainly to broadcast information to all nodes

in the BCN network 310 and to enable communications between them before the network

is optimized, or to communicate most important control and timing information. One of

the robust packet may be called a beacon that may be sent at anytime, no matter the

quality of the link to provide the basic timing and control information that may be

required for robust network operation.. The robust packet may also transfer original

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

contention and admission information.  Another type of robust packet may be used for influencing hardware, i.e. a global reset of all BCN modems in the BCN network 310.

[054]   The probe packet type may be used for at least three functions in a BCN network 310.  The first use for the probe packet is link optimization.  An echo profile probe is sent to determine how far apart the BCN modems (i.e. nodes) are in the BCN network 310.  The determined distance between nodes is used to calculate the cyclic prefix that is used in messages to accommodate echo and multipath.

[055]   Another probe function may be for hardware calibration.  The probe may be used for calibrating the I/Q transmission signals of the up and down conversion process.  The I/Q transmission signal may be off from the optimal 90 degree and I, Q amplitude balance and require calibration.  One can accommodate a less stringent I, Q requirements by using probe packets to be transmitted and received just for this purpose. The probe packet may also be used by requesting a timeslot to be allocated by a NC that may be used by a BCN modem to send packets to itself or other nodes in order to calibrate parameters such as power level, filters, in addition to the I/Q transmission signal.

[056]   The third type of packet is the data transport packet.  The data transport packet is used to transfer data between nodes in the BCN network 310.  These packets are denoted as MAC packet unit (MPU).

[057]   The BCN network provides both best effort and reserved communications capabilities. It can also support asynchronous and isochronous communications services.  In the best effort services, any packet received by a BCN modem for communications over the network requires the BCN modem to make a request to the NC and receive a

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

time allocation grant to transmit the packet. The BCN modem can make requests for data transmission opportunities for more than one packet but the key characteristics of this operation mode is that transmission requests and grants are made based on a packet or multiple packet transmission requirements basis and is of a temporary basis; i.e.; no long term data transmission allocations commitments are provided to a BCN modem. In the reserved mode, certain long-term data transmission requests and grants are made. In case, the requests and grants can take several forms. A common method may be implemented where a BCN modem node makes a request and is granted a specific allocation for a certain data rate; for example, a BCN modem node may request 10 Mbps channel for a definite or indefinite duration. In this case, the NC controller may allocate a certain packet transmission opportunities for this node that will amount to the requested data rate. This allocation may be provided for significant time duration until the requested duration is expired, no data is transmitted for a predetermined duration, higher priority traffic needs the required allocation or any other network policy. Another method for a reserved channel allocation may include a base allocation (that may be of any size) and additional allocations which are based on a flow control method that allows the NC to monitor a transmit buffer at the transmitting node (or other traffic requirement indication) and provide a variable transmit opportunities according to the transmit buffer load or other indicators.

[058] The NC BCN modem may also provide asynchronous and isochronous functionality. These characteristics are similar to the best effort and reserved channel and at times use the terms interchangeably, but here we pay attention on the timeliness of the

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

services.  Asynchronous functionality is similar to the best effort discussed above, but the

term focus on the in determined nature of the timing of delivery.  Since this service is in

response mostly to a packet delivery that is of random nature, the BCN network does not

provide a tight timing control on the latency of packet delivery through the BCN

network.  Priorities may also be assigned to packets within the BCN network 310 to

ensure a priority delivery to certain packets based on 802.1p priority tags. Packets of

higher priority made have preference transversing the network as established by a NC

policy.   Yet another example of asynchronous functionality may be flow-controlled

reservation of timeslots and/or bandwidth for BCN modems.  Flow-controlled reservation

may include every node being able to communicate the status of its transmission buffer

status to the NC BCN modem.  The NC BCN modem may give opportunities to transmit

even if the other nodes have not requested opportunities for transmission. An isochronous

service is similar to the reserved service but the focus is on a tight control on the delivery

time and time variation through the network. Certain communications services, such as

MPEG Transport Stream (MPEG-TS) may have a tight jitter requirements. In order for

the BCN network to support such services, its own communications services needs to be

able to limit the delay and delay jitter through the BCN network. This can be done

through the assignment of a tightly controlled reserved bandwidth allocation.

[059]   As discussed in the above sections, the BCN network may offer both

asynchronous best effort communications services and isochronous, reserved data

transport services. An adaptation layer between other communications services and the

BCN network allow to provide a wide range of communications services over the BCN

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

network and may be implemented in the protocol above a MAC layer for transport. The adaptation layer provides the specific protocol interface to the outside network and adapts it to the BCN network, inside the network. It provides all the necessary functions to adapt the specific protocol to be transported over the BCN network. This adaptation may include the same protocol on both sides of the network or may include protocol conversion functionality where one node may be adapted to one protocol is able to communicate with another node that may be adapted to another protocol. A simple example may include a device with Ethernet interface to a BCN node communicating with a device with a USB interface device to a BCN node. The adaptation layer may transport other protocols, such as Ethernet, MPEG Transport Streams, IEEE 1394, and universal serial bus (USB) data over the BCN network. For example, a native MPEG packet from a MPEG transport stream is 188 bytes long and is transmitted with a defined clocking system, so the packets arrive in a predicted fashion. The 188 bytes are placed (or encapsulated) in a packet for transmission between BCN modems. Since a MPEG stream packet is always 188 bytes, and its timing of arrival is very well predicted, the bandwidth required in the BCN network 310 may be reserved to match the predicted arrival time and can be transported over the BCN network very efficiently. Additional data, such as timestamps may be added to the encapsulated protocol without an impact on that data in order to assure extremely low jitter delivery. Also, the MPEG-TS adaptation layer can provide Program ID filtering to select just the desired programs for delivery over the BCN network.

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

[060]   Another possible adaptation layer if for Ethernet services. In this case, the adaptation layer may utilize the BCN network asynchronous, best effort services to transport Ethernet packets over the BCN network. This adaptation layer may include also the utilization of 802.1p priorities to provide a preferential transport to higher priority packets.

[061]   A third adaptation layer may include IEEE-1394 transport through the BCN network. In this case, the adaptation layer may utilize both the isochronous, reserved allocations of the BCN network service to transport the 1394 isochronous packets and the asynchronous service to transport the asynchronous 1394 packets. Also, it can transport the whole 1394 transport through the isochronous, reserved allocations. In a similar fashion a USB adaptation layer can transport USB packets through the network.

