| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　Defendants. | Case No.:  2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.:  2:23-cv-01047-JWH-KES (Related Case)<br>Case No.:  2:23-cv-01048-JWH-KES (Related Case)<br>Case No.:  2:23-cv-05253-JWH-KES (Member Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | **[PROPOSED] ORDER DENYING DIRECTV'S MOTION TO DISMISS**<br><br>Date:　　　　January 16, 2023<br>Time:　　　　10:00AM<br>Courtroom:　　9D (Santa Ana) |

|   |   |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| v. | |
| COMCAST CORPORATION, *et al.*, | |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| v. | |
| DIRECTV, LLC, *et al.*, | |
| Defendants. | |

Before the Court is Defendant DirecTV, LLC's Rule 12(b)(6) Motion to Dismiss under 35 U.S.C. § 101. Having considered the briefing and oral argument, the Court hereby finds U.S. Patent Nos. 8,363,681, 7,889,759, 7,295,518, 8,621,539, and 8,085,802 are directed to patent-eligible subject matter and **DENIES** Defendant's Motion to Dismiss in its entirety.

**IT IS SO ORDERED.**

Dated: _____

                                                John W. Holcomb
                                                UNITED STATES DISTRICT JUDGE