1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                          SOUTHERN DIVISION

10 ENTROPIC COMMUNICATIONS, LLC,   §
                                   §
11         Plaintiff,              §
                                   §  Case No. 2:23-cv-01043-JWH-KES
12     v.                          §     LEAD CASE
                                   §  Case No. 2:23-cv-01049-JWH-KES
13 DISH NETWORK CORPORATION,       §     LEAD CASE
   et al.,                         §
14         Defendants.             §
   _____ §  Hon. John W. Holcomb
15                                 §  Special Master David M. Keyzer
   ENTROPIC COMMUNICATIONS, LLC,   §
16         Plaintiff,              §
                                   §  **NOTICE OF**
17     v.                          §  **SPECIAL MASTER ORDER**
                                   §
18 COX COMMUNICATIONS, INC., et al.,§
           Defendants.             §
19                                 §

20

NOTICE OF SPECIAL MASTER ORDER - 1

1  Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2  Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil
3  Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of
4  consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil
5  Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches
6  hereto the Special Master Order No. SM-9.

9  Dated:   December 22, 2023         By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master