1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9                         SOUTHERN DIVISION

10
    ENTROPIC COMMUNICATIONS, LLC,     §
11         Plaintiff,                  §
                                       §
                                       §   Case No. 2:23-cv-01043-JWH-KES
12       v.                            §      LEAD CASE
                                       §   Case No. 2:23-cv-01049-JWH-KES
13  DISH NETWORK CORPORATION,          §      LEAD CASE
    et al.,                            §
14         Defendants.                 §
    _____    §   Hon. John W. Holcomb
15                                     §   Special Master David M. Keyzer
    ENTROPIC COMMUNICATIONS, LLC,     §
16         Plaintiff,                  §
                                       §   **SPECIAL MASTER ORDER**
17       v.                            §   **No. SM-9**
                                       §
18  COX COMMUNICATIONS, INC., et al.,  §
           Defendants.                 §
19                                     §

20

1  Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

2  Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil

3  Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of

4  consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil

5  Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the discovery dispute resolution

6  procedure agreed upon by the parties and adopted by the Special Master (Civil Action

7  No. 2:23-cv-1043, Dkt. 85-1, Aug. 4, 2023 Special Master Order No. SM-2; Civil Action

8  No. 2:23-cv-1049, Dkt. 70-1, Aug. 4, 2023 Special Master Order No. SM-2), and e-mail

9  correspondence between the Special Master and counsel for all involved parties on at

10 least December 14, 15, 18, 19, 20, and 21, 2023, the Special Master hereby:

11 **SETS** a discovery hearing for **January 12, 2023, at 9:30 A.M. Pacific Time**, by

12 videoconference, regarding:

13   (1) the disputes set forth in the letter briefing submitted to the Special
     Master by the Cox Defendants on December 14, 2023; and
14
     (2) upcoming letter briefing on the Comcast Defendants' request for
15    reconsideration of Special Master Order No. SM-5.

16 As to (2), above, the Special Master hereby **ORDERS**: the Comcast Defendants'

17 opening letter brief (three pages maximum, no attachments) shall be submitted to the

18 Special Master no later than **December 28, 2023**; and Entropic's responsive letter brief

19 (three pages maximum, no attachments) shall be submitted to the Special Master no later

20 than **January 4, 2024, at 12:00 P.M. Pacific Time.**

Counsel presenting oral arguments shall appear by video.  Other counsel and other attendees (such as client representatives) that do not present oral arguments may attend either with or without video.  Attendees shall mute their microphones when they are not presenting oral arguments or are not otherwise actively participating at a particular time.

The parties shall confer and select a Reporter, and the cost of reporting and of ordering transcripts shall be apportioned equally between Plaintiff(s) (one half) and Defendant(s) (one half).  The parties shall provide the Reporter's contact information to the Special Master **no later than 12:00 P.M. Pacific Time the day before the hearing**.

The parties shall provide the Special Master and the Reporter with a list of expected participants **no later than 12:00 P.M. Pacific Time the day before the hearing**.  This list shall be submitted by e-mail and shall indicate each name together with e-mail address and status as counsel, client representative, or other relevant affiliation.

Each party shall provide all other parties, the Reporter, and the Special Master with an electronic copy of any demonstrative presentation slides that the party intends to use during the hearing **no later than 12:00 P.M. Pacific Time the day before the hearing**.  Such demonstrative presentation slides that are not designated as confidential shall also be filed in PDF form on the Court's docket as an attachment to a Notice (slides designated as confidential shall be provided only by e-mail to all other parties, the Reporter, and the Special Master).  The parties should not attempt any video screen

sharing or other presentation of demonstratives during the hearing but rather should refer to the electronic copies that have been distributed by the parties prior to the hearing.

Use of a headset, earbuds, or a combination of a microphone and headphones (rather than using any external speakers) is strongly encouraged so as to minimize feedback, room echoes, and other audio interruptions that might otherwise be a significant impediment to the Special Master in conducting the hearing, to opposing counsel in responding to arguments, and to the Reporter in producing a clear record.

Zoom information for this hearing is as follows:

Zoom Webinar ID: 823 2510 4127

Password: 22301043

IT IS SO ORDERED.

Dated: December 22, 2023        By: _____
                                    David M. Keyzer
                                    Special Master

SPECIAL MASTER ORDER No. SM-9 - 4