BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

[Additional counsel on signature page]

Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, et al., <br><br> Defendants. <br> _____ <br><br> DISH NETWORK CALIFORNIA SERVICE CORPORATION, <br><br> Counter-Claimant <br><br> v. <br><br> ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, <br><br> Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case) <br><br> **MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS, LLC'S NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** <br><br> Judge: Hon. John W. Holcomb |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for MaxLinear, Inc. and MaxLinear Communications LLC (collectively "MaxLinear"), identifies any parent corporation and publicly held corporation owning 10% or more of MaxLinear's stock, and certifies that the following listed parties may have a pecuniary interest in the outcome of the counterclaims asserted against MaxLinear:

- MaxLinear, Inc. has no parent corporation;
- One publicly held corporation, BlackRock, Inc., owns 10% or more of MaxLinear, Inc.'s stock;
- MaxLinear Communications LLC's parent corporation is MaxLinear, Inc.

MaxLinear refers to Entropic Communications, LLC's and Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation's Local Rule 7.1-1 disclosures for other parties who may have a pecuniary interest in the outcome of the underlying patent infringement claims.

1

2   Dated:  December 22, 2023          MORRISON & FOERSTER LLP

3

4                                      By:   */s/ Rose S. Lee*

5                                           Rose S. Lee

6                                           BITA RAHEBI (CA SBN 209351)
                                            BRahebi@mofo.com
7                                           ALEX S. YAP (CA SBN 241400)
                                            AYap@mofo.com
8                                           ROSE S. LEE (CA SBN 294658)
                                            RoseLee@mofo.com
9                                           MORRISON & FOERSTER LLP
                                            707 Wilshire Boulevard, Suite 6000
10                                          Los Angeles, California  90017-3543
                                            Telephone:    213.892.5200
11                                          Facsimile:    213.892.5454

12                                          RICHARD S.J. HUNG (CA SBN
                                            197425)
13                                          RHung@mofo.com
                                            MORRISON & FOERSTER LLP
14                                          755 Page Mill Road,
                                            Palo Alto, California  94304-1018
15                                          Telephone:    650.813.5600
                                            Facsimile:    650.494.0792
16
                                            BRADLEY LUI (CA SBN 143088)
17                                          BLui@mofo.com
                                            MORRISON & FOERSTER LLP
18                                          2100 L Street, NW, Suite 900
                                            Washington, DC 20037-1679
19                                          Telephone:    202.887.1500
                                            Facsimile:    202.887.0763
20
                                            Attorneys for Counter-Defendants
21                                          MAXLINEAR, INC. and MAXLINEAR
                                            COMMUNICATIONS LLC
22

23

24

25

26

27

28