BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

[Additional counsel on signature page]

Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants.<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Counter-Claimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION**<br><br>[*Filed concurrently with Request for Judicial Notice*; *Notice of Motion and Motion*; *Declaration of R. Lee*; *Memorandum of Points and Authorities*; *and [Proposed] Order*]<br><br>Judge: Hon. John W. Holcomb<br><br>Action Filed: Feb. 10, 2023<br>Counterclaims Filed: Sept. 21, 2023<br><br>**Hearing:**<br>Date: Feb. 2, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 9D, Santa Ana<br>Judge: Hon. John W. Holcomb |

1    Pursuant to Local Rule 79-5.2.2(b) governing documents designated by
2 another as confidential pursuant to a protective order, Counter-Defendants
3 MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear")
4 hereby submit their Application for Leave to File Under Seal Request for Judicial
5 Notice in Support of Notice of Motion and Motion to Dismiss Counterclaims by
6 Dish Network California Service Corporation.
7    MaxLinear seeks leave to file under seal the entirety of Exhibit B to the
8 Request for Judicial Notice:

| Document to be sealed | Portions to be sealed |
|---|---|
| Exhibit B to MaxLinear's Request for Judicial Notice | Entirety |

12    Counter-Claimant Dish Network California Service Corporation ("Dish")
13 designated the document in Exhibit B as "Highly Confidential – Attorneys' Eyes
14 Only" under the operative protective order (ECF No. 156).  (Declaration of Rose S.
15 Lee in Support of MaxLinear's Application for Leave to File Under Seal, ¶ 2.)
16 Dish confirmed the document should be filed under seal.  (*Id.* ¶ 3.)
17    Pursuant to L.R. 79-5.2.2(b)(i), within four days, Dish must file a declaration
18 demonstrating why the material it has designated as confidential is sealable.
19 MaxLinear has no position on whether the material should be maintained under
20 seal.
21    This Application is accompanied by the Declaration of Rose S. Lee and a
22 Proposed Order.

| | |
|---|---|
| Dated: December 22, 2023 | MORRISON & FOERSTER LLP |
| | By: */s/ Rose S. Lee* <br> Rose S. Lee |
| | BITA RAHEBI (CA SBN 209351) <br> brahebi@mofo.com <br> ALEX S. YAP (CA SBN 241400) <br> ayap@mofo.com <br> ROSE S. LEE (CA SBN 294658) <br> roselee@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard, Suite 6000 <br> Los Angeles, California  90017-3543 <br> Telephone:	(213) 892-5200 <br> Facsimile:	(213) 892-5454 |
| | RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street, <br> San Francisco, California 94105-2482 <br> Telephone:	(415) 268-7000 <br> Facsimile:	(415) 268-7522 |
| | BRADLEY LUI (CA SBN 143088) <br> blui@mofo.com <br> MORRISON & FOERSTER LLP <br> 2100 L Street, NW, Suite 900 <br> Washington, DC 20037-1679 <br> Telephone:	(202) 887-1500 <br> Facsimile:	(202) 887-0763 |
| | Attorneys for Counter-Defendants MAXLINEAR, INC. and MAXLINEAR COMMUNICATIONS LLC |

MAXLINEAR'S APPLN. FOR LEAVE TO FILE UNDER SEAL REQ. FOR JUDICIAL NOT.
CASE NO. 2:23-CV-1043-JWH-KES
sf-5695767