Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK LLC; DISH NETWORK SERVICE, LLC; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | Lead Case No. 2:23-cv-1043-JWH-KES<br><br>**JOINT STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| | Defendants. |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| | Counter-Claimant, |
| v. | |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | |
| Counter-Defendants. | |

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation (collectively, "Defendants") (collectively with Entropic, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation to Extend Entropic's Deadline to Respond to Counterclaims, as follows:

**WHEREAS**, on February 10, 2023, Entropic filed its Complaint against DISH Network Corporation; DISH Network LLC; Dish Network Service LLC; and Dish Network California Service Corporation (Dkt. No. 1) and served the same on Defendants (Dkt. Nos. 14-17);

**WHEREAS**, DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C. ("the Dish Colorado Defendants") moved this Court to dismiss Entropic's claims against them for improper venue (Dkt. No. 49) on May 8, 2023, and the same remains fully briefed and under submission before this Court (Dkt. No. 98 (Opposition), Dkt. 116 (Reply), Dkt. No. 136 (Order vacating hearing));

**WHEREAS**, Dish Network California Service Corporation ("Dish California") filed its Answer to the Complaint and Counterclaims on September 21, 2023 (Dkt. No. 111) and served the same on Entropic (Dkt. No. 117). In view of the pending motion to dismiss, the DISH Colorado Defendants have not answered Entropic's complaint;

**WHEREAS**, Entropic's current deadline to respond to Dish California's Counterclaims is December 22, 2023;

**WHEREAS** Entropic has raised certain issues concerning Dish California's counterclaims, which Dish California is evaluating;

**WHEREAS**, recognizing that it would be most efficient for the Court to consider any motions concerning the Counterclaims until after the Dish Colorado Defendants' venue motion is decided so that, *inter alia*, any amendments to Dish

California's counterclaims are also incorporated into any proposed counterclaims by the Dish Colorado Defendants, Dish California proposed extending the time for Entropic to respond to the Counterclaims until after this Court decides the Dish Colorado Defendants' venue motion;

**WHEREAS**, Entropic's counsel has agreed to the proposed extension provided that certain representations and agreements are made in this Stipulation, including that Dish California agrees that it will not seek discovery concerning the Counterclaims from Entropic until Dish California amends its Counterclaims or until Entropic responds to the Counterclaims, whichever is earlier;

**WHEREAS,** the parties have further agreed that if the Court denies the DISH Colorado Defendants' venue motion, the DISH Colorado Defendants shall file an Answer and/or Counterclaims against Entropic within 21 days of the order denying the DISH Colorado Defendants' venue motion.  Any amendment by Dish California to its Counterclaims against Entropic shall be filed no later than the date on which the DISH Colorado Defendants file an Answer and/or Counterclaims against Entropic;

**WHEREAS**, the parties have agreed that Dish California shall not seek discovery from Entropic regarding Dish California's Counterclaims until Dish California amends its Counterclaims against Entropic or Entropic responds to the Counterclaims against it, whichever is earlier;

**WHEREAS**, given that this is a consolidated action, to be clear—nothing contained in this Stipulation shall impact the rights or obligations of any non-signatory;

**WHEREAS**, the Parties have agreed to extend Entropic's deadline to respond to the Counterclaims, or any amendments thereto, to 21 days after either: (i) an order from this Court granting the Dish Colorado Defendants' venue motion, or (ii) the Dish Colorado Defendants file an Answer and/or Counterclaims against Entropic, whichever is later.

**WHEREAS**, if the Court does not issue an Order pursuant to this stipulation because there is no date certain for Defendants' response, the Parties agree to an extension of time for Entropic to respond to the DISH California's Counterclaims (Dkt. No. 111) from December 22, 2023 to January 23, 2024 and agree to enter into subsequent stipulations to further extend Entropic's deadline to respond until after the Court issues an order on the DISH Colorado Defendants' venue motion.

**NOW THEREFORE**, the Parties, by and through their respective counsel, hereby **STIPULATE AND AGREE** as follows:

1. The Parties respectfully request an order from the Court that, if the Court denies the DISH Colorado Defendants' venue motion, the DISH Colorado Defendants shall file an Answer and/or Counterclaims against Entropic within 21 days of the order denying the DISH Colorado Defendants' venue motion.  Any amendment by Dish California to its Counterclaims against Entropic shall be filed no later than the date on which the DISH Colorado Defendants file an Answer and/or Counterclaims against Entropic.

2. The Parties respectfully request an order from the Court extending Entropic's deadline to respond to Dish California's Counterclaims, or any amendments thereto, against Entropic from December 22, 2023 until 21 days after either: (i) an order from this Court granting the Dish Colorado Defendants' venue motion, or (ii) the Dish Colorado Defendants file an Answer and/or Counterclaims against Entropic, whichever is later. Notwithstanding the foregoing, Entropic may file a response to any counterclaims filed by any DISH defendant earlier than the date described above.

3. In the event this Court is not inclined to issue an order pursuant to request numbers one and two above, the Parties respectfully request an Order

1  extending Entropic's deadline to respond to DISH California's
2  counterclaims (Dkt. No. 111) from December 22, 2023 to January 23, 2024.
3     4. Dish California shall not seek discovery from Entropic regarding Dish
4  California's Counterclaims until Dish California amends its Counterclaims
5  against Entropic or Entropic responds to the Counterclaims against it,
6  whichever is earlier.

