**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE, L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Counter-Claimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | |

**[PROPOSED] ORDER**

After full consideration of the Joint Stipulation between Entropic Communications, LLC ("Entropic") and Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation (collectively, "Defendants") regarding xxx (the "xx"), and good cause appearing, it is hereby **ORDERED** as follows:

1. If the Court denies the DISH Colorado Defendants' venue motion, the DISH Colorado Defendants shall file an Answer and/or Counterclaims against Entropic within 21 days of the order denying the DISH Colorado Defendants' venue motion. Any amendment by Dish California to its Counterclaims against Entropic shall be filed no later than the date on which the DISH Colorado Defendants file an Answer and/or Counterclaims against Entropic.

2. Entropic's deadline to respond to Dish California's Counterclaims, or any amendments thereto, against Entropic from December 22, 2023 until 21 days after either: (i) an order from this Court granting the Dish Colorado Defendants' venue motion, or (ii) the Dish Colorado Defendants file an Answer and/or Counterclaims against Entropic, whichever is later. Notwithstanding the foregoing, Entropic may file a response to any counterclaims filed by any DISH defendant earlier than the date described above.

3. Dish California shall not seek discovery from Entropic regarding Dish California's Counterclaims until Dish California amends its Counterclaims against Entropic or Entropic responds to the Counterclaims against it, whichever is earlier.

**IT IS SO ORDERED.**

Dated: _____        _____
                                      Honorable John W. Holcomb
                                      United States District Judge

**[PROPOSED] ORDER**