BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200
Facsimile:   (213) 892-5454

[Additional counsel on signature page]

Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants.<br><br>———<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Counter-Claimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:  Hon. John W. Holcomb<br><br>Action Filed:  Feb. 10, 2023<br>Counterclaims Filed: Sept. 21, 2023<br><br>**Hearing:**<br>Date:     Feb. 2, 2024<br>Time:     9:00 a.m.<br>Place:    Courtroom 9D, Santa Ana<br>Judge:    Hon. John W. Holcomb |

Pursuant to Local Rule 79-5.2.2(b) governing documents designated by another as confidential pursuant to a protective order, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC ("MaxLinear") hereby submit their Application for Leave to File Under Seal Motion to Dismiss Counterclaims by Dish Network California Service Corporation.

MaxLinear seeks leave to file under seal highlighted portions of MaxLinear's Motion to Dismiss that quote from or reference Exhibit B to the concurrently filed MaxLinear's Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss Counterclaims by Dish Network California Service Corporation, as identified below:

| Document to be sealed | Portions to be sealed (page:line(s)) |
| --- | --- |
| Portions of MaxLinear's Motion to Dismiss that quote from or reference Exhibit B to the concurrently filed MaxLinear's Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss Counterclaims by Dish Network California Service Corporation | 9:4-5; 17:10; 17:18; 18:1-11; 18:23-24; 21:15-16. |

Counter-Claimant Dish Network California Service Corporation ("Dish") designated the document in Exhibit B as "Highly Confidential – Attorneys' Eye Only" under the operative protective order (ECF No. 156). (Declaration of Rose S. Lee in Support of MaxLinear's Application for Leave to File under Seal, ¶ 2.) Dish confirmed the document should be filed under seal. (*Id.* ¶ 3.)

Pursuant to L.R. 79-5.2.2(b)(i), within four days, Dish must file a declaration demonstrating why the material it designated as confidential is sealable. MaxLinear has no position on whether the material should be maintained under seal.

This Application is accompanied by a Declaration of Rose S. Lee and a Proposed Order.

Dated: December 22, 2023

MORRISON & FOERSTER LLP

By: /s/ Rose S. Lee
Rose S. Lee

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Palo Alto, California 94304-1018
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BRADLEY LUI (CA SBN 143088)
blui@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037-1679
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Counter-Defendants
MAXLINEAR, INC. and
MAXLINEAR
COMMUNICATIONS LLC