UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>     Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**[PROPOSED] ORDER GRANTING MAXLINEAR, INC., AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION** |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>     Counter-Claimant.<br><br>     v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>     Counter-Defendants. | Judge:   Hon. John W. Holcomb |

Having considered Counter-Defendant MaxLinear, Inc. and MaxLinear Communications LLC's ("MaxLinear") Application for Leave to File Under Seal Motion to Dismiss Counterclaims by Dish Network California Service Corporation, the Court hereby orders that the following information should be sealed:

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Portions of MaxLinear's Motion to Dismiss that quote from or reference Exhibit B to the concurrently filed MaxLinear's Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss Counterclaims by Dish Network California Service Corporation | 9:4-5; 17:10; 17:18; 18:1-11; 18:23-24; 21:15-16. |

**IT IS SO ORDERED**

Dated: _____, 2023

_____
John W. Holcomb
United States District Court Judge