1  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2  ALEX S. YAP (CA SBN 241400)
   ayap@mofo.com
3  ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone: (213) 892-5200
6  Facsimile: (213) 892-5454

7  [Additional counsel on signature page]

8  Attorneys for Counter-Defendants,
   MAXLINEAR, INC. and MAXLINEAR
9  COMMUNICATIONS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>    Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**DECLARATION OF ROSE S. LEE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: Hon. John W. Holcomb<br><br>Action Filed: Feb. 10, 2023<br>Counterclaims Filed: Sept. 21, 2023<br><br>**Hearing:**<br>Date:    Feb. 2, 2024<br>Time:   9:00 a.m.<br>Place:   Courtroom 9D, Santa Ana<br>Judge:  Hon. John W. Holcomb |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>    Counter-Claimant,<br><br>  v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>    Counter-Defendants. | |

I, Rose S. Lee, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for MaxLinear, Inc. and MaxLinear Communications LLC ("MaxLinear"). I am licensed to practice law in the State of California. I have personal knowledge of the matters set forth below and if called upon, I could and would testify competently on the matters set forth below.

2. The parties met and conferred on November 15, 2023 and November 17, 2023 regarding the substance of MaxLinear's contemplated motion to dismiss Counterclaims filed by Dish Network California Service Corporation ("Dish") against MaxLinear. During the meet and confers, MaxLinear's counsel asked Dish's counsel if other Dish entities were MoCA members. Dish's counsel was unable to specify if other Dish entities were MoCA members.

3. Attached as **Exhibit 1** is a true and correct copy of the correspondence between counsel for MaxLinear and counsel for Dish from November 14, 2023 through December 1, 2023.

4. Following the parties' November 17, 2023 meet and confer, MaxLinear asked Dish whether it would amend its Counterclaims against MaxLinear and suggested another call to discuss the logistics of Dish doing so. (*See* Ex. 1 at 10 (B. Rahebi Nov. 17, 2023, 6:37 PM email to Dish's counsel).) Dish's counsel declined MaxLinear's invitation for a follow-up discussion and to amend its Counterclaims, indicating that they "will make that determination after reviewing the motion to dismiss." (*Id.* at 9-10 (T. Burgener Nov. 17, 2023, 5:27 PM email to MaxLinear's counsel).)

5. On the parties' November 17, 2023 meet and confer and in a follow-up email the same day, MaxLinear requested "MoCA related materials," including all applicable agreements, Dish relied on for its Counterclaims against MaxLinear. (*Id.* at 10 (B. Rahebi Nov. 17, 2023, 6:37 PM email to Dish's counsel).) In response to MaxLinear's request, Dish produced a single file—the Promoter

2

Agreement (DISH1043_00004000 – DISH1043_00004049)—on December 1, 2023.  (*Id.* at 5.)

6. Apart from MaxLinear's motion to dismiss, MaxLinear sent Dish a letter on December 15, 2023 stating that Dish should voluntarily dismiss with prejudice its Counterclaims.  In response, on the evening of December 19, 2023, Dish offered an extension to allow time for the other Dish defendants to file counterclaims, in the event they chose to do so in this District.

7. On December 21, 2023, at 2:28 p.m., MaxLinear declined the extension and explained, "We have already drafted the motion and we will proceed with the filing tomorrow."  One hour later, at 3:28 p.m., the day before the Court-ordered deadline, Dish sent MaxLinear a four-page letter that attempted to address some of the deficiencies that MaxLinear had raised over a month earlier, but also continued to dispute key issues identified by MaxLinear.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of December 2023 in Los Angeles, California.

*/s/ Rose S. Lee*
Rose S. Lee