# Exhibit 1

**EXHIBIT 1**
**PAGE 4**

| | |
|---|---|
| **From:** | Angela Castagnola |
| **To:** | David Barkan; Lee, Rose S.; Rahebi, Bita; Taylor Burgener; Tyler Train; Chris Marchese; Adam Shartzer; Ruffin Cordell; Richard Sterba; Ralph A. Phillips; Michael Ballanco; Ashley Bolt; John-Paul Fryckman; [Service] DISH-Entropic |
| **Cc:** | Yap, Alex S.; Hung, Richard S. J.; Mao, Stella; Laris, Elsa G.; Lui, Bradley S. |
| **Subject:** | RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer |
| **Date:** | Friday, December 1, 2023 1:20:49 PM |
| **Attachments:** | image001.png |

**External Email**

Counsel, below please find a link containing the below mentioned production. The production file has been encrypted and the password will be sent separately. Please note the production link will automatically be disabled within seven days. Thank you.

https://send.fr.com/link/KLvPVxx2HSZytQN686Ic6q

Angela Castagnola **::** Sr. Litigation Case Manager **::** Fish & Richardson P.C.
858 678 4786 direct **::** castagnola@fr.com

**From:** David Barkan <Barkan@fr.com>
**Sent:** Friday, December 1, 2023 12:34 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Taylor Burgener <burgener@fr.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>; David Barkan <Barkan@fr.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Rose,

It is being produced shortly (this afternoon).

Best regards,

EXHIBIT 1
PAGE 5

David

**David Barkan** :: Fish & Richardson P.C. :: 650 839 5065

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Friday, December 1, 2023 12:12 PM
**To:** David Barkan <Barkan@fr.com>; Rahebi, Bita <BRahebi@mofo.com>; Taylor Burgener <burgener@fr.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Thanks, David.  Any update on the ETA and whether you will be able to produce today?

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



**From:** David Barkan <Barkan@fr.com>
**Sent:** Thursday, November 30, 2023 3:53 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Taylor Burgener <burgener@fr.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>; David Barkan <Barkan@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

**External Email**

EXHIBIT 1
PAGE 6

Hi Rose,

We are waiting for the ETA back from the vendor but I don't think it will be today.

Best regards,

David

**David Barkan** :: Fish & Richardson P.C. :: 650 839 5065

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, November 30, 2023 2:48 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; Taylor Burgener <burgener@fr.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor,

Following up on Bita's email, could you please provide us with the agreements today?

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Wednesday, November 29, 2023 4:55 PM
**To:** Taylor Burgener <burgener@fr.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin

**EXHIBIT 1**
**PAGE 7**

Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor,

We want to check in on the Dish/EchoStar applicable agreement(s) with MoCA as I believe any reasonable notice period would have passed by now.  Can you please provide the documents?

We will go ahead and provide notice to MoCA and provide you with the requested MaxLinear Promoter Agreement with MoCA.

Bita

---

**From:** Taylor Burgener <burgener@fr.com>
**Sent:** Sunday, November 19, 2023 7:14 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

**External Email**

---

Hi Bita,

Thank you for confirming that you will abide by the Protective Order. We have reached out to MoCA and are awaiting a response. We look forward to hearing back from you as to the production of the Maxlinear Promoter Agreement with MoCA and our extension offer.

Best regards,

**EXHIBIT 1**
**PAGE 8**

Taylor

---

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Friday, November 17, 2023 9:54 PM
**To:** Taylor Burgener <burgener@fr.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor,

Thank you for your email and the confirmation as to the causes of action. We will get back to you on the rest of your email, but in the interest of time, we will agree to abide by the current PO (ECF No. 156) for the limited purposes of obtaining EchoStar/Dish related documents with MoCA. (We will let you know if we would like modifications to the PO with respect to party discovery as we did not have input in the document.) Could you please send the notice out tonight and see if we can receive the documents as soon as possible?

Bita

---

**From:** Taylor Burgener <burgener@fr.com>
**Sent:** Friday, November 17, 2023 5:27 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

**External Email**

EXHIBIT 1
PAGE 9

Hi Bita,

We confirm that the counterclaims directed to MaxLinear are 3, 4, 5, and 6.

With respect to the MoCA related materials, the MoCA Promoter Agreement requires notice to MoCA before we can produce it.  Can you confirm that MaxLinear's counsel is bound by the Court's Protective Order in this case, specifically with respect to outside counsel only documents?  It is not clear to us from the current status of the pleadings whether MoFo is yet bound by the PO.  We also note that MaxLinear's Promoter Agreement with MoCA is relevant to the third party beneficiary claims.  Please let us know if MaxLinear will produce that agreement.

