1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>        Defendants.<br><hr>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>      Counter-Claimant,<br><br>   v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>     Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**[PROPOSED] ORDER GRANTING MAXLINEAR, INC., AND MAXLINEAR COMMUNICATIONS LLC'S MOTION TO DISMISS COUNTERCLAIM BY DISH NETWORK CALIFORNIA SERVICE CORPORATION**<br><br>Judge:  Hon. John W. Holcomb<br><br>Action Filed:  Feb. 10, 2023<br>Counterclaims Filed: Sept. 21, 2023<br><br>**Hearing:**<br>Date:     Feb. 2, 2024<br>Time:    9:00 a.m.<br>Place:   Courtroom 9D, Santa Ana<br>Judge:   Hon. John W. Holcomb |

1

## **<u>ORDER</u>**

2      Before the Court is Counter-Defendants MaxLinear, Inc. and MaxLinear

3  Communications LLC's ("MaxLinear") Motion to Dismiss Counts III, IV, V, and

4  VI of Counter-Claimant Dish Network California Service Corp.'s ("Dish")

5  Counterclaims against MaxLinear Pursuant to Federal Rules of Civil

6  Procedure 9(b), 12(b)(1), and 12(b)(6).

7      Having considered MaxLinear's Motion to Dismiss and the papers and

8  pleadings filed in connection with it, the Court hereby orders that:

9      MaxLinear's Motion to Dismiss Counts III, IV, V, and VI of Dish's

10  Counterclaims against MaxLinear is GRANTED.  Counts III, IV, V, and VI of

11  Dish's Counterclaims against MaxLinear are DISMISSED WITH PREJUDICE.

12

13      **IT IS SO ORDERED.**

14

15  Dated: _____

16
                                                        _____
17                                                     Hon. John W. Holcomb
                                                         United States District Judge
18

19

20

21

22

23

24

25

26

27

28