| | |
|---|---|
| 1 | BITA RAHEBI (CA SBN 209351) |
| | brahebi@mofo.com |
| 2 | ALEX S. YAP (CA SBN 241400) |
| | ayap@mofo.com |
| 3 | ROSE S. LEE (CA SBN 294658) |
| | roselee@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 5 | Los Angeles, California 90017-3543 |
| | Telephone:  (213) 892-5200 |
| 6 | Facsimile:  (213) 892-5454 |
| 7 | [Additional counsel on signature page] |
| 8 | Attorneys for Counter-Defendants, |
| | MAXLINEAR, INC. and MAXLINEAR |
| 9 | COMMUNICATIONS LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
| Plaintiff, | **DECLARATION OF ROSE S. LEE IN SUPPORT OF MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION** |
| v. | |
| DISH NETWORK CORPORATION, et al., | |
| Defendants. | |
| | Judge: Hon. John W. Holcomb |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION, | Action Filed: Feb. 10, 2023 |
| | Counterclaims Filed: Sept. 21, 2023 |
| Counter-Claimant | **Hearing:** |
| v. | Date:    Feb. 2, 2024 |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | Time:    9:00 a.m. |
| | Place:   Courtroom 9D, Santa Ana |
| | Judge:   Hon. John W. Holcomb |
| Counter-Defendants. | |

R. Lee Declaration iso MaxLinear's Req. for Judicial Not.
Case No. 2:23-cv-1043-JWH-KES
sf-5668377

I, Rose S. Lee, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC in this action. I make this declaration based on my personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the correspondence between counsel for Dish Network California Service Corporation and counsel for MaxLinear, Inc. and MaxLinear Communications LLC from November 14, 2023 to December 1, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected. Executed this 22nd day of December 2023, in Los Angeles, California.

　　　　　　　　　　　　　　　　*/s/ Rose S. Lee*
　　　　　　　　　　　　　　　　Rose S. Lee