UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>　　　　Defendants.<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　Counter-Claimant<br><br>　　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>　　　　Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**[PROPOSED] ORDER GRANTING MAXLINEAR, INC., AND MAXLINEAR COMMUNICATIONS, LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:　Hon. John W. Holcomb |

# ORDER

Before the Court is Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's ("MaxLinear") Request for Judicial Notice in Support of MaxLinear's Motion to Dismiss.

Having considered MaxLinear's Request for Judicial Notice, the Court hereby orders:

MaxLinear's Request for Judicial Notice in Support of MaxLinear's Motion to Dismiss is GRANTED.  The Court takes judicial notice of Exs. A and B to the Request for Judicial Notice in Support of MaxLinear's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated:  _____

_____
Hon. John W. Holcomb
United States District Judge

[PROPOSED] ORDER GRANTING MAXLINEAR'S REQUEST FOR JUDICIAL NOTICE
CASE NO. 2:23-CV-1043-JH-KES