# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER GRANTING MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S MOTION TO DISMISS COUNTERCLAIMS BY COX COMMUNICATIONS, LLC AND COX COMMUNICATIONS CALIFORNIA, LLC** |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC, MAXLINEAR COMMUNICATIONS LLC, AND MAXLINEAR, INC.,<br><br>Counter-Defendants. | Judge: Hon. John W. Holcomb |

# ORDER

Before the Court is Counter-Defendants MaxLinear, Inc. and MaxLinear Communications, LLC's ("MaxLinear") Motion to Dismiss Counter-Claimants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's (collectively, "Cox") Counterclaims against MaxLinear pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Having considered MaxLinear's Motion to Dismiss and the papers and pleadings filed in connection with it, the Court hereby orders that:

MaxLinear's Motion to Dismiss Cox's Counterclaims against MaxLinear is GRANTED. Counts I and III of Cox's Counterclaims against MaxLinear are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

Hon. John W. Holcomb
United States District Judge