```
BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454
```

[Additional counsel on signature page]

Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>      Defendants.<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>      Counter-Claimant,<br><br>      v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>      Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. John W. Holcomb<br><br>Action Filed: Feb. 10, 2023<br>Counterclaims Filed: Sept. 21, 2023<br><br>**Hearing:**<br>Date:    Feb. 2, 2024<br>Time:    9:00 a.m.<br>Place:   Courtroom 9D, Santa Ana<br>Judge:   Hon. John W. Holcomb |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017-3543. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 22, 2023, I served a copy of:

- **DECLARATION OF ROSE S. LEE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION**

- **EXHIBIT B TO MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS [UNREDACTED]**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

| | |
|---|---|
| **K&L GATES LLP**<br>Christina N. Goodrich<br>christina.goodrich@klgates.com<br>Cassidy Young<br>cassidy.young@klgates.com<br>Connor James Meggs<br>connor.meggs@klgates.com<br>10100 Santa Monica Boulevard, 8th Fl.<br>Los Angeles, CA 90067<br><br>Darlene F. Ghavimi<br>darlene.ghavimi@klgates.com<br>2801 Via Fortuna, Suite 650<br>Austin, TX 78746 | *Attorneys for Plaintiff and Counter-Defendant*<br>ENTROPIC COMMUNICATIONS, LLC |

| | |
|---|---|
| George C. Summerfield<br>george.summerfield@klgates.com<br>James A. Shimota<br>jim.shimota@klgates.com<br>Kyle M. Kantarek<br>kyle.kantarek@klgates.com<br>70 West Madison Street, Suite 3100<br>Chicago, IL 60602<br><br>Peter E. Soskin<br>peter.soskin@klgates.com<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br><br>**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**<br>Jennifer M. Hartjes<br>jhartjes@goldmanismail.com<br>Kurt A. Holtzman<br>kholtzman@goldmanismail.com<br>Alan E. Littmann<br>alittmann@goldmanismail.com<br>Shu Zhang<br>szhang@@goldmanismail.com<br>200 South Wacker Drive<br>Chicago, IL  60606<br>Tel:  (312) 881-5191<br><br>**BRIDGES IP CONSULTING**<br>Kenneth Bridges<br>bridgesip@icloud.com<br>2113 19th Avenue S<br>Nashville, TN 37212 | |
| **FISH & RICHARDSON P.C.**<br>Christopher S. Marchese<br>marchese@fr.com<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 533-4240 | *Attorneys for Defendants*<br>DISH Network Corporation, DISH Network L.L.C., DISH Network Service, L.L.C., and DISH Network California Service Corporation |

3


Ashley A. Bolt
bolt@fr.com
1180 Peachtree Street, NE, 21nd Floor
Atlanta, GA 30309
Tel: 404-892-5005

David M. Barkan
barkan@fr.com
500 Arguello Street Suite 400
Redwood City, CA 94063
Tel: 650-839-5070

Aaron P. Pirouznia
pirouznia@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201

Oliver Richards
orichards@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130

Adam R. Shartzer (admitted *pro hac vice*)
shartzer@fr.com
Ruffin B. Cordell (admitted *pro hac vice*)
cordell@fr.com
Richard A. Sterba (admitted *pro hac vice*)
sterba@fr.com
Ralph A. Phillips (admitted *pro hac vice*)
rphillips@fr.com
Michael J. Ballanco (admitted *pro hac vice*)
ballanco@fr.com
Taylor C. Burgener
burgener@fr.com
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this 22nd day of December, 2023.

| Elsa Laris | */s/ Elsa Laris* |
|---|---|
| (typed) | (signature) |