| | |
|---|---|
| 1 | BITA RAHEBI (CA SBN 209351) |
|   | brahebi@mofo.com |
| 2 | ALEX S. YAP (CA SBN 241400) |
|   | ayap@mofo.com |
| 3 | ROSE S. LEE (CA SBN 294658) |
|   | roselee@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard, Suite 6000 |
| 5 | Los Angeles, California 90017-3543 |
|   | Telephone: (213) 892-5200 |
| 6 | Facsimile: (213) 892-5454 |
| 7 | [Additional counsel on signature page] |
| 8 | Attorneys for Counter-Defendants, |
|   | MAXLINEAR, INC. and MAXLINEAR |
| 9 | COMMUNICATIONS LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
| Plaintiff, | Case No. 2:23-cv-01047-JWH-KES (Related Case) |
| v. | **COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants, | **JURY TRIAL DEMANDED** |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, | Judge: Hon. John W. Holcomb |
|   | Action Filed: Feb. 10, 2023 |
|   | Counterclaims Filed: Oct. 6, 2023 |
| Counter-Claimants, | **Hearing:** |
| v. | Date: February 2, 2024 |
|   | Time: 9:00 a.m. |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | Place: Courtroom 9D, Santa Ana |
|   | Judge: Hon. John W. Holcomb |
| Counter-Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for MaxLinear, Inc. and MaxLinear Communications LLC (collectively "MaxLinear"), identifies any parent corporation and publicly held corporation owning 10% or more of MaxLinear's stock, and certifies that the following listed parties may have a pecuniary interest in the outcome of the counterclaims asserted against MaxLinear:

- MaxLinear, Inc. has no parent corporation;
- One publicly held corporation, BlackRock, Inc., owns 10% or more of MaxLinear, Inc.'s stock;
- MaxLinear Communications LLC's parent corporation is MaxLinear, Inc.

MaxLinear refers to Entropic Communications, LLC's and Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's Local Rule 7.1-1 disclosures for other parties who may have a pecuniary interest in the outcome of the underlying patent infringement claims.

| | | |
|---|---|---|
| 1 | Dated:  December 22, 2023 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Rose S. Lee* |
| 4 | | Rose S. Lee |
| 5 | | BITA RAHEBI (CA SBN 209351)<br>brahebi@mofo.com |
| 6 | | ALEX S. YAP (CA SBN 241400)<br>ayap@mofo.com |
| 7 | | ROSE S. LEE (CA SBN 294658)<br>roselee@mofo.com |
| 8 | | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000 |
| 9 | | Los Angeles, California  90017-3543 |
| 10 | | Telephone:    (213) 892-5200<br>Facsimile:    (213) 892-5454 |
| 11 | | RICHARD S.J. HUNG (CA SBN 197425) |
| 12 | | rhung@mofo.com<br>MORRISON & FOERSTER LLP |
| 13 | | 425 Market Street, |
| 14 | | San Francisco, California 94105-2482 |
| 15 | | Palo Alto, California  94304-1018<br>Telephone:    (415) 268-7000<br>Facsimile:    (415) 268-7522 |
| 16 | | |
| 17 | | *Attorneys for Counter-Defendants*<br>MAXLINEAR, INC. and |
| 18 | | MAXLINEAR<br>COMMUNICATIONS LLC |

3