| | |
|---|---|
| 1 | BITA RAHEBI (CA SBN 209351) |
| | brahebi@mofo.com |
| 2 | ALEX S. YAP (CA SBN 241400) |
| | ayap@mofo.com |
| 3 | ROSE S. LEE (CA SBN 294658) |
| | roselee@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 5 | Los Angeles, California 90017-3543 |
| | Telephone: (213) 892-5200 |
| 6 | Facsimile: (213) 892-5454 |
| 7 | [Additional counsel on signature page] |
| 8 | Attorneys for Counter-Defendants, |
| | MAXLINEAR, INC. and MAXLINEAR |
| 9 | COMMUNICATIONS LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| DISH NETWORK CORPORATION, et al., | Judge: Hon. John W. Holcomb |
| Defendants. | Action Filed: Feb. 10, 2023 |
| | Counterclaims Filed: Sept. 21, 2023 |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| Counter-Claimant, | **Hearing:** |
| | Date: Feb. 2, 2024 |
| v. | Time: 9:00 a.m. |
| | Place: Courtroom 9D, Santa Ana |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | Judge: Hon. John W. Holcomb |
| Counter-Defendants. | |

Certificate of Service
Case No. 2:23-CV-1043-JWH-KES
sf-5696360

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017-3543. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 22, 2023, I served a copy of:

- **DECLARATION OF ROSE S. LEE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION**

- **COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION [UNREDACTED]**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

| | |
|---|---|
| **K&L GATES LLP**<br>Christina N. Goodrich<br>christina.goodrich@klgates.com<br>Cassidy Young<br>cassidy.young@klgates.com<br>Connor James Meggs<br>connor.meggs@klgates.com<br>10100 Santa Monica Boulevard, 8th Fl.<br>Los Angeles, CA 90067<br><br>Darlene F. Ghavimi<br>darlene.ghavimi@klgates.com<br>2801 Via Fortuna, Suite 650<br>Austin, TX 78746<br><br><br>George C. Summerfield<br>george.summerfield@klgates.com<br>James A. Shimota | *Attorneys for Plaintiff and Counter-Defendant*<br>ENTROPIC COMMUNICATIONS, LLC |

2

| | |
|---|---|
| jim.shimota@klgates.com<br>Kyle M. Kantarek<br>kyle.kantarek@klgates.com<br>70 West Madison Street, Suite 3100<br>Chicago, IL 60602<br><br>Peter E. Soskin<br>peter.soskin@klgates.com<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br><br>**GOLDMAN ISMAIL TOMASELLI<br>BRENNAN & BAUM LLP**<br>Jennifer M. Hartjes<br>jhartjes@goldmanismail.com<br>Kurt A. Holtzman<br>kholtzman@goldmanismail.com<br>Alan E. Littmann<br>alittmann@goldmanismail.com<br>Shu Zhang<br>szhang@@goldmanismail.com<br>200 South Wacker Drive<br>Chicago, IL  60606<br>Tel:  (312) 881-5191<br><br>**BRIDGES IP CONSULTING**<br>Kenneth Bridges<br>bridgesip@icloud.com<br>2113 19th Avenue S<br>Nashville, TN 37212 | |
| **FISH & RICHARDSON P.C.**<br>Christopher S. Marchese<br>marchese@fr.com<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 533-4240 | *Attorneys for Defendants*<br>DISH Network Corporation,<br>DISH Network L.L.C., DISH<br>Network Service, L.L.C., and<br>DISH Network California Service<br>Corporation |

| | |
|---|---|
| 1 | Ashley A. Bolt |
| 2 | bolt@fr.com |
|   | 1180 Peachtree Street, NE, 21nd Floor |
| 3 | Atlanta, GA 30309 |
| 4 | Tel: 404-892-5005 |
| 5 | |
|   | David M. Barkan |
| 6 | barkan@fr.com |
|   | 500 Arguello Street Suite 400 |
| 7 | Redwood City, CA 94063 |
| 8 | Tel:  650-839-5070 |
| 9 | |
|   | Aaron P. Pirouznia |
| 10 | pirouznia@fr.com |
|   | 1717 Main Street, Suite 5000 |
| 11 | Dallas, TX 75201 |
| 12 | |
|   | Oliver Richards |
| 13 | orichards@fr.com |
| 14 | 12860 El Camino Real, Suite 400 |
|   | San Diego, CA  92130 |
| 15 | |
| 16 | Adam R. Shartzer |
|   | shartzer@fr.com |
| 17 | Ruffin B. Cordell |
| 18 | cordell@fr.com |
|   | Richard A. Sterba |
| 19 | sterba@fr.com |
| 20 | Ralph A. Phillips |
|   | rphillips@fr.com |
| 21 | Michael J. Ballanco |
| 22 | ballanco@fr.com |
|   | Taylor C. Burgener |
| 23 | burgener@fr.com |
| 24 | 1000 Maine Ave., SW, Suite 1000 |
|   | Washington, DC 20024 |
| 25 | Tel: (202) 783-5070 |
| 26 | |
| 27 | |
| 28 | |

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this 22nd day of December, 2023.

| Elsa Laris | /s/ Elsa Laris |
|---|---|
| (typed) | (signature) |