1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

ENTROPIC COMMUNICATIONS, LLC,

11

Plaintiff,

12

v.

13

DISH NETWORK CORPORATION, et al.,

14

15

Defendants.

16

17

18

DISH NETWORK CALIFORNIA SERVICE CORPORATION,

19

Counterclaimant,

20

21

v.

22

ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,

23

24

Counterdefendants.

Case No. 2:23-cv-1043-JWH-KES (Lead Case)

**ORDER GRANTING MAXLINEAR, INC., AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION**

Judge:  Hon. John W. Holcomb

25

26

27

28

1      Having considered Counter-Defendant MaxLinear Inc. and MaxLinear

2  Communications LLC's ("MaxLinear") Application for Leave to File Under Seal

3  Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss

4  Counterclaims by Dish Network California Service Corporation, the Court hereby

5  **ORDERS** that the following information should be maintained under seal:

6

| Document to be sealed | Portions to be sealed |
|---|---|
| Exhibit B to MaxLinear's Request for Judicial Notice | Entirety |

11      **IT IS SO ORDERED.**

13  Dated:  __December 26__ , 2023

                                John W. Holcomb
                                United States District Judge

\ ORDER GRANTING MAXLINEAR'S APPLN. FOR LEAVE TO FILE UNDER SEAL REQ. FOR JUDICIAL NOT.
CASE NO. 2:23-CV-1043-JH-KES
sf-5695743