UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>        Defendants.<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>        Counterclaimant.<br><br>    v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>        Counterdefendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**ORDER GRANTING MAXLINEAR, INC., AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION TO DISMISS COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION**<br><br>Judge: Hon. John W. Holcomb<br><br>Action Filed: Feb. 10, 2023<br>Counterclaims Filed: Sept. 21, 2023<br><br>**Hearing:**<br>Date:    Feb. 2, 2024<br>Time:   9:00 a.m.<br>Place:  Courtroom 9D, Santa Ana<br>Judge:  Hon. John W. Holcomb |

Having considered Counter-Defendant MaxLinear Inc. and MaxLinear Communications LLC's ("MaxLinear") Application for Leave to File Under Seal Motion to Dismiss Counterclaims by Dish Network California Service Corporation, the Court hereby **ORDERS** that the following information should be sealed:

| Document to be sealed | Portions to be sealed (page: line(s)) |
|---|---|
| Portions of MaxLinear's Motion to Dismiss that quote from or reference Exhibit B to the concurrently filed MaxLinear's Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss Counterclaims by Dish Network California Service Corporation | 9:4-5; 17:10; 17:18; 18:1-11; 18:23-24; 21:15-16. |

**IT IS SO ORDERED.**

Dated: \_\_December 26\_, 2023

_____
John W. Holcomb
United States District Judge