# Exhibit A

**Cross Reference Chart Comparing Paragraph Numbers Between the Redlined Second Amended Complaint ("SAC") in CA 2:23-cv-1049, and the Redlined SAC in C.A. 2:23-cv-1043**

| ¶ in 2:23-cv-01043, Dkt. 192-2 (SAC) | ¶ in 2:23-cv-01049, Dkt. 130-2 (SAC) |
|---|---|
| 68 | 71 |
| 69 | 72 |
| 70 | 73 |
| 71 | 74 |
| 72 | 75 |
| 73 | 76 |
| 74 | 77 |
| 75 | 78 |
| 76 | 79 |
| 77 | 80 |
| 78 | 81 |
| 79 | 82 |
| 80 | 83 |
| 81 | 84 |
| 82 | 85 |
| 83 | 86 |
| 84 | 87-88 |
| 85 | 89 |
| 86 | 90 |
| 87 | 91 |
| 88 | 92 |
| 89 | 93 |
| 90 | 94 |
| 91 | 95 |
| 92 | 96 |
| 93 | 97 |
| 94 | 98 |
| 99 | 103 |
| 100 | 104 |
| 102 | 106 |
| 103 | 107 |
| 104 | 108 |
| 105 | 109 |
| 106 | 110 |
| 107 | 111 |
| 108 | 112 |
| 109 | 113 |

| ¶ in 2:23-cv-01043, Dkt. 192-2 (SAC) | ¶ in 2:23-cv-01049, Dkt. 130-2 (SAC) |
|---|---|
| 110 | 114 |
| 111 | 115 |
| 112 | 116 |
| 113 | 117 |
| 114 | 118 |
| 115 | 119 |
| 116 | 120 |
| 117 | 121 |
| 118 | 122 |
| 119 | 123 |
| 120 | 124 |
| 121 | 125 |
| 126 | 130 |
| 127 | 131 |
| 128 | 132 |
| 129 | 133 |
| 131 | 135 |
| 132 | 136 |
| 134 | 138 |
| 135 | 139 |
| 136 | 140 |
| 137 | 141 |
| 153 | 157 |
| 154 | 158 |
| 155 | 159 |
| 156 | 160 |
| 157 | 161 |
| 158 | 162 |
| 159 | 163 |
| 160 | 164 |
| 161 | 165 |
| 162 | 166 |
| 163 | 167 |
| 164 | 168 |
| 165 | 169 |
| 166 | 170 |
| 167 | 171 |
| 168 | 172 |

| ¶ in 2:23-cv-01043, Dkt. 192-2 (SAC) | ¶ in 2:23-cv-01049, Dkt. 130-2 (SAC) |
|---|---|
| 169 | 173 |
| 170 | 174 |
| 171 | 175 |
| 172 | 176 |
| 173 | 177 |
| 174 | 178 |
| 175 | 179 |
| 176 | 180 |
| 178 | 182 |
| 179 | 183 |
| 180 | 184 |
| 181 | 185 |
| 182 | 186 |