# EXHIBIT F

| | |
|---|---|
| **From:** | Bacchus, Raquel A. |
| **To:** | WS-Comcast-Entropic; Padmanabhan, Krishnan; Ferguson, Brian E.; Leiden, Diana; Raghavan, Saranya; Steinberg, Ying Lin |
| **Cc:** | EntropicKLG |
| **Subject:** | Entropic Communications, LLC v. Comcast Corporation, et al., Case 23-cv-01050: Exemplary Infringement Charts ("438/"275) |
| **Date:** | Saturday, November 4, 2023 12:51:57 AM |
| **Attachments:** | Comcast 438 Infringement Claim Chart.pdf<br>Comcast 275 Infringement Claim Chart.pdf |



Counsel:

Attached please find Entropic Communications, LLC's Exemplary Infringement Charts for U.S. Patent Nos. 9,866,438 and 11,785,275.

Best regards,

Raquel



**Raquel A. Bacchus**
Senior Paralegal
K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
Phone: (312) 558-5025
Fax: (312) 827-7075
raquel.bacchus@klgates.com
www.klgates.com

Consider the environment. Think before you print!
*******************************************************************************

Diese Nachricht (inklusive aller Anhänge) ist vertraulich. Sie darf ausschließlich durch den vorgesehenen Empfänger und Adressaten gelesen, kopiert oder genutzt werden. Sollten Sie diese Nachricht versehentlich erhalten haben, bitten wir, den Absender (durch Antwort-E-Mail) hiervon unverzüglich zu informieren und die Nachricht zu löschen. Jede unerlaubte Nutzung oder Weitergabe des Inhalts dieser Nachricht, sei es vollständig oder teilweise, ist unzulässig. Bitte beachten Sie, dass E-Mail-Nachrichten an den Absender nicht für fristgebundene Mitteilungen geeignet sind. Fristgebundene Mitteilungen sind daher ausschließlich per Post oder per Telefax zu übersenden.

This message (including any attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipient. If you have received it in error please contact the sender (by return E-Mail) immediately and delete this message. Any unauthorised use or dissemination of this message in whole or in part is strictly prohibited. Please note that, for organisational reasons, the personal E-Mail address of the sender is not available for matters subject to a deadline. Please send, therefore, matters subject to deadline exclusively by mail or by fax.