Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Last Page*

Attorneys for Defendant
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE, L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DECLARATION OF OLIVER J. RICHARDS IN SUPPORT OF DEFENDANT DISH NETWORK CORPORATION, ET AL.'S EX PARTE MOTION TO EXTEND TIME TO AMEND AND/OR RESPOND TO MOTION**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | DISH NETWORK CALIFORNIA SERVICE CORPORATION, |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 6 | |
| 7 | Counter-Defendants. |

I, Oliver J. Richards, hereby declare and state as follows:

1. I am a principal in the law firm of Fish & Richardson P.C., counsel of record for Defendants DISH Network Corporation, DISH Network L.L.C., DISH Network Service, L.L.C., and Dish Network California Service Corporation (collectively, "Defendants" and "DISH") in the above-captioned matter. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of an email I sent to counsel for MaxLinear on Tuesday, December 19, 2023, in response to a letter sent by MaxLinear on December 19, 2023..

3. Attached as Exhibit B is a true and correct copy of an email I received from counsel for MaxLinear on December 21, 2023.

4. Attached as Exhibit C is a true and correct copy of correspondence sent by my colleague David Barken to counsel for MaxLinear on Thursday, December 22, 2023.

5. Attached as Exhibit D is a true and correct copy of an email I sent to counsel for MaxLinear on Tuesday, December 26, 2023.

6. I, along with my colleague David Barkan, met and conferred with Rose Lee, counsel for MaxLinear, on Thursday, December 28, 2023 via telephone. The parties were unable to reach agreement as to a schedule for Dish California to amend its counterclaims and/or respond to MaxLinear's motion to dismiss. Counsel for MaxLinear indicated that its team was on vacation between Christmas and New Years, and noted inconvenience in having to respond to an ex parte application before the new year.

7. Attached as Exhibit E is a true and correct copy of email correspondence between counsel for MaxLinear and counsel for Dish California.

8. Prior to stipulating to extending the time for it to respond to Dish California's counterclaims, on a meet and confer I attended with counsel for Entropic,

1  Entropic indicated on a meet and confer that it intended to challenge the sufficiency
2  of the counterclaims on similar bases to those raised in MaxLinear's motion. Namely,
3  Entropic indicated it intended to challenge the sufficiency of Dish California's civil
4  conspiracy allegations and that voiding the assignment from MaxLinear to Entropic
5  is not a valid form of relief.

8      I declare under the penalty of perjury of the laws of the United States of
9  America that the foregoing is true and correct. Executed on January 3, 2023 in
10 Hillsboro, Oregon.

By: */s/ Oliver J. Richards*
     Oliver J. Richards

*Additional Counsel*

David M. Barkan (SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Ashley A. Bolt *(pro hac vice)*
bolt@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Oliver Richards (SBN 310972)
orichards@fr.com
John-Paul Fryckman (SBN 317591)
fryckman@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

Attorneys for Defendants
DISH Network Corporation, et al.