IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE, L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DISH NETWORK CORPORATION, ET AL.'s EX PARTE MOTION TO EXTEND TIME TO ANSWER AND/OR RESPOND TO MOTION**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | DISH NETWORK CALIFORNIA SERVICE CORPORATION, |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 5-7 | Counter-Defendants. |

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION
Case No. 2:23-cv-1043-JWH-KES

Having considered Defendants DISH Network Corporation, DISH Network L.L.C., DISH Network Service, L.L.C., and Dish Network California Service Corporation (collectively, "Defendants" and "DISH") Unopposed *Ex Parte* Application for Order to Extend Time to Amend and/or Respond to Motion, and for good cause shown, it is hereby ORDERED that:

- MaxLinear's recently filed Motion to Dismiss (D.I. 236) is taken off-calendar, without prejudice to MaxLinear filing a new Motion to Dismiss according to the schedule below.

- If the Court denies the DISH Colorado Defendants' venue motion, the DISH Colorado Defendants shall file an Answer and/or Counterclaims against MaxLinear within 21 days of the order denying the DISH Colorado Defendants' venue motion.  Any amendment by Dish California to its Counterclaims against MaxLinear shall be filed no later than the date on which the DISH Colorado Defendants file an Answer and/or Counterclaims against MaxLinear.

- MaxLinear's deadline to respond to Dish California's Counterclaims, or any amendments thereto, against MaxLinear shall be 21 days after either: (i) an order from this Court granting the DISH Colorado Defendants' venue motion; or (ii) the DISH Colorado Defendants file an Answer and/or Counterclaims against MaxLinear, whichever is later.

IT IS SO ORDERED.

Dated: _____, 2024

_____
Hon. John W. Holcomb
United States District Court Judge