# Exhibit A

| From: | Lee, Rose S. |
|---|---|
| To: | Taylor Burgener; Chris Marchese; Rahebi, Bita; Tyler Train; Adam Shartzer; Ruffin Cordell; Richard Sterba; Ralph A. Phillips; Michael Ballanco; David Barkan; Ashley Bolt; John-Paul Fryckman; [Service] DISH-Entropic |
| Cc: | Yap, Alex S.; Hung, Richard S. J.; Mao, Stella; Laris, Elsa G.; Lui, Bradley S. |
| Subject: | RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer |
| Date: | Tuesday, November 21, 2023 4:58:56 PM |
| Attachments: | image001.png |
| | 2023-11-XX Stip fr Maxlinear to Resp to Counterclaims_DRAFT - 5677426.DOCX |

Taylor,

Thank you for the draft stipulation.  We had not understood your offer of an extension by 30 days to be conditioned on a hearing date in February.  Nevertheless, to accommodate Dish over the holidays, we will agree to it.  We hope that you will grant similar courtesies to our team under similar circumstances going forward.  With these changes, you have my approval to sign.

Best,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



**From:** Taylor Burgener <burgener@fr.com>
**Sent:** Tuesday, November 21, 2023 11:55 AM
**To:** Chris Marchese <marchese@fr.com>; Lee, Rose S. <RoseLee@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Tyler Train <train@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

<mark>External Email</mark>

Hi Rose,

I am following up on Chris's email from last night. Would you please let us know if you have any edits

**EXHIBIT A**
**PAGE 5**

to the attached or if we have your approval to file and who will be signing for your team?

Best regards,

Taylor

---

**From:** Chris Marchese <marchese@fr.com>
**Sent:** Monday, November 20, 2023 9:02 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Taylor Burgener <burgener@fr.com>; Tyler Train <train@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>; Chris Marchese <marchese@fr.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Rose,

Taylor is offline, so I'm responding.  Please find attached a draft stipulation and proposed order.  Please note that we have included a provision that if MaxLinear files a motion to dismiss it will notice the motion for no earlier than February 2, 2024.

Please let us know if you have edits.

Thanks,
Chris

---

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Monday, November 20, 2023 5:33 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; Taylor Burgener <burgener@fr.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor,

Checking in on the draft stipulation.

**EXHIBIT A**
**PAGE 6**

Thanks,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



---

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Monday, November 20, 2023 9:20 AM
**To:** Taylor Burgener <burgener@fr.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor,

Given the timing, we will agree to Dish's proposal for a 30-day extension.  Can you please send us a draft stipulation?  We will get back to you as to your request.

Bita

---

**From:** Taylor Burgener <burgener@fr.com>
**Sent:** Sunday, November 19, 2023 7:14 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

==External Email==

Hi Bita,

Thank you for confirming that you will abide by the Protective Order. We have reached out to MoCA and are awaiting a response. We look forward to hearing back from you as to the production of the Maxlinear Promoter Agreement with MoCA and our extension offer.

Best regards,

Taylor

---

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Friday, November 17, 2023 9:54 PM
**To:** Taylor Burgener <burgener@fr.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor,

Thank you for your email and the confirmation as to the causes of action.  We will get back to you on the rest of your email, but in the interest of time, we will agree to abide by the current PO (ECF No. 156) for the limited purposes of obtaining EchoStar/Dish related documents with MoCA.  (We will let you know if we would like modifications to the PO with respect to party discovery as we did not have input in the document.)  Could you please send the notice out tonight and see if we can receive the documents as soon as possible?

Bita

---

**From:** Taylor Burgener <burgener@fr.com>
**Sent:** Friday, November 17, 2023 5:27 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>;

**EXHIBIT A**
**PAGE 8**

John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

<mark>External Email</mark>

---

Hi Bita,

We confirm that the counterclaims directed to MaxLinear are 3, 4, 5, and 6.

With respect to the MoCA related materials, the MoCA Promoter Agreement requires notice to MoCA before we can produce it. Can you confirm that MaxLinear's counsel is bound by the Court's Protective Order in this case, specifically with respect to outside counsel only documents? It is not clear to us from the current status of the pleadings whether MoFo is yet bound by the PO. We also note that MaxLinear's Promoter Agreement with MoCA is relevant to the third party beneficiary claims. Please let us know if MaxLinear will produce that agreement.

We have not yet determined whether we will amend the counterclaims. We will make that determination after reviewing the motion to dismiss. If you would like additional time to file your motion to dismiss we are open to stipulating to a 30 day extension.

Best regards,

Taylor

---

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Friday, November 17, 2023 6:37 PM
**To:** Taylor Burgener <burgener@fr.com>; Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>; Lui, Bradley S. <BLui@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi David and Taylor,

Thank you again for the call.  We look forward to receiving today the confirmation on the claims that Dish has asserted against the Maxlinear clients as well the requested MoCA related materials.

