# Exhibit B

EXHIBIT B
PAGE 23

| | |
|---|---|
| **From:** | David Barkan |
| **To:** | Rahebi, Bita; Lee, Rose S.; David Barkan |
| **Cc:** | Oliver Richards; Chris Marchese; Taylor Burgener; Adam Shartzer; Ruffin Cordell; Richard Sterba; Ralph A. Phillips; Michael Ballanco; Ashley Bolt; John-Paul Fryckman; MoFo_MaxLinear |
| **Subject:** | RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO |
| **Date:** | Tuesday, January 2, 2024 9:07:01 PM |
| **Attachments:** | image001.png |

**External Email**



It will be filed in the morning.

**David Barkan :: Fish & Richardson P.C. :: 650 839 5065**

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Tuesday, January 2, 2024 6:31 PM
**To:** David Barkan <Barkan@fr.com>; Lee, Rose S. <RoseLee@mofo.com>
**Cc:** Oliver Richards <orichards@fr.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

David, happy new year.

Please give us a definitive answer as to whether it will be tonight or in the morning. Our team has been waiting since morning. There is no need for us to unnecessarily wait until midnight in the off chance there is a filing tonight.

We disrupted multiple vacations on Thursday when we were told it would be filed that day, only to find out after close of business that it would not be filed that day.

Thanks,
Bita

**From:** David Barkan <Barkan@fr.com>

**EXHIBIT B**
**PAGE 24**

**Sent:** Tuesday, January 2, 2024 6:26 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; David Barkan <Barkan@fr.com>
**Cc:** Oliver Richards <orichards@fr.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

**External Email**

Rose,

We are still filing – it will be either later tonight or in the morning.

Best regards,

David

**David Barkan ::** Fish & Richardson P.C. **::** 650 839 5065

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Tuesday, January 2, 2024 5:18 PM
**To:** David Barkan <Barkan@fr.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Oliver Richards <orichards@fr.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

David,

Dish indicated it would file its ex parte Tuesday morning. We have not received it and it is now after the close of business. Does Dish still intend to file its ex parte application? If so, what is the timing?

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



---

**From:** David Barkan <Barkan@fr.com>
**Sent:** Thursday, December 28, 2023 6:43 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Rahebi, Bita <BRahebi@mofo.com>; David Barkan <Barkan@fr.com>
**Cc:** Oliver Richards <orichards@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

**External Email**

---

Hi Rose,

Dish California will not be filing its ex parte application tonight.  In view of the holiday and as a courtesy to avoid MaxLinear having to respond over the holiday weekend, Dish California will wait to file until Tuesday morning.

Best regards,

David

**David Barkan :: Fish & Richardson P.C. :: 650 839 5065**
**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, December 28, 2023 11:21 AM
**To:** David Barkan <Barkan@fr.com>; Rahebi, Bita <BRahebi@mofo.com>

**Cc:** Oliver Richards <orichards@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

Hi David,

My cell works well—213/327-5074.

Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074



---

**From:** David Barkan <Barkan@fr.com>
**Sent:** Thursday, December 28, 2023 11:19 AM
**To:** Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Lee, Rose S. <RoseLee@mofo.com>; Oliver Richards <orichards@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

**External Email**

---

We had read that to mean the next court day but we are fine filing today.

Rose – what number should we call you at?

**David Barkan :: Fish & Richardson P.C. :: 650 839 5065**

**EXHIBIT B**
**PAGE 27**

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Thursday, December 28, 2023 11:06 AM
**To:** David Barkan <Barkan@fr.com>
**Cc:** Lee, Rose S. <RoseLee@mofo.com>; Oliver Richards <orichards@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** Re: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

David,

We consulted this order and this is why we are asking that Fish file today. Saturday filings will be more inconvenient for the Court and our staff.

I am at breakfast with my family on vacation but Rose is available to confer with you now. Please ring her office number.

Bita


On Dec 28, 2023, at 9:01 AM, David Barkan <Barkan@fr.com> wrote:

**External Email**

---

Hi Rose,

See below:

Honorable John W. Holcomb | Central District of California | United States District Court (uscourts.gov)

*Ex Parte Applications*: The Court directs Counsel's attention to L.R. 7-19. The Court considers ex parte applications on the papers. Accordingly, Counsel need not set ex parte applications for a hearing date. The other parties' opposition, or notice of non-opposition (which notice may be provided telephonically to the Courtroom Deputy Clerk), to an ex parte application is ==due 24 hours after the other parties' receipt of the ex parte application==.

