UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>　　　　Defendants.<br><br>―――――――――<br><br>DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>　　　　Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**[PROPOSED] ORDER DENYING DISH NETWORK CALIFORNIA SERVICE CORPORATION'S *EX PARTE* APPLICATION TO EXTEND TIME TO AMEND AND/OR RESPOND TO MAXLINEAR'S MOTION TO DISMISS COUNTER-CLAIMS**<br><br>Judge: Hon. John W. Holcomb |

# ORDER

Before the Court is Counter-Claimant Dish Network California Service Corp.'s ("Dish") *Ex Parte* Application to Extend Time to Amend and/or Respond to MaxLinear, Inc. and MaxLinear Communications LLC's ("MaxLinear") Motion to Dismiss Counter-Claims.

Having considered Dish's application, MaxLinear's opposition, and the papers and pleadings filed in connection therewith, the Court hereby orders that:

Dish's *Ex Parte* Application is DENIED.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. John W. Holcomb
United States District Judge