# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br>Case No. 2:23-cv-01048-JWH-KES (Related Case)<br>Case No. 2:23-cv-05253-JWH-KES (Related Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | [Assigned to the Honorable John W. Holcomb]<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE OPPOSITION TO MOTION TO DISMISS UNDER SEAL**<br><br>Date: January 26, 2024<br>Time: 9:00 AM<br>Courtroom: 9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>    Defendants. | |

**ORDER**

|  |  |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | DIRECTV, LLC, *et al.*, |
| 5 | Defendants. |

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file Entropic's Opposition to Defendant Comcast's Motion to Dismiss under seal, which contains details related to a confidential third-party communication and an agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under L.R. 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Table of Contents, Section III.B. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memorandum of Points and Authorities in Support of its Opposition to Comcast's Motion to Dismiss ("Plaintiff's Memo") at 4:18–5:2. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 5:5–6. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 13:10–14. | Contents of a confidential third-party business communication between the MoCA Board of Directors. |
| Plaintiff's Memo at Section III.B. | Contents of a confidential agreement between Comcast and a third-party entity. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Plaintiff's Memo at 18:28–19:13. | Contents of a confidential agreement between Comcast and a third-party entity. |

**IT IS SO ORDERED.**

Dated: January 8, 2024

Hon. John W. Holcomb
United States District Judge

**RECYCLED PAPER**

**ORDER**