**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| Entropic Communications, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:23-cv-01043-JWH-KES |
| v. | |
| DISH Network Corporation et al. | APPLICATION FOR REFUND OF FEES; ORDER THEREON |
| DEFENDANT(S) | |

*Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.*

**SECTION I**

| | | Reason for refund request: |
|---|---|---|
| Name of Applicant: | Yuri Mikulka | ☒ Duplicate payment submitted |
| Amount Paid: | $ 1,000 | ☐ Fee paid even though none was required |
| Requested Refund Amount: | $ 500 | ☐ Overpayment of a required filing fee |
| Document Title and Docket #: | Application of Non-Resident Attorney Theodore Stevenson to Appear Pro Hac Vice [DI 177] | ☐ Pro hac vice application denied (order attached) |
| Transaction Date: | November 22, 2023 | ☐ Other: |
| Receipt Number: (If paid by cash/check only) | | |

**SECTION II** (*Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.*)

| Account Holder Name: | Andrew Wilber |
|---|---|
| Pay.gov Tracking ID: | ACACDC-36454518 |
| Agency Tracking ID: | |

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

*For Court Use Only*

**Fiscal Department**

☐ Refund issued.

☐ Application for refund denied:
 ☐ Application seeks refund of fee that was not paid.
 ☐ Previous court order indicates fee is not to be refunded.

☐ Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED   ☐ DENIED

_____
United States District/Magistrate Judge

G-124 (11/17)   APPLICATION FOR REFUND OF FEES; ORDER THEREON