KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>RELATED CASE:<br>Case No. 2:23-cv-01047-JWH-KES<br><br>**[PROPOSED] ORDER RE COX'S NOTICE OF AMENDED COUNTERCLAIMS AND OPPOSITION TO ENTROPIC'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL** |

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

This matter comes before the Court on Plaintiff Entropic Communications, LLC's ("Entropic") Motion to Dismiss Cox's Counterclaims under Fed. R. Civ. Pro. 12(b)(6). Cox has elected to moot this motion by filing amended counterclaims that further address the issues Entropic raises as well as facts uncovered via further discovery. The Court, having considered all papers filed and arguments of counsel, finds that there is a good cause for denying this motion as moot;

Accordingly, IT IS HEREBY ORDERED that Entropic's Motion is Denied as Moot.

IT IS SO ORDERED.

DATED: _____, 2024

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE COX'S NOTICE OF AMENDED COUNTERCLAIMS AND OPPOSITION TO ENTROPIC'S MOTION TO DISMISS
CASE NO. 2:23-CV-01043-JWH-KES

3