1  KILPATRICK TOWNSEND & STOCKTON LLP
   April E. Isaacson (SBN 180638)
2  aisaacson@kilpatricktownsend.com
   Two Embarcadero Center, Suite 1900
3  San Francisco CA 94111
   (415) 273 8306
4
   Sarah Y. Kamran (SBN 347617)
5  skamran@kilpatricktownsend.com
   1801 Century Park East, Suite 2300
6  Los Angeles CA 90067
   (310) 777 3733
7
   Mitchell G. Stockwell (*admitted pro hac vice*)
8  mstockwell@kilpatricktownsend.com
   Vaibhav P. Kadaba (*admitted pro hac vice*)
9  wkadaba@kilpatricktownsend.com
   Michael J. Turton (*admitted pro hac vice*)
10 mturton@kilpatricktownsend.com
   Courtney S. Dabbiere (*admitted pro hac vice*)
11 cdabbiere@kilpatricktownsend.com
   Christopher S. Leah (*admitted pro hac vice*)
12 cleah@kilpatricktownsend.com
   1100 Peachtree Street, NE, Suite 2800
13 Atlanta GA 30309
   (404) 815 6500
14
15 *Attorneys for Defendants*
   *Cox Communications, Inc.; CoxCom, LLC; and*
16 *Cox Communications California, LLC*

17                UNITED STATES DISTRICT COURT
18                CENTRAL DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20 ENTROPIC COMMUNICATIONS, LLC,<br>21<br>22  Plaintiff,<br>23   v.<br>24 COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br>25<br>26  Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>RELATED CASE:<br>Case No. 2:23-cv-01047-JWH-KES<br><br>**[PROPOSED] ORDER RE COX'S NOTICE OF AMENDED COUNTERCLAIMS AND OPPOSITION TO MAXLINEAR'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL** |

27
28

PROPOSED ORDER RE COX'S NOTICE OF AMENDED COUNTERCLAIMS AND
OPPOSITION TO MAXLINEAR'S MOTION TO DISMISS
CASE NO. 2:23-CV-01043-JWH-KES

|   |   |
|---|---|
| 1 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

1   This matter comes before the Court on Counter-Defendants MaxLinear Communications LLC and MaxLinear, Inc.'s ("MaxLinear") Motion to Dismiss Cox's Counterclaims under Fed. R. Civ. Pro. 12(b)(6). Cox has elected to moot this motion by filing amended counterclaims that further address the issues MaxLinear raises as well as facts uncovered via further discovery. The Court, having considered all papers filed and arguments of counsel, finds that there is a good cause for denying this motion as moot;

Accordingly, IT IS HEREBY ORDERED that MaxLinear's Motion is Denied as Moot.

IT IS SO ORDERED.

DATED: _____, 2024

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE