UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:23-cv-01043-JWH-KES 2:23-cv-01049-JWH-KES | Date | January 10, 2024 |
|---|---|---|---|
| Title | *Entropic Communications, LLC v. DISH Network Corporation et al* *Entropic Communications, LLC v. Cox Communications, Inc. et al* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER REFERRING MOTIONS TO SPECIAL MASTER**

Pursuant to the Court's Order Appointing David Keyzer, Esq. as Special Master,[1] the Court hereby **REFERS** the following motions to Special Master Keyzer for Report and Recommendation:

- Entropic's Motion to Amend Complaint [ECF No. 114 in *Entropic Communications, LLC v. Cox Communications, Inc.*, Case No. 2:23-cv-01049-JWH-KES (the "1049 Case")];
- Entropic's Motion to Amend the First Amended Complaint Against Comcast Corp. [ECF No. 115 in the 1049 Case];
- Entropic's Motion to Supplement the Second Amended Complaint [ECF No. 131 in the 1049 Case]; and

---

[1]    Order Appointing David Keyzer, Esq. as Special Master [ECF No. 74 in *Entropic Communications, LLC v. DISH Network Corporation*, Case No. 2:23-cv-01043-JWH-KES; ECF No. 62 in *Entropic Communications, LLC v. Cox Communications, Inc.*, Case No. 2:23-cv-01049-JWH-KES].

- Entropic's Motion to Supplement the Second Amended Complaint [ECF No. 193 in *Entropic Communications, LLC v. DISH Network Corporation*, Case No. 2:23-cv-01043-JWH-KES].

In view of this referral, the Court also **VACATES** the hearings set in this Court on the above-listed matters.

**IT IS SO ORDERED.**

**CIVIL MINUTES—
GENERAL**

Initials of Deputy Clerk <u>cla</u>