Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Lead Case No. 2:23-cv-1043-JWH-KES<br><br>**JOINT STIPULATION RE: DEADLINE TO RESPOND TO OPERATIVE COMPLAINT AND COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | DISH NETWORK CALIFORNIA SERVICE CORPORATION, |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | ENTROPIC COMMUNICATIONS, LLC, *et al.*, |
| 5 | |
| 6 | Counter-Defendants. |

|   |   |
|---|---|
| 1 | Plaintiff Entropic Communications, LLC ("Entropic"); Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation (collectively, "Defendants"); and Counter-Defendants Maxlinear, Inc. and Maxlinear Communications LLC ("Maxlinear") (collectively with Entropic and Defendants, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation relating to upcoming deadlines, as follows: |

Plaintiff Entropic Communications, LLC ("Entropic"); Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation (collectively, "Defendants"); and Counter-Defendants Maxlinear, Inc. and Maxlinear Communications LLC ("Maxlinear") (collectively with Entropic and Defendants, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation relating to upcoming deadlines, as follows:

**WHEREAS**, on February 10, 2023, Entropic filed its Complaint against DISH Network Corporation; DISH Network LLC; Dish Network Service LLC; and Dish Network California Service Corporation (Dkt. No. 1) and served the same on Defendants (Dkt. Nos. 14-17);

**WHEREAS**, DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C. ("the Dish Colorado Defendants") moved this Court to dismiss Entropic's claims against them for improper venue (Dkt. No. 49) on May 8, 2023;

**WHEREAS**, Dish Network California Service Corporation ("Dish California") filed its Answer to the Complaint and Counterclaims on September 21, 2023 (Dkt. No. 111) and served the same on Entropic (Dkt. No. 117). In view of the motion to dismiss, the DISH Colorado Defendants have not yet answered Entropic's complaint;

**WHEREAS**, on December 22, 2023, MaxLinear filed a motion to dismiss the Counterclaims filed against it by Dish California (D.I. 235);

**WHEREAS,** on December 27, 2023, this Court entered an Order granting a joint stipulation between Dish California and Entropic setting certain deadlines based on when the Court would enter an order on the Dish Colorado Defendants' then-pending motion to dismiss for improper venue (D.I. 242);

**WHEREAS**, on January 3, 2023, Dish California filed an ex parte application requesting that the Court reset certain deadlines relating to MaxLinear's motion to dismiss (D.I. 252);

**WHEREAS,** on January 10, 2024, this Court entered an order denying the Dish Colorado Defendants' motion to dismiss for improper venue (D.I. 269);

**WHEREAS,** on January 11, 2024, this Court entered an Order concerning Dish California's ex parte application, directing the Parties to meet and confer and promptly file a joint stipulation providing for an aligned briefing schedule (D.I. 271);

**NOW THEREFORE**, the Parties, by and through their respective counsel, hereby **STIPULATE AND AGREE** as follows:

1. The deadline for the DISH Colorado Defendants to answer Entropic's complaint shall be **January 31, 2024**. To avoid any doubt, the last day for the DISH Colorado Defendants to file counterclaims against Entropic and MaxLinear is January 31, 2024.

2. The deadline for Dish California to amend its counterclaims and/or otherwise respond to the motion to dismiss filed by MaxLinear (D.I. 235) shall be **January 31, 2024**.

3. The deadline for Entropic and MaxLinear to respond to any counterclaims filed by the DISH Colorado Defendants and any amended counterclaims filed by Dish California shall be **February 21, 2024**. If Dish California does not amend its counterclaims, the deadline for Entropic to respond to such counterclaims is **February 21, 2024**.

4. The deadline for the DISH Colorado Defendants and Dish California to file their opposition to any motions to dismiss filed by Entropic and MaxLinear in response to any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California shall be **March 5, 2024**.

5. The deadline for Entropic and MaxLinear to file replies in support of any motions to dismiss any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California shall be **March 15, 2024**

6. Subject to the Court's schedule, any motions to dismiss filed by Entropic and MaxLinear in response to any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California will be heard on **March 29, 2024**.

7. The DISH Colorado Defendants and Dish California shall not seek discovery from Entropic or MaxLinear regarding any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California until **February 21, 2024**, when Entropic and MaxLinear respond to any counterclaims or amended counterclaims filed against them.

Dated: January 12, 2024                    Respectfully Submitted,


By: */s/ Oliver Richards*
    Oliver Richards (SBN 310972)
    orichards@fr.com
    John-Paul Fryckman (SBN 317591)
    fryckman@fr.com
    Fish & Richardson P.C.
    12860 El Camino Real, Suite 400
    San Diego, CA 92130
    Tel: (858) 678-5070

    Christopher S. Marchese (SBN 170239)
    marchese@fr.com
    Tyler R. Train (SBN 318998)
    train@fr.com
    633 West Fifth Street, 26th Floor
    Los Angeles, CA 90071

Tel: (213) 533-4240

Adam R. Shartzer (*pro hac vice*)
shartzer@fr.com
Ruffin B. Cordell (*pro hac vice*)
cordell@fr.com
Richard A. Sterba (*pro hac vice*)
sterba@fr.com
Ralph A. Phillips (*pro hac vice*)
rphillips@fr.com
Michael J. Ballanco (*pro hac vice*)
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

David M. Barkan (SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Ashley A. Bolt (*pro hac vice*)
bolt@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Aaron P. Pirouznia (*pro hac vice*)
pirouznia@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

**ATTORNEYS FOR DEFENDANTS DISH NETWORK CORPORATION, ET AL.**

| | | |
|---|---|---|
| 1 | Dated: January 12, 2024 | By: */s/ Christina N. Goodrich* |

                                                Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

Kenneth Bridges
**Bridges IP Consulting**
2113 19th Avenue S
Nashville, TN 37212
Tel: (615) 973-9478
bridgesip@icloud.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

7
JOINT STIPULATION RE: COUNTERCLAIM DEADLINES
Case No. 2:23-cv-1043-JWH-KES

| | | |
|---|---|---|
| 1 | Dated: January 12, 2024 | By: */s/ Rose S. Lee* |
| 2 | | Bita Rahebi (CA SBN 209351) |
| | | brahebi@mofo.com |
| 3 | | Alex S. Yap (CA SBN 241400) |
| 4 | | ayap@mofo.com |
| | | Rose S. Lee (CA SBN 294658) |
| 5 | | roselee@mofo.com |
| 6 | | MORRISON & FOERSTER LLP |
| | | 707 Wilshire Boulevard, Suite 6000 |
| 7 | | Los Angeles, California 90017-3543 |
| 8 | | Telephone: (213) 892-5200 |
| | | Facsimile: (213) 892-5454 |

Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Bradley Lui (CA SBN 143088)
blui@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037-1679
Telephone: (202) 887-1500

**ATTORNEYS FOR COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC**

**ECF ATTESTATION**

I, Oliver J. Richards, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC and Counter-Defendants Maxlinear, Inc. and Maxlinear Communications LLC and will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Oliver Richards*
Oliver Richards