| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com |
|   | Cassidy T. Young (SBN 342891) |
| 3 | cassidy.young@klgates.com |
| 4 | K&L GATES LLP |
|   | 10100 Santa Monica Boulevard |
| 5 | Eighth Floor |
| 6 | Los Angeles, CA 90067 |
|   | Telephone: +1 310 552 5000 |
| 7 | Facsimile: +1 310 552 5001 |
| 8 | |
| 9 | *Attorneys for Plaintiff* |
|   | *Entropic Communications, LLC* |
| 10 | |
| 11 | (*Additional counsel listed in signature block*) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01043-JWH-KES (Lead Case) |
| Plaintiff, | Case No.: 2:23-cv-01047-JWH-KES (Related Case) |
| v. | Case No.: 2:23-cv-01048-JWH-KES (Related Case) |
| DISH NETWORK CORPORATION, *et al.*, | Case No.: 2:23-cv-05253-JWH-KES (Member Case) |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | **NOTICE OF LODGING OF PLAINTIFF'S SLIDES PRESENTED AT THE JANUARY 16, 2024 HEARING ON DIRECTV'S MOTION TO DISMISS** |
| Plaintiff, | |
| v. | |
| COX COMMUNICATIONS, INC., *et al.*, | |
| Defendants. | |

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | |
| 9 | Plaintiff, |
| 10 | v. |
| 11 | DIRECTV, LLC, *et al.*, |
| 12 | |
| 13 | Defendants. |

Plaintiff Entropic Communications, LLC hereby gives notice that it is lodging a copy of the slides that it presented during the January 16, 2024 hearing on Defendants DIRECTV, LLC and AT&T Services, Inc.'s Motion to Dismiss (Dkt. 160), which is attached hereto as Exhibit A.

Dated: January 17, 2024         Respectfully submitted,

By:  /s/ Douglas Jordan Winnard
Michael T. Pieja (SBN 250351)
mpieja@goldmanismail.com
Alan E. Littmann (*pro hac vice*)
alittmann@goldmanismail.com
Douglas Jordan Winnard (SBN 275420)
dwinnard@goldmanismail.com
Shaun Zhang (*pro hac vice*)
szhang@goldmanismail.com
Jennifer M. Hartjes (*pro hac vice*)
jhartjes@goldmanismail.com
Kurt A. Holtzman (*pro hac vice*)
kholtzman@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191

Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

James A. Shimota *(pro hac vice)*
jim.shimota@klgates.com

**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Facsimile: (312) 827-8000

Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

NOTICE OF LODGING