David Frist (admitted *pro hac vice*)
David.frist@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Yuri Mikulka (SBN 185926)
yuri.mikulka@alston.com
Rachel E. K. Lowe (SBN 246361)
rachel.lowe@alston.com
ALSTON & BIRD LLP
333 S. Hope Street, 16th Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Attorneys for DIRECTV, LLC and AT&T Services, Inc.

(Additional counsel information omitted)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC; AT&T, INC.; AT&T SERVICES, INC.; AND AT&T COMMUNICATIONS, LLC<br><br>Defendants. | **Lead Case No. 2:23-cv-01043-JWH-KES**<br><br>Consolidated with Case Nos.:<br>2:23-CV-01047-JWH-KES<br>2:23-CV-01048-JWH-KES<br>2:23-CV-05253-JWH-KES<br><br>Assigned to Hon. John W. Holcomb |

**NOTICE OF LODGING DEFENDANT'S DIRECTV, LLC AND AT&T SERVICES, INC.'S SLIDES PRESENTED AT THE JANUARY 16, 2024 HEARING ON DIRECTV'S MOTION TO DISMISS**

Defendant's DIRECTV, LLC and AT&T Services, Inc. hereby give notice that they are lodging a copy of the slides that they presented during the January 16, 2024 hearing on DIRECTV, LLC and AT&T Services, Inc.'s Motion to Dismiss (Dkt. 160), which are attached hereto as Exhibit A.

Dated: January 18, 2024

DAVID S. FRIST
YURI MIKULKA
RACHEL E. K. LOWE
**ALSTON & BIRD LLP**

By:  */s/ David S. Frist*
　　　David S. Frist

Attorneys for Defendants DIRECTV, LLC and AT&T SERVICES, INC.