IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>   Defendants. | Lead Case No. 2:23-cv-1043-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION RE: DEADLINE TO RESPOND TO OPERATIVE COMPLAINT AND COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>   Counterclaimant,<br><br> v.<br><br>ENTROPIC COMMUNICATIONS, LLC, *et al.*,<br><br>   Counterdefendants. | |

Having fully considered the Joint Stipulation Re: Deadline To Respond To Operative Complaint And Counterclaims ("Joint Stipulation") submitted by Plaintiff Entropic Communications, LLC ("Entropic"); Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C ("the DISH Colorado Defendants"); and Dish Network California Service Corporation ("Dish California") (collectively, "Defendants"); and Counterdefendants MaxLinear, Inc. and MaxLinear Communications LLC ("MaxLinear") (collectively with Entropic and Defendants, the "Parties"), and for good cause shown, it is hereby **ORDERED** as follows:

1. The Joint Stipulation is **GRANTED**.

2. The deadline for the DISH Colorado Defendants to answer Entropic's complaint is January 31, 2024.  To avoid any doubt, the last day for the DISH Colorado Defendants to file counterclaims against Entropic and MaxLinear is January 31, 2024.

3. The deadline for Dish California to amend its counterclaims and/or otherwise respond to the motion to dismiss filed by MaxLinear (D.I. 235) is January 31, 2024.

4. The deadline for Entropic and MaxLinear to respond to any counterclaims filed by the DISH Colorado Defendants and any amended counterclaims filed by Dish California is February 21, 2024.  If Dish California does not amend its counterclaims, the deadline for Entropic to respond to such counterclaims is February 21, 2024.

5. The deadline for the DISH Colorado Defendants and Dish California to file their opposition to any motions to dismiss filed by Entropic and MaxLinear in response to any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California is March 5, 2024.

6. The deadline for Entropic and MaxLinear to file replies in support of any motions to dismiss any counterclaims filed by DISH Colorado Defendants and

counterclaims or amended counterclaims filed by Dish California is March 15, 2024.

7. Any motions to dismiss filed by Entropic and MaxLinear in response to any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California shall be set for March 29, 2024, at 9:00 a.m.

8. The DISH Colorado Defendants and Dish California shall not seek discovery from Entropic or MaxLinear regarding any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California until February 21, 2024, when Entropic and MaxLinear respond to any counterclaims or amended counterclaims filed against them.

**IT IS SO ORDERED.**

Dated: January 17, 2024

Hon. John W. Holcomb
United States District Judge