## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—
## GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01043-JWH-KES | Date | January 17, 2024 |
| Title | *Entropic Communications, LLC v. DISH Network Corporation, et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Erica Bustos for Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER FOR SUPPLEMENTAL BRIEFING REGARDING JOINDER TO THE COX MOTION**

Pending before the Court are two motions to dismiss under 35 U.S.C. § 101 filed by (1) Defendants DirecTV, LLC and AT&T Services, Inc. (jointly, "DirecTV") in November 2023;[1] and (2) Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC (collectively, "Cox") in June 2023.[2] In the DirecTV Motion, DirecTV seeks (among other relief) to join the Cox Motion; that is, DirecTV seeks an order invalidating U.S. Patent Nos. 9,838,213 (the "'213 Patent") and 10,432,422 (the "'422 Patent")—the two patents at issue in the Cox Motion—for the same reasons that Cox articulated.

The Court conducted a hearing on the DirecTV Motion on January 16, 2024. During that hearing, and in the briefing on the DirecTV Motion, Plaintiff Entropic Communications, LLC opposed DirecTV's joinder to the Cox Motion on

---

[1]   DirecTV's Mot. to Dismiss (the "DirecTV Motion") [ECF No. 160].
[2]   Cox's Mot. to Dismiss (the "Cox Motion") [ECF No. 64 in Case No. 2:23-cv-01047].

the ground that Entropic pleaded additional facts in its First Amended Complaint, which Entropic filed after the Court conducted a hearing on the Cox Motion. Entropic contends that its amendment of its pleading potentially warrants a different outcome concerning the eligibility the '213 Patent and the '422 Patent.[3] DirecTV argues that the additional allegations are conclusory in nature, and, thus, they share the same defects as the allegations in Entropic's operative pleading at the time of the hearing on the Cox Motion.[4]

Supplemental briefing will aid the Court in resolving this issue. For that reason, the Court hereby **ORDERS** as follows:

1. Entropic is **DIRECTED** to file no later than February 2, 2024, a supplemental brief of no more than 10 pages explaining why the additional and revised allegations in its First Amended Complaint raise fact issues warranting a different outcome as compared to the operative allegations at the time of the hearing on the Cox Motion.

2. DirecTV is **DIRECTED** to file no later than February 16, 2024, a supplemental response brief of no more than 10 pages to Entropic's supplemental brief.

3. At its option, Cox is granted **LEAVE** to file no later than February 16, 2024, its own response brief of no more than 10 pages to Entropic's supplemental brief.

**IT IS SO ORDERED.**

---

[3] *See* Opposition to DirecTV's Mot. to Dismiss [ECF No. 215] 42:15-23.

[4] *See* Reply in support of DirecTV's Mot. to Dismiss [ECF No. 250] 24:7-24.