Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION., *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**STIPULATION RE: HEARING AND BRIEFING ON MOTIONS TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>        Defendants. | |

**STIPULATION RE: HEARING AND BRIEFING ON MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., *et al.*, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC., |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |
| 9 | ENTROPIC COMMUNICATIONS, LLC, |
| 10 | |
| 11 | Plaintiff, |
| 12 | v. |
| 13 | COMCAST CORPORATION; *et al.*, |
| 14 | |
| 15 | Defendants. |
| 16 | |
| 17 | ENTROPIC COMMUNICATIONS, LLC, |
| 18 | |
| 19 | Plaintiff, |
| 20 | v. |
| 21 | DIRECTV, LLC; *et al.*, |
| 22 | Defendants. |
| 23 | |
| 24 | lfgh |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**STIPULATION RE: HEARING AND BRIEFING ON MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**

| | |
|---|---|
| 1 | Plaintiff and Counter-Defendant Entropic Communications, LLC ("Entropic"); Counter-Defendants MaxLinear, Inc. and MaxLinear Communications, LLC (collectively, "MaxLinear"); and Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC's (collectively, "Cox") (together with Entropic and MaxLinear, the "Parties"), by and through their respective counsel, stipulate and enter into this Stipulation re: Hearing and Briefing on Motions to Dismiss Cox Defendants' Counterclaims: |
| 8 | WHEREAS, on October 6, 2023, Cox filed an Amended Answer and Counterclaim (1047 DE 94) against Entropic and Maxlinear; |
| 10 | WHEREAS, on December 22, 2023, MaxLinear filed a motion to dismiss Cox's counterclaims (1043 DE 235); |
| 12 | WHEREAS, on December 22, 2023, Entropic also filed a motion to dismiss Cox's counterclaims (1043 DE 236); |
| 14 | WHEREAS, on January 9, 2024, Cox filed its First Amended Counterclaims against Entropic and MaxLinear (1043 DE 266); |
| 16 | WHEREAS, Entropic and MaxLinear dispute the procedural propriety of Cox's amendment of its counterclaims without leave of Court after it had already amended its answer; |
| 19 | WHEREAS, the Parties agree that Entropic and MaxLinear's motions to dismiss Cox's counterclaims should not proceed and the hearing on the motions to dismiss Cox's counterclaims filed by Entropic and MaxLinear (1043 DE 235 and 1043 DE 236) should not proceed and should not be adjudicated; |
| 23 | WHEREAS, the Parties do not intend to proceed with briefing on these motions, which are set to be heard on February 2, 2024, and instead intend to respond to Cox's First Amended Counterclaims; |
| 26 | WHEREAS, the Parties agree that the February 2, 2024 hearing should be vacated; |
| 28 | |

**STIPULATION RE: HEARING AND BRIEFING ON MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The hearing set for February 2, 2024 regarding MaxLinear's motion to dismiss (1043 DE 235) and Entropic's motion to dismiss (1043 DE 236) is hereby vacated. These motions shall not proceed.

2. The deadline for Entropic and MaxLinear to respond to Cox's First Amended Counterclaims (1043 DE 266) shall be **February 6, 2024**.

3. The deadline for Cox to file its opposition to any motions to dismiss filed by Entropic and MaxLinear in response to Cox's First Amended Counterclaims shall be **March 1, 2024**.

4. The deadline for Entropic and MaxLinear to file replies in support of any motions to dismiss Cox's First Amended Counterclaims shall be **March 15, 2024**.

5. Subject to the Court's schedule, any motions to dismiss filed by Entropic and MaxLinear in response to Cox's First Amended Counterclaims will be heard on **March 29, 2024**.

