# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: HEARING AND BRIEFING ON MOTIONS TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>  Defendants. | |

1

**[PROPOSED] ORDER**

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., *et al.*, |
| 2 | Counter-Claimants, |
| 3 | |
| | v. |
| 4 | |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC., |
| 6 | |
| 7 | |
| | Counter-Defendants. |
| 8 | |
| 9 | ENTROPIC COMMUNICATIONS, LLC, |
| 10 | |
| 11 | Plaintiff, |
| 12 | v. |
| 13 | COMCAST CORPORATION; *et al.*, |
| 14 | |
| | Defendants. |
| 15 | |
| 16 | |
| 17 | ENTROPIC COMMUNICATIONS, LLC, |
| 18 | |
| 19 | Plaintiff, |
| 20 | |
| | v. |
| 21 | |
| 22 | DIRECTV, LLC; *et al.*, |
| | Defendants. |
| 23 | |

**[PROPOSED] ORDER**

After full consideration of the Stipulation re: Hearing and Briefing on Motions to Dismiss Cox Defendants' Counterclaims, which was filed jointly by Plaintiff and Counter-Defendant Entropic Communications, LLC ("Entropic"); Counter-Defendants MaxLinear, Inc. and MaxLinear Communications, LLC (collectively, "MaxLinear"); and Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC's (collectively, "Cox"), and good cause appearing, it is hereby **ORDERED** as follows:

1. The hearing set for February 2, 2024 regarding MaxLinear's motion to dismiss (1043 DE 235) and Entropic's motion to dismiss (1043 DE 236) is hereby vacated. These motions shall not proceed.

2. The deadline for Entropic and MaxLinear to respond to Cox's First Amended Counterclaims (1043 DE 266) shall be **February 6, 2024**.

3. The deadline for Cox to file its opposition to any motions to dismiss filed by Entropic and MaxLinear in response to Cox's First Amended Counterclaims shall be **March 1, 2024**.

4. The deadline for Entropic and MaxLinear to file replies in support of any motions to dismiss Cox's First Amended Counterclaims shall be **March 15, 2024**.

5. Subject to the Court's schedule, any motions to dismiss filed by Entropic and MaxLinear in response to Cox's First Amended Counterclaims will be heard on **March 29, 2024**.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Honorable John W. Holcomb
                                    United States District Judge

1
**[PROPOSED] ORDER**