Name and address:
Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                                Plaintiff(s)<br>v.<br>DISH NETWORK CORPORATION, et al.<br><br>                              Defendant(s). | CASE NUMBER<br>2:23-cv-01043-JWH-KES<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Giroud, Xaviere N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 681-6000
*Telephone Number*

(312) 881-5191
*Fax Number*

xgiroud@goldmanismail.com
*E-Mail Address*

of

Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Drive
Floor 22
Chicago, IL, 60606

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Entropic Communications, LLC

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Goodrich, Christina N.
*Designee's Name (Last Name, First Name & Middle Initial)*

261722
*Designee's Cal. Bar No.*

(310) 552-5547
*Telephone Number*

*Fax Number*

(310) 552-5001
*E-Mail Address*

of

K&L Gates LLP

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              ☐ for failure to complete Application: _____
                  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
                  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
                  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**