DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

|  |  |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, §<br>          Plaintiff, §<br> §<br>     v. §<br> §<br>DISH NETWORK CORPORATION, §<br>et al., §<br>          Defendants. §<br>——————————————— §<br>ENTROPIC COMMUNICATIONS, LLC, §<br>          Plaintiff, §<br> §<br>     v. §<br> §<br>COX COMMUNICATIONS, INC., et al., §<br>          Defendants. §<br> § | Case No. 2:23-cv-01043-JWH-KES<br>     LEAD CASE<br>Case No. 2:23-cv-01049-JWH-KES<br>     LEAD CASE<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br>**NOTICE OF**<br>**SPECIAL MASTER ORDERS**<br>**AND SPECIAL MASTER MINUTES** |

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches hereto the Special Master Minutes for a discovery hearing held on January 12, 2024, as well as Special Master Order No. SM-10 and Special Master Order No. SM-11 resolving discovery disputes.

Dated:   January 24, 2024          By:        /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master