DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | Case No. 2:23-cv-01043-JWH-KES |
| Plaintiff, | § | LEAD CASE |
| v. | § § | Case No. 2:23-cv-01049-JWH-KES |
| DISH NETWORK CORPORATION, et al., | § § | LEAD CASE |
| Defendants. | § § | Hon. John W. Holcomb |
| | § | Special Master David M. Keyzer |
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| Plaintiff, | § § | **SPECIAL MASTER MINUTES** |
| v. | § § | |
| COX COMMUNICATIONS, INC., et al., | § § | |
| Defendants. | § § | |

1   Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

2   Special Master for Discovery Purposes (Dkt. 62), and further pursuant to the Court's

3   grant of consolidations (Dkt. 95, Oct. 16, 2023 Order), the discovery dispute resolution

4   procedure agreed upon by the parties and adopted by the Special Master (Dkt. 70-1,

5   Aug. 4, 2023 Special Master Order No. SM-2), and e-mail correspondence between the

6   Special Master and counsel for all involved parties on at least December 14, 15, 18, 19,

7   20, and 21, 2023, the Special Master held a discovery hearing on January 12, 2024,

8   regarding disputes set forth in letter briefing submitted to the Special Master by Entropic

9   and the Cox Defendants on December 14, 2023, and January 8, 2024, and by Entropic

10  and the Comcast Defendants on December 28, 2023, and January 4, 2023.

11  At the January 12, 2024 discovery hearing, the parties appeared as follows:

| Plaintiff Entropic | Defendants | Reporter |
|---|---|---|
| Christina Goodrich<br>Cassidy Young<br>Doug Winnard<br>Shaun Zhang | Cox Defendants<br>April Isaacson<br>Chris Leah<br>Andrew Saul<br>Philip Hawkyard<br><br>Comcast Defendants<br>Krishnan Padmanabhan<br>Saranya Raghavan | Lena Mescall |

19  The Special Master convened the discovery hearing at 9:30 A.M. Pacific Time by

20  videoconference.  Regarding the Cox Defendants' motion, the Special Master heard

arguments by Chris Leah on behalf of Cox Communications, Inc., CoxCom LLC, and
Cox Communications California, LLC (collectively, "Cox" or the "Cox Defendants") and
responsive arguments by Doug Winnard on behalf of Entropic Communications, LLC
("Entropic").  The Special Master then took a recess from 10:32 A.M. to 10:46 A.M. and
heard arguments regarding the Comcast Defendant's motion by Krishnan Padmanabhan
on behalf of Defendants Comcast Corporation, Comcast Cable Communications, LLC,
and Comcast Cable Communications Management, LLC. (collectively, "Comcast" or the
"Comcast Defendants") and by Christina Goodrich on behalf of Entropic.  The Special
Master took the disputes under submission and adjourned at 11:57 A.M.


Dated: *January 24, 2024*          By: _____
                                        David M. Keyzer
                                        Special Master