| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | April E. Isaacson (SBN 180638) |
| | aisaacson@kilpatricktownsend.com |
| 3 | Two Embarcadero Center, Suite 1900 |
| | San Francisco CA 94111 |
| 4 | (415) 273 8306 |
| 5 | Sarah Y. Kamran (SBN 347617) |
| | skamran@kilpatricktownsend.com |
| 6 | 1801 Century Park East, Suite 2300 |
| | Los Angeles CA 90067 |
| 7 | (310) 777 3733 |
| 8 | Mitchell G. Stockwell (*admitted pro hac vice*) |
| | mstockwell@kilpatricktownsend.com |
| 9 | Vaibhav P. Kadaba (*admitted pro hac vice*) |
| | wkadaba@kilpatricktownsend.com |
| 10 | Michael J. Turton (*admitted pro hac vice*) |
| | mturton@kilpatricktownsend.com |
| 11 | Courtney S. Dabbiere (*admitted pro hac vice*) |
| | cdabbiere@kilpatricktownsend.com |
| 12 | Christopher S. Leah (*admitted pro hac vice*) |
| | cleah@kilpatricktownsend.com |
| 13 | 1100 Peachtree Street, NE, Suite 2800 |
| | Atlanta GA 30309 |
| 14 | (404) 815 6500 |
| 15 | *Attorneys for Defendants* |
| | *Cox Communications, Inc.; CoxCom, LLC; and* |
| 16 | *Cox Communications California, LLC* |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | RELATED CASE: Case No. 2:23-cv-1047-JWH-KES |
| v. | |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | **COX'S NOTICE OF REVISIONS TO REDLINE/COMPARE OF ANSWER AND DEFENSES TO COMPLAINT AND FIRST AMENDED COUNTERCLAIMS** |
| Defendants. | |

| | |
|---|---|
| | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| | Counter-Claimants, |
| | v. |
| | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| | Counter-Defendants. |

COX'S NOTICE OF REVISIONS TO REDLINE/COMPARE OF ANSWER AND DEFENSES TO COMPLAINT AND FIRST AMENDED COUNTERCLAIMS
CASE NO. 2:23-CV-1043-JWH-KES

| | |
|---|---|
| 1 | Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively "Cox") hereby submit a corrected redline/compare of their Answer and Defenses to Complaint and First Amended Counterclaims ("First Amended Counterclaims"). |

It has come to Cox's attention that there were inadvertent discrepancies with the redline/compare previously submitted as part of Cox's First Amended Counterclaims, which have been remedied with this corrected redline/compare. No other changes have been made.

Dated: January 25, 2024

KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ April E. Isaacson

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants
Cox Communications, Inc.; CoxCom, LLC; and
Cox Communications California, LLC*

COX'S NOTICE OF REVISIONS TO REDLINE/COMPARE OF ANSWER AND DEFENSES TO COMPLAINT AND FIRST AMENDED COUNTERCLAIMS
CASE NO. 2:23-CV-1043-JWH-KES

3