KILPATRICK TOWNSEND & STOCKTON LLP

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>                    Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>RELATED CASE:<br>Case No. 2:23-cv-1047-JWH-KES<br><br>**PROOF OF SERVICE** |

1  COX COMMUNICATIONS, INC.,
   COXCOM, LLC, AND COX
2  COMMUNICATIONS CALIFORNIA,
   LLC,

3              Counter-Claimants,

4        v.

5  ENTROPIC COMMUNICATIONS,
   LLC; MAXLINEAR
6  COMMUNICATIONS LLC; AND
   MAXLINEAR, INC.
7
8  Counter-Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Stephanie DM Pearson, declare that I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this Court at whose direction this service was made.

I am over the age of eighteen years and not a party to this action.  My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111.  On January 26, 2024, I served the document entitled:

1. **DECLARATION OF APRIL E. ISAACSON IN SUPPORT OF COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**

2. **SEALED CORRECTED REDLINE/COMPARE FOR COX DEFENDANTS' FIRST AMENDED COUNTERCLAIMS**

on the interested parties in this action, as follows:

| Attorneys for Plaintiff Entropic Communications, LLC | |
|---|---|
| Christina N. Goodrich<br>Connor J. Meggs<br>K&L GATES LLP<br>10100 Santa Monica Boulevard, 8th Floor<br>Los Angeles, California 90067<br>Email: entropicklg@klgates.com<br>Tel:  310.552.5000<br><br>Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212<br>Email: bridgesip@icloud.com<br>Tel: (615) 973-9478 | James A. Shimota<br>George Summerfield<br>Jason Engel<br>Katherine Allor<br>Samuel Richey<br>Kyle Kantarek<br>K&L Gates LLP<br>70 W. Madison Street<br>Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 807-4299<br>Email: entropicklg@klgates.com |
| Darlene F. Ghavimi<br>K&L Gates LLP<br>2801 Via Fortuna<br>Suite 650<br>Austin, TX 78746<br>Tel.: (512) 482-6919<br>Email: entropicklg@klgates.com | Peter E. Soskin<br>K&L Gates LLP<br>4 Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111<br>Tel.: (415) 882-8200<br>Email: entropicklg@klgates.com |

| Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212<br>Tel: (615) 973-9478<br>Email: bridgesip@icloud.com | Jennifer M. Hartjes<br>Kurt A. Holtzman<br>Alan E. Littmann<br>Shu Zhang<br>GOLDMAN ISMAIL TOMASELLI<br>BRENNAN & BAUM LLP<br>200 South Wacker Drive, Floor 22<br>Chicago, IL, 60606<br>Tel: (312) 681-6000<br>Email: gitbb-entropic@goldmanismail.com |
|---|---|
| *Attorneys for Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC* ||
| Bita Rahebi<br>brahebi@mofo.com<br>Alex S. Yap<br>ayap@mofo.com<br>Rose S. Lee<br>RoseLee@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard,<br>Suite 6000<br>Los Angeles, California 90017<br>Telephone: 213.892.5200 | Richard S.J. Hung<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br><br>Stella Mao<br>SMao@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road,<br>Palo Alto, California 94304<br>Telephone: 650.813.5600 |

☐ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service, where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☒ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address indicated for the parties listed above from email address sdmpearson@kilpatricktownsend.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 26, 2024, at San Francisco, California.

*/s/ Stephanie DM Pearson*

Stephanie DM Pearson