1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10 | ENTROPIC COMMUNICATIONS, LLC,

Case No. 2:23-cv-1043-JWH-KES
RELATED CASE:
Case No. 2:23-cv-1047-JWH-KES

11

12

Plaintiff,

13

v.

14 | COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,

15

16

Defendants.

**ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**

17

18 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,

19

20

Counterclaimants,

21

v.

22 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.,

23

24

25

Counterdefendants.

26

27

28

ORDER GRANTING COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01047-JWH-KES

1    This matter comes before the Court on Defendant Cox Communications, Inc.,

2  CoxCom, LLC, and Cox Communications California, LLC's Application for Leave

3  to File Under Seal.  The Court, having considered all papers filed in support of the

4  application finds that there is a good cause for granting the application in its

5  entirety.  Accordingly, it is hereby **ORDERED** that Plaintiff's Application is

6  **GRANTED**.

7      **IT IS SO ORDERED.**

8

9  DATED: ___January 26___, 2024

10

11                                         _____
                                             Hon. John W. Holcomb
                                             UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28