Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | Lead Case No. 2:23-cv-1043-JWH-KES<br><br>**CORRECTED JOINT STIPULATION RE: DEADLINE TO RESPOND TO OPERATIVE COMPLAINT AND COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | DISH NETWORK CALIFORNIA SERVICE CORPORATION, |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | ENTROPIC COMMUNICATIONS, LLC, *et al.*, |
| 5 | |
| 6 | Counter-Defendants. |

1      Plaintiff Entropic Communications, LLC ("Entropic"); Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corporation (collectively, "Defendants"); and Counter-Defendants Maxlinear, Inc. and Maxlinear Communications LLC ("Maxlinear") (collectively with Entropic and Defendants, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation relating to upcoming deadlines, as follows:

**WHEREAS**, on February 10, 2023, Entropic filed its Complaint against DISH Network Corporation; DISH Network LLC; Dish Network Service LLC; and Dish Network California Service Corporation (Dkt. No. 1) and served the same on Defendants (Dkt. Nos. 14-17);

**WHEREAS**, DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C. ("the Dish Colorado Defendants") moved this Court to dismiss Entropic's claims against them for improper venue (Dkt. No. 49) on May 8, 2023;

**WHEREAS**, Dish Network California Service Corporation ("Dish California") filed its Answer to the Complaint and Counterclaims on September 21, 2023 (Dkt. No. 111) and served the same on Entropic (Dkt. No. 117) and Maxlinear (Dtk. Nos. 125 and 126). In view of the motion to dismiss, the DISH Colorado Defendants have not yet answered Entropic's complaint;

**WHEREAS**, on December 22, 2023, MaxLinear filed a motion to dismiss the Counterclaims filed against it by Dish California (Dkt. Nos. 233 and 246);

**WHEREAS,** on December 27, 2023, this Court entered an Order granting a joint stipulation between Dish California and Entropic setting certain deadlines based on when the Court would enter an order on the Dish Colorado Defendants' then-pending motion to dismiss for improper venue (Dkt. No. 242);

**WHEREAS**, on January 3, 2023, Dish California filed an ex parte application requesting that the Court reset certain deadlines relating to MaxLinear's motion to dismiss (Dkt. No. 252);

**WHEREAS,** on January 10, 2024, this Court entered an order denying the Dish Colorado Defendants' motion to dismiss for improper venue (Dkt No. 269);

**WHEREAS,** on January 11, 2024, this Court entered an Order concerning Dish California's ex parte application, directing the Parties to meet and confer and promptly file a joint stipulation providing for an aligned briefing schedule (Dkt. No. 271);

**NOW THEREFORE**, the Parties, by and through their respective counsel, hereby **STIPULATE AND AGREE** as follows:

1. The deadline for the DISH Colorado Defendants to answer Entropic's complaint shall be **January 31, 2024**. To avoid any doubt, the last day for the DISH Colorado Defendants to file counterclaims against Entropic and MaxLinear is January 31, 2024.

2. The deadline for Dish California to amend its counterclaims and/or otherwise respond to the motion to dismiss filed by MaxLinear (Dkt. Nos. 233 and 246) shall be **January 31, 2024**.

3. The deadline for Entropic and MaxLinear to respond to any counterclaims filed by the DISH Colorado Defendants and any amended counterclaims filed by Dish California shall be **February 21, 2024**. If Dish California does not amend its counterclaims, the deadline for Entropic to respond to such counterclaims is **February 21, 2024**.

4. The deadline for the DISH Colorado Defendants and Dish California to file their opposition to any motions to dismiss filed by Entropic and MaxLinear in response to any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California shall be **March 5, 2024**.

5. The deadline for Entropic and MaxLinear to file replies in support of any motions to dismiss any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California shall be **March 15, 2024**

6. Subject to the Court's schedule, any motions to dismiss filed by Entropic and MaxLinear in response to any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California will be heard on **March 29, 2024**.

7. The DISH Colorado Defendants and Dish California shall not seek discovery from Entropic or MaxLinear regarding any counterclaims filed by DISH Colorado Defendants and counterclaims or amended counterclaims filed by Dish California until **February 21, 2024**, when Entropic and MaxLinear respond to any counterclaims or amended counterclaims filed against them.

