Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Oliver Richards (SBN 310972)
orichards@fr.com
John-Paul Fryckman (SBN 317591)
fryckman@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

*Additional Counsel Listed on Signature Page*

Attorneys for Defendants
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES, AND FIRST AMENDED COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT PURSUANT TO L.R. 79-5.2.2**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

|    |                                                                                                                                                                  |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.           |
| 2  |                                                                                                                                                                  |
| 3  |                                                                                                                                                                  |
| 4  |                                                                                                                                                                  |
| 5  | Counter-Claimants,                                                                                                                                               |
| 6  | v.                                                                                                                                                               |
| 7  | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,                                                                                 |
| 8  |                                                                                                                                                                  |
| 9  |                                                                                                                                                                  |
| 10 | Counter-Defendants.                                                                                                                                              |

DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:23-cv-1043-JWH-KES

1  Pursuant to Civil Local Rules 79-5.2.2(b), Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corp. (collectively, "DISH" or "Defendants") file this Application for Leave to File Under Seal the following documents:

- Portions of Defendants' Answer, Affirmative and Additional Defenses, and First Amended Counterclaims to Plaintiff Entropic Communications, LLC's ("Plaintiff" and "Entropic") Complaint for Patent Infringement ("Amended Counterclaims");
- Portions of Attachment A the redline of Defendants' Amended Counterclaims; and
- Exhibits 1-2 & 4-20 in Support of the Defendants' Amended Counterclaims.

The above documents contain and discuss material that DISH, Plaintiff Entropic, Counter-Defendants MaxLinear, Inc. ("MaxLinear"), and third-party Multimedia over Coax Alliance ("MoCA") (collectively, the "Designating Parties") deem to be confidential, sensitive business information that they have designated as "Restricted—Attorneys' Eyes Only" under the Protective Order in this case. *See* Richards Decl. ¶¶ 2-6.

Pursuant to Local Rule 79-5.2.2(b), Defendants have conferred with the Designating Parties about possible redactions that would eliminate or minimize the need for filing under seal. *Id.* ¶ 7. Based on the responses received while conferring with counsel, DISH files the present request to file documents under seal. *Id.* Defendants are also filing a proposed order granting this Application.

| | | |
|---|---|---|
| 1 | Dated: January 31, 2024 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Oliver Richards* |
| | | Oliver Richards (SBN 310972) |
| 4 | | orichards@fr.com |
| | | John-Paul Fryckman (SBN 317591) |
| 5 | | fryckman@fr.com |
| | | Fish & Richardson P.C. |
| 6 | | 12860 El Camino Real, Suite 400 |
| 7 | | San Diego, CA 92130 |
| | | Tel: (858) 678-5070 |
| 8 | | |
| | | Christopher S. Marchese (SBN 170239) |
| 9 | | marchese@fr.com |
| | | Tyler R. Train (SBN 318998) |
| 10 | | train@fr.com |
| 11 | | 633 West Fifth Street, 26th Floor |
| | | Los Angeles, CA 90071 |
| 12 | | Tel: (213) 533-4240 |
| 13 | | |
| | | Ruffin B. Cordell *(pro hac vice)* |
| 14 | | cordell@fr.com |
| | | Richard A. Sterba *(pro hac vice)* |
| 15 | | sterba@fr.com |
| | | Ralph A. Phillips *(pro hac vice)* |
| 16 | | rphillips@fr.com |
| 17 | | Adam R. Shartzer *(pro hac vice)* |
| | | shartzer@fr.com |
| 18 | | Michael J. Ballanco *(pro hac vice)* |
| | | ballanco@fr.com |
| 19 | | Taylor C. Burgener (SBN 348769) |
| | | burgener@fr.com |
| 20 | | FISH & RICHARDSON P.C. |
| 21 | | 1000 Maine Ave., SW, Suite 1000 |
| | | Washington, DC 20024 |
| 22 | | Tel: (202) 783-5070 |
| 23 | | David M. Barkan (SBN 160825) |
| | | barkan@fr.com |
| 24 | | FISH & RICHARDSON P.C. |
| 25 | | 500 Arguello Street, Suite 400 |
| | | Redwood City, CA 94063 |
| 26 | | Tel: (650) 839-5070 |
| 27 | | |
| | | Ashley A. Bolt *(pro hac vice)* |
| 28 | | bolt@fr.com |
| | | FISH & RICHARDSON P.C. |

| | |
|---|---|
| 1 | 1180 Peachtree Street NE, 21st Floor |
| 2 | Atlanta, GA 30309<br>Tel: (404) 892-5005 |
| 3 | Aaron P. Pirouznia (*pro hac vice*) |
| 4 | pirouznia@fr.com<br>FISH & RICHARDSON P.C. |
| 5 | 1717 Main Street, Suite 5000<br>Dallas, TX 75201 |
| 6 | Tel: (214) 292-4073<br>Fax: (214) 747-2091 |
| 7 | |
| 8 | Attorneys for Defendants<br>DISH Network Corporation, et al. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |