IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENDANT DISH NETWORK CALIFORNIA SERVICE CORP.'S ANSWER, AFFIRMATIVE DEFENSES AND FIRST AMENDED COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT PURSUANT TO L.R. 79-5.2.2**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C. |
| 5 |     Counter-Claimants, |
| 6 | v. |
| 7<br>8<br>9 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 10 |     Counter-Defendants. |

[PROPOSED] ORDER
Case No. 2:23-cv-1043-JWH-KES

Having considered Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corp.'s (collectively, "DISH" or "Defendants") Application for Leave to File Under Seal Defendants' Answer, Affirmative Defenses, and First Amended Counterclaims to Plaintiff's Complaint. Pursuant to L.R. 79-5.2.2, this Court **GRANTS** the Application.

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

1. Portions of Defendants' Answer, Affirmative and Additional Defenses, and First Amended Counterclaims to Plaintiff Entropic Communications, LLC's ("Plaintiff" and "Entropic") Complaint for Patent Infringement ("Amended Counterclaims");
2. Portions of Attachment A the redline of Defendants' Amended Counterclaims; and
3. Exhibits 1-2 & 4-20 in Support of the Defendants' Amended Counterclaims.

**IT IS SO ORDERED**.

Dated: _____, 2024

　　　　　　　　　　　　　　　　　　　　　Hon. John W. Holcomb
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge