# Exhibit 1

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL