# Exhibit 2

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL