# Exhibit 7

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL