# Exhibit 8
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL