# Exhibit 13
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL