# Exhibit 14

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL