# Exhibit 15
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL