# Exhibit 16
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL