# Exhibit 17

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL