# Exhibit 18
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL