# Exhibit 19
REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL