# Exhibit 20

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL