1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

v.

DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,

Defendants.

DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.

Counterclaimants,

v.

ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,

Counterdefendants.

Case No. 2:23-cv-1043-JWH-KES

**ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENDANT DISH NETWORK CALIFORNIA SERVICE CORP.'S ANSWER, AFFIRMATIVE DEFENSES AND FIRST AMENDED COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT PURSUANT TO L.R. 79-5.2.2**

District Judge: Hon. John W. Holcomb
Magistrate Judge: Hon. Karen E. Scott

Having considered Defendants DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; and Dish Network California Service Corp.'s (collectively, "DISH" or "Defendants") Application for Leave to File Under Seal Defendants' Answer, Affirmative Defenses, and First Amended Counterclaims to Plaintiff's Complaint, and good cause appearing therefor, it is hereby **ORDERED** as follows:

1.      Pursuant to L.R. 79-5.2.2, the Application is **GRANTED**.

2.      The following documents shall be filed under seal:

a.      portions of Defendants' Answer, Affirmative and Additional Defenses, and First Amended Counterclaims to Plaintiff Entropic Communications, LLC's ("Plaintiff" and "Entropic") Complaint for Patent Infringement ("Amended Counterclaims");

b.      portions of Attachment A—the redline of Defendants' Amended Counterclaims; and

c.      Exhibits 1, 2, & 4-20 in Support of the Defendants' Amended Counterclaims.

**IT IS SO ORDERED**.

Dated: _____February 1_____, 2024

Hon. John W. Holcomb
United States District Judge