Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | No. 2:23-cv-1049-JWH-KES (Lead Case)<br>No. 2:23-cv-1050-JWH-KES (Related Case)<br>No. 2:23-cv-1043-JWH-KES (Lead Case)<br>No. 2:23-cv-1048-JWH-KES (Related Case)<br><br>Assigned to Hon. John W. Holcomb<br><br>**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF COMCAST DEFENDANTS' OBJECTION TO SPECIAL MASTER ORDER NO. 11** |

I, Krishnan Padmanabhan, hereby declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am an attorney with Winston & Strawn LLP and counsel for defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively "Comcast Defendants" or "Comcast"). I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

2. Attached as **Exhibit 1** is a true and correct copy of Entropic's Requests for Production in C.A. 2:23-cv-1048.

3. Attached as **Exhibit 2** is a true and correct copy of Comcast's October 27, 2023 Letter to the Special Master.

4. Attached as **Exhibit 3** is a true and correct copy of Entropic's January 4, 2024 Letter to the Special Master.

5. Attached as **Exhibit 4** is a true and correct copy of Entropic's November 30, 2023 Letter to the Special Master.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 2nd day of February 2024 in New York, NY.

Dated: February 2, 2023        WINSTON & STRAWN LLP

                               By: */s/ Krishnan Padmanabhan*
                                   Krishnan Padmanabhan

2

DECLARATION OF KRISHNAN PADMANABHAN ISO COMCAST DEFENDANTS' OBJECTION
TO SPECIAL MASTER ORDER NO. 11
NO. 2:23-CV-1049-JWH-KES / NO 2:23-CV-1043-JWH-KES