Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | No. 2:23-cv-1049-JWH-KES (Lead Case)<br>No. 2:23-cv-1050-JWH-KES (Related Case)<br><br>No. 2:23-cv-1043-JWH-KES (Lead Case)<br>No. 2:23-cv-1048-JWH-KES (Related Case)<br><br>**CERTIFICATE OF SERIVCE**<br><br>Assigned to Hon. John W. Holcomb |

1  I am employed in the City and County of San Francisco, State of California. I
2  am over the age of 18 and not a party to the above captioned actions. My business
3  address is 101 California Street, San Francisco, CA 94111.

4  On February 2, 2024, Defendants served the following documents filed under
5  seal in *Entropic Communications, LLC v. Comcast Corporation et* al (C.D. Cal. 2:23-
6  cv-01049-JWH-KES) (Dkt. 312); *Entropic Communications, LLC v. Comcast*
7  *Corporation et al* (C.D. Cal. 2:23-cv-01050-JWH-KES) (Dkt. 212), respectively:

| Date | Dkt. | Description |
|---|---|---|
| 02/02/2024 | 312 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document (Comcast Defendants' Objection to Special Master Order No. 11) under seal 311 filed by Consol Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Comcast Defendants' Objection to Special Master Order No. 11)(Padmanabhan, Krishnan) (Entered: 02/02/2024) |
| 02/02/2024 | 212 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document (Comcast Defendants' Objection to Special Master Order No. 11) under seal 211 filed by Consol Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Comcast Defendants' Objection to Special Master Order No. 11)(Padmanabhan, Krishnan) (Entered: 02/02/2024) |

I hereby certify that true and correct copies of the documents were served on the interested parties in this action listed on the service list below.

☒ by electronically transmitting a true and correct copy thereof via e-mail to the following, in accordance with their agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

SERVICE LIST:

Christina N. Goodrich
Connor James Meggs
Cassidy Young
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
310-552-5000
Fax: 310-552-5001

Email: christina.goodrich@klgates.com
Email: connor.meggs@klgates.com
Email: cassidy.young@klgates.com

James A. Shimota
George C. Summerfield
Jason A. Engel
Katherine L. Allor
Samuel Patrick Richey
Kelsi Robinson
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
312-807-4299
Fax: 312-827-8000
Email: jim.shimota@klgates.com
Email: george.summerfield@klgates.com
Email: jason.engel@klgates.com
Email: katy.allor@klgates.com
Email: samuel.richey@klgates.com
Email: kelsi.robinson@klgates.com

Peter E. Soskin
K& L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
415-882-8200
Fax: 415-882-8220
Email: peter.soskin@klgates.com

Darlene F. Ghavimi
K&L Gates LLP
2801 Via Fortuna, Suite 650
Austin, TX 78746
512-482-6919
Fax: 512-482-6859
Email: darlene.ghavimi@klgates.com

Nicholas F. Lenning
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
206-370-6685
Fax: 206-623-7022
Email: nicholas.lenning@klgates.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2024 at San Francisco, California.

1
2
3
4     _____
5            Ying Lin Steinberg
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
CERTIFICATE OF SERVICE
CASE NOS. 2:23-CV-01048-JWH-KES; 2:23-CV-01050-JWH-KES