1  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2  ALEX S. YAP (CA SBN 241400)
   ayap@mofo.com
3  ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
6  Facsimile:   (213) 892-5454

7  [Additional counsel on signature page]

8  Attorneys for Counter-Defendants,
   MAXLINEAR, INC. AND MAXLINEAR
9  COMMUNICATIONS LLC

10           UNITED STATES DISTRICT COURT

11     CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

12  ENTROPIC COMMUNICATIONS,          Case No. 2:23-cv-01043-JWH-KES
13  LLC,                              (Lead Case)

14         Plaintiff,                 Case No. 2:23-cv-01047-JWH-KES
                                      (Related Case)
15      v.
                                      **COUNTER-DEFENDANTS**
16  COX COMMUNICATIONS, INC.;         **MAXLINEAR, INC. AND**
    COXCOM, LLC; AND COX             **MAXLINEAR COMMUNICATIONS**
17  COMMUNICATIONS                    **LLC'S APPLICATION FOR LEAVE**
    CALIFORNIA, LLC,                  **TO FILE UNDER SEAL MOTION**
18                                    **TO DISMISS AMENDED**
           Defendants,               **COUNTERCLAIMS BY COX**
19                                    **COMMUNICATIONS, INC.,**
                                      **COXCOM, LLC, AND COX**
20                                    **COMMUNICATIONS**
                                      **CALIFORNIA, LLC**
21  ─────────────────────────
    COX COMMUNICATIONS, INC.;         Judge: Hon. John W. Holcomb
22  COXCOM, LLC; AND COX
    COMMUNICATIONS
23  CALIFORNIA, LLC,                  **Hearing:**
                                      Date:      March 29, 2024
24         Counter-Claimants,         Time:      9:00 a.m.
                                      Place:     Courtroom 9D, Santa Ana
25      v.

26  ENTROPIC COMMUNICATIONS,
    LLC; MAXLINEAR, INC.; AND
27  MAXLINEAR
    COMMUNICATIONS LLC,
28
           Counter-Defendants.

Pursuant to Local Rule 79-5.2.2(a) governing documents to be filed under seal, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") hereby submit their Application for Leave to File Under Seal Motion to Dismiss Amended Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox").

MaxLinear seeks leave to file under seal highlighted portions of MaxLinear's Motion to Dismiss that quote from or reference (1) the membership agreement between Cox Communications, Inc. and the Multimedia over Coax Alliance, which Cox designated "Confidential," attached as Exhibit A to MaxLinear's concurrently filed Request for Judicial Notice, and (2) a Patent Purchase Agreement executed by MaxLinear and Plaintiff Entropic Communications, LLC that has been designated "Highly Confidential – Attorneys' Eyes Only," attached as Exhibit B to MaxLinear's concurrently filed Request for Judicial Notice.

| Document to be sealed | Portions to be sealed (page:line(s)) |
| --- | --- |
| Portions of MaxLinear's Motion to Dismiss that quote from or reference Exhibit A or Exhibit B to the concurrently filed MaxLinear's Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC | 16:8-14; 25:15-21; 26:10-14; 26:15-16. |

2

MaxLinear's Appln. for Leave to File Under Seal Mot. to Dismiss Cox's Amended Counterclaims
Case No. 2:23-cv-01043-JWH-KES

Pursuant to Local Rule 79-5.2.2(a) and (b), MaxLinear applies to file under seal the document listed above.  Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents.  MaxLinear has complied with these requirements.  The information that MaxLinear seeks to seal under Rule 79-5.2.2(a) is contained within (1) a confidential agreement between Cox Communications, Inc. and a third-party entity; and (2) a confidential agreement between MaxLinear, Inc. and Entropic Communications, LLC.  The public does not have an interest in accessing this confidential information. Additionally, MaxLinear's request is narrowly tailored to only prevent the public from viewing confidential information.  Finally, Entropic and Cox do not oppose MaxLinear's under seal filing.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents.  *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

3

MAXLINEAR'S APPLN. FOR LEAVE TO FILE UNDER SEAL MOT. TO DISMISS COX'S AMENDED COUNTERCLAIMS
CASE NO. 2:23-CV-01043-JWH-KES

MaxLinear respectfully requests that this Court order the unredacted document to be filed under seal.  Redacted and unredacted versions of MaxLinear's Motion to Dismiss Cox's Amended Counterclaims are filed herewith.

This Application is accompanied by a Declaration of Rose S. Lee and a Proposed Order.

Dated:  February 6, 2024

MORRISON & FOERSTER LLP


By: */s/ Rose S. Lee*
    Rose S. Lee

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile:  (213) 892-5454

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Counter-Defendants
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

sf-5713169

4