1  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2  ALEX S. YAP (CA SBN 241400)
   ayap@mofo.com
3  ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
6  Facsimile:  (213) 892-5454

7  [Additional counsel on signature page]

8  Attorneys for Counter-Defendants,
   MAXLINEAR, INC. AND MAXLINEAR
9  COMMUNICATIONS LLC

10               UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND, COX COMMUNICATIONS CALIFORNIA, LLC**<br><br>Judge: Hon. John W. Holcomb<br><br>**Hearing:**<br>Date:    March 29, 2024<br>Time:    9:00 a.m.<br>Place:   Courtroom 9D, Santa Ana |

Pursuant to Local Rule 79-5.2.2(a) governing documents to be filed under seal, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") hereby submit their Application for Leave to File Under Seal Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox").

MaxLinear seeks leave to file under seal the entirety of (1) the membership agreement between Cox Communications, Inc. and the Multimedia over Coax Alliance, which Cox designated "Confidential," attached as Exhibit A to the Request for Judicial Notice, and (2) a Patent Purchase Agreement executed by MaxLinear and Plaintiff Entropic Communications, LLC that has been designated "Highly Confidential – Attorneys' Eyes Only," attached as Exhibit B to the Request for Judicial Notice.

| Document to be sealed | Portions to be sealed |
|---|---|
| Exhibit A to MaxLinear's Request for Judicial Notice | Entirety |
| Exhibit B to MaxLinear's Request for Judicial Notice | Entirety |

Pursuant to Local Rule 79-5.2.2(a) and (b), MaxLinear applies to file under seal the documents listed above.  Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents.  MaxLinear

2

1  has complied with these requirements.  The information that MaxLinear seeks to
2  seal under Rule 79-5.2.2(a) is contained within (1) a confidential agreement
3  between Cox Communications, Inc. and a third-party entity; and (2) a confidential
4  agreement between MaxLinear, Inc. and Entropic Communications, LLC.  The
5  public does not have an interest in accessing this confidential information.
6  Additionally, MaxLinear's request is narrowly tailored to only prevent the public
7  from viewing confidential information.  Finally, Entropic and Cox do not oppose
8  MaxLinear's under seal filing.
9       Therefore, compelling reasons exist to seal the entirety of the above
10 documents.  *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL
11 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling
12 reasons exist to seal references . . . to Defendants' proprietary business records that
13 detail sensitive financial terms, proprietary business strategies, and confidential
14 negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL
15 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential
16 business information of the parties, including trade secrets, proprietary business
17 records, discussions of internal strategy, company dealings, and materials
18 designated as 'Highly Confidential'").
19     MaxLinear respectfully requests that this Court order the unredacted
20 document to be filed under seal.  Redacted and unredacted versions of Exhibit A
21 and Exhibit B are filed herewith.
22     This Application is accompanied by a Declaration of Rose S. Lee and a
23 Proposed Order.
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: February 6, 2024 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Rose S. Lee* |
| 4 | |     Rose S. Lee |

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Palo Alto, California 94304-1018
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Counter-Defendants
MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC

sf-5746638