UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER GRANTING MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**<br><br>Judge: Hon. John W. Holcomb |

# ORDER

Having considered Counter-Defendant MaxLinear Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Application for Leave to File Under Seal Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC, the Court hereby orders that the following information should be maintained under seal:

| Document to be sealed | Portions to be sealed |
|---|---|
| Exhibit A to MaxLinear's Request for Judicial Notice | Entirety |
| Exhibit B to MaxLinear's Request for Judicial Notice | Entirety |

**IT IS SO ORDERED.**

Dated: _____

Hon. John W. Holcomb
United States District Judge