| | |
|---|---|
| 1 | BITA RAHEBI (CA SBN 209351) |
|   | brahebi@mofo.com |
| 2 | ALEX S. YAP (CA SBN 241400) |
|   | ayap@mofo.com |
| 3 | ROSE S. LEE (CA SBN 294658) |
|   | roselee@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard, Suite 6000 |
| 5 | Los Angeles, California 90017-3543 |
|   | Telephone: (213) 892-5200 |
| 6 | Facsimile: (213) 892-5454 |
| 7 | [Additional counsel on signature page] |
| 8 | Attorneys for Counter-Defendants, |
|   | MAXLINEAR, INC. AND MAXLINEAR |
| 9 | COMMUNICATIONS LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>  Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>  Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>  Counter-Defendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**DECLARATION OF ROSE S. LEE IN SUPPORT OF MAXLINEAR, INC. AND MAXLINEAR COMUNICATIONS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**<br><br>Judge: Hon. John W. Holcomb<br><br>Action Filed: Feb. 10, 2023<br>Counterclaims Filed: Oct. 6, 2023<br><br>**Hearing:**<br>Date: March 29, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 9D, Santa Ana<br>Judge: Hon. John W. Holcomb |

I, Rose S. Lee, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") in this action. I make this declaration based on my personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the correspondence between counsel for Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox") and counsel for MaxLinear, Inc. and MaxLinear Communications LLC from November 27, 2023 to December 19, 2023.

3. **Exhibit A** to the Request for Judicial Notice is a true and correct copy of the signed Promoter Member Agreement between Cox Communications, Inc. and the Multimedia over Coax Alliance produced by Cox in the correspondence in Exhibit 1.

4. **Exhibit B** to the Request for Judicial Notice is a true and correct copy of the Patent Purchase Agreement executed by MaxLinear and Plaintiff Entropic Communications, LLC.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct. Executed this 6th day of February 2024, in San Jose,
3  California.

4
5  Dated:        February 6, 2024                MORRISON & FOERSTER LLP

6
7                                                By: */s/ Rose S. Lee*
                                                      Rose S. Lee

8                                                BITA RAHEBI (CA SBN 209351)
                                                 brahebi@mofo.com
9                                                ALEX S. YAP (CA SBN 241400)
                                                 ayap@mofo.com
10                                               ROSE S. LEE (CA SBN 294658)
                                                 roselee@mofo.com
11                                               MORRISON & FOERSTER LLP
                                                 707 Wilshire Boulevard, Suite 6000
12                                               Los Angeles, California 90017-3543
                                                 Telephone: (213) 892-5200
13                                               Facsimile: (213) 892-5454

14                                               RICHARD S.J. HUNG (CA SBN
                                                 197425)
15                                               rhung@mofo.com
                                                 MORRISON & FOERSTER LLP
16                                               425 Market Street
                                                 San Francisco, California 94105-2482
17                                               Palo Alto, California 94304-1018
                                                 Telephone: (415) 268-7000
18                                               Facsimile: (415) 268-7522

19                                               Attorneys for Counter-Defendants
                                                 MAXLINEAR, INC. AND
20                                               MAXLINEAR
                                                 COMMUNICATIONS LLC
21

22  sf-5746652

23
24
25
26
27
28

3

DECL. OF ROSE S. LEE ISO MAXLINEAR'S REQ. FOR JUDICIAL NOT.
CASE NO. 2:23-CV-01043-JWH-KES