# Exhibit 1

EXHIBIT 1
PAGE 4

| | |
|---|---|
| **From:** | Dabbiere, Courtney |
| **To:** | Lee, Rose S.; Isaacson, April; Cox1377192 |
| **Cc:** | MoFo_MaxLinear |
| **Subject:** | RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss |
| **Date:** | Tuesday, December 19, 2023 6:42:04 AM |
| **Attachments:** | image001.png<br>COX-MOCA_00008612.pdf |

**External Email**



This message needs your attention
- You've never replied to this person.

Report or Mark Safe        Powered by Mimecast

Hi Rose,

Please find attached Cox's MoCA Promoter Agreement and Bylaws.

Best,
Courtney

## Courtney Dabbiere

cdabbiere@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6027 | **M** 404 307 4834 | **F** 404 541 4757
My Profile  |   vCard

*Please note that my email address is changing. Please consider adding this new email to your safe senders list, downloading my vCard or sending me an email using the address in my signature line. To learn more about our new visual identity, please visit us online at www.ktslaw.com.*

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, December 14, 2023 12:56 AM
**To:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

Hi Courtney,

In the interest of time, we will agree to abide by the current protective order for purposes of obtaining the MoCA agreements.  We look forward to your production.

Best regards,
Rose

EXHIBIT 1
PAGE 5

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

**MORRISON FOERSTER**

**From:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>
**Sent:** Wednesday, December 13, 2023 6:41 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

**External Email**

Hi Rose,

We are still checking with the client, but we will be producing the promoter agreement in the -01047 case as confidential under the protective order in the next few days. Will MaxLinear agree to be bound by the PO entered in this case (attached for reference)?

Thanks,
Courtney

**Courtney Dabbiere**

cdabbiere@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6027 | **M** 404 307 4834 | **F** 404 541 4757
My Profile | vCard

*Please note that my email address is changing. Please consider adding this new email to your safe senders list, downloading my vCard or sending me an email using the address in my signature line. To learn more about our new visual identity, please visit us online at www.ktslaw.com.*

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Tuesday, December 12, 2023 7:55 PM
**To:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

**CAUTION: External Email**

**EXHIBIT 1**
**PAGE 6**

Hi Courtney and April,

We're just following up on my email below.

Thank you,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

**MORRISON FOERSTER**

---

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, December 7, 2023 5:21 PM
**To:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

Hi Courtney and April,

Just following up on our meet and confer last week, we had requested Cox's MoCA agreements, including the Promoter Agreement and bylaws. You indicated that you would discuss with your client and get back to us. Could you please let us know whether Cox is willing to send us the agreements?

Thanks,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

**MORRISON FOERSTER**

---

**From:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>
**Sent:** Wednesday, December 6, 2023 7:47 AM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>

**EXHIBIT 1**
**PAGE 7**

**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

**External Email**

Thanks, Rose. Your edits are acceptable to us. We will get these filed in both cases.

Best,
Courtney

Courtney Dabbiere

cdabbiere@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6027 | **M** 404 307 4834 | **F** 404 541 4757
My Profile | vCard

*Please note that my email address is changing. Please consider adding this new email to your safe senders list, downloading my vCard or sending me an email using the address in my signature line. To learn more about our new visual identity, please visit us online at www.ktslaw.com.*

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Wednesday, December 6, 2023 12:42 AM
**To:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

Hi Courtney,

Please find attached our edits to the draft stipulation. With these edits, you have our approval to prepare the same for -1049 and get these on file.

Thank you,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

EXHIBIT 1
PAGE 8

# MORRISON FOERSTER

**From:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>
**Sent:** Tuesday, December 5, 2023 7:09 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

**External Email**

Hi Rose,

Please see the attached draft stipulation and proposed order. Let us know if these are acceptable and we will prepare the same for the -1049 case and get these on file.

Thanks,
Courtney

### Courtney Dabbiere

cdabbiere@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6027 | **M** 404 307 4834 | **F** 404 541 4757
My Profile | vCard

*Please note that my email address is changing. Please consider adding this new email to your safe senders list, downloading my vCard or sending me an email using the address in my signature line. To learn more about our new visual identity, please visit us online at www.ktslaw.com.*

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Tuesday, December 5, 2023 4:36 PM
**To:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

Hi Courtney,

EXHIBIT 1
PAGE 9

We're checking in on the draft stipulation.

