| | |
|---|---|
| 1 | BITA RAHEBI (CA SBN 209351) |
|  | brahebi@mofo.com |
| 2 | ALEX S. YAP (CA SBN 241400) |
|  | ayap@mofo.com |
| 3 | ROSE S. LEE (CA SBN 294658) |
|  | roselee@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|  | 707 Wilshire Boulevard, Suite 6000 |
| 5 | Los Angeles, California 90017-3543 |
|  | Telephone: (213) 892-5200 |
| 6 | Facsimile: (213) 892-5454 |
| 7 | [Additional counsel on signature page] |
| 8 | Attorneys for Counter-Defendants, |
|  | MAXLINEAR, INC. AND MAXLINEAR |
| 9 | COMMUNICATIONS LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01043-JWH-KES (Lead Case) |
| Plaintiff, | Case No. 2:23-cv-01047-JWH-KES (Related Case) |
| v. | **CERTIFICATE OF SERVICE** |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants, | |
| | Judge: Hon. John W. Holcomb |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC, | **Hearing:** |
| | Date: March 29, 2024 |
| Counter-Claimants, | Time: 9:00 a.m. |
| v. | Place: Courtroom 9D, Santa Ana |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | |
| Counter-Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017-3543. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 6, 2024, I served a copy of:

- **DECLARATION OF ROSE S. LEE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**

- **COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC [UNREDACTED]**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>April E. Isaacson<br>aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco CA 94111<br><br>Sarah Y. Kamran<br>skamran@kilpatricktownsend.com<br>1801 Century Park East, Suite 2300<br>Los Angeles CA 90067<br>(310) 777 3733<br><br>Mitchell G. Stockwell (*admitted pro hac vice*)<br>mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba (*admitted pro hac vice*)<br>wkadaba@kilpatricktownsend.com<br>Michael J. Turton (*admitted pro hac vice*)<br>mturton@kilpatricktownsend.com<br>Courtney S. Dabbiere (*admitted pro hac vice*) | *Attorneys for Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC* |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | cdabbiere@kilpatricktownsend.com<br>Christopher S. Leah (*admitted pro hac vice*)<br>cleah@kilpatricktownsend.com<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta GA 30309 | |
| 5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | Christina N. Goodrich<br>Connor J. Meggs<br>Cassidy Young<br>Peter E. Soskin<br>K&L GATES LLP<br>10100 Santa Monica Boulevard,<br>8th Floor<br>Los Angeles, California 90067<br>Email: entropicklg@klgates.com<br>Tel: 310.552.5000<br><br>Darlene F. Ghavimi<br>K&L Gates LLP<br>2801 Via Fortuna, Suite 650<br>Austin, TX 78746<br>Tel: 512-482-6919<br>Email: entropicklg@klgates.com<br><br>Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212<br>Email: bridgesip@icloud.com<br>Tel: (615) 973-9478 | *Attorneys for Plaintiff*<br>*Entropic Communications, LLC* |
| 21<br>22<br>23<br>24<br>25<br>26<br>27 | Jennifer M. Hartjes<br>jhartjes@goldmanismail.com<br>Kurt A. Holtzman<br>kholtzman@goldmanismail.com<br>Alan E. Littmann<br>alittmann@goldmanismail.com<br>Shu Zhang<br>szhang@goldmanismail.com<br>Douglas Winnard<br>dwinnard@goldmanismail.com<br>GOLDMAN ISMAIL TOMASELLI | *Attorneys for Plaintiff*<br>*Entropic Communications, LLC* |

- 3 -

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-01043-JWH-KES

| | |
|---|---|
| 1<br>2<br>3<br>4 | BRENNAN & BAUM LLP<br>200 South Wacker Drive, Floor 22<br>Chicago, IL, 60606<br>Tel: (312) 681-6000<br>Email: gitbbentropic@<br>goldmanismail.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this 6th day of February, 2024.

*Melissa M. Mendoza*
MELISSA M. MENDOZA

sf-5713197

- 4 -