Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**DECLARATION OF CASSIDY YOUNG IN SUPPORT OF MOTION TO DISMISS COX DEFENDANTS' AMENDED COUNTERCLAIMS PURSUANT TO RULE 12(b)(6)**<br><br>Hearing Date:   March 29, 2024<br>Hearing Time:   9:00 a.m.<br>Courtroom:   9D (Santa Ana) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | |

1
DECLARATION OF CASSIDY T. YOUNG

ENTROPIC COMMUNICATIONS, LLC,

        Plaintiff,

  v.

COMCAST CORPORATION, *et al.*,

        Defendants.

ENTROPIC COMMUNICATIONS, LLC,

        Plaintiff,

  v.

DIRECTV, LLC, *et al.*,

        Defendants.

2
DECLARATION OF CASSIDY T. YOUNG

**DECLARATION OF CASSIDY YOUNG**

I, Cassidy T. Young, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of K&L Gates LLP (the "Firm" or "K&L Gates"). I am one of the attorneys on the K&L Gates team representing Plaintiff Entropic Communications, LLC ("Entropic") in the above-entitled action. This declaration is based on personal knowledge of the matters set forth in this declaration and based on documents on file with the Court and maintained in the ordinary course of business as part of the Firm's client files in this action. If called upon to testify regarding these matters, I could and would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Patent Purchase Agreement between MaxLinear and Entropic.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Cox MoCA Promoter Agreement.

4. Attached hereto as **Exhibit C** is a true and correct copy of the MoCA v2.0 Specification.

5. Attached hereto as **Exhibit D** is a true and correct copy of the August 2022 letter from Entropic to Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC's (collectively, "Cox").

6. Attached hereto as **Exhibit E** is a true and correct copy of the December 2022 letter from Entropic to Cox.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on February 6, 2024 in Los Angeles, California.

*Cassidy Young*
Cassidy T. Young