# EXHIBIT D



Joiava Philpott
SVP Law and Policy, General Counsel
 Cox Enterprises Inc.
Cox Communications, Inc.
6205-B Peachtree Dunwoody Road NE
Atlanta, GA 30328

Re:   Introduction to Entropic and Patents Available for License

Dear Joiava Philpott:

My name is Boris Teksler, the CEO of Entropic Communications LLC ("Entropic").  For the majority of my career, I have worked on behalf of large Fortune 100 companies, such as Hewlett-Packard and Apple, and more recently, small companies at different stages of their life cycle, such as Entropic, to implement creative and mutually agreeable solutions to intellectual property issues.

Entropic's rich patent portfolio results from years of cutting-edge research, development, and significant investment that provided foundational technology and processes in the satellite and cable television systems, and may be relevant to the operation of your business.  Attached as Tab A to this correspondence is a list of all of the issued U.S. patents that Entropic owns and is interested in licensing.

Among Entropic's patents are a number of patents essential to compliance with foundational aspects of the Multimedia over Coax Alliance ("MoCA") MAC/PHY Specifications ("MoCA Specifications").  Entropic is committed to licensing these, and all other patents essential to standards, in accordance with the applicable intellectual property rights policies of relevant standards bodies.

On behalf of Entropic, I ask your organization to provide the contact(s) at your company responsible for intellectual property. We are certain that you wish to respect intellectual property rights, and therefore will wish to discuss licensing Entropic's portfolio.

As someone with long experience as both a licensor and licensee, I am committed to addressing licensing issues with practical business solutions. I therefore look forward to discussing Entropic's portfolio with your company.

Very truly yours,

Boris Teksler
CEO of Entropic Communications, LLC


Enclosure

# TAB A - ENTROPIC ISSUED U.S. PATENT NOS.

| | | | | | |
|---|---|---|---|---|---|
| 6552738 | 8086170 | 8588055 | 8892926 | 9225426 | 9247274 |
| 7116712 | 8176181 | 8588250 | 8913626 | 9247274 | 9258621 |
| 7130576 | 8179920 | 8593983 | 8913635 | 9258621 | 9264074 |
| 7154957 | 8223775 | 8611483 | 8934590 | 9264074 | 9270401 |
| 7236757 | 8228910 | 8621539 | 8964903 | 9270401 | 9294297 |
| 7271640 | 8266265 | 8631450 | 8981977 | 9294297 | 9300468 |
| 7295518 | 8284690 | 8634498 | 8990864 | 9300468 | 9306595 |
| 7295623 | 8300681 | 8638808 | 9008077 | 9306595 | 9326090 |
| 7403752 | 8320566 | 8677441 | 9008571 | 9326090 | 9344262 |
| 7428238 | 8340125 | 8681900 | 9014649 | 9344262 | 9391822 |
| 7477871 | 8345798 | 8688064 | 9042433 | 9391822 | 9407369 |
| 7499397 | 8351368 | 8699704 | 9042851 | 9407369 | 9413476 |
| 7522875 | 8352569 | 8711848 | 9043855 | 9413476 | 9413632 |
| 7526264 | 8363681 | 8725104 | 9100088 | 9413632 | 9414184 |
| 7542411 | 8411565 | 8750298 | 9100622 | 9414184 | 9419858 |
| 7542715 | 8416685 | 8767554 | 9106554 | 9419858 | 9432104 |
| 7558551 | 8418036 | 8767607 | 9112803 | 9432104 | 9436271 |
| 7573822 | 8427944 | 8787430 | 9172993 | 9436271 | 9461742 |
| 7590168 | 8466850 | 8788728 | 9178765 | 9461742 | 9484986 |
| 7594249 | 8468200 | 8792008 | 9184872 | 9484986 | 9509422 |
| 7724639 | 8472912 | 8792565 | 9191461 | 9509422 | 9549222 |
| 7783958 | 8483152 | 8797220 | 9203535 | 9549222 | 9559835 |
| 7889759 | 8498294 | 8799964 | 9203653 | 9209957 | 9560477 |
| 7941091 | 8526898 | 8824270 | 9209957 | 9210062 | 9565012 |
| 7995459 | 8548034 | 8831015 | 9210062 | 9210362 | 9565469 |
| 8009725 | 8548411 | 8861357 | 9210362 | 9210363 | 9571779 |
| 8010070 | 8553727 | 8891544 | 9210363 | 9219557 | 9571885 |
| 8023912 | 8566678 | 8892026 | 9219557 | 9223382 | 9577886 |
| 8085802 | 8587722 | 8892225 | 9223382 | 9225426 | 9621367 |

## TAB A - ENTROPIC ISSUED U.S. PATENT NOS.

| | | | |
|---|---|---|---|
| 9647687 | 9906508 | 10211936 | 10469166 |
| 9647817 | 9913082 | 10230515 | 10491331 |
| 9668018 | 9923652 | 10244283 | 10498768 |
| 9680503 | 9929871 | 10250724 | 10574261 |
| 9692859 | 9936262 | 10251043 | 10575073 |
| 9693175 | 9936417 | 10256898 | 10594566 |
| 9712236 | 9941986 | 10257566 | 10594672 |
| 9749088 | 9942598 | 10263801 | 10659103 |
| 9755728 | 9985777 | 10264432 | 10659296 |
| 9780962 | 9991906 | 10270710 | 10715461 |
| 9787566 | 9998270 | 10271118 | 10756923 |
| 9794823 | 10009189 | 10271192 | 10771278 |
| 9800451 | 10015000 | 10284386 | 10812223 |
| 9806765 | 10020820 | 10284899 | 10848340 |
| 9813999 | 10033484 | 10285116 | 10862702 |
| 9819698 | 10051406 | 10292068 | 10965429 |
| 9819992 | 10063436 | 10298413 | 10972781 |
| 9825826 | 10075333 | 10313489 | 11121789 |
| 9838213 | 10091133 | 10313496 | 11133893 |
| 9853757 | 10103776 | 10313733 | 11139902 |
| 9853865 | 10104083 | 10324871 | 11153415 |
| 9860144 | 10104572 | 10356584 | 11381866 |
| 9866438 | 10122543 | 10356585 | |
| 9871892 | 10129048 | 10374879 | |
| 9875196 | 10135682 | 10432262 | |
| 9877062 | 10142256 | 10432422 | |
| 9883260 | 10148480 | 10439746 | |
| 9888294 | 10182274 | 10439911 | |
| 9894426 | 10193645 | 10454653 | |