# EXHIBIT E



***Via FedEx and Email***

Joiava Philpott
General Counsel and SVP Law and Policy
Cox Enterprises Inc.
Cox Communications, Inc.
6205-B Peachtree
Dunwoody Road Northeast
Atlanta, GA 30328
Joiava.Philpott@cox.com

**Re:   Discussion of License to Patents Essential to Multimedia over Coax Alliance ("MoCA") Technology**

Dear Ms. Philpott:

My name is Boris Teksler, CEO of Entropic Communications, LLC ("Entropic"). I introduced myself to your company in a letter sent August 10, 2022. In that letter, I noted that Entropic owns a robust patent portfolio that is the result of years of research, development, and investment by its predecessors including Entropic Communications, Inc. and MaxLinear, Inc.

It is well known throughout the cable and satellite industries that Entropic invented MoCA technology—the common name for the standardized way of using coaxial cables to create data networks. Entropic owns substantial intellectual property representing these inventions. Today, I am contacting you specifically to discuss Entropic's patented MoCA technology.

The value of MoCA technology to the cable and satellite industry cannot be overstated. MoCA technology has saved and continues to save the industry billions of dollars by avoiding the need to re-wire premises to provide highly profitable cable and satellite services. These savings and other benefits flow directly to providers such as Cox. Cox, however, is among the providers that have received these benefits without paying for its unlicensed use of patented MoCA technology. Therefore, I would like to discuss an

appropriate license for Cox's use of Entropic's patented MoCA technology.

Entropic is committed to licensing its patents that cover MoCA technology on reasonable terms, without discrimination among the similarly-situated providers (often called "RAND terms"). I hope that the parties will be able to come to a mutual agreement that properly rewards Entropic's innovations. Those innovations contributed tremendously to the industry and should be recognized. Indeed, after spending a career handling hundreds of intellectual property matters from both sides the table and for small and big companies alike, in my experience Entropic is precisely the story of innovation the patent system exists to protect.

I look forward to meeting to discuss Entropic's portfolio and Cox's deployments of MoCA technology. To facilitate open and fruitful discussions, I have attached a standard form non-disclosure agreement ("NDA") for Cox's review. Please contact Entropic to execute the NDA and schedule a meeting with us to discuss, and of course let me know if you have any questions.

Thank you for your time and prompt consideration of these issues.

Very truly yours,

*/s/ Boris Teksler*
Boris Teksler
CEO of Entropic Communications, LLC

Cc: Timothy Whitely (timothy.whitely@directv.com)
    Melinda Green (Melinda.green@directv.com)

Enclosure

*The ENTROPIC trademark is a trademark of MaxLinear, Inc., used under license. All rights reserved. Unauthorized use is strictly prohibited. All third-party trademarks, including logos, referenced herein remain the property of their respective owners. Use does not imply affiliation with or sponsorship by them.*

Entropic Communications LLC | 7150 Preston Road | Suite 300 | Plano, Texas 75024