# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S MOTION TO DISMISS COX DEFENDANTS' AMENDED COUNTERCLAIMS PURSUANT TO RULE 12(b)(6)**<br><br>Hearing Date:   March 29, 2024<br>Hearing Time:   9:00 a.m.<br>Courtroom:      9d (Santa Ana) |

**[PROPOSED] ORDER**

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | DIRECTV, LLC, *et al.*, |
| 11 | Defendants. |

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Motion to Dismiss Cox Defendants' Amended Counterclaims, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Entropic's Motion is **GRANTED**. The Counterclaims (1043 DE 266-1) filed by Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC (collectively, "Cox") are hereby dismissed with prejudice and without leave to amend.

Dated: _____

Honorable John W. Holcomb
United States District Judge

**[PROPOSED] ORDER**