| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com |
|   | Cassidy T. Young (SBN 342891) |
| 3 | cassidy.young@klgates.com |
|   | K&L GATES LLP |
| 4 | 10100 Santa Monica Boulevard |
|   | Eighth Floor |
| 5 | Los Angeles, CA 90067 |
|   | Telephone: +1 310 552 5000 |
| 6 | Facsimile: +1 310 552 5001 |
| 7 | [*Additional counsel on signature page*] |
| 8 | **Attorneys for Plaintiff** |
|   | **Entropic Communications, LLC** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
| Plaintiff, | Case No. 2:23-cv-1047-JWH-KES (Related Case) |
| v. | Case No. 2:23-cv-1048-JWH-KES (Related Case) |
| DISH NETWORK CORPORATION, et al., | Case No. 2:23-cv-5253-JWH-KES (Related Case) |
| Defendants. | [Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC, | **PLAINTIFF ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS; DECLARATION OF CASSIDY T. YOUNG; [PROPOSED] ORDER** |
| Plaintiff, | |
| v. | |
| COX COMMUNICATIONS, INC., et al., | |
| Defendants. | |

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | |
| 6 | COMCAST CORPORATION, *et al.*, |
| 7 | Defendants. |
| 8 | ENTROPIC COMMUNICATIONS, LLC, |
| 9 | |
| 10 | Plaintiff, |
| 11 | v. |
| 12 | |
| 13 | DIRECTV, LLC, *et al.*, |
| 14 | Defendants. |

1

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**RECYCLED PAPER**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 79-5.2.2(a), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") hereby applies for an order sealing **unredacted** information referenced in Entropic's Motion to Dismiss Cox Defendants' Counterclaims ("Motion"), which contains details related to and terms of confidential agreements between third parties.

Each portion of the documents referenced in the chart below have been designated as confidential pursuant to agreements reached between third parties or have been filed under seal by Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC (collectively, "Cox"). (*See* Decl. of Cassidy T. Young in Support of Entropic's Application to File Documents Under Seal, ¶ 4.) Entropic, therefore, applies to file such documents and information under seal pursuant to Local Rule 79-5.2.2(a).

The information to be sealed is identified below:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Portions of Entropic's Motion at 12:4–5. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:5–6. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:7. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:8–12. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:16–17. | Terms of confidential agreement between third parties. |
| Portions of Entropic's Motion at 12:19–20. | Terms of confidential agreement between Entropic and a third party. |

| Portions of Entropic's Motion at 14:3–4. | Terms of confidential agreement between Entropic and a third party. |
|---|---|
| Portions of Entropic's Motion at 14:4–7. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 15:12–13. | Terms of confidential agreement between Cox and a third party. |
| Portions of Entropic's Motion at 15:14–16. | Terms of confidential agreement between Cox and a third party. |
| Portions of Entropic's Motion at 20:11–12. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 20:12–14. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 20:15. | Terms of confidential agreement between Entropic and a third party. |
| Exhibit A to Declaration of Cassidy T. Young in Support of Motion. | Terms of confidential agreement between Entropic and a third party. |
| Exhibit B to Declaration of Cassidy T. Young in Support of Motion. | Terms of a confidential agreement between Cox and a third party. |
| Exhibit C to Declaration of Cassidy T. Young in Support of Motion. | Confidential third-party information. |

Pursuant to Local Rule 79-5.2.2(a), Entropic applies to file under seal the documents listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration

2
**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

RECYCLED PAPER

establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. Entropic has complied with these requirements. The information that Entropic seeks to seal is contained within confidential agreements involving third parties or documents containing confidential third party information. The public does not have an interest in accessing this confidential information. Additionally, Entropic's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, counsel for Cox indicated that it does not oppose Entropic's under seal filing.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *Roberts v. Bloom Energy Corp.*, 2020 WL 6162117, at *4 (N.D. Cal. Oct. 21, 2020) (granting application to seal information related to confidential third-party agreement).

Accordingly, Entropic respectfully requests that this Court order the unredacted documents to be filed under seal. Concurrent with this filing, Entropic has filed redacted versions of these documents with the Court, which only redact information necessary to protect confidential, private, and otherwise non-public information therein.

Dated: February 6, 2024

**K&L GATES LLP**

By: */s/ Cassidy T. Young*
Christina Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
K&L Gates, LLP
10100 Santa Monica Boulevard,
8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000

Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James A. Shimota (*pro hac vice*)
70 W. Madison Street, Ste 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com

Peter E. Soskin (SBN 280347)
4 Embarcadero Center, Ste 1200
San Francisco, CA 94111
Telephone: (415) 882-8220
peter.soskin@klgates.com

***Attorneys for Plaintiff, Entropic Communications, LLC***