1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br><br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br><br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., et al.,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING ENTROPIC'S MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS** |

**RECYCLED PAPER**

**[PROPOSED] ORDER**

317013460.1

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | DIRECTV, LLC, *et al.*, |
| 11 | Defendants. |
| 12 | |

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Motion to Dismiss Cox Defendants' Counterclaims Pursuant to Rule 12(b)(6), which contains details related to confidential agreements and information involving third parties, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Portions of Entropic's Motion at 12:4–5. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:5–6. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:7. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:8–12. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:16–17. | Terms of confidential agreement between third parties. |
| Portions of Entropic's Motion at 12:19–20. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 14:3–4. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 14:4–7. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 15:12–13. | Terms of confidential agreement between Cox and a third party. |

| | |
|---|---|
| Portions of Entropic's Motion at 15:14–16. | Terms of confidential agreement between Cox and a third party. |
| Portions of Entropic's Motion at 20:11–12. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 20:12–14. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 20:15. | Terms of confidential agreement between Entropic and a third party. |
| Exhibit A to Declaration of Cassidy T. Young in Support of Motion. | Terms of confidential agreement between Entropic and a third party. |
| Exhibit B to Declaration of Cassidy T. Young in Support of Motion. | Terms of a confidential agreement between Cox and a third party. |
| Exhibit C to Declaration of Cassidy T. Young in Support of Motion. | Confidential third-party information. |

Dated:

                                           Hon. John W. Holcomb
                                           United States District Judge