| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Christopher S. Marchese (SBN 170239)<br>marchese@f.r.com<br>FISH & RICHARDSON P.C.<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 533-4240 /  Fax: (858) 678-5099 | |
| ATTORNEY(S) FOR:  Defendants DISH Network Corporation, et al. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff(s),<br>v.<br>DISH NETWORK CORPORATION, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-1043-JWH-KES<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____DISH Network Corporation, et al._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| DISH Network Corporation | Wholly-owns DISH Network L.L.C. and DISH DBS Corporation.<br><br>DISH Network Corporation is a wholly-owned subsidiary of EchoStar Corporation, with publicly traded equity (NASDAQ:SATS). |

See additional page for more parties.

| | |
|---|---|
| February 8, 2024<br>Date | /s/ Christopher S. Marchese<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Christopher S. Marchese

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1) – ADDITIONAL PAGE**

| PARTY | CONNECTION/INTEREST |
|---|---|
| DISH Network L.L.C. | A wholly-owned subsidiary of DISH DBS Corporation, a corporation with publicly traded debt. |
| Dish Network Service L.L.C. | A wholly-owned subsidiary of DISH DBS Corporation, a corporation with publicly traded debt. |
| Dish Network California Service Corporation | A wholly-owned, indirect subsidiary of DISH DBS Corporation, a corporation with publicly traded debt. |