**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, e*t al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br><br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br><br>Case No. 2:23-cv-5253-JWH-KES (Related Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | [Assigned to the Honorable John W. Holcomb]<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING ENTROPIC'S MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff, | |

**ORDER**

v.

DIRECTV, LLC, *et al.*,

          Defendants.

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Motion to Dismiss Cox Defendants' Counterclaims Pursuant to Rule 12(b)(6), which contains details related to confidential agreements and information involving third parties, and a sufficient showing having been made under L.R.79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Portions of Entropic's Motion at 12:4–5. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:5–6. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:7. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:8–12. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 12:16–17. | Terms of confidential agreement between third parties. |
| Portions of Entropic's Motion at 12:19–20. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 14:3–4. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 14:4–7. | Terms of confidential agreement between Entropic and a third party. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Portions of Entropic's Motion at 15:12–13. | Terms of confidential agreement between Cox and a third party. |
| Portions of Entropic's Motion at 15:14–16. | Terms of confidential agreement between Cox and a third party. |
| Portions of Entropic's Motion at 20:11–12. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 20:12–14. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Entropic's Motion at 20:15. | Terms of confidential agreement between Entropic and a third party. |
| Exhibit A to Declaration of Cassidy T. Young in Support of Motion. | Terms of confidential agreement between Entropic and a third party. |
| Exhibit B to Declaration of Cassidy T. Young in Support of Motion. | Terms of a confidential agreement between Cox and a third party. |
| Exhibit C to Declaration of Cassidy T. Young in Support of Motion. | Confidential third-party information. |

**IT IS SO ORDERED.**

Dated: February 7, 2024

Hon. John W. Holcomb
United States District Judge