UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counterclaimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counterdefendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**ORDER GRANTING MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**<br><br>Judge: Hon. John W. Holcomb |

Having considered Counterdefendants MaxLinear, Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Application for Leave to File Under Seal Motion to Dismiss Amended Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC, the Court hereby **ORDERS** that the following information should be sealed:

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Portions of MaxLinear's Motion to Dismiss that quote from or reference Exhibit A or Exhibit B to the concurrently filed MaxLinear's Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss Amended Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC. | 16:8-14; 25:15-21; 26:10-14; 26:15-16. |

**IT IS SO ORDERED.**

Dated: ___February 7___, 2023

John W. Holcomb
United States District Judge