Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants.<br><br>―――――――――――――――――――<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.:  2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.:  2:23-cv-01047-JWH-KES (Related Case)<br>Case No.:  2:23-cv-01048-JWH-KES (Related Case)<br>Case No.:  2:23-cv-05253-JWH-KES (Related Case)<br><br>**DECLARATION OF CASSIDY T. YOUNG IN SUPPORT OF ENTROPIC'S RESPONSE TO COMCAST DEFENDANTS' OBJECTION TO SPECIAL MASTER ORDER NO. SM-11** |

**DECLARATION OF CASSIDY T. YOUNG**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| v. | |
| COMCAST CORPORATION, *et al.*, | |
| Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| v. | |
| DIRECTV, LLC, *et al.*, | |
| Defendants. | |

1

**DECLARATION OF CASSIDY T. YOUNG**

# DECLARATION OF CASSIDY T. YOUNG

I, Cassidy T. Young, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of K&L Gates LLP (the "Firm" or "K&L Gates"). I am one of the attorneys on the K&L Gates team representing Plaintiff Entropic Communications, LLC ("Entropic") in the above-entitled action. This declaration is based on personal knowledge of the matters set forth in this declaration and based on documents on file with the Court and maintained in the ordinary course of business as part of the Firm's client files in this action. If called upon to testify regarding these matters, I could and would do so competently.

2. On November 2, 2023, Comcast produced around 245 documents, which is the only production that Comcast has made in this action to date. Many of these documents consist only of images that contain little to no substantive information. Attached hereto as **Exhibit A** are true and correct copies of the documents produced by Comcast that consist only of such images. Specifically, the documents are Bates labelled: ENTROPIC_COMCAST00000038; ENTROPIC_COMCAST00000068; ENTROPIC_COMCAST00000078; ENTROPIC_COMCAST00000201; ENTROPIC_COMCAST00000324; ENTROPIC_COMCAST00000080; ENTROPIC_COMCAST00000185; ENTROPIC_COMCAST00000195; ENTROPIC_COMCAST00000039; ENTROPIC_COMCAST00000079; ENTROPIC_COMCAST00000323; ENTROPIC_COMCAST00000651; ENTROPIC_COMCAST00000207; ENTROPIC_COMCAST00000278 (dupe of 207); ENTROPIC_COMCAST00000505 (dupe of 80); ENTROPIC_COMCAST00000322; ENTROPIC_COMCAST00000200; ENTROPIC_COMCAST00000270 (dupe of 200); ENTROPIC_COMCAST00000272; ENTROPIC_COMCAST00000081; ENTROPIC_COMCAST00000036; ENTROPIC_COMCAST00000076; ENTROPIC_COMCAST00000193; ENTROPIC_COMCAST00000663; ENTROPIC_COMCAST00000653; ENTROPIC_COMCAST00000317;

**DECLARATION OF CASSIDY T. YOUNG**

1  ENTROPIC_COMCAST00000198;   ENTROPIC_COMCAST00000646;
2  ENTROPIC_COMCAST00000197 (dupe of 200 and 270);
3  ENTROPIC_COMCAST00000648;   ENTROPIC_COMCAST00000083;
4  ENTROPIC_COMCAST00000647;   ENTROPIC_COMCAST00000273;
5  ENTROPIC_COMCAST00000329; ENTROPIC_COMCAST00000275 (dupe of 195);
6  ENTROPIC_COMCAST00000318;   ENTROPIC_COMCAST00000034;
7  ENTROPIC_COMCAST00000074;   ENTROPIC_COMCAST00000199;
8  ENTROPIC_COMCAST00000330; ENTROPIC_COMCAST00000035.

3. Once duplicate documents are removed from Comcast's production, this production amounts to only a few dozen documents. One of these documents consists of ████████████████████████. Attached hereto as **Exhibit B** is a true and correct copy of this document produced by Comcast, which is Bates labeled ENTROPIC_COMCAST00003962.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on February 9, 2024 in Los Angeles, California.

*Cassidy Young*
Cassidy T. Young

2
**DECLARATION OF CASSIDY T. YOUNG**