Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff
Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Related Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | [Assigned to the Honorable John W. Holcomb]<br><br>**PLAINTIFF ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S RESPONSE TO COMCAST DEFENDANTS' OBJECTION TO SPECIAL MASTER ORDER NO. SM-11; DECLARATION OF CASSIDY T. YOUNG; [PROPOSED] ORDER** |

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | |
| 8 | ENTROPIC COMMUNICATIONS, LLC, |
| 9 | |
| 10 | Plaintiff, |
| 11 | v. |
| 12 | DIRECTV, LLC, *et al.*, |
| 13 | Defendants. |

1
**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 79-5.2.2(a), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") hereby applies for an order sealing **unredacted** information referenced in Entropic's Response to Comcast Defendants' Objection to Special Master Order No. SM-11, which contains: (1) contents of documents designated as confidential by Defendant Comcast and (2) details related to a confidential agreement between Defendant Comcast and a third-party entity.

Each portion of the documents referenced in the chart below have been designated as confidential by Defendant Comcast or designed as confidential pursuant to agreements reached between third parties. (*See* Decl. of Cassidy T. Young in Support of Entropic's Application to File Documents Under Seal, ¶ 4.)  Entropic, therefore, applies to file such documents and information under seal pursuant to Local Rule 79-5.2.2(a).

The information to be sealed is identified below:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Portions of Entropic's Response to Comcast Defendants' Objection to Special Master Order No. SM-11 ("Response") at 1:19–2:9. | Contents of documents designated as confidential by Defendant Comcast. |
| Portions of Entropic's Response at 2:12–14. | Contents of documents designated as confidential by Defendant Comcast. |
| Portions of Entropic's Response at 9:18–23. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portion of Declaration of Cassidy T. Young in | Contents of documents designated as confidential by Defendant Comcast. |

1
**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

| | |
|---|---|
| Support of Response at paragraph 3. | |
| Exhibit A to Declaration of Cassidy T. Young in Support of Response. | Contents of documents designated as confidential by Defendant Comcast. |
| Exhibit B to Declaration of Cassidy T. Young in Support of Response. | Contents of documents designated as confidential by Defendant Comcast. |

Pursuant to Local Rule 79-5.2.2(a), Entropic applies to file under seal the documents listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. Entropic has complied with these requirements. The information that Entropic seeks to seal is contained within: (1) contents of documents which Comcast designated confidential and (2) contents of Entropic's Second Amended Complaint discussing terms of a confidential agreement between Comcast and a third-party entity, which Entropic filed under seal. The public does not have an interest in accessing this confidential information. Additionally, Entropic's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, counsel for Comcast indicated that it does not oppose Entropic's under seal filing.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons

2
**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

Accordingly, Entropic respectfully requests that this Court order the unredacted documents to be filed under seal. Concurrent with this filing, Entropic has filed redacted versions of these documents with the Court, which only redact information necessary to protect confidential, private, and otherwise non-public information therein.

Dated: February 9, 2024

Respectfully Submitted,

By: */s/ Cassidy T. Young*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James A. Shimota (*pro hac vice*)
70 W. Madison Street, Ste 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com

*Attorneys for Plaintiff, Entropic Communications, LLC*