# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, e*t al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING RESPONSE TO COMCAST DEFENDANTS' OBJECTION TO SPECIAL MASTER ORDER NO. SM-11** |

**[PROPOSED] ORDER**

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | Plaintiff, |
| 3 | |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | Plaintiff, |
| 9 | |
| 10 | v. |
| 11 | DIRECTV, LLC, *et al.*, |
| 12 | Defendants. |

1

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Response to Comcast Defendants' Objection to Special Master Order No. SM-11, which contains: (1) contents of documents designated as confidential by Defendant Comcast and (2) details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Portions of Entropic's Response to Comcast Defendants' Objection to Special Master Order No. SM-11 ("Response") at 1:19–2:9. | Contents of documents designated as confidential by Defendant Comcast. |
| Portions of Entropic's Response at 2:12–14. | Contents of documents designated as confidential by Defendant Comcast. |
| Portions of Entropic's Response at 9:18–23. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portion of Declaration of Cassidy T. Young in Support of Response at paragraph 3. | Contents of documents designated as confidential by Defendant Comcast. |

| | |
|---|---|
| Exhibit A to Declaration of Cassidy T. Young in Support of Response. | Contents of documents designated as confidential by Defendant Comcast. |
| Exhibit B to Declaration of Cassidy T. Young in Support of Response. | Contents of documents designated as confidential by Defendant Comcast. |

Dated: _____

                                            Hon. John W. Holcomb
                                            United States District Judge