1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  Tyler R. Train (SBN 318998)
   train@fr.com
3  FISH & RICHARDSON P.C.
4  633 West Fifth Street, 26th Floor
   Los Angeles, CA 90071
5  Tel: (213) 533-4240 / Fax: (858) 678-5099

6  Adam R. Shartzer *(admitted pro hac vice)*
   shartzer@fr.com
7  Ruffin B. Cordell *(admitted pro hac vice)*
   cordell@fr.com
8  Richard A. Sterba *(admitted pro hac vice)*
   sterba@fr.com
9  Ralph A. Phillips *(admitted pro hac vice)*
10 rphillips@fr.com
   Michael J. Ballanco *(admitted pro hac vice)*
11 ballanco@fr.com
12 Taylor C. Burgener (SBN 348769)
   burgener@fr.com
13 FISH & RICHARDSON P.C.
   1000 Maine Ave., SW, Suite 1000
14 Washington, DC 20024
15 Tel: (202) 783-5070 / Fax: (202) 783-2331

16 *Additional Counsel Listed on Signature Page*

17 Attorneys for Defendants and Counter-Claimants
18 DISH Network Corporation, et al.

19            IN THE UNITED STATES DISTRICT COURT

20      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| 21  ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| 22 | **DEFENDANTS DISH NETWORK** |
| 23                 Plaintiff, | **CORPORATION, ET AL.'S NOTICE OF PENDENCY OF OTHER** |
| 24         v. | **ACTIONS AND PROCEEDINGS PER LOCAL RULE 83-1.4** |
| 25  DISH NETWORK CORPORATION; | |
| 26  DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND | District Judge: Hon. John W. Holcomb Magistrate Judge: Hon. Karen E. Scott |
| 27  DISH NETWORK CALIFORNIA SERVICE CORPORATION, | Special Master: David Keyzer |
| 28 | |
|                  Defendants. | |

1

2

3

4

| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., |

5

                    Counter-Claimants,

6

v.

7

ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,

8

9

10

                    Counter-Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Central District of California Civil Local Rule 83-1.4, Defendants

2  DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C.,

3  and Dish Network California Service Corporation (collectively, "DISH Defendants"),

4  by and through their undersigned counsel, hereby provide this notice of pending

5  actions or proceedings involving all or a material part of the subject matter of this

6  action.

7    In this action, Plaintiff Entropic Communications, LLC seeks relief against the

8  DISH Defendants for the alleged infringement of the following United States Patents,

9  amongst others:

10   • United States Patent No. 7,594,249, titled "Network Interface Device and

11     Broadband Local Area Network Using Coaxial Cable" ("the '249 patent").

12   • United States Patent No 7,295,518, titled "Broadband Network for Coaxial

13     Cable Using Multi-carrier Modulation" ("the '518 patent");

14   • United States Patent No. 7,889,759, titled "Broadband Cable Network

15     Utilizing Common Bit-loading" ("the '759 patent");

16   • United States Patent No. 8,320,566, titled "Method and Apparatus for

17     Performing Constellation Scrambling in a Multimedia Home Network"

18     ("the '0,566 patent");

19   • United States Patent No. 8,363,681, titled "Method and Apparatus for Using

20     Ranging Measurements in a Multimedia Home Network" ("the '681

21     patent");

22   • United States Patent No. 8,621,539, titled "Physical Layer Transmitter for

23     Use in a Broadband Local Area Network" ("the '539 patent"); and

24   • United States Patent No. 8,631,450, titled "Broadband Local Area Network"

25     ("the '450 patent").

26  The '249 patent, '518 patent, '759 patent, '0,566 patent, '681 patent, '539 patent, and

27  '450 patent and all their asserted claims are at issue in recently filed petitions for *inter*

28

1  *partes* review by one or all of the DISH Defendants that are currently pending before

2  the Patent Trial and Appeal Board of the United States Patent and Trademark Office.

3       *DISH Network L.L.C. v. Entropic Communications, Inc.*, Case No. IPR2024-

4  00373, filed on January 16, 2024, is a petition for *inter partes* review under 35 U.S.C.

5  §§ 311-319 and 37 C.F.R. § 42 of at least claims 1-17 of the '249 patent.  DISH

6  Network L.L.C. is the Petitioner in the *inter partes* review.  Dish Network Service

7  L.L.C, DISH Network Corporation, and Dish Network California Service

8  Corporation are identified in the petition as additional real parties-in-interest.  As

9  such, the undersigned believes that the Court may consider this action to involve all

10  or a material part of the subject matter of this other pending proceeding.

11       *DISH Network L.L.C. v. Entropic Communications, Inc.*, Case No. IPR2024-

12  00393, filed January 16, 2024, is a petition for *inter partes* review under 35 U.S.C.

13  §§ 311-319 and 37 C.F.R. § 42 of at least claims 1 and 3 of the '518 patent.  DISH

14  Network L.L.C. is the Petitioner in the *inter partes* review.  Dish Network Service

15  L.L.C, DISH Network Corporation, and Dish Network California Service

16  Corporation are identified in the petition as additional real parties-in-interest.  As

17  such, the undersigned believes that the Court may consider this action to involve all

18  or a material part of the subject matter of this other pending proceeding.

19       *DISH Network L.L.C. v. Entropic Communications, Inc.*, Case No. IPR2024-

20  00462, filed January 22, 2024, is a petition for *inter partes* review under 35 U.S.C.

