
1. BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2. ALEX S. YAP (CA SBN 241400)
   ayap@mofo.com
3. ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4. MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5. Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
6. Facsimile:  (213) 892-5454

7. [Additional counsel on signature page]

8. Attorneys for Counter-Defendants,
   MAXLINEAR, INC. and MAXLINEAR
9. COMMUNICATIONS LLC

10.                UNITED STATES DISTRICT COURT
11.         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
| Plaintiff, | **COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH TECHNOLOGIES, L.L.C.** |
| v. | |
| DISH NETWORK CORPORATION, et al., | |
| Defendants. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C., | |
| Counter-Claimants, | **JURY TRIAL DEMANDED** |
| v. | Action Filed: Feb. 10, 2023<br>Am. Counterclaims and Counterclaims Filed: Jan. 31, 2024 |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | **Hearing:**<br>Date:   March 29, 2024<br>Time:   9:00 a.m.<br>Place:  Courtroom 9D, Santa Ana<br>Judge:  Hon. John W. Holcomb |
| Counter-Defendants. | |

Pursuant to Local Rule 79-5.2.2(b) governing documents designated by another as confidential pursuant to a protective order, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") hereby submit their Application for Leave to File Under Seal Motion to Dismiss (1) Amended Counterclaims by Dish Network California Service Corporation ("Dish California") and (2) Counterclaims by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., and Dish Technologies, L.L.C. (collectively with Dish California, "Dish").

MaxLinear seeks leave to file under seal highlighted portions of MaxLinear's Motion to Dismiss that quote from or reference documents previously filed under seal by Dish in this action.

MaxLinear also seeks leave to file under seal highlighted portions of MaxLinear's Motion to Dismiss that quote from or reference Exhibits B, C, or D to the concurrently filed MaxLinear's Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss (1) Amended Counterclaims by Dish Network California Service Corporation and (2) Counterclaims by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., and Dish Technologies, L.L.C., as identified below:

| Document to be sealed | Portions to be sealed (page:line(s)) |
| --- | --- |
| Portions of MaxLinear's Motion to Dismiss that quote from or reference Exhibits B, C, and D to the concurrently filed MaxLinear's Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss (1) Amended Counterclaims by Dish Network California Service | 10:1-2; 12:1-2; 12:13-14; 15:15-26; 16:1-2; 16:15-19; 19:28; 21:7-9 |

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Corporation and (2) Counterclaims by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., and Dish Technologies, L.L.C. | |
| Portions of MaxLinear's Motion to Dismiss that quote from or reference documents previously filed under seal by Dish in this action. | 10:6-8; 11:4; 12:25; 18:4-5; 21:27-28; 22:1-6; 22:9-10; 22:12-13; 22:25-26; 25:10-11; 30:9 |

Dish designated the documents in Exhibits B, C, and D as "Highly Confidential – Attorneys' Eyes Only" under the operative protective order (ECF No. 156). (Declaration of Rose S. Lee in Support of MaxLinear's Application for Leave to File under Seal, ¶¶ 3-5.) Dish confirmed the document should be filed under seal. (*Id.* ¶ 6.)

MaxLinear has no position on whether the material should be maintained under seal.

This Application is accompanied by a Declaration of Rose S. Lee and a Proposed Order.

3
MAXLINEAR'S APPLN. FOR LEAVE TO FILE UNDER SEAL MOTION TO DISMISS
CASE NO. 2:23-CV-1043-JWH-KES
sf-5767129

| | | |
|---|---|---|
| 1 | Dated: February 21, 2024 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Rose S. Lee* |
| 4 | | Rose S. Lee |
| 5 | | BITA RAHEBI (CA SBN 209351)<br>brahebi@mofo.com |
| 6 | | ALEX S. YAP (CA SBN 241400)<br>ayap@mofo.com |
| 7 | | ROSE S. LEE (CA SBN 294658)<br>roselee@mofo.com |
| 8 | | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000 |
| 9 | | Los Angeles, California  90017-3543<br>Telephone:    (213) 892-5200 |
| 10 | | Facsimile:    (213) 892-5454 |
| 11 | | RICHARD S.J. HUNG (CA SBN 197425) |
| 12 | | rhung@mofo.com<br>MORRISON & FOERSTER LLP |
| 13 | | 425 Market Street,<br>San Francisco, California 94105-2482 |
| 14 | | Palo Alto, California  94304-1018 |
| 15 | | Telephone:    (415) 268-7000<br>Facsimile:    (415) 268-7522 |
| 16 | | BRADLEY LUI (CA SBN 143088) |
| 17 | | blui@mofo.com<br>MORRISON & FOERSTER LLP |
| 18 | | 2100 L Street, NW, Suite 900<br>Washington, DC 20037-1679 |
| 19 | | Telephone:    (202) 887-1500<br>Facsimile:    (202) 887-0763 |
| 20 | | Attorneys for Counter-Defendants |
| 21 | | MAXLINEAR, INC. and MAXLINEAR |
| 22 | | COMMUNICATIONS LLC |