1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>          Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**[PROPOSED] ORDER GRANTING MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., , AND DISH TECHNOLOGIES, L.L.C.** |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>          Counter-Claimants,<br><br>     v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>          Counter-Defendants. | |

# ORDER

Before the Court is Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Motion to Dismiss Counts IV, V, VI, VII, VIII, IX, X, and XI of the (1) Amended Counterclaims by Dish Network California Service Corporation and (2) Counterclaims by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., and Dish Technologies, L.L.C. against MaxLinear pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), 12(b)(6), and 12(f).

Having considered MaxLinear's Motion to Dismiss and the papers and pleadings filed in connection with it, the Court hereby orders that:

MaxLinear's Motion to Dismiss Counts IV, V, VI, VII, VIII, IX, X, and XI is GRANTED. Counts IV, V, VI, VII, VIII, IX, X, and XI are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. John W. Holcomb
United States District Judge