| | |
|---|---|
| 1 | BITA RAHEBI (CA SBN 209351) |
|   | brahebi@mofo.com |
| 2 | ALEX S. YAP (CA SBN 241400) |
|   | ayap@mofo.com |
| 3 | ROSE S. LEE (CA SBN 294658) |
|   | roselee@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard, Suite 6000 |
| 5 | Los Angeles, California 90017-3543 |
|   | Telephone: (213) 892-5200 |
| 6 | Facsimile: (213) 892-5454 |
| 7 | [Additional counsel on signature page] |
| 8 | Attorneys for Counter-Defendants, |
|   | MAXLINEAR, INC. and MAXLINEAR |
| 9 | COMMUNICATIONS LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
| Plaintiff, | **COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH TECHNOLOGIES, L.L.C.** |
| v. | |
| DISH NETWORK CORPORATION, et al., | |
| Defendants. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C., | |
| Counter-Claimants, | Action Filed: Feb. 10, 2023 |
|   | Am. Counterclaims and Counterclaims Filed: Jan. 31, 2024 |
| v. | **Hearing:** |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | Date: March 29, 2024 |
|   | Time: 9:00 a.m. |
|   | Place: Courtroom 9D, Santa Ana |
|   | Judge: Hon. John W. Holcomb |
| Counter-Defendants. | |

MAXLINEAR'S APPLN. FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE
CASE NO. 2:23-cv-1043-JWH-KES
sf-5767214

1   Pursuant to Local Rule 79-5.2.2(b) governing documents designated by
2   another as confidential pursuant to a protective order, Counter-Defendants
3   MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear")
4   hereby submit their Application for Leave to File Under Seal Request for Judicial
5   Notice in Support of Notice of Motion and Motion to Dismiss (1) Amended
6   Counterclaims by Dish Network California Service Corporation ("Dish California")
7   and (2) Counterclaims by Dish Network Corporation, Dish Network L.L.C., Dish
8   Network Service L.L.C., and Dish Technologies, L.L.C. (collectively with Dish
9   California, "Dish").

10   MaxLinear seeks leave to file under seal the entirety of Exhibits B, C, and D
11   to the Request for Judicial Notice:

| Document to be sealed | Portions to be sealed (page(s):line(s)) |
|---|---|
| Exhibit B to MaxLinear's Request for Judicial Notice | Entirety |
| Exhibit C to MaxLinear's Request for Judicial Notice | Entirety |
| Exhibit D to MaxLinear's Request for Judicial Notice | Entirety |

19   Dish designated the document in Exhibits B, C, and D as "Highly
20   Confidential – Attorneys' Eyes Only" under the operative protective order (ECF
21   No. 156). (Declaration of Rose S. Lee in Support of MaxLinear's Application for
22   Leave to File Under Seal ¶¶ 3-5.) Dish confirmed the document should be filed
23   under seal. (*Id.* ¶ 6.)
24   MaxLinear has no position on whether the material should be maintained
25   under seal.
26   This Application is accompanied by the Declaration of Rose S. Lee and a
27   Proposed Order.
28

| | | |
|---|---|---|
| Dated: February 21, 2024 | | MORRISON & FOERSTER LLP |

By: */s/ Rose S. Lee*
Rose S. Lee

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BRADLEY LUI (CA SBN 143088)
blui@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037-1679
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Counter-Defendants
MAXLINEAR, INC. and
MAXLINEAR COMMUNICATIONS LLC

MAXLINEAR'S APPLN. FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE
CASE NO. 2:23-CV-1043-JWH-KES
sf-5767214