# Exhibit C

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT C
PAGE 73

**Document redacted in its entirety.**