# Exhibit D

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Document redacted in its entirety.**