# Exhibit B

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Document redacted in its entirety.**

Case 2:23-cv-01043-JWH-KES   Document 360-2   Filed 02/21/24   Page 2 of 2   Page ID #:16795