1  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2  ALEX S. YAP (CA SBN 241400)
   ayap@mofo.com
3  ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
6  Facsimile:   (213) 892-5454

7  [Additional counsel on signature page]

8  Attorneys for Counter-Defendants,
   MAXLINEAR, INC. and MAXLINEAR
9  COMMUNICATIONS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**DECLARATION OF ROSE S. LEE IN SUPPORT OF MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH TECHNOLOGIES, L.L.C.**<br><br>Judge:  Hon. John W. Holcomb<br>Action Filed:  Feb. 10, 2023<br>Am. Counterclaims and Counterclaims Filed:  Jan. 31, 2024<br><br>**Hearing:**<br>Date:     Mar. 29, 2024<br>Time:    9:00 a.m.<br>Place:    Courtroom 9D, Santa Ana<br>Judge:   Hon. John W. Holcomb |

R. LEE DECLARATION ISO MAXLINEAR'S REQ. FOR JUDICIAL NOT.
CASE NO. 2:23-CV-1043-JWH-KES

sf-5768014

I, Rose S. Lee, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") in this action. I make this declaration based on my personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the correspondence between counsel for Dish Network California Service Corporation, Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., and DISH Technologies, L.L.C. (collectively, "Dish") and counsel for MaxLinear from November 14, 2023 to December 1, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of the correspondence between counsel for Dish and counsel for MaxLinear from February 6, 2024 to February 13, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected. Executed this 21st day of February 2024, in Los Angeles, California.

*/s/ Rose S. Lee*
Rose S. Lee