# Exhibit 2

EXHIBIT 2
PAGE 17

| From: | Taylor Burgener |
|---|---|
| To: | Lee, Rose S.; Katherine Root; Oliver Richards; [Service] DISH-Entropic; EntropicKLG; Goodrich, Christina N.; dwinnard@goldmanismail.com; alittmann@goldmanismail.com; jhartjes@goldmanismail.com; kholtzman@goldmanismail.com; mpieja@goldmanismail.com; szhang@goldmanismail.com |
| Cc: | MoFo_MaxLinear |
| Subject: | RE: Entropic v. DISH Network Corp., Case No. 2:23-cv-1043: 2024-02-05 Service of SEALED D316 DISH Amended Answer and Counterclaims Per Order D310 |
| Date: | Tuesday, February 13, 2024 7:02:20 AM |
| Attachments: | image001.png |

<mark>External Email</mark>

 **This message needs your attention**
• You've never replied to this person.

Report or Mark Safe                          Powered by Mimecast

Hi Rose,

We expect to produce the documents you requested by tomorrow. We will let you know if there are any changes to that timeline.

Best,

Taylor

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Monday, February 12, 2024 6:02 PM
**To:** Taylor Burgener <burgener@fr.com>; Katherine Root <root@fr.com>; Oliver Richards <orichards@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>; EntropicKLG <EntropicKLG@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; dwinnard@goldmanismail.com; alittmann@goldmanismail.com; jhartjes@goldmanismail.com; kholtzman@goldmanismail.com; mpieja@goldmanismail.com; szhang@goldmanismail.com
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic v. DISH Network Corp., Case No. 2:23-cv-1043: 2024-02-05 Service of SEALED D316 DISH Amended Answer and Counterclaims Per Order D310

Taylor,

We are following up on our request below.  Please let us know when we can expect production of the correspondence referenced in paragraphs 49, 52, and 54 of Dish's Amended Counterclaims.

Best regards,
Rose

**EXHIBIT 2**
**PAGE 18**

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

**ΙΙΙORRISON FOERSTER**

---

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Friday, February 9, 2024 5:14 PM
**To:** Taylor Burgener <burgener@fr.com>; Katherine Root <root@fr.com>; Oliver Richards <orichards@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>; EntropicKLG <EntropicKLG@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; dwinnard@goldmanismail.com; alittmann@goldmanismail.com; jhartjes@goldmanismail.com; kholtzman@goldmanismail.com; mpieja@goldmanismail.com; szhang@goldmanismail.com
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic v. DISH Network Corp., Case No. 2:23-cv-1043: 2024-02-05 Service of SEALED D316 DISH Amended Answer and Counterclaims Per Order D310

Hi Taylor,

We agree for the purposes of Dish's production.

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

**ΙΙΙORRISON FOERSTER**

---

**From:** Taylor Burgener <burgener@fr.com>
**Sent:** Friday, February 9, 2024 5:12 PM
**To:** Lee, Rose S. <RoseLee@mofo.com>; Katherine Root <root@fr.com>; Oliver Richards <orichards@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>; EntropicKLG <EntropicKLG@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; dwinnard@goldmanismail.com; alittmann@goldmanismail.com; jhartjes@goldmanismail.com; kholtzman@goldmanismail.com; mpieja@goldmanismail.com; szhang@goldmanismail.com
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic v. DISH Network Corp., Case No. 2:23-cv-1043: 2024-02-05 Service of SEALED D316 DISH Amended Answer and Counterclaims Per Order D310

**EXHIBIT 2**
**PAGE 19**

**External Email**

---

Hi Rose,

We are considering your request. In the meantime, would you please confirm that MaxLinear agrees to be bound by the Protective Order in this case?

Best regards,

Taylor

---

**From:** Lee, Rose S. <RoseLee@mofo.com>
**Sent:** Thursday, February 8, 2024 12:38 PM
**To:** Katherine Root <root@fr.com>; Oliver Richards <orichards@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>; EntropicKLG <EntropicKLG@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; dwinnard@goldmanismail.com; alittmann@goldmanismail.com; jhartjes@goldmanismail.com; kholtzman@goldmanismail.com; mpieja@goldmanismail.com; szhang@goldmanismail.com
**Cc:** MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>
**Subject:** RE: Entropic v. DISH Network Corp., Case No. 2:23-cv-1043: 2024-02-05 Service of SEALED D316 DISH Amended Answer and Counterclaims Per Order D310

Counsel,

Please provide copies to MaxLinear of the correspondence referenced in paragraphs 49, 52, and 54 of Dish's Amended Counterclaims.

