UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**[PROPOSED] ORDER GRANTING MAXLINEAR, INC., AND MAXLINEAR COMMUNICATIONS LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:　Hon. John W. Holcomb |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>　　　　　Counter-Claimants,<br><br>　　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>　　　　　Counter-Defendants. | |

# ORDER

Before the Court is Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Request for Judicial Notice in Support of MaxLinear's Motion to Dismiss.

Having considered MaxLinear's Request for Judicial Notice, the Court hereby orders:

MaxLinear's Request for Judicial Notice in Support of MaxLinear's Motion to Dismiss is GRANTED. The Court takes judicial notice of Exhibits A, B, C, and D to the Request for Judicial Notice in Support of MaxLinear's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. John W. Holcomb
United States District Judge