Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff
Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ENTROPIC COMMUNICATIONS, LLC'S MOTION TO DISMISS DISH'S COUNTERCLAIMS** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | |

**REQUEST FOR JUDICIAL NOTICE**

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | |
| 6 | COMCAST CORPORATION, *et al.*, |
| 7 | Defendants. |
| 8 | |
| 9 | ENTROPIC COMMUNICATIONS, LLC, |
| 10 | |
| 11 | Plaintiff, |
| 12 | v. |
| 13 | DIRECTV, LLC, *et al.*, |
| 14 | Defendants. |
| 15 | |
| 16 | |

1

**REQUEST FOR JUDICIAL NOTICE**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Entropic Communications, LLC ("Entropic") respectfully requests that the Court take judicial notice of Exhibit A attached to this request.

Judicial notice of facts is proper where the facts "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2). Courts may take judicial notice of matters of public record, as well as documents made publicly available where there is no question as to their authenticity. *Lee v. City of L.A.*, 250 F.3d 668, 688–90 (9th Cir. 2001).

This request is made in connection with Entropic's recently filed Motion to Dismiss Defendants Dish Network Corp., Dish Network LLC, Dish Network Service LLC, Dish Network California Service Corp., and Dish Technologies, LLC's (collectively, "DISH") Counterclaims. As detailed in that Motion, DISH's counterclaims depend on the terms of the MoCA IPR Policy. DISH's counterclaims rely on a 2011 version of the MoCA IPR Policy, but another version published in 2017 "supersedes any and all prior documentation." *See* Exhibit A at § 1. Plaintiff asks this Court to take notice of the 2017 version of the MoCA IPR Policy, which is a document that is publicly available on the MoCA Alliance website (https://mocalliance.org/access/access-overview.php).

Accordingly, Entropic requests that the Court take judicial notice of the following:

1. MoCA IPR Policy published in 2017, attached hereto as **Exhibit A**.

Dated: February 21, 2024

Respectfully Submitted,

By: */s/ Cassidy T. Young*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067

1
**REQUEST FOR JUDICIAL NOTICE**

| | |
|---|---|
| 1 | Tel.: (310) 552-5547 |
| 2 | Fax: (310) 552-5001 |
| | christina.goodrich@klgates.com |
| 3 | cassidy.young@klgates.com |
| 4 | |
| 5 | James A. Shimota (*pro hac vice*) |
| | 70 W. Madison Street, Ste 3300 |
| 6 | Chicago, Illinois 60602 |
| | Telephone: (312) 807-4299 |
| 7 | Fax: (312) 827-8000 |
| 8 | jim.shimota@klgates.com |
| 9 | Peter E. Soskin (SBN 280347) |
| 10 | 4 Embarcadero Center, Ste 1200 |
| | San Francisco, CA 94111 |
| 11 | Telephone: (415) 882-8220 |
| 12 | peter.soskin@klgates.com |
| 13 | ***Attorneys for Plaintiff, Entropic*** |
| 14 | ***Communications, LLC*** |

2

**REQUEST FOR JUDICIAL NOTICE**