BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

[Additional counsel on signature page]

Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed: Feb. 10, 2023<br>Am. Counterclaims and Counterclaims Filed: Jan. 31, 2024 |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>　　　　Counter-Defendants. | **Hearing:**<br>Date:　　March 29, 2024<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 9D, Santa Ana<br>Judge:　　Hon. John W. Holcomb |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017-3543. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 21, 2024, I served a copy of:

- **MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH TECHNOLOGIES, L.L.C. [UNREDACTED]**

- **DECLARATION OF ROSE S. LEE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH TECHNOLOGIES, L.L.C.**

[x] **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

| | |
|---|---|
| **K&L GATES LLP**<br>Christina N. Goodrich<br>christina.goodrich@klgates.com<br>Cassidy Young<br>cassidy.young@klgates.com<br>Rachel Berman<br>Rachel.berman@klgates.com<br>10100 Santa Monica Boulevard, 8th Fl.<br>Los Angeles, CA 90067<br><br>James A. Shimota<br>jim.shimota@klgates.com<br>Kyle M. Kantarek<br>kyle.kantarek@klgates.com | *Attorneys for Plaintiff and Counter-Defendant*<br>ENTROPIC COMMUNICATIONS, LLC |

| | |
|---|---|
| 70 West Madison Street, Suite 3100<br>Chicago, IL 60602<br><br>Peter E. Soskin<br>peter.soskin@klgates.com<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br><br>**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**<br>Jennifer M. Hartjes<br>jhartjes@goldmanismail.com<br>Kurt A. Holtzman<br>kholtzman@goldmanismail.com<br>Alan E. Littmann<br>alittmann@goldmanismail.com<br>Shu Zhang<br>szhang@goldmanismail.com<br>200 South Wacker Drive<br>Chicago, IL  60606<br>Tel:  (312) 881-5191<br><br>**BRIDGES IP CONSULTING**<br>Kenneth Bridges<br>bridgesip@icloud.com<br>2113 19th Avenue S<br>Nashville, TN 37212 | |
| **FISH & RICHARDSON P.C.**<br>Christopher S. Marchese<br>marchese@fr.com<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 533-4240<br><br>Ashley A. Bolt<br>bolt@fr.com<br>1180 Peachtree Street, NE, 21nd Floor<br>Atlanta, GA 30309<br>Tel: 404-892-5005<br><br>David M. Barkan<br>barkan@fr.com<br>500 Arguello Street Suite 400 | *Attorneys for Defendants*<br>DISH Network Corporation,<br>DISH Network L.L.C., DISH<br>Network Service, L.L.C., and<br>DISH Network California Service<br>Corporation |

3

CERTIFICATE OF SERVICE
Case No. 2:23-CV-1043-JWH-KES
sf-5766777

Redwood City, CA 94063
Tel: 650-839-5070

Aaron P. Pirouznia
pirouznia@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201

Oliver Richards
orichards@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130

Adam R. Shartzer
Ruffin B. Cordell
cordell@fr.com
Richard A. Sterba
sterba@fr.com
Ralph A. Phillips
rphillips@fr.com
Michael J. Ballanco
ballanco@fr.com
Taylor C. Burgener
burgener@fr.com
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this <u>21st</u> day of February, 2024.

| MELISSA M. MENDOZA | *Melissa M. Mendoza* |
|---|---|
| (typed) | (signature) |

4