BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

[Additional counsel on signature page]

Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed: Feb. 10, 2023<br>Am. Counterclaims and Counterclaims Filed: Jan. 31, 2024<br><br>**Hearing:**<br>Date: 　March 29, 2024<br>Time: 　9:00 a.m.<br>Place: 　Courtroom 9D, Santa Ana<br>Judge: 　Hon. John W. Holcomb |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>　　　　Counter-Claimants,<br><br>　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>　　　　Counter-Defendants. | |

1

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017-3543. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 21, 2024, I served a copy of:

- **DECLARATION OF ROSE S. LEE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH TECHNOLOGIES, L.L.C.**

- **EXHIBIT B TO MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS [UNREDACTED]**

- **EXHIBIT C TO MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS [UNREDACTED]**

- **EXHIBIT D TO MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS [UNREDACTED]**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

| | | |
|---|---|---|
| 1 | **K&L GATES LLP** | *Attorneys for Plaintiff and Counter-Defendant* |
| 2 | Christina N. Goodrich | |
| | christina.goodrich@klgates.com | ENTROPIC |
| 3 | Cassidy Young | COMMUNICATIONS, LLC |
| 4 | cassidy.young@klgates.com | |
| | Rachel Berman | |
| 5 | rachel.berman@klgates.com | |
| 6 | 10100 Santa Monica Boulevard, 8th Fl. | |
| | Los Angeles, CA 90067 | |
| 7 | | |
| | James A. Shimota | |
| 8 | jim.shimota@klgates.com | |
| 9 | Kyle M. Kantarek | |
| | kyle.kantarek@klgates.com | |
| 10 | 70 West Madison Street, Suite 3100 | |
| 11 | Chicago, IL 60602 | |
| 12 | Peter E. Soskin | |
| | peter.soskin@klgates.com | |
| 13 | 4 Embarcadero Center, Suite 1200 | |
| 14 | San Francisco, CA 94111 | |
| 15 | **GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP** | |
| 16 | Jennifer M. Hartjes | |
| 17 | jhartjes@goldmanismail.com | |
| | Kurt A. Holtzman | |
| 18 | kholtzman@goldmanismail.com | |
| | Alan E. Littmann | |
| 19 | alittmann@goldmanismail.com | |
| 20 | Shu Zhang | |
| 21 | szhang@@goldmanismail.com | |
| | 200 South Wacker Drive | |
| 22 | Chicago, IL 60606 | |
| | Tel: (312) 881-5191 | |
| 23 | | |
| 24 | **BRIDGES IP CONSULTING** | |
| | Kenneth Bridges | |
| 25 | bridgesip@icloud.com | |
| 26 | 2113 19th Avenue S | |
| | Nashville, TN 37212 | |
| 27 | | |
| 28 | | |

3

| | | |
|---|---|---|
| 1 | **FISH & RICHARDSON P.C.** | *Attorneys for Defendants* |
| 2 | Christopher S. Marchese | DISH Network Corporation, |
|   | marchese@fr.com | DISH Network L.L.C., DISH |
| 3 | 633 West Fifth Street, 26th Floor | Network Service, L.L.C., and |
| 4 | Los Angeles, CA 90071 | DISH Network California Service |
|   | Tel: (213) 533-4240 | Corporation |
| 5 | | |
|   | Ashley A. Bolt | |
| 6 | bolt@fr.com | |
| 7 | 1180 Peachtree Street, NE, 21nd Floor | |
|   | Atlanta, GA 30309 | |
| 8 | Tel: 404-892-5005 | |
| 9 | David M. Barkan | |
|   | barkan@fr.com | |
| 10 | 500 Arguello Street Suite 400 | |
| 11 | Redwood City, CA 94063 | |
|    | Tel:  650-839-5070 | |
| 12 | | |
| 13 | | |
|    | Aaron P. Pirouznia | |
| 14 | pirouznia@fr.com | |
| 15 | 1717 Main Street, Suite 5000 | |
|    | Dallas, TX 75201 | |
| 16 | Oliver Richards | |
| 17 | orichards@fr.com | |
|    | 12860 El Camino Real, Suite 400 | |
| 18 | San Diego, CA  92130 | |
| 19 | Adam R. Shartzer (admitted *pro hac vice*) | |
| 20 | shartzer@fr.com | |
|    | Ruffin B. Cordell (admitted *pro hac vice*) | |
| 21 | cordell@fr.com | |
| 22 | Richard A. Sterba (admitted *pro hac vice*) | |
|    | sterba@fr.com | |
| 23 | Ralph A. Phillips (admitted *pro hac vice*) | |
| 24 | rphillips@fr.com | |
|    | Michael J. Ballanco (admitted *pro hac vice*) | |
| 25 | ballanco@fr.com | |
| 26 | Taylor C. Burgener | |
|    | burgener@fr.com | |
| 27 | 1000 Maine Ave., SW, Suite 1000 | |
| 28 | Washington, DC 20024 | |

| Tel: (202) 783-5070 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, this 21st day of February, 2024.

| MELISSA M. MENDOZA | *[signature: Melissa M. Mendoza]* |
|:---:|:---:|
| (typed) | (signature) |

5

CERTIFICATE OF SERVICE
Case No. 2:23-CV-1043-JWH-KES