UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>Counterclaimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counterdefendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**ORDER GRANTING MAXLINEAR, INC., AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH TECHNOLOGIES, L.L.C.**<br><br>Judge:   Hon. John W. Holcomb |

Having considered Counterdefendant MaxLinear, Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Application for Leave to File Under Seal Request for Judicial Notice in Support of Notice of Motion and Motion to Dismiss (1) Amended Counterclaims by Dish Network California Service Corporation and (2) Counterclaims by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., and Dish Technologies, L.L.C. (collectively, "Dish"), the Court hereby **ORDERS** that the following information should be maintained under seal:

| Document to be sealed | Portions to be sealed (page(s):line(s)) |
|---|---|
| Exhibit B to MaxLinear's Request for Judicial Notice | Entirety |
| Exhibit C to MaxLinear's Request for Judicial Notice | Entirety |
| Exhibit D to MaxLinear's Request for Judicial Notice | Entirety |

**IT IS SO ORDERED**

Dated: __February 22__, 2024

John W. Holcomb
United States District Judge