# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, e*t al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**ORDER GRANTING ENTROPIC COMMUNICATIONS, LLC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING ENTROPIC'S MOTION TO DISMISS DISH'S COUNTERCLAIMS** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v. | |

**ORDER**

1  DIRECTV, LLC, *et al.*,
2         Defendants.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Motion to Dismiss DISH Defendants' Counterclaims Pursuant to Rule 12(b)(6), which contains:  (1) details related to terms of a confidential agreement between Plaintiff Entropic and a third-party entity; and (2) contents of documents designated as confidential by DISH, and a sufficient showing having been made under L.R. 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Portions of Entropic's Motion to Dismiss DISH's Counterclaims ("Motion") at 9:19–22. | Terms of confidential agreement between Entropic and a third-party entity. |
| Portions of Motion at 18:2–11. | Terms of confidential agreement between Entropic and a third-party entity. |
| Portions of Motion at 18:16–18. | Contents of documents designated as confidential by DISH. |
| Portions of Motion at 18:20–21. | Contents of documents designated as confidential by DISH. |

**IT IS SO ORDERED.**

Dated:  February 22, 2024

Hon. John W. Holcomb
United States District Judge

1
**ORDER**