DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>        Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, et al.,<br>        Defendants.<br>_____<br><br>ENTROPIC COMMUNICATIONS, LLC,<br>        Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC,<br>        Defendants. | Case No. 2:23-cv-01043-JWH-KES<br>    LEAD CASE<br><br>Case No. 2:23-cv-01049-JWH-KES<br>    LEAD CASE<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br><br>**SPECIAL MASTER MINUTES** |

SPECIAL MASTER MINUTES - 1

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-CV-1043, Dkt. 74; No. 2:23-CV-1049, Dkt. 62), and further pursuant to the Court's referral of specific motions on January 10, 2024 (-1043, Dkt. 273; 1049, Dkt. 191), the Special Master held a motion hearing on February 28, 2024. The parties appeared as follows:

| Present for Plaintiff Entropic | Present for Cox Defendants | Reporter |
|---|---|---|
| Christina Goodrich<br>Cassidy Young | Sarah Kamran<br>April Isaacson<br>Andrew Saul | Lena Mescall |

The Special Master convened the hearing by videoconference on February 28, 2024, at 1:00 P.M. Pacific Time and heard arguments regarding the Motion to Amend and Supplement Complaint, and Amend Infringement Contentions (-1049, Dkt. 114) filed by Plaintiff Entropic Communications, LLC ("Entropic"). Christina Goodrich argued on behalf of Entropic, and Sarah Kamran argued on behalf of Defendants Cox Communications, Inc., Coxcom, LLC, and Cox Communications California, LLC ("Cox Defendants"). The Special Master took the motion under submission and adjourned the hearing at 1:48 P.M.

Dated: February 28, 2024     By: _____
                                  David M. Keyzer
                                  Special Master