1  Krishnan Padmanabhan (SBN: 254220)
2  kpadmanabhan@winston.com
   **WINSTON & STRAWN LLP**
3  200 Park Avenue
   New York, NY 10166
   Telephone: (212) 294-6700
4  Facsimile: (212) 294-4700

5  Attorneys for Comcast Defendants.

6  *(Additional counsel information omitted)*

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  SANTA ANA DIVISION

11

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br> Defendants. | **No. 2:23-cv-1043-JWH-KES (Lead Case)** <br> **No. 2:23-cv-1048-JWH-KES (Related Case)** <br><br> Assigned to Hon. John W. Holcomb <br><br> **COMCAST DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS PER LOCAL RULE 83-1.4** |

Pursuant to Central District of California Civil Local Rule 83-1.4, Defendants Comcast Corporation, Comcast Cable Communication, LLC, and Comcast Cable Communication Management, LLC (collectively, "Comcast"), by and through their undersigned counsel, hereby provide this notice of pending actions or proceedings involving all or a material part of the subject matter of this action.

In this action, Plaintiff Entropic Communications, LLC seeks relief against Comcast for the alleged infringement of the following United States Patents, among others:

- United States Patent No. 7,889,759, titled "Broadband Cable Network utilizing Common Bit-Loading" ("the '759 Patent").
- United States Patent No. 7,295,518, titled "Broadband Network for Coaxial Cable Using Multi-Carrier Modulation" ("the '518 Patent").

The '759 Patent and '518 Patent, and all their asserted claims are at issue in recently filed petitions for inter partes review by Comcast that are currently pending before the Patent Trial and Appeal Board of the United States Patent and Trademark Office.

*Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case No. IPR2024-00452, filed February 15, 2024, is a petition for inter partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all claims of the '759 Patent. Comcast Cable Communications, LLC is the Petitioner in the inter partes review.

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communication Management, LLC are identified in the petition as real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case No. IPR2024-00431, filed February 15, 2024, is a petition for inter partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all claims of the '518 Patent. Comcast Cable Communications, LLC is the Petitioner in the inter partes review.

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communication Management, LLC are identified in the petition as additional real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

Counsel for Comcast Cable Communications, LLC, as Petitioner, in all of the above proceedings is:

>Frederic M. Meeker, Reg. No. 35,282
>
>Banner & Witcoff, Ltd.
>
>1100 13th Street, NW Suite 1200
>
>Washington, DC 20005
>
>Tel: (202) 824-3000
>
>Fax: (202) 824-3001
>
>fmeeker@bannerwitcoff.com

Counsel for Patent Owner, McAndrews Held & Malloy, Ltd, identified as Attorney/Agent for the '759 Patent and '518 Patent before the United States Patent and Trademark Office is listed below:

>McAndrews Held & Malloy, Ltd
>
>500 West Madison Street
>
>Suite 3400
>
>Chicago, IL 60661
>
>Tel: 312-775-8000

| | | |
|---|---|---|
| 1 | Dated:  February 28, 2024 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: */s/ Krishnan Padmanabhan* |
| 4 | | K. Padmanabhan (SBN: 254220)<br>kpadmanabhan@winston.com |
| | | **WINSTON & STRAWN LLP** |
| 5 | | 200 Park Ave., Fl. 40<br>New York City, NY 10166 |
| 6 | | Tel: (212) 294-6700<br>Fax: 212-294-4700 |
| 7 | | |
| 8 | | Diana Hughes Leiden (SBN: 267606)<br>dhleiden@winston.com |
| | | **WINSTON & STRAWN LLP** |
| 9 | | 333 S. Grand Ave.<br>Los Angeles, CA  90071 |
| 10 | | Tel: (213) 615-1700<br>Fax: (213) 615-1750 |
| 11 | | |
| 12 | | Brian Ferguson (*pro hac vice*)<br>bferguson@winston.com |
| | | **WINSTON & STRAWN LLP** |
| 13 | | 1901 L Street NW<br>Washington, DC 20036 |
| 14 | | Tel: (202) 282-5000<br>Fax: (202) 282-5100 |
| 15 | | |
| 16 | | Saranya Raghavan (*pro hac vice*)<br>sraghavan@winston.com |
| 17 | | Natalie R. Holden (*pro hac vice*)<br>nholden@winston.com |
| | | **WINSTON & STRAWN LLP** |
| 18 | | 35 West Wacker, Dr.<br>Chicago, IL 60601 |
| 19 | | Tel: (312) 558-5600<br>Fax: (312)558-5700 |
| 20 | | |
| 21 | | Claire Dial (*pro hac vice*)<br>cdial@winston.com |
| | | **WINSTON & STRAWN LLP** |
| 22 | | 800 Capitol Street Suite 2400<br>Houston, TX 77002 |
| 23 | | 713-651-2600<br>Fax: 713-651-2700 |
| 24 | | |
| 25 | | *Attorneys for Comcast Defendants* |
| 26 | | |
| 27 | | |
| 28 | | |