| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com |
| 3 | Two Embarcadero Center, Suite 1900<br>San Francisco CA 94111 |
| 4 | Tel: (415) 273 8306 |
| 5 | Sarah Y. Kamran (SBN 347617)<br>skamran@kilpatricktownsend.com |
| 6 | 1801 Century Park East, Suite 2300<br>Los Angeles CA 90067 |
| 7 | Tel: (310) 777 3733 |
| 8 | Mitchell G. Stockwell (*pro hac vice*)<br>mstockwell@kilpatricktownsend.com |
| 9 | Vaibhav P. Kadaba (*pro hac vice*)<br>wkadaba@kilpatricktownsend.com |
| 10 | Michael J. Turton (*pro hac vice*)<br>mturton@kilpatricktownsend.com |
| 11 | Courtney S. Dabbiere (*pro hac vice*)<br>cdabbiere@kilpatricktownsend.com |
| 12 | Christopher S. Leah (*pro hac vice*)<br>cleah@kilpatricktownsend.com |
| 13 | 1100 Peachtree Street, NE, Suite 2800<br>Atlanta GA 30309 |
| 14 | Tel: (404) 815 6500 |
| 15 | *Attorneys for Defendants* |
| 16 | *Cox Communications, Inc.; CoxCom, LLC; and*<br>*Cox Communications California, LLC* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | | Case No. 2:23-cv-1043-JWH-KES |
| | Plaintiff, | RELATED CASE:<br>Case No. 2:23-cv-1047-JWH-KES |
| v. | | **COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | | |
| | Defendants. | |

COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01043-JWH-KES

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

| | |
|---|---|
| 1 | Pursuant to Local Rule 79-5, Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively "Cox") hereby apply for leave of the Court to file under seal portions of pages 12, 13, 16, 17, 18, 20, 21, 22, 28, 30 of Cox's Response To Entropic's Motion To Dismiss Cox's Counterclaims ("Response") referencing confidential information contained in a Patent Purchase Agreement between Plaintiff Entropic Communications, LLC and each of Counter-Defendants MaxLinear Communications LLC and MaxLinear, Inc. |

Pursuant to Local Rule 79-5, Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively "Cox") hereby apply for leave of the Court to file under seal portions of pages 12, 13, 16, 17, 18, 20, 21, 22, 28, 30 of Cox's Response To Entropic's Motion To Dismiss Cox's Counterclaims ("Response") referencing confidential information contained in a Patent Purchase Agreement between Plaintiff Entropic Communications, LLC and each of Counter-Defendants MaxLinear Communications LLC and MaxLinear, Inc.

Redacted and unredacted versions of Cox's Response to Entropic's Motion to Dismiss Cox's Counterclaims are filed herewith, as is the Declaration of Sarah Kamran in Support of this Application and a Proposed Order, as required by L.R. 9-5.2.2(a).

Cox respectfully requests that the Court grant the application to file portions of pages 12, 13, 16, 17, 18, 20, 21, 22, 28, 30 of Cox's Response To Entropic's Motion To Dismiss Cox's Counterclaims under seal.

Dated: March 1, 2024       KILPATRICK TOWNSEND & STOCKTON LLP

By:   /s/ Sarah Kamran

Sarah Y. Kamran
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

April E. Isaacson
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

| | |
|---|---|
| 1 | Mitchell G. Stockwell |
| | mstockwell@kilpatricktownsend.com |
| 2 | Vaibhav P. Kadaba |
| | wkadaba@kilpatricktownsend.com |
| 3 | Michael J. Turton |
| | mturton@kilpatricktownsend.com |
| 4 | Courtney S. Dabbiere |
| | cdabbiere@kilpatricktownsend.com |
| 5 | Christopher S. Leah |
| | cleah@kilpatricktownsend.com |
| 6 | 1100 Peachtree Street, NE, Suite 2800 |
| | Atlanta GA 30309 |
| 7 | (404) 815 6500 |

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*