1   KILPATRICK TOWNSEND & STOCKTON LLP
    April E. Isaacson (SBN 180638)
2   aisaacson@kilpatricktownsend.com
    Two Embarcadero Center, Suite 1900
3   San Francisco CA 94111
    (415) 273 8306
4

5   Sarah Y. Kamran (SBN 347617)
    skamran@kilpatricktownsend.com
6   1801 Century Park East, Suite 2300
    Los Angeles CA 90067
7   (310) 777 3733

8   Mitchell G. Stockwell (*pro hac vice*)
    mstockwell@kilpatricktownsend.com
    Vaibhav P. Kadaba (*pro hac vice*)
9   wkadaba@kilpatricktownsend.com
    Michael J. Turton (*pro hac vice*)
10  mturton@kilpatricktownsend.com
    Courtney S. Dabbiere (*pro hac vice*)
11  cdabbiere@kilpatricktownsend.com
    Christopher S. Leah (*pro hac vice*)
12  cleah@kilpatricktownsend.com
    1100 Peachtree Street, NE, Suite 2800
13  Atlanta GA 30309
    (404) 815 6500
14

15  *Attorneys for Defendants*
    *Cox Communications, Inc.; CoxCom, LLC; and*
16  *Cox Communications California, LLC*

17            IN THE UNITED STATES DISTRICT COURT

18            CENTRAL DISTRICT OF CALIFORNIA

19  ENTROPIC COMMUNICATIONS,          Case No. 2:23-cv-1043-JWH-KES
    LLC,
20                                     RELATED CASE:
21            Plaintiff,               Case No. 2:23-cv-1047-JWH-KES

22        v.
                                       **CERTIFICATE OF SERVICE**
23  COX COMMUNICATIONS, INC.;
    COXCOM, LLC; and COX
24  COMMUNICATIONS CALIFORNIA,
    LLC,
25
              Defendants.
26

27

28

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-1043-JWH-KES

COX COMMUNICATIONS, INC.,
COXCOM, LLC, AND COX
COMMUNICATIONS CALIFORNIA,
LLC,

              Counter-Claimants,

        v.

ENTROPIC COMMUNICATIONS,
LLC; MAXLINEAR
COMMUNICATIONS LLC; AND
MAXLINEAR, INC.

Counter-Defendants.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Stephanie DM Pearson, declare that I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this Court at whose direction this service was made.

I am over the age of eighteen years and not a party to this action.  My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111.  On March 1, 2024, I served the document entitled:

1.   DECLARATION OF SARAH KAMRAN IN SUPPORT OF COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL; and

2.   COX DEFENDANTS' RESPONSE TO ENTROPIC'S MOTION TO DISMISS COUNTERCLAIMS.

on the interested parties in this action, as follows:

| *Attorneys for Plaintiff* *Entropic Communications, LLC* | |
| --- | --- |
| Christina N. Goodrich<br>Cassidy Young<br>Connor J. Meggs<br>Rachel Berman<br>K&L GATES LLP<br>10100 Santa Monica Blvd, 8th Floor<br>Los Angeles, California 90067<br>Email: entropicklg@klgates.com<br>Tel:  (310) 552-5000 | James A. Shimota<br>Jason Engel<br>Katherine Allor<br>Samuel Richey<br>Kyle Kantarek<br>K&L Gates LLP<br>70 W. Madison Street, Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 807-4299<br>Email: entropicklg@klgates.com |
| Peter E. Soskin<br>K&L Gates LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel.: (415) 882-8200<br>Email: entropicklg@klgates.com | Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212<br>Tel: (615) 973-9478<br>Email: bridgesip@icloud.com |

1

2

3

4

5

6

7

8

Jennifer M. Hartjes
Kurt A. Holtzman
Alan E. Littmann
Douglas Winnard
Michael T. Pieja
Shu Zhang
Xaviere N. Giroud
Goldman Ismail Tomaselli Brennan
& Baum LLP
200 South Wacker Drive, Floor 22
Chicago, IL, 60606
Tel: (312) 681-6000
Email: gitbb-
entropic@goldmanismail.com

9

10

11

12

☐     [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service, where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

13

14

☐     [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

15

☐     [By Hand]  I caused to be hand delivered each envelope to the party(ies) so designated on the service list.

16

17

☒     [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the parties listed above from email address sdmpearson@kilpatricktownsend.com.

18

19

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 1, 2024, at San Francisco, California.

20

21

22

_/s/ Stephanie DM Pearson_
Stephanie DM Pearson

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                                                              4
CASE NO. 2:23-CV-1043-JWH-KES