| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | April E. Isaacson (SBN 180638) |
| 2 | aisaacson@kilpatricktownsend.com |
| | Two Embarcadero Center, Suite 1900 |
| 3 | San Francisco CA 94111 |
| | Tel: (415) 273 8306 |
| 4 | |
| | Sarah Y. Kamran (SBN 347617) |
| 5 | skamran@kilpatricktownsend.com |
| | 1801 Century Park East, Suite 2300 |
| 6 | Los Angeles CA 90067 |
| | Tel: (310) 777 3733 |
| 7 | |
| | Mitchell G. Stockwell (*pro hac vice*) |
| 8 | mstockwell@kilpatricktownsend.com |
| | Vaibhav P. Kadaba (*pro hac vice*) |
| 9 | wkadaba@kilpatricktownsend.com |
| | Michael J. Turton (*pro hac vice*) |
| 10 | mturton@kilpatricktownsend.com |
| | Courtney S. Dabbiere (*pro hac vice*) |
| 11 | cdabbiere@kilpatricktownsend.com |
| | Christopher S. Leah (*pro hac vice*) |
| 12 | cleah@kilpatricktownsend.com |
| | 1100 Peachtree Street, NE, Suite 2800 |
| 13 | Atlanta GA 30309 |
| | Tel: (404) 815 6500 |
| 14 | |
| 15 | *Attorneys for Defendants* |
| | *Cox Communications, Inc.; CoxCom, LLC; and* |
| 16 | *Cox Communications California, LLC* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| 21 | | RELATED CASE: |
| 22 | Plaintiff, | Case No. 2:23-cv-1047-JWH-KES |
| 23 | v. | **[PROPOSED] ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| 24 | COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER GRANTING COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE
UNDER SEAL
CASE NO. 2:23-CV-01043-JWH-KES

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br>        Counter-Claimants,<br>   v.<br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.<br>        Counter-Defendants. |

[PROPOSED] ORDER GRANTING COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01043-JWH-KES

1   This matter comes before the Court on Defendant Cox Communications, Inc.,
2   CoxCom, LLC, and Cox Communications California, LLC's Application for Leave
3   to File Under Seal. The Court, having considered all papers filed in support of the
4   application finds that there is a good cause for granting the application in its entirety;
5   Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application is
6   GRANTED.
7   IT IS SO ORDERED.

9   DATED: _____, 2024

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE