| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com |
| 3 | Two Embarcadero Center, Suite 1900<br>San Francisco CA 94111 |
| 4 | (415) 273 8306 |
| 5 | Sarah Y. Kamran (SBN 347617)<br>skamran@kilpatricktownsend.com |
| 6 | 1801 Century Park East, Suite 2300<br>Los Angeles CA 90067 |
| 7 | (310) 777 3733 |
| 8 | Mitchell G. Stockwell (*pro hac vice*)<br>mstockwell@kilpatricktownsend.com |
| 9 | Vaibhav P. Kadaba (*pro hac vice*)<br>wkadaba@kilpatricktownsend.com |
| 10 | Michael J. Turton (*pro hac vice*)<br>mturton@kilpatricktownsend.com |
| 11 | Courtney S. Dabbiere (*pro hac vice*)<br>cdabbiere@kilpatricktownsend.com |
| 12 | Christopher S. Leah (*pro hac vice*)<br>cleah@kilpatricktownsend.com |
| 13 | 1100 Peachtree Street, NE, Suite 2800<br>Atlanta GA 30309 |
| 14 | (404) 815 6500 |

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>RELATED CASE:<br>Case No. 2:23-cv-1047-JWH-KES<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1<br>2 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5<br>6<br>7 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 8 | Counter-Defendants. |

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-1043-JWH-KES

I, Stephanie DM Pearson, declare that I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this Court at whose direction this service was made.

I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111. On March 1, 2024, I served the document entitled:

1. DECLARATION OF SARAH KAMRAN IN SUPPORT OF COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL; and

2. COX DEFENDANTS' RESPONSE TO MAXLINEAR'S MOTION TO DISMISS COUNTERCLAIMS

on the interested parties in this action, as follows:

| *Attorneys for Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC* ||
|---|---|
| Bita Rahebi<br>brahebi@mofo.com<br>Alex S. Yap<br>ayap@mofo.com<br>Rose S. Lee<br>RoseLee@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017<br>Tel: (213) 892-5200 | Richard S.J. Hung<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel: (415) 268-7000<br><br>Bradley S Lui<br>Morrison and Foerster LLP<br>2100 L Street NW, Suite 900<br>Washington, DC 20037<br>Tel: (202) 887-8766<br>Email: blui@mofo.com |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service, where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-1043-JWH-KES

3

1  ☐ [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

2
3  ☐ [By Hand]  I caused to be hand delivered each envelope to the party(ies) so designated on the service list.

4  ☒ [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the parties listed above from email address sdmpearson@kilpatricktownsend.com.

5

6  I declare under penalty of perjury under the laws of the United States of

7  America that the foregoing is true and correct.  Executed on March 1, 2024, at San

  Francisco, California.
8

9
                                        */s/ Stephanie DM Pearson*
10                                       Stephanie DM Pearson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28