IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, <br><br> Defendants. <br><br> DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., <br><br> Counter-Claimants, | Case No. 2:23-cv-1043-JWH-KES <br><br> **[PROPOSED] ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS, LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS PURSUANT TO L.R. 79-5.2.2(b)** <br><br> District Judge: Hon. John W. Holcomb <br> Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | v. |
| 2 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND |
| 3 | MAXLINEAR COMMUNICATIONS LLC, |
| 4 | |
| 5 | Counter-Defendants. |

[PROPOSED] ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:23-cv-1043-JWH-KES

Having considered Defendants' DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., Dish Network California Service Corporation, and DISH Technologies L.L.C. (collectively, "Counter-Claimants" and "DISH") Application for Leave to File Under Seal Opposition to Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's Motion to Dismiss Amended Counterclaims Pursuant to L.R. 79-5.2.2(b), this Court **GRANTS** the Application.

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

1. Portions of DISH's Opposition to Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's Motion to Dismiss Amended Counterclaims ("Opposition").

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
Hon. John W. Holcomb
United States District Court Judge