1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   ENTROPIC COMMUNICATIONS,           Case No. 2:23-cv-1043-JWH-KES
     LLC,
11                                       RELATED CASE:
                   Plaintiff,
12                                       Case No. 2:23-cv-1047-JWH-KES
            v.
13                                       **ORDER GRANTING COX**
     COX COMMUNICATIONS, INC.;           **COMMUNICATIONS, INC.,**
14   COXCOM, LLC; and COX                **COXCOM, LLC, AND COX**
     COMMUNICATIONS CALIFORNIA,          **COMMUNICATIONS**
15   LLC,                                **CALIFORNIA, LLC'S**
                                         **APPLICATION FOR LEAVE TO**
16                 Defendants.           **FILE UNDER SEAL**

17   ───────────────────────────
     COX COMMUNICATIONS, INC.,
18   COXCOM, LLC, AND COX
     COMMUNICATIONS CALIFORNIA,
19   LLC,

20                 Counterclaimants,

21          v.

22   ENTROPIC COMMUNICATIONS,
     LLC; MAXLINEAR
23   COMMUNICATIONS LLC; AND
     MAXLINEAR, INC.,
24
                   Counterdefendants.
25

26

27

28

1    This matter comes before the Court on Defendant Cox Communications, Inc.,

2    CoxCom, LLC, and Cox Communications California, LLC's Application for Leave

3    to File Under Seal.  The Court, having considered all papers filed in support of the

4    application finds that there is a good cause for granting the application in its

5    entirety.  Accordingly, it is hereby **ORDERED** that Plaintiff's Application is

6    **GRANTED**.

7         **IT IS SO ORDERED.**

8

9    DATED: _____March 5_____, 2024

10                                              _____
                                                Hon. John W. Holcomb
11                                              UNITED STATES DISTRICT JUDGE