UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>RELATED CASE:<br><br>Case No. 2:23-cv-1047-JWH-KES<br><br>**ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.<br><br>　　　　Counterdefendants. | |

ORDER GRANTING COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01043-JWH-KES

| | |
|---|---|
| 1 | This matter comes before the Court on Defendant Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's Application for Leave to File Under Seal. The Court, having considered all papers filed in support of the application finds that there is a good cause for granting the application in its entirety. Accordingly, it is hereby **ORDERED** that Plaintiff's Application is **GRANTED**. |

      **IT IS SO ORDERED.**

DATED: \_\_\_\_March 5\_\_\_\_, 2024

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE