Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Oliver Richards (SBN 310972)
orichards@fr.com
John-Paul Fryckman (SBN 317591)
fryckman@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

*Additional Counsel Listed on Signature Page*

Attorneys for Defendants and Counter-Claimants
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO COUNTER-DEFENDANT ENTROPIC COMMUNICATIONS, LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS PURSUANT TO L.R. 79-5.2.2(b)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., |
| 5 | Counter-Claimants, |
| 6 | v. |
| 7<br>8<br>9 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 10 | Counter-Defendants. |

Pursuant to Civil Local Rule 79-5.2.2(b), DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation, and DISH Technologies L.L.C. (collectively, "Counter-Claimants" and "DISH") file this Application for Leave to File Under Seal the following documents:

- Portions of DISH's Opposition to Counter-Defendant Entropic Communications LLC's Motion to Dismiss Amended Counterclaims ("Opposition").

The above document contains and discusses material that Counter-Defendant Entropic (the "Designating Party") deems to be confidential, sensitive business information that they have designated as "Restricted—Attorneys' Eyes Only" under the Protective Order in this case. *See* Sealed Declaration of Oliver Richards in Support of Defendants' Application for Leave to File Under Seal ("Sealed Richards Decl.") ¶¶ 2-3.

Pursuant to Local Rule 79-5.2.2(b), on March 4, 2024, DISH's counsel informed Entropic's counsel of the presence of Entropic's confidential information in the Opposition, and they did not oppose the present application to file the documents under seal. *Id.* ¶4.

A proposed order granting this Application has also been filed.

| | | |
|---|---|---|
| 1 | Dated: March 5, 2024 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Oliver J. Richards* |
| | | Oliver Richards (SBN 310972) |
| 4 | | orichards@fr.com |
| | | John-Paul Fryckman (SBN 317591) |
| 5 | | fryckman@fr.com |
| | | Fish & Richardson P.C. |
| 6 | | 12860 El Camino Real, Suite 400 |
| 7 | | San Diego, CA 92130 |
| | | Tel: (858) 678-5070 |
| 8 | | |
| | | Christopher S. Marchese (SBN 170239) |
| 9 | | marchese@fr.com |
| | | Tyler R. Train (SBN 318998) |
| 10 | | train@fr.com |
| 11 | | 633 West Fifth Street, 26th Floor |
| | | Los Angeles, CA 90071 |
| 12 | | Tel: (213) 533-4240 |
| 13 | | |
| | | Ruffin B. Cordell *(pro hac vice)* |
| 14 | | cordell@fr.com |
| | | Richard A. Sterba *(pro hac vice)* |
| 15 | | sterba@fr.com |
| | | Ralph A. Phillips *(pro hac vice)* |
| 16 | | rphillips@fr.com |
| | | Adam R. Shartzer *(pro hac vice)* |
| 17 | | shartzer@fr.com |
| | | Michael J. Ballanco *(pro hac vice)* |
| 18 | | ballanco@fr.com |
| 19 | | Taylor C. Burgener (SBN 348769) |
| | | burgener@fr.com |
| 20 | | FISH & RICHARDSON P.C. |
| | | 1000 Maine Ave., SW, Suite 1000 |
| 21 | | Washington, DC 20024 |
| 22 | | Tel: (202) 783-5070 |
| 23 | | |
| | | David M. Barkan (SBN 160825) |
| 24 | | barkan@fr.com |
| | | FISH & RICHARDSON P.C. |
| 25 | | 500 Arguello Street, Suite 400 |
| | | Redwood City, CA 94063 |
| 26 | | Tel: (650) 839-5070 |
| 27 | | |
| | | Ashley A. Bolt *(pro hac vice)* |
| 28 | | bolt@fr.com |
| | | FISH & RICHARDSON P.C. |

| | |
|---|---|
| 1 | 1180 Peachtree Street NE, 21st Floor |
| 2 | Atlanta, GA 30309<br>Tel: (404) 892-5005 |
| 3 | Aaron P. Pirouznia (*pro hac vice*) |
| 4 | pirouznia@fr.com<br>FISH & RICHARDSON P.C. |
| 5 | 1717 Main Street, Suite 5000<br>Dallas, TX 75201 |
| 6 | Tel: (214) 292-4073<br>Fax: (214) 747-2091 |
| 7 | |
| 8 | Attorneys for Defendants and Counter-Claimants DISH Network Corporation, et al. |