IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C.,<br><br>Counter-Claimants,<br><br>v. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO COUNTER-DEFENDANT ENTROPIC COMMUNICATIONS, LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS PURSUANT TO L.R. 79-5.2.2(b)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

1  ENTROPIC COMMUNICATIONS, LLC;
2  MAXLINEAR, INC.; AND
3  MAXLINEAR COMMUNICATIONS LLC,
4          Counter-Defendants.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:23-cv-1043-JWH-KES

Having considered Defendants' DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., Dish Network California Service Corporation, and DISH Technologies L.L.C. (collectively, "Counter-Claimants" and "DISH") Application for Leave to File Under Seal Opposition to Counter-Defendant Entropic Communications LLC's Motion to Dismiss Amended Counterclaims Pursuant to L.R. 79-5.2.2(b), this Court **GRANTS** the Application.

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

1. Portions of DISH's Opposition to Counter-Defendant Entropic Communications LLC's Motion to Dismiss Amended Counterclaims ("Opposition").

**IT IS SO ORDERED**.

Dated: _____, 2024

Hon. John W. Holcomb
United States District Court Judge