| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
|   | Tyler R. Train (SBN 318998) |
| 3 | train@fr.com |
|   | FISH & RICHARDSON P.C. |
| 4 | 633 West Fifth Street, 26th Floor |
|   | Los Angeles, CA 90071 |
| 5 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 6 | Oliver Richards (SBN 310972) |
| 7 | orichards@fr.com |
|   | John-Paul Fryckman (SBN 317591) |
| 8 | fryckman@fr.com |
|   | Fish & Richardson P.C. |
| 9 | 12860 El Camino Real, Suite 400 |
|   | San Diego, CA 92130 |
| 10 | Tel: (858) 678-5070 |

*Additional Counsel Listed on Signature Page*

Attorneys for Defendants and Counter-Claimants
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
|   | **PROOF OF SERVICE** |
| Plaintiff, |   |
|   | District Judge: Hon. John W. Holcomb |
| v. | Magistrate Judge: Hon. Karen E. Scott |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| Defendants. | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., |
| 5 | Counter-Claimants, |
| 6 | v. |
| 7<br>8<br>9 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 10 | Counter-Defendants. |

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12860 El Camino Real, Suite 400, San Diego, California 92130.  I am over the age of 18 and not a party to the foregoing action.  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for electronic transmission, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

- **<u>SEALED</u> DECLARATION OF OLIVER RICHARDS IN SUPPORT OF DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO COUNTER-DEFENDANT ENTROPIC COMMUNICATIONS, LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS PURSUANT TO L.R. 79-5.2.2(b); and**

- **UNREDACTED VERSION OF DISH'S OPPOSITION TO COUNTER-DEFENDANT ENTROPIC COMMUNICATIONS, LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS.**

On March 5, 2024, I caused a copy of the foregoing document to be served on the interested parties in this action by attaching a PDF version of the document to an email message addressed as follows:

| | |
|---|---|
| Christina Goodrich (SBN 261722)<br>Christina.goodrich@klgates.com<br>Connor J. Meggs (SBN 336159)<br>Connor.meggs@klgates.com<br>Rachel Berman (SBN 352237)<br>Rachel.berman@klgates.com<br>K&L GATES LLP<br>10100 Santa Monica Boulevard<br>Eighth Floor<br>Los Angeles, CA 90067<br>Tel: 310-552-500 / Fax: 310-552-5001 | Attorneys for Plaintiff Entropic Communications, LLC |

| | | |
|---|---|---|
| 1 | James A. Shimota *(admitted pro hac vice)* | Attorneys for Plaintiff |
| 2 | jim.shimota@klgates.com | Entropic |
|   | Jason A. Engel (admitted *pro hac vice*) | Communications, LLC |
| 3 | Jason.engel@klgates.com | |
| 4 | K&L GATES LLP | |
|   | Suite 3300 | |
| 5 | 70 W. Madison Street | |
|   | Chicago, IL 60602 | |
| 6 | Tel.: (312) 372-1121 / Fax: (312) 827-8000 | |
| 7 | | |
|   | Peter E. Soskin (SBN 280347) | Attorneys for Plaintiff |
| 8 | peter.soskin@klgates.com | Entropic |
| 9 | K&L GATES LLP | Communications, LLC |
|   | Four Embarcadero Center, Suite 1200 | |
| 10 | San Francisco, CA 94111 | |
| 11 | Tel: (415) 882-8200 / Fax: (415) 882-8220 | |
| 12 | | |
|   | Douglas Jordan Winnard (SBN 275420) | Attorneys for Plaintiff |
| 13 | dwinnard@goldmanismail.com | Entropic |
|   | Michael T. Pieja (SBN 250351) | Communications, LLC |
| 14 | mpieja@goldmanismail.com | |
| 15 | Jennifer M. Hartjes *(pro hac vice)* | |
|   | jhartjes@goldmanismail.com | |
| 16 | Kurt A. Holtzman *(pro hac vice)* | |
| 17 | kholtzman@goldmanismail.com | |
|   | Alan E. Littmann *(pro hac vice)* | |
| 18 | alittmann@goldmanismail.com | |
| 19 | Shu Zhang *(pro hac vice)* | |
|   | szhang@goldmanismail.com | |
| 20 | Xaviere N. Giroud *(pro hac vice)* | |
| 21 | xgiroud@goldmanismail.com | |
|   | GOLDMAN ISMAIL BRENNAN & BAUM LLP | |
| 22 | 200 South Wacker Dr., 22nd Floor | |
| 23 | Chicago, IL 60606 | |
|   | Tel: (312) 681-6000 / Fax: (312) 881-5191 | |
| 24 | | |

| | | |
|---|---|---|
| 25 | ☐ **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| 26 | | |
| 27 | [x] **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above, as well as counsel service emails: **entropicklg@klgates.com**; |
| 28 | | **GITBB-Entropic@goldmanismail.com** |

| | | |
|---|---|---|
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on March 5, 2024, at San Diego, California.

/s/ Oliver Richards
Oliver Richards

*Additional Counsel*

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

David M. Barkan (SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Ashley A. Bolt *(pro hac vice)*
bolt@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Aaron P. Pirouznia (*pro hac vice*)
pirouznia@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

Attorneys for Defendants and Counter-Claimants
DISH Network Corporation, et al.