1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8           UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
9                  SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,   §
11         Plaintiff,               §
                                    §
                                    §  Case No. 2:23-cv-01043-JWH-KES
12      v.                          §     LEAD CASE
                                    §  Case No. 2:23-cv-01049-JWH-KES
13 DISH NETWORK CORPORATION,        §     LEAD CASE
   et al.,                          §
14         Defendants.              §
                                    §
   _____  §  Hon. John W. Holcomb
15                                  §  Special Master David M. Keyzer
   ENTROPIC COMMUNICATIONS, LLC,    §
16         Plaintiff,               §
                                    §
                                    §  **NOTICE OF**
17      v.                          §  **SPECIAL MASTER REPORT AND**
                                    §  **RECOMMENDATION ON**
18 COX COMMUNICATIONS, INC., et al.,§  **MOTIONS REFERRED BY THE**
           Defendants.              §  **COURT ON JANUARY 10, 2024**
19                                  §

20

---

NOTICE OF SPECIAL MASTER REPORT AND RECOMMENDATION - 1

1  Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2  Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil
3  Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's January 10, 2024
4  Order Referring Motions to Special Master (Civil Action No. 2:23-cv-1043, Dkts. 273,
5  347; Civil Action No. 2:23-cv-1049, Dkts. 191, 244), the Special Master attaches hereto
6  the Special Master Report and Recommendation on Motions Referred by the Court on
7  January 10, 2024.

10  Dated: March 6, 2024          By:  /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master