1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
9                     SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,      §
11         Plaintiff,                 §
                                      §
                                      § Case No. 2:23-cv-01043-JWH-KES
12      v.                            §   LEAD CASE
                                      § Case No. 2:23-cv-01049-JWH-KES
13 DISH NETWORK CORPORATION,          §   LEAD CASE
   et al.,                            §
14         Defendants.                §
   _____    § Hon. John W. Holcomb
15                                    § Special Master David M. Keyzer
   ENTROPIC COMMUNICATIONS, LLC,      §
16         Plaintiff,                 §
                                      § **NOTICE OF**
17      v.                            § **SPECIAL MASTER ORDER**
                                      §
18 COX COMMUNICATIONS, INC., et al.,  §
           Defendants.                §
19                                    §

20

---

NOTICE OF SPECIAL MASTER ORDER - 1

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches hereto the Special Master Order No. SM-16.

Dated: March 6, 2024

By: /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master