IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C.,<br><br>Counterclaimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counterdefendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS, LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS PURSUANT TO L.R. 79-5.2.2(b)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

1   Having considered Defendants' DISH Network Corporation, DISH Network
2   L.L.C., Dish Network Service L.L.C., Dish Network California Service Corporation,
3   and DISH Technologies L.L.C. (collectively, "Counterclaimants" and "DISH")
4   Application for Leave to File Under Seal Opposition to Counter-Defendants
5   MaxLinear, Inc. and MaxLinear Communications LLC's Motion to Dismiss
6   Amended Counterclaims Pursuant to L.R. 79-5.2.2(b), it is hereby **ORDERED** as
7   follows:

8   1.   The Application is **GRANTED**.

9   2.   The following documents shall be filed under seal:  Portions of DISH's
10  Opposition to Counter-Defendants MaxLinear, Inc. and MaxLinear
11  Communications LLC's Motion to Dismiss Amended Counterclaims
12  ("Opposition").

13  **IT IS SO ORDERED**.

15  Dated:  March 6    , 2024

16  Hon. John W. Holcomb
    United States District Judge