IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C.,<br><br>Counterclaimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO COUNTER-DEFENDANT ENTROPIC COMMUNICATIONS, LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS PURSUANT TO L.R. 79-5.2.2(b)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

1   Having considered Defendants' DISH Network Corporation, DISH Network
2   L.L.C., Dish Network Service L.L.C., Dish Network California Service Corporation,
3   and DISH Technologies L.L.C. (collectively, "Counterclaimants" and "DISH")
4   Application for Leave to File Under Seal Opposition to Counter-Defendant Entropic
5   Communications LLC's Motion to Dismiss Amended Counterclaims Pursuant to
6   L.R. 79-5.2.2(b), it is hereby **ORDERED** as follows:
7       1.   The Application is **GRANTED**.
8       2.   The following documents shall be filed under seal: Portions of DISH's
9   Opposition to Counter-Defendant Entropic Communications LLC's Motion to
10  Dismiss Amended Counterclaims ("Opposition").
11      **IT IS SO ORDERED**.

13  Dated: ___March 6___, 2024

14                                          Hon. John W. Holcomb
15                                          United States District Judge

2
ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:23-cv-1043-JWH-KES