| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
|   | Tyler R. Train (SBN 318998) |
| 3 | train@fr.com |
|   | FISH & RICHARDSON P.C. |
| 4 | 633 West Fifth Street, 26th Floor |
|   | Los Angeles, CA 90071 |
| 5 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 6 | |
|   | Adam R. Shartzer *(admitted pro hac vice)* |
| 7 | shartzer@fr.com |
|   | Ruffin B. Cordell *(admitted pro hac vice)* |
| 8 | cordell@fr.com |
|   | Richard A. Sterba *(admitted pro hac vice)* |
| 9 | sterba@fr.com |
|   | Ralph A. Phillips *(admitted pro hac vice)* |
| 10 | rphillips@fr.com |
|   | Michael J. Ballanco *(admitted pro hac vice)* |
| 11 | ballanco@fr.com |
| 12 | Taylor C. Burgener (SBN 348769) |
|   | burgener@fr.com |
| 13 | FISH & RICHARDSON P.C. |
|   | 1000 Maine Ave., SW, Suite 1000 |
| 14 | Washington, DC 20024 |
| 15 | Tel: (202) 783-5070 / Fax: (202) 783-2331 |

*Additional Counsel Listed on Signature Page*

Attorneys for Defendants and Counter-Claimants
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | **DEFENDANT DISH NETWORK CORPORATION ET AL.'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF CLAIM CONSTRUCTION SCHEDULE** |
| v. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | Hearing Date: April 5, 2024<br>Hearing Time: 9:00 a.m.<br>Courtroom: 9 D<br>Judge: Hon. John W. Holcomb |
| Defendants. | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., |
| 5 | Counter-Claimants, |
| 6 | v. |
| 7<br>8<br>9 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 10 | Counter-Defendants. |

DEFENDANTS' NOTICE OF MOTION FOR EXTENSION
Case No. 2:23-cv-1043-JWH-KES

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on April 5, 2024 at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, Southern Division, located at 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701, before the Honorable John W. Holcomb, Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation (collectively, "Defendants" and "DISH") will move, and hereby do move, for an Order extending the claim construction schedule (set forth in D.I. 97) pending the institution decisions of the *inter partes* review petitions that DISH has filed with the USPTO's Patent Trial and Appeal Board against U.S. Patent Nos. 7,295,518; 7,594,249; 7,889,759; 8,320,566; 8,363,681; 8,621,539; and 8,631,450.

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the declaration of Tyler R. Train in support of the motion and accompanying exhibits, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 1, 2024. Train Decl. ¶ 2. Plaintiff Entropic and Counter-Defendants MaxLinear, Inc. and MaxLinear Communications, LLC have confirmed they will oppose the motion. *Id.* The other consolidated defendants in this case (Cox Communications, Inc., Coxcom, LLC, Cox Communications California, LLC, Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, DIRECTV, LLC, and AT&T Services, Inc.) have confirmed that they will not oppose the motion. *Id.* ¶ 3.

| | |
|---|---|
| Dated: March 8, 2024 | FISH & RICHARDSON P.C.<br><br>By: */s/ Tyler R. Train*<br>Christopher S. Marchese (SBN 170239)<br>marchese@fr.com<br>Tyler R. Train (SBN 318998)<br>train@fr.com<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 533-4240<br><br>Adam R. Shartzer *pro hac vice)*<br>shartzer@fr.com<br>Ruffin B. Cordell *(pro hac vice)*<br>cordell@fr.com<br>Richard A. Sterba *(pro hac vice)*<br>sterba@fr.com<br>Ralph A. Phillips *(pro hac vice)*<br>rphillips@fr.com<br>Michael J. Ballanco *(pro hac vice)*<br>ballanco@fr.com<br>Taylor C. Burgener (SBN 348769)<br>burgener@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., SW, Suite 1000<br>Washington, DC 20024<br>Tel: (202) 783-5070<br><br>David M. Barkan (SBN 160825)<br>barkan@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Tel: (650) 839-5070<br><br>Ashley A. Bolt *(pro hac vice)*<br>bolt@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 30309<br>Tel: (404) 892-5005<br><br>Aaron P. Pirouznia (*pro hac vice*)<br>pirouznia@fr.com<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 |

|   |   |
|---|---|
| 1 | Tel: (214) 292-4073<br>Fax: (214) 747-2091 |
| 2 |  |
| 3 | Oliver Richards (SBN 310972)<br>orichards@fr.com |
| 4 | John-Paul Fryckman (SBN 317591)<br>fryckman@fr.com |
| 5 | Fish & Richardson P.C.<br>12860 El Camino Real, Suite 400 |
| 6 | San Diego, CA 92130<br>Tel: (858) 678-5070 |
| 7 |  |
| 8 | Attorneys for Defendants and Counter-Claimants DISH Network Corporation, et al. |
| 9 |  |
| 10 |  |
| ... | |
| 28 |  |