Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Last Page*

Attorneys for Defendants and Counter-Claimants
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DECLARATION OF TYLER R. TRAIN IN SUPPORT OF DEFENDANT DISH NETWORK CORPORATION, ET AL.'S MOTION FOR EXTENSION OF CLAIM CONSTRUCTION SCHEDULE**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., |
| 5 | Counter-Claimants, |
| 6 | v. |
| 7<br>8<br>9 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 10 | Counter-Defendants. |

DECLARATION OF TRAIN ISO DEFENDANTS' MOTION FOR EXTENSION
Case No. 2:23-cv-1043-JWH-KES

I, Tyler R. Train, hereby declare:

1. I am an attorney with the law firm Fish & Richardson P.C., and counsel for Defendants DISH Network Corporation, DISH Network L.L.C., DISH Network Service L.L.C., and Dish Network California Service Corporation (collectively, "Defendants" and "DISH"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. As counsel for DISH, I emailed counsel for Plaintiff Entropic Communications LLC ("Entropic") and Counter-Defendants MaxLinear, Inc. and MaxLinear Communications, LLC (collectively, "MaxLinear") on February 28, 2024 and notified Entropic's and MaxLinear's counsel of DISH's intention to file a Motion for Extension of the Claim Construction Schedule (the "Motion") and requested to meet and confer to discuss Entropic's and MaxLinear's positions. The parties met and conferred by telephone on March 1, 2024. During the conference, counsel for Entropic confirmed that Entropic will oppose the Motion. In a subsequent email dated March 7, 2024, counsel for MaxLinear confirmed that MaxLinear will also oppose the Motion.

3. The other consolidated defendants in this case (Cox Communications, Inc., Coxcom, LLC, Cox Communications California, LLC, Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, DIRECTV, LLC, and AT&T Services, Inc.) have confirmed that they will not oppose the Motion.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Petition for *Inter Partes* Review of United States Patent No. 7,295,518 (IPR2024-00393), dated January 16, 2024.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Petition for *Inter Partes* Review of United States Patent No. 7,594,249 (IPR2024-00373), dated January 16, 2024.

6. Attached hereto as Exhibit 3 is a true and correct copy of the Petition for *Inter Partes* Review of United States Patent No. 7,594,759 (IPR2024-00462), dated January 22, 2024.

7. Attached hereto as Exhibit 4 is a true and correct copy of the Petition for *Inter Partes* Review of United States Patent No. 8,320,566 (IPR2024-00555), dated February 8, 2024.

8. Attached hereto as Exhibit 5 is a true and correct copy of the Petition for *Inter Partes* Review of United States Patent No. 8,363,681 (IPR2024-00562), dated February 9, 2024.

9. Attached hereto as Exhibit 6 is a true and correct copy of the Petition for *Inter Partes* Review of United States Patent No. 8,621,539 (IPR2024-00546), dated February 5, 2024.

10. Attached hereto as Exhibit 7 is a true and correct copy of the Petition for *Inter Partes* Review of United States Patent No. 8,631,450 (IPR2024-00560), dated February 9, 2024.

11. Attached hereto as Exhibit 8 is a true and correct copy of a presentation published by and available on the U.S. Patent and Trademark Office website entitled "PTAB Trial Statistics October 2023 IPR, PGR."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of March, 2023, in Orange County, CA.

By: */s/ Tyler R. Train*
Tyler R. Train