# Exhibit 8

**UNITED STATES PATENT AND TRADEMARK OFFICE**

uspto®

Exhibit 8
Page 733

# PTAB Trial Statistics
# October 2023
# IPR, PGR

Patent Trial and Appeal Board



Exhibit 8
Page 734

# Petitions filed by trial type
**(FY24 through October: Oct. 1, 2023 to Oct. 31, 2023)**



Trial types include Inter Partes Review (IPR) and Post Grant Review (PGR).



3

Exhibit 8
Page 735

# Petitions filed by technology
### (FY24 through October: Oct. 1, 2023 to Oct. 31, 2023)



4

Exhibit 8
Page 736



Exhibit 8
Page 737

# Institution rates by petition
**(FY20 to FY24 through October: Oct. 1, 2019 to Oct. 31, 2023)**



by Petition

| | FY20 | FY21 | FY22 | FY23 | FY24 |
|---|---|---|---|---|---|
| Instituted | 648 | 702 | 769 | 752 | 68 |
| Denied | 512 | 504 | 398 | 375 | 25 |
| % | 56% | 58% | 66% | 67% | 73% |

uspto

6

Exhibit 8
Page 738



Exhibit 8
Page 739

# Institution rates by technology
**(FY24 through October: Oct. 1, 2023 to Oct. 31, 2023)**



| Technology | Institution Rate |
|---|---|
| Bio/Pharma | 60% (6 of 10) |
| Chemical | 0% (0 of 1) |
| Design | (N/A) |
| Electrical/Computer | 79% (55 of 70) |
| Mechanical & Business Method | 58% (7 of 12) |

Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



8

Exhibit 8
Page 740



# Settlements
## (FY20 to FY24 through October: Oct. 1, 2019 to Oct. 31, 2023)

Settlement Rate: FY20 22%, FY21 32%, FY22 27%, FY23 30%, FY24 32%

Settlements (Post-Institution / Pre-Institution):
- FY20: 309 (146 / 163)
- FY21: 465 (192 / 273)
- FY22: 339 (165 / 174)
- FY23: 402 (213 / 189)
- FY24: 42 (17 / 25)

Settlement rate is calculated by dividing total settlements by concluded proceedings in each fiscal year (i.e., denied institution, settled, dismissed, requested adverse judgment, and final written decision), excluding joined cases.

uspto

9

Exhibit 8
Page 741



Exhibit 8
Page 742