IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DISH NETWORK CORPORATION ET AL.'S MOTION FOR EXTENSION OF CLAIM CONSTRUCTION SCHEDULE**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., |
| 5 | Counter-Claimants, |
| 6 | v. |
| 7<br>8<br>9 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 10 | Counter-Defendants. |

1    Having considered the Motion for an Extension of the Claim Construction
2  Schedule filed by Defendants DISH Network Corporation, DISH Network L.L.C.,
3  Dish Network Service L.L.C., and Dish Network California Service Corporation
4  ("DISH") and for good cause shown, the Court grants DISH's Motion and orders that
5  the claim construction schedule (set forth in D.I. 97) be vacated and that the claim
6  construction proceedings be continued until after the Patent Trial and Appeal Board
7  ("PTAB") issues institution decisions on DISH's IPR Petition Nos. IPR2024-00373,
8  IPR2024-00393, IPR2024-00462, IPR2024-00546, IPR2024-00555, IPR2024-
9  00560, and IPR2024-00562.  Within five business days after the PTAB issues the last
10 institution decision for the foregoing petitions, DISH is directed to inform the Court
11 of the PTAB's decisions.

13    IT IS SO ORDERED.

15 Dated: _____, 2024

18                                          Hon. John W. Holcomb
                                            United States District Court Judge