1  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2  ALEX S. YAP (CA SBN 241400)
   ayap@mofo.com
3  ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
6  Facsimile:   (213) 892-5454

7  [Additional counsel on signature page]

8  Attorneys for Counter-Defendants,
   MAXLINEAR, INC. AND MAXLINEAR
9  COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**<br><br>Judge: Hon. John W. Holcomb<br><br>**Hearing:**<br>Date:    March 29, 2024<br>Time:   9:00 a.m.<br>Place:   Courtroom 9D, Santa Ana |

MAXLINEAR'S APPLN. FOR LEAVE TO FILE UNDER SEAL REPLY ISO MOT. TO DISMISS
CASE NO. 2:23-CV-01043-JWH-KES

Pursuant to Local Rule 79-5.2.2(a) and (b) governing documents to be filed under seal, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") hereby submit their Application for Leave to File Under Seal a Reply in Support of MaxLinear's Motion to Dismiss Amended Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox").

MaxLinear seeks leave to file under seal highlighted portions of MaxLinear's Reply that quote from or reference (1) the membership agreement between Cox Communications, Inc. and the Multimedia over Coax Alliance, which Cox designated "Confidential," attached as Exhibit A (ECF No. 337) to MaxLinear's Request for Judicial Notice (ECF No. 323), and (2) a Patent Purchase Agreement executed by MaxLinear and Plaintiff Entropic Communications, LLC that has been designated "Highly Confidential – Attorneys' Eyes Only," attached as Exhibit B (ECF No. 338) to MaxLinear's Request for Judicial Notice (ECF No. 323).  The Court granted MaxLinear's motion to file Exhibits A and B under seal (ECF No. 333).

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Portions of MaxLinear's Reply in Support of Motion to Dismiss that quote from or reference Exhibit A (ECF No. 337) or Exhibit B (ECF No. 338) to MaxLinear's previously filed Request for Judicial Notice (ECF No. 323) | 6:13-15; 9:13-14; 9:16-18; 12:14-15 |

Pursuant to Local Rule 79-5.2.2(a) and (b), MaxLinear applies to file under seal the document listed above.  Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in

civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. MaxLinear has complied with these requirements. The information that MaxLinear seeks to seal under Rule 79-5.2.2(a) is contained within (1) a confidential agreement between Cox Communications, Inc. and a third-party entity; and (2) a confidential agreement between MaxLinear, Inc. and Entropic Communications, LLC. The public does not have an interest in accessing this confidential information. Additionally, MaxLinear's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, Entropic and Cox do not oppose MaxLinear's under seal filing.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

MaxLinear respectfully requests that this Court order the unredacted document to be filed under seal. Redacted and unredacted versions of the Reply in Support of MaxLinear's Motion to Dismiss Cox's Amended Counterclaims are filed herewith.

This Application is accompanied by a Declaration of Rose S. Lee and a Proposed Order.

| | | |
|---|---|---|
| 1 | Dated: March 15, 2024 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Rose S. Lee* |
| 4 | |     Rose S. Lee |
| 5 | | BITA RAHEBI (CA SBN 209351) |
|   | | brahebi@mofo.com |
| 6 | | ALEX S. YAP (CA SBN 241400) |
| 7 | | ayap@mofo.com |
|   | | ROSE S. LEE (CA SBN 294658) |
| 8 | | roselee@mofo.com |
| 9 | | MORRISON & FOERSTER LLP |
|   | | 707 Wilshire Boulevard, Suite 6000 |
| 10 | | Los Angeles, California 90017-3543 |
| 11 | | Telephone: (213) 892-5200 |
|   | | Facsimile: (213) 892-5454 |
| 12 | | |
| 13 | | RICHARD S.J. HUNG (CA SBN 197425) |
| 14 | | rhung@mofo.com |
| 15 | | MORRISON & FOERSTER LLP |
|   | | 425 Market Street |
| 16 | | San Francisco, California 94105-2482 |
| 17 | | Telephone: (415) 268-7000 |
|   | | Facsimile: (415) 268-7522 |
| 18 | | |
| 19 | | Attorneys for Counter-Defendants MAXLINEAR, INC. and MAXLINEAR COMMUNICATIONS LLC |

4

MAXLINEAR'S APPLN. FOR LEAVE TO FILE UNDER SEAL REPLY ISO MOT. TO DISMISS
CASE NO. 2:23-CV-01043-JWH-KES