BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

[Additional counsel on signature page]

Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH TECHNOLOGIES, L.L.C.**<br><br>**JURY TRIAL DEMANDED**<br><br>Action Filed:  Feb. 10, 2023<br>Am. Counterclaims and Counterclaims Filed:  Jan. 31, 2024<br><br>**<u>Hearing:</u>**<br>Date:      March 29, 2024<br>Time:      9:00 a.m.<br>Place:     Courtroom 9D, Santa Ana<br>Judge:    Hon. John W. Holcomb |

1  Pursuant to Local Rule 79-5.2.2(a) and (b) governing documents to be filed
2  under seal, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications
3  LLC (collectively, "MaxLinear") hereby submit their Application for Leave to File
4  Under Seal a Reply in Support of MaxLinear's Motion to Dismiss (1) Amended
5  Counterclaims by Dish Network California Service Corporation ("Dish California")
6  and (2) Counterclaims by Dish Network Corporation, Dish Network L.L.C., Dish
7  Network Service L.L.C., and Dish Technologies, L.L.C. (collectively with Dish
8  California, "Dish").

9  MaxLinear seeks leave to file under seal highlighted portions of MaxLinear's
10 Reply that quote from or reference Exhibit 8 (ECF No. 316-7) or Exhibit 9 (ECF
11 No. 316-8) to Dish's Amended Answer and Counterclaims, for which the Court
12 granted Dish's application to file under seal (ECF No. 310).

13 MaxLinear also seeks leave to file under seal highlighted portions of
14 MaxLinear's Reply that quote from or reference Exhibit B (ECF No. 372) to
15 MaxLinear's previously filed Request for Judicial Notice (ECF No. 360).  The Court
16 granted MaxLinear's application to file under seal Exhibit B (ECF No. 368).

17

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Portions of MaxLinear's Reply that quote from or reference Exhibit 8 (ECF No. 316-7) or Exhibit 9 (ECF No. 316-8) to Dish's Amended Answer and Counterclaims or Exhibit B (ECF No. 372) to MaxLinear's previously filed Request for Judicial Notice (ECF No. 360). | 8:21-25; 9:12; 9:16-17; 9:28; 10:4-6; 10:13-14; 11:5; 12:10; 12:13 |

27
28  Exhibit 8 to Dish's Amended Answer and Counterclaims (ECF No. 316-7) is

a Patent Purchase Agreement executed by MaxLinear and Plaintiff Entropic Communications, LLC that has been designated "RESTRICTED – ATTORNEYS' EYES ONLY." Entropic does not oppose MaxLinear's under seal filing. (Declaration of Rose S. Lee ("Lee Decl.") ¶ 5.)

Dish designated the document in Exhibit B as "Highly Confidential – Attorneys' Eyes Only" under the operative protective order (ECF No. 156). (Lee Decl. ¶ 7.) Dish filed the document in Exhibit 9 under seal pursuant to Local Rule 79-5.2.2(a). (Lee Decl. ¶ 9.) Dish confirmed that it did not oppose filing the portions of the Reply under seal. (*Id*. ¶ 11.)

Pursuant to Local Rule 79-5.2.2(a) and (b), MaxLinear applies to file under seal the document listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. MaxLinear has complied with these requirements. The information that MaxLinear seeks to seal under Rule 79-5.2.2(a) and (b) is contained within (1) a confidential agreement between MaxLinear, Inc. and Entropic Communications, LLC; and (2) a document that Dish designated as "Highly Confidential – Attorneys' Eyes Only" under the operative protective order (ECF No. 156); and (3) a document previously filed under seal by Dish in this action pursuant to Rule 79-5.2.2(a). The public does not have an interest in accessing this confidential information. Additionally, MaxLinear's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, Entropic and Dish do not oppose MaxLinear's under seal filing.

This Application is accompanied by a Declaration of Rose S. Lee and a

1 | Proposed Order.

2

3 | Dated: March 15, 2024                MORRISON & FOERSTER LLP

4

5 | By: */s/ Rose S. Lee*
Rose S. Lee

6 | BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
7 | ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
8 | ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
9 | MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
10 | Los Angeles, California  90017-3543
Telephone:    (213) 892-5200
11 | Facsimile:    (213) 892-5454

12 | RICHARD S.J. HUNG (CA SBN 197425)
13 | rhung@mofo.com
MORRISON & FOERSTER LLP
14 | 425 Market Street,
San Francisco, California 94105-2482
15 | Palo Alto, California  94304-1018
16 | Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

17

18 | BRADLEY LUI (CA SBN 143088)
blui@mofo.com
19 | MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
20 | Washington, DC 20037-1679
Telephone:    (202) 887-1500
21 | Facsimile:    (202) 887-0763

22 | Attorneys for Counter-Defendants
MAXLINEAR, INC. and
23 | MAXLINEAR
COMMUNICATIONS LLC

24

25

26

27

28

4