BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
AYap@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

[Additional counsel on signature page]

Attorneys for Counter-Defendants
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.,*<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S OPPOSITION TO DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH NETWORK CALIFORNIA SERVICE CORPORATION'S MOTION FOR EXTENSION OF CLAIM CONSTRUCTION SCHEDULE** |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Judge: Hon. John W. Holcomb<br><br>Date: April 5, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 9D, Santa Ana |

MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") oppose DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., and Dish Network California Service Corporation's (collectively, "Dish") Motion for Extension of Claim Construction Schedule (ECF No. 401).

MaxLinear is not a party to the underlying action.  Dish filed counterclaims against MaxLinear in response to Plaintiff Entropic Communications, LLC ("Entropic") suing certain Dish entities for patent infringement.  MaxLinear has moved to dismiss those counterclaims.  Dish's motion, in effect, seeks a stay of Entropic's infringement claims while allowing Dish's counterclaims against MaxLinear to move forward.  Dish should not be allowed to reorder this litigation to delay its potential liability while litigating only its counterclaims.  It also risks inconsistency and inefficiency, should a ruling on Entropic's infringement claims eventually moot or otherwise negate Dish's counterclaims.  Dish is inviting the Court to create more work for itself.

Therefore, the Court should deny Dish's Motion.  In the alternative, to the extent the Court grants any continuance of claim construction proceedings, it should also stay Dish's counterclaims against MaxLinear, including any discovery, pending claim construction.  Ensuring that the case schedule applies equally across the board would not only be more equitable, but it would also promote judicial economy and preserve judicial resources.  *See, e.g.*, *Am. GNC Corp. v. LG Elecs. Inc.*, 2018 WL 1250876, at *2 (S.D. Cal. Mar. 12, 2018) (granting a stay of ***all*** proceedings, opposed to a partial stay as to two patents, because it would simplify proceedings).

1

2    Dated:  March 15, 2024                    MORRISON & FOERSTER LLP

3

4    By: /s/ Bita Rahebi

          Bita Rahebi

5        BITA RAHEBI (CA SBN 209351)
         brahebi@mofo.com
6        ALEX S. YAP (CA SBN 241400)
         ayap@mofo.com
7        ROSE S. LEE (CA SBN 294658)
         roselee@mofo.com
8        MORRISON & FOERSTER LLP
         707 Wilshire Boulevard, Suite 6000
9        Los Angeles, California 90017-3543
         Telephone: (213) 892-5200
10       Facsimile: (213) 892-5454

11       RICHARD S.J. HUNG (CA SBN
         197425)
12       rhung@mofo.com
         MORRISON & FOERSTER LLP
13       425 Market Street
         San Francisco, California 94105-2482
14       Telephone: (415) 268-7000
         Facsimile: (415) 268-7522

15       BRADLEY LUI (CA SBN 143088)
16       blui@mofo.com
         MORRISON & FOERSTER LLP
17       2100 L Street, NW, Suite 900
         Washington, DC 20037-1679
18       Telephone: (202) 887-1500
         Facsimile: (202) 887-0763

19

20       Attorneys for Counter-Defendants
         MAXLINEAR, INC. and
21       MAXLINEAR
         COMMUNICATIONS LLC

22

23

24

25

26

27

28

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned, counsel of record for Counter-Defendants MAXLINEAR, INC. and MAXLINEAR COMMUNICATIONS LLC, certifies that this brief contains 245 words, which complies with the word limit of L.R. 11-6.1.

Dated:  March 15, 2024                          By: */s/ Bita Rahebi*
                                                              Bita Rahebi

sf-5832140