| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| | Christina.goodrich@klgates.com |
| 2 | Cassidy T. Young (SBN 342891) |
| | Cassidy.young@klgates.com |
| 3 | K&L Gates LLP |
| | 10100 Santa Monica Boulevard |
| 4 | Eighth Floor |
| | Los Angeles, California 90067 |
| 5 | Telephone: +1 310 552 5000 |
| | Facsimile: +1 310 552 5001 |
| 6 | |
| 7 | [*Additional counsel on signature page*] |
| 8 | **Attorneys for Plaintiff Entropic Communications, LLC** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
| Plaintiff, | Case No. 2:23-cv-1047-JWH-KES (Related Case) |
| v. | Case No. 2:23-cv-1048-JWH-KES (Related Case) |
| DISH NETWORK CORPORATION, *et al.*, | Case No. 2:23-cv-5253-JWH-KES (Related Case) |
| Defendants. | **ENTROPIC COMMUNICATIONS, LLC'S NOTICE OF ERRATA RE: REPLY IN SUPPORT OF MOTION TO DISMISS DISH'S COUNTERCLAIMS PURSUANT TO RULE 12(b)(6)** |
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| v. | |
| COX COMMUNICATIONS, INC., *et al.*, | |
| Defendants. | |

**ENTROPIC'S REPLY IN SUPPORT OF MOTION TO DISMISS DISH'S COUNTERCLAIMS**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| | Plaintiff, |
| v. | |
| COMCAST, *et al.*, | |
| | Defendants. |

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| | Plaintiff, |
| v. | |
| DIRECTV, LLC, *et al.*, | |
| | Defendants. |

**ENTROPIC'S REPLY IN SUPPORT OF MOTION TO DISMISS DISH'S COUNTERCLAIMS**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 15, 2024, Plaintiff Entropic Communications, LLC ("Entropic") filed Entropic's Reply in Support of Motion to Dismiss DISH's Counterclaims (DE 413). After filing its Reply, it came to Entropic's attention that work product attorney comments were inadvertently left in the document that was filed. By way of this Notice of Errata, Entropic seeks to correct the record and this Court's docket. Accordingly, attached hereto as **Exhibit A** is a corrected version of Entropic's Reply. The only difference between Exhibit A and Docket Entry 413 is the removal of the comments.

Entropic respectfully requests that Docket Entry 413 be removed from the Court's docket.

Dated: March 15, 2024

**K&L GATES LLP**

By: */s/ Cassidy Young*
Christina Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
Rachel Berman (SBN 352237)
K&L Gates, LLP
10100 Santa Monica Boulevard,
8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com
rachel.berman@klgates.com

James A. Shimota (*pro hac vice*)
70 W. Madison Street, Ste 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com

Peter E. Soskin (SBN 280347)
4 Embarcadero Center, Ste 1200
San Francisco, CA 94111
Telephone: (415) 882-8220
peter.soskin@klgates.com

1
**ENTROPIC'S REPLY IN SUPPORT OF MOTION TO DISMISS DISH'S COUNTERCLAIMS**

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

2
**ENTROPIC'S REPLY IN SUPPORT OF MOTION TO DISMISS DISH'S COUNTERCLAIMS**