1  Christina N. Goodrich (SBN 261722)
   Christina.goodrich@klgates.com
2  Cassidy T. Young (SBN 342891)
   Cassidy.young@klgates.com
3  K&L Gates LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, California 90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
   [*Additional counsel on signature page*]
7
   **Attorneys for Plaintiff Entropic**
8  **Communications, LLC**

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
|---|---|
| Plaintiff, | Case No. 2:23-cv-1047-JWH-KES (Related Case) |
| v. | Case No. 2:23-cv-1048-JWH-KES (Related Case) |
| DISH NETWORK CORPORATION, *et al.*, | Case No. 2:23-cv-5253-JWH-KES (Related Case) |
| Defendants. | **ENTROPIC COMMUNICATIONS, LLC'S APPLICATION TO STRIKE REPLY IN SUPPORT OF MOTION TO DISMISS DISH'S COUNTERCLAIMS [413]; [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | |
| v. | |
| COX COMMUNICATIONS, INC., *et al.*, | |
| Defendants. | |

**APPLICATION TO STRIKE DOCKET ENTRY 413**

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST, *et al.*, |
| 6 | Defendants. |
| 7 | |
| 8 | |
| 9 | ENTROPIC COMMUNICATIONS, LLC, |
| 10 | |
| 11 | Plaintiff, |
| 12 | v. |
| 13 | DIRECTV, LLC, *et al.*, |
| 14 | Defendants. |

**APPLICATION TO STRIKE DOCKET ENTRY 413**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") hereby applies for an order striking, or in the alternative, retroactively and permanently sealing, Entropic's Reply in Support of Motion to Dismiss DISH's Counterclaims (DE 413). This document contains attorney work product comments that should not be accessible to the public.

On March 15, 2024, Plaintiff Entropic Communications, LLC ("Entropic") filed Entropic's Reply at Docket Entry 413. After filing its Reply, it came to Entropic's attention that the Reply on file contained attorney work product. Specifically, the document contained comments in the margins that were inadvertently left in the document. Entropic then immediately informed counsel for all Parties to this action that Docket Entry 413 contained attorney work product and that a corrected document would be filed shortly, and Entropic asked all Parties to delete this document from their files. Entropic then promptly filed a Notice of Errata with the Court to inform the Court of the error and included a corrected version of Docket Entry 413 as Exhibit A.

Entropic now seeks to strike Docket Entry 413, which contains attorney work product that the public does not have an interest in accessing. Entropic's request is narrowly tailored to only prevent the public from viewing work product information. Specifically, a corrected version of Docket Entry 413 is filed herewith. This corrected document is identical to the document filed at Docket Entry 413, but with the work product comments removed. Striking Docket Entry 413 is therefore proper. *See GS Holistic, LLC v. TM Smoke Shop, Inc.*, 2023 WL 3741621, at *1 (C.D. Cal. May 30, 2023) (granting request to strike mistakenly filed documents from docket).

In the alternative, if striking Docket Entry 413 is not possible, Entropic requests that the Court seal Docket Entry 413. Compelling reasons exist to seal Docket Entry 413. *See Capitol Specialty Ins. Corp. v. GEICO Gen. Ins. Co.*, 2021

WL 7708484, at *3 (C.D. Cal. Apr. 14, 2021) (quoting *Lambright v. Ryan*, 698 F.3d 808, 820 (9th Cir. 2012)) (granting application to seal documents that contain attorney work product because this material is "has traditionally been kept secret for important policy reasons").

Accordingly, Entropic respectfully requests that the Court strike Docket Entry 413. Alternatively, Entropic requests that the Court retroactively and permanently seal Docket Entry 413. Concurrent with this filing, Entropic has filed a corrected version of Docket Entry 413, which removes the work product comments from the document.

Dated: March 18, 2024

**K&L GATES LLP**

By: */s/ Cassidy Young*
Christina Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
Rachel Berman (SBN 352237)
K&L Gates, LLP
10100 Santa Monica Boulevard,
8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com
rachel.berman@klgates.com

James A. Shimota (*pro hac vice*)
70 W. Madison Street, Ste 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com

Peter E. Soskin (SBN 280347)
4 Embarcadero Center, Ste 1200
San Francisco, CA 94111
Telephone: (415) 882-8220
peter.soskin@klgates.com

***Attorneys for Plaintiff***
***Entropic Communications, LLC***