# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COX COMMUNICATIONS, INC., et al.,<br><br>　　　　Defendants. | **ORDER GRANTING ENTROPIC'S APPLICATION TO SEAL REPLY IN SUPPORT OF MOTION TO DISMISS DISH'S COUNTERCLAIMS [413]** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CORPORATION, et al.,<br><br>　　　　Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff, | |

**RECYCLED PAPER**

**ORDER**

1 | v.
2 | DIRECTV, LLC, *et al.*,
3 |         Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**ORDER**

**RECYCLED PAPER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order striking Entropic's Reply in Support of Motion to Dismiss DISH's Counterclaims (DE 413), which contains attorney work product, and a sufficient showing having been made, it is hereby **ORDERED** that Docket Entry 413 is **SEALED**.

**IT IS SO ORDERED.**

Dated:  March 19, 2024

_____
Hon. John W. Holcomb
United States District Judge