UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>Counterclaimants.<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counterdefendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**ORDER GRANTING MAXLINEAR, INC., AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISMISS (1) AMENDED COUNTERCLAIMS BY DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND (2) COUNTERCLAIMS BY DISH NETWORK CORPORATION, DISH NETWORK L.L.C., DISH NETWORK SERVICE L.L.C., AND DISH TECHNOLOGIES, L.L.C.**<br><br>Judge: Hon. John W. Holcomb |

Having considered Counterdefendant MaxLinear, Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Application for Leave to File Under Seal a Reply in Support of MaxLinear's Motion to Dismiss (1) Amended Counterclaims by Dish Network California Service Corporation ("Dish California") and (2) Counterclaims by Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., and Dish Technologies, L.L.C. (collectively with Dish California, "Dish"), the Court hereby **ORDERS** that the following information should be sealed:

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Portions of MaxLinear's Reply that quote from or reference Exhibit 8 (ECF No. 316-7) or Exhibit 9 (ECF No. 316-8) to Dish's Amended Answer and Counterclaims or Exhibit B (ECF No. 372) to MaxLinear's previously filed Request for Judicial Notice (ECF No. 360). | 8:21-25; 9:12; 9:16-17; 9:28; 10:4-6; 10:13-14; 11:5; 12:10; 12:13 |

**IT IS SO ORDERED**

Dated: __March 20__, 2024

John W. Holcomb
United States District Judge