UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br><br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br><br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., et al.,<br><br>　　　　　Defendants. | **ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING REPLY IN SUPPORT OF MOTION TO DISMISS COX DEFENDANTS' AMENDED COUNTERCLAIMS** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION, et al.,<br><br>　　　　　Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff, | |

**ORDER**

1 | v.
2 | DIRECTV, LLC, *et al.*,
3 |          Defendants.

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Reply in Support of Motion to Dismiss Cox Defendants' Counterclaims Pursuant to Rule 12(b)(6), which contains details related to confidential agreements and information involving third parties, and a sufficient showing having been made under L.R. 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Portions of Entropic's Reply at 5:5. | Terms of a confidential agreement between Cox and a third party. |
| Portions of Entropic's Reply at 12:18–20. | Terms of a confidential agreement between Cox and a third party. |
| Portions of Entropic's Reply at 14:3–7. | Information designated by Cox as confidential. |

**IT IS SO ORDERED.**

Dated: March 20, 2024

Hon. John W. Holcomb
United States District Judge

1
ORDER