UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:23-cv-01043-JWH-KES | Date | March 26, 2024 |
|---|---|---|---|
| Title | *Entropic Communications, LLC v. DISH Network Corporation, et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER REFERRING MATTERS TO SPECIAL MASTER**

Pursuant to the Court's Order Appointing David Keyzer, Esq., as Special Master,[1] the Court hereby **REFERS** the following motions to Special Master Keyzer for Report and Recommendation:

- the Motion of Counterdefendants MaxLinear, Inc. and MaxLinear Communications, LLC to Dismiss the Amended Counterclaims of Dish Network California Service Corporation, Dish Network Corporation, Dish Network LLC, Dish Network Service, LLC, and Dish Technologies LLC [ECF Nos. 357 & 371 (sealed)]; and
- the Motion of Entropic Communications, LLC to Dismiss Dish's Counterclaims [ECF Nos. 361 & 374 (sealed)].

---

[1]    *See* Order Appointing David Keyzer, Esq. as Special Master [ECF No. 74]. The Order gives the Special Master authority to preside over "any other matters referred to the Special Master by the Court." *Id.* at ¶ 2.b.

**CIVIL MINUTES— GENERAL**     Initials of Deputy Clerk cla

In view of this referral, the Court also **VACATES** the hearings set in this Court on the above-listed motions.

**IT IS SO ORDERED.**

**CIVIL MINUTES— GENERAL**

Initials of Deputy Clerk <u>cla</u>