1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                           SOUTHERN DIVISION

10
    ENTROPIC COMMUNICATIONS, LLC,   §
11         Plaintiff,                §
                                     §
                                     §  Case No. 2:23-cv-01043-JWH-KES
12         v.                        §     LEAD CASE
                                     §  Case No. 2:23-cv-01049-JWH-KES
13  DISH NETWORK CORPORATION,        §     LEAD CASE
    et al.,                          §
14         Defendants.               §
    _____  §  Hon. John W. Holcomb
15                                   §  Special Master David M. Keyzer
    ENTROPIC COMMUNICATIONS, LLC,   §
16         Plaintiff,                §
                                     §  **NOTICE OF**
17         v.                        §  **SPECIAL MASTER ORDER**
                                     §
18  COX COMMUNICATIONS, INC., et al.,§
           Defendants.               §
19                                   §

20

---

NOTICE OF SPECIAL MASTER ORDER - 1

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches hereto the Special Master Order No. SM-17 and Special Master Minutes.

Dated: March 27, 2024

By: /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master