# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>PLAINTIFF(S)<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:23-cv-01043-JWH-KES<br><br>**APPLICATION FOR REFUND OF FEES;<br>ORDER THEREON** |

*Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.*

**SECTION I**

Name of Applicant: Christina Goodrich
Amount Paid: $ 1,000
Requested Refund Amount: $ 500
Document Title and Docket #: Application of Non-Resident Attorney Kurt Holtzman to Appear Pro Hac Vice [DI 211]
Transaction Date: December 19, 2023
Receipt Number: 
(If paid by cash/check only)

**Reason for refund request:**

[x] Duplicate payment submitted
[ ] Fee paid even though none was required
[ ] Overpayment of a required filing fee
[ ] Pro hac vice application denied (order attached)
[ ] Other:

Inadvertently paid $500 fee twice:
ACACDC-36603688 (duplicate)
BCACDC-36603688 (docketed - DI 211)

**SECTION II** (*Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.*)

Account Holder Name: Christina Goodrich
Pay.gov Tracking ID: ACACDC-36603688
Agency Tracking ID: 

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

*For Court Use Only*

**Fiscal Department**

[ ] Refund issued.
[ ] Application for refund denied:
    [ ] Application seeks refund of fee that was not paid.
    [ ] Previous court order indicates fee is not to be refunded.
[ ] Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

[ ] GRANTED    [ ] DENIED

_____
United States District/Magistrate Judge

G-124 (11/17)    APPLICATION FOR REFUND OF FEES; ORDER THEREON