1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,   §
11        Plaintiff,                §
                                    §
                                    §  Case No. 2:23-cv-01043-JWH-KES
12      v.                          §     LEAD CASE
                                    §  Case No. 2:23-cv-01049-JWH-KES
13 DISH NETWORK CORPORATION,        §     LEAD CASE
   et al.,                          §
14        Defendants.               §
   _____  §
                                    §  Hon. John W. Holcomb
15                                  §  Special Master David M. Keyzer
   ENTROPIC COMMUNICATIONS, LLC,   §
16        Plaintiff,                §
                                    §  **NOTICE OF**
17      v.                          §  **SPECIAL MASTER ORDER**
                                    §
18 COX COMMUNICATIONS, INC., et al.,§
          Defendants.               §
19                                  §

20

---

NOTICE OF SPECIAL MASTER ORDER - 1

1  Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2  Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil
3  Action No. 2:23-cv-1049, Dkt. 62), the Court's grant of consolidations (Civil Action No.
4  2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil Action No. 2:23-cv-1049, Dkt. 95,
5  Oct. 16, 2023 Order), and the Court's referral of specific motions (-1043, Dkt. 343,
6  Feb. 9, 2024 Order; -1043, Dkt. 431, Mar. 26, 2024 Order), the Special Master attaches
7  hereto the Special Master Order No. SM-18.

Dated:  March 29, 2024

By:  /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master