Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(*Additional counsel listed in signature block*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**STIPULATION REQUESTING CONTINUANCE OF HEARING ON DISH'S MOTION FOR EXTENSION OF CLAIM CONSTRUCTION SCHEDULE (DE 401) AND TO CONTINUE CERTAIN CLAIM CONSTRUCTION DEADLINES FOR ALL DEFENDANTS AND ENTROPIC; [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Current Hearing Date<br>Hearing Date:   April 5, 2024<br>Hearing Time:   9:00 a.m.<br>Courtroom:   9 D<br><br>Proposed New Hearing Date<br>Hearing Date:   April 12, 2024<br>Hearing Time:   9:00 a.m.<br>Courtroom:   9 D |

JOINT STIPULATION TO CONTINUE HEARING DATE AND CERTAIN CLAIM CONSTRUCTION DEADLINES

ENTROPIC COMMUNICATIONS, LLC,

        Plaintiff,

v.

COMCAST, *et al.*,

        Defendants.

ENTROPIC COMMUNICATIONS, LLC,

        Plaintiff,

v.

DIRECTV, LLC, *et al.*,

        Defendants.

Plaintiff Entropic Communications, LLC ("Entropic"), Defendants AT&T Services, Inc.; DIRECTV, LLC; CoxCom, LLC; Cox Communications California, LLC; Cox Communications, Inc.; Dish Network California Service Corporation; DISH Network Corporation; DISH Network L.L.C.; DISH Network Service L.L.C.; Comcast Cable Communications, LLC; Comcast Cable Communications Management, LLC; and Comcast Corporation (collectively, "Defendants"), and Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") (inclusively, the "Parties"), hereby submit the following Stipulation and Proposed Order to Request a Continuance of the Hearing on Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C. and Dish Network California Service Corporation's (collectively, "DISH") Motion for Extension of Claim Construction Schedule (DE 401) and to Continue Certain Claim Construction Deadlines for all Defendants and Entropic with reference to the following facts:

WHEREAS, the hearing on DISH's Motion for Extension of Claim Construction Schedule is presently set for Friday, April 5, 2024, at 9:00 a.m.

WHEREAS, counsel for the Parties have conferred regarding jointly requesting to continue the hearing on the pending motion and have confirmed their availability for a hearing on Friday, April 12, 2024, at 9:00 a.m.

WHEREAS, counsel for the Parties have conferred regarding the claim construction deadlines at issue in DISH's Motion for Extension of Claim Construction Schedule.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. Subject to the Court's preference, calendar, and availability, that the hearing on DISH's Motion for Extension of Claim Construction

3

Schedule (DE 401) be continued to **Friday, April 12, 2024, at 9:00 a.m.**

2. The deadline for Entropic and Defendants' exchange of terms proposed for construction shall be continued from April 5, 2024 to **April 12, 2024**.

3. The deadline for Entropic and Defendants' exchange of proposed constructions shall be continued from May 3, 2024 to **May 10, 2024**.

4. The deadline for Entropic and Defendants to file the Joint Claim Construction Chart and Prehearing Statement, including expert declarations, shall be continued from May 31, 2024 to **June 7, 2024**.

5. This request to extend the above-listed claim construction deadlines is not submitted for the purpose of delay and no other deadlines will be affected by this extension. In particular, the claim construction briefing deadlines and the September 17, 2024, claim construction hearing date will not be changed.

Dated: March 29, 2024

Respectfully submitted,

By: /s/ *Douglas Jordan Winnard*
Michael T. Pieja (SBN 250351)
mpieja@goldmanismail.com
Alan E. Littmann (*pro hac vice*)
alittmann@goldmanismail.com
Douglas Jordan Winnard (SBN 275420)
dwinnard@goldmanismail.com
Shaun Zhang (*pro hac vice*)
szhang@goldmanismail.com.com
Jennifer M. Hartjes (*pro hac vice*)
jhartjes@goldmanismail.com
Kurt A. Holtzman (*pro hac vice*)
kholtzman@goldmanismail.com
Xaviere N. Giroud (*pro hac vice*)
xgiroud@goldmanismail.com

4

JOINT STIPULATION TO CONTINUE HEARING DATE AND CERTAIN CLAIM CONSTRUCTION DEADLINES

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191

Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

James A. Shimota *(pro hac vice)*
jim.shimota@klgates.com
Jason A. Engel (*pro hac vice*)
jason.engel@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Facsimile: (312) 827-8000

Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

5

JOINT STIPULATION TO CONTINUE HEARING DATE AND CERTAIN CLAIM CONSTRUCTION DEADLINES

| | |
|---|---|
| Dated: March 29, 2024 | Respectfully submitted, |
| | By: */s/ Rose S. Lee* |
| | BITA RAHEBI (CA SBN 209351) |
| | brahebi@mofo.com |
| | ALEX S. YAP (CA SBN 241400) |
| | ayap@mofo.com |
| | ROSE S. LEE (CA SBN 294658) |
| | roselee@mofo.com |
| | **MORRISON & FOERSTER LLP** |
| | 707 Wilshire Boulevard, Suite 6000 |
| | Los Angeles, California 90017-3543 |
| | Telephone: (213) 892-5200 |
| | Facsimile: (213) 892-5454 |
| | |
| | RICHARD S.J. HUNG (CA SBN 197425) |
| | rhung@mofo.com |
| | **MORRISON & FOERSTER LLP** |
| | 425 Market Street, |
| | San Francisco, California 94105-2482 |
| | Palo Alto, California 94304-1018 |
| | Telephone: (415) 268-7000 |
| | Facsimile: (415) 268-7522 |
| | |
| | BRADLEY LUI (CA SBN 143088) |
| | blui@mofo.com |
| | **MORRISON & FOERSTER LLP** |
| | 2100 L Street, NW, Suite 900 |
| | Washington, DC 20037-1679 |
| | Telephone: (202) 887-1500 |
| | Facsimile: (202) 887-0763 |
| | |
| | *Attorneys for Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC* |
| Dated: March 29, 2024 | Respectfully submitted, |
| | By: */s/ Christopher S. Marchese* |

6

JOINT STIPULATION TO CONTINUE HEARING DATE AND CERTAIN CLAIM CONSTRUCTION DEADLINES

| | |
|---|---|
| 1 | Oliver Richards (SBN 310972) |
|  | orichards@fr.com |
| 2 | John-Paul Fryckman (SBN 317591) |
| 3 | fryckman@fr.com |
|  | **Fish & Richardson P.C.** |
| 4 | 12860 El Camino Real, Suite 400 |
| 5 | San Diego, CA 92130 |
|  | Tel: (858) 678-5070 |
| 6 | |
| 7 | Christopher S. Marchese (SBN 170239) |
|  | marchese@fr.com |
| 8 | Tyler R. Train (SBN 318998) |
| 9 | train@fr.com |
|  | **Fish & Richardson P.C.** |
| 10 | 633 West Fifth Street, 26th Floor |
| 11 | Los Angeles, CA 90071 |
|  | Tel: (213) 533-4240 |
| 12 | |
| 13 | Adam R. Shartzer *(pro hac vice)* |
|  | shartzer@fr.com |
| 14 | Ruffin B. Cordell *(pro hac vice)* |
| 15 | cordell@fr.com |
|  | Richard A. Sterba *(pro hac vice)* |
| 16 | sterba@fr.com |
| 17 | Ralph A. Phillips *(pro hac vice)* |
|  | rphillips@fr.com |
| 18 | Michael J. Ballanco *(pro hac vice)* |
| 19 | ballanco@fr.com |
|  | Taylor C. Burgener (SBN 348769) |
| 20 | burgener@fr.com |
| 21 | **FISH & RICHARDSON P.C.** |
|  | 1000 Maine Ave., SW, Suite 1000 |
| 22 | Washington, DC 20024 |
| 23 | Tel: (202) 783-5070 |
| 24 | |
|  | David M. Barkan (SBN 160825) |
| 25 | barkan@fr.com |
|  | **FISH & RICHARDSON P.C.** |
| 26 | 500 Arguello Street, Suite 400 |
| 27 | Redwood City, CA 94063 |
|  | Tel: (650) 839-5070 |
| 28 | |

7

JOINT STIPULATION TO CONTINUE HEARING DATE AND CERTAIN
CLAIM CONSTRUCTION DEADLINES

|    |                          |                                                 |
|----|--------------------------|-------------------------------------------------|
| 1  |                          | Ashley A. Bolt (*pro hac vice*)                 |
| 2  |                          | bolt@fr.com                                     |
|    |                          | **FISH & RICHARDSON P.C.**                      |
| 3  |                          | 1180 Peachtree Street NE, 21st Floor            |
| 4  |                          | Atlanta, GA 30309                               |
|    |                          | Tel: (404) 892-5005                             |
| 5  |                          |                                                 |
| 6  |                          | Aaron P. Pirouznia (*pro hac vice*)             |
|    |                          | pirouznia@fr.com                                |
| 7  |                          | **FISH & RICHARDSON P.C.**                      |
| 8  |                          | 1717 Main Street, Suite 5000                    |
|    |                          | Dallas, TX 75201                                |
| 9  |                          | Tel: (214) 292-4073                             |
| 10 |                          | Fax: (214) 747-2091                             |
| 11 |                          | *Attorneys for Defendants*                      |
|    |                          | *DISH Network Corporation, et al.*              |
| 12 |                          |                                                 |
| 13 | Dated: March 29, 2024    | Respectfully submitted,                         |
| 14 |                          |                                                 |
|    |                          | By: */s/ David S. Frist*                        |
| 15 |                          | David S. Frist (*pro hac vice*)                 |
| 16 |                          | david.frist@alston.com                          |
|    |                          | **ALSTON & BIRD LLP**                           |
| 17 |                          | 1201 West Peachtree Street, Suite 4900          |
| 18 |                          | Atlanta, GA 30309                               |
|    |                          | Telephone: 404-881-7000                         |
| 19 |                          | Facsimile: 404-881-7777                         |
| 20 |                          |                                                 |
|    |                          | Theodore Stevenson, III (*pro hac vice*)        |
| 21 |                          | ted.stevenson@alston.com                        |
| 22 |                          | **ALSTON & BIRD LLP**                           |
|    |                          | Chase Tower                                     |
| 23 |                          | 2200 Ross Avenue, Suite 2300                    |
| 24 |                          | Dallas, TX 75201                                |
|    |                          | Telephone: 214-922-3400                         |
| 25 |                          | Facsimile: 214-922-3899                         |
| 26 |                          |                                                 |
|    |                          | Yuri Mikulka (SBN 185926)                       |
| 27 |                          | yuri.mikulka@alston.com                         |
| 28 |                          | Rachel E. K. Lowe (SBN 246361)                  |

