# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER ON STIPULATION REQUESTING CONTINUANCE OF HEARING ON DISH'S MOTION FOR EXTENSION OF CLAIM CONSTRUCTION SCHEDULE (DE 401) AND TO CONTINUE CERTAIN CLAIM CONSTRUCTION DEADLINES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>        Defendants. | Current Hearing Date<br>Hearing Date:    April 5, 2024<br>Hearing Time:   9:00 a.m.<br>Courtroom:         9 D<br><br>Proposed New Hearing Date<br>Hearing Date:    April 12, 2024<br>Hearing Time:   9:00 a.m.<br>Courtroom:         9 D |

[PROPOSED] ORDER

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST, *et al.*, |
| 6 | Defendants. |
| 7 | |
| 8 | ENTROPIC COMMUNICATIONS, LLC, |
| 9 | Plaintiff, |
| 10 | v. |
| 11 | DIRECTV, LLC, *et al.*, |
| 12 | Defendants. |

2

[PROPOSED] ORDER

After full consideration of the Joint Stipulation to Request Continuance of the Hearing on Defendants DISH Network Corporation, DISH Network LLC, Dish Network Service LLC and Dish Network California Service Corporation's (collectively, "DISH") Motion for Extension of Claim Construction Schedule (DE 401) and Certain Claim Construction Deadlines, and good cause appearing, it is hereby ORDERED as follows:

The hearing on DISH's Motion for Extension of Claim Construction Schedule (DE 401) is continued from Friday, April 5, 2024, at 9:00 a.m. to **Friday, April 12, 2024, at 9:00 a.m.**

The deadline for Entropic and Defendants' exchange of terms proposed for construction shall be continued from April 5, 2024 to **April 12, 2024**.

The deadline for Entropic and Defendants' exchange of proposed constructions shall be continued from May 3, 2024 to **May 10, 2024**.

The deadline for Entropic and Defendants to file the Joint Claim Construction Chart and Prehearing Statement, including expert declarations, shall be continued from May 31, 2024 to **June 7, 2024**.

**IT IS SO ORDERED.**

Dated: _____            _____

Honorable John W. Holcomb
United States District Judge

[PROPOSED] ORDER