# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**ORDER ON STIPULATION REQUESTING CONTINUANCE OF HEARING ON DISH'S MOTION FOR EXTENSION OF CLAIM CONSTRUCTION SCHEDULE (DE 401) AND TO CONTINUE CERTAIN CLAIM CONSTRUCTION DEADLINES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　Defendants. | Current Hearing Date<br>Hearing Date:　April 5, 2024<br>Hearing Time:　9:00 a.m.<br>Courtroom:　　9 D<br><br>Proposed New Hearing Date<br>Hearing Date:　April 12, 2024<br>Hearing Time:　9:00 a.m.<br>Courtroom:　　9 D |

ORDER

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | DIRECTV, LLC, *et al.*, |
| 11 | Defendants. |

After full consideration of the Joint Stipulation to Request Continuance of the Hearing on Defendants DISH Network Corporation, DISH Network LLC, Dish Network Service LLC and Dish Network California Service Corporation's (collectively, "DISH") Motion for Extension of Claim Construction Schedule (DE 401) and Certain Claim Construction Deadlines, and good cause appearing, it is hereby **ORDERED** as follows:

1. The hearing on DISH's Motion for Extension of Claim Construction Schedule (DE 401) is **CONTINUED** from Friday, April 5, 2024, at 9:00 a.m. to Friday, April 19, 2024, at 9:00 a.m.

2. The deadline for Entropic and Defendants' exchange of terms proposed for construction is **CONTINUED** from April 5, 2024, to April 12, 2024.

3. The deadline for Entropic and Defendants' exchange of proposed constructions is **CONTINUED** from May 3, 2024, to May 10, 2024.

4. The deadline for Entropic and Defendants to file the Joint Claim Construction Chart and Prehearing Statement, including expert declarations, is **CONTINUED** from May 31, 2024, to June 7, 2024.

**IT IS SO ORDERED.**

Dated: April 1, 2024

Honorable John W. Holcomb
United States District Judge