Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Signature Page*

Attorneys for Defendants and Counter-Claimants
DISH Network Corporation, et al.

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>      Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DEFENDANTS DISH NETWORK CORPORATION, ET AL.'S NOTICE OF HEARING DEMONSTRATIVES**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br>Discovery Special Master: David Keyzer |

DISH NETWORK CORPORATION;
DISH NETWORK L.L.C.; DISH
NETWORK SERVICE L.L.C.; DISH
NETWORK CALIFORNIA SERVICE
CORPORATION; AND DISH
TECHNOLOGIES L.L.C.,

                Counter-Claimants,

v.

ENTROPIC COMMUNICATIONS,
LLC; MAXLINEAR, INC.; AND
MAXLINEAR COMMUNICATIONS
LLC,

                Counter-Defendants.

1         Defendants DISH Network Corporation, DISH Network L.L.C., Dish Network
2 Service L.L.C., and Dish Network California Service Corporation and DISH
3 Technologies L.L.C. (collectively, "Counter-Claimants" and "DISH") hereby give
4 notice of the filing and service of an electronic copy of DISH's non-confidential
5 demonstrative presentation slides, attached hereto as Exhibit A, that DISH intends to
6 use at the April 11, 2024 hearing set by the Special Master, pursuant to Special Master
7 Order No. SM-18.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISH'S NOTICE OF HEARING DEMONSTRATIVES
Case No. 2:23-cv-1043-JWH-KES

Dated:  April 10, 2024            FISH & RICHARDSON P.C.


By: */s/ Christopher S. Marchese*
    Christopher S. Marchese (SBN 170239)
    marchese@fr.com
    Tyler R. Train (SBN 318998)
    train@fr.com
    633 West Fifth Street, 26th Floor
    Los Angeles, CA 90071
    Tel: (213) 533-4240

    Adam R. Shartzer *(pro hac vice)*
    Ruffin B. Cordell *(pro hac vice)*
    cordell@fr.com
    Richard A. Sterba *(pro hac vice)*
    sterba@fr.com
    Ralph A. Phillips *(pro hac vice)*
    rphillips@fr.com
    shartzer@fr.com
    Michael J. Ballanco *(pro hac vice)*
    ballanco@fr.com
    Taylor C. Burgener (SBN 348769)
    burgener@fr.com
    FISH & RICHARDSON P.C.
    1000 Maine Ave., SW, Suite 1000
    Washington, DC 20024
    Tel: (202) 783-5070

    David M. Barkan (SBN 160825)
    barkan@fr.com
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 400
    Redwood City, CA 94063
    Tel: (650) 839-5070

    Ashley A. Bolt *(pro hac vice)*
    bolt@fr.com
    FISH & RICHARDSON P.C.
    1180 Peachtree Street NE, 21st Floor
    Atlanta, GA 30309
    Tel: (404) 892-5005

    Aaron P. Pirouznia *(pro hac vice)*
    pirouznia@fr.com
    FISH & RICHARDSON P.C.
    1717 Main Street, Suite 5000
    Dallas, TX 75201

Tel: (214) 292-4073
Fax: (214) 747-2091

Oliver Richards (SBN 310972)
orichards@fr.com
John-Paul Fryckman (SBN 317591)
fryckman@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

Attorneys for Defendants and Counter-Claimants DISH Network Corporation, et al.