DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>          Plaintiff,<br><br>     v.<br><br>DISH NETWORK CORPORATION,<br>DISH NETWORK LLC, and DISH<br>NETWORK SERVICE LLC,<br>          Defendants.<br>_____<br><br>ENTROPIC COMMUNICATIONS, LLC,<br>          Plaintiff,<br><br>     v.<br><br>COX COMMUNICATIONS, INC.,<br>COXCOM, LLC, and COX<br>COMMUNICATIONS CALIFORNIA,<br>LLC,<br>          Defendants. | Case No. 2:23-cv-01043-JWH-KES<br>     LEAD CASE<br><br>Case No. 2:23-cv-01049-JWH-KES<br>     LEAD CASE<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br><br>**NOTICE OF**<br><br>**SPECIAL MASTER MINUTES** |

NOTICE OF SPECIAL MASTER MINUTES - 1

Pursuant to authority provided by the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt. 74; No. 2:23-CV-1049, Dkt. 62), and further pursuant to the Court's February 9, 2024 Order Referring Matters to Special Master (-1043, Dkt. 343; -1049, Dkt. 240), and the Court's March 26, 2024 Order Referring Matters to Special Master (-1043, Dkt. 431), the Special Master attaches hereto the Special Master Minutes for a motion hearing held on April 11, 2024.

Dated: April 11, 2024        By: /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master