DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, et al.,<br>　　　　Defendants.<br>_____<br><br>ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC,<br>　　　　Defendants. | Case No. 2:23-cv-01043-JWH-KES<br>　　LEAD CASE<br><br>Case No. 2:23-cv-01049-JWH-KES<br>　　LEAD CASE<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br>**SPECIAL MASTER MINUTES** |

SPECIAL MASTER MINUTES - 1

1   Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2   Special Master for Discovery Purposes (No. 2:23-CV-1043, Dkt. 74; No. 2:23-CV-1049,
3   Dkt. 62), and further pursuant to the Court's February 9, 2024 Order Referring Matters to
4   Special Master (-1043, Dkt. 343; -1049, Dkt. 240), and the Court's March 26, 2024 Order
5   Referring Matters to Special Master (-1043, Dkt. 431), the Special Master held a motion
6   hearing on April 11, 2024.  The parties appeared as follows:

| Present for Plaintiff and Counter-Defendants | Present for Defendants | Reporter |
|---|---|---|
| **Entropic**<br>Doug Winnard<br>Michael Pieja<br><br>**MaxLinear**<br>Bita Rahebi<br>Richard Hung<br>Bradley Lui<br>Zach Quinlan | **Cox**<br>Mitchell Stockwell<br>April Isaacson<br>Courtney Dabbiere<br>Chris Leah<br>Sarah Kamran<br><br>**DISH**<br>Chris Marchese<br>David Barkan<br>Oliver Richards<br>Tyler Train<br><br>**Comcast**<br>Krishnan Padmanabhan<br>Saranya Raghavan<br><br>**DIRECTV**<br>Ted Stevenson<br>David Frist | Lena Mescall |

The Special Master convened the hearing by videoconference on April 11, 2024, at 9:45 A.M. Pacific Time and heard arguments by Doug Winnard on behalf of Entropic, by

1  Bita Rahebi and Richard Hung on behalf of MaxLinear, by Mitchell Stockwell and April
2  Isaacson on behalf of Cox, and by Chris Marchese and Oliver Richards on behalf of
3  DISH.  The Special Master took recesses from 10:56 A.M. to 11:03 A.M., 12:15 P.M. to
4  12:25 P.M., and 1:58 P.M. to 2:14 P.M.  The Special Master took the motions under
5  submission and adjourned the hearing at 3:40 P.M.

Dated: April 11, 2024       By: _____
                                David M. Keyzer
                                Special Master