Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(*Additional counsel listed in signature block*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**STIPULATION TO CONTINUE CERTAIN CLAIM CONSTRUCTION DEADLINES; [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | |

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | |
| 9 | Plaintiff, |
| 10 | v. |
| 11 | DIRECTV, LLC, *et al.*, |
| 12 | Defendants. |

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants AT&T Services, Inc.; DIRECTV, LLC; CoxCom, LLC; Cox Communications California, LLC; Cox Communications, Inc.; Dish Network California Service Corporation; DISH Network Corporation; DISH Network L.L.C.; DISH Network Service L.L.C.; Comcast Cable Communications, LLC; Comcast Cable Communications Management, LLC; and Comcast Corporation (collectively, "Defendants") hereby submit the following Stipulation and Proposed Order to Continue Certain Claim Construction Deadlines with reference to the following facts:

WHEREAS, on April 3, 2024, the Court entered an order modifying the Scheduling Order with respect to the deadlines for the filing of *Markman* briefing. (Dkt. 438 at 7.) Thereafter, counsel for the Parties conferred regarding the claim construction schedule, as well as the schedule regarding updates to Defendants' invalidity contentions.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The deadline to exchange proposed constructions shall be continued from May 10, 2024 to **May 31, 2024**.

2. The deadline to file the Joint Claim Construction Chart and Prehearing Statement, including expert declarations, shall be continued from June 7, 2024 to **June 28, 2024**.

3. The deadline for the Completion of Claim Discovery shall be continued from June 21, 2024 to **July 12, 2024**.

4. This request to extend the above-listed claim construction deadlines is not submitted for the purpose of delay and no other deadlines will be affected by this extension. In particular, the claim construction briefing deadlines and the September 17, 2024, claim construction hearing date will not be changed.

| | | |
|---|---|---|
| 1 | Dated: April 30, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By:  /s/ Douglas Jordan Winnard |
| | | Michael T. Pieja (SBN 250351) |
| 4 | | mpieja@goldmanismail.com |
| | | Alan E. Littmann (*pro hac vice*) |
| 5 | | alittmann@goldmanismail.com |
| 6 | | Douglas Jordan Winnard (SBN 275420) |
| | | dwinnard@goldmanismail.com |
| 7 | | Shaun Zhang (*pro hac vice*) |
| | | szhang@goldmanismail.com.com |
| 8 | | Jennifer M. Hartjes (*pro hac vice*) |
| 9 | | jhartjes@goldmanismail.com |
| | | Kurt A. Holtzman (*pro hac vice*) |
| 10 | | kholtzman@goldmanismail.com |
| 11 | | Xaviere N. Giroud (*pro hac vice*) |
| | | xgiroud@goldmanismail.com |
| 12 | | **GOLDMAN ISMAIL TOMASELLI** |
| 13 | | **BRENNAN & BAUM LLP** |
| | | 200 South Wacker Dr., 22nd Floor |
| 14 | | Chicago, IL 60606 |
| 15 | | Tel: (312) 681-6000 |
| | | Fax: (312) 881-5191 |
| 16 | | |
| 17 | | Christina Goodrich (SBN 261722) |
| | | christina.goodrich@klgates.com |
| 18 | | Cassidy T. Young (SBN 342891) |
| 19 | | cassidy.young@klgates.com |
| | | Rachel Berman (SBN 352237) |
| 20 | | rachel.berman@klgates.com |
| 21 | | **K&L GATES LLP** |
| | | 10100 Santa Monica Boulevard |
| 22 | | Eighth Floor |
| 23 | | Los Angeles, CA 90067 |
| | | Telephone: +1 310 552 5000 |
| 24 | | Facsimile: +1 310 552 5001 |
| 25 | | |
| | | James A. Shimota *(pro hac vice)* |
| 26 | | jim.shimota@klgates.com |
| 27 | | Jason A. Engel (*pro hac vice*) |
| | | jason.engel@klgates.com |
| 28 | | **K&L GATES LLP** |

