**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE CERTAIN CLAIM CONSTRUCTION DEADLINES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　Defendants. | |

[PROPOSED] ORDER

1 | ENTROPIC COMMUNICATIONS, LLC,
2 |
3 |             Plaintiff,
4 | v.
5 | COMCAST, *et al.*,
6 |             Defendants.
7 |
8 | ENTROPIC COMMUNICATIONS, LLC,
9 |             Plaintiff,
10 | v.
11 | DIRECTV, LLC, *et al.*,
12 |             Defendants.

[PROPOSED] ORDER

After full consideration of the Stipulation to Continue Certain Claim Construction Deadlines, and good cause appearing, it is hereby ORDERED as follows:

The deadline to exchange proposed constructions shall be continued from May 10, 2024 to **May 31, 2024**.

The deadline to file the Joint Claim Construction Chart and Prehearing Statement, including expert declarations, shall be continued from June 7, 2024 to **June 28, 2024**.

The deadline for the Completion of Claim Discovery shall be continued from June 21, 2024 to **July 12, 2024**.

**IT IS SO ORDERED.**

Dated: _____    _____
Honorable John W. Holcomb
United States District Judge