| | |
|---|---|
| 1 | DAVID M. KEYZER (SB# 248585) |
|   | david@keyzerlaw.com |
| 2 | LAW OFFICE OF DAVID KEYZER, P.C. |
|   | 5170 Golden Foothill Parkway |
| 3 | El Dorado Hills, CA 95762 |
|   | Telephone: (916) 243-5259 |
| 4 | Facsimile: (916) 404-0436 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

ENTROPIC COMMUNICATIONS, LLC,
      Plaintiff,

v.

DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISH NETWORK SERVICE LLC,
      Defendants.
_____

ENTROPIC COMMUNICATIONS, LLC,
      Plaintiff,

v.

COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC,
      Defendants.

Case No. 2:23-cv-01043-JWH-KES
    LEAD CASE

Case No. 2:23-cv-01049-JWH-KES
    LEAD CASE

Hon. John W. Holcomb
Special Master David M. Keyzer

**NOTICE OF**

**SPECIAL MASTER MINUTES**

NOTICE OF SPECIAL MASTER MINUTES - 1

1     Pursuant to authority provided by the Court's July 5, 2023 Order Appointing

2 David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt.

3 74; No. 2:23-CV-1049, Dkt. 62), the Special Master attaches hereto the Special Master

4 Minutes for an informal status conference held on May 1, 2024.

7 Dated:   May 1, 2024        By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master