1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
9                  SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,    §
11          Plaintiff,               §   Case No. 2:23-cv-01043-JWH-KES
                                     §      LEAD CASE
                                     §
12        v.                         §   Case No. 2:23-cv-01049-JWH-KES
                                     §      LEAD CASE
13 DISH NETWORK CORPORATION,         §
   et al.,                           §
14         Defendants.               §   Hon. John W. Holcomb
   _____   §   Special Master David M. Keyzer
15                                   §
   ENTROPIC COMMUNICATIONS, LLC,    §
16          Plaintiff,               §
                                     §   **SPECIAL MASTER MINUTES**
17        v.                         §
                                     §
18 COX COMMUNICATIONS, INC., et al., §
            Defendants.              §
19                                   §
                                     §
20                                   §
                                     §

SPECIAL MASTER MINUTES - 1

1   Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2   Special Master for Discovery Purposes (No. 2:23-CV-1043, Dkt. 74; No. 2:23-CV-1049,
3   Dkt. 62), and pursuant to Special Master Order No. SM-17 (-1043, Dkt. 433-1, -1049,
4   Dkt. 291-1), the Special Master held an informal status conference regarding discovery
5   on May 1, 2024. The parties appeared as follows:

| Present for Plaintiff Entropic | Present for Comcast Defendants | Reporter |
|---|---|---|
| Nicholas Lenning<br>Courtney Neufeld | Krishnan Padmanabhan<br>Saranya Raghavan<br>Ashok Ramani | Teckla Clay-Pratt |

The Special Master convened the informal status conference by videoconference on May 1, 2024, at 10:00 A.M. Pacific Time, heard discussion by Nicholas Lenning on behalf of Plaintiff Entropic Communications, LLC and by Krishnan Padmanabhan on behalf of Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC, and adjourned at 10:24 A.M.

Dated: May 1, 2024          By: /s/ David Keyzer
                                David M. Keyzer
                                Special Master