**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　Defendants. | **ORDER GRANTING STIPULATION TO CONTINUE CERTAIN CLAIM CONSTRUCTION DEADLINES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST, *et al.*,<br><br>　　　　　Defendants. | |

ORDER

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | DIRECTV, LLC, *et al.*, |
| 6 | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

After full consideration of the Stipulation to Continue Certain Claim Construction Deadlines, and good cause appearing, it is hereby **ORDERED** as follows:

1. The deadline to exchange proposed constructions is **CONTINUED** from May 10, 2024, to May 31, 2024.

2. The deadline to file the Joint Claim Construction Chart and Prehearing Statement, including expert declarations, is **CONTINUED** from June 7, 2024, to June 28, 2024.

3. The deadline for the Completion of Claim Discovery is **CONTINUED** from June 21, 2024, to July 12, 2024.

**IT IS SO ORDERED.**

Dated: May 1, 2024

Honorable John W. Holcomb
United States District Judge