1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  Tyler R. Train (SBN 318998)
   train@fr.com
3  FISH & RICHARDSON P.C.
4  633 West Fifth Street, 26th Floor
   Los Angeles, CA 90071
5  Tel: (213) 533-4240 / Fax: (858) 678-5099

6  Adam R. Shartzer *(admitted pro hac vice)*
   shartzer@fr.com
7  Ruffin B. Cordell *(admitted pro hac vice)*
   cordell@fr.com
8  Richard A. Sterba *(admitted pro hac vice)*
   sterba@fr.com
9  Ralph A. Phillips *(admitted pro hac vice)*
10 rphillips@fr.com
   Michael J. Ballanco *(admitted pro hac vice)*
11 ballanco@fr.com
12 Taylor C. Burgener (SBN 348769)
   burgener@fr.com
13 FISH & RICHARDSON P.C.
14 1000 Maine Ave., SW, Suite 1000
   Washington, DC 20024
15 Tel: (202) 783-5070 / Fax: (202) 783-2331

16 *Additional Counsel Listed on Signature Page*

17 Attorneys for Defendants and Counter-Claimants
18 DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | **DEFENDANTS DISH NETWORK CORPORATION, ET AL.'S OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON THE MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024** |
| v. | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | |
| Defendants. | District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br>Discovery Special Master: David Keyzer |

| | |
|---|---|
| 1 | DISH NETWORK CORPORATION; |
| 2 | DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH |
| 3 | NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH |
| 4 | TECHNOLOGIES L.L.C., |
| 5 | |
| 6 | Counter-Claimants, |
| 7 | v. |
| 8 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND |
| 9 | MAXLINEAR COMMUNICATIONS LLC, |
| 10 | |
| 11 | Counter-Defendants. |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Counterclaimants DISH Network Corporation, et al. ("DISH") join the objections filed by Cox Communications, Inc., et al. ("Cox") concerning the disposition of DISH's and Cox's unjust enrichment claims. For the reasons stated in Section III.B of Cox's objections—filed today (D.I. 459-2)—DISH hereby objects to the Special Master's disposition of Count VII of its counterclaims (*see* Section VI.D of the R&R).

Dated: May 13, 2024                   FISH & RICHARDSON P.C.

By: */s/ Christopher S. Marchese*
Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240

Adam R. Shartzer *(pro hac vice)*
Ruffin B. Cordell *(pro hac vice)*
cordell@fr.com
Richard A. Sterba *(pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(pro hac vice)*
rphillips@fr.com
shartzer@fr.com
Michael J. Ballanco *(pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

David M. Barkan (SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Ashley A. Bolt *(pro hac vice)*
bolt@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Aaron P. Pirouznia (*pro hac vice*)
pirouznia@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

Oliver Richards (SBN 310972)
orichards@fr.com
John-Paul Fryckman (SBN 317591)
fryckman@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

Attorneys for Defendants and Counter-Claimants DISH Network Corporation, et al.