1  BITA RAHEBI (CA SBN 209351)
   BRahebi@mofo.com
2  ROSE S. LEE (CA SBN 294658)
   RoseLee@mofo.com
3  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
4  Los Angeles, California  90017-3543
   Telephone:  213.892.5200
5  Facsimile:  213.892.5454

6  [*Additional counsel on following page*]

7  Attorneys for Counter-Defendants,
   MAXLINEAR, INC. and MAXLINEAR
8  COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants.<br><hr>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES<br>Lead Case<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION TO FILE UNDER SEAL OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024**<br><br>Action Filed:  Feb. 10, 2023<br>Am. Counterclaims and Counterclaims Filed:  Jan. 31, 2024 |

1  Pursuant to Local Rule 79-5.2.2(a) and (b) governing documents to be filed under seal, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") hereby submit their Application for Leave to File Under Seal Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024 and March 26, 2024 ("Objection").

MaxLinear seeks leave to file under seal highlighted portions of MaxLinear's Objection that quote from or reference (1) Exhibit B (ECF No. 372) to MaxLinear's previously filed Request for Judicial Notice (ECF No. 360), and (2) portions of the Special Master's Report and Recommendation that have been filed under seal. The Court granted MaxLinear's application to file under seal Exhibit B (ECF No. 368).

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Portions of MaxLinear's Objection that quote from or reference (1) Exhibit B (ECF No. 372) to MaxLinear's previously filed Request for Judicial Notice (ECF No. 360) and (2) portions of the Special Master's Report and Recommendation that have been filed under seal. | 6:26-27; 9:18-19; 10:22-23; 10:26; 11:3-13; 11:18; 11:24-25; 12:3-4 |

Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., Dish Network California Service Corporation, and Dish Technologies, L.L.C. (collectively, "Dish") designated the document in Exhibit B as "Highly Confidential – Attorneys' Eyes Only" under the operative protective order (ECF No. 156). (Lanham Decl. ¶ 5.) Dish confirmed that it did not oppose filing the portions of the Objection under seal. (*Id.* ¶ 6.)

Pursuant to Local Rule 79-5.2.2(a) and (b), MaxLinear applies to file under seal the document listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the

1  information that should be closed to public inspection and is accompanied by: (1) a
2  declaration establishing good cause why the strong presumption of public access in
3  civil cases should be overcome and informing the Court whether anyone opposes
4  the Application; (2) a proposed order; (3) a redacted version of the relevant
5  documents; and (4) an unredacted version of the relevant documents.  MaxLinear
6  has complied with these requirements.  The information that MaxLinear seeks to
7  seal under Rule 79-5.2.2(a) is contained within a sealed Report and
8  Recommendation that quotes from or references a confidential agreement between
9  MaxLinear, Inc. and Entropic Communications, LLC.  The information that
10 MaxLinear seeks to seal under Rule 79-5.2.2(b) is contained in a confidential
11 agreement between EchoStar Technologies Corp. and a third-party entity, which
12 Dish has designated "Highly Confidential – Attorneys' Eyes Only" under the
13 operative protective Order (ECF No. 156) and which has been previously filed
14 under seal (ECF No. 372).  The public does not have an interest in accessing this
15 confidential information.  Additionally, MaxLinear's request is narrowly tailored to
16 only prevent the public from viewing confidential information.  Finally, Dish does
17 not oppose MaxLinear's under seal filing as to information Dish has designated as
18 Highly Confidential.

19      Therefore, compelling reasons exist to seal the highlighted portions of the
20 above documents.  *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020
21 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling
22 reasons exist to seal references . . . to Defendants' proprietary business records that
23 detail sensitive financial terms, proprietary business strategies, and confidential
24 negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL
25 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential
26 business information of the parties, including trade secrets, proprietary business
27 records, discussions of internal strategy, company dealings, and materials
28 designated as 'Highly Confidential'").

1   MaxLinear respectfully requests that this Court order the unredacted
2   document to be filed under seal.  Redacted and unredacted versions of the
3   Objection are filed herewith.
4   This Application is accompanied by a Declaration of John R. Lanham and a
5   Proposed Order.

| | | |
|---|---|---|
| 1 | Dated: May 13, 2024 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ John R. Lanham* |
| 4 | | John R. Lanham |
| 5 | | BITA RAHEBI (CA SBN 209351)<br>brahebi@mofo.com |
| 6 | | ALEX S. YAP (CA SBN 241400)<br>ayap@mofo.com |
| 7 | | ROSE S. LEE (CA SBN 294658)<br>roselee@mofo.com |
| 8 | | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000 |
| 9 | | Los Angeles, California 90017-3543 |
| 10 | | Telephone:   (213) 892-5200<br>Facsimile:   (213) 892-5454 |
| 11 | | RICHARD S.J. HUNG (CA SBN 197425) |
| 12 | | rhung@mofo.com<br>MORRISON & FOERSTER LLP |
| 13 | | 425 Market Street, |
| 14 | | San Francisco, California 94105-2482 |
| 15 | | Palo Alto, California 94304-1018<br>Telephone:   (415) 268-7000 |
| 16 | | Facsimile:   (415) 268-7522 |
| 17 | | BRADLEY LUI (CA SBN 143088)<br>blui@mofo.com |
| 18 | | MORRISON & FOERSTER llp<br>2100 L Street, NW, Suite 900 |
| 19 | | Washington, DC 20037-1679<br>Telephone:   (202) 887-1500 |
| 20 | | Facsimile:   (202) 887-0763 |
| 21 | | JOHN R. LANHAM (CA SBN 289382) |
| 22 | | jlanham@mofo.com<br>MORRISON & FOERSTER LLP |
| 23 | | 12531 High Bluff Drive, Suite 100<br>San Diego, California 92130-2040 |
| 24 | | Telephone:   (858) 720-5100<br>Facsimile:   (858) 720-5125 |
| 25 | | *Attorneys for Counter-Defendants* |
| 26 | | MAXLINEAR, INC. and<br>MAXLINEAR COMMUNIATONS |
| 27 | | LLC |
| 28 | | |