1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION TO FILE UNDER SEAL OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS** |
| v. | |
| DISH NETWORK CORPORATION, et al., | |
| Defendants. | |

DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,

      Counter-Claimants,

      v.

ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,

      Counter-Defendants.

1

Having considered Counter-Defendant MaxLinear, Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Application to File Under Seal Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024, and March 26, 2024 ("Objection"), the Court hereby orders that the following information should be sealed:

| Document to be sealed | Portions to be sealed (page:line(s)) |
| --- | --- |
| Portions of MaxLinear's Objection that quote from or reference (1) Exhibit B (ECF No. 372) to MaxLinear's previously filed Request for Judicial Notice (ECF No. 360) and (2) portions of the Special Master's Report and Recommendation that have been filed under seal. | 6:26-27; 9:18-19; 10:22-23; 10:26; 11:3-13; 11:18; 11:24-25; 12:3-4 |

**IT IS SO ORDERED**

Dated: _____, 2024

_____
John W. Holcomb
United States District Court Judge