| | |
|---|---|
| 1 | BITA RAHEBI (CA SBN 209351) |
|   | brahebi@mofo.com |
| 2 | ROSE S. LEE (CA SBN 294658) |
|   | roselee@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard, Suite 6000 |
| 4 | Los Angeles, California 90017-3543 |
|   | Telephone:  (213) 892-5200 |
| 5 | Facsimile:  (213) 892-5454 |
| 6 | [*Additional counsel on following page*] |
| 7 | Attorneys for Counter-Defendants, |
|   | MAXLINEAR, INC. and MAXLINEAR |
| 8 | COMMUNICATIONS LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01043-JWH-KES (Lead Case) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge: Hon. John W. Holcomb |
| DISH NETWORK CORPORATION, et al., | |
| Defendants, | |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C., | |
| Counter-Claimants, | |
| v. | |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | |
| Counter-Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017-3543. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on May 13, 2024, I served a copy of:

- **COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENTION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 [UNREDACTED]**

- **DECLARATION OF JOHN R. LANHAM IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION TO FILE UNDER SEAL OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

| | |
|---|---|
| **K&L GATES LLP**<br>Christina N. Goodrich<br>christina.goodrich@klgates.com<br>Cassidy Young<br>cassidy.young@klgates.com<br>Rachel Berman<br>Rachel.berman@klgates.com<br>10100 Santa Monica Boulevard, 8th Fl.<br>Los Angeles, CA 90067<br><br>James A. Shimota<br>jim.shimota@klgates.com<br>Kyle M. Kantarek<br>kyle.kantarek@klgates.com<br>70 West Madison Street, Suite 3100<br>Chicago, IL 60602<br><br>Peter E. Soskin | *Attorneys for Plaintiff and Counter-Defendant* ENTROPIC COMMUNICATIONS, LLC |

| | | |
|---|---|---|
| 1 | peter.soskin@klgates.com | |
| 2 | 4 Embarcadero Center, Suite 1200 | |
| 3 | San Francisco, CA 94111 | |
| 4 | **GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP** | |
| 5 | Jennifer M. Hartjes | |
| 6 | jhartjes@goldmanismail.com | |
| 7 | Kurt A. Holtzman | |
| 8 | kholtzman@goldmanismail.com | |
| 9 | Alan E. Littmann | |
| 10 | alittmann@goldmanismail.com | |
| 11 | Shu Zhang | |
| 12 | szhang@goldmanismail.com | |
| 13 | 200 South Wacker Drive | |
| 14 | Chicago, IL 60606 | |
| 15 | Tel: (312) 881-5191 | |
|  | **BRIDGES IP CONSULTING** | |
|  | Kenneth Bridges | |
|  | bridgesip@icloud.com | |
|  | 2113 19th Avenue S | |
|  | Nashville, TN 37212 | |
| 16 | **FISH & RICHARDSON P.C.** | *Attorneys for Defendants* |
| 17 | Christopher S. Marchese | DISH Network Corporation, |
| 18 | marchese@fr.com | DISH Network L.L.C., |
| 19 | 633 West Fifth Street, 26th Floor | DISH Network Service, |
| 20 | Los Angeles, CA 90071 | L.L.C., and |
| 21 | Tel: (213) 533-4240 | DISH Network California Service Corporation |
| 22 | Ashley A. Bolt | |
| 23 | bolt@fr.com | |
| 24 | 1180 Peachtree Street, NE, 21nd Floor | |
| 25 | Atlanta, GA 30309 | |
| 26 | Tel: 404-892-5005 | |
| 27 | David M. Barkan | |
| 28 | barkan@fr.com | |
|  | 500 Arguello Street Suite 400 | |
|  | Redwood City, CA 94063 | |
|  | Tel: 650-839-5070 | |
|  | Aaron P. Pirouznia | |
|  | pirouznia@fr.com | |

3

| | |
|---|---|
| 1717 Main Street, Suite 5000<br>Dallas, TX 75201<br><br>Oliver Richards<br>orichards@fr.com<br>12860 El Camino Real, Suite 400<br>San Diego, CA  92130<br><br>Adam R. Shartzer<br>Ruffin B. Cordell<br>cordell@fr.com<br>Richard A. Sterba<br>sterba@fr.com<br>Ralph A. Phillips<br>rphillips@fr.com<br>Michael J. Ballanco<br>ballanco@fr.com<br>Taylor C. Burgener<br>burgener@fr.com<br>1000 Maine Ave., SW, Suite 1000<br>Washington, DC 20024<br>Tel: (202) 783-5070 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this 13th day of May, 2024.

| | |
|---|---|
| ___MELISSA M. MENDOZA___<br>(typed) | _/s/ Melissa M. Mendoza_____<br>(signature) |

sf-5946150

4