BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

[Additional counsel on signature page]

Attorneys for Counter-Defendants,
MAXLINEAR, INC. AND MAXLINEAR
COMMUNICATIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>Judge: Hon. John W. Holcomb<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION TO FILE UNDER SEAL OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024**<br><br>Action Filed: Feb. 10, 2023<br>Am. Counterclaims Filed: Jan. 9, 2024 |

Pursuant to Local Rule 79-5.2.2(a) and (b) governing documents to be filed under seal, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") hereby submit their Application for Leave to File Under Seal Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024, and March 26, 2024 and Memorandum of Points and Authorities ("Objection").

MaxLinear seeks leave to file under seal highlighted portions of MaxLinear's Objection that quote from or reference (1) the membership agreement between Cox Communications, Inc. and the Multimedia over Coax Alliance, which Cox designated "Confidential," attached as Exhibit A (ECF No. 337) to MaxLinear's previously filed Request for Judicial Notice (ECF No. 323), and (2) portions of the Special Master's Report and Recommendation that have been filed under seal. The Court granted MaxLinear's motion to file Exhibit A under seal (ECF No. 333).

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Portions of MaxLinear's Objection that quote from or reference (1) Exhibit A (ECF No. 337) to MaxLinear's previously filed Request for Judicial Notice (ECF No. 323) and (2) portions of the Special Master's Report and Recommendation that have been filed under seal. | 6:24-25; 8:10-11; 8:13-14; 8:18-26; 9:1; 9:5-6; 9:23-24; 12:4-9; 12:12-14 |

Cox designated the document in Exhibit B as "Confidential" under the operative protective order (ECF No. 157). (Lanham Decl. ¶ 5.) Cox confirmed that it did not oppose filing the portions of the Objection under seal. (*Id*. ¶ 6.)

Pursuant to Local Rule 79-5.2.2(a) and (b), MaxLinear applies to file under seal the document listed above. Under Rule 79-5.2.2(a), a party may seek leave to

file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents.  MaxLinear has complied with these requirements.  The information that MaxLinear seeks to seal under Rule 79-5.2.2(a) is contained within a sealed Report and Recommendation that quotes from or references a confidential agreement between MaxLinear, Inc. and Entropic Communications, LLC.  The information that MaxLinear seeks to seal under Rule 79-5.2.2(b) is contained in a confidential agreement between Cox Communications, Inc. and a third-party entity, which Cox has designated "Confidential" under the operative protective Order (ECF No. 157) and which has been previously filed under seal (ECF No. 337).  The public does not have an interest in accessing this confidential information.  Additionally, MaxLinear's request is narrowly tailored to only prevent the public from viewing confidential information.  Finally, Cox does not oppose MaxLinear's under seal filing as to information Cox has designated as Confidential.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents.  *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

MaxLinear respectfully requests that this Court order the unredacted document to be filed under seal. Redacted and unredacted versions of the Objection are filed herewith.

This Application is accompanied by a Declaration of John R. Lanham and a Proposed Order.

Dated: May 13, 2024                         MORRISON & FOERSTER LLP

By: */s/ John R. Lanham*
    John R. Lanham

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Palo Alto, California  94304-1018
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

JOHN R. LANHAM (CA SBN 289382)
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone:    (858) 720-5100
Facsimile:    (858) 720-5125

*Attorneys for Counter-Defendants*
MAXLINEAR, INC. and
MAXLINEAR COMMUNIATONS LLC