Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(*Additional counsel listed in signature block*)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S APPLICATION TO FILE UNDER SEAL ITS OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 (DKT. 446); DECLARATION OF DOUGLAS JORDAN WINNARD; [PROPOSED] ORDER** |

APPLICATION TO FILE DOCUMENT UNDER SEAL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 79-5.2.2(a), Plaintiff Entropic Communications, LLC ("Entropic") hereby applies for an order sealing unredacted information referenced in Entropic's Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 (Dkt. 446) ("Objections"), which contains details related to, and terms of a confidential agreement between Entropic and MaxLinear, Inc. and MaxLinear Communications, LLC (collectively, "MaxLinear").

Each portion of Entropic's Objections referenced in the chart below reflects information contained in a confidential agreement between Entropic and MaxLinear, and has been the subject of prior applications to seal submitted in this action. (*See* Decl. of Douglas Jordan Winnard in Support of Entropic's Application to File Document Under Seal ("Winnard Decl."), ¶¶ 4–6.) Entropic, therefore, applies to file its Objections under seal pursuant to Local Rule 79-5.2.2(a).

The information to be sealed is identified below:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Portions of Entropic's Objections to the Special Master Report and Recommendations ("Objections") at 7:22, 7:23–26. | Terms of confidential agreement between Entropic and MaxLinear. |
| Portions of Entropic's Objections at 9:5. | Terms of confidential agreement between Entropic and MaxLinear. |
| Portions of Entropic's Objections at 11:22. | Terms of confidential agreement between Entropic and MaxLinear. |

Pursuant to Local Rule 79-5.2.2(a), Entropic applies to file under seal its Objections as described above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant document; and (4) an unredacted version of the relevant document. Entropic has complied with these requirements. The information that Entropic seeks to seal is contained within a confidential agreement between Entropic and MaxLinear. (Winnard Decl. ¶¶ 4, 5.) The public does not have an interest in accessing this confidential information. (*Id.* ¶ 4.) Additionally, Entropic's request is narrowly tailored to only prevent the public from viewing confidential information. (*Id.*) Therefore, compelling reasons exist to seal the highlighted portions of Entropic's Objections. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, No. 17cv205-MMA (MDD), 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *Roberts v. Bloom Energy Corp.*, No. 19-cv-02935-HSG, 2020 WL 6162117, at *4 (N.D. Cal. Oct. 21, 2020) (granting application to seal information related to confidential third-party agreement).

Accordingly, Entropic respectfully requests that this Court order the unredacted Objections to be filed under seal. Concurrent with this filing, Entropic has filed a redacted version of its Objections with the Court, which only redacts information necessary to protect confidential, private, and otherwise non-public information therein.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: May 13, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By:   /s/ *Douglas Jordan Winnard* |
| | | Michael T. Pieja (SBN 250351) |
| 4 | | mpieja@goldmanismail.com |
| 5 | | Alan E. Littmann (*pro hac vice*) |
| | | alittmann@goldmanismail.com |
| 6 | | Douglas Jordan Winnard (SBN 275420) |
| 7 | | dwinnard@goldmanismail.com |
| | | Shaun Zhang (*pro hac vice*) |
| 8 | | szhang@goldmanismail.com.com |
| 9 | | Jennifer M. Hartjes (*pro hac vice*) |
| | | jhartjes@goldmanismail.com |
| 10 | | Kurt A. Holtzman (*pro hac vice*) |
| 11 | | kholtzman@goldmanismail.com |
| | | Xaviere N. Giroud (*pro hac vice*) |
| 12 | | xgiroud@goldmanismail.com |
| 13 | | **GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP** |
| 14 | | 200 South Wacker Dr., 22nd Floor |
| | | Chicago, IL 60606 |
| 15 | | Tel: (312) 681-6000 |
| 16 | | Fax: (312) 881-5191 |
| 17 | | Christina Goodrich (SBN 261722) |
| 18 | | christina.goodrich@klgates.com |
| | | Cassidy T. Young (SBN 342891) |
| 19 | | cassidy.young@klgates.com |
| 20 | | Rachel Berman (SBN 352237) |
| | | rachel.berman@klgates.com |
| 21 | | **K&L GATES LLP** |
| 22 | | 10100 Santa Monica Boulevard |
| | | Eighth Floor |
| 23 | | Los Angeles, CA 90067 |
| 24 | | Telephone: +1 310 552 5000 |
| | | Facsimile: +1 310 552 5001 |
| 25 | | |
| 26 | | James A. Shimota (*pro hac vice*) |
| | | jim.shimota@klgates.com |
| 27 | | Jason A. Engel (*pro hac vice*) |
| 28 | | jason.engel@klgates.com |
| | | **K&L GATES LLP** |

4

APPLICATION TO FILE DOCUMENT UNDER SEAL

| | |
|---|---|
| 1 | 70 W. Madison Street, Suite 3300 |
| 2 | Chicago, IL 60602 |
| | Tel.: (312) 372-1121 |
| 3 | Facsimile: (312) 827-8000 |
| 4 | |
| | Peter E. Soskin (SBN 280347) |
| 5 | peter.soskin@klgates.com |
| | **K&L GATES LLP** |
| 6 | Four Embarcadero Center, Suite 1200 |
| 7 | San Francisco, CA 94111 |
| | Telephone: (415) 882-8200 |
| 8 | Facsimile: (415) 882-8220 |
| 9 | |
| | *Attorneys for Plaintiff* |
| 10 | *Entropic Communications, LLC* |

5

APPLICATION TO FILE DOCUMENT UNDER SEAL