# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S APPLICATION TO FILE UNDER SEAL ITS OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 (DKT. 446)** |

[PROPOSED] ORDER

Having considered Plaintiff Entropic Communications, LLC's ("Entropic") Application for an order to file under seal Entropic's Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 (Dkt. 446), which contains details related to a confidential agreement between Entropic and MaxLinear, Inc. and MaxLinear Communications, LLC (collectively, "MaxLinear"), and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic's Application is granted. **IT IS FURTHER ORDERED** that Entropic shall file under seal the below-identified portions of Entropic's Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Portions of Entropic's Objections to Special Master Report and Recommendations ("Objections") at 7:22, 7:23–26. | Terms of confidential agreement between Entropic and MaxLinear. |
| Portions of Objections at 9:5. | Terms of confidential agreement between Entropic and MaxLinear. |
| Portions of Objections at 11:22. | Terms of confidential agreement between Entropic and MaxLinear. |

Dated: _____

Hon. John W. Holcomb
United States District Judge