Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(*Additional counsel listed in signature block*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**CERTIFICATE OF SERVICE** |

I, Douglas Jordan Winnard, declare:

I am a citizen of the United States and employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 200 South Wacker Dr., 22nd Floor, Chicago, Illinois 60606. On May 13, 2024, I caused a copy of the following documents:

- **DECLARATION OF DOUGLAS JORDAN WINNARD IN SUPPORT OF PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S APPLICATION TO FILE UNDER SEAL ITS OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 (DKT. 446);**

- **PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S APPLICATION TO FILE UNDER SEAL ITS OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 (DKT. 446)**

to be served on the interested parties in this action by delivering a true copy thereof as follows:

| | |
|---|---|
| **Kilpatrick Townsend & Stockton LLP**<br>April E. Isaacson<br>aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco CA 94111<br>(415) 273-8306<br><br>Sarah Y. Kamran<br>skamran@kilpatricktownsend.com<br>1801 Century Park East, Suite 2300<br>Los Angeles CA 90067<br>(310) 777-3733<br><br>Mitchell G. Stockwell<br>mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba<br>wkadaba@kilpatricktownsend.com<br>Michael J. Turton<br>mturton@kilpatricktownsend.com | *Attorneys for Defendants*<br>CoxCom, LLC; Cox Communications California, LLC; Cox Communications, Inc. |

| | |
|---|---|
| Courtney S. Dabbiere<br>cdabbiere@kilpatricktownsend.com<br>Christopher S. Leah<br>cleah@kilpatricktownsend.com<br>Andrew N. Saul<br>asaul@kilpatricktownsend.com<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta GA 30309<br>(404) 815-6500 | |
| **Fish & Richardson P.C.**<br>Oliver Richards<br>orichards@fr.com<br>John-Paul Fryckman<br>fryckman@fr.com<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Tel: (858) 678-5070<br><br>Christopher S. Marchese<br>marchese@fr.com<br>Tyler R. Train<br>train@fr.com<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 533-4240<br><br>Adam R. Shartzer<br>shartzer@fr.com<br>Ruffin B. Cordell<br>cordell@fr.com<br>Richard A. Sterba<br>sterba@fr.com<br>Ralph A. Phillips<br>rphillips@fr.com<br>Michael J. Ballanco<br>ballanco@fr.com<br>Taylor C. Burgener<br>burgener@fr.com<br>1000 Maine Ave., SW, Suite 1000<br>Washington, DC 20024 | *Attorneys for Defendants*<br>Dish Network California<br>Service Corporation; DISH<br>Network Corporation; DISH<br>Network L.L.C.; DISH<br>Network Service L.L.C. |

3
CERTIFICATE OF SERVICE

| | |
|---|---|
| Tel: (202) 783-5070<br><br>David M. Barkan<br>barkan@fr.com<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Tel: (650) 839-5070<br><br>Ashley A. Bolt<br>bolt@fr.com<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 30309<br>Tel: (404) 892-5005<br><br>Aaron P. Pirouznia<br>pirouznia@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel: (214) 292-4073<br>Fax: (214) 747-2091 | |
| **Morrison & Foerster LLP**<br>Bita Rahebi<br>brahebi@mofo.com<br>Alex S. Yap<br>ayap@mofo.com<br>Rose S. Lee<br>roselee@mofo.com<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br><br>Richard S.J. Hung<br>rhung@mofo.com<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Palo Alto, California 94304-1018<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | *Attorneys for Counter-Defendants*<br>MaxLinear, Inc. and MaxLinear Communications LLC |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Bradley Lui<br>blui@mofo.com<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037-1679<br>Telephone: (202) 887-1500<br>Facsimile: (202) 887-0763<br><br>John R. Lanham<br>jlanham@mofo.com<br>12531 High Bluff Drive, Suite 100<br>San Diego, California 92130-2040<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125 | |

☑ **BY ELECTRONIC SERVICE**: by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth as stated for the parties listed above..

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on May 13, 2024, at Chicago, Illinois.

*/s/ Douglas Jordan Winnard*
Douglas Jordan Winnard