BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200
Facsimile:   (213) 892-5454

[Additional counsel on signature page]
Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants, | Case No. 2:23-cv-1043-JWH-KES (Lead)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br><br>Judge:   Hon. John W. Holcomb<br><br>**MAXLINEAR, INC. AND MAXLINEAR COMUNICATIONS, LLC'S NOTICE OF ERRATA RE: ECF NO. 470**<br><br>Action Filed: Feb. 10, 2023<br>Am. Counterclaims Filed: Jan. 9, 2024 |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the document filed at ECF No. 470 is an inadvertently-filed duplicate of the document filed at ECF No. 466, MaxLinear's Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024, and March 26, 2024 ("Objection"). The Objection filed at ECF No. 466 pertains to counterclaims filed by Dish entities against MaxLinear.

MaxLinear has also filed an Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024, and March 26, 2024 that pertains to counterclaims filed by Cox entities against MaxLinear, which appears at ECF No. 476.

MaxLinear respectfully requests that the Court and parties disregard the duplicate docket entry ECF No. 470.

| | | |
|---|---|---|
| 1 | Dated: May 14, 2024 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: *Bita Rahebi* |
| 4 | | Bita Rahebi |
| 5 | | BITA RAHEBI (CA SBN 209351)<br>brahebi@mofo.com |
| 6 | | ALEX S. YAP (CA SBN 241400)<br>ayap@mofo.com |
| 7 | | ROSE S. LEE (CA SBN 294658)<br>roselee@mofo.com |
| 8 | | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000 |
| 9 | | Los Angeles, California  90017-3543<br>Telephone:    (213) 892-5200 |
| 10 | | Facsimile:    (213) 892-5454 |
| 11 | | RICHARD S.J. HUNG (CA SBN 197425) |
| 12 | | rhung@mofo.com<br>MORRISON & FOERSTER LLP |
| 13 | | 425 Market Street,<br>San Francisco, California 94105-2482 |
| 14 | | Palo Alto, California  94304-1018<br>Telephone:    (415) 268-7000 |
| 15 | | Facsimile:    (415) 268-7522 |
| 16 | | JOHN R. LANHAM (CA SBN 289382) |
| 17 | | jlanham@mofo.com<br>MORRISON & FOERSTER LLP |
| 18 | | 12531 High Bluff Drive, Suite 100<br>San Diego, California 92130-2040 |
| 19 | | Telephone:    (858) 720-5100<br>Facsimile:    (858) 720-5125 |
| 20 | | *Attorneys for Counter-Defendants* |
| 21 | | MAXLINEAR, INC. and<br>MAXLINEAR COMMUNIATONS LLC |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |