1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                      UNITED STATES DISTRICT COURT
                       CENTRAL DISTRICT OF CALIFORNIA
9                            SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,    §
11           Plaintiff,              §
                                     §
                                     §   Case No. 2:23-cv-01043-JWH-KES
12      v.                           §      LEAD CASE
                                     §   Case No. 2:23-cv-01049-JWH-KES
13 DISH NETWORK CORPORATION,         §      LEAD CASE
   et al.,                           §
14           Defendants.             §
                                     §   Hon. John W. Holcomb
   _____ §
15                                   §   Special Master David M. Keyzer
   ENTROPIC COMMUNICATIONS, LLC,    §
16           Plaintiff,              §
                                     §   **NOTICE OF REDACTED**
17      v.                           §   **SPECIAL MASTER REPORT AND**
                                     §   **RECOMMENDATION ON**
18 COX COMMUNICATIONS, INC., et al., §   **MOTIONS REFERRED BY THE**
             Defendants.             §   **COURT ON FEBRUARY 9, 2024,**
19                                   §   **AND MARCH 26, 2024**

20

NOTICE OF REDACTED SPECIAL MASTER REPORT AND RECOMMENDATION - 1

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043 ("-1043"), Dkt. 74; Civil Action No. 2:23-cv-1049 ("-1049"), Dkt. 62), the Court's February 9, 2024 Order Referring Matters to Special Master (-1043, Dkt. 343; -1049, Dkt. 240), and the Court's March 26, 2024 Order Referring Matters to Special Master (-1043, Dkt. 431), the Special Master attaches hereto the parties' jointly proposed redacted version of the Special Master Report and Recommendation on Motions Referred by the Court on February 9, 2024, and March 26, 2024, which the Court filed under seal on April 22, 2024 (-1043, Dkt. 446; -1049, Dkt. 302).

Dated: May 15, 2024

By: /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master