1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10
    ENTROPIC COMMUNICATIONS, LLC,     §
11           Plaintiff,                §
                                       §   Case No. 2:23-cv-01043-JWH-KES
12       v.                            §      LEAD CASE
                                       §   Case No. 2:23-cv-01049-JWH-KES
13  DISH NETWORK CORPORATION,          §      LEAD CASE
    et al.,                            §
14           Defendants.               §
    _____    §   Hon. John W. Holcomb
15                                     §   Special Master David M. Keyzer
    ENTROPIC COMMUNICATIONS, LLC,      §
16           Plaintiff,                §
                                       §   **NOTICE OF REDACTED**
17       v.                            §   **SPECIAL MASTER REPORT AND**
                                       §   **RECOMMENDATION ON**
18  COX COMMUNICATIONS, INC., et al.,  §   **MOTIONS REFERRED BY THE**
             Defendants.               §   **COURT ON FEBRUARY 9, 2024,**
19                                     §   **AND MARCH 26, 2024**

20

NOTICE OF REDACTED SPECIAL MASTER REPORT AND RECOMMENDATION - 1

1   Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2   Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043 ("-1043"), Dkt.
3   74; Civil Action No. 2:23-cv-1049 ("-1049"), Dkt. 62), the Court's February 9, 2024
4   Order Referring Matters to Special Master (-1043, Dkt. 343; -1049, Dkt. 240), and the
5   Court's March 26, 2024 Order Referring Matters to Special Master (-1043, Dkt. 431), the
6   Special Master attaches hereto the parties' jointly proposed redacted version of the
7   Special Master Report and Recommendation on Motions Referred by the Court on
8   February 9, 2024, and March 26, 2024, which the Court filed under seal on April 22,
9   2024 (-1043, Dkt. 446; -1049, Dkt. 302).

Dated:   May 15, 2024           By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master