UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-01043-JWH-KES<br><br>**ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

ORDER GRANTING COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01043-JWH-KES

|   |   |
|---|---|
| 1 | This matter comes before the Court on the Application of Defendant Cox |
| 2 | Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC |
| 3 | (collectively, "Cox") for Leave to File Under Seal.  The Court, having considered all |
| 4 | papers filed in support of the application and finding good cause, hereby **ORDERS** |
| 5 | as follows: |

1. Cox's application is **GRANTED**.

2. Cox may file under seal portions of pages 5-7 of Cox's Objections to the Special Master's Report and Recommendation on the Motions Referred by the Court on February 9, 2024, Dkt. 446 (the "Objections") that reference confidential information contained in a Patent Purchase Agreement between Plaintiff Entropic Communications LLC and each of Counter-Defendants MaxLinear Communications LLC and MaxLinear, Inc.

**IT IS SO ORDERED.**

DATED: May 14, 2024

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE