UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counterclaimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counterdefendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br><br>**ORDER GRANTING MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION TO FILE UNDER SEAL COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024, AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Judge: Hon. John W. Holcomb |

Having considered Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Application to File Under Seal Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024, and March 26, 2024 ("Objection"), the Court hereby **ORDERS** that the following information should be sealed:

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Portions of MaxLinear's Objection that quote from or reference (1) Exhibit A (ECF No. 337) to MaxLinear's previously filed Request for Judicial Notice (ECF No. 323) and (2) portions of the Special Master's Report and Recommendation that have been filed under seal. | 6:24-25; 8:10-11; 8:13-14; 8:18-26; 9:1; 9:5-6; 9:23-24; 12:4-9; 12:12-14 |

**IT IS SO ORDERED.**

Dated: _____May 15_____, 2024

_____
John W. Holcomb
United States District Judge