1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES (Lead Case) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S APPLICATION TO FILE UNDER SEAL ITS OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 (DKT. 446)** |
| v. | |
| DISH NETWORK CORPORATION, *et al.*, | |
| Defendants. | |

ORDER

Having considered Plaintiff Entropic Communications, LLC's ("Entropic")
Application for an order to file under seal Entropic's Objections to the Special
Master Report and Recommendations on Motions Referred by the Court on
February 9, 2024, and March 26, 2024 (Dkt. 446), which contains details related to
a confidential agreement between Entropic and MaxLinear, Inc. and MaxLinear
Communications, LLC (collectively, "MaxLinear"), and a sufficient showing
having been made under L.R. 79-5 to permit filing under seal, it is hereby
**ORDERED** as follows:

1. Entropic's Application is **granted**.

2. Entropic shall file under seal the below-identified portions of
Entropic's Objections to the Special Master Report and Recommendations on
Motions Referred by the Court on February 9, 2024, and March 26, 2024:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Portions of Entropic's Objections to Special Master Report and Recommendations ("Objections") at 7:22, 7:23–26. | Terms of confidential agreement between Entropic and MaxLinear. |
| Portions of Objections at 9:5. | Terms of confidential agreement between Entropic and MaxLinear. |
| Portions of Objections at 11:22. | Terms of confidential agreement between Entropic and MaxLinear. |

Dated:  May 15, 2024

Hon. John W. Holcomb
United States District Judge

ORDER