Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(*Additional counsel listed in signature block*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>                    Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br><br>**STIPULATION TO SET DEADLINE TO RESPOND TO OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 (DKT. 446); [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>                    Defendants. | |

Plaintiff Entropic Communications, LLC ("Entropic"), Defendants CoxCom, LLC; Cox Communications California, LLC; Cox Communications, Inc. (collectively, "Cox"); Dish Network California Service Corporation; DISH Network Corporation; DISH Network L.L.C.; Dish Network Service L.L.C.; DISH Technologies, L.L.C. (collectively "DISH"), and Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") (inclusively, the "Parties") hereby submit the following Stipulation and Proposed Order to Continue the Deadline to Respond to Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 ("Special Master R&R") (Dkt. 446) with reference to the following facts:

WHEREAS, the Special Master R&R determined that the time to file objections was 21 days, per FRCP 53. (*Id.* at 86.)

WHEREAS, the Special Master R&R did not set a time for the filing of responses to objections, but responses to objections are contemplated by the Court's Order Appointing Special Master. (Dkt. 74.)

WHEREAS, on May 13, 2024, the Parties filed objections to the Special Master R&R dated April 22, 2024. (Dkts. 460, 463, 465, 469, 473.) Thereafter, counsel for the Parties conferred regarding the deadline to respond to these objections.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1.   The deadline to respond to Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 (Dkt. 446) shall be set as **May 24, 2024**. This Stipulation does not contemplate further briefing following the responses, unless specifically requested by the Court.

2.   The page limits shall be 10 pages, consistent with the limitation set forth

in the Order Appointing Special Master (Dkt. 74.)

3.     This request to extend this deadline is not submitted for the purpose of delay and no other deadlines will be affected by this extension.

Dated: May 16, 2024                     Respectfully submitted,

                                  By:   */s/ Douglas J. Winnard*
Michael T. Pieja (SBN 250351)
mpieja@goldmanismail.com
Alan E. Littmann (*pro hac vice*)
alittmann@goldmanismail.com
Douglas Jordan Winnard (SBN 275420)
dwinnard@goldmanismail.com
Shaun Zhang (*pro hac vice*)
szhang@goldmanismail.com.com
Jennifer M. Hartjes (*pro hac vice*)
jhartjes@goldmanismail.com
Kurt A. Holtzman (*pro hac vice*)
kholtzman@goldmanismail.com
Xaviere N. Giroud (*pro hac vice*)
xgiroud@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191

Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000

STIPULATION TO SET DEADLINE TO RESPOND

| | |
|---|---|
| 1 | Facsimile: +1 310 552 5001 |
| 2 | James A. Shimota *(pro hac vice)* |
| 3 | jim.shimota@klgates.com |
| | Jason A. Engel (*pro hac vice*) |
| 4 | jason.engel@klgates.com |
| 5 | **K&L GATES LLP** |
| | 70 W. Madison Street, Suite 3300 |
| 6 | Chicago, IL 60602 |
| 7 | Tel.: (312) 372-1121 |
| | Facsimile: (312) 827-8000 |
| 8 | |
| 9 | Peter E. Soskin (SBN 280347) |
| | peter.soskin@klgates.com |
| 10 | **K&L GATES LLP** |
| | Four Embarcadero Center, Suite 1200 |
| 11 | San Francisco, CA 94111 |
| 12 | Telephone: (415) 882-8200 |
| | Facsimile: (415) 882-8220 |
| 13 | |
| 14 | *Attorneys for Plaintiff* |
| | *Entropic Communications, LLC* |
| 15 | |
| 16 | |
| 17 | Dated: May 16, 2024        Respectfully submitted, |
| 18 | |
| | By:   */s/ Christopher S. Marchese* |
| 19 | Oliver Richards (SBN 310972) |
| 20 | orichards@fr.com |
| | John-Paul Fryckman (SBN 317591) |
| 21 | fryckman@fr.com |
| 22 | **Fish & Richardson P.C.** |
| | 12860 El Camino Real, Suite 400 |
| 23 | San Diego, CA 92130 |
| | Tel: (858) 678-5070 |
| 24 | |
| 25 | Christopher S. Marchese (SBN 170239) |
| | marchese@fr.com |
| 26 | Tyler R. Train (SBN 318998) |
| 27 | train@fr.com |
| | **Fish & Richardson P.C.** |
| 28 | 4695 MacArthur Court, Suite 1100 |

