# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER ON STIPULATION TO SET CERTAIN CLAIM CONSTRUCTION DEADLINES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | |

[PROPOSED] ORDER

After full consideration of the Stipulation to Continue the Deadline to Respond to Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 ("Special Master R&R") (Dkt. 446), and good cause appearing, it is hereby ORDERED as follows:

1. The deadline to exchange proposed constructions shall be set as **May 24, 2024**.
2. The page limits shall be 10 pages, consistent with the limitation set forth in the Order Appointing Special Master (Dkt. 74.)
3. This request to extend this deadline is not submitted for the purpose of delay and no other deadlines will be affected by this extension.

**IT IS SO ORDERED.**

Dated: _____              _____
                                    Honorable John W. Holcomb
                                    United States District Judge