Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Adam R. Shartzer *(admitted pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(admitted pro hac vice)*
cordell@fr.com
Richard A. Sterba *(admitted pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(admitted pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(admitted pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070 / Fax: (202) 783-2331

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant
DISH Network Corporation, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

v.

DISH NETWORK CORPORATION, *et al.*,

Defendants.

Case No. 2:23-cv-1043-JWH-KES (Lead Case)
Case No. 2:23-cv-1047-JWH-KES (Related Case)
Case No. 2:23-cv-1048-JWH-KES (Related Case)
Case No. 2:23-cv-5253-JWH-KES (Related Case)

**JOINT STIPULATION TO AMEND INVALIDITY CONTENTIONS RE CLAIM 4 OF '802 PATENT; [PROPOSED] ORDER**

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

v.

COX COMMUNICATIONS, INC., *et al.*,

Defendants.

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

v.

COMCAST, *et al.*,

Defendants.

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

v.

DIRECTV, LLC, *et al.*,

Defendants.

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants AT&T Services, Inc.; DIRECTV, LLC; CoxCom, LLC; Cox Communications California, LLC; Cox Communications, Inc.; Dish Network California Service Corporation; DISH Network Corporation; DISH Network L.L.C.; DISH Network Service L.L.C.; Comcast Cable Communications, LLC; Comcast Cable Communications Management, LLC; and Comcast Corporation (collectively, "Defendants"), by and through their respective counsel, enter into this joint stipulation regarding representativeness for Section 101 analysis, amending claim construction disclosures, and amending invalidity contentions regarding claim 4 of the '802 patent, with reference to the following facts:

WHEREAS, on March 21, 2024, Plaintiff Entropic Communication LLC ("Entropic") served amended infringement contentions. The amended infringement contentions added an allegation that that the above captioned Defendants infringe claim 4 of the 8,085,802 ("'802 patent"). Before service of these amended infringement contentions, Entropic's allegations for the '802 patent were limited to claim 3.

**NOW THEREFORE**, to minimize the prejudice to Defendants from the addition of claim 4 of the '802 patent into the litigation, the Parties, by and through their respective counsel, hereby **STIPULATE AND AGREE** as follows:

1. The parties hereby stipulate and agree Entropic's amendment of its infringement contentions to allege infringement of Claim 4 of the 802 patent shall be deemed allowed.

2. The parties hereby stipulate and agree that Claim 3 of the '802 patent is representative of claim 4 of the '802 patent for purposes of the 35 U.S.C. § 101 analysis relevant to the pending motions to dismiss. *See* ECF No. 160.

3. The parties hereby stipulate and agree that Defendants shall be permitted to identify any terms or phrases within claim 4 of the '802 patent that may require construction by May 10, 2024.
4. The parties hereby stipulate and agree that Defendants shall be permitted to amend their invalidity contentions regarding claim 4 of the '802 patent by June 28, 2024.

Dated: May 21, 2024

Respectfully Submitted,

By: */s/ Christopher S. Marchese*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240

Adam R. Shartzer *(pro hac vice)*
shartzer@fr.com
Ruffin B. Cordell *(pro hac vice)*
cordell@fr.com
Richard A. Sterba *(pro hac vice)*
sterba@fr.com
Ralph A. Phillips *(pro hac vice)*
rphillips@fr.com
Michael J. Ballanco *(pro hac vice)*
ballanco@fr.com
Taylor C. Burgener (SBN 348769)
burgener@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

David M. Barkan (SBN 160825)
barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063

Tel: (650) 839-5070

Ashley A. Bolt *(pro hac vice)*
bolt@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Oliver Richards (SBN 310972)
orichards@fr.com
John-Paul Fryckman (SBN 317591)
fryckman@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

Aaron P. Pirouznia (*pro hac vice*)
pirouznia@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 292-4073
Fax: (214) 747-2091

**Attorneys For Defendants**
**DISH Network Corporation, et al.**

Dated: May 21, 2024

Respectfully Submitted,

By: /s/ *April E. Isaacson*

April E. Isaacson (SBN 180638)
KILPATRICK TOWNSEND AND STOCKTON LLP
2 Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415-273-8306
aisaacson@ktslaw.com

Sarah Y Kamran
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310-248-3830
skamran@ktslaw.com

Mitchell G. Stockwell
Andrew N. Saul
Christopher S. Leah
Courtney S. Dabbiere
Michael J. Turton
Vaibhav P. Kadaba
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: 404-815-6214
mstockwell@ktslaw.com
asaul@ktslaw.com
cleah@ktslaw.com
cdabbiere@ktslaw.com
mturton@ktslaw.com
wkadaba@ktslaw.com

**Attorneys for Defendants Cox Communications, Inc., Coxcom, LLC, and Cox Communications California LLC**

Dated: May 21, 2024

Respectfully Submitted,

By: */s/ Louis Campbell*

Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
WINSTON & STRAWN LLP
200 Park Ave., Fl. 40
New York City, NY 10166
Tel: (212) 294-6700
Fax: 212-294-4700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave.
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Brian Ferguson (*pro hac vice*)
bferguson@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000

Fax: (202) 282-5100

Saranya Raghavan (*pro hac vice*)
sraghavan@winston.com
WINSTON & STRAWN LLP
35 West Wacker, Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312)558-5700

Louis Campbell
Winston and Strawn LLP
255 Shoreline Dr
Suite 520
Redwood City, CA 94065
650-858-6500
Fax: 650-858-6400
Email: llcampbell@winston.com

DAVIS POLK & WARDWELL LLP
Ashok Ramani (SBN 200020)
David J. Lisson (SBN 250994)
Micah G. Block (SBN 270712)
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2000
Fax: (650) 752-2111
ashok.ramani@davispolk.com
david.lisson@davispolk.com
micah.block@davispolk.com

**Attorneys For Defendants Comcast Corporation, et al.**

Dated: May 21, 2024

Respectfully submitted,

By: */s/ David S. Frist*

David S. Frist (*pro hac vice*)
david.frist@alston.com
**ALSTON & BIRD LLP**

1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Theodore Stevenson, III (*pro hac vice*)
ted.stevenson@alston.com
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

Yuri Mikulka (SBN 185926)
yuri.mikulka@alston.com
Rachel E. K. Lowe (SBN 246361)
rachel.lowe@alston.com
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

**Attorneys for Defendants
DIRECTV and AT&T**

Dated: May 21, 2024                    Respectfully submitted,


By: */s/ Michael T. Pieja*
   Michael T. Pieja (SBN 250351)
   mpieja@goldmanismail.com
   Alan E. Littmann (*pro hac vice*)
   alittmann@goldmanismail.com
   Douglas Jordan Winnard (SBN 275420)
   dwinnard@goldmanismail.com
   Shaun Zhang (*pro hac vice*)

szhang@goldmanismail.com.com
Jennifer M. Hartjes (*pro hac vice*)
jhartjes@goldmanismail.com
Kurt A. Holtzman (*pro hac vice*)
kholtzman@goldmanismail.com
Xaviere N. Giroud (*pro hac vice*)
xgiroud@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191

Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

James A. Shimota (*pro hac vice*)
jim.shimota@klgates.com
Jason A. Engel (*pro hac vice*)
jason.engel@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Facsimile: (312) 827-8000

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

**ECF ATTESTATION**

I, Christopher S. Marchese, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC, Defendants AT&T Services, Inc., DIRECTV, LLC, CoxCom, LLC, Cox Communications California, LLC, Cox Communications, Inc., Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, and Comcast Corporation will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Christopher S. Marchese*
Christopher S. Marchese