1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND INVALIDITY CONTENTIONS RE CLAIM 4 OF '802 PATENT** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>  Defendants. | |

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | |
| 9 | Plaintiff, |
| 10 | v. |
| 11 | DIRECTV, LLC, *et al.*, |
| 12 | Defendants. |

After full consideration of the Joint Stipulation between Plaintiff Entropic Communications, LLC ("Entropic") and Defendants AT&T Services, Inc.; DIRECTV, LLC; CoxCom, LLC; Cox Communications California, LLC; Cox Communications, Inc.; Dish Network California Service Corporation; DISH Network Corporation; DISH Network L.L.C.; DISH Network Service L.L.C.; Comcast Cable Communications, LLC; Comcast Cable Communications Management, LLC; and Comcast Corporation (collectively, "Defendants") regarding amending invalidity contentions re claim 4 of the '802 patent, and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's amendment of its infringement contentions to allege infringement of Claim 4 of the 802 patent is allowed.
2. Claim 3 of the '802 patent is representative of claim 4 of the '802 patent for purposes of the 35 U.S.C. § 101 analysis relevant to the pending motions to dismiss. *See* ECF No. 160.
3. Defendants shall identify any terms or phrases within claim 4 of the '802 patent that may require construction by May 10, 2024.
4. Defendants shall be permitted to amend their invalidity contentions regarding claim 4 of the '802 patent by June 28, 2024.

IT IS SO ORDERED.

Dated: _____, 2024

Hon. John W. Holcomb
United States District Court Judge