IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br>Case No. 2:23-cv-1048-JWH-KES (Related Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>            Defendants. | **ORDER GRANTING JOINT STIPULATION TO AMEND INVALIDITY CONTENTIONS RE CLAIM 4 OF '802 PATENT** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>COMCAST, *et al.*,<br><br>            Defendants. | |

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 |            Plaintiff, |
| 3 |     v. |
| 4 | DIRECTV, LLC, *et al.*, |
| 5 |            Defendants. |

ORDER GRANTING JOINT STIPULATION TO AMEND INVALIDITY CONTENTIONS
Case No. 2:23-cv-1043-JWH-KES

After full consideration of the Joint Stipulation between Plaintiff Entropic Communications, LLC ("Entropic") and Defendants AT&T Services, Inc.; DIRECTV, LLC; CoxCom, LLC; Cox Communications California, LLC; Cox Communications, Inc.; Dish Network California Service Corporation; DISH Network Corporation; DISH Network L.L.C.; DISH Network Service L.L.C.; Comcast Cable Communications, LLC; Comcast Cable Communications Management, LLC; and Comcast Corporation (collectively, "Defendants") regarding amending invalidity contentions re Claim 4 of the '802 patent, and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's amendment of its infringement contentions to allege infringement of Claim 4 of the 802 patent is **ALLOWED**.

2. Claim 3 of the '802 patent is representative of claim 4 of the '802 patent for purposes of the 35 U.S.C. § 101 analysis relevant to the pending motions to dismiss. *See* ECF No. 160.

3. Defendants shall identify any terms or phrases within Claim 4 of the '802 patent that may require construction by May 10, 2024.

4. Defendants shall be permitted to amend their invalidity contentions regarding Claim 4 of the '802 patent by June 28, 2024.

**IT IS SO ORDERED.**

Dated: _____May 22_____, 2024

_____
Hon. John W. Holcomb
United States District Judge