1   KILPATRICK TOWNSEND & STOCKTON LLP
    April E. Isaacson (SBN 180638)
2   aisaacson@kilpatricktownsend.com
    Two Embarcadero Center, Suite 1900
3   San Francisco CA 94111
    (415) 273 8306
4
    Sarah Y. Kamran (SBN 347617)
5   skamran@kilpatricktownsend.com
    1801 Century Park East, Suite 2300
6   Los Angeles CA 90067
    (310) 777 3733
7
    Mitchell G. Stockwell (*pro hac vice*)
8   mstockwell@kilpatricktownsend.com
    Vaibhav P. Kadaba (*pro hac vice*)
9   wkadaba@kilpatricktownsend.com
    Michael J. Turton (*pro hac vice*)
10  mturton@kilpatricktownsend.com
    Courtney S. Dabbiere (*pro hac vice*)
11  cdabbiere@kilpatricktownsend.com
    Christopher S. Leah (*pro hac vice*)
12  cleah@kilpatricktownsend.com
    Andrew Saul (*pro hac vice*)
13  asaul@kilpatricktownsend.com
    1100 Peachtree Street, NE, Suite 2800
14  Atlanta GA 30309
    (404) 815 6500
15

16  *Attorneys for Defendants*
    *Cox Communications, Inc.; CoxCom, LLC; and*
17  *Cox Communications California, LLC*

18                  UNITED STATES DISTRICT COURT

19                  CENTRAL DISTRICT OF CALIFORNIA

20

21  ENTROPIC COMMUNICATIONS, LLC,        Case No. 2:23-cv-01043-JWH-KES

22              Plaintiff,               **COX COMMUNICATIONS,**
                                         **INC., COXCOM, LLC, AND**
23       v.                             **COX COMMUNICATIONS**
                                         **CALIFORNIA, LLC'S**
24  COX COMMUNICATIONS, INC.;            **APPLICATION FOR LEAVE TO**
    COXCOM, LLC; and COX                 **FILE UNDER SEAL**
25  COMMUNICATIONS CALIFORNIA,
    LLC,
26
                Defendants.
27

28

COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01043-JWH-KES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,

Counter-Claimants,

v.

ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.

Counter-Defendants.

COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01043-JWH-KES

1    Pursuant to Local Rule 79-5, Defendants Cox Communications, Inc., CoxCom,

2   LLC, and Cox Communications California, LLC (collectively "Cox") hereby apply

3   for leave of the Court to file under seal portions of pages 8 and 10 of Cox's Response

4   to MaxLinear's Objections to the Special Master's Report and Recommendation on

5   the Motions Referred by the Court on February 9, 2024 (the "Objections") that

6   reference confidential information contained in a Patent Purchase Agreement between

7   Plaintiff Entropic Communications LLC and each of Counter-Defendants MaxLinear

8   Communications LLC and MaxLinear, Inc.

9    Redacted and unredacted versions of Cox's Objections are filed herewith, as is

10  the Declaration of Sarah Kamran in Support of this Application and a Proposed Order,

11  as required by L.R. 9-5.2.2(a).

12   Cox respectfully requests that the Court grant the application to file portions of

13  pages 8 and 10 of Cox's Objections under seal.

14

15  Dated: May 24, 2024             KILPATRICK TOWNSEND & STOCKTON LLP

16

17                                  By:    /s/ April E. Isaacson

18                                  April E. Isaacson
                                    aisaacson@kilpatricktownsend.com
19                                  Two Embarcadero Center, Suite 1900
                                    San Francisco CA 94111
20                                  (415) 273 8306

21                                  Sarah Y. Kamran
                                    skamran@kilpatricktownsend.com
22                                  1801 Century Park East, Suite 2300
                                    Los Angeles CA 90067
23                                  (310) 777 3733

24                                  Mitchell G. Stockwell
                                    mstockwell@kilpatricktownsend.com
25                                  Vaibhav P. Kadaba
                                    wkadaba@kilpatricktownsend.com
26                                  Michael J. Turton
                                    mturton@kilpatricktownsend.com

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Courtney S. Dabbiere
cdabbiere@kilpatricktownsend.com
Christopher S. Leah
cleah@kilpatricktownsend.com
Andrew N. Saul
asaul@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

US2008 29942158 1

COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL                                    4
CASE NO. 2:23-CV-01043-JWH-KES