KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com
Andrew N. Saul (*pro hac vice*)
asaul@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
|---|---|
| Plaintiff, | RELATED CASE: |
| v. | Case No. 2:23-cv-1047-JWH-KES |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-1043-JWH-KES

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 6 | |
| 7 | Counter-Defendants. |

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-1043-JWH-KES

1  I, Stephanie DM Pearson, declare that I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this Court at whose direction this service was made.

I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111. On May 24, 2024, I served the document entitled:

    1.    DECLARATION OF SARAH KAMRAN IN SUPPORT OF COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL; and

    2.    COX DEFENDANTS' RESPONSE TO MAXLINEAR'S OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024.

on the interested parties in this action, as follows:

| *Attorneys for Plaintiff*<br>*Entropic Communications, LLC* ||
|---|---|
| Christina N. Goodrich<br>Cassidy Young<br>Connor J. Meggs<br>Rachel Berman<br>K&L GATES LLP<br>10100 Santa Monica Blvd, 8th Floor<br>Los Angeles, California 90067<br>Email: entropicklg@klgates.com<br>Tel: (310) 552-5000 | James A. Shimota<br>Jason Engel<br>Katherine Allor<br>Samuel Richey<br>Kyle Kantarek<br>K&L Gates LLP<br>70 W. Madison Street, Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 807-4299<br>Email: entropicklg@klgates.com |
| Peter E. Soskin<br>K&L Gates LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel.: (415) 882-8200<br>Email: entropicklg@klgates.com | Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212<br>Tel: (615) 973-9478<br>Email: bridgesip@icloud.com |

| | |
|---|---|
| Jennifer M. Hartjes<br>Kurt A. Holtzman<br>Alan E. Littmann<br>Douglas Winnard<br>Michael T. Pieja<br>Xaviere N. Giroud<br>Goldman Ismail Tomaselli Brennan & Baum LLP<br>200 South Wacker Drive, Floor 22<br>Chicago, IL, 60606<br>Tel: (312) 681-6000<br>Email: gitbb-entropic@goldmanismail.com | |
| *Attorneys for Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC* ||
| Bita Rahebi<br>brahebi@mofo.com<br>Alex S. Yap<br>ayap@mofo.com<br>Rose S. Lee<br>roselee@mofo.com<br>Zachary B. Quinlan<br>zquinlan@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017<br>Tel: (213) 892-5200<br><br>John R. Lanham<br>jlanham@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, California 92130<br>Tel: (858) 720-5100 | Richard S.J. Hung<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel: (415) 268-7000<br><br>Bradley S Lui<br>blui@mofo.com<br>Morrison and Foerster LLP<br>2100 L Street NW, Suite 900<br>Washington, DC 20037<br>Tel: (202) 887-8766 |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service, where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I caused to be hand delivered each envelope to the party(ies) so designated on the service list.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the parties listed above from email address sdmpearson@kilpatricktownsend.com.

CERTIFICATE OF SERVICE                                                                                         4
CASE NO. 2:23-CV-1043-JWH-KES

1   I declare under penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct.  Executed on May 24, 2024, at San
3   Francisco, California.
4
5                                               /s/ Stephanie DM Pearson
6                                               Stephanie DM Pearson