IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE TO ENTROPIC COMMUNICATIONS, LLC'S OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 PURSUANT TO L.R. 79-5.2.2(b)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | Counter-Claimants, |
| 2 | v. |
| 3 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 4 | |
| 5 | |
| 6 | Counter-Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO
FILE UNDER SEAL
Case No. 2:23-cv-1043-JWH-KES

1    Having considered Counter-claimants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., Dish Network California Service Corporation, and DISH Technologies L.L.C.'s (collectively, "DISH") Application for Leave to File Under Seal Its Response to Entropic Communications, LLC's Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9,2024 and March 26, 2024 Pursuant to L.R. 79-5.2.2(b), this Court **GRANTS** the Application.

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

1. Portions of DISH's Response to Entropic Communications, LLC's Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9,2024 and March 26, 2024 ("Response").

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
Hon. John W. Holcomb
United States District Court Judge