Christopher S. Marchese (SBN 170239)
marchese@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (213) 533-4240 / Fax: (858) 678-5099

*Additional Counsel Listed on Signature Page*

Attorneys for Defendants and Counter-Claimants
DISH Network Corporation, et al.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE TO COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024 AND MARCH 26, 2024 PURSUANT TO L.R. 79-5.2.2(b)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., |
| 5 | Counter-Claimants, |
| 6 | v. |
| 7<br>8<br>9 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 10 | Counter-Defendants. |

DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:23-cv-1043-JWH-KES

1  Pursuant to Civil Local Rule 79-5.2.2(b), Counter-claimants DISH Network
2  Corporation, DISH Network L.L.C., Dish Network Service L.L.C., Dish Network
3  California Service Corporation, and DISH Technologies L.L.C. (collectively,
4  "DISH") file this Application for Leave to File Under Seal the following documents:

- Portions of DISH's Response to Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's ("MaxLinear") Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024 and March 26, 2024 ("Response").

The above document contains and discusses material that Counter-Defendants MaxLinear and Entropic Communications LLC ("Entropic") deem to be confidential, sensitive business information that they have designated as "Restricted—Attorneys' Eyes Only" under the Protective Order in this case. (*See* Sealed Declaration of Tyler Train in Support of DISH's Application for Leave to File Under Seal ("Sealed Train Decl.") ¶¶ 2-3.)

Pursuant to Local Rule 79-5.2.2(b), on May 23, 2024, DISH's counsel informed counsel for Entropic and MaxLinear of the presence of confidential information in the Response, and they did not oppose the present application to file the documents under seal. *Id.* ¶ 4.

A proposed order granting this Application has also been filed.

| | | |
|---|---|---|
| 1 | Dated: May 24, 2024 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Tyler R. Train |
| | | Christopher S. Marchese (SBN 170239) |
| 4 | | marchese@fr.com |
| | | Tyler R. Train (SBN 318998) |
| 5 | | train@fr.com |
| | | 4695 MacArthur Court, Suite 1100 |
| 6 | | Newport Beach, CA 92660 |
| 7 | | Tel: (213) 533-4240 |
| 8 | | Ruffin B. Cordell (*pro hac vice*) |
| | | cordell@fr.com |
| 9 | | Richard A. Sterba (*pro hac vice*) |
| | | sterba@fr.com |
| 10 | | Ralph A. Phillips (*pro hac vice*) |
| 11 | | rphillips@fr.com |
| | | Adam R. Shartzer (*pro hac vice*) |
| 12 | | shartzer@fr.com |
| | | Michael J. Ballanco (*pro hac vice*) |
| 13 | | ballanco@fr.com |
| | | Taylor C. Burgener (SBN 348769) |
| 14 | | burgener@fr.com |
| 15 | | FISH & RICHARDSON P.C. |
| | | 1000 Maine Ave., SW, Suite 1000 |
| 16 | | Washington, DC 20024 |
| 17 | | Tel: (202) 783-5070 |
| 18 | | David M. Barkan (SBN 160825) |
| | | barkan@fr.com |
| 19 | | FISH & RICHARDSON P.C. |
| | | 500 Arguello Street, Suite 400 |
| 20 | | Redwood City, CA 94063 |
| 21 | | Tel: (650) 839-5070 |
| 22 | | Ashley A. Bolt (*pro hac vice*) |
| | | bolt@fr.com |
| 23 | | FISH & RICHARDSON P.C. |
| | | 1180 Peachtree Street NE, 21st Floor |
| 24 | | Atlanta, GA 30309 |
| 25 | | Tel: (404) 892-5005 |
| 26 | | Aaron P. Pirouznia (*pro hac vice*) |
| | | pirouznia@fr.com |
| 27 | | FISH & RICHARDSON P.C. |
| | | 1717 Main Street, Suite 5000 |
| 28 | | Dallas, TX 75201 |

Tel: (214) 292-4073
Fax: (214) 747-2091

Oliver Richards (SBN 310972)
orichards@fr.com
John-Paul Fryckman (SBN 317591)
fryckman@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

Attorneys for Defendants and Counter-Claimants DISH Network Corporation, et al.