IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE | Case No. 2:23-cv-1043-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE TO COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024 AND MARCH 26, 2024 PURSUANT TO L.R. 79-5.2.2(b)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | CORPORATION; AND DISH TECHNOLOGIES L.L.C., |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

[PROPOSED] ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:23-cv-1043-JWH-KES

1  Having considered Counter-claimants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., Dish Network California Service Corporation, and DISH Technologies L.L.C.'s (collectively, "DISH") Application for Leave to File Under Seal Its Response to Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024 and March 26, 2024 Pursuant to L.R. 79-5.2.2(b), this Court **GRANTS** the Application.

**IT IS HEREBY ORDERED** that the following documents be filed under seal:

1. Portions of DISH's Response to Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024 and March 26, 2024 ("Response").

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
Hon. John W. Holcomb
United States District Court Judge