| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
|   | Tyler R. Train (SBN 318998) |
| 3 | train@fr.com |
|   | FISH & RICHARDSON P.C. |
| 4 | 4695 MacArthur Court, Suite 1100 |
|   | Newport Beach, CA 92660 |
| 5 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 6 | |
|   | Adam R. Shartzer *(admitted pro hac vice)* |
| 7 | shartzer@fr.com |
|   | Ruffin B. Cordell *(admitted pro hac vice)* |
| 8 | cordell@fr.com |
|   | Richard A. Sterba *(admitted pro hac vice)* |
| 9 | sterba@fr.com |
|   | Ralph A. Phillips *(admitted pro hac vice)* |
| 10 | rphillips@fr.com |
|   | Michael J. Ballanco *(admitted pro hac vice)* |
| 11 | ballanco@fr.com |
| 12 | Taylor C. Burgener (SBN 348769) |
|   | burgener@fr.com |
| 13 | FISH & RICHARDSON P.C. |
|   | 1000 Maine Ave., SW, Suite 1000 |
| 14 | Washington, DC 20024 |
| 15 | Tel: (202) 783-5070 / Fax: (202) 783-2331 |
| 16 | *Additional Counsel Listed on Signature Page* |
| 17 | |
|   | Attorneys for Defendants and Counter-Claimants |
| 18 | DISH Network Corporation, et al. |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | District Judge: Hon. John W. Holcomb |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION, | Magistrate Judge: Hon. Karen E. Scott |
| Defendants. | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C., |
| 5 | Counter-Claimants, |
| 6 | v. |
| 7<br>8<br>9 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
| 10 | Counter-Defendants. |

1  I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12860 El Camino Real, Suite 400, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for electronic transmission, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

- **SEALED DECLARATION OF TYLER R. TRAIN IN SUPPORT OF DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE TO COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024 AND MARCH 26, 2024 PURSUANT TO L.R. 79-5.2.2(b); and**

- **UNREDACTED VERSION OF DISH'S RESPONSE TO COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024.**

On May 24, 2024, I caused a copy of the foregoing document to be served on the interested parties in this action by attaching a PDF version of the document to an email message addressed as follows:

| | |
|---|---|
| Bita Rahebi (CA SBN 209351)<br>brahebi@mofo.com<br>Alex S. Yap (CA SBN 241400)<br>ayap@mofo.com<br>Rose S. Lee (CA SBN 294658)<br>roselee@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200 | Attorneys for Counter-Defendants<br>MaxLinear, Inc.<br>and MaxLinear Communications LLC |

| | |
|---|---|
| Facsimile: (213) 892-5454 | |
| Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Attorneys for Counter-<br>Defendants<br>MaxLinear, Inc.<br>and MaxLinear<br>Communications LLC |
| Bradley Lui (CA SBN 143088)<br>blui@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037-1679<br>Telephone: (202) 887-1500 | Attorneys for Counter-<br>Defendants<br>MaxLinear, Inc.<br>and MaxLinear<br>Communications LLC |

| | | |
|---|---|---|
| ☐ | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| ☒ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above, as well as counsel service emails: **mofo_maxlinear@mofo.com** |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on May 24, 2024, at San Diego, California.

                                    */s/ Katherine Root*
                                    Katherine Root

1  *Additional Counsel*

2  David M. Barkan (SBN 160825)
3  barkan@fr.com
   FISH & RICHARDSON P.C.
4  500 Arguello Street, Suite 400
   Redwood City, CA 94063
5  Tel: (650) 839-5070

6  Ashley A. Bolt (*pro hac vice*)
7  bolt@fr.com
   FISH & RICHARDSON P.C.
8  1180 Peachtree Street NE, 21st Floor
   Atlanta, GA 30309
9  Tel: (404) 892-5005

10 Aaron P. Pirouznia (*pro hac vice*)
11 pirouznia@fr.com
   FISH & RICHARDSON P.C.
12 1717 Main Street, Suite 5000
   Dallas, TX 75201
13 Tel: (214) 292-4073
14 Fax: (214) 747-2091

15 Oliver Richards (SBN 310972)
16 orichards@fr.com
   John-Paul Fryckman (SBN 317591)
17 fryckman@fr.com
   Fish & Richardson P.C.
18 12860 El Camino Real, Suite 400
   San Diego, CA 92130
19 Tel: (858) 678-5070

20
21 Attorneys for Defendants and Counter-Claimants
   DISH Network Corporation, et al.
22
23
24
25
26
27
28