BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

[Additional counsel on signature page]
Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-1047-JWH-KES (Related Case)<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S JOINDER TO ENTROPIC COMMUNICATIONS, LLC'S RESPONSE TO DEFENDANT COX'S OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 (DKT. 446)**<br><br>Judge:   Hon. John W. Holcomb |

Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") hereby join in Entropic Communications, LLC's ("Entropic") Response to Defendant Cox's Objections to the Special Master's Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 ("Response") (ECF No. 510).  For the reasons stated in Entropic's Response and MaxLinear's prior objections (ECF No. 490), MaxLinear requests that the Court overrule Cox's objections and dismiss Cox's breach of contract and declaratory judgment counterclaims with prejudice.

MaxLinear has concurrently filed a separate response to Cox's objection to the Special Master's Report and Recommendations that Cox's unjust enrichment/quasi-contract counterclaim be dismissed with prejudice.  (ECF No. 511.)

2

MAXLINEAR'S JOINDER TO ENTROPIC'S RESPONSE TO COX DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S R&R
CASE NO. 2:23-CV-1043-JWH-KES

sf-5969075

| | | |
|---|---|---|
| 1 | Dated: May 24, 2024 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Bita Rahebi* |
| 4 | | Bita Rahebi |
| 5 | | BITA RAHEBI (CA SBN 209351)<br>brahebi@mofo.com |
| 6 | | ALEX S. YAP (CA SBN 241400)<br>ayap@mofo.com |
| 7 | | ROSE S. LEE (CA SBN 294658)<br>roselee@mofo.com |
| 8 | | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000 |
| 9 | | Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200 |
| 10 | | Facsimile: (213) 892-5454 |
| 11 | | RICHARD S.J. HUNG (CA SBN 197425) |
| 12 | | rhung@mofo.com<br>MORRISON & FOERSTER LLP |
| 13 | | 425 Market Street,<br>San Francisco, California 94105-2482 |
| 14 | | Palo Alto, California 94304-1018<br>Telephone: (415) 268-7000 |
| 15 | | Facsimile: (415) 268-7522 |
| 16 | | *Attorneys for Counter-Defendants*<br>MAXLINEAR, INC. and |
| 17 | | MAXLINEAR COMMUNICATONS LLC |

3

MAXLINEAR'S JOINDER TO ENTROPIC'S RESPONSE TO COX DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S R&R
CASE NO. 2:23-CV-1043-JWH-KES

sf-5969075

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Counter-Defendants MAXLINEAR, INC. and MAXLINEAR COMMUNICATIONS LLC, certifies that this brief contains 109 words, which complies with the word limit of L.R. 11-6.1

Dated: May 24, 2024             By: */s/ Bita Rahebi*
                                      Bita Rahebi

4

MAXLINEAR'S JOINDER TO ENTROPIC'S RESPONSE TO COX DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S R&R
CASE NO. 2:23-CV-1043-JWH-KES

sf-5969075