BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

[Additional counsel on signature page]

Attorneys for Counter-Defendants,
MAXLINEAR, INC. and MAXLINEAR
COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, et al.,<br><br>Defendants.<br>_____<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES, L.L.C.,<br><br>Counter-Claimants<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S RESPONSE TO DEFENDANTS DISH NETWORK CORPORATION, ET AL.'S OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON THE MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024**<br><br>Judge:    Hon. John W. Holcomb |

Dish Network Corporation, Dish Network L.L.C., Dish Network Service L.L.C., Dish Network California Service Corporation, and Dish Technologies, L.L.C. (collectively, "Dish") objected only to the Special Master's disposition of their quasi-contract counterclaim (Count VII).  (*See* ECF No. 463.)  Dish did so by joining the objections of Cox Communications, Inc., et al. ("Cox").  (*Id.*)  The response of MaxLinear, Inc. and MaxLinear Communications LLC to Cox's objections (ECF No. 511) applies equally to Dish's joinder in those objections.

2

1    Dated:  May 24, 2024                    MORRISON & FOERSTER LLP

2

3                                            By: */s/ Bita Rahebi*

4                                                Bita Rahebi

5                                                BITA RAHEBI (CA SBN 209351)
                                                 brahebi@mofo.com
6                                                ALEX S. YAP (CA SBN 241400)
                                                 ayap@mofo.com
7                                                ROSE S. LEE (CA SBN 294658)
                                                 roselee@mofo.com
8                                                MORRISON & FOERSTER LLP
                                                 707 Wilshire Boulevard, Suite 6000
9                                                Los Angeles, California 90017-3543
                                                 Telephone:    (213) 892-5200
10                                               Facsimile:    (213) 892-5454

11                                               RICHARD S.J. HUNG (CA SBN
                                                 197425)
12                                               rhung@mofo.com
                                                 MORRISON & FOERSTER LLP
13                                               425 Market Street,
                                                 San Francisco, California 94105-
14                                               2482
                                                 Palo Alto, California 94304-1018
15                                               Telephone:    (415) 268-7000
                                                 Facsimile:    (415) 268-7522

16                                               BRADLEY LUI (CA SBN 143088)
                                                 blui@mofo.com
17                                               MORRISON & FOERSTER LLP
                                                 2100 L Street, NW, Suite 900
18                                               Washington, DC 20037-1679
                                                 Telephone:    (202) 887-1500
19                                               Facsimile:    (202) 887-0763

20                                               JOHN R. LANHAM (CA SBN
                                                 289382)
21                                               jlanham@mofo.com
                                                 MORRISON & FOERSTER LLP
22                                               12531 High Bluff Drive, Suite 100
                                                 San Diego, California 92130-2040
23                                               Telephone:    (858) 720-5100
                                                 Facsimile:    (858) 720-5125
24

25                                               Attorneys for Counter-Defendants
                                                 MAXLINEAR, INC. and
26                                               MAXLINEAR
                                                 COMMUNICATIONS LLC
27

28

1

## **CERTIFICATE OF COMPLIANCE**

2          The undersigned, counsel of record for Counter-Defendants MAXLINEAR,

3  INC. and MAXLINEAR COMMUNICATIONS LLC, certifies that this brief

4  contains 76 words, which complies with the word limit of L.R. 11-6.1.

5

6  Dated:  May 24, 2024                    By:  */s/ Bita Rahebi*
                                                  Bita Rahebi

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28