1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10   | ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01043-JWH-KES |

11   |                Plaintiff,                | **ORDER GRANTING COX** |

12   |        v.                                | **COMMUNICATIONS, INC., COXCOM, LLC, AND COX** |

13   | COX COMMUNICATIONS, INC.;     | **COMMUNICATIONS** |
     | COXCOM, LLC; and COX            | **CALIFORNIA, LLC'S** |

14   | COMMUNICATIONS CALIFORNIA,    | **APPLICATION FOR LEAVE TO** |
     | LLC,                            | **FILE UNDER SEAL** |

15

16   |                Defendants.               |

17   | COX COMMUNICATIONS, INC.,     |
     | COXCOM, LLC, AND COX            |

18   | COMMUNICATIONS CALIFORNIA,    |
     | LLC,                            |

19   |            Counterclaimants,             |

20   |        v.                                |

21   | ENTROPIC COMMUNICATIONS, LLC; |
     | MAXLINEAR COMMUNICATIONS       |

22   | LLC; AND MAXLINEAR, INC.        |

23   |            Counterdefendants.            |

24

25

26

27

28

1    This matter comes before the Court on Defendant Cox Communications, Inc.,
2    CoxCom, LLC, and Cox Communications California, LLC's Application for Leave
3    to File Under Seal.  The Court, having considered all papers filed in support of the
4    application finds that there is a good cause for granting the application in its
5    entirety.  Accordingly, it is hereby **ORDERED** that Plaintiff's Application is
6    **GRANTED**.
7        **IT IS SO ORDERED.**

9    DATED: _____May 28_____, 2024

10   Hon. John W. Holcomb
11   UNITED STATES DISTRICT JUDGE