IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C.,<br><br>Counterclaimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counterdefendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE TO ENTROPIC COMMUNICATIONS, LLC'S OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024, PURSUANT TO L.R. 79-5.2.2(b)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

| | |
|---|---|
| 1 | Having considered Counterclaimants DISH Network Corporation, DISH |
| 2 | Network L.L.C., Dish Network Service L.L.C., Dish Network California Service |
| 3 | Corporation, and DISH Technologies L.L.C.'s (collectively, "DISH") Application |
| 4 | for Leave to File Under Seal Its Response to Entropic Communications, LLC's |
| 5 | Objections to the Special Master Report and Recommendations on Motions Referred |
| 6 | by the Court on February 9, 2024, and March 26, 2024, Pursuant to L.R. 79-5.2.2(b), |
| 7 | this Court hereby **ORDERS** as follows: |
| 8 |     1.    The Application is **GRANTED**. |
| 9 |     2.    The following documents shall be filed under seal:  Portions of DISH's |
| 10 | Response to Entropic Communications, LLC's Objections to the Special Master |
| 11 | Report and Recommendations on Motions Referred by the Court on |
| 12 | February 9,2024, and March 26, 2024 ("Response"). |
| 13 | **IT IS SO ORDERED**. |

Dated: _____May 28_____, 2024

Hon. John W. Holcomb
United States District Judge

1
ORDER GRANTING DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:23-cv-1043-JWH-KES