IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; AND DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>    Defendants.<br><br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; DISH NETWORK SERVICE L.L.C.; DISH NETWORK CALIFORNIA SERVICE CORPORATION; AND DISH TECHNOLOGIES L.L.C.,<br><br>    Counterclaimants,<br><br>    v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>    Counterdefendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE TO COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024, PURSUANT TO L.R. 79-5.2.2(b)**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

1     Having considered Counterclaimants DISH Network Corporation, DISH Network L.L.C., Dish Network Service L.L.C., Dish Network California Service Corporation, and DISH Technologies L.L.C.'s (collectively, "DISH") Application for Leave to File Under Seal Its Response to Counterdefendants MaxLinear, Inc. and MaxLinear Communications LLC's Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024, and March 26, 2024, Pursuant to L.R. 79-5.2.2(b), this Court hereby **ORDERS** as follows:

    1.     The Application is **GRANTED**.

    2.     The following documents shall be filed under seal: Portions of DISH's Response to Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's Objection to Special Master's Report and Recommendation on Motions Referred by Court on February 9, 2024, and March 26, 2024 ("Response").

**IT IS SO ORDERED**.

Dated: \_\_\_May 28\_\_\_, 2024

Hon. John W. Holcomb
United States District Judge