KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com
Andrew Saul (*pro hac vice*)
asaul@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, <br><br> Defendants. | LEAD CASE: <br> Case No. 2:23-cv-1043-JWH-KES <br><br> RELATED CASE: <br> Case No. 2:23-cv-1047-JWH-KES <br><br> **[PROPOSED] ORDER GRANTING COX DEFENDANTS' MOTION TO STRIKE ENTROPIC'S RESPONSE TO COX'S OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024** |

COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,

          Counter-Claimants,

      v.

ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.

          Counter-Defendants

1    This matter comes before the Court on Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC's ("Cox") Motion to Strike Sections C and D of Plaintiff Entropic Communications, LLC's Response to Defendant Cox's Objections to the Special Master's Report and Recommendation on Motions Referred by the Court on February 9, 2024.  The Court, having considered all papers filed and arguments of counsel, finds that there is a good cause for granting this motion. Accordingly, IT IS HEREBY ORDERED that Cox's Motion is Granted.

IT IS SO ORDERED.


DATED:                    , 2024

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING COX'S MOTION TO STRIKE ENTROPIC'S RESPONSE TO COX'S OBJECTIONS TO R&R
CASE NO. 2:23-CV-1043-JWH-KES

1