KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com
Andrew Saul (*pro hac vice*)
asaul@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | LEAD CASE:<br>Case No. 2:23-cv-1043-JWH-KES<br><br>RELATED CASE:<br>Case No. 2:23-cv-1047-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING COX DEFENDANTS' MOTION TO STRIKE ENTROPIC'S RESPONSE TO COX'S OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024** |

|   |   |
|---|---|
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>    Counter-Claimants,<br><br>    v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.<br><br>    Counter-Defendants | Date:    July 19, 2024<br>Time:    9:00 a.m.<br>Ctrm:    9D, 9th Floor<br><br>Before the Hon. John W. Holcomb |

[PROPOSED] ORDER GRANTING COX'S MOTION TO STRIKE ENTROPIC'S RESPONSE TO COX'S OBJECTIONS TO R&R
CASE NO. 2:23-CV-1043-JWH-KES

This matter comes before the Court on Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC's ("Cox") Motion to Strike Sections C and D of Plaintiff Entropic Communications, LLC's ("Entropic") Response to Defendant Cox's Objections to the Special Master's Report and Recommendation ("R&R") on Motions Referred by the Court on February 9, 2024. The Court, having considered all papers filed and arguments of counsel, finds that there is a good cause for granting this motion. Accordingly, IT IS HEREBY ORDERED that Cox's Motion is Granted.

    IT IS SO ORDERED.

DATED: _____, 2024

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE