KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants Cox Communications, Inc.;*
*CoxCom, LLC; and Cox Communications California, LLC*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES<br><br>RELATED CASE:<br>Case No. 2:23-cv-1047-JWH-KES<br><br>**JOINT STIPULATION FOR RULING ON THE PAPERS FOR COX DEFENDANTS' CORRECTED MOTION TO STRIKE ENTROPIC'S RESPONSE TO COX'S OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON THE MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024** |

JOINT STIPULATION FOR RULING ON THE PAPERS FOR COX'S CORRECTED MOTION TO STRIKE
CASE NO. 2:23-CV-1043-JWH-KES

COX COMMUNICATIONS, INC.,
COXCOM, LLC, AND COX
COMMUNICATIONS CALIFORNIA, LLC,

       Counter-Claimants,

       v.

ENTROPIC COMMUNICATIONS, LLC;
MAXLINEAR COMMUNICATIONS
LLC; AND MAXLINEAR, INC.

       Counter-Defendants.

Plaintiff Entropic Communications, LLC ("Entropic"); Defendants CoxCom, LLC; Cox Communications California, LLC; Cox Communications, Inc. (collectively "Cox Defendants"), and Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively "MaxLinear"), by and through their respective counsel, enter into this joint stipulation to request that this Court take the currently scheduled in-person hearing off calendar and rule on the papers submitted for the Cox Defendants' Corrected Motion to Strike Entropic's Response to Cox's Objections to Special Master's Report and Recommendation on the Motions Referred by the Court on February 9, 2024.  The Court has set an in-person hearing on Thursday, July 11, 2024 at 9:00 a.m.  Unless the Court believes a hearing would be useful, the parties submit that the motion may be decided on the papers.

1     Dated: July 9, 2024          KILPATRICK TOWNSEND & STOCKTON LLP

2

3                            By:    */s/ April E. Isaacson*

4                            April E. Isaacson (SBN 180638)
                           aisaacson@kilpatricktownsend.com

5                            Two Embarcadero Center, Suite 1900
                           San Francisco CA 94111

6                            (415) 273 8306

7                            Sarah Y. Kamran (SBN 347617)
                           skamran@kilpatricktownsend.com

8                            1801 Century Park East, Suite 2300
                           Los Angeles CA 90067

9                            (310) 777 3733

10                         Mitchell G. Stockwell (*pro hac vice*)
                        mstockwell@kilpatricktownsend.com

11                         Vaibhav P. Kadaba (*pro hac vice*)
                        wkadaba@kilpatricktownsend.com

12                         Michael J. Turton (*pro hac vice*)
                        mturton@kilpatricktownsend.com

13                         Courtney S. Dabbiere (*pro hac vice*)
                        cdabbiere@kilpatricktownsend.com

14                         Christopher S. Leah (*pro hac vice*)
                        cleah@kilpatricktownsend.com

15                         Andrew N. Saul (*pro hac vice*)
                        asaul@kilpatricktownsend.com

16                         1100 Peachtree Street, NE, Suite 2800
                        Atlanta GA 30309

17                         (404) 815 6500

18                         *Attorneys for Defendants*
                        *Cox Communications, Inc.; CoxCom, LLC; and*

19                         *Cox Communications California, LLC*

20

21

22

23

24

25

26

27

28

1   Dated:  July 9, 2024            K&L GATES, LLP

2

3                                   By:   */s/ Douglas Jordan Winnard*

4                                   Michael T. Pieja (SBN 250351)
                                    mpieja@goldmanismail.com
5                                   Douglas Jordan Winnard (SBN 275420)
                                    dwinnard@goldmanismail.com
6                                   Alan E. Littmann (*pro hac vice*)
                                    alittmann@goldmanismail.com
7                                   Jennifer M. Hartjes (*pro hac vice*)
                                    jhartjes@goldmanismail.com
8                                   Xaviere N. Giroud (*pro hac vice*)
                                    xgiroud@goldmanismail.com
9                                   Kurt A. Holtzman (*pro hac vice*)
                                    kholtzman@goldmanismail.com
10                                  GOLDMAN ISMAIL TOMASELLI BRENNAN &
                                    BAUM LLP
11                                  200 South Wacker Dr., 22nd Floor
                                    Chicago, IL 60606
12                                  Tel: (312) 681-6000
                                    Fax: (312) 881-5191
13
                                    *Attorneys for Plaintiff*
14                                  *Entropic Communications, LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  | Dated:  July 9, 2024          MORRISON & FOERSTER LLP

2

3                                                        By:    */s/ Bita Rahebi*  _____

4                                                        BITA RAHEBI (CA SBN 209351)
                                                         brahebi@mofo.com
5                                                        ALEX S. YAP (CA SBN 241400)
                                                         ayap@mofo.com
6                                                        ROSE S. LEE (CA SBN 294658)
                                                         roselee@mofo.com
7                                                        Zachary B. Quinlan
                                                         zquinlan@mofo.com
8                                                        MORRISON & FOERSTER LLP
                                                         707 Wilshire Boulevard, Suite 6000
9                                                        Los Angeles, California 90017-3543
                                                         Telephone: (213) 892-5200
10                                                       Facsimile: (213) 892-5454

11                                                       RICHARD S.J. HUNG (CA SBN 197425)
                                                         rhung@mofo.com
12                                                       MORRISON & FOERSTER LLP
                                                         425 Market Street,
13                                                       San Francisco, California 94105-2482
                                                         Palo Alto, California 94304-1018
14                                                       Telephone: (415) 268-7000
                                                         Facsimile: (415) 268-7522

15                                                       BRADLEY LUI (CA SBN 143088)
                                                         blui@mofo.com
16                                                       MORRISON & FOERSTER LLP
                                                         2100 L Street, NW, Suite 900
17                                                       Washington, DC 20037-1679
                                                         Telephone: (202) 887-1500
18                                                       Facsimile: (202) 887-0763

19                                                       *Attorneys for Counter-Defendants*
                                                         *MAXLINEAR, INC. and MAXLINEAR*
20                                                       *COMMUNICATIONS LLC*

21

22

23

24

25

26

27

28