# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-01047-JWH-KES (Related Case)<br>Case No. 2:23-cv-05253-JWH-KES (Related Case)<br><br>**ORDER ON JOINT STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　Defendants. | |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC, *et al.*,<br><br>　　　　Defendants. | |

ORDER

After full consideration of the Joint Stipulation Setting Claim Construction Schedule, and good cause appearing, it is hereby **ORDERED** as follows:

1. The deadline to complete Claim Construction Discovery is November 22, 2024.

2. The Parties' Opening Claim Construction Briefs are due December 13, 2024.

3. The Parties' Responsive Claim Construction Briefs are due January 17, 2025.

4. The Construction Hearing is **SET** for February 25, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 21, 2024

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE