# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK LLC, DISH NETWORK SERVICE, LLC, and DISH NETWORK CALIFORNIA SERVICE CORPORATION,<br><br>   Defendants. | Case No. 2:23-cv-01043-JWH-KES [Lead Case[<br><br>**ORDER REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATIONS [ECF NO. 397-1]** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>   Defendants. | Case No. 2:23-cv-01047-JWH-KES [Consolidated] |

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENTS, LLC,<br><br>    Defendants. | Case No. 2:23-cv-01048-JWH-KES<br>[Consolidated] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, and AT&T SERVICES, INC.,<br><br>    Defendants. | Case No. 2:23-cv-05253-JWH-KES<br>[Consolidated] |

The Court referred several pleading-stage motions to the Special Master for his report and recommendation.[1] The only motion referred from Case No. 2:23-cv-01043 is Entropic's Motion to Supplement the Second Amended Complaint.[2] The Special Master conducted a hearing and issued his report and recommendation.[3] Specifically, the Special Master recommended that the Court grant Entropic's Motion.[4] The parties did not file any objections to the R&R. Additionally, although Comcast initially opposed Entropic's Motion, Comcast later filed a notice of non-opposition.[5]

The Court has reviewed the R&R, and, good cause appearing therefore, it hereby **ORDERS** as follows:

1. The Special Master's recommendations are **ADOPTED**. *See* Fed. R. Civ. P. 53(f).

2. Entropic's Motion is **GRANTED**.

3. Entropic is **DIRECTED** to file a supplemental second amended complaint no later than February 25, 2025.

**IT IS SO ORDERED.**

Dated: February 4, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Referral Order [ECF No. 273].

[2] Entropic's Motion to Supplement the Second Am. Compl. [ECF No. 193].

[3] Report and Recommendation (the "R&R") [ECF No. 397-1].

[4] *Id.* at 13:14-20.

[5] Comcast's Opposition to Entropic's Motion [ECF No. 201]; Comcast's Notice of Non-Opposition to Entropic's Motion [ECF No. 353].