UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01043-JWH(KESx) | Date | February 25, 2025 |
| Title | *Entropic Communications, LLC v. DISH Network Corporation et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael T. Pieja | Christopher S. Marchese |
| Kurt A. Holtzman | Adam R. Shartzer |
| Douglas Jordan Winnard | Sarah Y. Kamran |
| | Tyler Richard Train |
| | David S. Frist |
| | Joshua M. Weeks |
| | Yuri Mikulka |
| | April Elizabeth Isaacson |
| | Michael J. Turton |
| | Andrei Gribakov Jaffe |
| | Ashok Ramani |
| | Louis Lloyd Campbell |
| | Michah G. Block |
| | John Robert Lanham |

**Proceedings:**   HEARING RE:  CLAIM CONSTRUCTION (*MARKMAN* HEARING)

Counsel state their appearances.  The Court confers with counsel regarding the Court's Tentative Order and hears oral argument.  For the reasons stated on the record, it is hereby **ORDERED** as follows:

1. The parties are **DIRECTED** to meet and confer and to file no later than March 7, 2025, a Joint Report advising the Court of the parties' proposed construction of the limitation "a common bit-loading modulation scheme."  Upon

Time:  02:39
Initials of Preparer: cla

the parties' timely submission of that Joint Report, the issue of Claim Construction will be **UNDER SUBMISSION**.  The Court will thereafter issue a final order.

    2.    The deadline for parties to file a Joint Report outlining any remaining issues concerning the pleadings and pleading-stage motions, along with a proposed schedule, as referenced in the Order [ECF No. 572] issued on February 14, 2024, is **EXTENDED** from February 28, 2025, to March 7, 2025.

    3.    The Stipulation [ECF No. 573] filed on February 24, 2025, is **DENIED as moot**.

    **IT IS SO ORDERED.**

Time:  02:39
Initials of Preparer: cla