# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, e*t al.*,<br><br>Defendants. | Case No.: 2:23-cv-01043-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01047-JWH-KES (Related Case)<br>Case No.: 2:23-cv-01048-JWH-KES (Related Case)<br>Case No.: 2:23-cv-05253-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING ENTROPIC'S OPPOSITION TO COMCAST'S MOTION TO DISMISS THE CORRECTED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT** |

**[PROPOSED] ORDER**

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | Plaintiff, |
| 3 | |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |
| 7 | ENTROPIC COMMUNICATIONS, LLC, |
| 8 | Plaintiff, |
| 9 | |
| 10 | v. |
| 11 | DIRECTV, LLC, *et al.*, |
| 12 | Defendants. |

1

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Opposition to Comcast's Motion to Dismiss the Corrected Second Amended and Supplemental Complaint, which contains contents of a confidential third-party business communication that Defendant Comcast filed under seal, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Portions of Entropic's Opposition to Comcast's Motion to Dismiss Corrected Second Amended and Supplemental Complaint ("Opposition") at 23:10-16. | Contents of a confidential third-party business communication which Comcast has previously filed under seal. |
| Portions of Entropic's Opposition at 24:4. | Contents of a confidential third-party business communication which Comcast has previously filed under seal. |
| Portions of Entropic's Opposition at 24:13. | Contents of a confidential third-party business communication which Comcast has previously filed under seal. |

Dated:

                                                                      _____
                                                                      Hon. John W. Holcomb
                                                                      United States District Judge

1
**[PROPOSED] ORDER**