Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
David J. Lisson (SBN 250994)
david.lisson@davispolk.com
Micah G. Block (SBN 270712)
micah.block@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel:   (650) 752-2000
Fax:  (650) 752-2111

*Attorneys for Comcast Defendants*
[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION; *et al.*,<br><br>Defendants. | Lead Case No. 2:23-cv-01043-JWH-KES<br><br>Related Case No. 2:23-cv-01048-JWH-KES<br><br>**COMCAST'S APPLICATION FOR LEAVE TO FILE UNDER SEAL COMCAST'S REPLY IN SUPPORT OF COMCAST'S MOTION TO DISMISS THE CORRECTED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*<br><br>Defendants. | Date:   April 25, 2025<br>Time:   9:00 a.m.<br>Dept:   9D<br>Judge:  Hon. John W. Holcomb |

Pursuant to Civil Local Rule 79-5.2.2(a), Defendants Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, and Comcast Corporation (collectively, "Comcast") hereby apply for leave to file under seal:

| Document | Portion to be Sealed |
|---|---|
| Reply in Support of Comcast's Motion to Dismiss the Corrected Second Amended and Supplemental Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) ("Reply") | Page 16, line 4 through line 5; Page 16, line 6 through line 7; Page 16, line 23; Page 16, part of footnote 9 |

Comcast seeks to file portions of its concurrently filed Reply under seal. The portions of the Reply that Comcast seeks to file under seal discuss the content of Exhibit A ("Exhibit A") to Comcast's Motion to Dismiss the Corrected Second Amended and Supplemental Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Dkt. No. 598 (the "Motion").[1]

The documents in Exhibit A (MOCA_1038720 and MOCA_1038721) were produced with a designation of "Restricted – Attorneys' Eyes Only" pursuant to the Protective Order entered in the above-captioned matter. The Court previously granted Comcast's application for leave to file under seal Exhibit A and portions of the Motion discussing its content. Dkt. No. 597 at 2. Counsel for Comcast informed counsel for Plaintiff Entropic Communications, LLC ("Entropic"), of Comcast's intent to seek leave to file portions of the Reply under seal. Declaration of Micah G. Block in support of Comcast's Application for Leave to File Under Seal Comcast's Reply in Support of Comcast's Motion to Dismiss the Corrected Second Amended and Supplemental Complaint under Federal Rules of Civil

---

[1] "Dkt. No." refers to docket entries in Lead Case No. 2:23-cv-01043-JWH-KES.

Procedure 12(b)(1) and 12(b)(6) ("Block Decl.") ¶ 3. Entropic has indicated that it does not oppose this Application. *Id.*

## I.    BACKGROUND

The Protective Order in the above-captioned matter permits parties to designate certain information produced in response to discovery as "Restricted – Attorneys' Eyes Only." Protective Order § 2.9, Dkt. No. 158. The Protective Order provides that information designated as "Restricted – Attorneys' Eyes Only" is protected material that may only be disclosed to limited categories of persons, *id.* §§ 2.9, 2.17, 7.1, 7.3, and that a party may seek leave to file protected material under seal in accordance with Civil Local Rule 79-5, *id.* § 14.3.

## II.    COMPELLING REASONS EXIST TO FILE UNDER SEAL

Courts recognize a general right to inspect and copy public records, but "access to judicial records is not absolute." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Where a party seeks to file information under seal in connection with a motion that is "more than tangentially related to the merits of a case," a court may grant leave to seal if it finds "a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture." *Ctr. of Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–1097, 1101 (9th Cir. 2016) (internal quotation marks omitted). The court must then "conscientiously balance[] the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1097.

Compelling reasons exist to grant this sealing application. Block Decl. ¶¶ 4–5; *see also* Dkt. No. 594 ¶¶ 4–5. The Court previously granted Comcast's application for leave to file under seal Exhibit A and portions of the Motion discussing its content. Dkt. No. 597 at 2. Because portions of the Reply discuss the content of Exhibit A, granting this Application is appropriate for the same reasons.

Thus, compelling reasons exist to seal portions of the Reply discussing material designated as "Restricted – Attorneys' Eyes Only."

Accordingly, Comcast respectfully requests that the Court grant this sealing application.

Dated: April 11, 2025

Respectfully submitted,

/s/ *Micah G. Block*

DAVIS POLK & WARDWELL LLP
Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
David J. Lisson (SBN 250994)
david.lisson@davispolk.com
Micah G. Block (SBN 270712)
micah.block@davispolk.com
900 Middlefield Road, Suite 200
Redwood City, CA 94063
Tel:   (650) 752-2000

WINSTON & STRAWN LLP
Krishnan Padmanabhan (SBN 254220)
kpadmanabhan@winston.com
200 Park Avenue
New York, NY 10166
Tel:   (212) 294-6700

Saranya Raghavan
sraghavan@winston.com
Natalie R. Holden
nholden@winston.com
35 West Wacker Drive
Chicago, IL 60601
Tel:   (312) 558-5600

Diana Hughes Leiden (SBN 267606)
dhleiden@winston.com
333 South Grand Avenue
Los Angeles, CA 90071
Tel:   (213) 615-1924

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Louis Campbell (SBN 221282)
llcampbell@winston.com
255 Shoreline Dr, Suite 520
Redwood City, CA 94065
Tel: (650) 858-6500

*Attorneys for Comcast Defendants*