# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　Defendants.<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CORPORATION, *et al.*<br><br>　　　　　Defendants. | Lead Case No. 2:23-cv-01043-JWH-KES<br><br>Related Case Nos. 2:23-cv-01048-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING COMCAST'S APPLICATION FOR LEAVE TO FILE UNDER SEAL COMCAST'S REPLY IN SUPPORT OF COMCAST'S MOTION TO DISMISS THE CORRECTED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>Date:　　April 25, 2025<br>Time:　　9:00 a.m.<br>Dept:　　9D<br>Judge:　　Hon. John W. Holcomb |

Having considered Defendants Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, and Comcast Corporation's (collectively, "Comcast") Application for Leave to File Under Seal Comcast's Reply in Support of Comcast's Motion to Dismiss the Corrected Second Amended and Supplemental Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), this Court **GRANTS** the Application.

It is hereby **ORDERED** that the following materials may be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Reply in Support of Comcast's Motion to Dismiss the Corrected Second Amended and Supplemental Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) | Page 16, line 4 through line 5; Page 16, line 6 through line 7; Page 16, line 23; Page 16, part of footnote 9 |

**IT IS SO ORDERED.**

Dated: _____

Honorable John W. Holcomb
United States District Judge