Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
David J. Lisson (SBN 250994)
david.lisson@davispolk.com
Micah G. Block (SBN 270712)
micah.block@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel:   (650) 752-2000
Fax:   (650) 752-2111

*Attorneys for Comcast Defendants*
[*Additional counsel information omitted*]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, *et al.*,<br><br>　　　　　　Defendants.<br>_____<br>ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Lead Case No. 2:23-cv-01043-JWH-KES<br><br>Related Case No. 2:23-cv-01048-JWH-KES<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:　　April 25, 2025<br>Time:　　9:00 am<br>Dept:　　9D<br>Judge:　　Hon. John W. Holcomb |

CERTIFICATE OF SERVICE – LEAD CASE NO. 2:23-CV-01043-JWH-KES

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within-entitled action. My business address is Davis Polk & Wardwell LLP, 900 Middlefield Road, Suite 200, Redwood City, CA 94063.

On April 11, 2025, I served a true and correct copy of the following document(s) on the parties in the action address as follows:

- Reply in Support of Comcast's Motion to Dismiss the Corrected Second Amended and Supplemental Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)

☒ (BY ELECTRONIC TRANSMISSION) by electronically transmitting copies of the document(s) listed above to the following email addresses set forth below on this date.

| K&L GATES LLP<br>Christina N. Goodrich<br>Rachel Berman<br>Cassidy Young<br>Connor James Meggs<br>10100 Santa Monica Blvd., 8th Fl.<br>Los Angeles, CA 90067<br>christina.goodrich@klgates.com<br>rachel.berman@klgates.com<br>cassidy.young@klgates.com<br>connor.meggs@klgates.com<br><br>*Attorneys for Plaintiff Entropic Communications, LLC* | K&L GATES LLP<br>James A. Shimota<br>Jason A. Engel<br>70 W. Madison St., Suite 3300<br>Chicago, IL 60602<br>jim.shimota@klgates.com<br>jason.engel@klgates.com<br><br><br><br><br>*Attorneys for Plaintiff Entropic Communications, LLC* |
|---|---|

| | |
|---|---|
| GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP<br>Michael T. Pieja<br>Alan E. Littman<br>Douglas Jordan Winnard<br>Xaviere N. Giroud<br>Kurt A. Holtzman<br>200 South Wacker Dr., 22nd Fl.<br>Chicago, IL 60606<br>mpieja@goldmanismail.com<br>alittman@goldmanismail.com<br>dwinnard@goldmanismail.com<br>xgiroud@goldmanismail.com<br>kholtzman@goldmanismail.com<br><br>*Attorneys for Plaintiff Entropic Communications, LLC* | BRIDGES IP CONSULTING<br>Kenneth Bridges<br>2113 19th Avenue S<br>Nashville, TN 37212<br>bridgesip@icloud.com<br><br><br><br><br><br><br><br><br><br><br>*Attorney for Plaintiff Entropic Communications, LLC* |
| FISH AND RICHARDSON PC<br>Adam R. Shartzer<br>Michael John Ballanco<br>Ralph A Phillips<br>Richard A. Sterba<br>Ruffin B. Cordell<br>Taylor Caldwell Burgener<br>1000 Maine Avenue, SW, Suite 1000<br>Washington, DC 20024<br>shartzer@fr.com<br>ballanco@fr.com<br>rphillips@fr.com<br>sterba@fr.com<br>cordell@fr.com<br>burgener@fr.com<br><br>*Attorneys for Defendants DISH Network Corporation, et al.* | FISH AND RICHARDSON PC<br>Christopher S. Marchese<br>Tyler Richard Train<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660<br>marchese@fr.com<br>train@fr.com<br><br><br><br><br><br><br><br><br><br>*Attorneys for Defendants DISH Network Corporation, et al.* |

