Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(*Additional counsel listed in signature block*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**STIPULATION EXTENDING DEADLINE FOR PLAINTIFF AND COUNTER-DEFENDANT ENTROPIC COMMUNICATIONS, LLC TO ANSWER DEFENDANT AND COUNTERCLAIM-PLAINTIFF DIRECTV, LLC AND COUNTERCLAIM-PLAINTIFF THE DIRECTV GROUP, INC.'S COUNTERCLAIMS; [PROPOSED] ORDER** |

STIPULATION EXTENDING DEADLINE TO ANSWER

Defendants AT&T Services, Inc. and DIRECTV, LLC and Counterclaim-Plaintiffs DIRECTV, LLC and The DIRECTV Group, Inc. (collectively, "DIRECTV") and Plaintiff and Counter-Defendant Entropic Communications, LLC ("Entropic") (inclusively, the "Parties"), hereby submit the following Stipulation and Proposed Order to extend Entropic's deadline to file its Answer to DIRECTV's Counterclaims with reference to the following facts:

WHEREAS, on February 24, 2025, the Court granted DIRECTV's partial motion to dismiss Entropic's First Amended Complaint against DIRECTV pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 575.)

WHEREAS, on March 21, 2025, the Parties stipulated to and the Court ordered that DIRECTV's Answer to Entropic's First Amended Complaint be due on March 28, 2025. (ECF Nos. 601, 602.)

WHEREAS, DIRECTV filed its Answer to First Amended Complaint and Counterclaims on March 28, 2025. (ECF Nos. 613, 621 (sealed).)

WHEREAS, Entropic's Answer to DIRECTV'S Counterclaims is due April 18, 2025.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND PROPOSE as follows:

1. The deadline for Entropic's Answer to DIRECTV's Counterclaims shall be extended up to and including **May 29, 2025**.

Dated: April 18, 2025            Respectfully submitted,

By: */s/ Douglas Jordan Winnard*
Michael T. Pieja (SBN 250351)
mpieja@goldmanismail.com
Alan E. Littmann (*pro hac vice*)
alittmann@goldmanismail.com
Douglas Jordan Winnard (SBN 275420)
dwinnard@goldmanismail.com

STIPULATION EXTENDING DEADLINE TO ANSWER

Xaviere N. Giroud (*pro hac vice*)
xgiroud@goldmanismail.com
Meredith R. Aska McBride (*pro hac vice*)
mmcbride@goldmanismail.com
Kurt A. Holtzman (*pro hac vice*)
kholtzman@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191

Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

James A. Shimota (*pro hac vice*)
jim.shimota@klgates.com
Jason A. Engel (*pro hac vice*)
jason.engel@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Facsimile: (312) 827-8000

*Attorneys for Plaintiff and Counter-Defendant Entropic Communications, LLC*

3
STIPULATION EXTENDING DEADLINE TO ANSWER

| | |
|---|---|
| Dated: April 18, 2025 | Respectfully submitted, |
| | By: /s/ *David S. Frist* |
| | David S. Frist (*pro hac vice*) |
| | david.frist@alston.com |
| | ALSTON & BIRD LLP |
| | 1201 West Peachtree Street, Suite 4900 |
| | Atlanta, GA 30309 |
| | Tel: (404) 881-7000 |
| | |
| | Theodore Stevenson, III (*pro hac vice*) |
| | ted.stevenson@alston.com |
| | ALSTON & BIRD LLP |
| | Chase Tower |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas, TX 75201 |
| | Tel: (214) 922-3400 |
| | |
| | Yuri Mikulka (SBN 185926) |
| | yuri.mikulka@alston.com |
| | Rachel E. K. Lowe (SBN 246361) |
| | rachel.lowe@alston.com |
| | ALSTON & BIRD LLP |
| | 333 S. Hope Street, 16th Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 576-1000 |
| | |
| | *Attorneys for Defendants* |
| | *AT&T Services, Inc. and DIRECTV, LLC* |
| | *and Counterclaim-Plaintiffs DIRECTV,* |
| | *LLC and The DIRECTV Group, Inc.* |

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Douglas Jordan Winnard, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: April 18, 2025                              */s/ Douglas Jordan Winnard*
                                                                  Douglas Jordan Winnard