**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTV, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br>Case No. 2:23-cv-5253-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER ON STIPULATION EXTENDING DEADLINE FOR PLAINTIFF AND COUNTER-DEFENDANT ENTROPIC COMMUNICATIONS, LLC TO ANSWER DEFENDANT AND COUNTERCLAIM-PLAINTIFF DIRECTV, LLC AND COUNTERCLAIM-PLAINTIFF THE DIRECTV GROUP, INC.'S COUNTERCLAIMS** |

[PROPOSED] ORDER

After full consideration of the Stipulation Extending Deadline, and good cause appearing, it is hereby ORDERED as follows:

1. The deadline for Entropic's Answer to DIRECTV's Counterclaims shall be extended up to and including **May 29, 2025**.

**IT IS SO ORDERED.**

Dated: _____          _____
                                Honorable John W. Holcomb
                                United States District Judge