THE YOCCA LAW FIRM LLP
MARK W. YOCCA, State Bar No. 137189
myocca@yocca.com
PAUL KIM, State Bar No. 157608
pkim@yocca.com
JARED GLICKSMAN, State Bar No. 247124
jglicksman@yocca.com
18881 Von Karman Ave, Suite 1620
Irvine, California 92612
Telephone:  (949) 253-0800
Facsimile:  (949) 253-0870

Attorneys for Counter-Defendants
MAXLINEAR, INC. and MAXLINEAR COMMUNICATIONS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC; AT&T, INC.; AT&T SERVICES, INC.; AND AT&T COMMUNICATIONS, LLC,<br><br>Defendants.<br><br>DIRECTV, LLC; DIRECTV GROUP, INC.;<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2:23-cv-1043-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-05253-JWH-KES (Member Case)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS**<br><br>**[[Proposed] Order Lodged Concurrently Herewith]** |

STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS

WHEREAS, on March 28, 2025, DIRECTV, LLC and The DIRECTV Group, Inc. (collectively, "DIRECTV") filed its Answer to First Amended Complaint and Counterclaims ("Counterclaims") against MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear");

WHEREAS, DIRECTV contends that MaxLinear's response to the Counterclaims would be due April 24, 2025;

WHEREAS, MaxLinear recently retained new counsel and is desirous of an extension of time in which to respond to the Counterclaims;

WHEREAS, on April 14, 2025, counsel for DIRECTV agreed to extend the time in which to respond to the Counterclaims through and including May 29, 2025, and MaxLinear agreed to accept service as sufficient and respond to the Counterclaims by that date;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for DIRECTV and MaxLinear, as follows:

1. The deadline for Counter-Defendant MaxLinear to answer or otherwise respond to the Counterclaims shall be extended up to and including May 29, 2025.

Dated: April 18, 2025

THE YOCCA LAW FIRM LLP

_____/s/ Mark W. Yocca_____
MARK W. YOCCA
Attorneys for Counter-Defendants
MAXLINEAR, INC. and
MAXLINEAR COMMUNICATIONS LLC

1
STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS

1
2
3  Dated: April 18, 2025                    ____/s/ David S. Frist_____
4                                            David S. Frist (admitted *pro hac vice*)
                                             david.frist@alston.com
5                                            **ALSTON & BIRD LLP**
                                             1201 W. Peachtree Street, Suite 4900
6                                            Atlanta, Georgia 30309
                                             Phone: (404) 881-7000
7                                            Fax: (404) 881-7777
8                                            Attorney for Defendants and Counter-
                                             Claimants DIRECTV, LLC and The
9                                            DIRECTV Group, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS