UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01043-JWH(KESx) | Date | May 1, 2025 |
| Title | *Entropic Communications, LLC v. DISH Network Corporation et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Priscilla Deason for Clarissa Lara | Miriam Baird |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Rachel Berman | David J. Lisson |
| Douglas Jordan Winnard | Krishnan Padmanabhan |
| | Andrei Gribakov Jaffe |
| | Louis Lloyd Campbell |

**Proceedings:** HEARING RE: COMCAST'S MOTION TO DISMISS THE CORRECTED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT [595]

Counsel state their appearances. The Court confers with counsel and hears oral argument. Comcast's Motion to Dismiss the Corrected Second Amended and Supplemental Complaint is **UNDER SUBMISSION**. The Court will issue a final order.

**IT IS SO ORDERED**.

Time: 01:56
Initials of Preparer: pd