David S. Frist (*pro hac vice*)
David.Frist@alston.com
Joshua M. Weeks (*pro hac vice*)
Joshua.Weeks@alston.com
Lindsay C. Church (*pro hac vice*)
Lindsay.church@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Theodore Stevenson, III (*pro hac vice*)
ted.stevenson@alston.com
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax: (214) 922-3899

Yuri Mikulka (SBN 185926)
yuri.mikulka@alston.com
Rachel E. K. Lowe (SBN 246361)
rachel.lowe@alston.com
**ALSTON & BIRD LLP**
350 S. Grand Avenue, 51st Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Attorneys for Defendant
DIRECTV, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, LLC; AT&T, INC.; AT&T SERVICES, INC.; AND AT&T COMMUNICATIONS, LLC <br><br> Defendants. | Case No. 2:23-cv-01043-JWH-KES <br><br> (Lead Case) <br><br> Case No. 2:23-cv-05253-JWH-KES <br> (Member Case) <br><br> **NOTICE OF LODGING OF DEFENDANT DIRECTV, LLC'S SLIDES PRESENTED AT THE AUGUST 20, 2025 HEARING ON DIRECTV'S MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that Defendant DIRECTV, LLC hereby lodges a copy of the slides that they presented during the August 20, 2025 hearing on DIRECTV's Motion to Dismiss (Dkt. 655), which are attached hereto as Exhibit A.

Dated: August 25, 2025        Respectfully submitted,

By: */s/ David S. Frist*
David S. Frist (*pro hac vice*)
David.Frist@alston.com
Joshua M. Weeks (*pro hac vice*)
Joshua.Weeks@alston.com
Lindsay C. Church (*pro hac vice*)
Lindsay.church@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Theodore Stevenson, III (*pro hac vice*)
ted.stevenson@alston.com
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax: (214) 922-3899

Yuri Mikulka (SBN 185926)
yuri.mikulka@alston.com
Rachel E. K. Lowe (SBN 246361)
rachel.lowe@alston.com
**ALSTON & BIRD LLP**
350 S. Grand Avenue, 51st Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

*Attorneys for Defendant DIRECTV, LLC*