[062]   The BCN modems in the BCN network 310 may use power control in order to manage the interference generated by and to each of the BCN modems by other BCN modems and other devices on the network.  Nodes or BCN modems that are close to each other  may be subject to lower attenuation so require less  power to communicate at a given data rate than nodes that are further apart.  The nodes have the ability to adjust transmit power as communications needs dictate in order to achieve the required throughput with potentially lower transmit power.  Thus, the interference created by transmitting nodes is minimized in the BCN network 310. Other power control strategies are also possible. If the network is subject to a significant ingress or other interference from devices in the BCN network, transmitting to an interfered with node at maximum

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

power may overcome the interference. Other nodes that may not suffer the interference may be communicated with only at the nominal or controlled power level.

[063]   The NC BCN modem is established when the first BCN modem is activated in the cable network.  In the current implementation, if the NC BCN modem dies or becomes unavailable, a successor takes it place.  The successor may be the second BCN modem activated in the cable network and may monitor a signal from the NC BCN modem.  If the signal is not received for a predetermined amount of time, then the successor becomes a NC for the BCN network 310.  If both the first and second BCN modems are unavailable, then either a third designated node (if exists) may take over or a hunt for a NC occurs between the slave BCN modems based on a defined strategy or a random fashion with the appropriate back-off strategy to resolve conflicts.   In other implementations, the slave BCN modem to take over as a NC may be based on random numbers selection, back-off timers, or similar approaches that vary slave BCN modems determining that a NC is unavailable.  This feature may be referred to as NC mobility.

[064]   The NC BCN modem is responsible for managing the BCN network 310.  The NC BCN modem manages the slave BCN access to the BCN network 310 and coordinates assignment of time slots for all BCN modems within a BCN network 310.  Additionally, the NC BCN provides synchronization and timing to the other BCN modems in the BCN network 310.

[065]   In another implementation, the NC BCN modem communicates with each of the other BCN modems and characterizing each of the possible communication paths to the other BCN modem.  Once the paths to the other BCN modems are characterized, the NC

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

then optimizes the communication to maximize transmission/reception efficiency and

quality. Further, the NC BCN modem may periodically probe the other BCN modems

and continually makes adjustments to maintain the efficiency and quality. Thus, each

path or channel to between BCN modes is individually characterized.

[066]   The BCN network may also span across several channel frequencies, where a

single NC may control several frequencies. In this case, the NC may control the access to

multiple channel frequencies by controlling not only the time slot allocations of BCN

modems in the network but also their operating frequencies. An example of this network

may include a NC that controls more than one frequency channels and may assign

communications resources to all the BCN modems in the frequencies under its control.

Such network may include the assignment of other BCN modems to a given frequency

for a certain duration or assign communications resources such as transmission slots and

frequencies on a packet by packet basis. All other descriptions above are relevant to such

operation as well.

[067]   Turning to FIG. 4, a satellite television bridging approach that employs the BCN

network of FIG. 3 is illustrated 400. A satellite LNB+coupler 402 receives and down

converts a satellite signal. The signal is carried by a coaxial cable 404 to a room 406

having a STB 408 that demodulates the satellite signal into a signal for display on

television 410. The STB 408 may be equipped to stream a digital encoded video show

via a BCN modem located in the STB to another BCN modem. The streamed video may

be transmitted from the STB 408 to another room 412 via the LNB+coupler 402. The

streamed video may be received at the slave BCN modem 414 that is attached to

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

television 416. The slave BCN modem communicates with other networking devices such as a router 418, DSL/Cable Modem 420, and a A/V jukebox 422 using a communication standard such as TCP/IP over Ethernet or IEEE1394 standard. The A/V jukebox 422 may have a network accessible storage (NAS). The router may be connected to a personal computer 426 that communicates via a USB connection with a printer 428.

[068] The satellite signal is received at the LNB+coupler 402 and is then transmitted via the coaxial cable 404 to the STB 408. The STB 408 has 1+N tuner used to select desired channels. The N tuners may select a channel and encode the signal received at the selected channel as a digit video data stream. The data stream is carried by the BCN network back to the LNBs+coupler 402 to the device having the slave BCN modem located in another room 412 for display on television 406 or thru the router 418 to be displayed on the personal computer 426. Such transmission of data between devices and rooms may occur to any number of rooms, provided a slave BCN modem is present on the BCN network in another room. Transmission may be point-to-point or point-to-multipoint.

[069] In FIG. 5, another satellite television bridging approach that employs the BCN network of FIG. 3 is illustrated 500. A cable 502 from a satellite antenna is coupled to a STB 504 having 1+N receivers. The STB 504 may have a second connection via a BCN modem to the BCN network 310 via cable 506 and cable television (CATV) drop 508. The BCN network 310 has outlets in other rooms, such as 412.

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

[070]  In this implementation, the satellite signal is received as the STB via cable 503. At least one of the 1+N tuners converts the signal into a video signal for display on a television. That signal then encoded into a digital stream and transmitted across the BCN network 310 by the BCN modem enabled device. The digital stream is then received in another room 412 at a device having a slave BCN modem. The digital stream is then converted or modulated for display on a television 416 or directly streamed to a personal computer 426. Even though digital streaming of video was used to demonstrate data transmission across a BCN network, other types of data may be exchanged to transmit and/or received.

[071]  Turning to FIG. 6, a block diagram 600 of a multiple dwelling implementation that employs the BCN network is shown. It is often desirable to provide office building and apartment/condominium developments with cost effect data and video distribution. Such a system may be referred to as an access type implementation and is described with a cable television (CATV) head end 602 being a source for reception of video transmission and connection to other two-way networks for data and video. The CATV headend 602 may have encoder 604 that encodes a video signal onto an optical physical transport medium, such as multimode fiber-optic cable 606. The headend 602 may also have an Ethernet to passive optical network (E-PON) transceiver 608 that converts Ethernet data to a frequency for transmission over a fiber-optic cable 610. The fiber-optic cables 606 and 610 may be terminated at a hybrid fiber-optic cable (HFC) node 612.

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

[072]   The HFC node 612 may have a decoder 614 to decode the received video signal for transmission over a coaxial cable 616. The coaxial cable 616 may have one or more amplifiers 618 to maintain the transmitted signal strength. A passive optical network (PON) splitter 620 may split the optical signal to multiple location terminations, i.e. 16 terminations.