8  Dated: December 22, 2023          Respectfully Submitted,

10                    By: /s/ Oliver Richards
11                        Christopher S. Marchese (SBN 170239)
                          marchese@fr.com
12                        Tyler R. Train (SBN 318998)
                          train@fr.com
13                        633 West Fifth Street, 26th Floor
                          Los Angeles, CA 90071
14                        Tel: (213) 533-4240

15                        Adam R. Shartzer (pro hac vice)
16                        shartzer@fr.com
                          Ruffin B. Cordell (pro hac vice)
17                        cordell@fr.com
                          Richard A. Sterba (pro hac vice)
18                        sterba@fr.com
                          Ralph A. Phillips (pro hac vice pending)
19                        rphillips@fr.com
20                        Michael J. Ballanco (pro hac vice)
                          ballanco@fr.com
21                        Taylor C. Burgener (SBN 348769)
                          burgener@fr.com
22                        FISH & RICHARDSON P.C.
23                        1000 Maine Ave., SW, Suite 1000
                          Washington, DC 20024
24                        Tel: (202) 783-5070

25                        David M. Barkan (SBN 160825)
26                        barkan@fr.com
                          FISH & RICHARDSON P.C.
27                        500 Arguello Street, Suite 400
                          Redwood City, CA 94063
28

|    |    |    |
|----|----|----|
| 1  |    | Tel: (650) 839-5070 |
| 2  |    | Ashley A. Bolt *(pro hac vice)* |
| 3  |    | bolt@fr.com<br>FISH & RICHARDSON P.C. |
| 4  |    | 1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 30309 |
| 5  |    | Tel: (404) 892-5005 |
| 6  |    | Oliver Richards (SBN 310972) |
| 7  |    | orichards@fr.com<br>John-Paul Fryckman (SBN 317591) |
| 8  |    | fryckman@fr.com<br>Fish & Richardson P.C. |
| 9  |    | 12860 El Camino Real, Suite 400<br>San Diego, CA 92130 |
| 10 |    | Tel: (858) 678-5070 |
| 11 |    | Aaron P. Pirouznia (*pro hac vice*) |
| 12 |    | pirouznia@fr.com<br>FISH & RICHARDSON P.C. |
| 13 |    | 1717 Main Street, Suite 5000<br>Dallas, TX 75201 |
| 14 |    | Tel: (214) 292-4073<br>Fax: (214) 747-2091 |
| 15 |    |    |
| 16 |    | **ATTORNEYS FOR DEFENDANTS** |
| 17 |    | **DISH NETWORK CORPORATION,**<br>**ET AL.** |
| 18 |    |    |
| 19 |    |    |
| 20 | Dated: December 22, 2023 | By: */s/ Christina N. Goodrich* |
| 21 |    | Christina N. Goodrich (SBN 261722)<br>Cassidy T. Young (SBN 342891) |
| 22 |    | **K&L GATES LLP** |
| 23 |    | 10100 Santa Monica Blvd., 8th Fl.<br>Los Angeles, CA 90067 |
| 24 |    | Tel.: (310) 552-5547<br>Fax: (310) 552-5001 |
| 25 |    | christina.goodrich@klgates.com |
| 26 |    | cassidy.young@klgates.com |
| 27 |    | Peter Soskin (SBN 280347) |
| 28 |    |    |

|   |   |
|---|---|
| 1 | **K&L GATES LLP** |
| 2 | 4 Embarcadero Center, Suite 1200 |
|   | San Francisco, CA 94111 |
| 3 | Tel.: (415) 882-8200 |
| 4 | Fax: (415) 882-8220 |
|   | peter.soskin@klgates.com |
| 5 |   |
| 6 | James Shimota (admitted *pro hac vice*) |
|   | George Summerfield (admitted *pro hac vice*) |
| 7 | **K&L GATES LLP** |
| 8 | 70 W. Madison Street, Suite 3300 |
|   | Chicago, IL 60602 |
| 9 | Tel.: (312) 372-1121 |
| 10 | Fax: (312) 827-8000 |
|   | jim.shimota@klgates.com |
| 11 |   |
| 12 | Darlene F. Ghavimi (admitted *pro hac vice*) |
| 13 | **K&L GATES LLP** |
| 14 | 2801 Via Fortuna, Suite #650 |
|   | Austin, TX 78746 |
| 15 | Tel.: (512) 482-6919 |
| 16 | Fax: (512) 482-6859 |
|   | darlene.ghavimi@klgates.com |
| 17 |   |
| 18 | Kenneth Bridges |
| 19 | **Bridges IP Consulting** |
|   | 2113 19th Avenue S |
| 20 | Nashville, TN 37212 |
| 21 | Tel: (615) 973-9478 |
|   | bridgesip@icloud.com |
| 22 |   |
| 23 | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

**ECF ATTESTATION**

I, Oliver J. Richards, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Oliver Richards*
Oliver Richards

C:\Users\soskinpe\Desktop\Local Save\Jt. Stip re