We have not yet determined whether we will amend the counterclaims.  We will make that determination after reviewing the motion to dismiss.  If you would like additional time to file your motion to dismiss we are open to stipulating to a 30 day extension.

Best regards,

Taylor

---

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Friday, November 17, 2023 6:37 PM
**To:** Taylor Burgener <burgener@fr.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi David and Taylor,

Thank you again for the call.  We look forward to receiving today the confirmation on the claims that Dish has asserted against the Maxlinear clients as well the requested MoCA related materials.

I know that you all were going to do some thinking after our call, but if you are contemplating amending the counterclaims, it probably makes sense for us to jump on one more call today to figure out logistics.

Bita

---

**From:** Taylor Burgener <burgener@fr.com>

**EXHIBIT 1
PAGE 10**

**Sent:** Friday, November 17, 2023 10:14 AM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

**External Email**

Hi Rose,

As a follow up to our call, our team is available to reconvene today from now until 3 pm EST and after 5:30 pm EST. Could you please recirculate an invite based your team's availability in those windows?

Best regards,

Taylor

**From:** Taylor Burgener
**Sent:** Thursday, November 16, 2023 9:31 PM
**To:** 'Lee, Rose S.' <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Rose,

We are available tomorrow from 12:30-2pm EST and from 4-5 pm EST. Please circulate an invite if those windows work for you and your team.

**EXHIBIT 1**
**PAGE 11**

Best regards,

Taylor

---

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, November 16, 2023 7:19 PM
**To:** Taylor Burgener <burgener@fr.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Counsel,

Checking in on the below and your availability for a follow-up meet and confer tomorrow.

Thanks,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



---

**From:** Lee, Rose S.
**Sent:** Thursday, November 16, 2023 8:21 AM
**To:** 'Taylor Burgener' <burgener@fr.com>; 'Tyler Train' <train@fr.com>; 'Chris Marchese' <marchese@fr.com>; 'Adam Shartzer' <shartzer@fr.com>; 'Ruffin Cordell' <RBC@fr.com>; 'Richard Sterba' <Sterba@fr.com>; 'Ralph A. Phillips' <RPhillips@fr.com>; 'Michael Ballanco' <ballanco@fr.com>; 'David Barkan' <Barkan@fr.com>; 'Ashley Bolt' <bolt@fr.com>; 'John-Paul Fryckman' <Fryckman@fr.com>; '[Service] DISH-Entropic' <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor and David,

Thanks, again, for the call yesterday.  We're checking in on the below and to see if you are available

**EXHIBIT 1
PAGE 12**

for a follow-up meet and confer today or tomorrow.

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



**From:** Lee, Rose S.
**Sent:** Wednesday, November 15, 2023 9:03 AM
**To:** 'Taylor Burgener' <burgener@fr.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor and David,

Thank you for taking the time for the meet and confer today.  We understand you are considering our positions and will get back to us with yours.

Please let us know if a follow-up call would be helpful.

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



**From:** Taylor Burgener <burgener@fr.com>
**Sent:** Tuesday, November 14, 2023 10:13 AM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard

**EXHIBIT 1**
**PAGE 13**

Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

**External Email**

Hi Rose,

We are available tomorrow from 11-11:30 am EST, 3-3:30 pm EST, and 4-5 pm EST. If any of these windows work for you and your team, please circulate an invite.

Best Regards,

Taylor

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Tuesday, November 14, 2023 12:46 AM
**To:** Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

[This email originated outside of F&R.]

Dear Counsel,

Pursuant to Local Rule 7-3, we request a conference to discuss MaxLinear, Inc. and MaxLinear Communications LLC's intent to move to dismiss Dish's counterclaims against them. Please let us know your availability for such a conference tomorrow, 11/14, or on Wednesday, 11/15.

**EXHIBIT 1
PAGE 14**

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

===============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
****************************************************************************
******************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
****************************************************************************
******************************************
```

===============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
****************************************************************************
******************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
****************************************************************************
******************************************
```

===============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

**EXHIBIT 1
PAGE 15**

```
*****************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
*****************************************************************************
****************************************
```

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
*****************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
*****************************************************************************
****************************************
```

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
*****************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
*****************************************************************************
****************************************
```

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
*****************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
*****************************************************************************
****************************************
```

**EXHIBIT 1**
**PAGE 16**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT 1**
**PAGE 17**