I know that you all were going to do some thinking after our call, but if you are contemplating amending the counterclaims, it probably makes sense for us to jump on one more call today to figure out logistics.

Bita

**From:** Taylor Burgener <burgener@fr.com>
**Sent:** Friday, November 17, 2023 10:14 AM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

==External Email==

Hi Rose,

As a follow up to our call, our team is available to reconvene today from now until 3 pm EST and after 5:30 pm EST. Could you please recirculate an invite based your team's availability in those windows?

Best regards,

Taylor

**From:** Taylor Burgener
**Sent:** Thursday, November 16, 2023 9:31 PM
**To:** 'Lee, Rose S.' <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard

**EXHIBIT A**
**PAGE 10**

Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Rose,

We are available tomorrow from 12:30-2pm EST and from 4-5 pm EST. Please circulate an invite if those windows work for you and your team.

Best regards,

Taylor

---

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, November 16, 2023 7:19 PM
**To:** Taylor Burgener <burgener@fr.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Counsel,

Checking in on the below and your availability for a follow-up meet and confer tomorrow.

Thanks,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



---

**From:** Lee, Rose S.
**Sent:** Thursday, November 16, 2023 8:21 AM

**EXHIBIT A**
**PAGE 11**

**To:** 'Taylor Burgener' <burgener@fr.com>; 'Tyler Train' <train@fr.com>; 'Chris Marchese' <marchese@fr.com>; 'Adam Shartzer' <shartzer@fr.com>; 'Ruffin Cordell' <RBC@fr.com>; 'Richard Sterba' <Sterba@fr.com>; 'Ralph A. Phillips' <RPhillips@fr.com>; 'Michael Ballanco' <ballanco@fr.com>; 'David Barkan' <Barkan@fr.com>; 'Ashley Bolt' <bolt@fr.com>; 'John-Paul Fryckman' <Fryckman@fr.com>; '[Service] DISH-Entropic' <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor and David,

Thanks, again, for the call yesterday.  We're checking in on the below and to see if you are available for a follow-up meet and confer today or tomorrow.

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



**From:** Lee, Rose S.
**Sent:** Wednesday, November 15, 2023 9:03 AM
**To:** 'Taylor Burgener' <burgener@fr.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

Hi Taylor and David,

Thank you for taking the time for the meet and confer today.  We understand you are considering our positions and will get back to us with yours.

Please let us know if a follow-up call would be helpful.

Best regards,

Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



**From:** Taylor Burgener <burgener@fr.com>
**Sent:** Tuesday, November 14, 2023 10:13 AM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J. <RHung@mofo.com>; Mao, Stella <SMao@mofo.com>; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

<mark>**External Email**</mark>

Hi Rose,

We are available tomorrow from 11-11:30 am EST, 3-3:30 pm EST, and 4-5 pm EST. If any of these windows work for you and your team, please circulate an invite.

Best Regards,

Taylor

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Tuesday, November 14, 2023 12:46 AM
**To:** Tyler Train <train@fr.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; David Barkan <Barkan@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Cc:** Yap, Alex S. <AYap@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; Hung, Richard S. J.

<RHung@mofo.com>; SMao@mofo.com; Laris, Elsa G. <ELaris@mofo.com>
**Subject:** Entropic Communications LLC v. Dish Network Corporation, et al - Request for Meet and Confer

[This email originated outside of F&R.]

Dear Counsel,

Pursuant to Local Rule 7-3, we request a conference to discuss MaxLinear, Inc. and MaxLinear Communications LLC's intent to move to dismiss Dish's counterclaims against them.  Please let us know your availability for such a conference tomorrow, 11/14, or on Wednesday, 11/15.

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



==============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
********************************************************************************
*************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
********************************************************************************
*************************************
```

==============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

**EXHIBIT A
PAGE 14**

```
**********************************************************************************
**************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
**********************************************************************************
**************************************
```

```
======================================================================
```

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
**********************************************************************************
**************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
**********************************************************************************
**************************************
```

```
======================================================================
```

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
**********************************************************************************
**************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
**********************************************************************************
**************************************
```

```
======================================================================
```

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
**********************************************************************************
**************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
**********************************************************************************
```

**EXHIBIT A**
**PAGE 15**

*****************************************

1 | Christopher S. Marchese (SBN 170239)
2 | marchese@fr.com
FISH & RICHARDSON P.C.
3 | 633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
4 | Tel: (213) 533-4240 / Fax: (858) 678-5099

5

6 | Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
7 | Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
8 | Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
9 | Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
10 | Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
11 | Taylor C. Burgener (SBN 348769)
burgener@fr.com
12 | FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
13 | Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331
14