**David Barkan :: Fish & Richardson P.C. :: 650 839 5065**

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, December 28, 2023 10:44 AM
**To:** David Barkan <Barkan@fr.com>; Oliver Richards <orichards@fr.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

Hi David,

Thanks for your email. What rule are you looking at to calculate that timing?

Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

<image001.png>

**From:** David Barkan <Barkan@fr.com>
**Sent:** Thursday, December 28, 2023 10:39 AM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Oliver Richards <orichards@fr.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

==External Email==

Hi Rose – quick question – if we file today, your opposition would be due tomorrow – if we file tomorrow, your opposition isn't due until Tuesday – do you still want us to file today?

**David Barkan :: Fish & Richardson P.C. :: 650 839 5065**

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, December 28, 2023 10:09 AM
**To:** Oliver Richards <orichards@fr.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** David Barkan <Barkan@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

Oliver,

Are you ready to file your ex parte application today? If so, I am available to meet and confer with you today. We would prefer that you file today given the timing for an opposition.

Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

<image001.png>

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, December 28, 2023 8:41 AM
**To:** Oliver Richards <orichards@fr.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** David Barkan <Barkan@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

Oliver,

I am available at 10:30 AM PT tomorrow.

Best,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

<image001.png>

**From:** Oliver Richards <orichards@fr.com>
**Sent:** Wednesday, December 27, 2023 8:57 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>
**Cc:** David Barkan <Barkan@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

**External Email**

Bita,

Does 10:30 am Pacific / 8:30 am HST work for you all?

Thanks,
Oliver

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Wednesday, December 27, 2023 12:38 PM
**To:** Oliver Richards <orichards@fr.com>
**Cc:** David Barkan <Barkan@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt

<bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** Re: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

Oliver:

1.  It is only Dish info. You may share with your client.

2.  As you saw from our OOO, our team is out of office for the holidays.  Please propose available windows on Friday and I or someone on our team will confer with Dish. I am on Hawaii time so please account for that in your proposed windows.

Bita

> On Dec 26, 2023, at 10:46 AM, Oliver Richards <orichards@fr.com> wrote:

**External Email**

Bita,

I wanted to touch base with you about two things relating to the motion MaxLinear filed last Friday.

First, can you confirm that the motion and exhibits contain only Dish confidential information and may be shared with the client?

Second, Dish California will be filing an ex parte application to extend the time for Dish California to amend its counterclaims and/or respond to MaxLinear's motion.  As you likely saw, Entropic agreed to extend the time for Entropic to respond to the counterclaims.  As we previously explained to you, we believe that it will be most efficient for the Court to decide any motion to dismiss after the pending venue motions are decided.  Moreover, now that Entropic

**EXHIBIT B
PAGE 32**

has agreed to extend the time for its response, we believe it would be more efficient for the Court to consider potential motions to dismiss filed by Entropic at the same time as the motion filed by MaxLinear. Our ex parte application will ask the Court to set the same schedule laid out in the stipulation between Entropic and Dish California.

We anticipate filing the ex parte application by the end of the week. Please let me know when you all are available to meet and confer regarding the ex parte application.

Very Best,
Oliver

---

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Thursday, December 21, 2023 2:28 PM
**To:** Oliver Richards <orichards@fr.com>; David Barkan <Barkan@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

Oliver,

Thank you for your email. We have already drafted the motion and we will proceed with the filing tomorrow. We look forward to hearing from David after his vacation as we do not believe the claims against MaxLinear should continue.

Happy holidays to you and your team.

Bita

---

**From:** Oliver Richards <orichards@fr.com>
**Sent:** Thursday, December 21, 2023 2:19 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; David Barkan <Barkan@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>;

Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

**External Email**

Bita,

Just following up on my email below.  Please let me know whether MaxLinear is amenable to an extension as I have outlined below.