Dated: January 19, 2024                Respectfully Submitted,

By:   /s/ Cassidy T. Young
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James Shimota (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300

**STIPULATION RE: HEARING AND BRIEFING ON MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**

|   |   |   |
|---|---|---|
| | | Chicago, IL 60602 |
| | | Tel.: (312) 372-1121 |
| | | Fax: (312) 827-8000 |
| | | jim.shimota@klgates.com |
| | | |
| | | Nicholas F. Lenning (*pro hac vice*) |
| | | **K&L GATES LLP** |
| | | 925 Fourth Avenue, Suite 2900 |
| | | Seattle, WA 98104 |
| | | (206) 623-7580 |
| | | (206) 370-6006 (fax) |
| | | nicholas.lenning@klgates.com |
| | | |
| | | Peter Soskin (SBN 280347) |
| | | **K&L GATES LLP** |
| | | 4 Embarcadero Center, Suite 1200 |
| | | San Francisco, CA 94111 |
| | | Tel.: (415) 882-8200 |
| | | Fax: (415) 882-8220 |
| | | peter.soskin@klgates.com |
| | | |
| | | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| Dated: January 19, 2024 | By: | */s/ Rose S. Lee* |
| | | Bita Rahebi (CA SBN 209351) |
| | | brahebi@mofo.com |
| | | Alex S. Yap (CA SBN 241400) |
| | | ayap@mofo.com |
| | | Rose S. Lee (CA SBN 294658) |
| | | roselee@mofo.com |
| | | MORRISON & FOERSTER LLP |
| | | 707 Wilshire Boulevard, Suite 6000 |
| | | Los Angeles, California 90017-3543 |
| | | Telephone: (213) 892-5200 |
| | | Facsimile: (213) 892-5454 |
| | | |
| | | Richard S.J. Hung (CA SBN 197425) |
| | | rhung@mofo.com |
| | | MORRISON & FOERSTER LLP |
| | | 425 Market Street |

**STIPULATION RE: HEARING AND BRIEFING ON MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | San Francisco, California 94105-2482 |
| 2 |   |   | Telephone: (415) 268-7000 |
|   |   |   | Facsimile: (415) 268-7522 |
| 3 |   |   |   |
| 4 |   |   | **ATTORNEYS FOR COUNTER-** |
|   |   |   | **DEFENDANTS MAXLINEAR, INC.** |
| 5 |   |   | **AND MAXLINEAR** |
| 6 |   |   | **COMMUNICATIONS LLC** |
| 7 |   |   |   |
| 8 | Dated: January 19, 2024 | By: | */s/ April E. Isaacson* |
| 9 |   |   | April E. Isaacson (SBN 180638) |
|   |   |   | aisaacson@kilpatricktownsend.com |
| 10 |   |   | Two Embarcadero Center |
| 11 |   |   | Suite 1900 |
|   |   |   | San Francisco CA 94111 |
| 12 |   |   | (415) 273 8306 |
| 13 |   |   |   |
| 14 |   |   | Rishi Gupta (SBN 313079) |
|   |   |   | rgupta@kilpatricktownsend.com |
| 15 |   |   | Sarah Y. Kamran (SBN 347617) |
|   |   |   | skamran@kilpatricktownsend.com |
| 16 |   |   | 1801 Century Park East |
| 17 |   |   | Suite 2300 |
|   |   |   | Los Angeles CA 90067 |
| 18 |   |   | (310) 777 3733 |
| 19 |   |   |   |
| 20 |   |   | Mitchell G. Stockwell (pro hac vice) |
|   |   |   | mstockwell@kilpatricktownsend.com |
| 21 |   |   | Vaibhav P. Kadaba (pro hac vice) |
| 22 |   |   | wkadaba@kilpatricktownsend.com |
|   |   |   | Michael J. Turton (pro hac vice) |
| 23 |   |   | mturton@kilpatricktownsend.com |
| 24 |   |   | Courtney S. Dabbiere (pro hac vice) |
|   |   |   | cdabbiere@kilpatricktownsend.com |
| 25 |   |   | Christopher S. Leah (pro hac vice) |
| 26 |   |   | cleah@kilpatricktownsend.com |
|   |   |   | Andrew N. Saul (pro hac vice) |
| 27 |   |   | asaul@kilpatricktownsend.com |
| 28 |   |   | 1100 Peachtree Street, NE |
|   |   |   | Suite 2800 |

**STIPULATION RE: HEARING AND BRIEFING ON MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**

Atlanta GA 30309
(404) 815 6500

**ATTORNEYS FOR DEFENDANTS COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Cassidy T. Young, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

　　　　　/s/ Cassidy T. Young