Dated: January 31, 2024              Respectfully Submitted,

By: */s/ Oliver Richards*
    Oliver Richards (SBN 310972)
    orichards@fr.com
    John-Paul Fryckman (SBN 317591)
    fryckman@fr.com
    Fish & Richardson P.C.
    12860 El Camino Real, Suite 400
    San Diego, CA 92130
    Tel: (858) 678-5070

    Christopher S. Marchese (SBN 170239)
    marchese@fr.com
    Tyler R. Train (SBN 318998)
    train@fr.com
    633 West Fifth Street, 26th Floor
    Los Angeles, CA 90071

```
 1                                    Tel: (213) 533-4240
 2                                    Adam R. Shartzer (pro hac vice)
                                      shartzer@fr.com
 3                                    Ruffin B. Cordell (pro hac vice)
                                      cordell@fr.com
 4                                    Richard A. Sterba (pro hac vice)
                                      sterba@fr.com
 5                                    Ralph A. Phillips (pro hac vice)
                                      rphillips@fr.com
 6                                    Michael J. Ballanco (pro hac vice)
                                      ballanco@fr.com
 7                                    Taylor C. Burgener (SBN 348769)
                                      burgener@fr.com
 8                                    FISH & RICHARDSON P.C.
 9                                    1000 Maine Ave., SW, Suite 1000
                                      Washington, DC 20024
10                                    Tel: (202) 783-5070
11
                                      David M. Barkan (SBN 160825)
12                                    barkan@fr.com
13                                    FISH & RICHARDSON P.C.
                                      500 Arguello Street, Suite 400
14                                    Redwood City, CA 94063
                                      Tel: (650) 839-5070
15
16                                    Ashley A. Bolt (pro hac vice)
                                      bolt@fr.com
17                                    FISH & RICHARDSON P.C.
                                      1180 Peachtree Street NE, 21st Floor
18                                    Atlanta, GA 30309
                                      Tel: (404) 892-5005
19
20                                    Aaron P. Pirouznia (pro hac vice)
                                      pirouznia@fr.com
21                                    FISH & RICHARDSON P.C.
                                      1717 Main Street, Suite 5000
22                                    Dallas, TX 75201
23                                    Tel: (214) 292-4073
                                      Fax: (214) 747-2091
24
25                                    **ATTORNEYS FOR DEFENDANTS**
                                      **DISH NETWORK CORPORATION,**
26                                    **ET AL.**
27
28
```

| | | |
|---|---|---|
| 1 | Dated: January 31, 2024 | By: */s/ Cassidy T. Young* |
| 2 | | Christina N. Goodrich (SBN 261722) |
| | | Cassidy T. Young (SBN 342891) |
| 3 | | **K&L GATES LLP** |
| 4 | | 10100 Santa Monica Blvd., 8th Fl. |
| | | Los Angeles, CA 90067 |
| 5 | | Tel.: (310) 552-5547 |
| 6 | | Fax: (310) 552-5001 |
| | | christina.goodrich@klgates.com |
| 7 | | cassidy.young@klgates.com |
| 8 | | |
| 9 | | Peter Soskin (SBN 280347) |
| | | **K&L GATES LLP** |
| 10 | | 4 Embarcadero Center, Suite 1200 |
| 11 | | San Francisco, CA 94111 |
| | | Tel.: (415) 882-8200 |
| 12 | | Fax: (415) 882-8220 |
| 13 | | peter.soskin@klgates.com |
| 14 | | James Shimota (admitted *pro hac vice*) |
| 15 | | **K&L GATES LLP** |
| | | 70 W. Madison Street, Suite 3300 |
| 16 | | Chicago, IL 60602 |
| 17 | | Tel.: (312) 372-1121 |
| | | Fax: (312) 827-8000 |
| 18 | | jim.shimota@klgates.com |
| 19 | | Kenneth Bridges |
| 20 | | **Bridges IP Consulting** |
| | | 2113 19th Avenue S |
| 21 | | Nashville, TN 37212 |
| 22 | | Tel: (615) 973-9478 |
| | | bridgesip@icloud.com |
| 23 | | |
| 24 | | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: January 31, 2024 | By: */s/ Rose S. Lee* |
| 2 | | Bita Rahebi (CA SBN 209351) |
| 3 | | brahebi@mofo.com |
| | | Alex S. Yap (CA SBN 241400) |
| 4 | | ayap@mofo.com |
| 5 | | Rose S. Lee (CA SBN 294658) |
| | | roselee@mofo.com |
| 6 | | MORRISON & FOERSTER LLP |
| 7 | | 707 Wilshire Boulevard, Suite 6000 |
| | | Los Angeles, California 90017-3543 |
| 8 | | Telephone: (213) 892-5200 |
| 9 | | Facsimile: (213) 892-5454 |
| 10 | | Richard S.J. Hung (CA SBN 197425) |
| | | rhung@mofo.com |
| 11 | | MORRISON & FOERSTER LLP |
| 12 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 13 | | Telephone: (415) 268-7000 |
| 14 | | Facsimile: (415) 268-7522 |
| 15 | | Bradley Lui (CA SBN 143088) |
| 16 | | blui@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 17 | | 2100 L Street, NW, Suite 900 |
| 18 | | Washington, DC 20037-1679 |
| | | Telephone: (202) 887-1500 |
| 19 | | |
| 20 | | **ATTORNEYS FOR COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC** |

## ECF ATTESTATION

I, Oliver J. Richards, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC and Counter-Defendants Maxlinear, Inc. and Maxlinear Communications LLC and will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

/s/ Oliver Richards
Oliver Richards