Thanks,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

**MORRISON FOERSTER**

---

**From:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>
**Sent:** Monday, December 4, 2023 12:25 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

**External Email**

---

Hi Rose,

The proposal below is fine for Cox. We will prepare a draft stipulation and send it to you for review shortly.

Best,
Courtney

**Courtney Dabbiere**

cdabbiere@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6027 | **M** 404 307 4834 | **F** 404 541 4757
My Profile | vCard

*Please note that my email address is changing. Please consider adding this new email to your safe senders list, downloading my vCard or sending me an email using the address in my signature line. To learn more about our new visual identity, please visit us online at www.ktslaw.com.*

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Monday, December 4, 2023 1:47 PM
**To:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>

EXHIBIT 1
PAGE 10

**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

April and Courtney,

Thank you for the call on Friday.  While we believe that Cox should amend its complaint now to the extent it believes it can address the issues we raised, we are agreeable to the proposed filing date of Dec. 22 for MaxLinear's motions to dismiss.  We would ask that Cox provide its opposition briefs by Jan. 9 and that we would file our reply briefs by Jan. 19.  We are agreeable to your proposed Feb. 2 hearing date.  If this is in line with what you had in mind, could you please prepare a draft stipulation for our review?

Glad to jump on another call to discuss further if helpful.
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

**MORRISON FOERSTER**

---

**From:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>
**Sent:** Thursday, November 30, 2023 5:43 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

**External Email**

---

Counsel,

We are happy to discuss this on the call tomorrow, but Paragraph 544 does not refer to any membership agreement. That paragraph simply states "Plaintiff knew that Cox was a member of MoCA and knew that Cox was a beneficiary of the contractual commitments MaxLinear made to MoCA." If you want to provide additional information on the call tomorrow, that may help us identify the agreement you are seeking.

EXHIBIT 1
PAGE 11

Best,
Courtney

**Courtney Dabbiere**

cdabbiere@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6027 | **M** 404 307 4834 | **F** 404 541 4757
My Profile  |  vCard

*Please note that my email address is changing. Please consider adding this new email to your safe senders list, downloading my vCard or sending me an email using the address in my signature line. To learn more about our new visual identity, please visit us online at www.ktslaw.com.*

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Wednesday, November 29, 2023 8:00 PM
**To:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

Counsel,

We look forward to our discussion on Friday.  In advance of our discussion, we would appreciate it if you could provide us with a copy of the member agreement that you referenced in your counterclaim in paragraph 544 and on which you rely on for your counterclaim against MaxLinear.

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

**MORRISON FOERSTER**

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Tuesday, November 28, 2023 3:36 PM
**To:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-

EXHIBIT 1
PAGE 12

JWH-KES – Meet and Confer re Motion to Dismiss

Counsel,

Thank you for your availability.  We are available at 2 PM PT on Friday and will circulate a calendar invitation.

Best regards,
Rose


**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

MORRISON FOERSTER

---

**From:** Dabbiere, Courtney <CDabbiere@kilpatricktownsend.com>
**Sent:** Tuesday, November 28, 2023 2:53 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

**External Email**

---

Counsel,

We are available to meet and confer at the following times this week:

Thursday 11/30 – 9am-12pm PT and 2-3:00 pm PT
Friday 12/1 – 11am-12pm and 2pm-3:30 pm PT

Best,
Courtney

Courtney Dabbiere

cdabbiere@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6027 | **M** 404 307 4834 | **F** 404 541 4757
My Profile  |   vCard

*Please note that my email address is changing. Please consider adding this new email to your safe*

EXHIBIT 1
PAGE 13

*senders list, downloading my vCard or sending me an email using the address in my signature line. To learn more about our new visual identity, please visit us online at www.ktslaw.com.*

**From:** Lee, Rose S. <RoseLee@mofo.com>

**Sent:** Monday, November 27, 2023 8:27 PM

**To:** Isaacson, April <aisaacson@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>

**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>

**Subject:** Entropic Communications LLC v. Cox Communications, Inc. et al., No. 2:23-cv-01047-JWH-KES – Meet and Confer re Motion to Dismiss

Dear Counsel,

Pursuant to Local Rule 7-3, we request a conference to discuss MaxLinear, Inc. and MaxLinear Communications LLC's intent to move to dismiss Cox's counterclaims against them in the above captioned matter.  Please let us know your availability for such a conference this week.

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

MORRISON FOERSTER

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

EXHIBIT 1
PAGE 14

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

================================================================

**EXHIBIT 1**

**PAGE 15**

=========

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

**EXHIBIT 1**
**PAGE 16**