21  §§ 311-319 and 37 C.F.R. § 42 of at least claims 1-3 of the '759 patent.  DISH

22  Network L.L.C. is the Petitioner in the *inter partes* review.  Dish Network Service

23  L.L.C, DISH Network Corporation, and Dish Network California Service

24  Corporation are identified in the petition as additional real parties-in-interest.  As

25  such, the undersigned believes that the Court may consider this action to involve all

26  or a material part of the subject matter of this other pending proceeding.

27       *DISH Network L.L.C. v. Entropic Communications, Inc.*, Case No. IPR2024-

28  00555, filed February 8, 2024, is a petition for *inter partes* review under 35 U.S.C.

DISH'S NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS
Case No. 2:23-cv-1043-JWH-KES

§§ 311-319 and 37 C.F.R. § 42 of at least claims 1-6 and 12 of the '0,566 patent. DISH Network L.L.C. is the Petitioner in the *inter partes* review. Dish Network Service L.L.C, DISH Network Corporation, and Dish Network California Service Corporation are identified in the petition as additional real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*DISH Network L.L.C. v. Entropic Communications, Inc.*, Case No. IPR2024-00562, filed February 9, 2024, is a petition for *inter partes* review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of at least claims 1-40 of the '681 patent. DISH Network L.L.C. is the Petitioner in the *inter partes* review. Dish Network Service L.L.C, DISH Network Corporation, and Dish Network California Service Corporation are identified in the petition as additional real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*DISH Network L.L.C. v. Entropic Communications, Inc.*, Case No. IPR2024-00546, filed February 5, 2024, is a petition for *inter partes* review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of at least claims 1-7 of the '539 patent. The DISH Defendants are the Petitioners in the *inter partes* review. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*DISH Network L.L.C. v. Entropic Communications, Inc.*, Case No. IPR2024-00560, filed February 9, 2024, is a petition for *inter partes* review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of at least claims 29-38 of the '450 patent. DISH Network L.L.C. is the Petitioner in the *inter partes* review. Dish Network Service L.L.C, DISH Network Corporation, and Dish Network California Service Corporation are identified in the petition as additional real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

DISH'S NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS
Case No. 2:23-cv-1043-JWH-KES

1  Counsel for DISH Network L.L.C., as Petitioner, is listed below:

2  Adam R. Shartzer, Reg. No. 57,264

3  Fish & Richardson P.C.

4  60 South Sixth Street

5  Minneapolis, MN 55402

6  Tel: 202-783-5070

7  Fax: 877-769-7945

8  Counsel for Patent Owner, McAndrews Held & Malloy, Ltd identified as

9  Attorney/Agent for the '249 patent, '518 patent, '759 patent, '0,566 patent, '681

10  patent, '539 patent, and '450 patent before the United States Patent and Trademark

11  Office is listed below:

12  McAndrews Held & Malloy, Ltd

13  500 West Madison Street

14  Suite 3400

15  Chicago, IL 60661

16  Tel: 312-775-8000

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  February 15, 2024          FISH & RICHARDSON P.C.

2

3                                       By: */s/ Christopher S. Marchese*
                                            Christopher S. Marchese (SBN 170239)
4                                           marchese@fr.com
                                            Tyler R. Train (SBN 318998)
5                                           train@fr.com
                                            633 West Fifth Street, 26th Floor
6                                           Los Angeles, CA 90071
                                            Tel: (213) 533-4240
7

8                                           Adam R. Shartzer (*pro hac vice*)
                                            shartzer@fr.com
9                                           Ruffin B. Cordell (*pro hac vice*)
                                            cordell@fr.com
10                                          Richard A. Sterba (*pro hac vice*)
                                            sterba@fr.com
11                                          Ralph A. Phillips (*pro hac vice*)
                                            rphillips@fr.com
12                                          Michael J. Ballanco (*pro hac vice*)
                                            ballanco@fr.com
13                                          Taylor C. Burgener (SBN 348769)
                                            burgener@fr.com
14                                          FISH & RICHARDSON P.C.
                                            1000 Maine Ave., SW, Suite 1000
15                                          Washington, DC 20024
                                            Tel: (202) 783-5070
16

17

18                                          David M. Barkan (SBN 160825)
                                            barkan@fr.com
19                                          FISH & RICHARDSON P.C.
                                            500 Arguello Street, Suite 400
20                                          Redwood City, CA 94063
                                            Tel: (650) 839-5070
21

22                                          Ashley A. Bolt (*pro hac vice*)
                                            bolt@fr.com
23                                          FISH & RICHARDSON P.C.
                                            1180 Peachtree Street NE, 21st Floor
24                                          Atlanta, GA 30309
                                            Tel: (404) 892-5005
25

26                                          Aaron P. Pirouznia (*pro hac vice*)
                                            pirouznia@fr.com
27                                          FISH & RICHARDSON P.C.
                                            1717 Main Street, Suite 5000
28                                          Dallas, TX 75201

DISH'S NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS
Case No. 2:23-cv-1043-JWH-KES

1

Tel: (214) 292-4073
Fax: (214) 747-2091

2

3

Oliver Richards (SBN 310972)
orichards@fr.com
John-Paul Fryckman (SBN 317591)
fryckman@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

4

5

6

7

8

Attorneys for Defendants and Counter-
Claimants DISH Network Corporation, et
al.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28