Best regards,
Rose

**Rose S. Lee**
roselee@mofo.com
T +1 (213) 892-5355
M +1 (213) 327-5074

**ΙΙΙORRISON FOERSTER**

---

**From:** Katherine Root <root@fr.com>
**Sent:** Tuesday, February 6, 2024 12:19 PM
**To:** EntropicKLG <EntropicKLG@klgates.com>; MoFo_MaxLinear <MoFo_MaxLinear@mofo.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Lee, Rose S. <RoseLee@mofo.com>;

**EXHIBIT 2 PAGE 20**

dwinnard@goldmanismail.com; alittmann@goldmanismail.com; jhartjes@goldmanismail.com; kholtzman@goldmanismail.com; mpieja@goldmanismail.com; szhang@goldmanismail.com
**Cc:** Oliver Richards <orichards@fr.com>; [Service] DISH-Entropic <ServiceDISH-Entropic@fr.com>
**Subject:** Entropic v. DISH Network Corp., Case No. 2:23-cv-1043: 2024-02-05 Service of SEALED D316 DISH Amended Answer and Counterclaims Per Order D310

**External Email**

---

Counsel,

At the link below, please find Defendants and Counter-Claimants' SEALED Amended Answer, Affirmative Defenses and Counterclaims and supporting documents filed today as ECF 316, pursuant to the Court's Order ECF 310 Granting DISH's Application to Seal.

https://send.fr.com/link/8omrkjaMi5rOKqf9urTebT

The link and zip file are password protected.  The passwords will follow in two separate emails.

Please let me know if you have any issues accessing.

Thank you,


**Katherine S. Root ::** Litigation Paralegal **::** Fish & Richardson P.C.
858 678 4365 direct **::** 619 742 6629 mobile **::** root@fr.com

---

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Tuesday, February 06, 2024 11:42 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:23-cv-01043-JWH-KES Entropic Communications, LLC v. DISH Network Corporation et al Sealed Document


[This email originated outside of F&R.]


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one**

**EXHIBIT 2
PAGE 21**

**free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Richards, Oliver on 2/6/2024 at 11:41 AM PST and filed on 2/6/2024

| | |
|---|---|
| **Case Name:** | Entropic Communications, LLC v. DISH Network Corporation et al |
| **Case Number:** | 2:23-cv-01043-JWH-KES |
| **Filer:** | DISH Network California Service Corporation |
| | DISH Network Corporation |
| | DISH Network LLC |
| | DISH Network Service, LLC |
| | DISH Technologies, L.L.C. |
| | Dish Network Service L.L.C. |
| **Document Number:** | 316 |

**Docket Text:**
**SEALED DOCUMENT re Amended Answer to Complaint,,, [307], Order on Motion for Leave to File Document Under Seal, [310] filed by Defendants DISH Network California Service Corporation, DISH Network Corporation, DISH Network LLC, DISH Network Service, LLC, Counter Claimants DISH Technologies, L.L.C., Dish Network California Service Corporation, Dish Network Service L.L.C.. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 4, # (4) Exhibit 5, # (5) Exhibit 6, # (6) Exhibit 7, # (7) Exhibit 8, # (8) Exhibit 9, # (9) Exhibit 10, # (10) Exhibit 11, # (11) Exhibit 12, # (12) Exhibit 13, # (13) Exhibit 14, # (14) Exhibit 15, # (15) Exhibit 16, # (16) Exhibit 17, # (17) Exhibit 18, # (18) Exhibit 19, # (19) Exhibit 20, # (20) Redline)(Attorney Oliver James Richards added to party DISH Technologies, L.L.C.(pty:cc), Attorney Oliver James Richards added to party Dish Network California Service Corporation(pty:cc), Attorney Oliver James Richards added to party Dish Network Service L.L.C.(pty:cc))(Richards, Oliver)**

**2:23-cv-01043-JWH-KES Notice has been electronically mailed to:**

Aaron P. Pirouznia      pirouznia@fr.com

Adam R. Shartzer      shartzer@fr.com, alee@fr.com, litigationdocketing@fr.com

**EXHIBIT 2
PAGE 22**

Alan E. Littmann     alittmann@goldmanismail.com, 5294989420@filings.docketbird.com, eforbes@goldmanismail.com, mlyons@goldmanismail.com, tsteele@goldmanismail.com