8

JOINT STIPULATION TO CONTINUE HEARING DATE AND CERTAIN
CLAIM CONSTRUCTION DEADLINES

|   |   |
|---|---|
| | rachel.lowe@alston.com |
| | **ALSTON & BIRD LLP** |
| | 333 S. Hope Street, 16th Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 576-1000 |
| | Facsimile: (213) 576-1100 |
| | |
| | *Attorneys for Defendants* |
| | *DIRECTV and AT&T* |
| Dated: March 29, 2024 | Respectfully submitted, |
| | By:  /s/ *April Isaacson* |
| | April E. Isaacson (SBN 180638) |
| | aisaacson@kilpatricktownsend.com |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | Two Embarcadero Center, Suite 1900 |
| | San Francisco CA 94111 |
| | (415) 273 8306 |
| | |
| | Sarah Y. Kamran (SBN 347617) |
| | skamran@kilpatricktownsend.com |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | 1801 Century Park East, Suite 2300 |
| | Los Angeles CA 90067 |
| | (310) 777 3733 |
| | |
| | Mitchell G. Stockwell (*pro hac vice*) |
| | mstockwell@kilpatricktownsend.com |
| | Vaibhav P. Kadaba (*pro hac vice*) |
| | wkadaba@kilpatricktownsend.com |
| | Michael J. Turton (*pro hac vice*) |
| | mturton@kilpatricktownsend.com |
| | Courtney S. Dabbiere (*pro hac vice*) |
| | cdabbiere@kilpatricktownsend.com |
| | Christopher S. Leah (*pro hac vice*) |
| | cleah@kilpatricktownsend.com |
| | Andrew N. Saul (*pro hac vice*) |
| | asaul@kilpatricktownsend.com |

9

JOINT STIPULATION TO CONTINUE HEARING DATE AND CERTAIN CLAIM CONSTRUCTION DEADLINES

| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | 1100 Peachtree Street, NE, Suite 2800 |
| 3 | Atlanta GA 30309 |
| 4 | (404) 815 6500 |
| 5 | *Attorneys for Defendants* |
| 6 | *Cox Communications, Inc., et al.* |
| 7 | Dated: March 29, 2024           Respectfully submitted, |
| 8 | By: */s/ Krishnan Padmanabhan* |
| 9 | Krishnan Padmanabhan |
| 10 | Winston and Strawn LLP |
| 11 | 200 Park Avenue |
| 12 | New York, NY 10166 |
| 13 | 212-294-6700 |
| | Fax: 212-294-4700 |
| | Email: kpadmanabhan@winston.com |
| 14 | |
| 15 | Brian E. Ferguson (*pro hac vice*) |
| 16 | Winston and Strawn LLP |
| 17 | 1901 L Street NW |
| 18 | Washington, DC 20036 |
| | 202-282-5000 |
| | Fax: 202-282-5100 |
| | Email: beferguson@winston.com |
| 19 | |
| 20 | Diana Hughes Leiden |
| 21 | Winston and Strawn LLP |
| 22 | 333 South Grand Avenue 38th Floor |
| 23 | Los Angeles, CA 90071-1543 |
| | 213-615-1700 |
| | Fax: 213-615-1750 |
| 24 | Email: dhleiden@winston.com |
| 25 | Saranya Raghavan (*pro hac vice*) |
| 26 | Winston and Strawn LLP |
| 27 | 35 West Wacker Drive |
| 28 | Chicago, IL 60601 |
| | 312-558-5600 |

10

JOINT STIPULATION TO CONTINUE HEARING DATE AND CERTAIN CLAIM CONSTRUCTION DEADLINES

1
2   Fax: 312-558-5700
    Email: sraghavan@winston.com
3
    *Attorneys for Defendants*
4   *Comcast Cable Communications, LLC;*
    *Comcast Cable Communications*
5   *Management, LLC; and*
    *Comcast Corporation*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO CONTINUE HEARING DATE AND CERTAIN
CLAIM CONSTRUCTION DEADLINES

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Douglas Jordan Winnard, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: March 29, 2024        */s/ Douglas Jordan Winnard*
Douglas Jordan Winnard
dwinnard@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191