4

STIPULATION TO CONTINUE
CERTAIN CLAIM CONSTRUCTION DEADLINES

|     |                        |                                                          |
| --- | ---------------------- | -------------------------------------------------------- |
| 1   |                        | 70 W. Madison Street, Suite 3300                         |
| 2   |                        | Chicago, IL 60602                                        |
|     |                        | Tel.: (312) 372-1121                                     |
| 3   |                        | Facsimile: (312) 827-8000                                |
| 4   |                        | Peter E. Soskin (SBN 280347)                             |
| 5   |                        | peter.soskin@klgates.com                                 |
|     |                        | **K&L GATES LLP**                                        |
| 6   |                        | Four Embarcadero Center, Suite 1200                      |
| 7   |                        | San Francisco, CA 94111                                  |
|     |                        | Telephone: (415) 882-8200                                |
| 8   |                        | Facsimile: (415) 882-8220                                |
| 9   |                        | *Attorneys for Plaintiff*                                |
| 10  |                        | *Entropic Communications, LLC*                           |
| 11  |                        |                                                          |
| 12  | Dated: April 30, 2024  | Respectfully submitted,                                  |
| 13  |                        |                                                          |
| 14  |                        | By:  */s/ Richard A. Sterba*                             |
|     |                        | Oliver Richards (SBN 310972)                             |
| 15  |                        | orichards@fr.com                                         |
| 16  |                        | John-Paul Fryckman (SBN 317591)                          |
|     |                        | fryckman@fr.com                                          |
| 17  |                        | **Fish & Richardson P.C.**                               |
| 18  |                        | 12860 El Camino Real, Suite 400                          |
|     |                        | San Diego, CA 92130                                      |
| 19  |                        | Tel: (858) 678-5070                                      |
| 20  |                        | Christopher S. Marchese (SBN 170239)                     |
| 21  |                        | marchese@fr.com                                          |
|     |                        | Tyler R. Train (SBN 318998)                              |
| 22  |                        | train@fr.com                                             |
| 23  |                        | **Fish & Richardson P.C.**                               |
|     |                        | 633 West Fifth Street, 26th Floor                        |
| 24  |                        | Los Angeles, CA 90071                                    |
| 25  |                        | Tel: (213) 533-4240                                      |
| 26  |                        | Adam R. Shartzer (*pro hac vice*)                        |
| 27  |                        | shartzer@fr.com                                          |
|     |                        | Ruffin B. Cordell (*pro hac vice*)                       |
| 28  |                        | cordell@fr.com                                           |

STIPULATION TO CONTINUE
CERTAIN CLAIM CONSTRUCTION DEADLINES

|   |   |
|---|---|
| 1 | Richard A. Sterba (*pro hac vice*) |
|   | sterba@fr.com |
| 2 | Ralph A. Phillips (*pro hac vice*) |
| 3 | rphillips@fr.com |
|   | Michael J. Ballanco (*pro hac vice*) |
| 4 | ballanco@fr.com |
| 5 | Taylor C. Burgener (SBN 348769) |
|   | burgener@fr.com |
| 6 | **FISH & RICHARDSON P.C.** |
| 7 | 1000 Maine Ave., SW, Suite 1000 |
|   | Washington, DC 20024 |
| 8 | Tel: (202) 783-5070 |
| 9 |   |
|   | David M. Barkan (SBN 160825) |
| 10 | barkan@fr.com |
| 11 | **FISH & RICHARDSON P.C.** |
|   | 500 Arguello Street, Suite 400 |
| 12 | Redwood City, CA 94063 |
| 13 | Tel: (650) 839-5070 |
| 14 | Ashley A. Bolt (*pro hac vice*) |
| 15 | bolt@fr.com |
|   | **FISH & RICHARDSON P.C.** |
| 16 | 1180 Peachtree Street NE, 21st Floor |
| 17 | Atlanta, GA 30309 |
|   | Tel: (404) 892-5005 |
| 18 |   |
| 19 | Aaron P. Pirouznia (*pro hac vice*) |
|   | pirouznia@fr.com |
| 20 | **FISH & RICHARDSON P.C.** |
| 21 | 1717 Main Street, Suite 5000 |
|   | Dallas, TX 75201 |
| 22 | Tel: (214) 292-4073 |
| 23 | Fax: (214) 747-2091 |
| 24 | *Attorneys for Defendants* |
|   | *DISH Network Corporation, et al.* |
| 25 |   |
| 26 | Dated: April 30, 2024    Respectfully submitted, |
| 27 | By: */s/ David S. Frist* |
| 28 | David S. Frist (*pro hac vice*) |
|   | david.frist@alston.com |

| | |
|---|---|
| | **ALSTON & BIRD LLP** |
| | 1201 West Peachtree Street, Suite 4900 |
| | Atlanta, GA 30309 |
| | Telephone: 404-881-7000 |
| | Facsimile: 404-881-7777 |
| | |
| | Theodore Stevenson, III (*pro hac vice*) |
| | ted.stevenson@alston.com |
| | **ALSTON & BIRD LLP** |
| | Chase Tower |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas, TX 75201 |
| | Telephone: 214-922-3400 |
| | Facsimile: 214-922-3899 |
| | |
| | Yuri Mikulka (SBN 185926) |
| | yuri.mikulka@alston.com |
| | Rachel E. K. Lowe (SBN 246361) |
| | rachel.lowe@alston.com |
| | **ALSTON & BIRD LLP** |
| | 333 S. Hope Street, 16th Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 576-1000 |
| | Facsimile: (213) 576-1100 |
| | |
| | *Attorneys for Defendants* |
| | *DIRECTV and AT&T* |
| Dated: April 30, 2024 | Respectfully submitted, |
| | |
| | By:  /s/ *April E. Isaacson* |
| | April E. Isaacson (SBN 180638) |
| | aisaacson@kilpatricktownsend.com |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | Two Embarcadero Center, Suite 1900 |
| | San Francisco CA 94111 |
| | (415) 273-8306 |
| | |
| | Sarah Y. Kamran (SBN 347617) |
| | skamran@kilpatricktownsend.com |
| | KILPATRICK TOWNSEND & STOCKTON LLP |