4

STIPULATION TO SET DEADLINE TO RESPOND

Newport Beach, CA 92660
Tel: (213) 533-4240
Adam R. Shartzer (*pro hac vice*)
shartzer@fr.com
Ruffin B. Cordell (*pro hac vice*)
cordell@fr.com
Richard A. Sterba (*pro hac vice*)
sterba@fr.com
Ralph A. Phillips (*pro hac vice*)
rphillips@fr.com
Michael J. Ballanco (*pro hac vice*)
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

David M. Barkan (SBN 160825)
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070

Ashley A. Bolt (*pro hac vice*)
bolt@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Aaron P. Pirouznia (*pro hac vice*)
pirouznia@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

STIPULATION TO SET DEADLINE TO RESPOND

Attorneys for Defendants
*DISH Network Corporation, et al.*

Dated: May 16, 2024                Respectfully submitted,

By: /s/ *April E. Isaacson*
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273-8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777-3733

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com
Andrew N. Saul (*pro hac vice*)
asaul@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815-6500

Attorneys for Defendants
*Cox Communications, Inc., et al.*

1

2    Dated: May 16, 2024                    Respectfully submitted,

3                                           By:  /s/ John R. Lanham
4                                           BITA RAHEBI (CA SBN 209351)
                                            brahebi@mofo.com
5                                           ALEX S. YAP (CA SBN 241400)
6                                           ayap@mofo.com
                                            ROSE S. LEE (CA SBN 294658)
7                                           roselee@mofo.com
8                                           **MORRISON & FOERSTER LLP**
                                            707 Wilshire Boulevard, Suite 6000
9                                           Los Angeles, California 90017-3543
10                                          Telephone: (213) 892-5200
                                            Facsimile: (213) 892-5454
11

12                                          RICHARD S.J. HUNG (CA SBN
                                            197425)
13                                          rhung@mofo.com
14                                          **MORRISON & FOERSTER LLP**
                                            425 Market Street,
15                                          San Francisco, California 94105-
16                                          2482
                                            Palo Alto, California 94304-1018
17                                          Telephone: (415) 268-7000
18                                          Facsimile: (415) 268-7522

19                                          BRADLEY LUI (CA SBN 143088)
20                                          blui@mofo.com
                                            **MORRISON & FOERSTER LLP**
21                                          2100 L Street, NW, Suite 900
22                                          Washington, DC 20037-1679
                                            Telephone: (202) 887-1500
23                                          Facsimile: (202) 887-0763
24
                                            JOHN R. LANHAM (CA SBN 289382)
25                                          jlanham@mofo.com
26                                          **MORRISON & FOERSTER LLP**
                                            12531 High Bluff Drive, Suite 100
27                                          San Diego, California 92130-2040
28                                          Telephone:  (858) 720-5100

7
STIPULATION TO SET DEADLINE TO RESPOND

Facsimile:     (858) 720-5125

*Attorneys for Counter-Defendants*
*MaxLinear, Inc. and*
*MaxLinear Communications LLC*

8

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Douglas Jordan Winnard, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: May 16, 2024

                                     */s/ Douglas J. Winnard*
                                     Douglas Jordan Winnard
                                     dwinnard@goldmanismail.com
                                     **GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
                                     200 South Wacker Dr., 22nd Floor
                                     Chicago, IL 60606
                                     Tel: (312) 681-6000
                                     Fax: (312) 881-5191

STIPULATION TO SET DEADLINE TO RESPOND