| | |
|---|---|
| FISH AND RICHARDSON PC<br>John-Paul Fryckman<br>Oliver James Richards<br>12860 El Camino Real Suite 400<br>San Diego, CA 92130<br>fryckman@fr.com<br>ojr@fr.com<br><br>*Attorneys for Defendants*<br>*DISH Network Corporation, et al.* | FISH AND RICHARDSON PC<br>David M. Barkan<br>500 Arguello Street Suite 400<br>Redwood City, CA 94063<br>barkan@fr.com<br><br><br><br>*Attorney for Defendants*<br>*DISH Network Corporation, et al.* |
| FISH AND RICHARDSON PC<br>Ashley A. Bolt<br>1180 Peachtree Street, NE, 21nd Floor<br>Atlanta, GA 30309<br>bolt@fr.com<br><br>*Attorney for Defendants*<br>*DISH Network Corporation, et al.* | FISH AND RICHARDSON PC<br>Aaron P. Pirouznia<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>pirouznia@fr.com<br><br>*Attorney for Defendants*<br>*DISH Network Corporation, et al.* |
| PERKINS COIE LLP<br>Amanda Tessar<br>1900 Sixteenth Street, Suite 1400|<br>Denver, CO 80202<br>ATessar@perkinscoie.com<br><br>*Attorney for Defendants*<br>*DISH Network Corporation, et al.* | ALSTON AND BIRD LLP<br>Yuri Mikulka<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>yuri.mikulka@alston.com<br><br>*Attorney for Defendants*<br>*DIRECTV and AT&T* |
| ALSTON AND BIRD LLP<br>Joshua M Weeks<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>joshua.weeks@alston.com<br><br>*Attorney for Defendants*<br>*DIRECTV and AT&T* | ALSTON AND BIRD LLP<br>Rachel E K Lowe<br>350 South Grand Avenue, 51st Floor<br>Los Angeles, CA 90071<br>rachel.lowe@alston.com<br><br><br>*Attorney for Defendants*<br>*DIRECTV and AT&T* |
| ALSTON AND BIRD LLP<br>Theodore Stevenson , III<br>2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>ted.stevenson@alston.com<br><br><br>*Attorneys for Defendants*<br>*DIRECTV and AT&T* | ALSTON AND BIRD LLP<br>David S. Frist<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>david.frist@alston.com<br><br><br>*Attorney for Defendants DIRECTV and AT&T* |

| | |
|---|---|
| KILPATRICK TOWNSEND AND STOCKTON LLP<br>Andrew N. Saul<br>Christopher S. Leah<br>Courtney S. Dabbiere<br>Michael J. Turton<br>Mitchell G. Stockwell<br>Andrew N. Saul<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309<br>asaul@kilpatricktownsend.com<br>cleah@kilpatricktownsend.com<br>cdabbiere@kilpatricktownsend.com<br>mturton@kilpatricktownsend.com<br>Mstockwell@kilpatricktownsend.com<br>asaul@kilpatricktownsend.com<br><br>*Attorneys for Cox Defendants* | KILPATRICK TOWNSEND AND STOCKTON LLP<br>April Elizabeth Isaacson<br>Rishi Gupta<br>Sarah Y Kamran<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>aisaacson@kilpatricktownsend.com<br>rgupta@kilpatricktownsend.com<br>skamran@kilpatricktownsend.com<br><br>*Attorneys for Cox Defendants* |
| KILPATRICK TOWNSEND AND STOCKTON LLP<br>Philip Edgar Hawkyard<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>phawkyard@ktslaw.com<br><br>*Attorney for Cox Defendants* | WALKER STEVENS CANNOM LLP<br>Bethany M. Stevens<br>Hannah Lynn Cannom<br>500 Molino Street, Suite 118<br>Los Angeles, CA 90013<br>bstevens@wscllp.com<br>hcannom@wscllp.com<br><br>*Attorneys for Cox Defendants* |

I declare under penalty of perjury that the above is true and correct.

Executed this April 11, 2025 at Hayward, California.

*/s/ Angela Quach*
Angela Quach
Senior Litigation Paralegal