[073]   At least two different access type implementations may occur in a multi-dwelling unit (MDU) where data may be supplied by fiber-optic cable to the MDU and distributed to the different units on the coaxial cable typically used for video services, such as cable television distribution. The first, referred to as "Type A MDU" dwelling 622, has a POE 624 to the dwelling 622. The coaxial cable within the dwelling 622 forms the BCN network 623. Often within the dwelling 622, one or more amplifiers 626, 628 are installed along with one or more passive splitters 630 to form the BCN network 623. The BCN network 623 is connected to BCN modems 632, 634, and 636 that enable Ethernet traffic to be carried over the BCN network 623. The BCN modem 632 may be connected to a personal computer (PC) 638, as BCN modem 634 is connected to PC 640, and BCN modem 636 to PC 642. The BCN network may also carry analog or digital video signals to set-top boxes 644, 646, and 648 that may be connected to televisions 650, 652, and 654.

[074]   The BCN network 623 is connected to the Internet via a BCN modem enabled Ethernet hub 656 that is shown connected to a optical network unit 658 that functions as a transceiver on the fiber-optic cable 660 connected to PON 620. Thus downstream video

and audio signals are transmitted via the HFC node 612 to the dwelling 622.  A two-way

data path exists from the ONU 658 to the E-PON 608 located at the headend 602.

[075]   The "Type A" MDU implementation enables multiple units, i.e. 32 units in the

preferred embodiment, to share the BCN modem tranceiver enabled Ethernet hub 656

and ONU 658.  The communication between devices, such as PCs 638 and 640 in the

"Type A" implementation flows thru the PON 620 and head end 602.  This is opposed to

the single home BCN network, shown in FIG. 3 where devices within the home

communication within the home with each other.

[076]   The other access type implementation, "Type B" MDU 661, has a coaxial cable

POE 662 connected to the internal coaxial network 663.  The internal coaxial network

663 may have passive elements such as splitters 664 and active elements, such as

amplifiers 668.   The coaxial network 663 may have BCN modems 670 and 672

connected to PCs 674 and 676 or other Ethernet enabled devices.  The BCN modems 670

and 672 communicate with the BCN modem enabled Hub 673 that is coupled to the ONU

675 for bi-directional communication with the PON 620 a fiber optical cable 677.  One or

more STBs, such as 678 may be connected to televisions, such as 680 and the coaxial

network 663.   Unlike the "Type A" MDU implementation, the "Type B" MDU

implementation has some units with access to the BCN Modem with hub 673 while

others only receive the traditional features provided by a cable company.

[077]   Within either the "Type A" or Type B" MDU implementations, the coaxial cable

employs a frequency plan 690 that uses 50-750MHz 692 for broadcasting of video and

audio signals. Another area of the frequency plan 690 employs a 50MHz bandwidth 694

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

at approximately 900MHz for use by the BCN modems. The upper end of the frequency band 1030MHz – 1450MHz 696 may be used by satellite television systems, such as DIRECT TV.

[078]   The BCN modems are able create a BCN network while supporting features such as high definition television, Dolby 5.1 digital audio, parental control systems, return channels (remote or interactive television) and internet data. They enable CPE devices that are TCP/IP enabled to communicate across the BCN network by communicating with a BCN modem that receives the data via a communication protocol, such TCP/IP and converts the TCP/IP signal into a signal for transmission across the BCN network.

[079]   The BCN modems may use encryption algorithms to encode data to be transmitted across the BCN network. The transmitted data is then decoded at the receiving BCN modem for deliver to another CPE. The encryption may include four active 56-bit DES keys. The first key may be a management message that may have a static password derived key. The second key may be a initial privacy management message that also may have a static password derived key. The third key may be carried in a privacy management message and include a dynamically randomly generated key. The fourth key is a traffic key that is dynamic randomly generated key. Passwords are typically not derivable from the keys in current implementation.

[080]   In FIG. 7, a block diagram 700 of the BCN network of FIG. 3 is shown. The coaxial cable 304 enters the premises at the POE 306. One or more passive splitters, such as passive splitter 722 may be in the BCN network 310. The passive splitter 722 may be a one-way or two-way splitter. The splitter 722 splits the coaxial cable 730 into multiple

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

lines 732, 734, and 736.  The coaxial cable 732 is coupled to Node A 724, coaxial cable

734 is coupled to Node B 726, and coaxial cable 736 is coupled to Node C 728.  Each

Node may have a BCN modem that transmits and receives TCP/IP data over their

respective coaxial cable 732, 734, or 736.  The BCN modem also convert a physical layer

from a twisted pair Ethernet cable 710, 712, and 714 to the BCN network.  Each CPE

704, 706 and 708 may be connected to a respective Ethernet cable 710, 712, or 714.  The

different CPEs 304, 306 and 308 may communicate over the BCN network across the

splitter 722

[081]   In FIG. 8, a functional diagram 800 showing the communication between various

nodes, Node A 724, Node B 726, Node C 728, and Node D 808, in the form of a virtual

logical mesh network is shown.  The nodes 724, 726, 728 and 808 may be interconnected

between node pairs utilizing corresponding inter-node channels between the node pairs.

It is appreciated to those skilled in the art that even if the nodes are individually

connected with one another via a signal inter-node channel between the node pairs, each

inter-node channel between node pairs may be asymmetric.  Therefore, inter-node

channels between Node A 724, Node B 726, Node C 728 and Node D 408 may be

asymmetric and utilize different modulation schemes, such as bit-loading, depending on

the direction of the signals between the nodes.  As a result, the typically asymmetric

inter-node channels between Node A 724, Node B 726, Node C 728 and Node D 808

may be described by the corresponding direction-dependent node channels AB, BA, AC,

CA, BC, CB, AD, DA, BD, DB, CD and DC.

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

[082]   As an example, Node A 724 is in signal communication with Node B 726 via

signal paths 810 and 812.  Signal path 812 corresponds to the AB channel and signal path

810 corresponds to the BA channel.   Additionally, node A 724 is also in signal

communication with node C 728 via signal paths 822 and 824.   Signal path 822

corresponds to the AC channel and signal path 824 corresponds to the CA channel.

Similarly, Node B 726 is also in signal communication with Code C 728 via signal paths

802 and 804.   Signal path 804 corresponds to the BC channel and signal path 802

corresponds to the CB channel.