15 | *Additional Counsel Listed on Signature Page*

16

17 | Attorneys for Defendant
Dish Network California Service Corporation

18 | **IN THE UNITED STATES DISTRICT COURT**

19 | **CENTRAL DISTRICT OF CALIFORNIA**

20 | **SOUTHERN DIVISION**

21 | ENTROPIC COMMUNICATIONS, LLC,     Lead Case No. 2:23-cv-1043-JWH-KES
22
          Plaintiff,     **STIPULATION TO EXTEND TIME**
23 |           **FOR NEW PARTIES MAXLINEAR, INC. AND MAXLINEAR**
      v.     **COMMUNICATIONS LLC TO**
24 |           **RESPOND TO DISH**
DISH NETWORK CORPORATION;     **CALIFORNIA'S**
25 | DISH NETWORK L.L.C.; DISH     **COUNTERCLAIMS; [PROPOSED]**
NETWORK SERVICE L.L.C.; and     **ORDER**
26 | DISH NETWORK CALIFORNIA
SERVICE CORPORATION,
27
          Defendants.
28

**EXHIBIT A
PAGE 17**

| | |
|---|---|
| DISH NETWORK CALIFORNIA SERVICE CORPORATION, | District Judge: Hon. John W. Holcomb |
| Counter-Claimant, | Magistrate Judge: Hon. Karen E. Scott |
| v. | |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | Counterclaims served:  Oct. 5, 2023<br>Current response date:  Nov. 22, 2023<br>New response date:  Dec. 22, 2023 |
| Counter-Defendants. | |

Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") and Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation (collectively, "Defendants") (collectively, with MaxLinear, the "Parties"), by and through their respective counsel, stipulate and enter into this Joint Stipulation to Extend Time for MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Dish Network California Service Corporation's Counterclaims:

WHEREAS, Dish Network California Service Corporation ("Dish California") filed its Answer to the Complaint and Counterclaims on September 21, 2023 (Dkt. No. 111), adding the two MaxLinear entities as counterclaim defendants to the litigation, and served the same on MaxLinear on October 5, 2023 (Dkt. Nos. 125, 126);

WHEREAS, MaxLinear's original deadline to respond to Dish California's Counterclaims was October 26, 2023;

WHEREAS, MaxLinear's counsel requested an extension to MaxLinear's deadline to respond to Dish California's Counterclaims until November 22, 2023, and Dish California agreed.

WHEREAS, the Court entered an order extending MaxLinear's deadline to November 22, 2023;

WHEREAS, Dish California agreed offered to extend MaxLinear's deadline

1

STIPULATION TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COUNTERCLAIMS BY NO MORE THAN 30 DAYS
CASE NO. 2:23-CV-1043-JWH-KES

EXHIBIT A
PAGE 18

to respond to Dish California's Counterclaims until December 22, 2023 following the Parties' Local Rule 7-3 meet-and-confer regarding MaxLinear's forthcoming motion to dismiss in response to Dish California's Counterclaims;

WHEREAS, Dish California's counsel ~~agreed~~ offered to provide the further extension provided MaxLinear agrees to a hearing date for any motion to dismiss of no earlier than February 2, 2024;

WHEREAS, the Parties have agreed to extend MaxLinear's deadline to respond to the Counterclaims to December 22, 2023 and to a hearing date of no ~~l~~earlier than February 2, 2024 for any motion to dismiss;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1.      The Parties respectfully request an order from the Court extending MaxLinear's deadline to respond to Dish California's Counterclaims (Dkt. No. 111) from November 22, 2023 to December 22, 2023.

2.      The hearing date for any motion dismiss the Counterclaims by MaxLinear will be set for no earlier than February 2, 2024.

2

**EXHIBIT A**
**PAGE 19**

Dated:  November ▯, 2023

By: _____
Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240
Fax: (858) 678-5099

David M. Barkan (SBN 160825)
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Aaron P. Pirouznia
(admitted *pro hac vice*)
pirouznia@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

Ashley A. Bolt
(admitted *pro hac vice*)
bolt@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, NE, 21nd Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

Adam R. Shartzer
(admitted *pro hac vice*)
shartzer@fr.com
Ruffin B. Cordell
(admitted *pro hac vice*)
cordell@fr.com

3

**EXHIBIT A
PAGE 20**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Richard A. Sterba
(admitted *pro hac vice*)
sterba@fr.com
Ralph A. Phillips
(admitted *pro hac vice*)
rphillips@fr.com
Michael J. Ballanco
(admitted *pro hac vice*)
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

4

**EXHIBIT A
PAGE 21**

Dated:  November __, 2023                    MORRISON & FOERSTER LLP

By: _____
      Rose Lee

BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

STELLA MAO (CA SBN 335136)
SMao@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Counter-Defendants
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS, LLC

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christopher Marchese, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ *Draft*
_____
Christopher S. Marchese

5

EXHIBIT A
PAGE 22