Very Best,
Oliver

**From:** Oliver Richards
**Sent:** Tuesday, December 19, 2023 6:34 PM
**To:** 'Rahebi, Bita' <BRahebi@mofo.com>; David Barkan <Barkan@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

Bita,

I am responding on behalf of David Barkan as he is on vacation this week.  We are in receipt of your letter and are preparing a fulsome response.   However, as your issues appear to arise out of Dish California's assertion of FRAND-related counterclaims—issues which may be resolved once the other Dish defendants become part of the

**EXHIBIT B**
**PAGE 34**

case—we believe any motion to dismiss would be most efficiently decided after Dish's venue motion is decided. Moreover, your letter raises other issues that may be cured through amendment of Dish California's counterclaims— potential amendments that we would need additional time to consider.  As such, we believe it would be mutually beneficial to seek an extension of time for MaxLinear and Entropic to answer or otherwise respond to Dish's counterclaim complaint until after the Court decides the pending venue motion.  More specifically, we would propose that MaxLinear's deadline to answer or otherwise respond be extended to 21 days after <u>all</u> Dish entities answer and file counterclaims.  In addition to allowing the Court to decide these issues in light of all of the parties, this would allow MaxLinear and Entropic to only have to respond to these counterclaims once.

Please let us know whether MaxLinear is amenable to such an extension or whether you would like to discuss further.

Very Best,
Oliver


**Oliver Richards** :: Principal :: Fish & Richardson P.C.
858 678 4715 direct :: 619 630 8453 mobile :: ojr@fr.com


**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Monday, December 18, 2023 3:02 PM
**To:** David Barkan <Barkan@fr.com>; Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Oliver Richards <orichards@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation,

Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

Hi David,

Confirmed.  It references the Dish/EchoStar Promoter agreement produced by Dish.

Best,
Bita

---

**From:** David Barkan <Barkan@fr.com>
**Sent:** Monday, December 18, 2023 2:58 PM
**To:** Laris, Elsa G. <ELaris@mofo.com>; Chris Marchese <marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Oliver Richards <orichards@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>; David Barkan <Barkan@fr.com>; Rahebi, Bita <BRahebi@mofo.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

**External Email**

---

Dear Bita,

Please confirm that the only confidential information in your letter is Dish's and therefore we may share the letter with our client.

Best regards,

David

---

**David Barkan :: Fish & Richardson P.C. :: 650 839 5065**

**From:** Laris, Elsa G. <ELaris@mofo.com>
**Sent:** Friday, December 15, 2023 4:31 PM
**To:** David Barkan <Barkan@fr.com>; Chris Marchese

**EXHIBIT B**
**PAGE 36**

<marchese@fr.com>; Taylor Burgener <burgener@fr.com>; Adam Shartzer <shartzer@fr.com>; Ruffin Cordell <RBC@fr.com>; Richard Sterba <Sterba@fr.com>; Ralph A. Phillips <RPhillips@fr.com>; Michael Ballanco <ballanco@fr.com>; Ashley Bolt <bolt@fr.com>; John-Paul Fryckman <Fryckman@fr.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** Entropic Communications LLC v. Dish Network Corporation, Case No. 23-cv-1043 - letter from Rahebi to Barkan - Contains AEO

[This email originated outside of F&R.]

Dear Counsel:

Please see attached sent on behalf of Bita Rahebi.

Regards,

**Elsa Laris**
Legal Secretary
elaris@mofo.com
T+1 (213) 892-5391

Morrison Foerster
707 Wilshire Boulevard
Los Angeles, CA  90017-3543

<image001.png>

mofo.com | LinkedIn | Twitter

=========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

****************************************************************
****************************************************************

```
This email message is for the sole use of the intended
recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is prohibited.
If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of the original
message.
****************************************************************
****************************************************************
```

```
==========================================================
=================
```

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
****************************************************************
****************************************************************
This email message is for the sole use of the intended
recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is prohibited.
If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of the original
message.
****************************************************************
****************************************************************
```

```
==========================================================
=================
```

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
****************************************************************
****************************************************************
This email message is for the sole use of the intended
recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is prohibited.
If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of the original
message.
****************************************************************
****************************************************************
```

```
======================================================================
======
```

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

**EXHIBIT B**
**PAGE 38**

.

```
**************************************************************************
****************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized use
or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
**************************************************************************
****************************************************
```

======================================================================
======

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

.

```
**************************************************************************
****************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized use
or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
**************************************************************************
****************************************************
```

======================================================================
======

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

.

```
**************************************************************************
****************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized use
or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
**************************************************************************
****************************************************
```

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by

**EXHIBIT B
PAGE 39**

reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
********************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
********************************************************************************
****************************************
```

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
********************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
********************************************************************************
****************************************
```

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
********************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
********************************************************************************
****************************************
```

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
********************************************************************************
```

**EXHIBIT B**

**PAGE 40**

```
*****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
*******************************************************************************
*****************************************
```