Alex S Yap     Ayap@mofo.com, alex-s-yap-7254@ecf.pacerpro.com

Amanda Tessar     ATessar@perkinscoie.com, ATessar-efile@perkinscoie.com, docketden@perkinscoie.com, melam@perkinscoie.com

Andrew N. Saul     asaul@kilpatricktownsend.com

April Elizabeth Isaacson     aisaacson@kilpatricktownsend.com, sdmpearson@kilpatricktownsend.com, sumoore@kilpatricktownsend.com

Ashley A. Bolt     bolt@fr.com

Bita Rahebi     brahebi@mofo.com, bita-rahebi-4508@ecf.pacerpro.com, mmendoza@mofo.com

Bradley S Lui     blui@mofo.com, cwoods@mofo.com

Brian E. Ferguson     beferguson@winston.com, brian-ferguson-7928@ecf.pacerpro.com

Cassidy Young     cassidy.young@klgates.com

Christina N. Goodrich     christina.goodrich@klgates.com, brandy.young@klgates.com, klgateservice@klgates.com, michael.mondares@klgates.com

Christopher S. Leah     cleah@kilpatricktownsend.com

Christopher S. Marchese     marchese@fr.com, lambarena@fr.com, root@fr.com

Claire Dial     cdial@winston.com

Connor James Meggs     connor.meggs@klgates.com

David Keyzer     david@keyzerlaw.com

David M. Barkan     barkan@fr.com, lopacinski@fr.com

David S. Frist     david.frist@alston.com

Diana Hughes Leiden     dhleiden@winston.com, diana-leiden-7075@ecf.pacerpro.com, ECF_LA@winston.com

Douglas Jordan Winnard     dwinnard@goldmanismail.com

EXHIBIT 2
PAGE 23

James A. Shimota      jim.shimota@klgates.com

Jennifer M. Hartjes      jhartjes@goldmanismail.com, 5294989420@filings.docketbird.com, eforbes@goldmanismail.com, mlyons@goldmanismail.com, tsteele@goldmanismail.com

John-Paul Fryckman      fryckman@fr.com

Kenneth Bridges      bridgesip@icloud.com

Krishnan Padmanabhan      kpadmanabhan@winston.com, ECF_LA@winston.com, krishnan-padmanabhan-6052@ecf.pacerpro.com

Kurt A. Holtzman      kholtzman@goldmanismail.com, 5294989420@filings.docketbird.com, eforbes@goldmanismail.com, mlyons@goldmanismail.com, tsteele@goldmanismail.com

Matthew C Bernstein      MBernstein@perkinscoie.com, docketsdo@perkinscoie.com, lsiron@perkinscoie.com, vbiernacke@perkinscoie.com

Michael J. Turton      mturton@kilpatricktownsend.com

Michael John Ballanco      ballanco@fr.com, alee@fr.com, litigationdocketing@fr.com

Michael T Pieja      mpieja@goldmanismail.com, 5294989420@filings.docketbird.com, dwinnard@goldmanismail.com, eforbes@goldmanismail.com, tsteele@goldmanismail.com

Mitchell G. Stockwell      Mstockwell@kilpatricktownsend.com, bnelson@kilpatricktownsend.com

Oliver James Richards      ojr@fr.com, avt@fr.com, eDockets@fr.com

Peter E. Soskin      peter.soskin@klgates.com, Lisa.Enswiler@klgates.com, litigation.docketing@klgates.com, raquel.bacchus@klgates.com

Philip Edgar Hawkyard      phawkyard@ktslaw.com

Rachel E K Lowe      rachel.lowe@alston.com, melinda.jimenez@alston.com

Ralph A Phillips      rphillips@fr.com

Richard A. Sterba      sterba@fr.com

Richard S J Hung      rhung@mofo.com, ggerrish@mofo.com, rich-hung-6377@ecf.pacerpro.com

Rishi Gupta      rgupta@kilpatricktownsend.com, aako-nai@kilpatricktownsend.com, ecerletti@kilpatricktownsend.com

EXHIBIT 2
PAGE 24

Rose S Lee    roselee@mofo.com, rose-lee-6175@ecf.pacerpro.com

Ruffin B. Cordell    cordell@fr.com, best@fr.com, dbj@fr.com

Samuel Patrick Richey    samuel.richey@klgates.com

Sarah Y Kamran    skamran@kilpatricktownsend.com

Saranya Raghavan    sraghavan@winston.com

Shu Zhang    szhang@goldmanismail.com, 5294989420@filings.docketbird.com,
eforbes@goldmanismail.com, mlyons@goldmanismail.com, tsteele@goldmanismail.com