7

STIPULATION TO CONTINUE
CERTAIN CLAIM CONSTRUCTION DEADLINES

|   |   |   |
|---|---|---|
| 1 |  | 1801 Century Park East, Suite 2300 |
| 2 |  | Los Angeles CA 90067 |
|   |  | (310) 777-3733 |
| 3 |  |   |
| 4 |  | Mitchell G. Stockwell (*pro hac vice*) |
|   |  | mstockwell@kilpatricktownsend.com |
| 5 |  | Vaibhav P. Kadaba (*pro hac vice*) |
|   |  | wkadaba@kilpatricktownsend.com |
| 6 |  | Michael J. Turton (*pro hac vice*) |
| 7 |  | mturton@kilpatricktownsend.com |
|   |  | Courtney S. Dabbiere (*pro hac vice*) |
| 8 |  | cdabbiere@kilpatricktownsend.com |
| 9 |  | Christopher S. Leah (*pro hac vice*) |
|   |  | cleah@kilpatricktownsend.com |
| 10 |  | Andrew N. Saul (*pro hac vice*) |
| 11 |  | asaul@kilpatricktownsend.com |
|   |  | KILPATRICK TOWNSEND & |
| 12 |  | STOCKTON LLP |
| 13 |  | 1100 Peachtree Street, NE, Suite 2800 |
|   |  | Atlanta GA 30309 |
| 14 |  | (404) 815-6500 |
| 15 |  |   |
|   |  | *Attorneys for Defendants* |
| 16 |  | *Cox Communications, Inc., et al.* |
| 17 | Dated: April 30, 2024 | Respectfully submitted, |
| 18 |  |   |
|   |  | By:  */s/ Krishnan Padmanabhan* |
| 19 |  | Krishnan Padmanabhan |
| 20 |  | Winston and Strawn LLP |
|   |  | 200 Park Avenue |
| 21 |  | New York, NY 10166 |
| 22 |  | 212-294-6700 |
|   |  | Fax: 212-294-4700 |
| 23 |  | Email: kpadmanabhan@winston.com |
| 24 |  |   |
|   |  | Brian E. Ferguson (*pro hac vice*) |
| 25 |  | Winston and Strawn LLP |
| 26 |  | 1901 L Street NW |
|   |  | Washington, DC 20036 |
| 27 |  | 202-282-5000 |
| 28 |  | Fax: 202-282-5100 |

8

STIPULATION TO CONTINUE
CERTAIN CLAIM CONSTRUCTION DEADLINES

Email: beferguson@winston.com

Diana Hughes Leiden
Winston and Strawn LLP
333 South Grand Avenue 38th Floor
Los Angeles, CA 90071-1543
213-615-1700
Fax: 213-615-1750
Email: dhleiden@winston.com

Saranya Raghavan (*pro hac vice*)
Winston and Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
312-558-5600
Fax: 312-558-5700
Email: sraghavan@winston.com

Louis Campbell
Winston and Strawn LLP
255 Shoreline Dr
Suite 520
Redwood City, CA 94065
650-858-6500
Fax: 650-858-6400
Email: llcampbell@winston.com

DAVIS POLK & WARDWELL LLP
Ashok Ramani (SBN 200020)
David J. Lisson (SBN 250994)
Micah G. Block (SBN 270712)
1600 El Camino Real
Menlo Park, CA 94025
Tel:     (650) 752-2000
Fax:     (650) 752-2111
ashok.ramani@davispolk.com
david.lisson@davispolk.com
micah.block@davispolk.com

*Attorneys for Defendants*
*Comcast Cable Communications, LLC;*
*Comcast Cable Communications*

9

STIPULATION TO CONTINUE
CERTAIN CLAIM CONSTRUCTION DEADLINES

*Management, LLC; and Comcast Corporation*

STIPULATION TO CONTINUE
CERTAIN CLAIM CONSTRUCTION DEADLINES

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Douglas Jordan Winnard, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: April 30, 2024

/s/ *Douglas Jordan Winnard*
Douglas Jordan Winnard
dwinnard@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191