[083]   In this example, the AB channel corresponds to the channel utilized by node A

724 transmitting to Node B 726 along signal path 812.  The BA channel corresponds to

the reverse channel utilized by Node B 726 transmitting to Node A 724 along signal path

810.   Similarly, the AC channel corresponds to the channel utilized by Node A 724

transmitting to Node C 728 along signal path 822.  The CA channel corresponds to the

reverse channel utilized by Node C 728 transmitting to Node A 724 along signal path

824.   Moreover, the BC channel corresponds to the channel utilized by Node B 726

transmitting to Node C 728 along signal path 804.  The CB channel corresponds to the

reverse channel utilized by Node C 728 transmitting to Node B 726 along signal path

802.

[084]   In example of operation, in order for Node A 724 to transmit the same message to

both node B 726 and node C 728 using the AB channel along signal path 812 and AC

channel along signal path 822, Node A 724 will need to transmit (i.e., "unicast") the same

message twice, once to Node B 726 and a second time to Node C 728.   The double

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

transmission is needed because channel AB 812 and channel AC 822 may utilize different bit-loading modulation schemes. Further, the transmission paths are simplified on FIG. 8.

[085] In practice the first node (i.e. BCN modem) active in the network may assume the role as the NC. If Node A 724 is the first to be active on the network, it attempts to detect the NC. If no NC is found, Node A 724 assumes the role of NC. When a second node such as Node B 726 is coupled to the network, it listens for the NC. Node B 726 detects Node A 724 as the NC. Node A 724 and Node B 726 then determine the channel AB 812 and BA 810 characteristics. The channel characteristics are then used when communication occurs between Node A 724 and Node B 726. Similarly, the channel characterizes associate with the communication paths to the other BCN modes are determined and optimized, such as with Node D. Node D 808 may have channels DA 814 and AD 816, BD 818 and DB 820, and CD 826 and DC 828.

[086] The network topology shown in FIG. 8 is a full-mesh peer-to-peer network. The BCN modem may utilize other forms of network topology, which may include a partial-mesh network and a star network. In a star network, the optimized bit-loading scheme is established between a node device acting as the Network Coordinator and each of the remaining nodes in the network.

[087] The BCN modems may automatically be configured as either a NC or a slave during startup. Each BCN modem is capable of transmitting and receiving on a selected control and/or broadcast channel using what is commonly referred to as precoding. The

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

selected broadcast channel is selected as a channel having sufficient quality to enable all BCN modems to communicate with the NC.

[088]   If a BCN modem is started and it does not detect a control channel with a NC BCN modem, then it assumes the roll as a NC.  Otherwise a NC BCN modem is detected and the BCN modem starting up is configured as a slave BCN modem.  For example, when Node a 724 starts up first and assumes the role of NC and the other Nodes B 726 and Node C 728 startup later as slave BCN modems.  If two or more BCN modem startup at the same time, a random back off timer may be used to stager the establishment of a NC BCN modem.  Further, if a network is divided, a BCN modem slave will determine that no NC is present and assume the role of the NC.

[089]   Once a NC, such as Node A is established the quality of the data paths to the other nodes and between the other nodes is determined.  There may be multiple paths (up and down) between Node A and the other Nodes due to the signal reflections that occur at splitters and other network connections.  Both data paths for communication between selected nodes is determined and the path between one node to multiple nodes commonly called multicast is determined.  It is not necessarily true that the best signal quality path for a pair of nodes will be the best quality for a multicast to the pair of nodes and one or more other nodes.  Often it may be a common channel that has an acceptable quality for all the nodes involved in the multicast.

[090]   The multicasting is typically setup at the link layer of the protocol with a multicast group and members join and leave the group as required. A multicast address

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

translation protocol may map up to 64 multicast channels to unique BCN modem channels. Further, either the NC or slave BCN modem may initiate a multicast session.

[091] In FIG. 9, another functional diagram 900 showing the interfaces and functional relationships between the Nodes of FIG. 3 is shown. Node A 724 may transmit a message in broadcast mode (also known as a "multicast" mode) simultaneously to Node B 726 and node C 728 using an A-BC channel via signal path 902. The message transmission utilizing the A-BC channel, along signal path 902, is the equivalent of simultaneously transmitting a broadcast message from Node A 724 to Node B 726. For example, via an AB channel along signal path 812 and to Node C 728 via an AC channel along signal path 822 in a fashion that is similar to transmission described in FIG. 8. However, in order to ensure that both Node B 726 and Node C 728 receive the transmissions broadcast signal from Node A 724, Node A 724 utilizes a common bit-loading modulation scheme. The common bit-loaded modulation scheme transmitted via the A-BC channel, along signal path 902, is a combination of the bit-loading modulation scheme transmitted via the AB channel, along signal path 812, and the AC channel, along signal path 822.

[092] It is appreciated by those skilled in the art that the different channels typically utilize different bit-loading modulation schemes, because the channels typically are physically and electrically different in the BCN network. Physically the channels often vary in length between nodes and electrically vary because of the paths through and reflections from the various cables, switches, terminals, connections and other electrical components in the BCN network. A bit-loading scheme is described in U. S. Utility

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

Application Serial No. 10/322,834 titled "Broadband Network for Coaxial Cable Using Multi-carrier Modulation," filed December 18, 2002, which is incorporated herein, in its entirety, by reference.

[093]  The BCN network may operate with waveforms that utilize bit-loaded orthogonal frequency division multiplexing (OFDM).  Therefore, the BCN network may transmit multiple carrier signals (i.e., signals with different carrier frequencies) with different QAM constellations on each carrier.  As an example, over a bandwidth of about 50 MHz, the BCN network may have 256 different carriers that in the best circumstances would utilize up to 256 QAM modulation carriers.  If instead the channel is poor, the BCN network may utilize BPSK on all the carriers instead of QAM.  If the channel is good in some places and poor in others, the BCN network may utilize high QAM in some parts and lower types modulation in others.

[094]  As an example, in FIG. 10, a block diagram of an example implementation of the BCN network 700 for FIG. 7 is shown.  The BCN network 700 may be in signal communication with a cable provider (not shown), satellite TV dish (not shown), and/or external antenna (not shown) via a signal path 304 such as a main coaxial cable from the customer premises to a cable connection switch (not shown) outside of the customer premises.