Taylor Caldwell Burgener    burgener@fr.com

Theodore Stevenson , III    ted.stevenson@alston.com

Tyler Richard Train    train@fr.com, root@fr.com

Xaviere N. Giroud    xgiroud@goldmanismail.com


**2:23-cv-01043-JWH-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2024-02-05 DISH SEALED 1st Amd Answer and CCs_per Order D310.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-0]
[9cfdd964d65c49dfffaebc9a9942afc1505a8b02b5909a0e12f6865d0dbc50358d41
678a155896eb8fe715559e2a9aacf856ae8de041e2be9836cd67bba04d35]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Ex. 1 - SEALED - MOCA_0048223.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-1]
[1b081b66905dfb96f0a9add256539b0ccf1b87bc19f5e082b54c9ccd8641b70c5340
42546149fb7bbccf49cfd3433f6584b953599325d10d27b455c68c0627be]]
**Document description:**Exhibit 2
**Original filename:**C:\fakepath\Ex. 2 - SEALED - MOCA_0046314.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-2]
[26a4184f2c1a4c8375014e4f84f53ce56b87fb057f3e1c18aadb76e2d481ad5bb625
1b6719ac93c896442337a42979d5536ef925fd9af892c14d49808f059758]]
**Document description:**Exhibit 4

**EXHIBIT 2
PAGE 25**

**Original filename:**C:\fakepath\Ex. 4 - SEALED - MXL-DISH 00000744.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-3]
[49a5f29b61164d64d7c7bb7aa2ed54a523f3a985903a3cb7c43b69a6781238a21bca
9764dd7e64bad28503956ad23e8d1bad897d727787be57702665d039cf75]]
**Document description:**Exhibit 5
**Original filename:**C:\fakepath\Ex. 5 - SEALED - MOCA_0046283.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-4]
[1a54d0324c14cc77a27bcc817e3fa5a4191392980d5f844775dac94619704b917381
51a4a2864f7852fbe9658bb0fce94766e4c6cd3fcac778621be4c89b32fd]]
**Document description:**Exhibit 6
**Original filename:**C:\fakepath\Ex. 6 - SEALED - MOCA_1032080.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-5]
[5315619ff679afbd52008c449d0aeb10154ef3da39ec4a2a2cd0a37108d972e0a559
f48382d2c8f65eda4cd9dd7d3e250defdee1d5668eb373b91b3e5c5f490d]]
**Document description:**Exhibit 7
**Original filename:**C:\fakepath\Ex. 7 - SEALED - MXL-DISH 00000743.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-6]
[ae16a2868c0aaef3a038192354c8f5a19eeb08ea3583ab827f6702547df7fc1cb1dc
337b79e102db1270aca99f55950fe4f6172ad922fec5498a3f083905a5fe]]
**Document description:**Exhibit 8
**Original filename:**C:\fakepath\Ex. 8 - SEALED - Entropic-DISH-MoCA_000235.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-7]
[05739575102da62bbdb89b3a124c6efe99773c8e0356ec5017d3629189724e9edff5
49d93c4c9bda45a2d57c360962a22ebae2da9cbbe945be0e3ff97dfb39e9]]
**Document description:**Exhibit 9
**Original filename:**C:\fakepath\Ex. 9 - SEALED 2023-11-10 Hanft to Teksler Ltr re Entropic License Offer.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-8]
[66a606e01395ffd22da9c2ec40421d45ccf684930fcdbeff26ad22b5ffdc20143452
d0a1fabb222c24fb58cb697696f513c0661b9b32de1d3f73e041f300e15e]]
**Document description:**Exhibit 10
**Original filename:**C:\fakepath\Ex. 10 - SEALED - MOCA_0022681.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-9]
[160d98de564e70f4aa7d5440e1746d05172cb0dcc14f448687176f9d0834ea958dcc
810573f185ebf93848214903601fbf3c9c63657aefd7d74490657847e44]]
**Document description:**Exhibit 11
**Original filename:**C:\fakepath\Ex. 11 - SEALED - MOCA_0026948_USE THIS ONE.pdf
**Electronic document Stamp:**