[095]  The BCN network 700 may include the POE 306 and splitter network 722 that has a main splitter 1006, a sub-splitter 1008.  Nodes A 724, B 726 and C 728, and STBs A 1016, B 1018 and C 1020.  Within the BCN network 700, the POE 306 may be in signal

33

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

communication with the main splitter 1006 via signal path 1022. The POE 306 may be

implemented as a coaxial cable connector, transformer and/or filter.

[096]   The main splitter 1006 may be in signal communication with sub-splitter 1008

and Node C 728 via signal paths 1024 and 1026, respectively. The sub-splitter 1008 may

be in signal communication with Node A 724 and Node B 726 via signal paths 1028 and

1030, respectively. The main splitter 1006 and sub-splitter 1008 may be implemented as

coaxial cable splitters. Node A 724 may be in signal communication with STB A 1016

via signal path 1032. Similarly, Node B 726 may be in signal communication with STB

B 1018 via signal path 1034. Moreover, Node C 728 may be in signal communication

with STB C 1020 via signal path 1036. STBs A 1016, B 1018 and C 1020 may be

implemented by numerous well known STB coaxial units such as cable television set-top

boxes and/or satellite television set-top boxes. Typically, the signal paths 304, 1022,

1024, 1026, 1028, 1030, 1032, 1034 and 1036 may be implemented utilizing coaxial

cables.

[097]   As an example of operation, if STB A 1016 transmits a message to STB B 1018,

the message will propagate through two transmission paths from Node A 724 to Node B

726. The first transmission path 1040 travels from Node A 724 through signal path 1028,

sub- splitter 1008 and signal path 1030 to Node B 726. The second transmission path

includes transmission sub-paths 1042 and 1044. The first sub-path 1042 travels from

Node A 724 through signal path 1028, sub-splitter 1008, signal path 1024, main splitter

1006 and signal path 1022 to POE 306. The second sub-path 1044 travels from POE 306,

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

through signal path 1022, main splitter 1006, signal path 1024, sub-splitter 1008 and signal path 1030.

[098]  The first transmission path 1040 is typically very lossy and experiences a high amount of attenuation because of the isolation between the outputs of sub-splitter 1008. The second transmission path 1042, however, does not experience the attenuation of the first transmission path 1040.   The second transmission path 1042 results from the transmission of message signal 1046 from Node A 724 to the POE 306 along the first sub-path 1042 which results in a reflected message signal 1048 from the POE 306.  The reflected message signal 1048 results from impedance mismatches between the POE 306 and the rest of the BCN network 700.

[099]  As another example, in FIG. 11, another block diagram of an implementation of the BCN network 700 for FIG. 7 is shown.  In FIG. 11, the BCN network 700 may be in signal communication with a cable provider (not shown), satellite TV dish (not shown), and/or external antenna (not shown) via a signal path 304 such as a main coaxial cable from the customer premises to a cable connection switch (not shown) outside of the customer premises.

[0100] The BCN network 700 may include a POE 306 and main splitter 1006, a sub-splitter 1008, Nodes A 724, B 726 and C 728, and STBs A 1016, B 1018 and C 1020. Within the BCN network 700, the POE 306 may be in signal communication with main splitter 1006 via signal path 1022.  The POE 306 may be the connection point from the cable provider that is located external to the customer premises of the BCN network 700. The POE 304 may be implemented as a coaxial cable connector, transformer and/or filter.

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

[0101] The main splitter 1006 may be in signal communication with sub-splitter 1008 and Node C 728 via signal paths 1024 and 1026, respectively. The sub-splitter 1008 may be in signal communication with Node A 724 and Node B 726 via signal paths 1028 and 1030, respectively. The main splitter 1006 and sub-splitter 1008 may be implemented as passive coaxial cable splitters. Node A 724 may be in signal communication with STB A 1016 via signal path 1032. Similarly, Node B 726 may be in signal communication with STB B 1018 via signal path 1034. Moreover, Node C 728 may be in signal communication with STB C 1020 via signal path 1036.

[0102] As an example of operation, if STB A 1016 transmits a message to STB C 1020, the message will propagate through two transmission paths from Node A 724 to Node C 728. The first transmission path 1040 travels from Node A 724 through signal path 1028, sub- splitter 1008, signal path 1024, main splitter 1006 and signal path 1026 to Node C 728. The second transmission path includes transmission sub-paths 1042 and 1044. The first sub-path 1042 travels from Node A 724 through signal path 1028, sub-splitter 1008, signal path 1024, main splitter 1006 and signal path 1022 to POE 304. The second sub-path 1044 travels from POE 304, through signal path 1022, main splitter 1006, and signal path 1026 to Node C 728.

[0103] The first transmission path 1040 is typically very lossy and experiences a high amount of attenuation because of the isolation between the outputs of sub-splitter 1008 and main splitter 1006. The second transmission path, however, does not experience the attenuation of the first transmission path 1040. The second transmission path results from the transmission of message signal 1046 from Node A 724 to the POE 304 along the

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

first sub-path 1042 which results in a reflected message signal 1048 from the POE 304. The reflected message signal 1048 results from mismatches between the POE 304 and the rest of the BCN network 700.

[0104]   As still another example, in FIG. 12, another block diagram of an example implementation of the BCN network 700 of FIG. 7 is shown.   Similar to FIGs. 10 and 11, in FIG. 12, the BCN network 700 may be in signal communication with a cable provider (not shown), satellite TV dish (not shown), and/or external antenna (not shown) via a signal path 304 such as a main coaxial cable from the customer premises to a cable connection switch (not shown) outside of the customer premises.

[0105]   The BCN network 700 may include a POE 304 and a network of splitters 722, such as main splitter 1006 and a sub-splitter 1008.   The BCN network 700 may also have Nodes A 724, B 726 and C 728, and STBs A 1016, B 1018 and C 1020.   Within the BCN network 700, the POE 304 may be in signal communication with main splitter 1006 via signal path 1022.   The POE 304 may be the connection point from the cable provider that is located external to the customer premises of the BCN network 700.   The POE 304 may be implemented as a coaxial cable connector, transformer and/or filter.

[0106]   The main splitter 1006 may be in signal communication with sub-splitter 1008 and Node C 728 via signal paths 1024 and 1026, respectively.   The sub-splitter 1008 may be in signal communication with Node A 724 and Node B 726 via signal paths 1028 and 1030, respectively.   The main splitter 1006 and sub-splitter 1008 may be implemented as coaxial cable splitters.   Node A 724 may be in signal communication with STB A 1016 via signal path 1032.   Similarly, Node B 726 may be in signal communication with STB

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

B 1018 via signal path 1034. Moreover, Node C 728 may be in signal communication with STB C 1020 via signal path 1036. STBs A 1016, B 1018 and C 1020 may be implemented by numerous known STB coaxial units such as cable television set-top boxes and/or satellite television set-top boxes. Typically, the signal paths 1002, 1022, 1024, 1026, 1028, 1030, 1032, 1034 and 1036 may be implemented utilizing coaxial cables.