**EXHIBIT 2**
**PAGE 26**

[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-10
] [7be8bbf77fc006db5c9813a8378064490a9ca7eb6ee6f550b199fb23b9a580354d9
e4583d3637c1a8a27807ca77311ef07c092724da634f0eff99e67e6481d17]]

**Document description:**Exhibit 12
**Original filename:**C:\fakepath\Ex. 12 - SEALED - MOCA_0027049.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-11
] [95a9a01f756dcf7ff681ecd3738eeb5470867be2a17f145b5d7592a2a17ceeadefb
fc363a3b5df5f94c8ed11c10ecce13663db235c1a73b5b7b0ef62060ec04e]]

**Document description:**Exhibit 13
**Original filename:**C:\fakepath\Ex. 13 - SEALED - MOCA_0027057 (with converted native).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-12
] [285f0170fd2462dd221fb1b2a04c15b87066db4a3cc0b4a69a481061592f0755185
3fe93185408eebfe99e55d9d5b6a6fba2a4215995755c2c94301606addca5]]

**Document description:**Exhibit 14
**Original filename:**C:\fakepath\Ex. 14 - SEALED - MOCA_0027058.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-13
] [205d884859b5c8d7213d66da4e099cd015a2f57e2246b85d18e65619a0faa36f38f
45ca3681c398b592455a63c6f956a031aeebc9ed475b2e38e3f65f117eecc]]

**Document description:**Exhibit 15
**Original filename:**C:\fakepath\Ex. 15 - SEALED - MOCA_0027160 (with converted native).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-14
] [34a078be7892459cc0fe422bb2598f93308102d1ca9b53732b1e18c455d7322780b
d207629eb17ad623b73490b1cff7f5802fe8830a106bfc82e52770024996a]]

**Document description:**Exhibit 16
**Original filename:**C:\fakepath\Ex. 16 - SEALED - MOCA_0027163.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-15
] [269da30b9d8e0937526d905fcb6e4db213a87c20159be65e2dc1befdc058a824aaa
851cd7a715ca45debb77e344e04ed2dba2ab373a97754759a178c5f985c93]]

**Document description:**Exhibit 17
**Original filename:**C:\fakepath\Ex. 17 - SEALED - MOCA_0027288.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-16
] [9e2a9c038d80d2a7e8270b8a099d04c6e36458a061bef63b63fed5d5f63ef824b70
13ee027800a42501f44ff851ffa4741437db322feed09e76edea691a6cb26]]

**Document description:**Exhibit 18
**Original filename:**C:\fakepath\Ex. 18 - SEALED - MOCA_0027892.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-17
] [36a262a84dd8d1f99280b98d4c71d6c967aad3996b3b8b3ab464c5ca2744541303c
58f1c41309b550aa3f99be9f6efd6fa5576e4147275f3564357a221cff612]]

**EXHIBIT 2**
**PAGE 27**

**Document description:**Exhibit 19
**Original filename:**C:\fakepath\Ex. 19- SEALED - MOCA_0033803.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-18
] [b0cb8b5bfff025b1eb430286c4ff1403e2760251e05c50285aba410628319495ff5
1c2052d64afad2039fadbf199c60a08de5444c8b0922c77e79b1cce9f1129]]

**Document description:**Exhibit 20
**Original filename:**C:\fakepath\Ex. 20 - SEALED - MOCA_0033812.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-19
] [bb1e7ae90f857c347c6f6f6f2ad5d2a66dfab6088742c6e9266777ad67e14495a7c
066d5f8c93854e5014137e46ff5de8c71d5bd77b489b1cd492d24c16330b1]]

**Document description:** Redline
**Original filename:**C:\fakepath\2024-02-05 DISH SEALED REDLINE 1st Amd Answer and CCs_per
Order D310.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=2/6/2024] [FileNumber=37336375-20
] [ac62431570c07ffe7d128a765db468fa2b52a19338a91f04707dccb6ab9c3d7a5ec
d41efb3b0c37ea3b7fe83a5d2d9eb4f0b4b99611992e0bf46fc0faa7dd2eb]]

```
************************************************************************
************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
************************************************************************
************************************
```

======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended
addressee is prohibited. If you received this message in error, please delete it and advise the sender by
reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

```
************************************************************************
************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
************************************************************************
************************************
```

======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended
addressee is prohibited. If you received this message in error, please delete it and advise the sender by

**EXHIBIT 2
PAGE 28**

reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

```
****************************************************************************
*****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
****************************************************************************
*****************************************
```

**EXHIBIT 2**
**PAGE 29**