[0107] As an example of operation, if Node C 728 transmits a message to Node B 726, the message will propagate through two transmission paths from Node C 728 to Node B 726. The first transmission path 1040 travels from Node C 728 through signal path 1026, main splitter 1006, signal path 1024, sub-splitter 1008 and signal path 1030 to Node B 726. The second transmission path includes two transmission sub-paths 1042 and 1044. The first sub-path 1042 travels from Node C 728 through signal path 1026, main splitter 1006, and signal path 1022 to POE 304. The second sub-path 1044 travels from POE 304, through signal path 1022, main splitter 1006, signal path 1024, sub-splitter 1008 and signal path 1030 to Node B 1012.

[0108] The first transmission path 1040 is typically very lossy and experiences a high amount of attenuation because of the isolation between the outputs of sub-splitter 1008 and main splitter 1006. The second transmission path, however, does not experience the attenuation of the first transmission path 1040. The second transmission path results from the transmission of message signal 1046 from Node C 728 to the POE 304 along the first sub-path 1042 which results in a reflected message signal 1048 from the POE 304.

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

The reflected message signal 1048 results from mismatches between the POE 304 and rest of the BCN network 700.

[0109] In FIG. 13, a plot 1300 of the maximum bit-loading constellation 1302 versus frequency 1304 is shown for the channel path utilized by Node A to transmit to Node B and the channel path utilized by node A to transmit to Node C.  Line 1306 represents the AB channel and line 1308 represents the AC channel.  The AB channel has a null 1310 that represents the reflection distance from the POE to Node B.  The AC channel has nulls 1312 and 1314.  Null 1312 represent the reflection distance from the POE to Node C and null 1314 represent a harmonic that is a multiple value of the value of null 1312. In general, the nulls are caused by the properties, e.g., amplitudes and time delays that are unique to each transmission path in the network.

[0110] Returning to FIG. 9, the BCN network 900, in order to ensure that both Node B 726 and Node C 728 are able to receive a broadcast signal transmitted from Node A 724, utilizes a bit-loading modulation scheme that is known as the common bit-loaded modulation scheme.   The common bit-loaded modulation scheme transmitted via the A-BC channel, along signal path 902, is a combination of the bit-loading modulation scheme transmitted via the AB channel, along signal path 812, and the AC channel, along signal path 822.

[0111] Therefore, in FIG. 14A, a plot 1400 of carrier frequency signals of various bit-loading constellations 1402 versus carrier number 1404 for the AB channel path between Node A and Node B is shown.  Line 1406 represents the AB channel and follows an envelope of the constellation sizes of the 8 different carrier number signals within the AB

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

channel.  As an example, within the AB channel carrier number signals 1 and 8 may transmit at a constellation size of 256 QAM, carrier number signals 2, 3 and 7 may transmit at a constellation size of 128 QAM, carrier number signals 4 and 6 may transmit at a constellation size of 64 QAM, and carrier number signal 5 may be OFF (i.e., no carrier signal of any constellation size may be transmitted because of the null in the channel characteristics).

[0112] Similarly in FIG. 14B, a plot 1408 of carrier frequency signals of various bit-loading constellations 1410 versus carrier number 1412 for the AC channel path between Node A and Node C is shown.  Line 1414 represents the AC channel and follows an envelope of the constellation sizes of the 8 different carrier number signals within the AC channel.  As an example, within the AC channel carrier number signals 1, 2, 4, 6 and 8 may transmit at a constellation size of 128 QAM, carrier number signal 5 may transmit at a constellation size of 256 QAM, and carrier number signals 3 and 7 may be OFF (again, no carrier signals may be transmitted because of nulls in the channel characteristics).

[0113] In FIG. 14C, a plot 1416 of the common carrier frequency signals of various bit-loading constellations 1418 versus carrier number 1420 for the A-BC channel path between Node A and Nodes B and C is shown.  In this example, plot 1416 shows that within the A-BC channel, carrier number signals 1, 2 and 8 may transmit at a constellation size of 128 QAM, carrier number signals 4 and 6 may transmit at a constellation size of 64 QAM, and carrier number signals 3, 5 and 7 are OFF.  These carrier number signal values are the result of comparing the carrier number signals from the AB channel in FIG. 14A and the corresponding carrier number signals from the AC

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

channel in FIG. 14B and choosing the lowest corresponding modulation value for each carrier number. The resulting common carrier frequency signals in FIG. 14C graphically represent signals utilizing the common bit-loaded modulation scheme. These signals would be able to transmit information from Node A to Node B and Node C simultaneously.

[0114] Turning to FIG. 15, a block diagram of an Ethernet bridge node of the BCN network 700 for FIG. 7is shown. The BCN network cable 1502 may be connected to a standard coaxial cable wall plate 1504, such as made by LEVITON. The Coaxial wall plate 1504 may secure to the cable 1504 via a connector, such as RG6 or BNC connector. Typically the cable will be 75-ohm RG-59, or some type of RG-6 or a combination of such 75-ohm cables. The Ethernet to Coax Bridge Device 1506 may have a diplexer 1508 that passes the RF frequencies below 860MHz to a cable 1510 that may be connected to a video type device (not shown), such as a television, VCR, Audio/Visual Receiver, or television tuner PC card.

[0115] The Ethernet to Coax Bridge Device 1506 may have a BCN modem that enables it to code and decode TCP/IP message for transport across the BCN network 1502. The Ethernet to Coax Bridge Device 1406 may be connected to other TCP/IP devices such as the 802.11 access point 1512, media server 1514, or network detached storage 1516 to name but a few examples.

[0116] In FIG. 16, a cable home gateway node 1600 is shown. The cable home gateway node 1600 is connected to BCN network by a cable 1602. The cable home gateway may have a diplexer 1604 that passes RF frequencies below 860MHz to another cable 1606

41

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

that may be connected to a video type device (not shown).  A BCN modem 1608 may be connected to BCN network cable 1602 via the diplexer 1604.  The BCN modem 1608 may also be connected to a network processor 1610, such as a microprocessor, digital signal processor, or other known digital controllers by an electrical bus, such as a PCI bus.

[0117] The network processor 1610 may be configured to support the Docsis cable modem communication standard for data communication with a cable head end.  Further the network processor may support other connections, such as USB1.0, USB2.0, or other networking approaches.  A N-port switch (4-port shown) 1612 may also be incorporated into the cable home gateway node 1600.  The ports 1614, 1616, 1618, and 1620 are typically called local area network ports and may be coupled to TCP/IP network devices.

[0118] Turning to FIG. 17, an Ethernet bridge with integrated router 1700 is shown.  A BCN network cable 1702 is connected to a triplexer 1704 that may pass RF frequencies less than 860MHz on another cable 1706 to a video device.  The triplexer 1704 may also be coupled to an 802.11 AP 1708, DSL/Docsis modem 1710, and BCN modem 1712.  The Ethernet bridge with integrated router 1700 also may have a network processor 1714.  The DSL/Docsis modem 1710 and network processor 1714 may support an N-port switch (4-port switch shown) 1716.  Each of the ports of the N-port switch may be connected to an Ethernet enabled device, such as a media server or PC 1718.  The media server or PC may also be connected to the other cable 1706.

[0119] In FIG. 18, a diagram 1800 of frequency plans is illustrated.  In a typical implementation 1802, an upstream frequency band is located between 5-42Mhz 1804.

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

Cable television signals are found between 50-860Mhz 1806 and the BCN network 1808

is located between 940-1400Mhz. In a different implementation, the BCN network 1812

may be located between 2-38Mhz and off-air signals 1814 between 50-806Mhz. The

Satellite L-Band 1816 may be located between 950-2150. In yet another implementation

1818, an upstream frequency band 1820 may be located between 5-42Mhz. The cable

TV signals between 50-860Mhz 1822, BCN network 1824 in a frequency band found

between 880 and 940, and satellite L-band 1826 located between 950-2150Mhz. The last

implementation 1828, demonstrates the presence of two distinct BCN networks 1830 and

1832 located above the 5-42 upstream frequency band 1834 and cable TV 50-860

frequency band. Thus, it is shown that BCN networks may be located above or below

traditional services in additional to having multiple BCN networks.

[0120] Turning to FIG. 19, a plurality of BCN modem enable devices 1900 are shown.

The first device is a STB 1902 having a BCN modem 1904 with a coaxial cable input

1806 and an output 1908 that may be connected to a TV or monitor. A bridge/gateway

1910 is shown with a BCN modem attached to a coaxial cable connection 1906 and an

output to another network 1914. A television 1916 is shown with a BCN modem 1918

connected to a coaxial cable 1906 and having an optional storage device 1920. A game

counsel 1922 is shown with a BCN modem 1924 connected to coaxial cable 1806 and

another connection 1908 to a TV or monitor. A digital video recorder (DVR)/DVD

device/video cassette recorder (VCR) 1926 is shown with a BCN modem 1928 connected

to a coaxial cable 1906 and having another connection 1908 to a TV or monitor. A PC

1930 may have a BCN modem 1932 connected to coaxial cable 1906 and have another

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

connection 1814, such as USB, serial and Ethernet to name but a few. Similarly, a media center 1936 may have a BCN modem 1938 connected to a coaxial cable 1806 and other connections such as 1908 and 1914. A cable modem 1940 may be connected to a POE 1942 and have a BCN modem 1944 connected to a coaxial cable 1946 at the root node of the coaxial network. A router/switch 1948 may have a BCN modem 1950 connected to a coaxial cable 1906 and provide multiple outputs for Ethernet connections 1954. A wireless access point 1956 may have a BCN modem 1958 connected to a coaxial cable 1906. These are examples of different types of devices that may benefit from having a BCN modem integrated within their designs.

[0121] FIG. 20 shows a flowchart 2000 illustrating the method performed by the BCN network shown in FIG. 7. In FIG. 18, the process starts in step 2002. In step 2004, a transmitting node transmits a probe signal from the transmitting node to a plurality of receiving nodes. In response, the receiving nodes receive the probe signal from the transmitting node. In step 2006, a receiving node of the plurality of receiving nodes receives the probe signal through the appropriate channel path of transmission. The receiving node then determines the transmission characteristics of the channel path from the transmitting node to the receiving node in step 2008 and in response to the determined transmission characteristics of the channel path, the receiving node determines a bit-loaded modulation scheme for the transmission characteristics of the channel path in step 2010. The receiving node then, in step 2012, transmits a response signal to the transmitting node, informing the transmitting node of the recently determined bit-loaded modulation scheme.

U.S. Express Mail No.: EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

[0122] The transmitting node then receives a plurality of response signals, in step 2014, from the corresponding receiving nodes wherein each of the response signals informs the transmitting node of the corresponding bit-loaded modulation scheme determined by each of the plurality of receiving nodes.  In response to receiving the plurality of response signals, the transmitting node, in step 2016, compares the plurality of bit-loaded modulation schemes from the corresponding received plurality of response signals and, in step 2018, determines the common bit-loaded modulation scheme.  Once the transmitting node determines the common bit-loaded modulation scheme, the transmitting node, in step 2020, transmits a broadcast signal relaying the common bit-loaded modulation scheme to the plurality of receiving nodes.  This broadcast signal may either contain handshake information from the transmitting node to the plurality of receiving nodes or it may actually be a communication message containing information such as video, music, voice and/or other data.

[0123] In step 2022, if all the nodes in the BCN network have performed the handshake process that determines the common bit-loaded modulation scheme in steps 2002 through 2020, the handshake process is complete and process ends in step 2024, at which time the BCN network may begin to freely transmit information between the various nodes.  If instead, there are still nodes in the BCN network that have not performed the handshake process that determines the common bit-loaded modulation scheme in steps 2002 through 2020, the process then returns to step 2026.  In step 2026, the BCN network selects the next node in the BCN network and the process steps 2002 to 2022 repeat again.  Once all the nodes in the BCN network have preformed the handshake process, the handshake

45

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

process is complete and process ends in step 2024 at which time the BCN network may begin to freely transmit information between the various nodes.

[0124] The process in FIG. 20 may be performed by hardware or software.  If the process is performed by software, the software may reside in software memory (not shown) in the BCN network.  The software in software memory may include an ordered listing of executable instructions for implementing logical functions (i.e., "logic" that may be implemented either in digital form such as digital circuitry or source code or in analog form such as analog circuitry or an analog source such as an analog electrical, sound or video signal), may selectively be embodied in any computer-readable (or signal-bearing) medium for use by or in connection with an instruction execution system, apparatus, or device, such as a computer-based system, processor-containing system, or other system that may selectively fetch the instructions from the instruction execution system, apparatus, or device and execute the instructions.  In the context of this document, a "computer-readable medium" and/or "signal-bearing medium" is any means that may contain, store, communicate, propagate, or transport the program for use by or in connection with the instruction execution system, apparatus, or device.  The computer readable medium may selectively be, for example but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system, apparatus, device, or propagation medium.  More specific examples, that is  "a non-exhaustive list" of the computer-readable media, would include the following: an electrical connection (electronic) having one or more wires, a portable computer diskette (magnetic), a RAM (electronic), a read-only memory "ROM" (electronic), an erasable programmable read-

U.S. Express Mail No.:  EU 630598725 US
Filing Date: December 2, 2004

PATENT
Docket No. EC04004USV

only memory (EPROM or Flash memory) (electronic), an optical fiber (optical), and a portable compact disc read-only memory "CDROM" (optical).  Note that the computer-readable medium may even be paper or another suitable medium upon which the program is printed, as the program can be electronically captured, via for instance, optical scanning of the paper or other medium, then compiled, interpreted or otherwise processed in a suitable manner if necessary, and then stored in a computer memory.

[0125] While various embodiments of the invention have been described, it will be apparent to those of ordinary skill in the art that many more embodiments and implementations are possible that are within the scope of this invention.

PTO/SB/16 (09-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET
This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

| Express Mail Label No. | EU 630598725 US |
|---|---|

### INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Anton | Monk | San Diego, CA |

*Additional inventors are being named on the* ___ one (1) ___ *separately numbered sheets attached hereto*

### TITLE OF THE INVENTION (500 characters max):

A Broadband Local Area Network

*Direct all correspondence to:*   **CORRESPONDENCE ADDRESS**

[✔] The address corresponding to Customer Number: | 34408

**OR**

[ ] Firm or Individual Name

Address

| City | State | Zip |
|---|---|---|
| Country | Telephone | Fax |

### ENCLOSED APPLICATION PARTS (check all that apply)

[✔] Specification *Number of Pages* 50
[✔] Drawing(s) *Number of Sheets* 19
[ ] Application Data Sheet. See 37 CFR 1.76

[ ] CD(s), Number of CDs ———
[ ] Other (specify) _____

### METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT

[✔] Applicant claims small entity status. See 37 CFR 1.27.
[ ] A check or money order is enclosed to cover the filing fees.
[✔] Payment by credit card. Form PTO-2038 is attached.
[✔] The Director is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number: 502542
A duplicative copy of this form is enclosed for fee processing.
[✔] The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government. No.
[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____

FILING FEE
Amount ($)
$80.00

| SIGNATURE | Date December 2, 2004 |
|---|---|

TYPED or PRINTED NAME  Francisco A. Rubio-Campos

TELEPHONE  (949) 448-9410

REGISTRATION NO.  45,358
*(if appropriate)*
Docket Number:  EC04004USV

**USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT**
This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

***PROVISIONAL APPLICATION COVER SHEET***
***Additional Page***

PTO/SB/16 (09-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| First Named Inventor | Anton Monk | Docket Number | EC04004USV |
|---|---|---|---|

| INVENTOR(S)/APPLICANT(S) | | |
|---|---|---|
| Given Name (first and middle [if any]) | Family or Surname | Residence (City and either State or Foreign Country) |
| Brett | Bernath | San Diego, CA |
| Itzhak | Gurantz | San Diego, CA |
| Ladd | Wardani | La Jolla, CA |
| Ron | Porat | La Jolla, CA |
| Yusuf | Ozturk | San Diego, CA |
| Ron | Lee | San Diego, CA |
| Wee-Peng | Goh | Murrieta, CA |
| Magnus | Berggren | San Diego, CA |

Number ___2___ of ___2___

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

PTO/SB/17 (10-03)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2004

*Effective 10/01/2003. Patent fees are subject to annual revision.*

| ☑ | Applicant claims small entity status. See 37 CFR 1.27 |

| **TOTAL AMOUNT OF PAYMENT** | ($) 80.00 |

### Complete if Known

| Application Number | Not Yet Assigned |
|---|---|
| Filing Date | December 2, 2004 |
| First Named Inventor | Anton Monk |
| Examiner Name | Not Yet Assigned |
| Art Unit | Not Yet Assigned |
| Attorney Docket No. | EC04004USV |

## METHOD OF PAYMENT *(check all that apply)*

☐ Check  ☑ Credit card  ☐ Money Order  ☐ Other  ☐ None

☑ Deposit Account:

Deposit Account Number: 502542

Deposit Account Name: The Eclipse Group

**The Director is authorized to:** *(check all that apply)*

☐ Charge fee(s) indicated below   ☑ Credit any overpayments

☑ Charge any additional fee(s) or any underpayment of fee(s)

☐ Charge fee(s) indicated below, **except for the filing fee** to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1001 | 770 | 2001 | 385 | Utility filing fee | |
| 1002 | 340 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | $80.00 |

**SUBTOTAL (1)** ($) 80.00

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | | -20** = | X | = |
| Independent Claims | | - 3** = | X | = |
| Multiple Dependent | | | X | = |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |

**SUBTOTAL (2)** ($) -0-

**or number previously paid, if greater; For Reissues, see above

## FEE CALCULATION *(continued)*

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for *ex parte* reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 420 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive - unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive - unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify)

*Reduced by Basic Filing Fee Paid

**SUBTOTAL (3)** ($) -0-

## SUBMITTED BY

*(Complete if applicable)*

| Name (Print/Type) | Francisco A. Rubio-Campos | Registration No. (Attorney/Agent) | 45,358 | Telephone | 949-448-9410 |
|---|---|---|---|---|---|
| Signature | | | | Date | December 2, 2004 |

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

18379   U.S. PTO   120304

PATENT APPLICATION SERIAL NO. _____

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## FEE RECORD SHEET

12/06/2004 SMINASS1 00000099 60632797

01 FC:2005                    80.00 OP

PTO-1556
   (5/87)

*U.S. Government Printing Office: 2002 — 489-267/69033